UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-captioned case on behalf of Defendant Google LLC:

> Joseph R. Wetzel
> Latham & Watkins LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, California 94111
> Telephone: (415) 391-0600
> Facsimile: (415) 395-8095
> Email: joe.wetzel@lw.com

Dated: June 25, 2024
　　　San Francisco, CA

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　**LATHAM & WATKINS LLP**

　　　　　　　　　　　*/s/ Joseph R. Wetzel*
　　　　　　　　　　　Joseph R. Wetzel
　　　　　　　　　　　505 Montgomery Street, Suite 2000
　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　Telephone: (415) 391-0600
　　　　　　　　　　　Facsimile: (415) 395-8095
　　　　　　　　　　　Email: joe.wetzel@lw.com

　　　　　　　　　　　*Attorneys for Google LLC*