**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel in the above-cassptioned case on behalf of Defendant Google LLC:

> Sarang V. Damle
> Latham & Watkins LLP
> 555 Eleventh Street, NW, Suite 1000
> Washington, D.C. 20004
> Telephone: (202) 637-2200
> Facsimile: (202) 637-2201
> Email: sy.damle@lw.com

Dated: June 25, 2024
      Washington, D.C.

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Sarang V. Damle*
Sarang V. Damle
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: sy.damle@lw.com

*Attorneys for Google LLC*