UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>                                Plaintiffs,<br><br>         v.<br><br>GOOGLE LLC,<br><br>                                Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

The motion of Sarah A. Tomkowiak for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Illinois and the District of Columbia and that her contact information is as follows:

Applicant's Name: Sarah A. Tomkowiak

Firm Name: Latham & Watkins LLP

Address: 555 Eleventh Street, NW, Suite 1000

City/State/Zip: Washington, D.C. 20004

Telephone: (202) 637-2200 / Facsimile: (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

    All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2024

_____

United States District Judge Jennifer L. Rochon