**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br>           Plaintiffs, <br><br>     v. <br><br> GOOGLE LLC, <br><br>           Defendant. | Case No. 1:24-cv-04274-JLR-BCM <br><br> **NOTICE OF MOTION** <br> **TO ADMIT COUNSEL** <br> **_PRO HAC VICE_** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Holly K. Victorson, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Google LLC.

I am a member in good standing of the Bars of the State of California and the District of Columbia, and certificates of good standing are attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature page to follow]*

Dated: September 3, 2024
      Washington, D.C.

Respectfully Submitted,

**LATHAM & WATKINS LLP**

<u>/s/ Holly K. Victorson</u>
Holly K. Victorson
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: holly.victorson@lw.com

*Attorneys for Google LLC*