UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

　　The motion of Sara Elisabeth Sampoli for admission to practice *pro hac vice* in the above captioned action is granted.

　　Applicant has declared that she is a member in good standing of the Bar of the State of California and the District of Columbia and that her contact information is as follows:

　　Applicant's Name: Sara Elisabeth Sampoli
　　Firm Name: Latham & Watkins LLP
　　Address: 555 Eleventh Street, NW, Suite 1000
　　City/State/Zip: Washington, D.C. 20004
　　Telephone: (202) 637-2200 / Facsimile: (202) 637-2201

　　Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____September 4_____, 2024

_____*Jennifer Rochon*_____
United States District Judge Jennifer L. Rochon