# EXHIBIT A

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Laura Elizabeth Bladow

was admitted to practice as an attorney and counsellor at the bar of this Court on December 5, 2018.

I further certify that so far as the records of this office are concerned, Laura Elizabeth Bladow is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 5th day of September
A.D. 2024

By: _____
Deputy Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## *Laura Elizabeth Bladow*

*was duly qualified and admitted on September 9, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 30, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*