UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>                   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>                  Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

      The motion of Laura Elizabeth Bladow for admission to practice *pro hac vice* in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia and that her contact information is as follows:

      Applicant's Name: Laura Elizabeth Bladow

      Firm Name: Latham & Watkins LLP

      Address: 555 Eleventh Street, NW, Suite 1000

      City/State/Zip: Washington, D.C. 20004

      Telephone: (202) 637-2200 / Facsimile: (202) 637-2201

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 11, 2024

*Jennifer Rochon*
United States District Judge Jennifer L. Rochon