UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

　　　Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brent T. Murphy, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Google LLC.

　　　I am a member in good standing of the Bar of the District of Columbia, and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature page to follow]*

| | |
|---|---|
| Dated: September 24, 2024<br>Washington, D.C. | Respectfully Submitted,<br><br>**LATHAM & WATKINS LLP**<br><br><u>/s/ Brent T. Murphy</u><br>Brent T. Murphy<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: brent.murphy@lw.com<br><br>*Attorneys for Google LLC* |