UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>                     Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br><br>                     Defendant. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

The motion of Brent T. Murphy for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and that his contact information is as follows:

Applicant's Name: Brent T. Murphy
Firm Name: Latham & Watkins LLP
Address: 555 Eleventh Street, NW, Suite 1000
City/State/Zip: Washington, D.C. 20004
Telephone: (202) 637-2200 / Facsimile: (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 25, 2024

*Jennifer Rochon*

United States District Judge Jennifer L. Rochon