UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>     *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>     *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant Google LLC before the Honorable Jennifer L. Rochon, in Courtroom 20B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, for an order dismissing Counts II, III, and IV of the Amended Complaint (Dkt. No. 38) with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order entered herein on September 23, 2024 (Dkt. No. 40), opposition papers, if any, must be served by October 30, 2024, and Defendant shall reply to any such opposition by November 20, 2024.

1

<table>
<tr><td>

Dated: September 30, 2024
        New York, New York

</td><td>

Respectfully submitted,

**LATHAM & WATKINS LLP**

<u>*/s/ Sarang Vijay Damle*</u>
Sarang Vijay Damle
Sarah A. Tomkowiak (*pro hac vice*)
Holly K. Victorson (*pro hac vice*)
Laura E. Bladow (*pro hac vice*)
Brent T. Murphy (*pro hac vice*)
Sara E. Sampoli (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: sy.damle@lw.com
       sarah.tomkowiak@lw.com
       holly.victorson@lw.com
       laura.bladow@lw.com
       brent.murphy@lw.com
       sara.sampoli@lw.com

Allison L. Stillman
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: alli.stillman@lw.com

Joseph R. Wetzel
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: joe.wetzel@lw.com

*Attorneys for Defendant Google LLC*

</td></tr>
</table>