**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

November 13, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM

Dear Judge Rochon:

We represent Defendant Google LLC ("Google") in the above-captioned matter. Plaintiffs Cengage Learning, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; Elsevier Inc.; Elsevier B.V.; and McGraw Hill LLC (collectively "Plaintiffs") filed a Letter Motion for a Pre-Motion Discovery Conference ("Motion") on November 12, 2024. Dkt. No. 46.

Pursuant to Rule 2(E) of this Court's Individual Rules of Practice in Civil Cases, we write to inform the Court that Google will file a response to Plaintiffs' Motion. Based on the same rule, Google's current deadline to file its responsive letter is November 15, 2024.

Further, pursuant to Rule 1(F) of this Court's Individual Rules of Practice in Civil Cases, Google seeks an extension of time to file its response to Plaintiffs' Motion by one business day. If granted, the new date to respond to Plaintiffs' Motion would be November 18, 2024. Plaintiffs consent to this limited extension. The proposed extension will not affect any deadlines in the Case Management Plan and Scheduling Order, Dkt. No. 34.

This is Google's first request for an extension of time to respond to Plaintiffs' Motion. The Court previously granted the parties' requests (1) to extend the briefing schedule for Google's motion to dismiss the original complaint, Dkt. No. 24, and (2) to extend the time for Plaintiffs to respond to Google's amended motion to dismiss and for Google to file its reply in support of the same, Dkt. No. 40.

**LATHAM&WATKINS**LLP

We thank the Court for its consideration of this request.

          Sincerely,

          */s/ Sarah A. Tomkowiak*
          Sarah A. Tomkowiak
          of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)

Defendant's request for an extension to respond to Plaintiff's Motion for a pre-motion discovery conference is GRANTED. Defendant's letter shall be due by November 18, 2024.

**SO ORDERED.**

Dated: November 14, 2024
      New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**