UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 1:24-cv-04274 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' respective letters in connection with Plaintiffs' letter motion for a pre-motion discovery conference. Dkts. 46, 50. The Court shall hold a discovery conference on November 26, 2024, at 10:00 a.m., over Microsoft Teams. Counsel will receive login credentials at the email addresses on the docket. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Dated: November 19, 2024
    New York, New York

                   SO ORDERED.

                   _____
                   JENNIFER L. ROCHON
                   United States District Judge

1