**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

November 21, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>*Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
Consent Request for Adjournment and Rescheduling of Conference</u>

Dear Judge Rochon:

We represent Defendant Google LLC ("Google") in the above-captioned matter. On November 19, 2024, the Court scheduled a pre-motion discovery conference on November 26, 2024, at 10:00 a.m. Dkt. No. 51. Counsel for Google has long-standing travel plans in connection with the Thanksgiving holiday that conflict with the date and time set for the conference. Pursuant to Rule 1.F. of this Court's Individual Rules of Practice in Civil Cases, we therefore respectfully request that the Court adjourn and reschedule the conference. We have conferred with Plaintiffs' counsel, who consent to this request with the remarks that "they are available to proceed with the conference on November 26, 2024 and are concerned about delay in resolving the disputed discovery issue, but nevertheless consent to Google's counsel's request as a matter of professional courtesy."

The parties are available on December 2, 3, and 4, if any of those dates are convenient for the Court.

There have been no prior requests to extend the date of this pre-motion discovery conference, and the request will not affect any deadlines in the Case Management Plan and Scheduling Order, Dkt. No. 34.

**Hon. Jennifer L. Rochon**
**November 21, 2024**
**Page 2**

LATHAM&WATKINS LLP

We thank the Court for its consideration of this request.

                        Sincerely,

                        */s/ Sarah A. Tomkowiak*
                        Sarah A. Tomkowiak
                        of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)