UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

                      Plaintiffs,

-against-

GOOGLE LLC,

                      Defendant.

Case No. 1:24-cv-04274 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      As discussed at the parties' pre-motion discovery conference, the parties shall meet and confer regarding the scope of Plaintiffs' disputed discovery requests and return before the Court for another discovery conference on December 17, 2025 at 9:30 a.m.  The conference shall be held remotely via Microsoft Teams.  Counsel will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831; Access Code: 5583342.

      Defendant shall submit any additional information as to the burden of complying with Plaintiffs' disputed document requests by December 13, 2025 at 12:00 p.m.  If the scope of the parties' discovery dispute significantly changes prior to the December 17, 2025 discovery conference, the parties shall submit a joint letter by December 16 at 12:00 p.m. with a description of the parties' positions on any remaining dispute.

Dated: December 5, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge