**O+Z Oppenheim + Zebrak, LLP**
WASHINGTON – NEW YORK

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

December 13, 2024

**By ECF Filing**

Jennifer L. Rochon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Cengage Learning, Inc. et al., v. Google LLC*, Case No. 24-cv-04274 (JLR)

Dear Judge Rochon:

Pursuant to this Court's Individual Rule 2.B, the parties in the above-referenced matter submit the following joint letter containing a list of the names, telephone numbers, and email addresses of counsel who will speak during the pre-motion discovery conference on December 17, 2024, at 9:30AM. (Dkt. No. 56).

**Oppenheim + Zebrak, LLP**

| | |
|---|---|
| Michele Murphy<br>Phone Number: (202)-450-5643<br>Email Address: michele@oandzlaw.com | Jeff Kane<br>Phone Number: (202)-499-2940<br>Email Address: jkane@oandzlaw.com |

**Latham & Watkins LLP**

| | |
|---|---|
| Sarah Tomkowiak<br>Phone Number: (202) 637-2335<br>Email Address: sarah.tomkowiak@lw.com | Sy Damle<br>Phone Number: (202) 637-3332<br>Email Address: sy.damle@lw.com |

Sincerely,

*/s/ Michele H. Murphy*
Michele H. Murphy
Oppenheim + Zebrak, LLP
Plaintiffs' counsel

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak
Latham & Watkins LLP
Defendant's counsel