# EXHIBIT A

Case 1:24-cv-04274-JLR     Document 73-1     Filed 01/13/25     Page 1 of 2

**Google's Compromise: Proposed Amended Schedule**

| Event | Current Date (Dkt. 34) | Modified Date |
|---|---|---|
| Google produces the Identifying Information specified in part 1 of Google's Proposal | N/A | February 7, 2025 |
| Google produces documents responsive to RFPs 25, 27, 35, 36 (bullets 1 and 3–6), 37 (bullets 1–3 and 7), and 44 (subject to other objections and disputes) | N/A | March 31, 2025 |
| Plaintiffs' deadline to amend Exhibits A or B to the complaint | March 1, 2025 | May 30, 2025 |
| Case Management Conference | April 16, 2025 at 11:00am | [*to be determined by the Court*] |
| Interrogatories and RFAs must be served | April 18, 2025 | July 17, 2025 |
| Fact Depositions Completed and Close of Fact Discovery | July 1, 2025 | September 29, 2025 |
| Expert Disclosures pursuant to Fed. R. Civ. P. 26(a)(2) Due | July 28, 2025 | October 27, 2025 |
| Rebuttal Expert Reports Due | August 28, 2025 | November 25, 2025 |
| Reply Expert Reports Due | September 19, 2025 | December 18, 2025 |
| Close of Expert Discovery and Close of All Discovery | October 21, 2025 | January 30, 2026 |
| Post-Discovery Pre-Trial Conference | December 3, 2025 at 10:00am | [*to be determined by the Court*] |