IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**[PROPOSED] ORDER DISCOVERY DEADLINES**

JENNIFER L. ROCHON, United States District Judge:

On January 7, 2025, the Court entered an order concerning certain discovery and directed the parties to confer regarding deadlines for that discovery. Dkt. 72. The parties each submitted proposed deadlines. Pursuant to Federal Rule of Civil Procedure 26 and for good cause shown, the Court hereby **ORDERS**:

1. By January 31, 2025, Defendant will produce the identifying information for the Domain-Identified Merchant Accounts and Email-Connected Merchant Accounts (as defined at Dkt. 72), comprising each account's: (a) account ID number; (b) domain(s) connected to the account; (c) email address(es); (d) physical address(es); (e) phone number(s); (f) name(s); (g) feed URL(s); (h) account creation date; (i) account suspension date; and (j) account suspension reason.

1

2. By February 14, 2025, to the extent not already produced, Defendant will produce the information called for by the following Plaintiff RFP (Dkt. 47-1), the scope of which is subject to the parties' ongoing negotiations: Plaintiffs' RFP 25, 27, 35, 36 (bullets 1, 3–6), 37 (bullets 1–3, 7), and 44.

3. By March 21, 2025, Defendant will produce (to the extent not already produced), the information called for by Plaintiffs' RFP 29, 31, 33, 34, 36 (bullets 2 and 7), 37 (bullets 4–6 and 8), the scope of which is subject to the parties' ongoing negotiations.

4. The March 1, 2025 deadline in the Case Management Order for Plaintiffs to amend the complaint solely to add works-in-suit or trademarks (Dkt. 34 ¶ 6) is extended to April 15, 2025.

5. All other deadlines in the Case Management Order (Dkt. 25) remain in place.

Dated: January __, 2025

New York, New York

SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge