UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER B.V.;
and MCGRAW HILL LLC,

                          Plaintiffs,

                -against-

GOOGLE LLC,

                          Defendant.

Case No. 1:24-cv-04274 (JLR)

**<u>ORDER</u>**

---

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' proposed discovery schedules.  With one revision, the Court adopts the proposal in Google's Proposed Amended Schedule, *see* Dkt. 73-1.  Per the Proposed Amended Schedule,

- Google shall produce the Identifying Information for all Domain Identified Merchant Accounts and Email Connected Merchant Accounts, as specified in Google's proposal, Dkt. 73 at 2 ¶ 1, by **February 7, 2025**.

- Google shall produce documents responsive to RFPs 25, 27, 35, 36 (bullets 1 and 3-6), 37 (bullets 1-3 and 7), and 44 (subject to other objections and disputes) by **March 31, 2025**.

- However, Google shall produce the remainder of information subject to the Court's January 7, 2025 Order, Dkt. 72, on a rolling basis but no later than **July 1, 2025**.

- The remainder of the dates in Google's Proposed Amended Schedule are adopted without change.

The parties shall submit a revised case management plan consistent with Google's proposed amended schedule.

Dated: January 15, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge