

Michele Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
Michele@OandZLaw.com

January 18, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM:
      Revised Case Management Plan

Dear Judge Rochon,

     Per the Court's January 15, 2025 Order (Dkt. 76), enclosed please find a proposed Revised Case Management Plan, updated to reflect the new deadlines specified in the Court's Order. We note that there are two events for which the Court's Order did not specify a new date: the next Case Management Conference in paragraph 21 (previously scheduled for April 16, 2025) and the "post-discovery pre-trial conference" in paragraph 14 (previously scheduled for December 3, 2025). Also enclosed, for reference, is a redline showing the changes from the previous Case Management Plan (Dkt. 34) to the new one. This reflects the first extension of time for discovery deadlines in this matter.

     Counsel for Defendant has reviewed the enclosed proposed Revised Case Management Plan and agreed that it reflects the Court's Order.

     The parties thank the Court for its attention to this matter.

Respectfully Submitted,

 /s/ *Michele H. Murphy*
Michele H. Murphy

*Counsel for Plaintiffs*
