**O+Z** Oppenheim + Zebrak, LLP

WASHINGTON – NEW YORK

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

March 12, 2025

**By ECF Filing**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Cengage Learning, Inc. et al., v. Google LLC*, Case No. 24-cv-04274 (JLR)

Dear Judge Rochon:

Pursuant to this Court's Individual Rule 2.B, the parties in the above-referenced matter submit the following joint letter containing a list of the names, telephone numbers, and email addresses of counsel who will speak during the pre-motion discovery conference on March 17, 2025, at 11:00AM. (Dkt. No. 90).

**Oppenheim + Zebrak, LLP**

| Michele Murphy<br>Phone Number: (202)-450-5643<br>Email Address: michele@oandzlaw.com | Jeff Kane<br>Phone Number: (202)-499-2940<br>Email Address: jkane@oandzlaw.com |
|---|---|

**Latham & Watkins, LLP**

| Sarah Tomkowiak<br>Phone Number: (202) 637-2335<br>Email Address: sarah.tomkowiak@lw.com | Laura Bladow<br>Phone Number: (202) 637-2367<br>Email Address: laura.bladow@lw.com |
|---|---|

Sincerely,

/s/ Michele H. Murphy
Michele H. Murphy
OPPENHEIM + ZEBRAK, LLP
*Plaintiffs' Counsel*

/s/ Sarah A. Tomkowiak
Sarah A. Tomkowiak
Latham & Watkins LLP
*Defendant's Counsel*