

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

May 20, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM
    **Letter Request to File Reply**

Dear Judge Rochon:

    We represent Plaintiffs in the above-referenced action. Yesterday, Defendant filed a letter addressing *Arista Records, Inc. v. MP3Board, Inc.*, No. 00-civ-1660 (SHS), 2002 WL 1997918 (S.D.N.Y. Aug. 29, 2002), a case that was discussed during the May 15 hearing on Defendant's motion to dismiss. Plaintiffs respectfully request permission to file a short reply. Plaintiffs' reply is less than two pages, has already been drafted, and can be filed more-or-less immediately in the event that the Court allows Plaintiffs the opportunity to respond. We thank the Court for its consideration.

                                                      Respectfully Submitted,

                                                      /s/ Jeff Kane
                                                      Jeff Kane