**Exhibit A: Proposed Schedule**

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Defendant to produce certain supplemental information, as negotiated by the parties | n/a | June 13, 2025 |
| Deadline to amend Exs. A & B to the complaint to add new marks or works-in-suit (Dkt. 84 ¶ 6) | May 30, 2025 | July 14, 2025 |
| Status report (Dkt. 94) | June 11, 2025 | July 25, 2025 |
| Deadline to produce documents responsive to Plaintiffs' RFP 37 bullets 4, 5, and 9 | July 1, 2025 | [Plaintiffs' Proposal: July 1, 2025 (no change) Defendant's Proposal: August 15, 2025 (close of document discovery] |
| Deadline for Defendant to produce documents responsive to Plaintiffs' RFP 33 and 34, and for Plaintiffs to produce documents responsive to Defendant's RFP 5 and 26 | July 1, 2025 | July 1, 2025 (no change) |
| Deadline for Defendant to produce the remaining information Ordered at Dkt. 76, bullet 3 | July 1, 2025 | August 15, 2025 |
| Close of document discovery (Dkt. 94) | July 1, 2025 | August 15, 2025 |
| Service of Interrogatories and Requests for Admission (Dkt. 84 ¶ 7) | July 17, 2025 | August 29, 2025 |
| Close of fact discovery (Dkt. 84 ¶ 7) | September 29, 2025 | November 17, 2025 |
| Opening expert reports (Dkt. 84 ¶ 8) | October 27, 2025 | December 11, 2025 |
| Rebuttal expert reports (Dkt. 84 ¶ 8) | November 25, 2025 | January 9, 2026 |
| Reply expert reports (Dkt. 84 ¶ 8) | December 18, 2025 | February 2, 2026 |
| Completion of all discovery (Dkt. 84 ¶ 12) | January 30, 2026 | March 16, 2026 |

A revised case management plan reflecting these deadlines is attached.