O+Z Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Matt Oppenheim
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.3958
matt@oandzlaw.com

May 29, 2025

**By ECF Filing**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re:    *Cengage Learning, Inc. et al., v. Google LLC*, Case No. 24-cv-04274 (JLR)

Dear Judge Rochon:

     Pursuant to this Court's Individual Rule 2.B, the parties in the above-referenced matter submit this joint letter containing a list of the names, telephone numbers, and email addresses of counsel who will speak during the discovery conference on May 30, 2025 at 10:00AM. (Dkt. No. 108).

**Plaintiffs' Counsel**

| Matt Oppenheim<br>Phone Number: (202)-450-3958<br>Email Address: matt@oandzlaw.com | Jeff Kane<br>Phone Number: (202)-499-2940<br>Email Address: jkane@oandzlaw.com |
|---|---|

**Defendant's Counsel**

| Sarang Damle<br>Phone Number: (202) 637-3332<br>Email Address: sy.damle@lw.com | Sara Sampoli<br>Phone Number: (202) 350-5328<br>Email Address: sara.sampoli@lw.com |
|---|---|

Sincerely,

*/s/ Matt Oppenheim*
Matt Oppenheim
OPPENHEIM + ZEBRAK, LLP

*Plaintiffs' counsel*

*/s/ Sarang Vijay Damle*
Sarang Vijay Damle
LATHAM & WATKINS LLP

*Defendant's counsel*