**Exhibit B - Trademarks**

| Plaintiff | Trademark | Trademark Registration |
|---|---|---|
| Cengage Learning, Inc. | CENGAGE | 3,603,349 |
| Cengage Learning, Inc. | | 3,790,579 |
| Cengage Learning, Inc. | MindTap | 4,545,094 |
| Cengage Learning, Inc. | SOUTH-WESTERN | 3,493,849 |
| Elsevier B.V. | ELSEVIER | 4,181,271 |
| Elsevier B.V. | | 0,751,756 |
| Elsevier Inc. | EVOLVE | 3,027,676 |
| Elsevier Inc. | MOSBY'S | 6,088,884 |
| Elsevier Inc. | M K | 2,114,270 |
| Macmillan Holdings, LLC | MACMILLAN LEARNING | 5,599,332 |
| McGraw Hill LLC | HARRISON'S | 4,042,148 |
| McGraw Hill LLC | FIRST AID FOR THE | 2,503,637 |
| McGraw Hill LLC | LANGE | 4,082,288 |
| McGraw Hill LLC | | 4,664,267 |
| McGraw Hill LLC | MCGRAW HILL | 4,664,266 |