

Matthew J. Oppenheim
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.3958
matt@oandzlaw.com

July 19, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

      Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
              Plaintiffs' Opposition to Google's Request to File a Reply

Dear Judge Rochon:

    Google seeks to file a reply because it claims not to have been aware that the Plaintiffs would be prejudiced by Google's continued infringement. To say this out loud demonstrates its absurdity. Google is acutely aware of its ongoing infringement; Google receives *weekly* infringement notices from Plaintiffs. Moreover, last month Plaintiffs produced to Google a detailed list of the thousands of infringing works Google has advertised, and about which Plaintiffs have sent infringement notices, since the filing of the amended complaint. Dkt. 123 ¶ 1.

    Regarding the evidence preservation issue, Google refuses to preserve important evidence unless a stay is entered. There is nothing Google can say in a reply that will make that extortionate position sound proper. Google has no excuse for its failure to preserve to date or going forward.

    There is no basis for a reply.

                                                  Respectfully submitted,

                                                 /s/ Matthew J. Oppenheim
                                                 Matthew J. Oppenheim