**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>          Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

<u>**NOTICE OF PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES**</u>

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law, and the entire record herein, Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Macmillan Holdings, LLC, Elsevier, Inc., Elsevier B.V., and McGraw Hill LLC (collectively, "Plaintiffs") hereby move this Court, at a date and time to be determined by the Court, before the Honorable Jennifer L. Rochon, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rule of Civil Procedure 12(f) striking Defendant Google LLC's second, third, fourth, and thirteenth affirmative defenses as set forth in Google's Answer, filed on July 2, 2025 (Dkt. 116).

Dated:  July 23, 2025

Respectfully submitted,

 /s/ *Michele H. Murphy*
Matthew J. Oppenheim
Michele H. Murphy (*pro hac vice*)
Jeff Kane (*pro hac vice*)
Kevin P. Lindsey
Uriel Lee (*pro hac vice*)

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax
matt@oandzlaw.com
michele@oandzlaw.com
jkane@oandzlaw.com
klindsey@oandzlaw.com
ulee@oandzlaw.com