

Matthew J. Oppenheim
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.3958
matt@oandzlaw.com

July 23, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

   Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
      Plaintiffs' Request to File a Sur-Reply

Dear Judge Rochon,

  Plaintiffs respectfully request permission to file a sur-reply of not more than 3 pages. Google's reply went beyond the two "factual issues" that Google indicated necessitated it. *Compare* Dkt. 125 with Dkt. 129. Google made arguments that it could have included in its original motion but did not. Google also confused the record. This prejudices Plaintiffs, as well as complicates the Court's review. A short sur-reply will distill the issues for the Court, without raising new ones.

                   Respectfully submitted,

Plaintiffs' request for a sur-reply, not to exceed
three pages, is GRANTED.
                   /s/ Matthew J. Oppenheim
                   Matthew J. Oppenheim

Dated: July 24, 2025
    New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**