

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

July 25, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
              Letter Request to File Redacted Documents

Dear Judge Rochon:

     We represent Plaintiffs in this matter. Pursuant to Rule 4(B)(iii)(c) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs respectfully seek the Court's approval to redact certain portions of the Joint Status Report.

     The status report contains a small amount of information that Defendant Google has marked "Attorneys' Eyes Only" pursuant to the Protective Order (Dkt. 82). Plaintiffs take no position on whether this information is designated properly. Pursuant to Your Honor's Individual Rule 4(B)(iii)(a), Plaintiffs conducted a meet-and-confer with Google's counsel on July 25, 2025 to discuss this issue. Google maintained its position that this information must be filed under seal. Pursuant to Your Honor's Individual Rule 4(B)(iii)(a), Plaintiffs will notify Defendant "that it must file, within three days, a letter explaining the need to seal or redact" this information in the declaration.

                                                   Respectfully submitted,

                                                   /s/ *Michele H. Murphy*
                                                 Michele H. Murphy