

Matthew J. Oppenheim
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.3958
matt@oandzlaw.com

July 29, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

   Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
     <u>Plaintiffs' Motion for Leave to Respond to Google's Notice of Supplemental Authority</u>

Dear Judge Rochon:

  Google filed a reply in support of its motion to stay discovery on July 22. Dkt. 129. The Court granted Plaintiffs leave to file a sur-reply due today, July 29. Dkts. 136, 140. Last night Google filed a Notice of Supplemental Authority, and included two pages of argument in support of its motion to stay discovery.

  To facilitate the Court's review, rather than make two separate filings (a three-page response to Google's Reply, and a two-page response to Google's Notice of Supplemental Authority), Plaintiffs suggest making one filing that will address both. Plaintiffs therefore respectfully request leave to file one letter not to exceed five pages tomorrow, Wednesday July 30, responding both to Google's Reply and to its Notice of Supplemental Authority. To the extent this would be considered an extension of the deadline for Plaintiffs' sur-reply, this is the first extension Plaintiffs have requested.

  Google has consented to Plaintiffs filing a two-page response to Google's Notice of Supplemental Authority. But Google took the position that Plaintiffs should make two separate filings (one addressing Google's reply letter and one addressing Google's Notice of Supplemental authority). Plaintiffs believe that a single filing will be more convenient for the Court.

  Plaintiffs thank the Court for its consideration.

                Respectfully submitted,

                <u>/s/ *Matthew J. Oppenheim*</u>
                Matthew J. Oppenheim
                OPPENHEIM + ZEBRAK, LLP

                *Counsel for Plaintiffs*