**Sarang Vijay Damle**
Direct Dial: +1.202.637.3332
sy.damle@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1. 202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

July 30, 2025

<u>**VIA ECF**</u>

The Honorable Jennifer L. Rochon
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

> Re: <u>*Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> Defendant's Motion for Leave to File Omnibus Letter Motion</u>

Dear Judge Rochon:

The parties filed a Joint Status Report with their respective positions on the status of fact discovery on July 25, 2025 (Dkt. 138). Google has met and conferred with Plaintiffs on numerous occasions about the various discovery issues outlined by Google in the Joint Status Report and expects that most of these issues will be the subject of motion practice. To facilitate the Court's review, rather than submit separate filings raising numerous discovery issues, Google requests leave to file one omnibus letter motion, no more than 15 pages, to be filed August 5, 2025. This page limit and deadline is consistent with Plaintiffs' request for leave to file a similar motion (Dkt. 138 at 3), which the Court granted (Dkt. 140). Google requests the Court set the same briefing schedule and hearing date for Google's omnibus letter motion and Plaintiffs' response to the same. Google reached out to Plaintiffs to seek their position on this request; Plaintiffs noted that they oppose. In light of the existing consolidated discovery briefing, Google believes that a single filing for Google's discovery disputes will be more convenient for the Court and preserve judicial resources.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Sy Damle*
Sarang Vijay Damle
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)