IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:24-cv-04274-JLR-BCM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Nicholas A. Roethlisberger hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for Defendant Google LLC in the above-captioned action.

I am a member in good standing of the bar of California, and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

*[Signature page to follow]*

1

Dated: August 5, 2025                    Respectfully submitted,

                                         */s/ Nicholas Roethlisberger*
                                         Nicholas Roethlisberger (to be admitted *pro hac vice*)
                                         KWUN BHANSALI LAZARUS LLP
                                         555 Montgomery St., Suite 750
                                         San Francisco, CA 94111
                                         Tel: (415) 630-2350
                                         nroethlisberger@kblfirm.com

                                         *Attorneys for Defendant Google LLC*