# EXHIBIT 5

# Document Produced in Native Format



The product could not be found.

Try searching for **The Harriet Lane Handbook 21st** on Google Shopping.

● Hanover, PA · Learn more

Google Home    Advertising    Business Solutions    Privacy & Terms    About Google