# EXHIBIT 6

**Document Produced in Native Format**

PL0000082723

amazon - Shop Fundamentals of Anatomy and Physiology 12th