# EXHIBIT 7

# Document Produced in Native Format

PL0000110880

