# EXHIBIT 9

# Document Produced in Native Format

PL0000008367




BOOK STUDY



IN STOCK      ‹ PREV    NEXT ›

# Race, Class, and Gender in the United States 11th Edition

Author: Paula S. Rothenberg, Christina Hsu Accomando

SKU: 9781319143657

**$20.30–$139.32**

An Integrated Study

select-format

DOWNLOAD      PAPERBACK

Quantity

−  1  +        Add to cart

♡ Add to wishlist

PayPal

Category: Anthologies

Tags: Books, Fiction, Romance - Contemporary

f  ♥  in  🔖 Save

---

Description

Author

Table of Contents

Reviews (0)

At a time when issues of identity, diversity, and inequality are at their most complex and divisive–and very much on student's minds–Rothenberg's anthology is as of-the-moment, authoritative, and thought-provoking as ever. Now in a rigorously updated new edition, this longtime bestseller is again the ideal catalyst for sparking lively class discussions on variety of difficult subjects, helping students think critically about categories of class, race, and sexuality, and how they operate and interact in the U.S. today. The new edition features 46 new readings (see table of contents), including writings from the founders and leaders of key contemporary social movements (Tarana Burke on the metoo movement; Alicia Garza on Black Lives Matter; Chief Arvol Looking Horse on Standing Rock; and Gaby Pacheco on the Dreamers). This edition also features new pedagogy designed specifically to help students make connections across topics, identify key ideas, and understand the real-world context of each selection.

---

## Related products



**Intro Stats...**

0

Richard D. De Veaux, Paul Velleman; David E. Bock

**$20.30–$139.32**



**The Murder of...**

0

Agatha Christie

**$20.30–$139.32**



**Leibowitz and...**

0

Rabbi Dr. Tal Sessler

**$20.30–$139.32**



**The Beatles 100**

0

John M. Borack

**$20.30–$139.32**

---



BOOK STUDY

### Need Help

**+44 74 1860 1533 (UK)**

SHOW ON MAP

**+1 661 380 7813 (US)**

Monday - Friday: 9:00-20:00
Saturday: 11:00 – 15:00

**Email:** contact@bookstudy.us

contact@bookstudy.us

**Physical address:** 19 Cuffelle Cl, Chineham, Basingstoke RG24 8RH, UK

#### Customer Care

Contact Us
About Us
FAQs
Sign In/Join
Track your order

#### Our Policies

Privacy Policy
Cookie Policy
Order Cancellation
Refund and Returns Policy
Shipping Policy
Terms And Conditions
DMCA
Help Center

#### Categories

Science
Health & Fitness
Medical
Cultural
Action & Adventure

Copyright © 2023 BOOKSTUDY. All rights reserved.



