# EXHIBIT 11

# Document Produced in Native Format

PL0000128292

# keynotelearner.com

Verifying you are human. This may take a few seconds.



keynotelearner.com needs to review the security of your connection before proceeding.

Ray ID: 899a2eedbf1e825c

Performance & security by Cloudflare