# EXHIBIT 12

# Document Produced in Native Format

PL0000130970

# keynotelearner.com

Verifying you are human. This may take a few seconds.



keynotelearner.com needs to review the security of your connection before proceeding.

Ray ID: 89b1366598c213b3

Performance & security by Cloudflare