# EXHIBIT 13

# Document Produced in Native Format

PL0000139504

# keynotelearner.com

Verifying you are human. This may take a few seconds.



keynotelearner.com needs to review the security of your connection before proceeding.

Ray ID: 8a3e3856cbcf1775

Performance & security by Cloudflare