# EXHIBIT 14

# Document Produced in Native Format

PL0000017564