# EXHIBIT 15

# Document Produced in Native Format

PL0000011838

 EXCLUSIVE TODAY: GET 40% OFF ON ALL PRODUCTS. APPLY CODE CHECKOUT PAGE
**SALE40**



HOME   ABOUT US   CONTACT US   TRACK YOU ORDER   EMAIL SUPPORT



**Sale!**

**12e**



HOME

## Contemporary Financial Management 12Th Edition (PDF Instant Download)

1 Reviews

~~$68.00~~ **$13.99**

🏷️ EXCLUSIVE TODAY: **Get 30% off** all orders. Apply discount code **SALE30** at checkout.

**PDF** "> Original PDF version directly from the Publisher.

**FREE >** "> Free returns and Free Shipping.

<div style="background:green">BUY NOW</div>

Be careful when buying ebooks from other websites, our website is proud to be the most reputable Ebook seller.



---

**INFO**   DESCRIPTION

**COMPATIBLE DEVICES:**

Version: PDF. It can be permanently stored and read on any device

**QUALITY:**

High Quality. No missing contents. Printable.

**DOWNLOAD:**

The Download Link will be automatically sent to your Email immediately after you complete the payment.

- In some cases related to the email system, emails sending download links to you may be listed as spam or blocked by your email system.

- If you do not receive an email with the product download link, please check your spam folder. If you still do not receive an email from us, please contact us. We will contact and assist you immediately.

- Thank you for shopping with us

- Have a good day

---

**Shop with Confidence, Shop with Ease**

The world's #1 e-book library for students. Book Store is the leading provider of online textbooks and course materials. More than 15 million users have used Cheapmonbook platform over the past year to improve their learning experience and outcomes.



**Safe & Secure Payments:** Your privacy information is never shared

**Major Savings:** Your privacy information is never shared

**Instant Access:** Get your eBooks immediately after purchasing

**One-stop Shopping:** Over 1.5 million eBooks in our global catalog

## GET IN TOUCH

Email: support@ebooksale.us
Mon - Sat: 9AM-5PM
Address: 38733 9th St E, Palmdale, CA 93550, USA

## POLICIES

Privacy Policy
Shipping Policy
Cancellation Policy
Return Policy
Refund Policy
Payment Policy
Terms of Service

## HELP

About us
Contact us
How To Order
Track Order
DMCA

   

Copyright 2023 © EBOOK-PDF. All Right Reserved.