# EXHIBIT 17

**Document Produced in Native Format**

PL0000107625

Case 1:24-cv-04274-JLR    Document 163-16    Filed 06/05/26    Page 3 of 3

# PIXEL PAPERBACK



**12e**

Contemporary
Financial
Management

Moyer
McGuigan
Rao
Kretlow

ER, V1

## Contemporary Financial Management 12Th Edition

~~$19.99~~  **$16.99**



IN STOCK

Type    Instant Download

| 1 |  Add to cart

OR

PayPal

Pay Later

Debit or Credit Card

Information

Specifications

SKU-BIG_V1-846
Category: etc, ei
Tag: 0361026809472

SHARE

## Description

ISBN-13: 9780538479172

Publisher: -

Author: -

Language: English

Reviews (0)    +

## Reviews

There are no reviews yet.

ADD A REVIEW

**SHOP**

Arts & Photography
Biography
Food & Drink
Health
Sports
Romance
Children
History
Travel & Holiday Guides

**HELP**

Refund and Returns Policy
Terms Of Use
Security
Privacy

**ABOUT**

About us
FAQ
Contact Us

**Address:** 130 N University Dr
Plantation, Florida 33324
United States

**Email:** support@pixelpaperback.com

Pixelpaperback 2024. All rights reserved

Secure payments    VISA    PayPal
