# EXHIBIT 18

# Document Produced in Native Format

PL0000115028



**12e**

## Contemporary Financial Management

Moyer
McGuigan
Rao
Kretlow

ER_V1

## Contemporary Financial Management 12Th Edition

~~$19.99~~   **$16.99**



IN STOCK

Type   Instant Download

| 1 |   Add to cart

OR

PayPal

Pay Later

Debit or Credit Card

Information

Specifications

SKU: BEL_V2_AHA
Category: el1_el
Tag: ER0453841972

SHARE

## Description

ISBN-13: 9780538479172

Publisher : .

Author: .

Language: English

Reviews (0)   +

## Reviews

There are no reviews yet.                                    ADD A REVIEW

**Address:** 130 N University Dr
Plantation, Florida 33324
United States

**Email.** support@pixelpaperback.com

**SHOP**

Arts & Photography
Biography
Food & Drink
Health
Sports
Romance
Children
History
Travel & Holiday Guides

**HELP**

Refund and Returns Policy
Terms Of Use
Security
Privacy

**ABOUT**

About us
FAQ
Contact Us

Pixelpaperback 2024. All rights reserved

Secure payments          VISA   PayPal   ●●

