# EXHIBIT 19

# Document Produced in Native Format

PL0000115133



**12e**



ER_V3

# Contemporary Financial Management 12Th Edition

$19.99



IN STOCK

Type    Instant Download

| 1 | Add to cart |

OR

**PayPal**

**Pay Later**

Debit or Credit Card

---

## Information

## Specifications

SKU BSL-55-666
Category: all, all
Tag: 835265847672

SHARE

## Description

ISBN-13: 9780538419772

Publisher: -

Author: -

Language: English

Reviews (0)    +

## Reviews

There are no reviews yet

ADD A REVIEW

---

**SHOP**

- **United States:** 130 N University Dr
  Plantation, Florida 33324 United States
- **United Kingdom:** RORO
  INNOVATION LIMITED. 59 Bowerham
  Road, Lancaster, England, UNITED
  KINGDOM. (Not open to the public)
- **Hong Kong:** RORO INNOVATION HK
  LIMITED. RM5/8C, 5/F, HO KING
  COMM CTR, 2-16 FAYUEN ST,
  MONGKOK KOWLOON HONG
  KONG

- **Email:** support@rorobook.com

Arts & Photography
Biography
Food & Drink
Health
Sports
Romance
Children
History
Travel & Holiday Guides

**HELP**

Refunds and Returns Policy
Terms Of Use
Security
Privacy

**ABOUT**

About us
FAQ
Contact Us

Rorobook 2024. All rights reserved.

Secure payments    VISA    PayPal    [card logos]