# EXHIBIT 20

Test Banks & Solution Manuals  |  Request New  |  FAQs  |  Contact Us

**TESTBANK23**

Search for Test Banks & Solution Manuals...  🔍

Login / Register     Cart / $449.78    22

Shopping Cart  >  **Checkout details**  >  Order Complete

★★★★★

*I must thank Testbank23 for helping me pass with excellent grades. It would have been impossible without your help. Your site always seems to have exactly what I need. Great work guys!*

**Shelly Wingard**

**Testbank23** is one of the largest and most trusted study resource databases on the Internet.

✓ Instant Download
✓ 100% Secure & Confidential
✓ 24/7 Live Chat Support

Norton SECURED | Google Trusted Store | PayPal | TRUSTe CERTIFIED PRIVACY

---

Returning customer? **Click here to login**

Have a coupon? **Click here to enter your code**

### EXPRESS CHECKOUT

[ Buy with G Pay ]

OR

### BILLING DETAILS

Email address *
`sophiedavidson122@gmail.com`

First name *           Last name *
`Sophie`               `Davidson`

Country / Region *
`United States (US)`

State *
`New York`

Street address *
`2005 Palmer Avenue`

Town / City *
`Larchmont`

ZIP Code *
`10538`

☐ Create an account?

### YOUR ORDER

| PRODUCT | SUBTOTAL |
|---|---|
| Test Bank for Organizational Communication: Approaches and Processes, 7th Edition × 1 | $19.99 |
| Test Bank for Principles of Physics: A Calculus-Based Text , 5th Edition × 1 | $19.99 |
| Psychology Applied To Modern Life: Adjustment In The 21st Century , 11th Edition Test Bank × 1 | $19.99 |
| Understanding Social Problems, 9th Edition Test Bank × 1 | $19.99 |
| Solution Manual for Mathematical Modeling, 4th Edition × 1 | $19.99 |
| Test Bank For Medical-Surgical Nursing: Assessment and Management of Clinical Problems, 8th Edition × 1 | $29.99 |
| Pharmacology For The Primary Care Provider (Edmunds, Pharmacology For The Primary Care Provider) , 4th Edition Test Bank × 1 | $19.99 |
| Test Bank For Earth System History, 4th Edition × 1 | $19.99 |
| Test Bank for Economics, 3rd Edition × 1 | $19.99 |
| Basic Statistics for Business and Economics, 8th Edition Solution Manual × 1 | $19.99 |
| Solution Manual For Case Studies in Finance Managing for Corporate Value Creation, 7th Edition × 1 | $19.99 |
| Comprehensive Stress Management, 13th Edition Test Bank × 1 | $19.99 |
| Employee Training and Development, 6th Edition Test Bank × 1 | $19.99 |
| Test Bank For Essentials Of Investments, 9th Edition × 1 | $19.99 |
| Essentials of The Living World, 4th Edition Test Bank × 1 | $19.99 |

CONFIDENTIAL                                                                                                         PL0000259431



CONFIDENTIAL

PL0000259432