# EXHIBIT 21

# Document Produced in Native Format

PL0000100897