# EXHIBIT 25

# Document Produced in Native Format

Google | Horngren's Accounting: The Financial Chapters 13th

All · Images · Maps · Shopping · More

Sign in

Home · Orders · Sort by: Relevance

Hanover, PA

**Show only**
- On sale

**Price**
- Up to $20
- $20 – $50
- $50 – $100
- Over $100

$ Min – $ Max

**Genre**
- Business / Economics
- Study Aids

**Format**
- Paperback
- eBooks
- Hardcover

**Page Count**
- < 586 pages
- 586 – 752 pages
- 752 – 912 pages
- 912 – 1,190 pages
- 1,190 – 1,584 pages
- > 1,584 pages

**Shipping & returns**
- Free returns
- 1-3 day delivery
- Free shipping

**Discover**
- Women-owned businesses
- Veteran-owned businesses
- Latino-owned businesses

**Product rating**
- 4 and up

More

**Condition**
- New items
- Used items

**Seller**
- AbeBooks.com
- Chegg
- eBay
- eCampus.com
- Thriftbooks.com
- VitalSource
- Walmart - Better World ...

More


**Sponsored** · Shop Horngren's Accounting: The Financial Chapters 13th

- Horngrens Accounting: The Financial Chapters — $74.99 — Pearson.com
- Horngren's Accounting, the Financial Chapters... — $150.89 Used — AbeBooks.com
- Horngren's Accounting, the Financial Chapters... — $12.49 Used — Chegg — Free shipping — Free returns for ...
- Horngrens Accounting: The Managerial... — $74.99 — Pearson.com
- Horngren's Accounting, The Managerial... — $36.00 — Mercari
- Horngren's Accounting (13th edition) — $18.00 — Brandflymedia — Free shipping


About these results

Horngren's Accounting: The Financial Chapters [Book]
eBook · hardback
$74.99
Pearson.com
Delivery by Sat, Nov 4
Compare prices from 5+ stores

SALE
Horngren's Accounting, the Financial Chapters [Book]
eBook · PDF · paperback
$32.50 · Was $42.81 Used
eBay - alibrisbooks
Delivery by Mon, Nov 6
Buy now
Compare prices from 10+ stores

Horngren's Financial & Managerial Accounting, The Financial Chapters [Book]
5.0 ★★★★★ 6
eBook · PDF · Pearson
$87.40
Amazon.com - Seller
Free delivery
Compare prices from 10+ stores

Horngren's Accounting, the Financial Chapters, Student Value Edition Plus ...
Pearson Education · book
$31.95 Used
AmericanBookWarehouse
$4.95 delivery
3.7/5 ★ (64 store reviews)

Horngren's Financial & Managerial Accounting: The Managerial Chapters [Book]
5.0 ★★★★★ 1
eBook · PDF · Pearson
$243.96
BiggerBooks
Delivery by Tue, Nov 7
3.2/5 ★ (158 store reviews)
Compare prices from 10+ stores

Horngren's Accounting [Book]
eBook · PDF · Pearson
$19.95
Stanza Textbooks
Delivery by Fri, Nov 3
Compare prices from 10+ stores

Solutions Manual for Horngren's Accounting: The Managerial Chapters, 13th Edition ...
$20.00
BookStudy
Free delivery by Tue, Nov 7

Horngren's Accounting, the Financial Chapters, Student Value Edition [Book]
Pearson Education · book
$159.39
Knetbooks.com
Free delivery by Thu, Nov 2
4.1/5 ★ (287 store reviews)
Compare prices from 5+ stores

SALE
Horngren's Financial and Managerial Accounting, the Managerial Chapters Plus ...
Paperback · book · 896 pages
$81.49 · Was $104.45 Used
Chegg
Free delivery & Free 21-day returns
Compare prices from 5+ stores

Horngren's Accounting, the Financial Chapters (Paperback)
Paperback
$208.67
Walmart - Alibris Books
Free delivery

(eBook PDF) Horngren's Financial & Managerial Accounting, The Financial Chapters ...
eBook · PDF
$24.99
thabisile
Free delivery by Sat, Oct 28

Horngren's Accounting, the Financial Chapters, Student Value Edition Plus Mylab ...
Paperback · book
$260.27 Used
Biblio.com - SGS Trading Inc
$3.90 delivery
Buy now
Compare prices from 5+ stores

Test Bank for Horngren's Accounting: 13th Edition By Tracie Miller-Nobles, Brenda ...
$20.00
BookStudy
Free delivery by Tue, Nov 7

Horngren's Financial and Managerial Accounting, the Financial Chapters, Student ...
5.0 ★★★★★ 1
Pearson Education · book
$0.85 Used
BookHolders.com
$3.99 delivery
Compare prices from 5+ stores

