# EXHIBIT 26

# Document Produced in Native Format

PL0000042683

Google Shopping

🔍 Horngren's Cost Accounting 17th ✕

# Horngren's Accounting [Book]



Year: 2017 - Pearson ▾

- You get immediate access to download your test bank.
- To clarify, this is the test bank, not the textbook.
- You will receive a complete test bank; in other words, all chapters will be there.
- Test banks come in PDF format; therefore, you don't need specialized software to open them.

SAVE

About these results ⓘ

### Buying options

**$141.63**
+$8.50 est. tax
Free delivery
Amazon.com - Seller                    Visit site

**$11.00**
+$0.66 est. tax
Free delivery by Thu, May 11
Grades-Push                            Visit site

**$17.99**
+$0.00 est. tax
Free delivery by Sun, May 7
Nooa Store                             Visit site

**Compare prices from 10+ stores**

---

**Typical prices across the web**
$141.63 at Amazon.com - Seller
Low $47 ———●——— $83 High

🔔 **Track price**
Get notified when the price drops
View all your tracked products

Report a listing

## Product details

eBook · PDF · by Tracie Miller-Nobles, Brenda Mattison, Ella Mae Matsumura · Pearson · hardback · 1584 pages · ISBN 0134486447

For courses in Financial and Managerial Accounting. Expanding on proven success with Horngren's accounting Horngren's Accounting presents the core content of principles of accounting in a fresh format designed to help today's learners succeed. As teachers first, the author team ... **More**

## Compare buying options

| Sold by | Details & special offers | Item price | Total price | |
|---|---|---|---|---|
| Amazon.com - Seller | Free delivery | $141.63 | $150.13 ⓘ | Visit site |
| Grades-Push | Free delivery by Thu, May 11 | $11.00 | $11.66 ⓘ | Visit site |
| Nooa Store | Free delivery by Sun, May 7 | $17.99 | $17.99 ⓘ | Visit site |
| VitalSource<br>✓ Trusted store · 4.9/5 ★ (3.3K)<br>1 more offer | Free delivery<br>Free 14-day returns | $46.61 | $49.41 ⓘ | Visit site |
| Biblio.com - Newzealand Worldbooks | $4.98 delivery | $79.98 | $90.06 ⓘ | Visit site |
| Textbooks.com<br>4.8/5 ★ (314 store reviews)<br>1 more offer | Free delivery<br>30-day returns | $230.52 | $244.35 ⓘ | Visit site |
| Books Express | Free delivery by Fri, May 19 | $396.00 | $396.00 ⓘ | Visit site |
| Books Express<br>Google Guarantee ⓘ | Free delivery by Fri, May 19<br>30-day returns | $396.00 | $419.76 ⓘ | 🛒 Add to cart |
| eCampus.com<br>4.5/5 ★ (356 store reviews)<br>1 more offer | $10.24 delivery by Mon, May 15<br>30-day returns<br>Apply BELOYAL | **5% OFF**<br>$359.18 | $391.59 ⓘ | Visit site |
| eBay<br>4 more offers | Free delivery by Fri, May 12 | $59.32<br>Used | $62.88 ⓘ | Visit site |

**Compare prices from 10+ stores**

---

## Related items

     

| $10.88 | $24.53 | $10.99 | $28.00 | $26.06 | $21.30 |
|---|---|---|---|---|---|
| The Language of Letti… | Think Again: The Pow… | Make It Stick: The Scie… | Breath: The New Scie… | How to Be an Antiracis… | 12 Rules for Life: … |
| ★★★★★ (226) | ★★★★☆ (16) | ★★★★★ (13) | ★★★★★ (188) | ★★★★☆ (49) | ★★★★☆ (582) |

## Feedback

Want to suggest a feature, report a bug, or tell us about incorrect data? **Send feedback** or **report a violation**