# EXHIBIT 27

# Document Produced in Native Format

PL0000067517

 CUSTOMER APPRECIATION: GET 20% OFF ALL ORDERS. APPLY DISCOUNT CODE: SALE20