# EXHIBIT 5

# Document Produced in Native Format

PL0000016194

Google Shopping

The Harriet Lane Handbook 21st

The product could not be found.

Try searching for **The Harriet Lane Handbook 21st** on Google Shopping.

Hanover, PA · Learn more

Google Home    Advertising    Business Solutions    Privacy & Terms    About Google

Sign in