# EXHIBIT 6

**Document Produced in Native Format**

PL0000082723