# EXHIBIT 7

# Document Produced in Native Format

PL0000110880

Google shopping results page for "Beginning Algebra 4/E (Annotated Instructor's Edition)" — page 3 of 3.