# EXHIBIT 10

# Document Produced in Native Format

PL0000014083

Get 5% OFF on all books! Apply coupon SALE50

# MENU

## Oops! That page can't be found.

**404**

It looks like nothing was found at this location. Maybe try one of the links below or a search?

Search...

## GET IN TOUCH

Call us: +1 740-338-4252
Email: support@scholardream.us
Mon - Sat: 9AM-5PM
Address: 38733 9th St E, Palmdale, CA 93550, USA

## POLICIES

Privacy Policy
Shipping Policy
Cancellation Policy
Return Policy
Refund Policy
Payment Policy
Terms of Service

## HELP

About us
Contact us
How To Order
Track Order
DMCA


