# EXHIBIT 16

# Document Produced in Native Format

PL0000106680





Sale!

12e

# Contemporary Financial Management

# Moyer
# McGuigan
# Rao
# Kretlow



HOME

## Contemporary Financial Management 12Th Edition (PDF Instant Download)

~~$94.00~~  **$13.39**

**BUY NOW**

INFO    DESCRIPTION    REVIEWS (0)

**COMPATIBLE DEVICES:**

Version: PDF. It can be permanently stored and read on any device

**QUALITY:**

High Quality. No missing contents. Printable.

**DOWNLOAD:**

The Download Link will be automatically sent to your Email immediately after you complete the payment.

- In some cases related to the email system, emails sending download links to you may be listed as spam or blocked by your email system.

- If you do not receive an email with the product download link, please check your spam folder. If you still do not receive an email from us, please contact us. We will contact and assist you immediately.

- Thank you for shopping with us

- Have a good day

## GET IN TOUCH

Call us: +1 740-338-4252
Email: ebookus183@gmail.com
Mon - Sat: 9AM-5PM
Address: 909 Market St, Wilmington, NC 28401, USA
Office Address: 71-75 Shelton Street, Covent Garden, London, WC2H 9JQ, United Kingdom

## POLICIES

Privacy Policy
Shipping Policy
Cancellation Policy
Return Policy
Refund Policy
Payment Policy
Terms of Service

## HELP

About us
Contact us
How To Order
Track Order
DMCA



Copyright 2024 © CustomPrint - All Rights Reserved.