# EXHIBIT 17

# Document Produced in Native Format

PL0000107625

# PIXEL PAPERBACK



EB...V5

## Contemporary Financial Management 12Th Edition

~~$19.99~~   **$16.99**



IN STOCK

Type    Instant Download

| 1 |    Add to cart

OR

PayPal

Pay Later

Debit or Credit Card

Information

Specifications

SKU: EEL-V5-NN6
Category: eb...v5
Tag: 9780538479172

SHARE

## Description

ISBN-13: 9780538479172

Publisher: -

Author: -

Language: English

Reviews (0)    +

## Reviews

There are no reviews yet.

ADD A REVIEW

---

**Address:** 130 N University Dr
Plantation, Florida 33324
United States

**Email:** support@pixelpaperback.com

### SHOP

Arts & Photography
Biography
Food & Drink
Health
Sports
Romance
Children
History
Travel & Holiday Guides

### HELP

Refund and Returns Policy
Terms Of Use
Security
Privacy

### ABOUT

About us
FAQ
Contact Us

Pixelpaperback 2024. All rights reserved.

Secure payments.

