# EXHIBIT 18

**Document Produced in Native Format**

PL0000115028

# PIXEL PAPERBACK



12e

**Contemporary
Financial
Management**

Moyer
McGuigan
Rao
Kretlow

EB_V1

## Contemporary Financial Management 12Th Edition

~~$19.99~~  **$16.99**



IN STOCK

Type    Instant Download

| 1 | Add to cart |

OR

PayPal

Pay Later

Debit or Credit Card

Information

Specifications

SKU: BEL_V1_846
Category: eb_v1
Tag: 9780538479172

SHARE

## Description

ISBN-13: 9780538479172

Publisher: :

Author: :

Language: English

Reviews (0)  +

## Reviews

There are no reviews yet.

ADD A REVIEW

**SHOP**

Arts & Photography
Biography
Food & Drink
Health
Sports
Romance
Children
History
Travel & Holiday Guides

**Address:** 130 N University Dr
Plantation, Florida 33324
United States

**Email:** support@pixelpaperback.com

**HELP**

Refund and Returns Policy
Terms Of Use
Security
Privacy

**ABOUT**

About us
FAQ
Contact Us

Pixelpaperback 2024. All rights reserved

Secure payments        VISA    PayPal
                        G Pay   Pay