# EXHIBIT 19

**Document Produced in Native Format**

PL0000115133



**12e**

# Contemporary
# Financial
# Management



## Moyer
## McGuigan
## Rao
## Kretlow

ER, Y2

## Contemporary Financial Management 12Th Edition

$19.99



IN STOCK

Type    Instant Download

| | | |
| --- | --- | --- |
| 1 | Add to cart | |

OR

**PayPal**

Pay Later

Debit or Credit Card

---

Information

Specifications

SKU BSL 53 466
Category eb, v2
Tag 9781265478172

SHARE

## Description

ISBN-13: 9780538478172

Publisher: –

Author: –

Language: English

Reviews (0)    +

## Reviews

There are no reviews yet.    ADD A REVIEW

---

**SHOP**

Arts & Photography
Biography
Food & Drink
Health
Sports
Romance
Children
History
Travel & Holiday Guides

- **United State:** 130 N University Dr
  Plantation, Florida 33324 United States
- **United Kingdom:** RORO
  INNOVATION LIMITED, 59 Bovenham
  Road, Lancaster, England, LANCED
  KINGDOM (Not open to the public)
- **Hong Kong** RORO INNOVATION HK
  LIMITED, RM50C, 5/F, HO KING
  COMM CTR, 2-16 FAYUEN ST,
  MONGKOK KOWLOON HONG
  KONG

- **Email:** support@roroboook.com

**HELP**

Refunds and Returns Policy
Terms Of Use
Security
Privacy

**ABOUT**

About us
FAQ
Contact Us

Rorobook 2024. All rights reserved.

Secure payments    VISA    PayPal    MasterCard