# EXHIBIT 20

Test Banks & Solution Manuals | Request New | FAQs | Contact Us

Search for Test Banks & Solution Manuals…  **TESTBANK23**   Login / Register    Cart / $449.78  22

Shopping Cart  >  **Checkout details**  >  Order Complete

> ★★★★★
> I must thank Testbank23 for helping me pass with excellent grades. It would have been impossible without your help. Your site always seems to have exactly what I need. Great work guys!
>
> **Shelly Wingard**

**Testbank23** is one of the largest and most trusted study resource databases on the Internet.
- ✓ Instant Download
- ✓ 100% Secure & Confidential
- ✓ 24/7 Live Chat Support




Returning customer? **Click here to login**

Have a coupon? **Click here to enter your code**

### EXPRESS CHECKOUT

[ Buy with G Pay ]

— OR —

## BILLING DETAILS

Email address *
sophiedavidson122@gmail.com

First name *           Last name *
Sophie                 Davidson

Country / Region *
United States (US)

State *
New York

Street address *
2005 Palmer Avenue

Town / City *
Larchmont

ZIP Code *
10538

☐ Create an account?

### YOUR ORDER

| PRODUCT | SUBTOTAL |
|---|---|
| Test Bank for Organizational Communication: Approaches and Processes, 7th Edition  × 1 | $19.99 |
| Test Bank for Principles of Physics: A Calculus-Based Text , 5th Edition  × 1 | $19.99 |
| Psychology Applied To Modern Life: Adjustment In The 21st Century , 11th Edition Test Bank  × 1 | $19.99 |
| Understanding Social Problems, 9th Edition Test Bank  × 1 | $19.99 |
| Solution Manual for Mathematical Modeling, 4th Edition  × 1 | $19.99 |
| Test Bank For Medical-Surgical Nursing: Assessment and Management of Clinical Problems, 8th Edition  × 1 | $29.99 |
| Pharmacology For The Primary Care Provider (Edmunds, Pharmacology For The Primary Care Provider) , 4th Edition Test Bank  × 1 | $19.99 |
| Test Bank For Earth System History, 4th Edition  × 1 | $19.99 |
| Test Bank for Economics, 3rd Edition  × 1 | $19.99 |
| Basic Statistics for Business and Economics, 8th Edition Solution Manual  × 1 | $19.99 |
| Solution Manual For Case Studies in Finance Managing for Corporate Value Creation, 7th Edition  × 1 | $19.99 |
| Comprehensive Stress Management, 13th Edition Test Bank  × 1 | $19.99 |
| Employee Training and Development, 6th Edition Test Bank  × 1 | $19.99 |
| Test Bank For Essentials Of Investments, 9th Edition  × 1 | $19.99 |
| Essentials of The Living World, 4th Edition Test Bank  × 1 | $19.99 |

CONFIDENTIAL                                                                                          PL0000259431

