# EXHIBIT 22

| | |
|---|---|
| **From:** | Michele Murphy <michele@oandzlaw.com> |
| **Sent:** | Friday, December 6, 2024 12:14 PM |
| **To:** | Victorson, Holly (DC); Jeff Kane; Kevin Lindsey; Uriel Lee |
| **Cc:** | Damle, Sy (DC-NY); Tomkowiak, Sarah (DC); Stillman, Alli (NY); Wetzel, Joe (Bay Area); Bladow, Laura (DC); Sampoli, Sara (DC); Buettner, Thomas (CH) |
| **Subject:** | Re: Cengage v. Google: |
| **Attachments:** | 2024.12.06 Cengage v. Google - Domains Noticed through 2024.08.12 identifying WIS.xlsx; Screenshot 2024-12-06 at 12.05.18 PM.png |

Counsel,

For purposes of the discovery dispute, attached is an updated spreadsheet regarding the domains in plaintiffs' notices identifying a work in suit (WIS) through 8.12.24. There is one additional domain on this spreadsheet compared to yesterday's version (chanhchua-store.myspreadshop.com, row 251). We are working on supplementing this with more recent notice information. We expect to have this updated list next week.

Also, on this spreadsheet we have swapped the information in column B for what we believe might be a more readily searchable data field. Whereas yesterday's version contained the first part of the domain name without the extension, this version includes the name of the infringing merchant that appears on the ad (e.g., "D-Heart" in the attached screenshot from today).

Please let us know if you have any questions. Thanks, Michele

Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
202.450.5643
michele@oandzlaw.com  |  www.oandzlaw.com



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Thursday, December 5, 2024 at 1:04 PM
**To:** "Holly.Victorson@lw.com" <Holly.Victorson@lw.com>, Jeff Kane <JKane@oandzlaw.com>, Kevin Lindsey <KLindsey@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** "Sy.Damle@lw.com" <Sy.Damle@lw.com>, "Sarah.Tomkowiak@lw.com" <Sarah.Tomkowiak@lw.com>, "Alli.Stillman@lw.com" <Alli.Stillman@lw.com>, "Joe.Wetzel@lw.com" <Joe.Wetzel@lw.com>, "Laura.Bladow@lw.com" <Laura.Bladow@lw.com>, "Sara.Sampoli@lw.com" <Sara.Sampoli@lw.com>,

"Thomas.Buettner@lw.com" <Thomas.Buettner@lw.com>
**Subject:** Re: Cengage v. Google:

Counsel,

In some cases, there is a difference between a notice to Google identifying a website and a work-in-suit versus a notice identifying a website and an infringing work that is not a work-in-suit (e.g., due to a registration issue), but the merchant was also selling a work-in-suit. For the attached spreadsheet, we can confirm for purposes of this discovery dispute that it is our understanding that the answer to both of your questions is yes (except we would use the term "selling" rather than "hosting"), i.e., the data show that a work-in-suit is in the notice. We would need more time to answer as to the others. We also added a column for just the first part of the domain name, e.g., without the extension, since that is one of the fields we would like Google to search. We will be following up shortly regarding the larger issues involved in the dispute.

Thanks,
Michele


Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
202.450.5643
michele@oandzlaw.com  |  www.oandzlaw.com



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.


**From:** "Holly.Victorson@lw.com" <Holly.Victorson@lw.com>
**Date:** Thursday, December 5, 2024 at 10:37 AM
**To:** Michele Murphy <michele@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Kevin Lindsey <KLindsey@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** "Sy.Damle@lw.com" <Sy.Damle@lw.com>, "Sarah.Tomkowiak@lw.com" <Sarah.Tomkowiak@lw.com>, "Alli.Stillman@lw.com" <Alli.Stillman@lw.com>, "Joe.Wetzel@lw.com" <Joe.Wetzel@lw.com>, "Laura.Bladow@lw.com" <Laura.Bladow@lw.com>, "Sara.Sampoli@lw.com" <Sara.Sampoli@lw.com>, "Thomas.Buettner@lw.com" <Thomas.Buettner@lw.com>
**Subject:** RE: Cengage v. Google:

Thank you, Michele.  Can you please confirm that (1) these domains represent domains identified in notices from, or on behalf of, Plaintiffs to Google; and (2) each domain listed allegedly hosted an infringing copy of at least one of the asserted works in Appendix A of the First Amended Complaint?

Thanks,
Holly

**Holly Victorson**
Pronouns: she/her/hers

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2336

---

**From:** Michele Murphy <michele@oandzlaw.com>
**Sent:** Thursday, December 5, 2024 8:46 AM
**To:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Jeff Kane <JKane@oandzlaw.com>; Kevin Lindsey <KLindsey@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Buettner, Thomas (CH) <Thomas.Buettner@lw.com>
**Subject:** Re: Cengage v. Google:

Counsel,

Here is the updated list of domains noticed through 12.3.24. Some of these include domains noticed before 8.12.24 that were not on yesterday's list because they were sent by a different vendor. Please let us know if you have questions.

Thanks, Michele

Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
202.450.5643
michele@oandzlaw.com  |  www.oandzlaw.com



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

---

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Wednesday, December 4, 2024 at 5:13 PM
**To:** "Holly.Victorson@lw.com" <Holly.Victorson@lw.com>, Jeff Kane <JKane@oandzlaw.com>, Kevin Lindsey <KLindsey@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** "Sy.Damle@lw.com" <Sy.Damle@lw.com>, "Sarah.Tomkowiak@lw.com" <Sarah.Tomkowiak@lw.com>, "Alli.Stillman@lw.com" <Alli.Stillman@lw.com>, "Joe.Wetzel@lw.com" <Joe.Wetzel@lw.com>, "Laura.Bladow@lw.com" <Laura.Bladow@lw.com>, "Sara.Sampoli@lw.com" <Sara.Sampoli@lw.com>, "Thomas.Buettner@lw.com" <Thomas.Buettner@lw.com>
**Subject:** Re: Cengage v. Google:

Counsel,

For purposes of the discovery dispute, here is the list of domains noticed through 8.12.24. We will work on supplementing this for subsequent notices.

Thanks, Michele

Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
202.450.5643
michele@oandzlaw.com  |  www.oandzlaw.com



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** "Holly.Victorson@lw.com" <Holly.Victorson@lw.com>
**Date:** Wednesday, December 4, 2024 at 4:58 PM
**To:** Jeff Kane <JKane@oandzlaw.com>, Michele Murphy <michele@oandzlaw.com>, Kevin Lindsey <KLindsey@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** "Sy.Damle@lw.com" <Sy.Damle@lw.com>, "Sarah.Tomkowiak@lw.com" <Sarah.Tomkowiak@lw.com>, "Alli.Stillman@lw.com" <Alli.Stillman@lw.com>, "Joe.Wetzel@lw.com" <Joe.Wetzel@lw.com>, "Laura.Bladow@lw.com" <Laura.Bladow@lw.com>, "Sara.Sampoli@lw.com" <Sara.Sampoli@lw.com>, "Thomas.Buettner@lw.com" <Thomas.Buettner@lw.com>
**Subject:** Cengage v. Google:

Counsel,

During the discovery conference today, we understand that you offered to provide Google with a list of domains connected with the noticed infringements alleged for the asserted works in this case.  It would be helpful for Plaintiffs to provide this list in order to focus Google's investigation of a potential compromise on the "related" merchant dispute.  Please let us know if Plaintiffs will provide the list mentioned at the conference.

