# EXHIBIT 25

# Document Produced in Native Format

Google | Horngren's Accounting: The Financial Chapters 13th

All | Images | Maps | Shopping | More

Home | Orders | Sort by: Relevance

Hanover, PA

**Show only**
- On sale

**Price**
- Up to $20
- $20 – $50
- $50 – $100
- Over $100

**Genre**
- Business / Economics
- Study Aids

**Format**
- Paperback
- eBooks
- Hardcover

**Page Count**
- < 586 pages
- 586 – 752 pages
- 752 – 912 pages
- 912 – 1,190 pages
- 1,190 – 1,584 pages
- > 1,584 pages

**Shipping & returns**
- Free returns
- 1-3 day delivery
- Free shipping

**Discover**
- Women-owned businesses
- Veteran-owned businesses
- Latino-owned businesses

**Product rating**
- 4 and up

More

**Condition**
- New items
- Used items

**Seller**
- AbeBooks.com
- Chegg
- eBay
- eCampus.com
- Thriftbooks.com
- VitalSource
- Walmart - Better World ...

More


Sponsored · Shop Horngren's Accounting: The Financial Chapters 13th

- Horngrens Accounting: The Financial Chapters — $74.99 — Pearson.com
- Horngren's Accounting, The Financial Chapters... — $150.89 Used — AbeBooks.com
- Horngren's Accounting, The Financial Chapters... — $12.49 Used — Chegg — Free shipping — Free returns for ...
- Horngrens Accounting: The Managerial... — $74.99 — Pearson.com
- Horngren's Accounting, The Managerial... — $36.00 — Mercari
- Horngren's Accounting (13th edition) — $18.00 — Brandflymedia — Free shipping

