# EXHIBIT 26

**Document Produced in Native Format**

PL0000042683

☰ **Google** Shopping

Horngren's Cost Accounting 17th

  C

# Horngren's Accounting [Book]



Year: 2017 - Pearson ⌄

- You get immediate access to download your test bank.
- To clarify, this is the test bank, not the textbook.
- You will receive a complete test bank; in other words, all chapters will be there.
- Test banks come in PDF format; therefore, you don't need specialized software to open them.

SAVE

About these results ⓘ

**Buying options**

$141.63
+$8.50 est. tax
Free delivery
Amazon.com - Seller
Visit site

$11.00
+$0.66 est. tax
Free delivery by Thu, May 11
Grades-Push
Visit site

$17.99
+$0.00 est. tax
Free delivery by Sun, May 7
Nooa Store
Visit site

Compare prices from 10+ stores

## Product details

eBook · PDF · by Tracie Miller-Nobles, Brenda Mattison, Ella Mae Matsumura · Pearson · hardback · 1584 pages · ISBN 0134486447

For courses in Financial and Managerial Accounting. Expanding on proven success with Horngren's accounting Horngren's Accounting presents the core content of principles of accounting in a fresh format designed to help today's learners succeed. As teachers first, the author team ... More



**Typical prices across the web**

$141.63 at Amazon.com - Seller

Low $47        $83 High



☐ Track price
Get notified when the price drops

View all your tracked products

Report a listing

## Compare buying options

| Sold by | Details & special offers | Item price | Total price | |
|---|---|---|---|---|
| Amazon.com - Seller | Free delivery | $141.63 | $150.13 ⓘ | Visit site |
| Grades-Push | Free delivery by Thu, May 11 | $11.00 | $11.66 ⓘ | Visit site |
| Nooa Store | Free delivery by Sun, May 7 | $17.99 | $17.99 ⓘ | Visit site |
| VitalSource ✔ Trusted store · 4.9/5 ⭐ (3.3K) 1 more offer | Free delivery Free 14-day returns | $46.61 | $49.41 ⓘ | Visit site |
| Biblio.com - Newzealand Worldbooks | $4.98 delivery | $79.98 | $90.06 ⓘ | Visit site |
| Textbooks.com 4.8/5 ⭐ (314 store reviews) 1 more offer | Free delivery 30-day returns | $230.52 | $244.35 ⓘ | Visit site |
| Books Express | Free delivery by Fri, May 19 | $396.00 | $396.00 ⓘ | Visit site |
| Books Express ⓖ Google Guarantee ⓘ | Free delivery by Fri, May 19 30-day returns | $396.00 | $419.76 ⓘ | Add to cart |
| eCampus.com 4.5/5 ⭐ (356 store reviews) 1 more offer | $10.24 delivery by Mon, May 15 30-day returns 5% OFF Apply BELOYAL | $28.00 $359.18 | $391.59 ⓘ | Visit site |
| eBay 4 more offers | Free delivery by Fri, May 12 | $59.32 Used | $62.88 ⓘ | Visit site |

Compare prices from 10+ stores

## Related items


$10.88
The Language of Letti...
⭐⭐⭐⭐⭐ (226)


$24.53
Think Again: The Pow...
⭐⭐⭐⭐⭐ (16)


$10.99
Make It Stick: The Scie...
⭐⭐⭐⭐⭐ (13)


$28.00
Breath: The New Scie...
⭐⭐⭐⭐⭐ (188)


$26.06
How to Be an Antiracis...
⭐⭐⭐⭐⭐ (49)


$21.30
12 Rules for Life:...
⭐⭐⭐⭐⭐ (582)

## Feedback

Want to suggest a feature, report a bug, or tell us about incorrect data? Send feedback or report a violation.