# EXHIBIT 27

**Document Produced in Native Format**

PL0000067517

CUSTOMER APPRECIATION: GET 20% OFF ALL ORDERS. APPLY DISCOUNT CODE : SALE20



- HOME
- HOW TO ORDER
- CONTACT US
- RETURNS & REFUNDS
- CHECKOUT

## Return & Warranty

100% Secure payment with SSL Encryption.

If you're not 100% satisfied, let us know and we'll make it right.





Sale!

HOME

# Horngren's Accounting, The Financial Chapters 12th Edition (PDF Instant Download)

~~$99.00~~ **$18.75**

🏷️ For Book Lovers: SALE 20% Apply Code Checkout Page

**SALE20**

☁️ Link download AVAILABLE IMMEDIATELY after purchase

**BUY NOW**

Be careful when buying ebooks from other websites, our website is proud to be the most reputable Ebook seller.

    

---

**INFO**  |  DESCRIPTION  |  REVIEWS (0)

**COMPATIBLE DEVICES:**

Version: PDF. It can be permanently stored and read on any device

**QUALITY:**

High Quality. No missing contents. Printable.

**DOWNLOAD**:

The Download Link will be automatically sent to your Email immediately after you complete the payment.

- In some cases related to the email system, emails sending download links to you may be listed as spam or blocked by your email system.
- If you do not receive an email with the product download link, please check your spam folder. If you still do not receive an email from us, please contact us. We will contact and assist you immediately.
- Thank you for shopping with us
- Have a good day

---

### GET IN TOUCH

Email: ebookgrark@gmail.com
Mon - Sat: 9AM-5PM
Address: 11 Greene St, New York, NY 10013, United States

### POLICIES

Privacy Policy
Shipping Policy
Cancellation Policy
Return Policy
Refund Policy
Payment Policy
Terms of Service

### HELP

About us
Contact us
How To Order
Track Order
DMCA



Copyright 2023 © - All Right Reserved.