IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:24-cv-04274-JLR-BCM |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Nicholas A. Roethlisberger for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of California and that his contact information is as follows:

Applicant's Name: Nicholas A. Roethlisberger

Firm Name: Kwun Bhansali Lazarus LLP

Address: 555 Montgomery Street, Suite 750

City/State/Zip: San Francisco, California 94111

Telephone: (415) 630-2350

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 7, 2025

*Jennifer Rochon*
United States District Judge Jennifer L. Rochon

2