# EXHIBIT 3

PageVault

| | |
|---|---|
| Document title: | printable nutrition chart - Google Shopping |
| Capture URL: | https://www.google.com/search?q=printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBjaGFydGAB&sa=X&ved=2ahUKEwia8v_y6oWPAxWJEVkFHdKFAKcQip4GKAF6BAgKEDc#ip=1 |
| Page loaded at (UTC): | Tue, 12 Aug 2025 17:50:56 GMT |
| Capture timestamp (UTC): | Tue, 12 Aug 2025 17:52:19 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 12 |
| Capture ID: | 8QkemkJPAT5qhgcC9cu5o8 |
| Display Name: | eileen.Rivera |

PDF REFERENCE #:    7XTzNE6SR5yUnFYo8onYmJ



Google Shopping · printable nutrition chart · Sign in

**Refine results**
- On sale
- Small busine...

**Sort by**
- Price: low to high
- Price: high to low

**Category**
- Calendars & Plan...
- Posters
- Classroom Teachi...
- Flash Cards
- Books

**Stores**
- Teachers Pay Tea...
- EveryMarket
- Etsy
- Walmart
- AliExpress

**Genre**
- ☐ Kids' Books
- ☐ Health
- ☐ Reference

**Price**
- Under $3
- $3 - $5
- $5 - $9
- Over $9
- $ Min  $ Max  Go

**Free shipping**
- Free shipping

**Special Occasion**
- ☐ Expecting B...
- ☐ Anniversary

**Brand**
- ☐ Nutrition Ed...
- ☐ The Everyda...
- ☐ Ben
- ☐ Learning Zo...

---

Basic Nutrition Color Handout Download
$38.25 $45
🎓 Nutrition Educatio...
Get it by Fri (Free)
5.0 ★★★★★ (1)

Printable Nutrition Guide for Healthy Eating & Wellness
$2.95
E Etsy
Free delivery

Food Groups Poster
$3.00
Teachers Pay Teac...
Get it by Aug 18 (Free)

Eat the Rainbow Checklist Printable Healthy Food Chart
$2.22
E Etsy
Free delivery
4.6 ★★★★½ (21)

Eat The Rainbow Checklist for Kids
$3.99
scribbledincco.com

Printable What to Eat Chart
$3.50
The Everyday Moth...

Healthy Protein Poster Comprehensive Nutrition Sheet...
$5.00
E Etsy
Free delivery
4.8 ★★★★★ (7)

Food Chart / Food Group Blank Templates Nutrition / Health Cli...
$2.00
Teachers Pay Teac...
Get it by Aug 18 (Free)

Healthy Food Swaps Printable, Nutrition Guide, Cheat Sheet,...
$3.00
E Etsy - HolisticLifes...
Free delivery
5.0 ★★★★★ (4)

High Protein Foods Chart Poster
$31.00
AnatomyStuff Inter...
Get it by Aug 21 (Free)

45% OFF
Portion Plate Guide
$4.01 $7.30
E Etsy
Free delivery

25% OFF
Whole Food Nutrition Guide Nutrition Poster
$19.66 $26
Redbubble

14% OFF
Printable Nutrition Guides
$14.48 $17
E Etsy
Free delivery

Promotional Nutrition and You Slide Charts
$0.46
EP Everything Promo

35% OFF
Nutrition Facts Poster
$1.76 $2.72
E Etsy - Honestdeal
Free delivery

High Protein Foods List Poster
$48.99
Walmart - jingjiang...
Free delivery

25% OFF
Printable Healthy Eating Tracker
$2.99 $3.99
E Etsy - HeyPrintables
Free delivery
5.0 ★★★★★ (2)

Healthy Food with Vitamin Chart
$9.03
AbeBooks.com

29% OFF
Health Benefits Printable Nutrition Guide
$5.54 $7.91
E Etsy
Free delivery

69% OFF
Nutrition Chart Printable Planner
$1.82 $6.06
E Etsy - PapayaPlan...
Free delivery

Health Benefits Food...

Healthy Food Chart...

75% OFF
Printable Food Group...

Printable Eat A...

19% OFF
Printable Healthy...

---

Document title: printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBja...
Capture timestamp (UTC): Tue, 12 Aug 2025 17:52:19 GMT
Page 2 of 11






### Refine results

On sale
Small busine...

