# EXHIBIT 4

**Page Vault**

| | |
|---|---|
| Document title: | pdf printable nutrition chart - Google Shopping |
| Capture URL: | https://www.google.com/search?q=pdf+printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbiBjaGFydDIVCAESA1BERjoMCNiCjwQQ976PBDAAWICrlWAB&sa=X&ved=2ahUKEwiE1Pu_0YWPAxXnD1kFHRaAIqUQip4GKAl6BAgKEEk#ip=1 |
| Page loaded at (UTC): | Tue, 12 Aug 2025 16:07:44 GMT |
| Capture timestamp (UTC): | Tue, 12 Aug 2025 16:08:19 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 12 |
| Capture ID: | g3Y4Rf1qvSnQncGHDC6Jeq |
| Display Name: | ian.mcmillan |

PDF REFERENCE #:     uFePTdbLUyFBj35kzumt3u



Sign in

**Refine results**

On sale

Small busine...

**Sort by**

Price: low to high

Price: high to low

**Category**

Books

Posters

Flash Cards

Calendars & Plan...

See more

**Genre**

Kids' Books

Health

**Price**

Under $6

Over $6

$ M...   $ M...   Go

**Free shipping**

Free shipping

**Special Occasion**

Expecting B...

Anniversary

Birthday

**Brand**

Ben

Nutrition Ed...

Healthy Food Chart Tracker Dinner Chart Nutrition Chart
$3.00
Teachers Pay Teac...
Get it by Aug 18 (Free)

Vegetable Nutrition Facts Chart
$3.99
E Etsy
Free delivery

Anti-Inflammatory Food Guide | Printable Nutrition Chart |...
$1.20  $2.00
E Etsy
Free delivery

Health Benefits Food Chart
$10.00
E Etsy - JessicaHaas...
Free delivery
5.0 ★★★★★ (4)

High Protein Food Chart
$3.87
E Etsy - TheSecretPri...
Free delivery


**25% OFF**
Omega-3 and Omega-6 Foods List Printable Nutrition Chart
$2.25  $3.00
E Etsy
Free delivery


Fruit & Veggie Nutrition Chart - Guide to Vitamins and...
4.00
E Etsy - GoodmeadP...
Free delivery
1.0 ★★★★★ (1)


**19% OFF**
Printable Healthy Eating Tracker
$1.09  $1.36
E Etsy
Free delivery


**19% OFF**
Kids Food Chart
$1.09  $1.36
E Etsy
Free delivery


**30% OFF**
Nutrition Charts Bundle for Homeschooling...
$15.33  $22
E Etsy
Free delivery


**50% OFF**
A5 Healthy Eating Tracker
$1.53  $3.06
E Etsy - PlanPrintLand
Free delivery


Instant Download Kids Nutrition Chart Bundle
$1.99
E Etsy
Free delivery


**25% OFF**
Printable Healthy Eating Tracker
$2.99  $3.99
E Etsy - HeyPrintables
Free delivery
5.0 ★★★★★ (2)


**30% OFF**
Daily Food Journal & Nutrition Chart Printable Template
$1.70  $2.43
E Etsy - MyLifePlans
Free delivery
5.0 ★★★★★ (13)



Download
Printable Nutrition Guide for Healthy Eating & Wellness
$2.95
E Etsy
Free delivery


**14% OFF**
Printable Diet Nutrition Guides
$14.48  $17
E Etsy
Free delivery

**35% OFF**
Nutrition Facts Poster
$1.76  $2.72
E Etsy - Honestdeal
Free delivery



The Macronutrient Blueprint | Printable Nutrition Guide PDF
$11.38
E Etsy
Free delivery

Healthy Food Chart, Healthy Eating, Nutrition Poster,...
$3.81
E Etsy
Free delivery


**19% OFF**
Body Type Nutrition Chart
$4.33  $5.41
E Etsy
Free delivery

**30% OFF**

**50% OFF**

MACRO FOOD SWAP TABLE



pdf printable nutrition chart

Sign in

**Refine results**

On sale

Small busine...

**Sort by**

Price: low to high

Price: high to low

**Category**

Books

Posters

Flash Cards

Calendars & Plan...

See more

**Genre**

Kids' Books

Health

**Price**

Under $6

Over $6

$ M...  $ M...  Go

**Free shipping**

Free shipping

**Special Occasion**

Expecting B...

Anniversary

Birthday

**Brand**

Ben

Nutrition Ed...

