# Exhibit 1

Bundle: Managerial Accounting, Loose-Leaf Version, 15th + Cnowv2, 1 Term Printed ...
Cengage Learning · book
**$239.82** Used
World of Books
Free delivery by Sun, Oct 29
3.9/5 ★ (2K store reviews)
Compare prices from 5+ stores

Financial and Managerial Accounting: The Basis for Business Decisions [Book]
eBook · Non-fiction
**$70.00**
McGraw Hill
Delivery by Tue, Oct 31
3.9/5 ★ (34 store reviews)
Compare prices from 5+ stores

Managerial Accounting By Garrison, Noreen, And Brewer, 2014, 15th
**$7.00** Used
eBay - melenan-0
Delivery by Mon, Oct 30
Buy now

Financial and Managerial Accounting - Acct 202
Paperback
**$9.10**
30-day low
BooksRun
Free delivery
Top Quality Store · 4.8/5 ★ (4.3K)
Compare prices from 5+ stores

Loose Leaf for Financial and Managerial Accounting [Book]
Non-fiction · book
**$269.45**
Amazon.com
Free delivery
Top Quality Store · 4.6/5 ★ (2.5K)
Compare prices from 4 stores

Financial Accounting 15th Edition Warren Test Bank | Testbankk
Exam Prep
**$10.99**
Inspire Uplift
Free delivery by Oct 25 & Free 30-d...
Top Quality Store · 4.4/5 ★ (17.8K)
Buy now

Horngren's Financial and Managerial Accounting, the Financial Chapters, Student ...
5.0 ★★★★★ 1
Pearson Education · book
**$0.85** Used
BookHolders.com
$3.99 delivery
Compare prices from 10+ stores

Horngrens Financial & Managerial Accounting, The Managerial Chapters
**$59.99**
VitalSource
Free delivery & Free 14-day returns
4.8/5 ★ (2.1K store reviews)
Buy now
Compare prices from 5+ stores

Managerial Accounting, Harrison, Et Al. 15th Edition; Loose Leaf
**$22.22** Used
eBay
Delivery by Wed, Oct 25
Buy now

Loose-leaf Version Financial and Managerial Accounting [Book]
Non-fiction · Hardcover
**$12.74** Used
Walmart - BooksRun
$3.99 delivery
Compare prices from 5+ stores

Managerial Accounting 15th Edition by Garrison, R.H. Palm Beach State College by ...
Paperback
**$14.79** Used
Thriftbooks.com
Delivery by Fri, Nov 3 · Free 30-day...
Top Quality Store · 4.8/5 ★ (375.9K)

SALE
College Edition Horngren's Cost Accounting A Managerial Emphasis 15th Edition ...
**$25.27** ~~$46.00~~ Used
Mercari
$9.50 delivery
Buy now

Foundations Of Financial Management 15th Edition Block Hirt Danielsen
**$8.88** Used
eBay
Delivery by Thu, Oct 26
Buy now

LOW PRICE
Image not available
Financial & Managerial Accounting, Loose-leaf Version
**$59.95**
$27.05 below typical
Stanza Textbooks
Delivery by Fri, Oct 27
Compare prices from 5+ stores

SALE
Connect Access Card for Managerial Accounting [Book]
Hardcover · Non-fiction
**$72.86** ~~$184.25~~
Textbooks.com
Free delivery
4.5/5 ★ (234 store reviews)
Compare prices from 4 stores

Financial and Managerial Accounting for Decision Makers [Book]
Hardcover · hardback
**$70.47** Used
Stevens Books
Delivery by Wed, Nov 1 · Free 30-d...
Compare prices from 5+ stores

CengageNOWv2 for Warren /Jones /Taylers Financial & Managerial Accoun
**$208.87**
BiggerBooks
Delivery by Tue, Oct 31
3.2/5 ★ (149 store reviews)
Compare prices from 4 stores

Financial and Managerial Accounting
**$249.00**
Amazon.com - Seller
Free delivery

Financial & Managerial Accounting
Hardcover
**$33.77** Used
AbeBooks.com
Free delivery by Wed, Oct 25
Top Quality Store · 4.7/5 ★ (222)
Compare prices from 2 stores

Managerial Accounting with Connect+ [Book]
eBook · Non-fiction · PDF
**$114.02**
Everytext.com
Delivery by Fri, Nov 3
Compare prices from 10+ stores

Financial and Managerial Accounting - Looseleaf & Access Card
**$18.20** Used
SecondSale
Free delivery by Wed, Nov 1
Top Quality Store · 4.2/5 ★ (11.7K)
Compare prices from 5+ stores

Financial & Managerial Accounting Custom Edition for University of Sou
**$18.36** Used
World of Books
Free delivery by Sun, Oct 29
3.9/5 ★ (2K store reviews)
Compare prices from 2 stores

EBook: Financial and Managerial Accounting [eBook]
eBook · Non-fiction · PDF
**$55.49**
VitalSource
Free delivery & Free 14-day returns
4.8/5 ★ (2.1K store reviews)
Buy now
Compare prices from 2 stores

Horngren's Financial & Managerial Accounting The Managerial Chapters
Paperback
**$5.49** Used
BooksRun - Buyback Express
$3.99 delivery
4.8/5 ★ (4.3K store reviews)
Compare prices from 2 stores

