# Exhibit 2

Caution: You are about to purchase a digital copy in PDF format. Please DO NOT place the order if you are looking for a paperback textbook. We will email you the book download link immediately if we're online, or within 1 to 12 hours of receiving your payment. Please also remember to check your spam or junk mail folder. Dismiss



Uncategorized

Uncategorized

# FINANCIAL & MANAGERIAL ACCOUNTING 15TH EDITION BY CARL WARREN

$18.00

1

Buy now 

— OR —

BUY NOW

SKU: 9781337902663    Category: Uncategorized

## Description

Financial & Managerial Accounting 15th Edition by Carl Warren

## RELATED PRODUCTS



Uncategorized

**PRINCIPLES OF CORPORATE FINANCE 13TH EDITION**

$20.00

BUY NOW



Uncategorized

**MEDIA & CULTURE: AN INTRODUCTION TO MASS COMMUNICATION 13TH EDITION**

$20.00

BUY NOW

Uncategorized

**THE MCGRAW-HILL GUIDE: WRITING FOR COLLEGE, WRITING FOR LIFE 5TH ED.**

$20.00

BUY NOW

**BRANDFLYMEDIA**



**STORE**

Home

Shop

About Us

Contact

**INFORMATIONS**

Privacy Policy

Billings Terms & Condition

Payment Policy

Refund and return policy

SHIPPING POLICY

TERMS OF SERVICE

**CONTACT US :**

Email: contact@brandflymedia.com

Business Address: 600 12th St, Miami Beach, FL 33139, USA

Copyright © 2023 brandflymedia