AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CENGAGE LEARNING, INC ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-CV-04274 |
| GOOGLE LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cengage Learning, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; Elsevier Inc.; Elsevier B.V.; and McGraw Hill LLC.

Date: 08/15/2025

/s/ Yunyi Chen
*Attorney's signature*

Yunyi Chen 6037337
*Printed name and bar number*

Oppenheim + Zebrak, LLP
461 5th Avenue, 19th
Floor New York, NY 10017

*Address*

YChen@OandZLaw.com
*E-mail address*

(212) 951-1923
*Telephone number*

(866) 766-1678
*FAX number*