

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 18, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

  Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
    Plaintiffs' Letter Requesting Leave to File Consolidated Discovery Motion

Dear Judge Rochon:

  Plaintiffs respectfully request leave to consolidate five forthcoming discovery letter-motions into one single motion.

  Plaintiffs have been pursuing appropriate discovery from Defendant Google for nearly a year, including conducting multiple meet-and-confers, and exchanging countless emails. Despite Plaintiffs' good-faith efforts, Google continues to refuse to produce several categories of important documents. Google's refusal is forcing Plaintiffs to take several discovery disputes to the Court. Most of the issues Plaintiffs intend to raise in the forthcoming motion(s) are issues that arose based on documents Google has produced just recently, or issues on which the parties continued to meet-and-confer through this month. These issues are distinct from those raised in Plaintiffs' August 5, 2025 discovery letter motion. Dkt. 162.

  Plaintiffs anticipate filing five three-page letter-motions on Wednesday, August 20. Rather than addressing these issues in separate letters, Plaintiffs suggest that making a single fifteen-page filing addressing these issues is more orderly for everyone. The Court previously granted similar requests from both sides. Dkt. 140 (granting Plaintiffs' request for a consolidated discovery motion); Dkt. 152 (granting Google's request).

  Plaintiffs informed Google of their intent to file the instant request. Google's counsel responded as follows: "Google takes no position on Plaintiffs' request to file a second consolidated discovery letter motion. However, to the extent the Court grants Plaintiffs' request, Google respectfully requests until August 28 to file a consolidated opposition, not to exceed 15 pages."

  Plaintiffs thank the Court for its consideration.

                Respectfully submitted,

                /s/ *Jeff Kane*
                Jeff Kane
                OPPENHEIM + ZEBRAK, LLP

                *Counsel for Plaintiffs*