

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 20, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Letter Request to File Redacted and Sealed Documents

Dear Judge Rochon:

    We represent Plaintiffs in this matter. Pursuant to Rule 4(B)(iii)(c) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs respectfully seek the Court's approval to redact certain portions of: (1) Plaintiffs' Consolidated Letter Motion to Compel, and (2) Plaintiffs' Attorney Declaration in support of same; and to seal Exhibit 1 of Plaintiffs' Attorney Declaration (collectively, the "Documents").

    The Documents contain information that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs request redactions and sealing solely based on Google's position that the information contained in the Documents is confidential. Plaintiffs take no position on whether the information in the Documents is redacted or sealed, but reserve the right to oppose these redactions and sealing after reviewing Google's motion.

    Pursuant to Your Honor's Individual Rule 4(B)(iii)(a), the parties met and conferred on August 19 and 20, 2025 regarding the confidentiality of these Documents. Plaintiffs will notify Defendant "that it must file, within three days, a letter explaining the need to seal or redact" the information in the Documents.

                                                             Respectfully submitted,

                                                            /s/ *Jeff Kane*
                                                            Jeff Kane