

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

WASHINGTON – NEW YORK

August 22, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Cengage Learning, Inc. et al., v. Google LLC*, Case No. 24-cv-04274 (JLR)
              Joint Appearance Sheet re: August 26, 2025 Discovery Conference

Dear Judge Rochon:

      Pursuant to this Court's Individual Rule 2.B, the parties in the above-referenced matter submit the following appearance sheet containing a list of the names, telephone numbers, and email addresses of counsel who will speak during the discovery conference on August 26, 2025, at 3:30PM (Dkt. No. 140).

**Oppenheim + Zebrak, LLP**

| Michele Murphy<br>Phone Number: (202) 450-5643<br>Email Address: michele@oandzlaw.com | Jeff Kane<br>Phone Number: (202) 499-2940<br>Email Address: jkane@oandzlaw.com |
|---|---|

      In light of the number of issues implicated at the hearing, and pursuant to this Court's Individual Rule 2.C with respect to Kevin Lindsey, Plaintiffs also request permission for the following attorneys to speak:

| Matthew Oppenheim<br>Phone Number: (202) 450-3958<br>Email Address: matt@oandzlaw.com | Kevin Lindsey<br>Phone Number: (202) 450-5593<br>Email Address: klindsey@oandzlaw.com |
|---|---|

**Latham & Watkins LLP**

| Sarah Tomkowiak<br>Phone Number: (202) 637-2335<br>Email Address: sarah.tomkowiak@lw.com | Sy Damle<br>Phone Number: (202) 637-3332<br>Email Address: sy.damle@lw.com |
|---|---|

August 22, 2025
Page 2 of 2

In light of the number of issues implicated at the hearing, and pursuant to this Court's Individual Rule 2.C, Google also requests permission for the following attorneys to speak:

| | |
|---|---|
| Holly Victorson<br>Phone Number: (202) 637-2336<br>Email Address: holly.victorson@lw.com | Laura Bladow<br>Phone Number: (202) 637-2367<br>Email Address: laura.bladow@lw.com |
| Brent Murphy<br>Phone Number: (202) 637-1070<br>Email Address: brent.murphy@lw.com | Sara Sampoli<br>Phone Number: (202) 350-5328<br>Email Address: sara.sampoli@lw.com |

Sincerely,

/s/ Michele H. Murphy
Michele H. Murphy
OPPENHEIM + ZEBRAK, LLP
*Plaintiffs' Counsel*

/s/ Sarah A. Tomkowiak
Sarah A. Tomkowiak
Latham & Watkins LLP
*Defendant's Counsel*