**O+Z** Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

August 26, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

    Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM
            Parties' Joint Letter Regarding Pending Motions

Dear Judge Moses,

Yesterday, on August 25, Judge Rochon referred this matter to Your Honor for general pre-trial proceedings, including discovery. Dkt. 193. Counsel for all parties ("Parties") write jointly to provide the Court with a brief summary of the status of this matter.

Presently, there are five motions pending:

- Three pending motions to compel:
  - Plaintiffs' August 5 motion to compel (Dkts. 160 (motion), 175 (opposition));
  - Google's August 5 motion to compel (Dkts. 163 (motion), 178 (opposition));
  - Plaintiffs' August 20 motion to compel (Dkt. 185 (Google's opposition is due Aug. 28, per Dkt. 182)).
- Plaintiffs' motion to strike Google's affirmative defenses (Dkts. 135 (motion), 166 (opposition), 170 (reply)).
- Google's request to extend discovery (Dkt. 138 at 8–9 (request), *id.* at 6 (opposition)).

Judge Rochon had scheduled a hearing for August 26 regarding the first two motions to compel listed above and Google's request for an extension of discovery. Dkt. 140. Judge Rochon scheduled a second hearing for September 11 on the third motion to compel. Dkt. 182. Upon referring the case to Your Honor, Judge Rochon directed the Parties to "contact Magistrate Judge Moses's chambers to reschedule" the August 26 hearing (and presumably the September 11 hearing). Dkt. 192.

In case helpful, the Parties refer the Court to the July 25 Joint Status Report (Dkt. 138) for a more detailed summary of the status of the case, and to the current Case Management Plan (Dkt. 110) for the current deadlines.

The Parties are ready to proceed upon Your Honor's instruction.

                                        Respectfully submitted,

*/s/ Sarah A. Tomkowiak*                    */s/ Jeff Kane*
Sarah A. Tomkowiak                      Jeff Kane
Latham & Watkins LLP                 OPPENHEIM + ZEBRAK, LLP
*Counsel for Google*                       *Counsel for Plaintiffs*