UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC. et al.,

        Plaintiffs,

-against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**GENERAL PRETRIAL MANAGEMENT AND DISCOVERY SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

**Outstanding Discovery Disputes**

The Court has reviewed the parties' outstanding discovery motions, including defendant's motion to extend the discovery deadlines (*See* Dkt. 138 at ECF pp. 8-10) and three more recent omnibus motions to compel discovery. *See* Pl. 8/5/25 Omnibus Mot. (Dkts. 157, 160, 162); Def. Omnibus Mot. (Dkts. 159, 165); Pl. 8/20/25 Omnibus Mot. (Dkts. 185, 186).[1] Judge Moses will hear argument regarding each of the outstanding discovery motions at an in-person discovery conference on **October 8, 2025, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

---

[1] Under separate text-only orders, the Court has now resolved the nine outstanding motions to seal at Dkts. 122, 130, 137, 146, 155, 156, 171, 184, 196. (*See* Dkts. 201-09.)

However, the parties are directed to continue to meet and confer in good faith to resolve or narrow their discovery disputes. They must then file a joint status letter, no later than **October 1, 2025**, confirming that that have complied with this Order and identifying any disputes that remain for judicial resolution.

### **General Pretrial Management**

1. If and when a revised discovery schedule is issued, all additional discovery must be initiated in time to be concluded by the close of discovery set by the Court.

2. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is this Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless the Court determines that more formal briefing is required. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery will be denied as untimely.

3. For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

4. Requests to adjourn a court conference or other court proceeding (including a telephonic court conference), or to extend a deadline, must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

5. In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy

copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

6. All court conferences, hearings, and other proceedings will be held in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, unless the Court orders otherwise.

Dated: New York, New York  
       September 8, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**