

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

September 18, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Plaintiffs' Notice of Supplemental Authority Re Dkts. 165, 178

Dear Judge Moses:

      On behalf of the Plaintiff Publishers, we write to provide the Court with notice of the attached Order Re Plaintiffs' Rule 26 Damages Disclosure in *Concord Music Group, Inc. v. Anthropic PBC,* No. 24-cv-03811-EKL (SVK) (N.D. Cal. Sept. 16, 2025). *See* Ex. 1. United States Magistrate Judge Susan Van Keulen issued this Order on Tuesday. As the defendant in that case requested comparable relief to the relief Defendant Google seeks in its Omnibus Discovery Letter Motion (Dkt. 165 at 4–10; Pls.' Opp., Dkt. 178 at 4–10), which Judge Van Keulen denied, Plaintiffs hereby provide the Court with a copy of this recent decision.

                                                           Respectfully submitted,

                                                           */s/ Jeff Kane*
                                                           Jeff Kane
                                                           OPPENHEIM + ZEBRAK, LLP
                                                           *Counsel for Plaintiffs*