**O+Z | Oppenheim + Zebrak, LLP**
WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

September 24, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Plaintiffs' Filing of Unredacted Exhibit

Dear Judge Moses,

    Pursuant to the Court's Order (Dkt. 204), Plaintiffs re-file in *un*redacted form an exhibit previously filed in redacted form, Dkt. 148-1. The unredacted exhibit is attached to this Letter as Exhibit 1.

    On July 30, 2025, Plaintiffs filed in redacted form one exhibit to Plaintiffs' sur-reply in opposition to Google's motion to stay discovery. Dkts. 148-1, 149-1. Plaintiffs redacted the exhibit solely at Google's request, and opposed Google's motion to redact the exhibit. Dkts. 146, 153, 168. This Court subsequently denied Google's request to redact the exhibit. Dkt. 204. The time to object to that ruling has now expired. FED. R. CIV. P. 72(a). Accordingly, Plaintiffs now file an unredacted version of the exhibit previously filed at Dkt. 148-1.

    Plaintiffs thank the Court for its consideration.

                                                         Respectfully submitted,

                                                         */s/ Jeff Kane*
                                                         Jeff Kane
                                                         OPPENHEIM + ZEBRAK, LLP
                                                         *Counsel for Plaintiffs*