**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/25

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER
INC.; ELSEVIER B.V.; and MCGRAW HILL
LLC,

Case No. 1:24-cv-04274-JLR-BCM

[~~PROPOSED~~] **ORDER GRANTING**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

                                        Plaintiffs,

v.

GOOGLE LLC,

                                        Defendant.

The motion of Roberto J. Borgert for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and that his contact information is as follows:

Applicant's Name:  Roberto J. Borgert

Firm Name:  Latham & Watkins LLP

Address:  555 Eleventh Street, NW, Suite 1000

City/State/Zip:  Washington, D.C. 20004

Telephone: (202) 637-2200 / Facsimile: (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of Court is respectfully directed to close the motion at Dkt. 213.

Dated:    10/2/25

Hon. Barbara C. Moses
United States Magistrate Judge