UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOOGLE LLC, <br><br> Defendant. | 24:CV-4274-JLR-BCM <br><br> **[PROPOSED] DISCOVERY ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For good cause show, Plaintiffs' October 24, 2025 discovery motion (Dkt. 226) is GRANTED. By no later than January 6, 2026, Google is ORDERED to produce to Plaintiffs:

1. For the period January 1, 2021 through March 31, 2025, all infringement notices Google received alleging that the 261 websites that are the subject of Plaintiffs' motion ("261 websites") were selling infringing products, and Google's responses to those notices (what Google provided in, e.g., it seventh production);

2. The account numbers of all Merchant Center accounts presently or previously associated with the 261 websites, identifying information for each of those accounts (similar to what Google produced at, e.g., GOOG-CENG-00000703, GOOG-CENG-00392941, and GOOG-CENG-00392942), as well as the account numbers of all associated Google Ads accounts (e.g., what Google produced at GOOG-CENG-00419904);

3. For the period January 1, 2021 through March 31, 2025, the Shopping ads that Google ran concerning the 261 websites, including "offer" data (i.e., what Google produced in its sixth and fourteenth productions), and "ads" data (i.e., what Google produced in its twentieth production);

4. For the 27,177 websites reflected in GOOG-CENG-00000703; GOOG-CENG-00392941; GOOG-CENG-00392942, documents showing the revenue Google earned from these websites, including the Shopping ads revenue (e.g., what Google produced at GOOG-CENG-00404298), and the related ads accounts revenue (e.g., what Google produced at GOOG-CENG-00419904).

The Clerk of Court respectfully is directed to close the motion at Dkt. 226.

Dated: _____  SO ORDERED.
New York, New York

                                                _____
                                                Barbara Moses
                                                United States Magistrate Judge