IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM<br><br>[PROPOSED] DISCOVERY ORDER |

**BARBARA MOSES, United States Magistrate Judge**:

Plaintiffs' October 24, 2025 discovery motion (Dkt. 226) is DENIED.

1. <u>261 New Domains</u>: Plaintiffs' discovery motion to compel Google to produce, for the 261 domains that are the subject of Plaintiffs' Motion (the "New Domains"), documents and data reflecting infringement notices received, Merchant Center and Google Ads account numbers presently or previously associated, Shopping ads data, including "offer" data and "ads" data, and associated Merchant Center and Ads account revenue data, is DENIED.

2. <u>27,177 Additional Domains</u>: Plaintiffs' discovery motion to compel Google to produce documents showing the Shopping Ads and Google Ads account revenue associated with an additional 27,177 domains, including the 26,924 domains for which Plaintiffs only seek revenue data (the "Revenue Only Domains") is DENIED.

Dated: _____
New York, New York

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge