IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**ATTORNEY DECLARATION OF JEFF KANE
IN SUPPORT OF PLAINITFFS' REPLY LETTER**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in connection with Plaintiffs' Reply Letter in Support of Plaintiffs' Motion for a Discovery Conference.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

**The 261 Websites**

3. All of the 261 websites at issue are registered to the same merchant accounts as were at least one of the 1,239 websites Plaintiffs identified in infringement notices. Dkt. 228-1 ¶ 7. One of the 261 websites (booktvt.shop) is registered to the same Google account as eleven other pirate websites, all of which are among the 1,239 Plaintiffs noticed.

    a. bookexperience.shop
    b. bookhtml.info
    c. booknew.world
    d. booknews.click
    e. bookpdf.store
    f. bookspecialist.shop
    g. bookzzkl.shop
    h. dohabook.shop
    i. ibbook.shop

1

j. metayoubooks.shop
k. mrbooskem.shop

4. Another (skyshop2.shop) is registered to the same Google account as 26 other pirate websites, all of which are among the 1,239 Plaintiffs noticed.

   a. acbookssem.shop
   b. bookani.shop
   c. bookdsd.shop
   d. bookexperience.shop
   e. booknew.world
   f. booksp.shop
   g. bookspecialist.shop
   h. bookstyle.shop
   i. bookworld.shop
   j. bookyoy.shop
   k. ebookstrip.shop
   l. ebookus.shop
   m. ebookworlds.shop
   n. ereadtext.shop
   o. everrest.shop
   p. ffprobook.shop
   q. ibbook.shop
   r. libraebookmi.shop
   s. metayoubooks.shop
   t. mrbooskem.shop
   u. onebooks.shop
   v. skyshop3.shop
   w. tazanbook.shop
   x. temein.shop
   y. vanibook.shop
   z. vitalbook.shop

5. Many of these 261 sites have names that are nearly identical to the names of the 1,239 sites. Below are several examples.

| Site from the 261 | Similar Site from the 1,239 |
|---|---|
| bookday.shop | ebookday.shop |
| bookdaynew.shop | booknew.store, booknew.world |
| bookntn.store | bookntn.shop, booknt.shop |
| bookstoresi.shop | bookstoress.shop, bookstorex.shop, bookstoreyr.com |
| bookworlds.online | bookworld.shop, bookworld4u.com, ebookworlds.shop |
| bookworlds.shop | bookworld.shop, bookworld4u.com, ebookworlds.shop |

| Site from the 261 | Similar Site from the 1,239 |
|---|---|
| bs.drinkhappyviking.shop | drinkhappyviking.shop, tbsm.drinkhappyviking.shop |
| bs.gialer.us | gialer.us |
| digitalbook-haven.myshopify.com | digitalbookhaven.myshopify.com |
| ebookss.shop | ebooksph.shop |
| ebooksstore.us | ebooksstore.info |
| ereader-empire.myshopify.com | ereaderempire.myshopify.com |
| fashionavenue.us | fashionavenues.shop |
| fughhokkk.myshopify.com | fughhok.myshopify.com |
| libraryebook.shop | libraryebook.store, libraryebook.us |
| marketebook.us | marketebook.shop |
| nursybook.net | nursybook.com |
| pantherthrift.com | panthersafe.com |
| scholardream.store | scholardream.us |
| skyshop2.shop | skyshop3.shop |
| southernaliens0.myspreadshop.com | southernaliens.com |

6. Google's conduct in this case makes clear that Google expected that it would have to produce discovery into additional pirate websites after Plaintiffs amended their complaint. During a meet-and-confer on May 20 (before Plaintiffs even had amended their complaint to add new works) Google asked Plaintiffs whether Plaintiffs would be requesting discovery into any additional domains. 25.08.08 Latham Email (Google's counsel explaining, "On May 20, 2025, before Plaintiffs amended their complaint to add additional works on July 14, Google asked Plaintiffs for an estimate regarding the number of works that Plaintiffs intended to add and whether Plaintiffs' amendment would implicate any additional domains beyond those in the December 24 Domain Spreadsheet."). Google asked Plaintiffs again on July 15, the day after Plaintiffs amended their complaint. 25.07.15 Latham Email.

7. Google's attorney declaration filed Wednesday October 29 states that "Google has begun to prepare the supplemental data pulls associated with the existing 20,145 MCIDs through

3

March 31, 2025, as ordered by the Court at Dkt. 217, and expects to begin rolling productions this week." Dkt. 232 ¶ 16. As of this filing on Friday October 31, Plaintiffs have received no such production from Google.

**The Revenue Google Earned from 27,177 Sites**

8. Contrary to Google's assertion, the parties did meet and confer about this issue on August 14. Indeed, Google acknowledged as much in an email to Plaintiffs. "As an initial matter, our position articulated in my August 12 email *and discussed during our August 14 conferral* regarding 'Tab 2' of Plaintiffs' August 11 spreadsheet remains the same." 25.09.23 Latham Email (emphasis added). "Tab 2" of Plaintiffs' August 11 spreadsheet contained a list of the pirate websites for which Plaintiffs asked Google to disclose the amount of revenue those sites paid to Google. 25.08.11 O+Z Email. The conferral on that issue admittedly was short; Google told Plaintiffs this issue was a non-starter. Plaintiffs subsequently reduced the number of websites for which it was requesting revenue information from 31,883 to 27,177. But Google's position has remained that it will produce additional information concerning zero of these domains.

9. Google's claim that it "produced the data containing these domains in May at the latest," Dkt. 231 at 4, is misleading at best. Even if Google had disclosed the existence of these websites by May, Google did not produce the *revenue* concerning these domains until July 1, 2025.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

4

5

Executed October 31, 2025, in Washington, D.C.

                                                           /s/ *Jeff Kane*
                                                           Jeff Kane