

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

November 3, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

   Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
     Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

  Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact 1) portions of Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets; 2) portions of the Declaration of Attorney Jeff Kane filed in support of Plaintiffs' Letter Motion; and 3) Exhibits 1–9 to that Declaration; and to redact 4) Exhibit 13 to the Declaration (collectively, the "Documents").

  The Documents contain information and produced documents that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents is redacted or sealed, but may do so after Google files its request for sealing.

  Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google on Tuesday October 28 with a detailed description of the documents Plaintiffs intended to seal or redact, and requested a meet-and-confer by Friday October 31. Google responded on October 30 that it requested redacting/sealing of the materials Plaintiffs had identified, but declined to set up a meet-and-confer.

  Pursuant to Your Honor's Individual Rule 3(g), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

            Respectfully submitted,

            /s/ *Jeff Kane*
            Jeff Kane