# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM**<br><br>**\*\*This document references information marked Highly Confidential – Attorneys' Eyes Only** |

**PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GOOGLE LLC**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs serve their Fourth Set of Requests for Production of Documents upon Defendant Google LLC. Defendant shall respond within 30 days of service of these requests in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court. Plaintiffs request that Defendant produce the documents described herein electronically to Jeff Kane, jkane@oandzlaw.com, or, if hard copies are produced, to the offices of Oppenheim + Zebrak, LLP, 461 5th Avenue, 19th Floor, New York, NY 10017.

**DEFINITIONS**

Plaintiffs incorporate by reference the Definitions contained in Plaintiffs' First Set of Requests for Production, dated September 3, 2024; Plaintiffs' Second Set of Requests for Production, dated April 1, 2025; and Plaintiffs' Third Set of Requests for Production, dated June 12, 2025.

1

*This document contains information marked Highly Confidential – Attorneys' Eyes Only*

**INSTRUCTIONS**

Plaintiffs incorporate by reference the Instructions contained in Plaintiffs' First Set of Requests for Production, dated September 3, 2024; Plaintiffs' Second Set of Requests for Production, dated April 1, 2025; and Plaintiffs' Third Set of Requests for Production, dated June 12, 2025.

1. Unless otherwise specified, the relevant time frame for these Requests is January 1, 2020 through the present.

**REQUESTS FOR PRODUCTION**

To the extent not already called for by Plaintiffs' First, Second, and Third Set of Requests for Production:

**REQUEST NO. 96**: For all domains listed in column A the "Shopping" tab of GOOG-CENG-00000761, all copyright infringement notices sent to Google by any person or entity concerning these domains.

**REQUEST NO. 97**: For all domains listed in column A the "Shopping" tab of GOOG-CENG-00000761 that You claim to have suspended, documents sufficient to show the date of such suspension; any Shopping Ads that You showed to any Google user after the purported date of suspension; and all communications concerning the suspension.

**REQUEST NO. 98**: All documents concerning the work performance of personnel who processed Plaintiffs' Infringement Notices in the Relevant Areas.

**REQUEST NO. 99**: Documents sufficient to show changes or updates that Google made to its Shopping platform that concern the advertisement of books since the filing of this case, including the appearance of book-specific headings on the Shopping page, such as "Textbooks" and "Ebooks."

*This document contains information marked Highly Confidential – Attorneys' Eyes Only*