

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

November 4, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:   ***Cengage Learning, Inc. et al. v. Google LLC***, No. 24:cv-04274-JLR-BCM
>        **Plaintiffs' Letter Motion to File Exhibits via a Flash Drive**

Dear Judge Moses,

We represent all Plaintiffs in the above matter. Plaintiffs filed today a Letter Motion for Discovery Conference regarding four summary spreadsheets that Defendant Google produced. Plaintiffs were able to attach two of these spreadsheets to the motion in PDF format (Exhibits 2 and 3). However, the length and format of the other two spreadsheets provided by Google (Exhibit 1 and 4) do not lend themselves to hard-copy printouts. For example, if printed in hard-copy, the spreadsheet at Exhibit 4 would be more than 1,000 pages, and in a very user-unfriendly format (e.g., row headers would be on different pages than the text that corresponds to them).

Accordingly, Plaintiffs respectfully request leave to provide these spreadsheets (Exhibits 1 and 4 to Plaintiffs' Attorney Declaration) to the Court in Excel format on a flash drive with password protection, or any other format the Court prefers.

Plaintiffs contacted counsel for Google regarding this request on October 28. Google initially said it did not intend to oppose Plaintiffs' request. 25.10.31 Latham Email. On the evening Plaintiffs were filing their motion for a discovery conference, Google emailed Plaintiffs' counsel, and appeared to modify Google's position. As of the time of filing, therefore, Plaintiffs are unclear as to Google's position on Plaintiffs' request.

Respectfully submitted,

*/s/ Jeff Kane*
Jeff Kane
OPPENHEIM + ZEBRAK, LLP
*Counsel for Plaintiffs*