# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br>*Plaintiffs*, <br><br>v. <br><br>GOOGLE LLC, <br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I, Sara Sampoli, hereby state that on November 4, 2025, I served all counsel of record with the following documents via electronic mail, per agreement of counsel.

- Google's Letter Motion to Seal October 8, 2025 Conference Transcript
- Google's Proposed Redactions to the October 8, 2025 Conference Transcript

Sara Sampoli