IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**ATTORNEY DECLARATION OF JEFF KANE
IN SUPPORT OF PLAINITFFS' OPPOSITION TO
GOOGLE'S PROPOSED REDACTIONS**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP, counsel for all Plaintiffs in this matter. I submit this declaration in connection with Plaintiffs' Opposition to Google's Letter Motion to Seal October 8, 2025 Conference Transcript (Dkts. 245 and 246).

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. Attached as Exhibit 1 is a printout of a page from Google's online user manual for its Issue Tracker.[1] On p. 1 of the exhibit, underneath no. 2, the "internal" name for the Issue Tracker is listed as part of an email address.

4. Attached as Exhibit 2 is an excerpt from the transcript of a November 5, 2018 hearing in the matter *John Doe et al. v. Google, Inc. et al.*, No. CGC-16-556034 (Cal. Sup.).

---

[1] https://developers.google.com/issue-tracker/guides/create-issue-email

1

5. Attached as Exhibit 3 is an excerpt from a brief that *Google* filed in *Google LLC v. Point Financial, Inc.*, No. 5:25-cv-04033 (N.D. Cal.). Though several terms are redacted, the "internal" name for Google's Issue Tracker system is not.

6. Attached as Exhibit 4 is the result of typing into Google's search engine the query that appears on page 1 of the exhibit. On the second page of the exhibit are the results that Google returned in response to this query, which summarize what the Issue Tracker system does and reveal its "internal" name.

Executed November 7, 2025, in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane