# Exhibit 1

# Create a New Issue by Email 

 AI-generated Key Takeaways

This page describes how to create a new issue by sending an email to the Issue Tracker email alias.

## Before you begin:

- Make sure your domain supports SPF (https://support.google.com/a/answer/178723) and DKIM (https://support.google.com/a/answer/174124). If your domain does not support them, create the issue with the Issue Tracker UI (/issue-tracker/guides/create-issue-ui).

## Create the issue:

To create a new issue by email:

1. From account.

    To create an issue by email, the message must be sent from an account that has Issue Tracker access. If your account does not have access, you cannot bypass this restriction by forwarding the message to an account with access.

2. Address the email.

    Use the following format for the email address:

    `buganizer-system+componentID@google.com`

    where `componentID` is the ID number of the component (https://developers.google.com/issue-tracker/concepts/components) where you want to report the issue.

3. (Optional) Add a subject line to the email.

    Make the subject line a succinct description of the issue you are reporting. The subject becomes the title of the issue and is the first thing visible both in Issue Tracker searches and on the page dedicated to the issue.

  If you don't add a subject line, Issue Tracker uses the first 30 characters of the email body as the issue title.

4. Add text to the body of the email.

   Provide a full description of the issue you are reporting, including details such as why it is an issue, the specific circumstances in which you encountered the issue, and how the issue can be reproduced by someone else. This information appears as the first comment on the dedicated issue page.

5. (Optional) Add attachments to the email.

   Include any attachments, such as screenshots, that help others understand and evaluate the issue. Attachments appear in the first comment on the dedicated issue page.

## What's next

- Concept: Components (https://developers.google.com/issue-tracker/concepts/components)
- Concept: Issues (https://developers.google.com/issue-tracker/concepts/issues)
- Viewing/editing an issue with the Issue Tracker UI (/issue-tracker/guides/edit-issue-ui)
- Editing an issue by email (/issue-tracker/guides/edit-issue-email)

All rights reserved. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-05-01 UTC.