# Exhibit 2

Transcript of Proceedings                                      John Doe, et al. vs. Google, Inc., et al.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     COUNTY OF SAN FRANCISCO

 3

 4   JOHN DOE, DAVID GUDEMAN, and
     PAOLA CORREA on behalf of the
 5   State of California and
     aggrieved employees,
 6
              Plaintiffs,
 7
         vs.                             Case No. CGC-16-556034
 8
     GOOGLE, INC., ALPHABET, INC.,
 9   ADECCO USA, INC., ADECCO
     GROUP NORTH AMERICA and
10   ROES 1 through 10,

11           Defendants.
     _____/
12

13

14

15          Reporter's Transcript of Proceedings

16                Monday, November 5, 2018

17

18

19        400 McAllister Street, Department 304

20              San Francisco, California

21

22

23   Reported By:
     Sheila Pham,
24   CSR No. 13293

25   Job No. 10048661
```

Transcript of Proceedings                         John Doe, et al. vs. Google, Inc., et al.

```
 1                APPEARANCES OF COUNSEL

 2

 3  For Plaintiffs:

 4          BAKER CURTIS & SCHWARTZ
            BY: CHRIS BAKER, ESQ.
 5          One California Street, Suite 1250
            San Francisco, CA 94111
 6          (415) 433-1064
            cbaker@bakerlp.com
 7

 8  For Defendants Google, Inc., and Alphabet, Inc.:

 9          PAUL HASTINGS
            BY: CAMERON FOX, ESQ.
10          BY: ZACHARY P. HUTTON, ESQ.
            515 South Flower Street, 25th Floor
11          Los Angeles, CA 90071
            (213) 683-6301
12          cameronfox@paulhastings.com
            zachhutton@paulhastings.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Proceedings                                               John Doe, et al. vs. Google, Inc., et al.

```
 1  what was in effect and when with dates.  And we've given
 2  them all version of numbers to make it easier for
 3  plaintiffs to track.  So the policies as far as what was
 4  in effect at what time, plaintiffs absolutely have that.
 5            This idea of buganizer tickets, just so Your
 6  Honor knows what that is referring to, that is a
 7  ticketing system administratively within Google that is
 8  used to log requests to upload policies.  It's all
 9  website based, as it's not a shock.  And the buganizer
10  tickets are administrative tickets for uploading.  They
11  reveal nothing.  In any event, some of them have been
12  produced.  You'll see them actually in what Mr. Baker
13  provided in response to -- or in the reply brief.
14  There's never been a request for buganizer tickets out
15  of that system.  They reveal nothing.  There's never
16  been a meet and confer over it, but Mr. Baker has the
17  ones that has been located with this part of the search
18  that was done.
19            Number four, plaintiffs list the documents that
20  were referred to in the handful of e-mails that were
21  attached to the Baker declaration.  We've now talked
22  about that.  But the key thing that plaintiffs are
23  referring to again is this publications overview and say
24  well, we haven't gotten that.  It's not at issue in the
25  case.  It was never requested.  Down stream consequences
```