# Exhibit 3

DALE BISH, (SBN 235390)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
*dbish@wsgr.com*

THOMAS B. FIDDLER (admitted *pro hac vice*)
MORGAN S. BIRCH (admitted *pro hac vice*)
YUSUF T. YILMAZ (admitted *pro hac vice*)
**WHITE AND WILLIAMS, LLP**
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
Tel: (215) 864-7000
*fiddlert@whiteandwilliams.com*
*birchm@whiteandwilliams.com*
*yilmazy@whiteandwilliams.com*

*Attorneys for Plaintiff Google LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE LLC, | Case No.: 5:25-cv-04033-BLF |
| Plaintiff, | **GOOGLE LLC'S SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| POINT FINANCIAL, INC., | |
| Defendant. | |

1　　████████████████████████████████████████████████████████████████. *See e.g.* Ex. 14,

2　　15, and 16 ("████████████████████████").

3　　　　　Google also provided custom specifications for its ████████████████ at: Ex. 17

4　　("████████████████████████"); Ex. 18 ("████████████████████████

5　　████████"); Ex. 19 ("████████████████████████████████████"); Ex. 20 ("████

6　　████████████████"); Ex. 21 ("████████████████████████████"); and Ex. 22 ("████

7　　████████████████████").

8　　　　　It was Google's practice to label the custom specification documents as "**Google**

9　　**Propriety/Confidential.**" *See e.g.* Ex. 12-17; 19-20; 22. To further protect the confidentiality of

10　　Google's Background IP contained in the custom specifications, all material was shared under the

11　　protections of a non-disclosure agreement (*see* ECF 3, Ex. 7) and the confidentiality provisions in

12　　the MPA (*id.*, Ex. 4, at § 11).

13　　　　　CNEX's own documents confirm the integration of these design specifications into the

14　　████ Chip. *See* Ex. 23, p. 17 (The URL under "████████████████████████" links to Ex. 16;

15　　the URL under "████████████████████████████████████" links to Ex. 19; the URL

16　　under "████████████████████████" links Ex. 21). Moreover, CNEX's former CEO, Bill

17　　Moore, testified he was aware that Google deployed the "████████████████" of live migration

18　　"████████████████████████████." Ex. 35, B. Moore Dep., 55:11-21.

19　　　　　In addition to the aforementioned documents, Google transmitted its custom specifications

20　　to CNEX through the identification of "bugs" located by Google within the programming provided

21　　by CNEX at incremental stages in the design process. *See* Ex 10, S. Desai Dep. 97:12-15. *See also*

22　　Ex. 36, ¶ 12. Google identified and addressed these bugs with CNEX through Google's custom

23　　issue-tracking platform called Buganizer. *Id.* Google has produced more than 600 Buganizer

24　　tickets related to the ██████ Project in discovery. This platform allowed Google to test run certain

25　　features and components of the ██████ Chip on its current platform to test for seamless

26　　integration of the custom requirements and to provide feedback to CNEX engineers about

27　　inconsistent performance and provide instructions for correcting that behavior. *See e.g.* Ex. 24

28

1  ("█████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ██████████████████████████████████████."); Ex. 25 (former

4  CNEX engineer identifying the ████████████████████████████████); Ex 26,

5  (discussion between Google and CNEX engineers regarding ████████████████

6  ██████████████████████████); Ex. 27 (Google offering ███████████████

7  ████████████████████████████); Ex. 28 (Fei Sun (former engineer at

8  CNEX) discusses ████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10  ███████)); Ex. 29 (████████████████████████s); Ex. 30 (exchanging ████

11  █████████████████████████████████████); Ex. 31 (addressing

12  ████████████████); and Ex. 32 (Google and CNEX engineers discussing █████

13  ██████████████████████).

14      Google provided limited access to certain tickets, such as those associated with ████

15  to those engineers at CNEX who were assigned to address the bugs identified and features

16  requested. *See* Ex. 36, ¶ 13. This would further explain Mr. Armstrong's and Mr. Moore's lack of

17  understanding of this process, as neither had any responsibility for engineering of the ████

18  Project at CNEX. *See* Ex. 1, A. Armstrong Dep. 58:12-18; Ex. 35, B. Moore Dep. 72:1-5.

19      In addition to the custom specification documents and Buganizer tickets, Google conveyed

20  its Background IP by providing test plans to CNEX. *See* Ex. 36, ¶ 14. These test plans describe

21  ████████████████████████████████████ ████ Chip ████████████████

22  ████████████████████████████████████. *Id*. These test plans describe

23  ██████████████████████ ████ Chip ████████████████████

24  ████████████████████████. *Id*. *See also e.g.* Ex. 33 and 34.

25      These custom specifications were at all times considered to be Google's "Background IP."

26  *See* ECF 3, Ex. 4, Attachment C, §1.1. ("'██████████████████████████████

27  ████████████████████████████████████████████████████"). The

28

