# Exhibit 4

what is the buganizer

Sign in

AI Mode  **All**  Images  Videos  News  Shopping  Short videos  More  Tools

✦ AI Overview

The **Buganizer** is Google's internal, company-wide system for tracking issues, general software bugs, feature requests, and security vulnerabilities during product development. It is officially known as the **Google Issue Tracker**. 🔗

Key points about the Buganizer:

- **Internal and External Use:** While primarily an internal tool for Google employees, a version of the Issue Tracker is available externally for public users and Google partners to report issues and collaborate with Google teams on specific projects (e.g., Android, ChromeOS, and the Google Cloud public issue trackers).

- **Purpose:** It acts as a central database for all types of issues, allowing users to track activity, add comments, update data, and manage workflow items.

- **Access Control:** Access to issues is controlled by permissions. External users typically only have access to public issues or those they have specifically reported, while internal Google employees have broader access depending on their roles.

- **Integration:** The system is integrated with other internal Google development tools, such as code review systems and internal CI/CD pipelines.

- **Not a Consumer Product:** It is not a general-purpose issue-tracking tool for external teams to use for their own projects, nor is it a place for general product feedback. 🔗



Issue Tracker - Google for Developers
Jul 31, 2025 — AI-generated Key Takeaways * Issue Track...
G Google

Access Control - Issue Tracker - Google for...
Jan 23, 2025 — This page contains an overview of...
G Google for Developers

Which tools do Facebook, Google, and Twitter use internally ...
Sep 5, 2025 — Google's Tools: Google's primary internal tool for issue tracking is...
Q Quora

Show all

Dive deeper in AI Mode

University of Hawaiʻi–West Oʻahu
https://westoahu.hawaii.edu › vulnerability-research › g...

### Google "Buganizer" Bugs – Cyber

Nov 9, 2017 — Google employees utilize an online tool called **Google Issue Tracker**, otherwise referred to as the Buganizer System by Google employees, to track every bug.

## People also ask

- Is the bug bounty program illegal?
- How much does bug bounty pay?
- Will Facebook pay $500 if you find a bug in their code?
- Can I earn money from bug bounty?

Feedback

Medium · Alex Birsan
77K+ likes · 8 years ago

### How I hacked Google's bug tracking system itself for …

The Issue Tracker (internally called **Buganizer** System) is a tool used in-house at Google to track bugs and feature requests during product development.

Cyber Defense Magazine
https://www.cyberdefensemagazine.com › vulnerabilitie...

### Vulnerabilities in Google Issue Tracker exposed details …

Nov 1, 2017 — A flaw in the **Google Issue Tracker**, also known as the "Buganizer," might have exposed details about unpatched flaws listed in the database.
Missing: ~~what~~ | Show results with: what

YouTube · Pentester Academy TV
1.9K+ views · 8 years ago

### InfoLoop | Ep 3 | Targeting Buganizer

**Buggin Iser** is an internal issue tracker used by Google to track bug fixes features and enhancement requests related to its products.

Sophos News
https://news.sophos.com › en-us › 2017/11/03 › google...

### Google bug tracker hole lets outsiders wriggle in

Nov 3, 2017 — Take the case of **Google's Issue Tracker – the "Buganizer"** to its friends – the company's internal system for tracking general software bugs, ...

Google
https://developers.google.com › issue-tracker

### Issue Tracker

Aug 1, 2025 — **Issue Tracker** is a tool used internally at Google to track bugs and feature requests during product development.

Getting Started    Create a New Issue by Email    Partner Access    FAQ

LinkedIn · Pankaj Sharma
2 reactions · 1 week ago

### Understanding Buganizer: Google's Secret to Managing ...

3. Security Management: **Buganizer is the hub for tracking security issues**, ensuring they are addressed with the utmost urgency and rigor across ...

Chromium
https://www.chromium.org › developer-library › guides

### ChromeOS security vulnerability management

For critical and severity bugs (all P0 and many P1 bugs), make sure that progress is happening on them. The **Buganizer** dashboard splits bugs by owner and by ...

Typepad
https://verneharnish.typepad.com › googles_buganiz

### Google's Buganizer - The Agile Scaleup

Jun 7, 2007 — **Google's "Buganizer" system** is a model for tracking and resolving customer issues -- Google is such a well run company, period! Take five ...

SC Media
https://www.scworld.com › Network Security

### Google fixes three flaws that could have compromised its ...

Oct 31, 2017 — By accessing private information stored in **Google's Issue Tracker, also known as the Buganizer**, malicious actors could perhaps have compromised ...

## People also search for

| | |
|---|---|
| What is the buganizer **on google** | **Go** buganizer |
| What is the buganizer **used for** | Buganizer **open source** |
| Buganizer **vs Jira** | **Skyvine Google** |
| Buganizer **pronunciation** | **Google careers** |

1 2 3 4 5 6 7 8 9 10    Next

**20007, Washington, DC** - From your IP address - Update location

Help    Send feedback    Privacy    Terms