IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>       *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>       *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**[PROPOSED] ORDER** |

**BARBARA MOSES, United States Magistrate Judge**:

Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets (Dkt. 237) is DENIED.

Dated: _____

  New York, New York

                    SO ORDERED.

                    _____
                    BARBARA MOSES
                    United States Magistrate Judge