UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I, Sara Sampoli, hereby certify that on November 7, 2025, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Response to Plaintiffs' Letter Motion for Discovery Conference (Dkt. 237)

- Attorney Declaration of Sarah Tomkowiak and Exhibit A thereto; and

- Letter Motion to Seal Defendant's Response to Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets, Attorney Declaration of Sarah Tomkowiak, and Exhibit A

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Kevin P. Lindsey – klindsey@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com

Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com

*Counsel for Plaintiffs*

Sara Sampoli