

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

November 12, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

      Pursuant to Rule 3 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact 1) portions of Plaintiffs' Reply ISO Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets; 2) portions of the Declaration of Attorney Jeff Kane filed in support of Plaintiffs' Reply; and to seal 3) Exhibits 1–6 to that Declaration (collectively, the "Documents").

      The Documents contain information and produced documents that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs request redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents is redacted or sealed, but may do so after Google files its request for sealing.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs' counsel and Google's counsel conducted a meet-and-confer via Zoom on Wednesday November 12 concerning these materials. The meet-and-confer lasted approximately ten minutes, and involved the following attorneys: Plaintiffs' counsel Jeff Kane and Uriel Lee; Defendant's counsel Sara Sampoli and Jennifer Ferrigno.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                     Respectfully submitted,

                                                     /s/ *Jeff Kane*
                                                     Jeff Kane