

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

November 12, 2025

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

  Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
     **Plaintiffs' Letter Motion to File Exhibits via Email**

Dear Judge Moses,

  We represent all Plaintiffs in the above matter. Plaintiffs filed today a Reply Letter in Support of Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets. Exhibit 3 to the Attorney Declaration of Jeff Kane in support of the reply letter is an Excel spreadsheet containing more than 100,000 rows. The length and format of this spreadsheet does not lend itself to a hard-copy printout.

  Accordingly, Plaintiffs respectfully request leave to provide this spreadsheet to the Court in Excel format via an email with password protection, or via any other method the Court prefers. The Court granted a similar request with respect to Plaintiffs' opening letter. Dkt. 244.

  Counsel for Google informed Plaintiffs' counsel that Google does not oppose Plaintiffs' request.

                Respectfully submitted,

                */s/ Jeff Kane*
                Jeff Kane
                OPPENHEIM + ZEBRAK, LLP
                *Counsel for Plaintiffs*