**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2025, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 264: Plaintiffs' Reply ISO Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets (Dkt. 237)

- Dkt. 265: Attorney Declaration of Jeff Kane in Support of Plaintiffs' Reply ISO Motion for Discovery Conference Regarding Google's Summary Spreadsheets, including Exhibits 1–6.

/s/ Jeff Kane
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com

*Counsel for Plaintiffs*