

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/25

November 12, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Plaintiffs' Letter Motion to File Exhibits via Email

Dear Judge Moses,

    We represent all Plaintiffs in the above matter. Plaintiffs filed today a Reply Letter in Support of Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets. Exhibit 3 to the Attorney Declaration of Jeff Kane in support of the reply letter is an Excel spreadsheet containing more than 100,000 rows. The length and format of this spreadsheet does not lend itself to a hard-copy printout.

    Accordingly, Plaintiffs respectfully request leave to provide this spreadsheet to the Court in Excel format via an email with password protection, or via any other method the Court prefers. The Court granted a similar request with respect to Plaintiffs' opening letter. Dkt. 244.

    Counsel for Google informed Plaintiffs' counsel that Google does not oppose Plaintiffs' request.

Respectfully submitted,

*/s/ Jeff Kane*
Jeff Kane
OPPENHEIM + ZEBRAK, LLP
*Counsel for Plaintiffs*

Application GRANTED to the extent that plaintiff may submit the spreadsheets in electronic format, either via email or through a secure document sharing platform. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
November 13, 2025