**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

November 14, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 20A
New York, New York 10007

Re:   *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
        Letter Motion to File Sealed and Redacted Documents

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google submits this letter motion seeking the Court's approval to redact Google's Letter Motion for Pre-Motion Discovery Conference (the "Letter Motion"), to redact the Declaration of Sarah Tomkowiak filed in support of Google's Letter Motion (the "Declaration"), and to seal exhibits to the Declaration, collectively (the "Documents").

The Documents contain information and materials designated by Plaintiffs and third-party BCGuardian LLC ("BCGuardian") as "Confidential" or "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82. Google files this motion solely based on Plaintiffs' and BCGuardian's position that the information contained in these materials is confidential and must be sealed. Google takes no position on whether such materials must be sealed.

Pursuant to Your Honor's Rule 3(f), the parties met and conferred on November 12, 2025 and November 13, 2025. Plaintiffs and BCGuardian maintained their position that the Documents are confidential. Google has informed Plaintiffs and BCGuardian that they must file, within three court days, a letter explaining the need to seal or redact the Documents.

Respectfully,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)