# EXHIBIT 12

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC d/b/a MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; CENGAGE LEARNING, INC.; ELSEVIER INC.; ELSEVIER B.V.; MCGRAW HILL LLC; and PEARSON EDUCATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHOPIFY INC., <br><br> Defendant. | Case No. <br><br> **COMPLAINT AND JURY DEMAND** |

Plaintiffs Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning ("Macmillan Learning"), Cengage Learning, Inc. ("Cengage"), Elsevier Inc. ("Elsevier"), McGraw Hill LLC ("McGraw Hill"), and Pearson Education, Inc. ("Pearson") (collectively, the "Publishers"), and Macmillan Holdings, LLC and Elsevier B.V. (collectively, with the Publishers, "Plaintiffs"), by and through their undersigned counsel, hereby file their Complaint against Shopify Inc. ("Shopify"), asserting claims of contributory and vicarious copyright infringement and contributory trademark infringement. Plaintiffs allege as follows on personal knowledge as to matters relating to themselves and on information and belief as to all other matters.

## INTRODUCTION

1. The Publishers are leading educational publishers committed to creating, publishing, marketing, and selling high-quality copyrighted works that advance learning. Shopify is among the world's largest providers of "one-stop" e-commerce solutions. Shopify provides its

## CLAIMS FOR RELIEF

### Count I – Contributory Copyright Infringement
### Asserted by the Publishers

81. The Publishers repeat and reallege every allegation contained in paragraphs 1 through 80 as if fully set forth herein.

82. The Pirate Subscribers do not have any authorization, permission, license, or consent to exploit the copyrighted Works at issue.

83. The Pirate Subscribers, using services provided by Shopify, have unlawfully reproduced, sold, and distributed thousands of copyrighted Works for which the Publishers are the legal or beneficial copyright owners or exclusive licensees, as set forth in Exhibit A. The Works are protected by valid registrations duly issued by the U.S. Copyright Office. The foregoing activity constitutes direct infringement in violation of 17 U.S.C. §§ 106 and 501 *et seq.*

84. Shopify is liable as a contributory copyright infringer for the direct infringements described herein. Through the Notices and other means, Shopify knew that its services were being used for copyright infringement on a massive scale, and Shopify knew of specific Pirate Subscribers engaged in repeated and flagrant infringement. Nevertheless, Shopify facilitated, encouraged, and materially contributed to such infringement by continuing to provide the services necessary for the Pirate Subscribers to commit additional infringements. Shopify had the means to withhold that assistance upon learning of specific infringing activity by the Pirate Subscribers but refused to do so. As a result, Shopify financially benefitted.

85. Each infringement of the Works constitutes a separate and distinct act of infringement.

86. The foregoing acts of infringement by Shopify have been willful, intentional, and purposeful, in disregard of the Publishers' rights. Indeed, the thousands of Works listed in Exhibit

the Publishers' copyrighted works, with infringing uploads and downloads, has served to draw, maintain, and generate higher fees from paying subscribers to Shopify's service. Shopify also financially benefits from the Pirate Subscribers' sales through transaction fees and charges, including those that constitute a percentage of the sale price. By allowing known repeat infringers to continue to infringe on Shopify, Shopify has profited from illicit revenue that it would not have otherwise received.

92. Each infringement of the Works constitutes a separate and distinct act of infringement.

93. The foregoing acts of infringement by Shopify have been willful, intentional, and purposeful, in disregard of the Publishers' rights. Indeed, the thousands of Works listed in Exhibit A represent copyrights infringed by Pirate Subscribers *after* Shopify received multiple Notices concerning their infringement.

94. Shopify's actions described above, which are ongoing, have caused and will continue to cause irreparable damage to the Publishers, for which the Publishers have no remedy at law. Unless Shopify is restrained by this Court from continuing its infringement of the Publishers' copyrights, these injuries will continue to occur in the future. The Publishers are accordingly entitled to injunctive relief restraining Shopify from further infringement.

## Count III – Contributory Trademark Infringement
### Asserted by the Trademark Plaintiffs

95. The Trademark Plaintiffs repeat and reallege every allegation contained in paragraphs 1 through 80 as if fully set forth herein.

96. The Marks listed in Exhibit B are valid and protectable trademarks that are registered with the U.S. Patent and Trademark Office. The Trademark Plaintiffs are the registrants of their respective Marks as set forth in 15 U.S.C. § 1114(1) and defined in 15 U.S.C. § 1127.

DATED: December 1, 2021					Respectfully submitted,

							 /s/ Scott A. Zebrak
							Matthew J. Oppenheim (*pro hac vice* motion forthcoming)
							Scott A. Zebrak (38729)
							Michele H. Murphy (*pro hac vice* motion forthcoming)
							Nicholas C. Hailey (83946)

							OPPENHEIM + ZEBRAK, LLP
							4530 Wisconsin Avenue NW, 5th Floor
							Washington, DC 20016
							202-480-2999 telephone
							866-766-1678 fax
							matt@oandzlaw.com
							scott@oandzlaw.com
							michele@oandzlaw.com
							nick@oandzlaw.com

35