SALE
Horngren's Accounting, The Managerial Chapters - New Books | Size: s
$36.00 ~~$50.00~~
Mercari
$9.35 delivery
Buy now

Horngrens Accounting, The Financial Chapters [rental Edition] eBook
eBook
$59.99
VitalSource
Free delivery & Free 14-day returns
4.8/5 ★ (2K store reviews)
Buy now
Compare prices from 3 stores

Horngrens Financial & Managerial Accounting
5.0 ★★★★★ 6
$202.66
Pearson.com
Delivery by Sat, Nov 4

Horngren's Financial & Managerial Accounting The Managerial Chapters
Paperback
$5.49 Used
BooksRun - Buyback Express
$3.99 delivery
4.8/5 ★ (4.3K store reviews)
Compare prices from 2 stores

NEXT-DAY DELIVERY
Horngren's Financial and Managerial Accounting, the Financial Chapters Plus Mylab ...
CD · Pearson Education
$299.99
Barnes & Noble - Barnes and Noble...
Free delivery by tomorrow
Compare prices from 5+ stores

MyLab Accounting with Pearson EText -- Access Card -- for Horngren's Financial ...
eBook · Pearson Education
$79.85 Used
SecondSale
Free delivery by Wed, Nov 8
Top Quality Store · 4.2/5 ★ (11.7K)
Compare prices from 5+ stores

Horngren's Financial and Managerial Accounting, the Financial Chapters [Book]
Paperback · Pearson
$24.00 Used
Powell's Books
Delivery by Tue, Nov 14
Compare prices from 10+ stores

Horngren's Accounting, The Financial Chapters Plus Mylab Accounting with Pearson ...
Paperback · Prentice-Hall
$122.93 Used
Alibris
Delivery by Fri, Nov 17
Top Quality Store · 4.8/5 ★ (28.1K)
Compare prices from 3 stores

Horngren's Financial and Managerial Accounting, the Managerial Chapters, Student ...
Paperback · book · 912 pages
$39.42
30-day low
Walmart - UpWard Bound Books
Free delivery & Free 30-day returns
Compare prices from 4 stores

Horngren's Accounting: The Financial Chapters (Custom Edition
$25.48 Used
eBay - second.sale
Free delivery by Nov 7 & Free 30-d...

[illegible]

Horngren's Accounting: The Managerial Chapters Plus MyAccountingLab with Pearson
Paperback · book · 740 pages
$79.99
Austin-Books.com
Free delivery
Compare prices from 4 stores

Horngrens Financial & Managerial Accounting, The Managerial Chapters
Hardcover
$59.99
VitalSource
Free delivery & Free 14-day returns
4.8/5 ★ (2K store reviews)
Buy now
Compare prices from 5+ stores

Horngren's Financial and Managerial Accounting [Book]
5.0 ★★★★★ 1
Pearson Education · book
$45.95 ~~$259.99~~ Used
AmericanBookWarehouse
$4.95 delivery
3.7/5 ★ (64 store reviews)
Compare prices from 5+ stores

Horngren's Accounting, the Financial Chapters Plus MyAccountingLab with Pearson
Pearson Education · book
$232.49 Used
Chegg
Free delivery & Free 21-day returns

Horngren's Financial & Managerial Accounting by Tracie Miller-Nobles
5.0 ★★★★★ 6
Hardcover
$19.99
Grabthebookz
Free delivery

SALE
Horngren's Financial and Managerial Accounting, Chapters 14-24 [Book]
Paperback · book
$55.43 · Was $86.16 Used
Walmart - Wob
Free delivery
Compare prices from 2 stores

5% OFF
Horngren's Accounting, Student Value Edition [Book]
5.0 ★★★★★ 2
Paperback · book
$232.14
Apply BELOYAL
eCampus.com
Delivery by Tue, Nov 7
4.0/5 ★ (543 store reviews)
Compare prices from 5+ stores

LOW PRICE
Horngren's Financial and Managerial Accounting, Student Value Edition Plus Mylab ...
Paperback · book
$169.82
$75.93 below typical
BooksRun - Textbook Brokers
$3.99 delivery
4.8/5 ★ (4.3K store reviews)
Compare prices from 10+ stores

Horngren's Accounting, The Financial Chapters by Tracie Miller-Nobles
$234.81
eBay - alibrisbooks
Delivery by Mon, Nov 6
Buy now

Horngrens Financial And Managerial Accounting The Managerial Chapters 4th Edition
Exam Prep
$10.99
Inspire Uplift
Free delivery by Nov 1 & Free 30-d...
Top Quality Store · 4.4/5 ★ (18.1K)
Buy now