Regards,
Holly

**Holly Victorson**
Pronouns: she/her/hers

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2336
Email: holly.victorson@lw.com
https://www.lw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

# Attachment 1

| Domain | Name on Ad |
|---|---|
| 315atemiisbet.com | Daniel Store |
| abbokksni.shop | Ebooks shop |
| abbooks.shop | Modern style Shop |
| abbookz.shop | eBook Store |
| abdulhadim.mybigcommerce.com | abdulhadim |
| abebook.shop | Hypatia Shop |
| abebookz.shop | eBook Store |
| aberrockstar.com | Kaitlin Shop |
| abirda.com | Abirda |
| abtext.shop | eBook Store |
| abuapascolina.shop | abuapascolina |
| abubakarisa.mybigcommerce.com | abubakarisa |
| academicworld.online | e-book store |
| academicworld.shop | e-book store |
| academicworld.us | e-book store |
| academicworlds.com | eBook World |
| acbookssem.shop | Ebooks store |
| acolamoreen15.mybigcommerce.com | acolamoreen |
| acxedwardh.mybigcommerce.com | Acxedwardh |
| adolfoman.mybigcommerce.com | Adolfoman |
| adrienja.mybigcommerce.com | Adrienja |
| aebooks.shop | Ebook Store |
| aemmanuel.mybigcommerce.com | Aemmanuel |
| afssacele.mybigcommerce.com | Afssacele |
| aggyandati.mybigcommerce.com | Aggyandati |
| agwangmar.mybigcommerce.com | Agwangmar |
| airesdeespana.com | Airesdeespana |
| akiebooks.shop | Ebooks us |
| akikochiba.com | akikochiba |
| akinremia.mybigcommerce.com | Akinremia |
| alaxke.xyz | Waters |
| alecro.shop | reillysally |
| alfanaro.us | Bobst |
| alhassana.mybigcommerce.com | Alhassana |
| alibooks.shop | Paige Shop |
| alibookstore.info | e-book store |
| alibookstore.online | Ali bookstore |
| alibookstore.us | Ali bookstore |
| aliebookstore.com | eBook world |
| aliebookstore.us | eBook world |

| | |
|---|---|
| aliensfactory.com | Aliensfactoryevan |
| aliensstory.com | pepperstatuss-store |
| alifuny.com | Alifuny |
| aliyuford.myshopify.com | aliyu |
| all-ebookspdf.com | riana |
| allbookus.shop | Felicia Shop |
| allebookoflife.com | laritana |
| alltextbookpro.com | Kara |
| alobooks.shop | eBook Store |
| amadoucon.mybigcommerce.com | Amadoucon |
| amaliens.com | Amaliens |
| amandaso.xyz | Amanda |
| amaritiez.mybigcommerce.com | amaritiez |
| amaritiez.myshopify.com | amaritiez |
| amazingsavings.storenvy.com | Amazing Savings |
| american-giant.shop | American-Giant |
| aminaalti.mybigcommerce.com | Aminaalti |
| aminee.shop | Farrer Shop |
| amitkatar.mybigcommerce.com | Amitkatar |
| amuzujoyc.mybigcommerce.com | Amuzujoyc |
| amzprinted.com | Roderick Shop1 |
| amzwagmy.mybigcommerce.com | Amzwagmy |
| amzyabdul.myshopify.com | amzyabdul |
| andreasbiker.myshopify.com | andreasbiker |
| andrewblak.mybigcommerce.com | Andrewblak |
| andrewstevensny.store | Andrew Stevens Collection |
| anjusagar.mybigcommerce.com | Anjusagar |
| annapdf.shop | eBook Store |
| annjuliet.mybigcommerce.com | Annjuliet |
| answerins.com | Answerins |
| aosindrag.mybigcommerce.com | Aosindrag |
| aresbook.store | Kaitlin Shop |
| ariyoahsa.mybigcommerce.com | ariyoahsa |
| arlostore.shop | Sarah Shop |
| arnettakin.shop | arnettakin |
| asadul.shop | asadulrouf |
| ashaibra.myshopify.com | ashaibra |
| ashirusani.mybigcommerce.com | ashirusani |
| aslbk.com | Buy all ASL eBooks and Videos |
| atacia.shop | Atacia |
| atibubush.mybigcommerce.com | Atibubush |

| | |
|---|---|
| attahirub.mybigcommerce.com | Attahirub |
| autokumar.shop | Autokumar |
| auwalbeen.mybigcommerce.com | Auwalbeen |
| avebook.shop | eBook Store |
| awesomebooks.shop | Ebook Store |
| awika.shop | eBook Store |
| azdesa.mybigcommerce.com | Azdesa |
| azdesa.myshopify.com | Azdesa |
| azebook.shop | Neala Shop |
| baizid.shop | cliftoncro |
| balafe.com | Balafe |
| bambinox.mybigcommerce.com | Bambinox |
| baneshop.shop | eBooks Shop |
| banivahome.com | rahulparmarparmar140 |
| bargaintextbook.com | Bargain Textbook |
| barneybooks.com | barneybooks |
| baseofbooks.com | Base of Books |
| baymentee.shop | gregory shop |
| bemnebook.shop | eBook PDF |
| benit.shop | eBook Shop |
| benty.shop | ebook store |
| bepbook.com | stuartberg |
| besttestbanks.com | Best Test Banks |
| betatee.shop | Books Store |
| bherusing.mybigcommerce.com | Bherusing |
| bibestore.com | bibestore |
| bibooks.shop | Ebooks store |
| bibookz.store | Ebooks store |
| bibu.shop | Murakawa |
| bigbenbookshop.com | Bigben Bookshop |
| biobe.shop | eBook Shop |
| bishot.shop | abdulmajiddajin |
| bizninjas.com | Biz Ninjas Books |
| blanca-soto-de-pena3.myspreadshop.com | eBook Store |
| blbcreativesolutionsllc.com | Cuonghoangtranglam9810 |
| blendastra.mybigcommerce.com | Blendastra |
| bloeeckerkids.com | Vesta Kane |
| bluerein.com | Blue Rein Bookstore |
| boaklux.com | dearstudentz |
| boatestore.com | eleonorJo |
| bocobook.shop | eBook Shop |

| | |
|---|---|
| bocobooks.store | eBook Shop |
| bokobooks.shop | EbooK Store |
| bombas.store | Bombas |
| boo.azazie.shop | Azazie |
| book4u.shop | eBook Happy |
| bookacade.shop | e-book shop |
| bookacademic.shop | e-book store |
| bookalaska.shop | eBook Shop |
| bookandy.shop | bookandy |
| bookani.shop | Ebooks Store |
| bookbilo.shop | e-Book Shop |
| bookbob.shop | eBook Store |
| bookboo.shop | eBOOK |
| bookbyteboutique.myshopify.com | BookByTeboutique |
| bookcloud.shop | e-book shop |
| bookdeal.shop | e-book shop |
| bookdealshop.com | e-book shop |
| bookdf.shop | Ebook Store |
| bookdsd.shop | EbooK Store |
| bookexperience.shop | eBooK Store |
| bookgold.store | eBook store |
| bookgoold.shop | EBooks Store |
| bookhome.shop | eBook Store |
| bookhots.shop | Book.US |
| bookhott.store | Book.US |
| bookhotus.shop | EBooks Store |
| bookht.shop | BookOne |
| bookhtml.info | EBook Shop |
| bookinggokidsgo.com | Qasieusao |
| bookios.shop | Thompson Shop |
| bookishdelight.shop | rayganadilenechapman |
| bookkata.shop | Colorats |
| bookkk.shop | ebooks shop |
| booklina.shop | eBook Shop |
| booklives.shop | maddy26bxm44 |
| booklovee.shop | Ebook Store |
| bookmeta.shop | eBook Shop |
| bookmilo.shop | eBook Shop |
| bookmimi.shop | Sharaie |
| booknan.shop | eBook Shop |
| booknest.shop | Tadhg Shop |