About these results


- Horngren's Accounting: The Financial Chapters [Book] — eBook · hardback — $74.99 — Pearson.com — Delivery by Sat, Nov 4 — Compare prices from 5+ stores
- SALE — Horngren's Accounting, the Financial Chapters [Book] — eBook · PDF · paperback — $32.50 · Was $42.81 used — eBay - alibrisbooks — Delivery by Mon, Nov 6 — Buy now — Compare prices from 10+ stores
- Horngren's Financial & Managerial Accounting: The Financial Chapters [Book] — 5.0 (6) — eBook · PDF · Pearson — $87.40 — Amazon.com - Seller — Free delivery — Compare prices from 10+ stores
- Horngren's Accounting, the Financial Chapters, Student Value Edition Plus ... — Pearson Education · book — $31.95 Used — AmericanBookWarehouse — $4.95 delivery — 3.7/5 (64 store reviews)
- Horngren's Financial & Managerial Accounting: The Managerial Chapters [Book] — 5.0 (1) — eBook · PDF · Pearson — $243.96 — BiggerBooks — Delivery by Tue, Nov 7 — 3.2/5 (158 store reviews) — Compare prices from 10+ stores
- Horngren's Accounting [Book] — eBook · PDF · Pearson — $19.95 — Stanza Textbooks — Delivery by Fri, Nov 3 — Compare prices from 10+ stores
- Solutions Manual for Horngren's Accounting: The Managerial Chapters, 13th Edition ... — $20.00 — BookStudy — Free delivery by Tue, Nov 7 — Compare prices from 10+ stores
- Horngren's Accounting, the Financial Chapters, Student Value Edition [Book] — Pearson Education · book — $159.39 — Knetbooks.com — Free delivery by Thu, Nov 2 — 4.1/5 (287 store reviews) — Compare prices from 5+ stores
- SALE — Horngren's Financial and Managerial Accounting, the Managerial Chapters Plus ... — Paperback · book · 896 pages — $81.49 · Was $104.45 Used — Chegg — Free delivery & Free 21-day returns — Compare prices from 5+ stores
- Horngren's Accounting, the Financial Chapters (Paperback) — Paperback — $208.67 — Walmart - Alibris Books — Free delivery
- (eBook PDF) Horngren's Financial & Managerial Accounting, The Financial Chapters ... — eBook · PDF — $24.99 — thabisile — Free delivery by Sat, Oct 28
- Horngren's Accounting, the Financial Chapters, Student Value Edition Plus Mylab ... — Paperback · book — $260.27 Used — Biblio.com - SGS Trading Inc — $3.90 delivery — Buy now — Compare prices from 5+ stores
- Test Bank for Horngren's Accounting: 13th Edition By Tracie Miller-Nobles, Brenda ... — $20.00 — BookStudy — Free delivery by Tue, Nov 7
- Horngren's Financial and Managerial Accounting, the Financial Chapters, Student ... — 5.0 (1) — Pearson Education · book — $0.85 Used — BookHolders.com — $3.99 delivery — Compare prices from 5+ stores
- SALE — Horngren's Accounting, The Managerial Chapters - New Books | Size: s — $36.00 ~~$50.00~~ — Mercari — $9.35 delivery — Buy now
- Horngrens Accounting, The Financial Chapters [rental Edition] eBook — eBook — $59.99 — VitalSource — Free delivery & Free 14-day returns — 4.8/5 (2K store reviews) — Buy now — Compare prices from 3 stores
- Horngren's Financial & Managerial Accounting — 5.0 (6) — $202.66 — Pearson.com — Delivery by Sat, Nov 4
- Horngren's Financial & Managerial Accounting The Managerial Chapters — Paperback — $5.49 Used — BooksRun - Buyback Express — $3.99 delivery — 4.8/5 (4.3K store reviews) — Compare prices from 2 stores
- NEXT-DAY DELIVERY — Horngren's Financial and Managerial Accounting, the Financial Chapters Plus Mylab ... — CD · Pearson Education — $299.99 — Barnes & Noble - Barnes and Noble... — Free delivery by tomorrow — Compare prices from 5+ stores
- MyLab Accounting with Pearson EText -- Access Card -- for Horngren's Financial ... — eBook · Pearson Education — $79.85 Used — SecondSale — Free delivery by Wed, Nov 8 — Top Quality Store · 4.2/5 (11.7K) — Compare prices from 5+ stores
- Horngren's Financial and Managerial Accounting, the Financial Chapters [Book] — Paperback · Pearson — $24.00 Used — Powell's Books — Delivery by Tue, Nov 14 — Compare prices from 10+ stores
- Horngren's Accounting, The Financial Chapters Plus Mylab Accounting with Pearson ... — Paperback · Prentice-Hall — $122.93 Used — Alibris — Delivery by Fri, Nov 17 — Top Quality Store · 4.8/5 (28.1K) — Compare prices from 3 stores
- Horngren's Financial and Managerial Accounting, the Managerial Chapters, Student ... — Paperback · book · 912 pages — $39.42 — 30-day low — Walmart - UpWard Bound Books — Free delivery & Free 30-day returns — Compare prices from 4 stores
- Horngren's Accounting: The Financial Chapters (Custom Edition — $25.48 Used — eBay - second sale — Free delivery by Nov 7 & Free 30-d...
- Mylab Accounting with Pearson eText for Horngren's Accounting The Managerial ... — eBook — $146.65 — VitalSource — Free delivery & Free 14-day returns — 4.8/5 (2K store reviews) — Buy now
- LOW PRICE — Horngren's Accounting: The Managerial Chapters [Book] — eBook · PDF · paperback — $182.39 — $42.61 below typical — Foxs Books — Delivery by Tue, Oct 31 — Compare prices from 10+ stores
- MyLab Accounting with Pearson EText -- Access Card -- for Horngren's Accounting ... — eBook · PDF · computer file — $119.79 — Knetbooks.com — Free delivery by Thu, Nov 2 — 4.1/5 (287 store reviews) — Compare prices from 5+ stores
- Horngren's Accounting, the Managerial Chapters and the Financial Chapters, Global ... — 5.0 (1) — book · 1798 pages — $63.00 — abebooksllc.com — Delivery by Tue, Nov 14 — Compare prices from 2 stores
- Horngren's Financial and Managerial Accounting, the Financial Chapters, Student ... — Pearson Education · book — $16.58 Used — SecondSale — Free delivery by Wed, Nov 8 — Top Quality Store · 4.2/5 (11.7K) — Compare prices from 5+ stores
- LOW PRICE — Horngren's Financial & Managerial Accounting, The Financial Chapters, Global — Paperback — $82.95 — $28.58 below typical — Smiling Bookstore — Free delivery by Mon, Nov 6 — Buy now
- SALE — Horngren's Accounting, The Financial Chapters (1-17) - 9780134486789 - 0134486781 — $210.88 ~~$266.75~~ — Textbooks.com — Free delivery — 4.4/5 (231 store reviews)
- Horngren's Accounting, The Financial Chapters By Miller-nobles, — $204.18 — eBay - textbooks_source — Free delivery by Mon, Nov 6 — Buy now

...