**Sort by** ▾
Price: low to high
Price: high to low

**Category** ▾
Calendars & Plan...
Posters
Classroom Teachi...
Flash Cards
Books

**Stores** ▾
Teachers Pay Tea...
EveryMarket
Etsy
Walmart
AliExpress

**Genre** ▾
☐ Kids' Books
☐ Health
☐ Reference

**Price** ▾
Under $3
$3 - $5
$5 - $9
Over $9
$ Min  $ Max  Go

**Free shipping** ▾
Free shipping

**Special Occasion** ▾
☐ Expecting B...
☐ Anniversary

**Brand** ▾
☐ Nutrition Ed...
☐ The Everyda...
☐ Ben
☐ Learning Zo...


Health Benefits Food Chart
$10.00
Etsy - JessicaHaas...
Free delivery
5.0 ★★★★★ (4)


Healthy Food Chart Tracker Dinner Chart Nutrition Chart
$3.00
Teachers Pay Teac...
Get it by Aug 18 (Free)


Printable Food Group Poster
$1.40  $5.62
Etsy
Free delivery
5.0 ★★★★★ (2)


Printable Eat A Rainbow Chart
$3.73
Etsy - MelibeeDesi...
Free delivery


Printable Healthy Eating Tracker
$1.09  $1.36
Etsy
Free delivery


30% OFF
Nutrition Charts Bundle for Homeschooling...
$15.33  $22
Etsy
Free delivery


Food Groups Poster
$3.00
MadeByTeachers.c...
Get it today (Free)


30% OFF
Set of 3 Educational Nutrition Posters Eat the Rainbow Printabl...
$6.99  $9.99
Etsy
Free delivery
5.0 ★★★★★ (1)


High Protein Food Chart
$3.87
Etsy - TheSecretPr...
Free delivery


30% OFF
Daily Food Journal & Nutrition Chart Printable Template
$1.70  $2.43
Etsy - MyLifePlans
Free delivery
5.0 ★★★★★ (13)


40% OFF
Five A Day Tracker Printable PDF Nutrition Chart Wellness Journ...
$1.47  $2.46
Etsy - TheAstralAr...
Free delivery


Custom Nutrition and You Slide Chart
$0.76
Brilliant Promos


40% OFF
Anti-Inflammatory Food Guide | Printable Nutrition Chart | ...
$1.20  $2.00
Etsy
Free delivery


Kitchen Cheat Sheet Nutrition Printable Wall Art
$4.99
Etsy
Free delivery


Printable Kids Food Chart Check List
$4.00
Etsy
Free delivery


Easy Food List Health & Nutrition Chart Digital Printable PDF...
$4.93
Etsy - AndreasDigit...
Free delivery


30% OFF
Macronutrients Chart Poster Digital Download Printable...
$7.66  $11
Etsy
Free delivery
5.0 ★★★★★ (1)


Protein Products Chart
$9.95
Walmart - Seller
Free delivery


29% OFF
Digital Download Printable Nutrition Guide Poster
$7.67  $11
Etsy
Free delivery


59% OFF
Nutrients Food Chart Bundle Ultimate Nutrition Bundle
$3.93  $9.82
Etsy - Uniquepixel...
Free delivery


Printable Diet Nutrition Guides
$14.48 $17
Etsy
Free delivery


Instant Download Kids Nutrition Chart Bundle
$1.99
Etsy
Free delivery


Group Infographic Chart Diagram Poster
$16.79
ABPosters.com


Printable Food Swap Table with Protein, Carb, and Fat Macros...
$9.73
Etsy
Free delivery


FoodChart Dirty Dozen Food List Printable Nutrition Poster
$5.60
Etsy
Free delivery


Healthy Plate Printable for Kids
$0.25
Etsy
Free delivery


Fruit & Veggie Nutrition Chart - Guide to Vitamins and...
$4.00
Etsy - GoodmeadP...
Free delivery


Nutrition Poster
$5.19 $17
AliExpress


Healthy Food Chart, Healthy Eating, Nutrition Poster,...
$3.81
Etsy
Free delivery


Healthy Diet Reference Essential Nutrients Food Chart
$1.00 $2.00
Etsy
Free delivery
1.0 ★ (1)


Nutrition Posters Bundle
$15.33 $22
Etsy
Free delivery


Printable Nutrient-Rich Foods List
$4.01 $7.30
Etsy
Free delivery


Printable Nutrition Planner
$3.99
Etsy
Free delivery


Food Groups Nutrition Posters & Sorting
$3.00
Teachers Pay Teac...
Get it by Aug 18 (Free)


Printable Healthy Eating Reference Guide Poster
$4.26 $6.08
Etsy
Free delivery
5.0 ★★★★★ (2)














Health Benefits Food Chart
$3.60 $6.00
Etsy
Free delivery
5.0 ★★★★★ (2)