Eat the Rainbow Checklist Printable Healthy Food Chart
$2.22
Etsy
Free delivery
4.6 ★★★★★ (21)

Healthy Protein Poster Comprehensive Nutrition Sheet...
$5.00
Etsy
Free delivery
4.8 ★★★★★ (7)

Set of 3 Educational Nutrition Posters Eat the Rainbow Printabl...
$6.99 $9.99
Etsy
Free delivery
5.0 ★★★★★ (1)

Healthy Diet Reference Essential Nutrients Food Chart
$1.00 $2.00
Etsy
Free delivery

Printable Food Swap Table with Protein, Carb, and Fat Macros...
$9.73
Etsy
Free delivery



Healthy Plate Printable for Kids
$0.25
Etsy
Free delivery



Macronutrients Chart Poster Digital Download Printable...
$7.66 $11
Etsy
Free delivery



Protein and Carbs Content 2 Sheets Bundle, Calorie...
$7.27 $11
Etsy
Free delivery
5.0 ★★★★★ (5)



Holistic Printable Fitness Planner
$2.50
Etsy - CreativeClair...
Free delivery
4.0 ★★★★ (1)

High-Fiber Food Chart
$9.73
Etsy
Free delivery




High Protein Foods List At-a-glance
$1.35 $4.50
Etsy
Free delivery
4.0 ★★★★ (1)

FoodChart Dirty Dozen Food List Printable Nutrition Poster
$5.60
Etsy
Free delivery




Printable Nutrient-Rich Foods List
$4.02 $7.30
Etsy
Free delivery



High Protein Food Chart
$3.44
Etsy - TheSecretPri...
Free delivery



Kids Nutrition Tracker
$1.99
Etsy
Free delivery



Nutrition Facts Guide Printable Plant-Based Iron Rich Foods Sour...
$3.53
Etsy
Free delivery



Clean Eating Food Chart
$3.44
Etsy - TheSecretPri...
Free delivery




Healthy High Calorie Foods Reference, Protein Rich Food...
$1.00 $2.00
Etsy
Free delivery



Health Benefits Food Chart
$3.60 $6.00
Etsy
Free delivery
5.0 ★★★★★ (2)



Printable Food Group Poster
$1.40 $5.62
Etsy
Free delivery
5.0 ★★★★★ (2)







Document title: pdf printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=pdf+printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhYmxlIG51dHJpdGlvbi...
Capture timestamp (UTC): Tue, 12 Aug 2025 16:08:19 GMT