Horngren's Financial and Managerial Accounting, Student Value Edition [Book]
5.0 ★★★★★ 1
Pearson Education · book
**$6.02** Used
Biblio.com - BookHolders
$4.25 delivery
Buy now
Compare prices from 5+ stores

Financial & Managerial Accounting for Decision Makers [Book]
Hardcover · hardback
**$7.43** Used
DiscoverBooks.com
Delivery by Mon, Nov 6
4.8/5 ★ (1K store reviews)
Compare prices from 10+ stores

Managerial Accounting 15e
**$5.05** Used
AbeBooks.com
Free delivery by Wed, Oct 25
Top Quality Store · 4.7/5 ★ (222)

Managerial Accounting: Creating Value in a Dynamic Business Environment [Book]
5.0 ★★★★★ 4
eBook · Non-fiction · PDF
**$70.00**
McGraw Hill
Delivery by Tue, Oct 31
3.9/5 ★ (34 store reviews)
Compare prices from 4 stores

Connect for Financial and Managerial Accounting
Paperback
**$201.64**
Knetbooks.com
Free delivery by Thu, Oct 26
4.1/5 ★ (284 store reviews)
Compare prices from 5+ stores

Horngrens Financial & Managerial Accounting The Financial Chapters 8th Edition
eBook
**$59.99**
VitalSource
Free delivery & Free 14-day returns
4.8/5 ★ (2.1K store reviews)
Buy now
Compare prices from 2 stores

Financial & Managerial Accounting eBook
eBook
**$119.50**
Wiley
Delivery by Wed, Nov 1

Managerial Accounting 15e, Fordham University
**$25.00** Used
eBay
Delivery by Fri, Oct 27
Buy now

SALE
Principles of Managerial Finance [Book]
4.7 ★★★★★ 7
eBook · Non-fiction · PDF
**$14.00** · Was $18.80
30-day low
BookStudy
Free delivery by Tue, Oct 31
Compare prices from 10+ stores

Financial Management: Theory and Practice, 15th Edition
Paperback
**$39.88** Used
World of Books
Free delivery by Sun, Oct 29
3.9/5 ★ (2K store reviews)
Compare prices from 5+ stores

Loose-Leaf for Financial and Managerial Accounting [Book]
Hardcover · Non-fiction
**$23.99** Used
Chegg
Free delivery & Free 21-day returns
2.7/5 ★ (69 store reviews)
Compare prices from 5+ stores

Managerial Accounting
**$107.05**
Amazon.com - Seller
Free delivery

SALE
Horngren's Financial and Managerial Accounting [Book]
5.0 ★★★★★ 1
Pearson Education · book
**$45.95** ~~$259.99~~ Used
AmericanBookWarehouse
$4.95 delivery
3.7/5 ★ (69 store reviews)
Compare prices from 5+ stores

Financial Managerial Accounting
**$88.92**
AbeBooks.com
Free delivery by Wed, Oct 25
Top Quality Store · 4.7/5 ★ (222)

SALE
Loose-leaf Version Financial & Managerial Accounting [Book]
Non-fiction · book
**$56.73** · Was $283.64 Used
SecondSale
Free delivery by Wed, Nov 1
Top Quality Store · 4.2/5 ★ (11.7K)
Compare prices from 4 stores

Financial Accounting, 15th Edition, Lasalleuniversity
**$6.00** Used
eBay
Delivery by Thu, Oct 26
Buy now

## Deals related to your search

SALE
Financial & Managerial Accounting [Book]
5.0 ★★★★★ 1
**$29.99** ~~$34.99~~
Exam Guides
Free delivery by tomorrow

SALE
Horngren's Financial & Managerial Accounting: The Financial Chapters [Book]
**$19.99** ~~$35.99~~
Exam Guides
Free delivery by tomorrow

SALE
Horngren's Financial and Managerial Accounting: The Financial Chapters [Book]
5.0 ★★★★★ 6
**$24.26** ~~$180.00~~
Textbooks.com
$3.99 delivery

SALE
Financial & Managerial Accounting for Decision Makers [Book]
**$53.44** · Was $85.45
AbeBooks.com
Free delivery by Wed, Oct 25

SALE
Financial & Managerial Accounting for MBAs [Book]
**$19.99** ~~$35.99~~
Exam Guides
Free delivery by tomorrow

SALE
Financial and Managerial Accounting for Undergraduates [Book]
**$27.30** · Was $39.00
BookStudy
Free delivery by Tue, Oct 31

SALE
Horngren's Financial and Managerial Accounting [eBook]
**$19.99** ~~$35.99~~
Exam Guides
Free delivery by tomorrow

## You might like

Paperback · Hardcover · eBook · Workbook · Exam Prep


**Sponsored** · Shop Financial Managerial Accounting 15th

Managerial Accounting 15th Edition
**$14.49**
Classico Wine Ra...
Free shipping

Financial And Managerial Accounting By...
**$101.79** Used
SecondSale
Free shipping

PRICE DROP
Financial & Managerial Accounting By Ca...
**$13.15** Used
World of Books
Was $23.38
Free shipping

Cengage Learning Financial & Managerial...
**$57.00** Used
Mercari

PRICE DROP
Financial And Managerial Accounting...
**$11.61** Used
eBay
Was $17.69
Free shipping

Cengage Financial and Managerial Accounting...
**$100.00** Used
eBay




More options in Quick settings