Horngren's Accounting: The Managerial Chapters, Student Value Edition [Book]
5.0 ★★★★★ 3
Pearson Education · book
$74.99
Austin-Books.com
Free delivery
Compare prices from 2 stores

Horngren's Accounting, Student Value Edition Plus Mylab Accounting with Pearson ...
Pearson Education · book
$393.00
Books Express
Free delivery by Fri, Nov 10
Compare prices from 5+ stores

Cost Accounting by Horngren - 13th Edition, ISBN: 9780136126638, Condition: Used
$190.25 Used
SF State Campus Store
$7.99 delivery

Horngrens Financial & Managerial Accounting The Financial Chapters 8th Edition
eBook
$59.99
VitalSource
Free delivery & Free 14-day returns
4.8/5 ★ (2K store reviews)
Buy now
Compare prices from 2 stores

Mylab Accounting with Pearson Etext -- Access Card -- For Horngren's Financial ...
eBook · PDF · computer file
$85.98
BooksRun - Textbook Brokers
$3.99 delivery
4.8/5 ★ (4.3K store reviews)
Compare prices from 5+ stores

Horngren's Financial and Managerial Accounting, the Managerial Chapters, Student ...
Pearson Education · book
$179.19
Knetbooks.com
Free delivery by Thu, Nov 2
4.1/5 ★ (287 store reviews)
Compare prices from 3 stores

SALE
Horngren's Financial & Managerial Accounting, The Financial Chapters [Paperback ...
5.0 ★★★★★ 6
Paperback
$68.95 ~~$195.99~~
Smiling Bookstore
Free delivery by Mon, Nov 6
Buy now

Horngren's Accounting, The Financial Chapters
$207.70
eBay - bookrunnersllc
Free delivery by Tue, Nov 7
Buy now

used Pre-owned Horngren's Accounting, the Financial Chapters (Paperback ...
Paperback · Non-fiction
$11.24 Used
Walmart - ThriftBooks
Free delivery

Horngren's Financial and Managerial Accounting, the Financial Chapters, Global ...
Paperback · paperback
$14.59
eBooks Shop
Free delivery

Horngren's Financial and Managerial Accounting, the Managerial Chapters + the ...
Paperback · book
$136.23
Biblio.com - SmartD Lda
$20.72 delivery
Buy now
Compare prices from 2 stores

Cost Accounting 13th edition 9780137052325 by Horngren, Charles T.
$50.99 Used
Chegg
Free delivery & Free 21-day returns

SPECIAL OFFER
Horngren's Financial and Managerial Accounting, the Managerial Chapters [Book]
5.0 ★★★★★ 1
eBook · PDF · paperback
$6.39
10% off 3+ Books
DiscoverBooks.com
Delivery by Mon, Nov 13
4.8/5 ★ (1K store reviews)
Buy now
Compare prices from 5+ stores

Horngren's Financial and Managerial Accounting, the Financial Chapters Plus ...
Pearson Education · book
$283.09 Used
Alibris
Delivery by Fri, Nov 17
Top Quality Store · 4.8/5 ★ (28.1K)
Compare prices from 3 stores

## Deals related to your search

SALE
Horngren's Accounting: The Financial Chapters [Book]
$19.99 ~~$35.99~~
Exam Guides
Free delivery by tomorrow

SALE
Horngren's Accounting, the Financial Chapters, Student Value Edition [Book]
$19.99 ~~$35.99~~
Exam Guides
Free delivery by tomorrow

SALE
Horngren's Financial & Managerial Accounting, The Financial Chapters, Global
5.0 ★★★★★ 6
$68.95 ~~$195.99~~
Smiling Bookstore
Free delivery by Mon, Nov 6
Buy now

SALE
Horngren's Financial & Managerial Accounting: The Financial Chapters [Book]
$19.99 ~~$35.99~~
Exam Guides
Free delivery by tomorrow

## You might like

Paperback · Hardcover · eBook · Business / Economics · Study Aids


**Sponsored** · Shop Horngren's Accounting: The Financial Chapters 13th

- Horngren's Financial & Managerial Accounting, The Financial Chapters, Global Edition by... — $40.79 Used — Thriftbooks.com — Free shipping — Free returns
- Solution Manual for Horngren's Accounting, The Financial Chapters, 13th Edition — $19.99 — Exam Guides — Free shipping
- Horngrens Financial & Managerial Accounting: The Financial Chapters — $74.99 — Pearson.com
- Horngrens Accounting, The Financial Chapters -- MyLab Accounting with — $133.65 — eCampus.com — Special offer


Goooooooogle
1 2 3 4 5 6 7 Next

options in **Quick settings**