| | |
|---|---|
| booknew.store | eBooks shop |
| booknew.world | EBook Shop |
| booknewlife.shop | shopbanna |
| booknews.click | EBooks Shop |
| booknt.shop | Ebooks shop |
| bookntn.shop | books.store |
| bookoffice.shop | EbooK Store |
| bookoffork.com | big shop |
| bookon.shop | Ryan |
| bookosaca.shop | eBook Shop |
| bookpdf.store | EBook Store |
| bookpdffunny.shop | Ebooks Shop |
| books-for-everyone.com | Books-For-Everyone |
| books4sale.shop | eBook Store |
| booksbase.net | BooksBase |
| bookscloud.shop | Bookscloud |
| booksdeal.shop | e-book store |
| bookshelfbazaar.myshopify.com | bookshelfbazaar |
| bookshelfboutique.shop | Condinni |
| bookshelffinds.shop | Orringe |
| bookshelfhub.myshopify.com | Bookshelfhub |
| bookshop98.com | b98 Shop |
| bookshopme.us | Book.US |
| bookshops.best | EbooK Store |
| bookshopus.shop | eBooks Shop |
| bookshopz.us | Book.USA |
| bookskee.myshopify.com | Bookskee |
| booksos.shop | booksos shop |
| booksp.shop | Ebooks store |
| bookspecialist.shop | eBooK Shop |
| booksspace.shop | EBooks Shop |
| booksstore24h.shop | Ali bookstore |
| booksstoreus.shop | Books Store US |
| bookstoreclerk.com | Bookstore Clerk |
| bookstoress.shop | booksdi-shop |
| bookstorex.shop | eBook Store |
| bookstoreyr.com | Book.Store |
| bookstudy.store | BookStudy |
| bookstudy.us | BookStudy |
| bookstyle.shop | E-BooK Store |
| booksusshop.shop | Book US Shop |

| | |
|---|---|
| booksvault.com | Books Vault |
| bookswagonshopee.blogspot.com | myntra bookskart |
| booksworld4u.com | walshwaliz |
| bookvoyage.myshopify.com | Bookvoyage |
| bookwonders.shop | eBooks Us |
| bookworld.shop | EbooK Store |
| bookxx.shop | Julia-nguyen |
| bookyoy.shop | eBook Us |
| bookzoo.mybigcommerce.com | bookzoo |
| bookzzkl.shop | Books Store US |
| bookzzp.shop | EbooK Store |
| boolcleans.shop | eBook Store |
| bootbaldrict.shop | eBook Store |
| boscobawa.mybigcommerce.com | Boscobawa |
| bottletrek.com | Bottletrek Store |
| brahim8.shop | harthazhhar |
| brandflymedia.com | Brandflymedia |
| bridgetmarket.us | Bridgetmarket |
| brlalpur-e10.mybigcommerce.com | Brlalpur |
| brlalpur.mybigcommerce.com | Brlalpur |
| brouvivie.mybigcommerce.com | Brouvivie |
| btestbanks.com | B TestBanks |
| buemat.xyz | Jessica1 |
| bundoedciates.com | Kaitlin Shop |
| buskonke.com | pooleingridji |
| buzzbooks.store | buzzbooks.store |
| buzzmok.store | Buzzmok |
| calibook.shop | Ebook Store |
| califayecollection.com | Testbank2023 |
| canndyy.shop | Ebook Store |
| canybay.com | CanyBay |
| capandra.company.site | capandra.company |
| capsile.com | augustusn |
| cartagogrupo.com | valeriesteinmann |
| cassandra.mybigcommerce.com | Cassandra |
| cathyha.myshopify.com | Cathyha |
| catmhy.com | catmhy |
| cattut.shop | thomsonlohman |
| ccworkroom.com | Cloudy Clovers |
| celiameli.mybigcommerce.com | Celiameli |
| cenatee.shop | Books Store |

| | |
|---|---|
| centee.shop | Murzyn |
| cepbooksgyu.shop | Ebooks us |
| cerdaoledog.mybigcommerce.com | cerdaoledog |
| chainispil.com | raisishjc n Shop |
| chanhchua-store.myspreadshop.com | e-book store |
| chasit.shop | underwood |
| cheap4student.com | cheap4student.com |
| cheapbok.com | Cheapbok |
| cheapday.store | CheapDay Store |
| cheapnursingtests.com | Cheap Nursing Tests |
| cheerstolife.shop | Ebook 2023 |
| cheltonfu.mybigcommerce.com | Cheltonfu |
| chestpicker.com | Victoria Shop |
| chiccrazeemporium.indiemade.com | chiccrazeemporium |
| chrisy.shop | edmunds |
| chudeange.mybigcommerce.com | chudeange |
| churchil.shop | domingo |
| cicpherlinkey.shop | cicpherlinkey.shop |
| cikendot.myshopify.com | cikendot |
| clustereng.com | clusterengs |
| colourbaby.com | Isadora Shop |
| colsalez.mybigcommerce.com | colsalez |
| compliancecodes.com | Compliance Codes |
| coolstyle.shop | Ebooks store |
| crazyshelf.com | Crazyshelf.com |
| creativeattra.shop | creativeattra |
| dabiogbo.mybigcommerce.com | dabiogbo |
| dailyba.com | dailyba |
| daitebook.com | woodarski |
| daugher.shop | Qluckyss |
| davisriv.shop | mitchell |
| dealzninja.shop | Helen Shop |
| decet.shop | mathism |
| deedow.com | Dee Dow |
| deepadevi.mybigcommerce.com | Deepadevi |
| dengeo.shop | underwood |
| destashintaaa.mybigcommerce.com | Destashintaaa |
| develop-goods.mybigcommerce.com | Develop Goods |
| dewteq.shop | wilkins |
| dgetfast.com | David Wuest |
| dgetkmusicheard.com | Mikito Takeshima |