- Horngren's Accounting, The Financial Chapters by Tracie Miller-Nobles — $234.81 — eBay - alibrisbooks — Delivery by Mon, Nov 6 — Buy now
- Horngrens Financial And Managerial Accounting The Managerial Chapters 4th Edition — Exam Prep — $10.99 — Inspire Uplift — Free delivery by Nov 1 & Free 30-d... — Top Quality Store · 4.4/5 (18.1K) — Buy now
- Horngren's Accounting: The Managerial Chapters, Student Value Edition [Book] — 5.0 (3) — Pearson Education · book — $74.99 — Austin-Books.com — Free delivery — Compare prices from 2 stores
- Horngren's Accounting, Student Value Edition Plus Mylab Accounting with Pearson ... — Pearson Education · book — $393.00 — Books Express — Free delivery by Fri, Nov 10 — Compare prices from 5+ stores
- Cost Accounting by Horngren - 13th Edition, ISBN: 9780136126638, Condition: Used — $190.25 Used — SF State Campus Store — $7.99 delivery
- Horngrens Financial & Managerial Accounting The Financial Chapters 8th Edition — eBook — $59.99 — VitalSource — Free delivery & Free 14-day returns — 4.8/5 (2K store reviews) — Buy now — Compare prices from 2 stores
- Mylab Accounting with Pearson Etext -- Access Card -- For Horngren's Financial ... — eBook · PDF · computer file — $85.98 — BooksRun - Textbook Brokers — $3.99 delivery — 4.8/5 (4.3K store reviews) — Compare prices from 5+ stores
- Horngren's Financial and Managerial Accounting, the Managerial Chapters, Student ... — Pearson Education · book — $179.19 — Knetbooks.com — Free delivery by Thu, Nov 2 — 4.1/5 (287 store reviews) — Compare prices from 3 stores
- SALE — Horngren's Financial & Managerial Accounting, The Financial Chapters [Paperback ... — 5.0 (6) — Paperback — $68.95 ~~$195.99~~ — Smiling Bookstore — Free delivery by Mon, Nov 6 — Buy now
- Horngren's Accounting, The Financial Chapters — $207.70 — eBay - bookrunnersllc — Free delivery by Tue, Nov 7 — Buy now
- used Pre-owned Horngren's Accounting, the Financial Chapters (Paperback ... — Paperback · Non-fiction — $11.24 Used — Walmart - ThriftBooks — Free delivery
- Horngren's Financial and Managerial Accounting, the Financial Chapters, Global ... — Paperback · paperback — $14.59 — eBooks Shop — Free delivery
- Horngren's Financial and Managerial Accounting, the Managerial Chapters + the ... — Paperback · book — $136.23 — Biblio.com - SmartD Lda — $20.72 delivery — Buy now — Compare prices from 2 stores
- Cost Accounting 13th edition 9780137052325 by Horngren, Charles T. — $50.99 Used — Chegg — Free delivery & Free 21-day returns
- SPECIAL OFFER — Horngren's Financial and Managerial Accounting, the Managerial Chapters [Book] — 5.0 (1) — eBook · PDF · paperback — $6.39 — 10% off 3+ Books — DiscoverBooks.com — Delivery by Mon, Nov 13 — 4.8/5 (1K store reviews) — Buy now — Compare prices from 5+ stores
- Horngren's Financial and Managerial Accounting, the Financial Chapters Plus ... — Pearson Education · book — $283.09 Used — Alibris — Delivery by Fri, Nov 17 — Top Quality Store · 4.8/5 (28.1K) — Compare prices from 3 stores

## Deals related to your search

- SALE — Horngren's Accounting: The Financial Chapters [Book] — $19.99 ~~$35.99~~ — Exam Guides — Free delivery by tomorrow
- SALE — Horngren's Accounting, the Financial Chapters, Student Value Edition [Book] — $19.99 ~~$35.99~~ — Exam Guides — Free delivery by tomorrow
- SALE — Horngren's Financial & Managerial Accounting, The Financial Chapters, Global — 5.0 (6) — $68.95 ~~$195.99~~ — Smiling Bookstore — Free delivery by Mon, Nov 6 — Buy now
- SALE — Horngren's Financial & Managerial Accounting: The Financial Chapters [Book] — $19.99 ~~$35.99~~ — Exam Guides — Free delivery by tomorrow

You might like

Paperback | Hardcover | eBook | Business / Economics | Study Aids


Sponsored · Shop Horngren's Accounting: The Financial Chapters 13th

- Horngren's Financial & Managerial Accounting, The Financial Chapters, Global Edition by... — $40.79 Used — Thriftbooks.com — Free shipping — Free returns
- Solution Manual for Horngren's Accounting, The Financial Chapters, 13th Edition — $19.99 — Exam Guides — Free shipping
- Horngrens Financial & Managerial Accounting: The Financial Chapters — $74.99 — Pearson.com
- Horngrens Accounting, The Financial Chapters -- MyLab Accounting with — $133.65 — eCampus.com — Special offer


Goooooooogle

1 2 3 4 5 6 7 Next

More options in Quick settings