Printable Healthy Eating Tracker
$5.17 $6.47
Etsy - iSARprints
Free delivery

The Macronutrient Blueprint | Printable Nutrition Guide PDF
$11.36
Etsy

A5 Healthy Eating Tracker
$1.53 $3.06
Etsy - PlanPrintLand
Free delivery

Rainbow Food Chart for Kids
$3.99 $5.70
Etsy - ScribbledInc...
Free delivery
4.5 ★★★★☆ (4)






Printable Canva Template Food Journal/ Nutrition...
$1.50 $2.00
Etsy
Free delivery

Fussy Eater Visual Eat the Rainbow Poster
$2.72
Etsy
Free delivery

Kids' Nutrition Poster
$6.50
Etsy
Free delivery

Eat the Rainbow Printable for Kids
$5.99
Etsy
Free delivery

Go Grow and Glow Foods Poster
$3.40
Etsy
Free delivery







Printable High Protein Foods Chart
$8.26 $9.72
Etsy - FitWithCan
Free delivery
5.0 ★★★★★ (1)

Eat the Rainbow Printable Chart
$7.72
Etsy
Free delivery

Food List Chart Poster
$3.50 $7.78
AliExpress

Healthy Eating Reference Guide Essential Nutrients...
$5.96 $8.51
Etsy
Free delivery
5.0 ★★★★★ (2)

Body Type Nutrition Chart
$4.33 $5.41
Etsy
Free delivery







Printable Healthy Eating Tracker
$3.02 $3.77
Etsy - iSARprints
Free delivery

Printable Cheat Sheet
$4.00
Etsy
Free delivery

Healthy Food Swaps Printable Nutrition Guide
$3.40
Etsy
Free delivery

Kids Food Chart
$4.21
Etsy
Free delivery

13 Healthy Foods Nutrition Chart
$1.00 $2.00
Etsy
Free delivery







Printable Food Tracker with Eat the Rainbow Chart, Tracker, and...
$3.25
Etsy
Free delivery

Healthy Plate Design Printable Poster
$4.88
Etsy
Free delivery
5.0 ★★★★★ (1)

Read Nutrition Label Poster
$19.95
Etsy - Wildflowerst...
Free delivery

Nutrient information 4 Pages Bundle
$13.83 $21
Etsy
Free delivery
5.0 ★★★★★ (1)

Nutrition Facts Guide Printable Plant-Based Iron Rich Foods Sour...
$3.53
Etsy
Free delivery







Google Shopping — printable nutrition chart

**Refine results**
- On sale
- Small busine...

**Sort by**
- Price: low to high
- Price: high to low

**Category**
- Calendars & Plan...
- Posters
- Classroom Teachi...
- Flash Cards
- Books

**Stores**
- Teachers Pay Tea...
- EveryMarket
- Etsy
- Walmart
- AliExpress

**Genre**
- Kids' Books
- Health
- Reference

**Price**
- Under $3
- $3 - $5
- $5 - $9
- Over $9
- $ Min  $ Max  Go

**Free shipping**
- Free shipping

**Special Occasion**
- Expecting B...
- Anniversary

**Brand**
- Nutrition Ed...
- The Everyda...
- Ben
- Learning Zo...


Health Infographic High Protein Food List
$4.10  $5.48
Etsy — Free delivery
5.0 ★★★★★ (1)


Eat The Rainbow Checklist Printable Food Chart
$1.30
Etsy — Free delivery


Kids Nutrition Tracker
$1.99
Etsy — Free delivery


Editable Healthy Eating Chart
$3.73
Etsy - MelibeeDesi... — Free delivery



Kids Food Educational Poster
$2.80  $3.74
Etsy - FunnyPrintF... — Free delivery
3.7 ★★★☆ (6)


Printable Cheat Sheet
$4.76
Etsy — Free delivery
5.0 ★★★★★ (6)


Protein and Carbs Content 2 Sheets Bundle, Calorie...
$7.27  $11
Etsy — Free delivery
5.0 ★★★★★ (5)


Printable Healthy Eating Tracker
$1.09  $1.36
Etsy — Free delivery


Digital Food Calcuations Chart
$3.01  $3.35
Etsy - ArtofBarbell — Free delivery
4.9 ★★★★★ (40)

Eat in Color Nutrition Poster
$2.00
Etsy — Free delivery


High Protein Foods List At-a-glance
$1.35  $4.50
Etsy — Free delivery
4.0 ★★★★☆ (1)


Ultimate Nutrition Bundle
$11.24  $16
Etsy — Free delivery
5.0 ★★★★★ (4)


Printable High Protein Food Chart
$4.76
Etsy — Free delivery
5.0 ★★★★★ (1)