**Food Reference Chart Printable Set**
$7.06
Etsy
Free delivery

**Printable Nutrition Planner**
$3.99
Etsy
Free delivery

**Editable Nutrition Printable PDF Canva Template**
$3.70 $7.39
Etsy
Free delivery

**Nutrition Log Printable PDF Food Tracker**
$1.32 $2.40
Etsy
Free delivery
5.0 ★★★★★ (1)

**13 Printable Poster with Healthy Fooods**
$5.25 $7.50
Etsy
Free delivery
5.0 ★★★★★ (8)




**Nutrition Guide PDF, Meal Prepping 101, Customizable...**
$21.06
Etsy
Free delivery

**Healthy Food Swaps Printable Nutrition Guide**
$3.40
Etsy
Free delivery

**High Protein Food Chart**
$2.49 $3.11
Etsy
Free delivery
5.0 ★★★★★ (1)

**Digital Nutrition Information Sheets for Instant Download: To...**
$8.95
Etsy
Free delivery

**Nutrition Worksheet**
$5.00
Teachers Pay Teac...
Get it by Aug 18 (Free)








**Rainbow Food Chart for Kids**
$3.99 $5.70
Etsy - ScribbledInc...
Free delivery
4.5 ★★★★☆ (4)

**Eat to Feel Better Mood Nutrition Printable Chart**
$5.96 $8.51
Etsy
Free delivery

**Food Protein Content Sheet, Calorie Counting Help, Protei...**
$4.50 $6.93
Etsy
Free delivery
4.8 ★★★★★ (4)

**Editable Nutrition Facts Template**
$1.80 $2.00
Etsy - Dreamworks...
Free delivery
4.5 ★★★★☆ (17)

**Nutrition Posters Bundle**
$15.33 $22
Etsy
Free delivery









**Eat the Rainbow Chart**
$1.83 $2.43
Etsy
Free delivery

**High Protein Food List Printable Protein Chart**
$2.42 $2.69
Etsy - DietDigital
Free delivery

**Nutrient information 4 Pages Bundle**
$13.83 $21
Etsy
Free delivery
5.0 ★★★★★ (1)

**Cute Food Calorie Chart for a Healthy Lifestyle: Track and...**
$5.85 $6.50
Etsy - TaterTotsCo21
Free delivery

**Done for You Nutrition Facts Food List**
$3.33 $4.43
Etsy
Free delivery
5.0 ★★★★★ (2)











High Protein Sources
Food List
$9.99
Fourthwall

Eat the Rainbow
Printable for Kids
$5.99
Etsy
Free delivery

Printable High Vitamin
D Meal Plan
$4.08
Etsy
Free delivery

Macronutrient List
Printable Cheat Sheet
$0.98 $1.97
Etsy - HappybyZac
Free delivery

Editable Healthy
Eating Chart
$3.73
Etsy - MelibeeDesi...
Free delivery

Printable Weekly
Nutrition Tracker
$4.99
Etsy
Free delivery

Printable Healthy
Eating Tracker
$5.17 $6.47
Etsy - iSARprints
Free delivery

Protein Tracker
Printable PDF Protein
Chart Template Canv...
$3.03
Etsy
Free delivery

Healthy Food Chart
Poster
$1.00 $2.00
Etsy
Free delivery

High Calcium Foods
Reference Chart
$4.50
Etsy
Free delivery

Daily Food Journal &
Nutrition Chart
Template
$1.53 $2.19
Etsy - MyLifePlans
Free delivery

Printable High-Protein
Food List - Instant
Download | A4 and U...
$4.85
Etsy
Free delivery

High Protein Food List
$0.99 $1.99
Etsy - PrintablesBy...
Free delivery

My nutrition planner |
health and well being |
nutrition planner pdf...
$5.60
Etsy
Free delivery

67-Page Nutrition
Planner
$12.47
Etsy
Free delivery





Meal And Nutrition
Tracker
$1.00
Etsy
Free delivery

Kids Nutrition Chart
Printable
$3.99 $5.70
Etsy - ScribbledInc...
Free delivery

Healthy Eating Tracker
Kids Nutrition Chart
Printable Food Log...
$2.74 $3.65
Etsy - Differse
Free delivery

Nutrients Food Chart
Bundle Ultimate
Nutrition Bundle
$3.93 $9.82
Etsy - Uniquepixelp...
Free delivery

Superfoods Poster A3,
Superfoods Nutrition
Chart - Healthy Eatin...
$3.40
Etsy
Free delivery

Low Protein Diet Food
Chart

Protein Food List
$3.79

High Protein Diet Food
List | High Protein

High Protein Foods List
At-a-glance

Protein Food List
$5.99 $7.49

**Refine results**

On sale

Small busine...

**Sort by**

Price: low to high

Price: high to low

**Category**

Books

Posters

Flash Cards

Calendars & Plan...

See more

**Genre**

Kids' Books

Health

**Price**

Under $6

Over $6

$ M... $ M... Go

**Free shipping**

Free shipping

**Special Occasion**

Expecting B...

Anniversary

Birthday

**Brand**

Ben

Nutrition Ed...



Low Protein Diet Food Chart
$3.87
Etsy - TheSecretPri...
Free delivery



Protein Food List
$3.79
Etsy
Free delivery
4.9 ★★★★★ (12)

High Protein Diet Food List | High Protein Foods | High Protein...
$2.86 $4.39
Etsy
Free delivery
3.0 ★★★ (1)



High Protein Foods List At-a-glance
$1.35 $4.50
Etsy
Free delivery

Protein Food List
$5.99 $7.49
Etsy - ISARprints
Free delivery



Kids Food Educational Poster
$2.80 $3.74
Etsy - FunnyPrintF...
Free delivery
3.7 ★★★☆ (6)

Nutrition Planner Printable Daily Food Diary Bundle
$2.92 $9.73
Etsy - PLANcontent
Free delivery
5.0 ★★★★★ (1)



Kids' Nutrition Poster
$6.50
Etsy
Free delivery



Printable Healthy Eating Tracker
$3.02 $3.77
Etsy - iSARprints
Free delivery



Low Protein Diet Food Chart
$3.87
Etsy - TheSecretPri...
Free delivery



Printable Healthy Eating Tracker
$1.09 $1.36
Etsy
Free delivery



Ma charte santé colorée IMPRIMABLE avec des information...
$15.45
Etsy
Free delivery
3.0 ★★★ (2)