| | |
|---|---|
| dgmbooks.offersupermarket.com | dgmbooks |
| dhramandar.shop | Dhramandar |
| dictionarytee.shop | Freya Shop |
| dictionatee.shop | Dogsss Store |
| digcaps.com | digcaps |
| digflame.com | digflame |
| digitalbookhaven.myshopify.com | Digitalbookhaven |
| digitalpaperless.blogspot.com | digitalpaperless |
| digitalpdfreads.myshopify.com | Digital Pdf Reads |
| digitalselss.com | Digitalselss |
| diodovich.myshopify.com | diodovich |
| directtextbook.shop | HADN Store |
| dogema.shop | Monfils |
| dohabook.shop | Books Store |
| donzshots.com | donzshotsstore |
| doquang.shop | buckland |
| drigbook.com | redgreen |
| drinkhappyviking.shop | Happy Viking |
| dsfollpc.shop | ddsfollpc |
| dubemin.mybigcommerce.com | Dubemin |
| dulciestore.shop | Ebook 2023 |
| dycsomind.com | Ashleyshop0 |
| dyerdy.shop | arlinda |
| e-bookjunction.myshopify.com | e-bookjunction |
| e-bookpro.store | EbooK Store |
| e-labyrinth.shop | Ebook store |
| e-library.shop | Read & Relax |
| e-sanctuary.shop | Ebook store |
| easylibrary.mybigcommerce.com | EasyLibrary |
| easystudent.mybigcommerce.com | easystudent |
| eb.jaycestore.us | Shopping Horhada |
| ebbooksnew.shop | Ebooks store |
| ebookall.shop | Lorelei Shop |
| ebookalls.org | Ebooknu5 |
| ebookbard.com | ebookbard |
| ebookbid.shop | Ebooks shop |
| ebookcollections.shop | Ebook Sale |
| ebookday.shop | eBooks Shop |
| ebookdpfs.shop | Ebooks shop |
| ebookelegance.shop | eBooks Us |
| ebookeuphoria.shop | eBooks Us |

| | |
|---|---|
| ebookgalaxyhub.blogspot.com | Ebook Library |
| ebookgarden.shop | ebooks shop |
| ebookgold.info | mohamma |
| ebookhotnow.shop | modovan |
| ebookhots.shop | eBooks Store |
| ebookkeep.myshopify.com | EbookkeepLlc |
| ebooklibrarys.shop | eBook Store |
| ebookmystique.myshopify.com | Ebookmystique |
| ebooknew.info | danona |
| ebooknew.xyz | danona |
| ebookonline.us | eBook Store |
| ebookpi.shop | Books US |
| ebookpro.info | Ebooks Shop |
| ebookpro.shop | EBooks Shop |
| ebookpro.world | Ebook Shop |
| ebookpulse.shop | eBook Store |
| ebookruns.shop | Ebooks newshop |
| ebooks123.info | moshemosa |
| ebooksale.shop | Noah Shop |
| ebooksebb.shop | Ebooks us |
| ebookshopping.us | Fergal Shop1 |
| ebooksmi.shop | Ebooks shop |
| ebookspdf.info | Esthertay |
| ebooksph.shop | eBook Markets |
| ebooksstore.info | Marciashop |
| ebookstar.shop | ebookstar |
| ebookstore.shop | Ebook Store |
| ebookstorei.shop | Academic World |
| ebookstrip.shop | eBook Shop |
| ebookstudys.shop | Ebooks store |
| ebooktechtrends.com | e-Book Shop |
| ebookteen.shop | eBook Store |
| ebooktoday.shop | eBook Store |
| ebooktrip.myshopify.com | EbooktripLlc |
| ebooktrip.net | EbooktripLlc |
| ebookus.shop | eBooK Store |
| ebookusa.shop | eBook Store |
| ebookworlds.shop | EbooK Store |
| ebookzap.shop | eBook Store |
| ebookzones.shop | eBook Shop |
| eboook.shop | eBooks Shop |

| | |
|---|---|
| ebsale.shop | eBook Store |
| ebstore.us | eBooks Shop |
| eccesories.shop | Mayolawen |
| educationaltextbookhome.com | educationaltextbookhome |
| ekbookspol.shop | library Books |
| ekebook.com | esratzahan |
| ekwanyus.mybigcommerce.com | ekwanyus |
| eleliodas.com | Hinavitam |
| elibrarygem.shop | eBooks Us |
| elizesmithsite.com | ChantayOrgo |
| englishbook.us | Rasieusao |
| englishebook.us | Sasieusao |
| eordode.myspreadshop.com | Cali Ebook |
| epagejourney.shop | eBooks Us |
| epubtreasures.shop | DarkStar |
| erbooks.shop | Books store |
| ereadbook.shop | eBook Store |
| ereaderempire.myshopify.com | EreaderEmpire |
| ereadshub.com | Ereadshub |
| ereadtext.shop | eBook Store |
| ernestochi.mybigcommerce.com | Ernestochi |
| ernestzake.mybigcommerce.com | ernestzake |
| eshashop.com | tokarskialeidazizai3890 |
| esparzafab.mybigcommerce.com | Esparzafab |
| etestbanks.net | eTestBanks |
| etestmasters.myshopify.com | Etestmasters |
| etextbooks.info | walshwaliz |
| etextbooks4u.com | skinnerski |
| etextbooksite.com | Amine |
| eugenaur.shop | bellbe |
| evagot.com | Evagot |
| everrest.shop | eBook Store |
| examprep.shop | E-Book Sale |
| examstestbank.com | Exams Test Bank |
| examtestbank.org | ExamTestBanks |
| fabprintsonly.com | Fabprints Only |
| fabzonez.myshopify.com | FabZonez |
| fairymon.com | Ebooks US |
| fairystrawberry.com | Fairystrawberry |
| fangifts.shop | Jesse Shop |
| fashionavenues.shop | Collins Shop |

| | |
|---|---|
| fazsalez.mybigcommerce.com | fazsalez |
| feellread.shop | eBook Store |
| feisalipr.mybigcommerce.com | Feisalipr |
| fendytee.shop | agathaonuche |
| fenflow.com | Fenflow |
| fenlita.com | Fenlita |
| ffhbook.shop | EBook store |
| ffprobook.shop | Online Bookstore |
| findbooks.shop | Ebooks shop |
| fionatoshop.com | Gwyneth Shop |
| fiscalaadvies.com | Hotebook Store |
| fizukshop.com | Ladonna Shop |
| flattex.com | Flattex |
| flowbuz.myshopify.com | Flowbuzz |
| fomante.com | Fomante |
| fragarthome.com | FragartHome |
| freeaudioandebook.com | FreeAudioAndEbook |
| frooroopig.mybigcommerce.com | Frooroopig |
| gabrielle.mybigcommerce.com | gabrielle |
| garbari.us | Blanche Shop |
| gelatax.shop | Ebook Shop |
| geturbookz.mybigcommerce.com | geturbookz |
| gialer.us | Northern Interiors |
| giani.shop | sutherlands |
| giftteen.shop | eBooks Shop |
| gilos.store | Gilos Shop |
| gimamedia.com | Andreas Store |
| gindy.shop | mirabelledema |
| glamorousgateway1.indiemade.com | glamorousgateway |
| glisestore.com | Hemaluci |
| gloriaagoodreads.myshopify.com | gloriaagoodreads |
| gobookz.mybigcommerce.com | GoBookz |
| gobookz.myshopify.com | GoBookz |
| goebook.info | Malana |
| goebook.life | Malana |
| golbycore.com | Daniela Torres |
| goldbooks.store | EBook Store |
| goloteen.shop | Anthorg Shop |
| gomentee.shop | Tranpham Store |
| gonzalesstore.shop | jennifer shop |
| goodbookki.shop | Truongnguyengiabao001exd |