Nutrition Charts Templates
$14.23
Etsy — Free delivery


Editable Nutrition Printable PDF Canva Template
$3.70  $7.39
Etsy — Free delivery


Printable High Protein Foods Chart
$8.26  $9.72
Etsy - FitWithCan — Free delivery
5.0 ★★★★★ (5)


High-Fiber Food Chart
$9.73
Etsy — Free delivery


Healthy Eating Tracker Kids Nutrition Chart Printable Food Log...
$2.74  $3.65
Etsy - Differse — Free delivery


High Protein Sources Food List
$9.99
Fourthwall


Kids Nutrition Chart Printable
$3.99  $5.70
Etsy - ScribbleInc... — Free delivery

    

---

Document title: printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBja...
Capture timestamp (UTC): Tue, 12 Aug 2025 17:52:19 GMT
Page 6 of 11



Google Shopping

printable nutrition chart

Sign in

### Refine results

On sale
Small busine...

### Sort by
Price: low to high
Price: high to low

### Category
Calendars & Plan...
Posters
Classroom Teachi...
Flash Cards
Books

### Stores
Teachers Pay Tea...
EveryMarket
Etsy
Walmart
AliExpress

### Genre
Kids' Books
Health
Reference

### Price
Under $3
$3 - $5
$5 - $9
Over $9
$ Min  $ Max  Go

### Free shipping
Free shipping

### Special Occasion
Expecting B...
Anniversary

### Brand
Nutrition Ed...
The Everyda...
Ben
Learning Zo...


**Health Infographic High Protein Food List**
$4.10 $5.48
E Etsy
Free delivery
5.0 ★★★★★ (1)


**Eat The Rainbow Checklist Printable Food Chart**
$1.30
E Etsy
Free delivery


**Kids Nutrition Tracker**
$1.99
E Etsy
Free delivery


**Editable Healthy Eating Chart**
$3.73
E Etsy - MelibeeDesi...
Free delivery


**Kids Food Educational Poster**
$2.80 $3.74
E Etsy - FunnyPrintF...
Free delivery
3.7 ★★★★☆ (6)


**Printable Cheat Sheet**
$4.76
E Etsy
Free delivery
5.0 ★★★★★ (6)


**Protein and Carbs Content 2 Sheets Bundle, Calorie...**
$7.27 $11
E Etsy
Free delivery
5.0 ★★★★★ (5)


**Printable Healthy Eating Tracker**
$1.09 $1.36
E Etsy
Free delivery


**Digital Food Calcuations Chart**
$3.01 $3.35
E Etsy - ArtofBarbell
Free delivery
4.9 ★★★★★ (40)


**Eat in Color Nutrition Poster**
$2.00
E Etsy
Free delivery


**High Protein Foods List At-a-glance**
$1.35 $4.50
E Etsy
Free delivery
4.0 ★★★★☆ (1)


**Ultimate Nutrition Bundle**
$11.24 $16
E Etsy
Free delivery
5.0 ★★★★★ (4)


**Printable High Protein Food Chart**
$4.76
E Etsy
Free delivery
5.0 ★★★★★ (1)


**Nutrition Charts Templates**
$14.23
E Etsy
Free delivery


**Editable Nutrition Printable PDF Canva Template**
$3.70 $7.39
E Etsy
Free delivery


**Printable High Protein Foods Chart**
$8.26 $9.72
E Etsy - FitWithCan
Free delivery
5.0 ★★★★★ (5)


**High-Fiber Food Chart**
$9.73
E Etsy
Free delivery


**Healthy Eating Tracker Kids Nutrition Chart Printable Food Log...**
$2.74 $3.65
E Etsy - Differse
Free delivery


**High Protein Sources Food List**
$9.99
fw Fourthwall


**Kids Nutrition Chart Printable**
$3.99 $5.70
E Etsy - ScribbledInc...
Free delivery







---

Document title: printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBja...
Capture timestamp (UTC): Tue, 12 Aug 2025 17:52:19 GMT
Page 7 of 11

    

| Editable Nutrition Facts Template | High Protein Food List Printable Protein Chart | Alkaline Diet Food Chart | Printable Low Carb Food Chart | Healthy Eating Chart Kitchen Wall Art |
|---|---|---|---|---|
| $1.80 $2.00 | $2.42 $2.69 | $1.80 $3.00 | $4.77 | $4.42 $5.90 |
| Etsy - Dreamworks... | Etsy - DietDigital | Etsy | Etsy | Etsy - AlcheraDesi... |
| Free delivery | Free delivery | Free delivery | Free delivery | Free delivery |
| 4.5 ★★★★★ (17) | | 5.0 ★★★★★ (6) | | 5.0 ★★★★★ (2) |