Nutrition Charts Templates
$14.23
Etsy
Free delivery



Healthy Eating Habits Chart
$1.75 $3.50
Etsy
Free delivery



Meal Nutrition Planner
$0.99 Pre-owned
Etsy - ArtCanyonPl...
Free delivery



Alkaline Diet Food Chart
$1.80 $3.00
Etsy
Free delivery
5.0 ★★★★★ (6)



Printable Nutrition Planner
$11.57
Etsy
Free delivery



Food List Bundle for Dietitians and Nutritionists
$45.48 $61
Etsy - SimpleHealt...
Free delivery
5.0 ★★★★★ (1)



Printable 21 Days of Healthy Eating Level 3
$2.00
Etsy
Free delivery



Plant-Based Calcium Rich Foods Source Chart
$3.53
Etsy
Free delivery

Anti-Inflammatory

Low Fat Food List

Printable Nutrition

Educational Food

Printable High Protein

Google Shopping    pdf printable nutrition chart    Sign in

**Refine results**

On sale

Small busine...

**Sort by**

Price: low to high

Price: high to low

**Category**

Books

Posters

Flash Cards

Calendars & Plan...

See more

**Genre**

Kids' Books

Health

**Price**

Under $6

Over $6

$ M...  $ M...  Go

**Free shipping**

Free shipping

**Special Occasion**

Expecting B...

Anniversary

Birthday

**Brand**

Ben

Nutrition Ed...


Anti-Inflammatory Food Guide/ 2 page pdf PRINTABLE...
$3.60  $6.00
Etsy
Free delivery
5.0 ★★★★★ (4)

Low Fat Food List
$1.09  $1.36
Etsy
Free delivery


Printable Nutrition Planner
$5.35  $5.95
Etsy - ArtofBarbell
Free delivery
5.0 ★★★★★ (13)


Educational Food Poster for Kids
$1.00  $2.00
Etsy
Free delivery


Printable High Protein Food Chart
$4.76
Etsy
Free delivery
5.0 ★★★★★ (1)


Healthy Portions Plate
$2.99
Etsy - ThePrintable...
Free delivery


High Protein Foods List At-a-glance 2 Page Pdf
$1.35  $4.50
Etsy
Free delivery


Eat in Color Nutrition Poster
$2.00
Etsy
Free delivery



Pre & Post Workout Meal Ideas Poster
$2.50  $5.00
Etsy
Free delivery
5.0 ★★★★★ (1)


Nutrition Worksheet for Diet Program
$8.45  $12
Etsy
Free delivery



SALE* Nutrition Guide Sheet
$2.50
Etsy - SezzyDesign...
Free delivery


Nutrition Guide Poster
$2.31
Etsy
Free delivery


Healthy Plate Design Printable Poster
$4.88
Etsy
Free delivery
5.0 ★★★★★ (1)


Plant Based Nutrition Guide
$3.16
Etsy
Free delivery


High Calorie, Food Chart, Food Guide, Calorie Content,...
$3.48
Etsy
Free delivery


Proteins Guide PDF Protein Food Diet Sheet
$2.39
Etsy - XpressionsC...
Free delivery


Vitamins and Mineral Chart, Cheat Sheet and Supplement...
$2.50  $5.00
Etsy
Free delivery


Editable Kids Food Educational Poster
$2.40  $3.00
Etsy - PareidoliaTe...
Free delivery