| | |
|---|---|
| gooldbook.shop | eBook store |
| gosiapie.myshopify.com | gosia |
| govender.mybigcommerce.com | govender |
| grabitzz.myshopify.com | Grabitzz |
| grabmybooks.myshopify.com | grabmybooks |
| grabookz.mybigcommerce.com | Grabookz |
| grabthebookz.myshopify.com | Grabthebookz |
| grades.ac | Grades Academy |
| gradeslab.com | GradeslabMain |
| gradespush.com | Grades Push |
| gramcies.com | Gramcies |
| gslovessme.com | eBook Store |
| guineverestore.shop | Ebook Hot |
| gwadagirl.mybigcommerce.com | Gwadagirl |
| gyubkoo.shop | gaelmarnijan |
| hadari.shop | powersramsey |
| hakimalik.mybigcommerce.com | Hakimalik |
| hamsulai.mybigcommerce.com | hamsulai |
| hamzasheh.mybigcommerce.com | Hamzasheh |
| handgifts.shop | Jocelyn Shop |
| hanners.shop | Book Store PDF |
| hanshams.myshopify.com | hanshams |
| hanshamz.mybigcommerce.com | hanshamz |
| haroldshirt.shop | Haroldshirt |
| hasanmdforid.shop | hasanmdforid |
| hazkami.myshopify.com | Hazkami |
| hedragon.shop | Haven Store |
| hemsamnan.mybigcommerce.com | Hemsamnan |
| henderscon.shop | peters |
| heyyar.com | Heyyar |
| hicardrobe.shop | Ebooks US |
| hidebook.shop | Ebooks store |
| hihiebook.com | hauntan |
| hirixta.com | Hirixta |
| hlekani.mybigcommerce.com | hlekani |
| hlekazi.mybigcommerce.com | Hlekazi |
| hoecity.shop | Ebooks store |
| honeymwan.mybigcommerce.com | Honeymwan |
| hotbooknew.shop | EBooks Store |
| hotbooks.us | eBook store |
| hotbookus.shop | EBook Store |

| | |
|---|---|
| hotebook.store | EBook Store |
| hoverfish.mybigcommerce.com | hoverfish |
| hubdigitalreads.indiemade.com | hubdigitalreads |
| hutednliat.com | bryan store |
| ibbook.shop | EbooK Store |
| icephan.com | Icephan Store |
| ickbook.com | youngkaylie |
| ickstore.com | ZolaWolffe |
| ilovechr.mybigcommerce.com | Ilovechr |
| impacthealthinc.com | Reginald Shop |
| ineeshuo.mybigcommerce.com | Ineeshuo |
| inkandpages.shop | Euphemia Shop |
| inkwellbooks.shop | Majia Shop |
| inmslide.com | Inmslide |
| inspiration-family.com | Felicia Shop |
| inspiredwearss.com | Inspiredwearss Shop |
| inspireupllift.blogspot.com | The Paperless |
| instructorfiles.com | instructorfilesstore |
| intellectuals.ink | Jesse |
| intellistudybooks.myshopify.com | Intellistudybooks |
| inursingtestbanks.com | iNursingTestBanks |
| iparragui.mybigcommerce.com | iparragui |
| irpstore.com | CassiVande |
| isabelle-clark.myspreadshop.com | IsabelleVesta |
| jadssepro.com | Mary-shop |
| jambaal.mybigcommerce.com | jambaal |
| jameeknill.mybigcommerce.com | Jameeknill |
| jamesman.mybigcommerce.com | Jamesman |
| janehlala.myshopify.com | Janehlala |
| jansonbooks.com | JansonBooks |
| japhetnao.mybigcommerce.com | japhetnao |
| jbbooks.shop | JBBooks |
| jcelcio.mybigcommerce.com | Jcelcio |
| jeanma.mybigcommerce.com | Jeanma |
| jemmyho.myshopify.com | Jemmy |
| jeremiahka.mybigcommerce.com | jeremiahka |
| jessicag.shop | sharpstrome |
| joaocac.mybigcommerce.com | joaocac |
| joaojose.mybigcommerce.com | joaojose |
| joelniran.shop | Yeseniacha |
| joseangel.mybigcommerce.com | Joseangel |

| | |
|---|---|
| josegonherobooks.myshopify.com | josegonherobooks |
| josephhonde.mybigcommerce.com | josephhonde |
| jrmolefee.mybigcommerce.com | Jrmolefee |
| jsuehundo.com | Amory Shop |
| jtakachic.mybigcommerce.com | Jtakachic |
| julietajam.mybigcommerce.com | julietajam |
| juliusbul.mybigcommerce.com | Juliusbul |
| julysandi.mybigcommerce.com | Julysandi |
| justatester.com | justatester.com |
| kabaitiravi.mybigcommerce.com | Kabaitiravi |
| kabbux.shop | kabbux |
| kabitamod.mybigcommerce.com | Kabitamod |
| kaitlin-devenney.myspreadshop.com | Kaitlin Shop |
| kaizarbook.com | KaizarBook |
| kalene.shop | catrina |
| kameronepubpdf.myshopify.com | kameronepubpdf |
| kameyl.com | Kameyl |
| kareenaku.shop | Kareenaku |
| kartemo.shop | Kartemo |
| karthikde.mybigcommerce.com | Karthikde |
| kauaistore.shop | eBooks Us |
| keletso.mybigcommerce.com | Keletso |
| keltondeno2.mybigcommerce.com | keltondeno |
| keonna-collins3.myspreadshop.com | e-book shop |
| keynotelearner.com | Keynote Learner |
| khanyisaj.mybigcommerce.com | Khanyisaj |
| kindomado.mybigcommerce.com | Kindomado |
| kingdomo.xyz | King |
| kingebook.info | dudena |
| kingebook.xyz | dudena |
| kinney.shop | agbaikyarendo |
| knebstore.com | jaydenday56 |
| knowledges.shop | ebooks store |
| knowledges.us | Book Shop |
| konicasiti.mybigcommerce.com | konicasiti |
| kraldstore.com | raycaldwe |
| krazybnks.ca | Krazybnks |
| krazybnks.com | Krazybnks |
| ksuazwswu.shop | ksuazwswu |
| ksvbook.shop | Ebooks store |
| kumarkaml.mybigcommerce.com | Kumarkaml |

| | |
|---|---|
| kumarma.shop | Kumarma |
| kumarsaur.mybigcommerce.com | Kumarsaur |
| kumarshanto.shop | kumarshanto |
| kyobook.shop | eBook Store |
| kyotexts.shop | eBook Store |
| ladlily.com | Ladlily |
| lamsome.shop | murray |
| lashun.mybigcommerce.com | Lashun |
| lbooks.co | lBooks & Co |
| lebomotl.mybigcommerce.com | lebomot |
| lemospedro-9828.myshopify.com | Lemospedro |
| leocover.com | Leocover |
| lezatishop.com | nzarmwsy4 store |
| libbbooks.com | LiBbBooks |
| libbooks.net | Libbooks |
| libraebookmi.shop | Ebooks shop |
| librars.shop | Book.Store |
| libraryebook.store | e-Book Shop |
| libraryebook.us | Ebook US |
| libraryhub.shop | eBooks Us |
| librarysbok.shop | Gladys Shop |
| librarystory.shop | eBook Us |
| libraryus.shop | eBook Store |
| libraryy.shop | LisaQueen |
| libzonez.myshopify.com | Libzonez |
| liedstore.com | Hemaluci |
| lifesotre.com | deberalahar |
| lilaadya.com | blali |
| lillianskybooks.myshopify.com | lillianskybooks |
| limebook.shop | e-Book Shop |
| limebookske.shop | library Books |
| lindan.info | kayake |
| linset.shop | fritzgalvan |
| lisbethse.mybigcommerce.com | Lisbethse |
| literaryclassics.shop | eBook Shop |
| literarylagoon.myshopify.com | Literarylagoon |
| lithstore.com | melindamo |
| loackstore.com | ChantayOrgo |
| lollipoppshop.com | Edna Shop |
| lolyfun.com | LolyFun |
| londstore.com | alexandria |