    

| Healthy High Calorie Foods Reference, Protein Rich Food... | Food Groups Chart for Kids | Healthy Portions Plate | Food Reference Chart Printable Set | Eat the Rainbow Chart |
|---|---|---|---|---|
| $1.00 $2.00 | $1.09 $1.36 | $2.99 | $7.06 | $1.23 $4.14 |
| Etsy | Etsy | Etsy - ThePrintable... | Etsy | Etsy - RockinRainb... |
| Free delivery | Free delivery | Free delivery | Free delivery | Free delivery |

   

| Eat the Rainbow Kids Nutrition Checklist | Eat the Rainbow Chart | High Protein Chart & Grocery List Bundle | Food Protein Content Sheet, Calorie Counting Help, Protei... | High Protein Food List |
|---|---|---|---|---|
| $3.99 | $1.83 $2.43 | $1.36 | $4.50 $6.93 | $2.99 $5.99 |
| Etsy | Etsy | Etsy | Etsy | Etsy - PrintablesBy... |
| Free delivery | Free delivery | Free delivery | Free delivery | Free delivery |
| | | 5.0 ★★★★★ (1) | 4.8 ★★★★★ (4) | 5.0 ★★★★★ (1) |

    

| Low Fat Food List | Blood Type O Food Chart | Food Guide List Chart | Macro Calculator & Nutrition Guide \| Calculate Your... | Printable High-Protein Food List - Instant Download \| A4 and U... |
|---|---|---|---|---|
| $1.09 $1.36 | $3.87 | $2.55 $7.49 | $6.99 | $4.85 |
| Etsy | Etsy - TheSecretPr... |  AliExpress | Etsy | Etsy |
| Free delivery | Free delivery | | Free delivery | Free delivery |
| | 4.3 ★★★★★ (3) | | 5.0 ★★★★★ (1) | |

    





Editable Nutrition Facts Template
$1.80 $2.00
Etsy - Dreamworks...
Free delivery
4.5 ★★★★★ (17)

High Protein Food List Printable Protein Chart
$2.42 $2.69
Etsy - DietDigital
Free delivery

Alkaline Diet Food Chart
$1.80 $3.00
Etsy
Free delivery
5.0 ★★★★★ (6)

Printable Low Carb Food Chart
$4.77
Etsy
Free delivery

Healthy Eating Chart Kitchen Wall Art
$4.42 $5.90
Etsy - AlcheraDesi...
Free delivery
5.0 ★★★★★ (2)





Healthy High Calorie Foods Reference, Protein Rich Food...
$1.00 $2.00
Etsy
Free delivery

Food Groups Chart for Kids
$1.09 $1.36
Etsy
Free delivery

Healthy Portions Plate
$2.99
Etsy - ThePrintable...
Free delivery

Food Reference Chart Printable Set
$7.06
Etsy
Free delivery

Eat the Rainbow Chart
$1.23 $4.14
Etsy - RockinRainb...
Free delivery







Eat the Rainbow Kids Nutrition Checklist
$3.99
Etsy
Free delivery

Eat the Rainbow Chart
$1.83 $2.43
Etsy
Free delivery

High Protein Chart & Grocery List Bundle
$1.36
Etsy
Free delivery
5.0 ★★★★★ (1)

Food Protein Content Sheet, Calorie Counting Help, Protei...
$4.50 $6.93
Etsy
Free delivery
4.8 ★★★★★ (4)

High Protein Food List
$2.99 $5.99
Etsy - PrintablesBy...
Free delivery
5.0 ★★★★★ (1)






Low Fat Food List
$1.09 $1.36
Etsy
Free delivery

Blood Type O Food Chart
$3.87
Etsy - TheSecretPr...
Free delivery
4.3 ★★★★★ (3)

Food Guide List Chart
$2.55 $7.49
AliExpress

Macro Calculator & Nutrition Guide | Calculate Your...
$6.99
Etsy
Free delivery
5.0 ★★★★★ (1)

Printable High-Protein Food List - Instant Download | A4 and U...
$4.85
Etsy
Free delivery







---

Document title: printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=printable+nutrition+chart&amp;udm=28&amp;shopmd=1&amp;shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBja...
Capture timestamp (UTC): Tue, 12 Aug 2025 17:52:19 GMT
Page 9 of 11






Document title: printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=printable+nutrition+chart&amp;udm=28&amp;shopmd=1&amp;shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBja…
Capture timestamp (UTC): Tue, 12 Aug 2025 17:52:19 GMT                                                                                                                Page 11 of 11