High Fiber Food charts
$3.00
Etsy
Free delivery



Printable Meal Prep Planner Food Diary Meal Tracker
$2.99
Etsy
Free delivery


High Protein Foods

Plant-Based/High

weekly nutrition and

Printable Low Carb

Food Groups Chart for







**High Fiber Foods Reference Chart**
$4.50
E Etsy
Free delivery

**Printable High Protein Food List**
$4.98
E Etsy
Free delivery
5.0 ★★★★★ (1)

**Printable Healthy Eating Reference Guide Poster**
$4.26 $6.08
E Etsy
Free delivery

**Healthy Food Chart**
$1.00 $2.00
E Etsy
Free delivery

**Renal-Friendly Food List**
$4.01 $7.30
E Etsy
Free delivery

**High Protein Low Carb Food List**
$3.87
E Etsy - TheSecretPri...
Free delivery

**Printable Macro Tracker**
$0.58
E Etsy
Free delivery

**Nutrition Tracker**
$3.02
E Etsy
Free delivery

**Protein Nutrition Tracker Templates**
$1.95
E Etsy
Free delivery

**The Rainbow Chart Eat the Rainbow Printable Poster**
$2.50 $5.00
E Etsy
Free delivery
5.0 ★★★★★ (1)







**Eat the Rainbow Trackers Healthy Food Snacks Routine**
$5.00
▬ Templativity
Get it tomorrow (Free)

**Healthy Eating Reference Guide Essential Nutrients,...**
$9.03 $13
E Etsy
Free delivery

**Kids Food Educational Poster**
$3.99 $5.70
E Etsy - ScribbledInc...
Free delivery
5.0 ★★★★★ (20)

**Kids Food Educational Poster**
$2.43
E Etsy
Free delivery

**Protein Food Chart**
$2.58 $4.29
E Etsy
Free delivery







**Pink Printable Girly Nutrition Planner**
$12.64
E Etsy
Free delivery

**Printable Weekly Food and Nutrition Log**
$2.62
E Etsy - InnerJourne...
Free delivery

**Blood Type O Food Chart**
$2.50
E Etsy
Free delivery
4.6 ★★★★★ (43)

**Eat the Rainbow Chart**
$2.10 $2.63
E Etsy - iSARprints
Free delivery

**Kids Nutrition Bundle II Editable Canva Template | Digestive...**
$9.97 $25
E Etsy
Free delivery
5.0 ★★★★★ (1)









pdf printable nutrition chart

  

Sign in

## Refine results

On sale

Small busine...

### Sort by

Price: low to high

Price: high to low

### Category

Books

Posters

Flash Cards

Calendars & Plan...

See more

### Genre

☐ Kids' Books

☐ Health

### Price

Under $6

Over $6

$ M...  $ M...  Go

### Free shipping

☐ Free shipping

### Special Occasion

☐ Expecting B...

☐ Anniversary

☐ Birthday

### Brand

☐ Ben

☐ Nutrition Ed...



High Protein Low Carb Food List
$3.87
Etsy - TheSecretPri...
Free delivery


Printable Macro Tracker
$0.58
Etsy
Free delivery

Nutrition Tracker
$3.02
Etsy
Free delivery


Protein Nutrition Tracker Templates
$1.95
Etsy
Free delivery


The Rainbow Chart Eat the Rainbow Printable Poster
$2.50 $5.00
Etsy
Free delivery
5.0 ★★★★★ (1)


Eat the Rainbow Trackers Healthy Food Snacks Routine
$5.00
— Templativity
Get it tomorrow (Free)


Healthy Eating Reference Guide Essential Nutrients...
$9.03 $13
Etsy
Free delivery


Kids Food Educational Poster
$3.99 $5.70
Etsy - ScribbledInc...
Free delivery
5.0 ★★★★★ (20)


Kids Food Educational Poster
$2.43
Etsy
Free delivery


Protein Food Chart
$2.58 $4.29
Etsy
Free delivery


Pink Printable Girly Nutrition Planner
$12.64
Etsy
Free delivery


Printable Weekly Food and Nutrition Log
$2.62
Etsy - InnerJourne...
Free delivery


Blood Type O Food Chart
$2.50
Etsy
Free delivery
4.6 ★★★★★ (43)


Eat the Rainbow Chart
$2.10 $2.63
Etsy - iSARprints
Free delivery


Kids Nutrition Bundle II Editable Canva Template | Digestive...
$9.97 $25
Etsy
Free delivery
5.0 ★★★★★ (1)


Micronutrient Cheat Sheet Printable
$0.99
Etsy
Free delivery


Complete Macronutrients Chart Proteins...
$5.96 $8.51
Etsy
Free delivery
5.0 ★★★★★ (1)


Printable Nutrition Log
$2.48
Etsy - InnerJourne...
Free delivery


Nutrition During Pregnancy Bundle
$10.00
Etsy - PearlsOfMot...
Free delivery
5.0 ★★★★★ (6)


Digital Macro Tracker
$5.00
Etsy
Free delivery

Document title: pdf printable nutrition chart - Google Shopping
Capture URL: https://www.google.com/search?q=pdf+printable+nutrition+chart&udm=28&shopmd=1&shoprs=CAEYASoZcHJpbnRhRhYmxlIG51dHJpdGlvb...
Capture timestamp (UTC): Tue, 12 Aug 2025 16:08:19 GMT