| | |
|---|---|
| lorbookski.shop | Ebooks shop |
| lucasmod.com | HelenaBuhm |
| lucya.shop | Book US |
| lungeloz.mybigcommerce.com | lungeloz |
| luxbok.shop | gassereisermanndapb936 |
| lynny.shop | malachaijamisonkoa |
| macwow.com | MacWoW2022 |
| madebook.shop | madebook |
| maikore.com | Tiffany |
| maiwasher.mybigcommerce.com | Maiwasher |
| makot.shop | newmann |
| maldaro.com | Maldaro |
| manishaku.mybigcommerce.com | Manishaku |
| manishkin.shop | Manishkin |
| manjanie.myshopify.com | manjanie |
| manjazz.mybigcommerce.com | manjazz |
| manjazz.myshopify.com | manjazz |
| manobok.shop | hoagerandolphmstb5100 Store |
| manuellie.mybigcommerce.com | Manuellie |
| maraplame.mybigcommerce.com | Maraplame |
| mariamaph.mybigcommerce.com | Mariamaph |
| marketebook.shop | Marketebook |
| maryamu.myshopify.com | maryamu |
| marzains.mybigcommerce.com | marzains |
| marzains.myshopify.com | marzains |
| masaxca.xyz | Jennifer |
| mascusstore.com | soraya store |
| matchlistcity.shop | matchlistcity shop |
| matt-bartee.myspreadshop.com | Matt Bartee |
| maudert.myshopify.com | maudert |
| mbraolivi.mybigcommerce.com | Mbraolivi |
| medicelbooks.shop | Felicity Shop |
| medicinalbook.com | Medicinal Book |
| medstoredigital.com | MedStoreDigital |
| medtestbanks.com | Medtestbanks |
| melissaa.shop | Book Pdf |
| mesocon.shop | Rosa |
| messiahbook.com | Messiah Book |
| metayoubooks.shop | library eBooks |
| mevancy.com | mevancy.com |
| meyaped.mybigcommerce.com | Meyaped |

| | |
|---|---|
| mibambinis.com | MyBambini's USA |
| micande.xyz | Emery |
| michele-u5.mybigcommerce.com | Michele |
| milandough.com | milandough.com |
| milina.shop | lawisadra |
| milyy.shop | Naila Shop |
| mirrortyr.com | MirrorEbooK |
| miubook.shop | Inatectua Shop |
| miudouik.mybigcommerce.com | miudouik |
| mixobuy.com | Home Page |
| mizoshop.netlify.app | Mizon store |
| motograce.mybigcommerce.com | Motograce |
| mrbooskem.shop | Ebooks shop |
| mshoptee.com | eBooks Shop |
| mukesa.com | Damon |
| multistoreqq.myshopify.com | MultistoreQQ |
| multistorex.mybigcommerce.com | multistorex |
| multistorezz.mybigcommerce.com | multistoreZZ |
| muno8.shop | baileythobe |
| mwengesar.mybigcommerce.com | Mwengesar |
| myamarities.mybigcommerce.com | MyAmarities |
| myayam.myshopify.com | myayam |
| myayamz.myshopify.com | myayamz |
| mybambinis.shop | MyBambini's USA |
| mybambinis.store | MyBambini's USA |
| mybooky.us | MyBooky |
| myexammaster.myshopify.com | MyExamMaster |
| myfabzonez.mybigcommerce.com | MyFabzonez |
| myhanshamz.mybigcommerce.com | myhanshamz |
| mylibzonez.myshopify.com | Mylibzonez |
| mymultistorex.mybigcommerce.com | mymultistorex |
| mymultistorex.myshopify.com | mymultistorex |
| mystudmasterz.myshopify.com | StudMasterzz |
| mytextbooks.org | Jin |
| nadasig.mybigcommerce.com | Nadasig |
| nafassy.com | NafassY |
| nafassy.net | NafassY |
| namugerw.mybigcommerce.com | namugerw |
| nancystore.shop | Paige Shop |
| nardab.com | Nardab.com |
| nasema.shop | iberedemjohn |

| | |
|---|---|
| nasrinsul.mybigcommerce.com | Nasrinsul |
| nathanielar.mybigcommerce.com | Nathanielar |
| nawstore.com | charlottea |
| neegstore.com | jaydenday56 |
| neenasraj.mybigcommerce.com | Neenasraj |
| neftalyca.shop | dyerhip |
| neilandinstantpdf.myshopify.com | neilandinstantpdf |
| nemtee.shop | eBooks Shop |
| nerissagift.com | Maddy Shop |
| newbookus.shop | library ebook |
| newesttestbanks.com | Newest Test Banks |
| nomamchunu103.mybigcommerce.com | nomam |
| nontobeko.mybigcommerce.com | Nontobeko |
| numberkok.mybigcommerce.com | Numberkok |
| nurexam.com | NurExam |
| nurselib.com | NurseLib |
| nursetestsbank.com | NurseTestsBank |
| nursingchamps.com | nursingchamps |
| nursingdoc.com | Nursing Doc |
| nursingrade.com | NursinGrade |
| nursingstore.net | nursing store |
| nursingtb.com | NursingTB |
| nursingtestbankhub.shop | nursingtestbankhub |
| nursingtestbankltd.com | Nursingtestbankltd |
| nursingtestbankss.shop | nursingtestbankss |
| nursybook.com | NursyBook |
| nursydocs.com | NursyDocs |
| nursygrades.com | Nursy Grades |
| nursynotes.com | NursyNotes |
| nursytests.com | nursytests |
| nutexcot.shop | Kosiba |
| nyacenter.shop | NyalaCenter |
| odesokpatom.mybigcommerce.com | odesokpatom |
| odibamar.myshopify.com | odibamar |
| ofentseda.mybigcommerce.com | Ofentseda |
| ohmyayam.mybigcommerce.com | ohmyayam |
| ohmymartz.myshopify.com | OhMyMartz |
| ohmymasterz.mybigcommerce.com | ohmymasterz |
| okellobrian.mybigcommerce.com | okellobrian |
| olivebook.shop | e-Book Store |
| ollempim.com | ollempim |

| | |
|---|---|
| ologunbaba.mybigcommerce.com | ologunbaba |
| ommani.shop | madalynsa |
| omniebooks.shop | Leonardahuojw ayYopinion |
| onebookpro.store | EbooK Store |
| onebooks.shop | eBook Store |
| onlineebooks.shop | Ebook NEW |
| onlyny.shop | Wyrwylle |
| onticbooks.com | arnold jaskolski |
| ontimebook.com | OnTimeBook |
| oranapoli.mybigcommerce.com | Oranapoli |
| orlandonu.mybigcommerce.com | Orlandonu |
| osakofran.mybigcommerce.com | osakofran |
| ossbook.shop | Anna.shop |
| osvaldo-martinez.myspreadshop.com | Osvaldo Martinez |
| otandoor.shop | Otandoor Store |
| ouzod.com | Ouzod |
| owlbaskets.com | owlbaskets |
| owlchamber.com | owlchamber.com |
| owlepicenter.com | owlepicenter.com |
| owlharmony.com | owlharmony |
| panthersafe.com | Safe Books |
| parjapati.mybigcommerce.com | Parjapati |
| paulahoskybooks.myshopify.com | paulahoskybooks |
| paulakata.mybigcommerce.com | paulakata |
| paulbook.shop | Colorat |
| pawnamerica.shop | eBook Sale |
| pbdotupson.mybigcommerce.com | Pbdotupson |
| pbookstore.com | pBookStore |
| pdfbooke.shop | Books.Store |
| pdfbookshelf.shop | Lysandra Shop |
| pdfcare.com | PDFcare |
| pdfdiscountbooks.sale | Heli |
| pdfdiscountdepot.com | loadload |
| pdfebook.shop | eBook Store |
| pdfgoo.shop | Ebooks shop |
| pdfhubspot.myshopify.com | Pdfhubspot |
| pdflib.shop | Patrick Shop |
| pdfpad.shop | Tadhg Shop |
| pdfpito.shop | e-book shop |
| pdftextbook.com | pdftextbook.com |
| pdftextbooks.net | pdftextbooks.net |

| | |
|---|---|
| pdfuni.com | pdfuni.com |
| pennybookshop.com | Penny Bookshop |
| perlego.shop | Lauren Shop |
| perrotkimber.shop | perrotkimber |
| petsbub.com | petsbub |
| phumzap.mybigcommerce.com | phumzap |
| pibooksb.shop | Ebooks Online |
| pickebook.shop | Engelbert Shop |
| pinklady.shop | Eudora Shop0 |
| pinnacle-precision.shop | Pinnacle Precision |
| pistrakt.shop | Pistrakt |
| pixelpaperback.com | New Legends |
| plowder.shop | Manfre Shop |
| pmmania.com | pmmania |
| poloebook.info | rusase |
| potatoo.shop | Engelbert Shop |
| prankook.shop | Ebooks store |
| prepswiftebooks.myshopify.com | Prepswiftebooks |
| prolyphicrecords.com | Rigoberto Scialpi |
| qbookstore.com | qBookStore |
| queenoftheforest.shop | eBooks Queen |
| questionbank.store | question bank - Nursytests |
| quickaliens.com | Quickaliens |
| quickebook.shop | ebook store |
| quickstudyhub.myshopify.com | Quickstudyhub |
| quizcraftlibrary.myshopify.com | Quizcraftlibrary |
| qurashina.mybigcommerce.com | Qurashina |
| qwivy.com | qwivy.com |
| raihinmal.mybigcommerce.com | Raihinmal |
| rajsukawa.mybigcommerce.com | Rajsukawa |
| ramaanchi.shop | Ramaanchi |
| rambaus.mybigcommerce.com | Rambaus |
| rampi.shop | mackenzie |
| rayepapste.mybigcommerce.com | Rayepapste |
| readablerealm.shop | lakoad |
| readabook.shop | 1353360.myspreadshop.com |
| readaisle.shop | Michael shop |
| readbookonl.com | Artemis Shop |
| readerlib.com | readerlib |
| readingbooksfun.com | Erica Shop |
| readlagoon.myshopify.com | readlagoon |

| | |
|---|---|
| readondemand.sa.com | ebook shop |
| reignstud.mybigcommerce.com | Studreign |
| ressivine.shop | Ebooks US |
| richbee.mybigcommerce.com | Richbee |
| rikiraz.com | Rikiraz |
| rimes.shop | marwanalhaji |
| robernu.shop | clarkson |
| romanbook.shop | EBook Sale |
| rorisi.shop | forsyth |
| rorobook.com | RORO Innovation |
| roserivierausa.com | Pranti |
| rtdefense.com | Babelpr Saft |
| ruce3book.shop | nolannolo |
| rukummdar.mybigcommerce.com | Rukummdar |
| rulufuama.mybigcommerce.com | Rulufuama |
| sabukinse.mybigcommerce.com | Sabukinse |
| sahsusa.com | sahsusa |
| saiduluar.mybigcommerce.com | Saiduluar |
| salemenbook.shop | Ebooks shop |
| saletoday.shop | tah shop |
| samabooks.com | Sama Bookstore |
| sanelekuh.mybigcommerce.com | Sanelekuh |
| sangeetas.mybigcommerce.com | Sangeetas |
| sanghars.shop | Sanghars |
| sankaraib.mybigcommerce.com | Sankaraib |
| sarae.shop | Sarae.shop |
| saragbesa.mybigcommerce.com | Saragbesa |
| satmerc.com | satmerc |
| savarasuk.mybigcommerce.com | Savarasuk |
| sbookgoold.shop | EBooks Store |
| scholardream.us | e-book store |
| scholarfuture.com | eBook World |
| schoolbooksell.com | School Book Sell |
| sciencesolutions.shop | Science Solution - Nursytests |
| scintillasshop.com | belongiehumphryzjlsg7215 |
| seacretdirect.store | Seacret |
| secretgaminglabs.com | secretgaminglabs.com |
| secretgaminglabs.myshopify.com | secretgaminglabs |
| seegifts.shop | Vincent: Shop |
| seifislek.shop | seifisleksayer |
| sellbook.us | Book Dreams Canada |

| | |
|---|---|
| sellular.com.bd | sellular.com.bd |
| semayobeo.mybigcommerce.com | semayobeo |
| semenawit.mybigcommerce.com | semenawit |
| sewbook.shop | eBook Store |
| shaikhali.mybigcommerce.com | shaikhali |
| shelfjoy.shop | Erosten |
| shop.livyluxe.com | LivyLuxe |
| shop.spreadshirt.com | Vesta Kane |
| shop.xinahfast.com | xinahfast |
| shopebooks.shop | Books w-store |
| shophoth.com | Shop Hoth |
| sibershops.com | Sibershops |
| signalstripes.mybigcommerce.com | Signal Stripes |
| simangoir.mybigcommerce.com | Simangoir |
| sinimi.shop | hadizaibrahim |
| siqvaris.com | Sigvaris |
| sivebuckley.com | Queen Store |
| skyshop3.shop | library ebook |
| slaca.shop | chinonyececi |
| smveibuks.shop | Smveibuks |
| solovievlive.com | Eleonora |
| solutions-manuals.com | solutions manuals |
| sombunra.mybigcommerce.com | sombunra |
| sontina.mybigcommerce.com | sontina |
| sophiest.myshopify.com | sophiest |
| sounoomo.com | Joel Home Store |
| southernaliens.com | SouthernaliensEvan |
| sovianava.myshopify.com | Sovianava |
| splaxyx.myshopify.com | Splaxyx |
| stbook4u.shop | eBook Store |
| stjamesjuniors.mybigcommerce.com | stjamesjuniors |
| store.athenalinestore.com | Athena Line Services |
| store.classicoaz.com | Classico Wine Racks |
| storebixcity.shop | Shopdiscover.store |
| storebook4.shop | eBook Shop |
| storedelivez.com | shopmaven |
| storemedefit.com | fstoremyna |
| strongbest.myshopify.com | Strong Best |
| studentebok.com | shopmaven |
| studentzoidzz.myshopify.com | StudentZoidzz |
| studmasterz-t2.mybigcommerce.com | studmasterz |

| | |
|---|---|
| studmasterz.mybigcommerce.com | studmasterz |
| studreign.mybigcommerce.com | Studreign |
| studstorex.mybigcommerce.com | studstorex |
| studystrive.store | StudyStrive |
| studysyncbooks.myshopify.com | Studysyncbooks |
| subjectsbook.com | Library Colonnes |
| sulicur.com | mccallrangel |
| suluykyshop0.myspreadshop.com | eBooks Shop |
| summerknow.com | summerknows |
| superbooks.shop | Ebook Store |
| supergrabz.myshopify.com | SuperGrabz |
| superheronurses.com | Super Hero Nurses |
| supertb.com | supertb |
| supoverlibrary.shop | E-book sale |
| surajmuun.shop | Surajmuun |
| sushimee.shop | Ebook Shop |
| swubook.com | Ebooks Store |
| syllaseko.mybigcommerce.com | syllaseko |
| talbotsshop.com | James & Colors |
| tanshaz.mybigcommerce.com | tanshaz |
| tanubook.com | Sophie |
| tanxet.com | Tanxet |
| tarenbooks.shop | goughrizzota |
| taslimakha.mybigcommerce.com | taslimakha |
| tazanbook.shop | eBook Store |
| tbbook.net | Test bank book - ebook online |
| tbsm.andrewstevensny.store | Andrew Stevens Collection |
| tbsm.drinkhappyviking.shop | Happy Viking |
| tbsm.seacretdirect.store | Seacret |
| tebooks.net | TeBooks |
| teeblaster.shop | Sandra Shop |
| teepre.shop | Teepre |
| teescustomz.shop | vikkiboyds |
| temein.shop | Ebooks US |
| templaterus.com | TemplateRus |
| tendtee.shop | Vera Shop |
| terry8.shop | powellri |
| test-helpers.com | Test Helpers |
| testbank23.com | Exam Guides |
| testbankblue.com | testbankblueofficial |
| testbankbook.com | Testbankbook |

| | |
|---|---|
| testbankgoo.com | Test Bank Goo |
| testbankltd.com | testbankltd.com |
| testbanknurse.com | TestBankNurse |
| testbankseller.com | testbankseller |
| testbankstore.com | TestBanksStore |
| testbankzone.shop | Test Bank zone SHOP |
| testnestbooks.myshopify.com | Testnestbooks |
| testsbooks.com | testsbooks |
| testsolutionmanual.com | testsolutionmanual |
| textbook.guru | Textbook Guru |
| textbooks.cx | TextBooks cX |
| texxtlib.shop | eBook Store |
| thebookz.myshopify.com | thebookz |
| thecollegetextbooks.net | Blan |
| thefcdao.us | xinzhao |
| thepaperlessecrater.blogspot.com | The Paperless |
| thepdflibrary.us | Erica Shop |
| theweddingmallnc.com | Theweddingmallnc Store |
| thorntond.mybigcommerce.com | thorntond |
| thunstore.shop | eBooks Shop |
| tiki365.com | Tiki365 |
| tinypea.mybigcommerce.com | Tinypea |
| tiramisukee.shop | eBooks Onlyny |
| tmkhize.mybigcommerce.com | Tmkhize |
| tonikumar.shop | Tonikumar |
| topfibo.com | Topfibo |
| topgifts.shop | Spencer Shop |
| traingas.shop | traingas.shop |
| tramber.shop | Tramber |
| treesbooks.net | TreesBooks |
| trinitywilson.com | eBooks Shop |
| tucholashop.com | hunterhu |
| tulentee.com | ywsfsyfaldyn76 |
| turnedhuman.com | mariyahde |
| tyatyekab.mybigcommerce.com | Tyatyekab |
| tyrikthe.shop | domingo |
| ubonau.com | Loquantat |
| umeinbook.shop | Books Store US |
| unibooks.onlineweb.shop | Unibooks |
| unlimitedbook.shop | e-book store |
| usbook.shop | Angela Shop |

| | |
|---|---|
| usbooknew.shop | eBooks Store |
| usebook.shop | eBook Store |
| ushotbook.shop | eBooks Store |
| vanasi.shop | vincentroberts |
| vancestore.com | noaholuwaseun2023 store |
| vanibook.shop | eBook Store |
| vanillaguu.com | Vanillaguu |
| vebook.shop | eBook Store |
| vedostore.com | Anjali Store |
| velocitybookie.com | velocitybookie |
| veniex.shop | veniex |
| vesolastore.com | sandersma |
| vestabook.shop | EdwardVesta |
| vhphstore.myspreadshop.com | VHPH Store |
| viabook.shop | eBook Store |
| vickiestore.shop | Sdfdsklfsadf |
| victoritee.shop | eBook Store |
| vilso.shop | Vilso Shop |
| vinabook.shop | cedioli |
| vitalbook.shop | eBook Store |
| vocais.us | vocais.us |
| walamsau.shop | Walamsau |
| wallets4men.com | wallet4men |
| wanzirachrist.mybigcommerce.com | wanzirachrist |
| wareestore.com | wareestore |
| washingtk.mybigcommerce.com | Washingtk |
| wavetags.com | Wave Tags |
| wbbook.shop | Ebook Store |
| wdec.shop | muhammadsu |
| webookr.shop | Ebooks shop |
| webooks.shop | E-book sale |
| wecany.com | Wecany |
| wenbeday.com | printshirttee |
| whatssicily.com | Larry |
| whogotbook.myshopify.com | whogotbook |
| wimdom.shop | EBooks Store |
| wimdom.store | eBooks Store |
| wimdomus.us | EBook Store |
| winifredstore.shop | eBooks Shop |
| winkthingus.com | winkthingus |
| wisereaderhub.com | Aywhair.com |

| | |
|---|---|
| withick.shop | eBooks Shop |
| worcupbooks.shop | Ebooks store |
| workartidea.store | Max Shop |
| wusuclothing.com | fstoremyna |
| xoimaxs.shop | Ebook Store |
| xoimaxs.store | Ebook Store |
| yamazano.com | yamazano |
| yanelangy.mybigcommerce.com | Yanelangy |
| yanshirt.com | adrian store |
| yourbookshop.shop | yourbookshop |
| yourcoursetextbook.com | Tan |
| z3bookipdf.shop | wilkinswils |
| zacharyinstantpdf.myshopify.com | zacharyinstantpdf |
| zaleras.com | Zaleras |
| zandileh.mybigcommerce.com | zandileh |
| zbookstore.us | jamesaverx |
| zebook.us | Gladys Shop0 |
| zestudion.com | Matt Bartee |
| zestudion.net | Midura Agnes |
| zidgepol.com | zidgepol |
| zwsbdzfeup.mybigcommerce.com | ZwsbdzfeUp |

# Attachment 2



mcconnell economics

All    Images    Shopping    Videos    News    Forums    Books    More    Tools

Sponsored













Economics (23rd Edition) Campbell McConnell, Stanley Brue and Sean…

$79.99

PriorityTextbook

Free shipping

McConnell · Business / Economics · Non-ficti…

Microeconomics By Colander, 12th Edition, 2024, McGraw Hill…

$70.00

McGraw Hill

🚚 Get it by 12/24

Microeconomics · Business / Economic…

McConnell, Economics, 2018, 21e (AP Ed), Student Edition by…

$223.67

Thriftbooks.com

🚚 Free by 12/15

McConnell · Business / Economics · Non-ficti…

Solutions Manual for Economics 23rd Edition McConnell

$34.99

D-Heart

🚚 Free by 12/9

McConnell

Economics, AP edition, 22nd edition

$114.99

Amazon.com

Business / Economics · Non-fiction · 864 pag…

Economics, AP edition, 22nd edition

$114.99

AbeBooks.com

🚚 Get it by 12/23

Business / Economics · Non-fiction · 864 pag…