# EXHIBIT 21

Message

| | |
|---|---|
| **From**: | Michele Murphy [michele@oandzlaw.com] |
| **Sent**: | 5/31/2022 4:06:24 PM |
| **To**: | John Janhunen [janhunen@google.com] |
| **CC**: | nehareddy@google.com; Danae Tinelli [Danae@oandzlaw.com]; Maureen Garry [Maureen@oandzlaw.com] |
| **Subject**: | Re: Infringing sites in search results |
| **Attachments**: | 2022.05.26 college.bz - Google.xlsx; 2022.05.25 testbanksolutionmanual01.com - Google.xlsx; 2022.05.26 nursingtestbank2.com - Google.xlsx; 2022.05.26 teachingresourceshub.com - Google.xlsx |

Hi Google team. We did not receive a response to our May 16, 2022 email below. Additionally, as shown from the attached spreadsheets, Google still has not removed all enjoined sites from search results, as required by the courts' orders. Listed below are the case numbers and dates of our prior communications regarding the sites referenced in the attached spreadsheets. Please address these sites immediately and ensure that all enjoined sites are addressed going forward.

Also, if we need to have a call about this, please let me know. We do not want to have to file motions on this issue, but we are concerned that we may have to do so if we cannot make prompt headway. As you know, this is not only a significant issue for our clients' IP, but also for the integrity of the educational process in general. Thanks, Michele Murphy

college.bz - 19-cv-10524-LAK (5/16/22)
teachingresourceshub.com - 21-cv-3486-RA (5/16/22)
testbanksolutionmanual01.com - 20-cv-8438-LLS (12/6/21, 5/16/22)
nursingtestbank2.com - 20-cv-8438-LLS


Thanks, Michele Murphy



Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
Direct: 202.450.5643 | Main: 202.480.2999
Michele@oandzlaw.com | www.oandzlaw.com
Follow us @OandZLaw

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Monday, May 16, 2022 at 8:50 PM
**To:** John Janhunen <janhunen@google.com>
**Cc:** "nehareddy@google.com" <nehareddy@google.com>, Danae Tinelli <Danae@oandzlaw.com>, Maureen Garry <Maureen@oandzlaw.com>
**Subject:** Re: Infringing sites in search results

Hi John. Attached are representative URLs for following sites enjoined in the following SNDY case numbers that are appearing in Google search results. We emailed you about testbanksolutionmanual01.com beginning on 12/6/21,

and Google has all of these orders. Please ensure that all search results for these domains are removed. Please also provide an update on what if anything Google has done to proactively ensure that the enjoined sites are not listed in search. This continues to be an area of ongoing concern for the publishers. Thanks, Michele Murphy

college.bz - 19-cv-10524-LAK
solutionbank.co - 19-cv-10524-LAK and 21-cv-3486-RA
teachingresourceshub.com - 21-cv-3486-RA
testandsolutions.com - 20-cv-8438-LLS
testbankbay.com - 20-cv-8438-LLS
testbanksolutionmanual01.com - 20-cv-8438-LLS (12/6/21)

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Wednesday, February 23, 2022 at 7:17 PM
**To:** John Janhunen <janhunen@google.com>
**Cc:** "nehareddy@google.com" <nehareddy@google.com>, Danae Tinelli <Danae@oandzlaw.com>
**Subject:** Re: Infringing sites in search results

Hi John. We disagree with this approach, as the orders cover infringing activity by the "defendants" and do not limit their prohibition on infringement to the infringing websites that are specifically listed in the appendices. For instance, with respect to the Google Shopping offers for pantherthrift.com, the judgment and permanent injunction in Case No. 19-cv-10524 prohibits defendants and those in active concert or participation with them from "[u]sing, hosting, operating, maintaining, creating, providing, or registering any . . . online advertising service . . . to infringe or to enable, facilitate, permit, assist, encourage, or induce the infringement of Plaintiffs' Copyrights." Yet the Google Shopping offers for this infringing site (which we demonstrated is connected to the defendant's previously identified sites) persist as of our last check.

We are also surprised by Google's position with respect to pantherthrift.com in particular, since we understood it was Google's goal (apart from litigation) to eliminate these infringing advertisements from Shopping. We hope that Google will reconsider its position.

Further, attached is a subpoena pursuant to Fed. R. Civ. P. 69(a)(2) in Case No. 19-cv-10524. We are sending this to you by email as part of our prior agreement in connection with these cases. If Google has any questions about this, please feel free to reach out to us. We look forward to Google's response.

Thanks,
Michele

CONFIDENTIAL
PL0000521933

**From:** John Janhunen <janhunen@google.com>
**Date:** Friday, February 11, 2022 at 5:38 PM
**To:** Michele Murphy <michele@oandzlaw.com>
**Cc:** "nehareddy@google.com" <nehareddy@google.com>
**Subject:** Re: Infringing sites in search results

Looping back on this, Michele.  After conferring internally, my understanding is that Google won't remove a site unless it's specifically listed in a court order.  So if it's an iteration and not specifically listed, we need it to be in a new order or we need a notice of infringement.  So to the extent testbanks21.com and textbooks.cx and panterrthrift.com are not already in an order somewhere, the rights holder should file a notice of infringement or point us to an order.  Happy to discuss further if you have questions.

Thanks

On Tue, Feb 1, 2022 at 3:01 PM John Janhunen <janhunen@google.com> wrote:

> We're looking into this, Michele.
>
> On Mon, Jan 31, 2022 at 2:43 PM Michele Murphy <michele@oandzlaw.com> wrote:
>
>> Hi John. Thanks for your response, and apologies for not responding earlier. The two sites mentioned below are iterations of enjoined sites. The publishers can send notices of infringement on those if needed. In the meantime, as of Friday, we noticed that pantherthrift.com is being advertised in Google Shopping offers (as opposed to being listed in search results). Attached are two screenshots – one for this site and one for the enjoined site, pantherebook.com (see p. 23 of Appendix B to attached order, listing pantherebook.com and a number of other iterations of this infringing site). Can Google please take down these offers? Thanks, Michele

**From:** John Janhunen <janhunen@google.com>
**Date:** Tuesday, January 25, 2022 at 1:04 PM
**To:** Michele Murphy <michele@oandzlaw.com>
**Cc:** "nehareddy@google.com" <nehareddy@google.com>
**Subject:** Re: Infringing sites in search results

Hi Michele,

I understand that the Google team has removed/delisted the relevant domains/URLS with two exceptions:

testbanks21.com

textbooks.cx

The team reported that they could not find these two in either the injunction or their Appendices.  Did they miss them?  Or where are these URLs from?

Thanks,

John

CONFIDENTIAL                                                                                                                                                      PL0000521934

On Mon, Jan 24, 2022 at 5:35 PM Michele Murphy <michele@oandzlaw.com> wrote:

Hi John. We initiated a check on our end when we received this email, and it appeared that the representative URLs we sent to Google in December had not been addressed. To be clear, it is also important that even if such URLs are addressed, the enjoined sites do not appear in search results at all. Do you have any update on your end? The publishers are concerned and would like to know the status. Thanks, Michele

---

**From:** John Janhunen <janhunen@google.com>
**Date:** Tuesday, January 18, 2022 at 12:35 PM
**To:** Michele Murphy <michele@oandzlaw.com>
**Cc:** "nehareddy@google.com" <nehareddy@google.com>
**Subject:** Re: Infringing sites in search results

Michele,

Thanks for your email.  My understanding is that Google took action in response to your emails so we will follow up internally today to determine why select sites continue to be listed.  Google is making efforts to work cooperatively with the Publishers, including by voluntarily taking removal actions where the Publishers have obtained court orders identifying infringing parties/content/sites.  We'll respond soon to let you know the status of this most recent effort.

Thanks,

John

On Mon, Jan 17, 2022 at 6:25 PM Michele Murphy <michele@oandzlaw.com> wrote:

Dear John,

I sent detailed emails twice in December with URLs for search results pointing to enjoined sites in the Publishers' active cases and requested that they be immediately disabled.  (As you know, the preliminary injunctions enjoin the listing of these sites in search engine results.) As of last Friday, these sites are *still* appearing in Google search results. Again, they are:

1. gloria-solution-manual.com
2. onlinetestbank.net
3. resourcesforinstructors.com
4. testandsolution.com
5. testbanks21.com
6. testbankap.com
7. textbooks.cx

CONFIDENTIAL
PL0000521935

In addition, testbankzon.com (Case No. 20-cv-8438-LLS, SDNY) is also now appearing in Google search results. We will gather the URLs related to this site and send them to you as we did for those listed above. Please note that there is no obligation for the Publishers to do so (the enjoined sites should not be listed in the first instance). However, we have taken this approach in an effort to work cooperatively with Google and achieve removal of the offending search results as expeditiously as possible. Our concern at this point is that this cooperative approach is not working.

Can I please get confirmation that Google will address this without further delay? College students are searching for our clients' textbooks (or test banks or solutions manuals, which are used for cheating) and finding illegal copies via the URLs that we have specifically provided to Google.

Best regards, Michele

Michele H. Murphy

**Oppenheim + Zebrak, LLP**

4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016

Direct: 202.450.5643 | Main: 202.480.2999
Michele@oandzlaw.com | www.oandzlaw.com

Follow us @OandZLaw

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Tuesday, December 21, 2021 at 7:23 PM
**To:** John Janhunen <janhunen@google.com>, "nehareddy@google.com" <nehareddy@google.com>, "joint-legal-process@google.com" <joint-legal-process@google.com>
**Cc:** Publisher Lawsuit <publisher.lawsuit@oandzlaw.com>
**Subject:** Re: Infringing sites in search results

Hi Google team. Please see the attached URLs for search results pointing to infringing content on enjoined sites in our active cases. Please note that we did not receive a response to the email below, and testandsolution.com is still appearing in search results. Can Google please address this asap? Thanks, Michele

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Monday, December 6, 2021 at 5:20 PM

**To:** John Janhunen <janhunen@google.com>, "nehareddy@google.com" <nehareddy@google.com>, "joint-legal-process@google.com" <joint-legal-process@google.com>
**Cc:** Publisher Lawsuit <publisher.lawsuit@oandzlaw.com>
**Subject:** Re: Infringing sites in search results

Hello again. I should clarify that these are representative results that we could retrieve, but there should be no search results for these infringing sites. Thanks.

---

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Monday, December 6, 2021 at 5:16 PM
**To:** John Janhunen <janhunen@google.com>, "nehareddy@google.com" <nehareddy@google.com>, "joint-legal-process@google.com" <joint-legal-process@google.com>
**Cc:** Publisher Lawsuit <publisher.lawsuit@oandzlaw.com>
**Subject:** Infringing sites in search results

Hi Google team. Can you please remove search results pointing to the infringing sites referenced in the attached pursuant to the preliminary injunction in 21-cv-3486-RA? Thanks, Michele Murphy

Michele H. Murphy

**Oppenheim + Zebrak, LLP**

4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016

Direct: 202.450.5643 | Main: 202.480.2999
Michele@oandzlaw.com | www.oandzlaw.com

Follow us @OandZLaw

---

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

--

John Janhunen | Litigation Counsel | Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Mobile 415.992.1509 | Email janhunen@google.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:
This message may contain privileged and confidential information. If you have received this message in error, please notify the sender by return email and then delete the message. Please do not copy or disclose the contents of this message. Thank you.



--



John Janhunen | Litigation Counsel | Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Mobile 415.992.1509 | Email janhunen@google.com


PRIVILEGE AND CONFIDENTIALITY NOTICE:
This message may contain privileged and confidential information. If you have received this message in error, please notify the sender by return email and then delete the message. Please do not copy or disclose the contents of this message. Thank you.



--



John Janhunen | Litigation Counsel | Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Mobile 415.992.1509 | Email janhunen@google.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:
This message may contain privileged and confidential information. If you have received this message in error, please notify the sender by return email and then delete the message. Please do not copy or disclose the contents of this message. Thank you.



--



John Janhunen | Litigation Counsel | Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Mobile 415.992.1509 | Email janhunen@google.com

PRIVILEGE AND CONFIDENTIALITY NOTICE:
This message may contain privileged and confidential information. If you have received this message in error, please notify the sender by return email and then delete the message. Please do not copy or disclose the contents of this message. Thank you.

# Document Produced in Native Format

CONFIDENTIAL

PL0000521939

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 2 | Contact Us — CollegeStudentTextBooks | https://college.bz/contact/ | For any queries, refund requests, or for asking for any testbank, solutions, or ebook, we recommend emailing us (best option) at: contact@college.bz – You can ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.447 |
| 3 | CST's Return and Refund Policy — CollegeStudentTextBooks | https://college.bz/refund-policy/ | We have 1 week (7 days) refund policy in case if a product doesn't meet the description, is the wrong edition, or not formatted properly. CST will refund you ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.581 |
| 4 | 2021 Archives - College Student Textbooks | https://college.bz/tag/2021/ | Feb 12, 2021 — Schools and universities all over the world switched to distance education which appears to be the main trend of 2021 as well. Progress does not ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.667 |
| 5 | papers Archives - College Student Textbooks | https://college.bz/tag/papers/ | Dec 10, 2020 — The first words in your essay or article play a very significant role as they determine whether you lose or grab your reader's attention. | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.740 |
| 6 | Accounting Archives — CollegeStudentTextBooks | https://college.bz/product-category/accounting/ | Intermediate Accounting (17th Edition) – Kieso/Weygandt/Warfield – eBook · Fundamental Accounting Principles (24th Edition) – eBook · Intermediate Accounting: ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.804 |
| 7 | Our Privacy Policy - College Student Textbooks | https://college.bz/our-privacy-policy/ | If applicable, College Student TextBooks may have access to certain information from your linked Google or Facebook account, including your public profile ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.908 |
| 8 | Science Archives — CollegeStudentTextBooks | https://college.bz/product-category/science/ | Books related to any field or branch of Science (Biology, Physics, Chemistry etc). Showing 1–20 of 799 results. Sort by popularity, Sort by average rating ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:58.942 |
| 9 | About Us - College Student Textbooks | https://college.bz/book/about-us/ | A few students got together and decided to do something about the costly books required for college. We started collecting cheaper ebooks, talked to publishers, ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:59.017 |
| 10 | writer Archives % - College Student Textbooks | https://college.bz/product-tag/writer/ | Writing That Works: Communicating Effectively on the Job (12th Edition) – eBook ... Sale! Signs of ... | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAgAHPAogBzwKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:59.063 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 11 | psych Archives % - College Student Textbooks | https://college.bz/product-tag/psych/ | Research Methods in Psychology: Evaluating a World of Information (3rd Edition) – eBook. Beth Morling $90.00 $15.00. DetailsBuy. | site:college.bz - Google Search | https://www.google.com/search?q=site%3Acollege.bz&source=hp&ei=DbmPYrTRMYXIwbkPkoqYmA4&iflsig=AJiK0e8AAAAAYo_HHfkJM2M3xKY2WO4z8c9HnMtGMVRh&ved=0ahUKEwj0i8zL2P33AhUFZDABHRIFBuMQ4dUDCAk&uact=5&oq=site%3Acollege.bz&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYN4DaABwAHgAgAHPAogBzwkSATQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 13:29:59.129 |
| 12 | Global Cooling, Patriotic Prostitutes & Why Suicide Bombers | https://college.bz/product/superfreakonomics-audiobook/ | Steven D. Levitt and Stephen J. Dubner return with Superfreakonomics (audiobook), and fans and newcomers alike will find that the freakquel is even bolder, … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:03.998 |
| 13 | Marketing Archives — CollegeStudentTextBooks | https://college.bz/product-category/marketing/ | Marketing Management (15th Global Edition) – Kotler/Keller – eBook. Kevin Lane Keller $85.00 $9.00. DetailsBuy · Sale! Exploring Strategy: Text and Cases … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.039 |
| 14 | Circuit Archives % - College Student Textbooks | https://college.bz/product-tag/circuit/ | The Analysis and Design of Linear Circuits (8th Edition) – eBook. Albert J. Rosa $120.00 $12.00. DetailsBuy. Filter by price. Filter. Price: $10 — $20 … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.123 |
| 15 | Smiths Archives % - College Student Textbooks | https://college.bz/product-tag/smiths/ | Organic Chemistry (6th Edition) – Janice G. Smith – eBook. Janice Gorzynski Smith $75.00 $15.00. DetailsBuy · Sale! Nursing Theories and Nursing Practice … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.186 |
| 16 | 158110846X Archives % - College Student Textbooks | https://college.bz/product-tag/158110846x/ | Berkowitz's Pediatrics: A Primary Care Approach (5th Edition) – eBook. Carol D. Berkowitz $67.58 $12.00. DetailsBuy. Filter by price. Filter. | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.224 |
| 17 | 022644838X Archives % - College Student Textbooks | https://college.bz/product-tag/022644838x/ | Principles of Animal Behavior (4th Edition) – eBook. Lee Alan Dugatkin $68.39 $12.00. DetailsBuy. Filter by price. Filter. Price: $10 — $20 … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.277 |
| 18 | ros Archives % - College Student Textbooks | https://college.bz/product-tag/ros/ | A Systematic Approach to Learning Robot Programming with ROS – eBook · Filter by price · Top Rated Products · Recent Products · Best-Selling Products · Product … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.325 |
| 19 | Vaccines Archives % - College Student Textbooks | https://college.bz/product-tag/vaccines/ | Case Studies in Immunology: A Clinical Companion (7th Edition) – eBook. Raif S. Geha $56.62 $7.00. DetailsBuy · Sale! Vaccination Strategies Against Highly … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.360 |
| 20 | Parkinsons Archives % - College Student Textbooks | https://college.bz/product-tag/parkinsons/ | Movement Disorders (2nd Edition) – (What Do I Do Now) – eBook. Robertus M.A. De Bie $49.40 $5.00. DetailsBuy. Filter by price. Filter. Price: $0 — $10 … | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.398 |
| 21 | Free Archives — CollegeStudentTextBooks | https://college.bz/product-category/free/ | Your College Experience: Strategies for Success (12th Edition) – Free eBook. John N. Gardner $17.00 $0.00. DetailsBuy. | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=EbmPYp7WEpTlxgGThJGYAw&start=10&sa=N&ved=2ahUKEwjeoqHN2P33AhWUsjEKHRNCBDMQ8NMDegQIARBL&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:04.495 |
| 22 | Shop — Page 247 of 248 — CollegeStudentTextBooks | https://college.bz/shop/page/247/ | See our complete shop, with more than 4500 discounted and free college textbooks to download from. We can guarantee the lowest prices for any ebook! | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=F7mPYpXVE5-SwbkP0uONiAE&start=20&sa=N&ved=2ahUKEwjVvJDQ2P33AhUfSTABHdJxAxE4ChDw0wN6BAgBEEs&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:08.182 |
| 23 | 0321993721 Archives % - College Student Textbooks | https://college.bz/product-tag/0321993721/ | Essential University Physics (3rd Edition) – Volume 1 & 2 – eBook. Richard Wolfson $130.00 $20.00. DetailsBuy. Top Rated Products. | site:college.bz - Google Search | https://www.google.com/search?q=site:college.bz&ei=F7mPYpXVE5-SwbkP0uONiAE&start=20&sa=N&ved=2ahUKEwjVvJDQ2P33AhUfSTABHdJxAxE4ChDw0wN6BAgBEEs&biw=1200&bih=658&dpr=1 | 2022-05-26 13:30:08.379 |

# Document Produced in Native Format

CONFIDENTIAL
PL0000521940

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 2 | FAQ | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/faq/ | What is Test Bank? A test bank is an electronic manual prepared for examinations and testing. Test banks provide a lot of questions along with their right ... | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:13.818 |
| 3 | Shop | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/shop/ | Test Banks is a bundle of all possible questions types like Multiple Choice Questions (MCQ), True False (T/F), Matching, and Short Questions with their ... | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:13.954 |
| 4 | Blog | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/blog-2/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of ... | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.025 |
| 5 | Physics | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/physics/ | Physics. Test Bank for Inquiry into Physics 8th Edition Ostdiek. $100.00 $50.00. Sale! Solution Manual for Inquiry into Physics 8th Edition Ostdiek. | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.086 |
| 6 | ISBN:9781319172398 | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-tag/isbn9781319172398/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of ... | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.171 |
| 7 | ISBN:9781319206956 | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-tag/isbn9781319206956/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of ... | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.236 |
| 8 | Health | Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/health/ | Health. Test Bank for Foundations for Population Health in Community/Public Health Nursing 5th Edition Stanhope. $100.00 $50.00. | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.299 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 9 | Physiology \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/physiology/ | Test bank for Physiology aand Solution Manual for Physiology. Sale! Test Bank for The Developing Person Through Childhood and Adolescence 11th Edition … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.445 |
| 10 | Language \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/language/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.492 |
| 11 | ISBN:9781319242398 \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-tag/isbn9781319242398/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site%3Atestbanksolutionmanual01.com&source=hp&ei=262PYov5MZvrkvQPksWMkAg&iflsig=AJiK0e8AAAAAYo-763bpT31LRafeabqcoHDf5BX2PAc3&ved=0ahUKEwjL0v30zf33AhWbtYQIHZIiA4IQ4dUDCAk&uact=5&oq=site%3Atestbanksolutionmanual01.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYNwDaABwAHgAgAGzAogBswKSAQMzLTGYAQCgAQE&sclient=gws-wiz | 2022-05-26 12:42:14.590 |
| 12 | RN \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-tag/rn/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.502 |
| 13 | ATI \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/ati/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.546 |
| 14 | Nursing \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/nursing/ | Download Nursing Test Bank and Nursing Solution Manual. Sale! Test Bank for Concepts for Nursing Practice 2nd Edition by Giddens. | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.621 |
| 15 | Business \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/business/ | Business. Test Bank for Leadership: Enhancing the Lessons of Experience 9th Edition Hughes. $100.00 $50.00. Sale! Solution Manual for Leadership: Enhancing … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.688 |
| 16 | Elsevier \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-tag/elsevier/ | Medicine and Health. Test Bank for Buck's Workbook for Step-by-Step Medical Coding 2020 Edition Elsevier. $100.00 $50.00. | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.746 |
| 17 | Programing \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/programing/ | Testbanksolutionmanual01.com is unique because here you can Download Test bank and Solution Manual for all Latest Edition of your Textbook. We Know the value of … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.791 |
| 18 | Politics \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/politics/ | Solution Manual for Government and Not-for-Profit Accounting 7th Edition Granof · Test Bank for The Texas Experience: Lone Star Politics Policy and Participation … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.832 |
| 19 | Anatomy \| Testbanksolutionmanual01.com | https://testbanksolutionmanual01.com/product-category/anatomy/ | Anatomy. Test Bank for Hole's Essentials of Human Anatomy & Physiology 13th Edition Shier. $100.00 $50.00. Sale! Test Bank for Human Anatomy 6th Edition … | site:testbanksolutionmanual01.com - Google Search | https://www.google.com/search?q=site:testbanksolutionmanual01.com&ei=4K2PYsWeN93IwbkPg9WBwA4&start=10&sa=N&ved=2ahUKEwjFjrT3zf33AhVdZDABHYNqAOgQ8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 12:42:19.864 |

# Document Produced in Native Format

CONFIDENTIAL
PL0000521941

| # | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 2 | Test Bank for Miller's Anesthesia Review 3rd Edition Sdrales | https://nursingtestbank2.com/9780323400541_testbank/ | Jun 7, 2020 — What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.359 |
| 3 | Test Bank for Ferri's Clinical Advisor 2021 5 Books in 1 1st … | https://nursingtestbank2.com/9780323713337_testbank/ | Jun 5, 2020 — What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.516 |
| 4 | Test Bank for Pfenninger and Fowler's Procedures for Primary … | https://nursingtestbank2.com/9780323476331_testbank/ | Jun 8, 2020 — NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high chance to get exact … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.582 |
| 5 | Wishlist \| NursingTestBank | https://nursingtestbank2.com/wishlist/ | NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high chance to get exact similar questions in … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.639 |
| 6 | Test Bank for Macleod's Clinical Examination 14th Edition Innes | https://nursingtestbank2.com/9780702069932_testbank/ | May 29, 2020 — What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.707 |
| 7 | Test Bank for Interactive Psychology People in Perspective 1st … | https://nursingtestbank2.com/9780393428315_testbank/ | Apr 10, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing student's exams. ALL … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.790 |
| 8 | Test Bank for Medical Biochemistry 5th Edition Baynes | https://nursingtestbank2.com/9780702072994_testbank/ | May 29, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing student's exams. ALL … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.849 |
| 9 | Test Bank for Talley and O'Connor's Clinical Examination | https://nursingtestbank2.com/9780729542593_testbank/ | May 30, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing student's exams. ALL … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.901 |
| 10 | Test Bank for Zitelli and Davis' Atlas of Pediatric Physical … | https://nursingtestbank2.com/9780323393034_testbank/ | Jun 10, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for designing student's exams. ALL … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:14.939 |
| 11 | FAQ \| NursingTestBank | https://nursingtestbank2.com/faq/ | What are Nursing Test Banks? Nursing test banks, simply put, are manuals or guide books for tests and exams. You will find many questions followed by their … | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site%3Anursingtestbank2.com&source=hp&ei=obyPYuydJOKHkvQP44-lmAg&iflsig=AJiK0e8AAAAAYo_KsaLAUeMgPnGl6PkCSPiEEY2T4avi | 2022-05-26 13:45:15.046 |
| 12 | Test Bank for Practice Guidelines for Family Nurse … | https://nursingtestbank2.com/9780323554947_testbank/ | May 27, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:19.947 |
| 13 | Test Bank for Robbins & Cotran Pathologic Basis of Disease … | https://nursingtestbank2.com/9780323531139_testbank/ | May 30, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:19.979 |
| 14 | Test Bank for HESI Comprehensive Review for the NCLEX … | https://nursingtestbank2.com/9780323582452_testbank/ | May 27, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.145 |
| 15 | Test Bank for Jekel's Epidemiology Biostatistics Preventive … | https://nursingtestbank2.com/9780323642019_testbank/ | May 29, 2020 — Test Bank for Jekel's Epidemiology Biostatistics Preventive Medicine and Public Health 5th Edition Elmore. | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.192 |
| 16 | Test Bank for Roberts and Hedges' Clinical Procedures in … | https://nursingtestbank2.com/9780323354783_testbank/ | Jun 9, 2020 — Test Bank for Roberts and Hedges' Clinical Procedures in Emergency Medicine and Acute Care 7th Edition | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.242 |
| 17 | Shop \| NursingTestBank | https://nursingtestbank2.com/shop/ | NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high chance | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.306 |
| 18 | Test Bank for Pearson Reviews & Rationales Comprehensive … | https://nursingtestbank2.com/9780134376325_testbank/ | Jul 3, 2020 — Test Bank for Pearson Reviews & Rationales Comprehensive Review for NCLEX-RN 3rd Edition Hogan. | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.361 |
| 19 | Test Bank for Teaching in Nursing A Guide for Faculty 6th … | https://nursingtestbank2.com/9780323554725_testbank/ | May 27, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.392 |
| 20 | Test Bank for Rosen's Emergency Medicine Concepts and … | https://nursingtestbank2.com/9780323354790_testbank/ | Jun 9, 2020 — Test Bank for Rosen's Emergency Medicine Concepts and Clinical Practice 2-Volume Set 9th Edition Walls. | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.418 |
| 21 | Test Bank for Textbook of Biochemistry with Clinical … | https://nursingtestbank2.com/?attachment_id=12322 | Aug 18, 2021 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=pbyPYuDgD6i3kvQP94OsqAw&start=10&sa=N&ved=2ahUKEwigx | 2022-05-26 13:45:20.463 |
| 22 | Solution Manual for Pearson eText Legal & Ethical Issues in … | https://nursingtestbank2.com/?attachment_id=6210 | Apr 30, 2020 — What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.147 |
| 23 | 9780323583473_TestBank_c1 \| NursingTestBank | https://nursingtestbank2.com/?attachment_id=1671 | Mar 26, 2020 — Home · Products · Test Bank (Download Only) for Pathophysiology 8th Edition by Kathryn L. McCance Sue E. Huether | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.344 |
| 24 | Test Bank for Chapman & Nakielny's Guide to Radiological … | https://nursingtestbank2.com/?attachment_id=7235 | May 28, 2020 — Test Bank for Chapman & Nakielny's Guide to Radiological Procedures 7th Edition Watson. | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.385 |

| # | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 25 | 9781260702422_TestBank_cha... | https://nursingtestbank2.com/?attachment_id=16158 | Mar 14, 2022 — NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.405 |
| 26 | Test Bank for Avery's Diseases of the Newborn 10th Edition ... | https://nursingtestbank2.com/?attachment_id=7734 | Jun 3, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.436 |
| 27 | Test Bank for Adult Development and Aging 8th Edition ... | https://nursingtestbank2.com/?attachment_id=13022 | Sep 12, 2021 — Solution Manual is step by step solutions of end of chapter questions in the text book. A solution manual offers the | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.456 |
| 28 | 9780470913307 | NursingTestBank | https://nursingtestbank2.com/product-tag/9780470913307/ | NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high chance to | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.491 |
| 29 | ISBN:9781319172398 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn9781319172398/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.511 |
| 30 | Nursing | NursingTestBank | https://nursingtestbank2.com/product-category/nursing/ | NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high chance to | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.533 |
| 31 | 9781506373393_TestBank_Kuth... | https://nursingtestbank2.com/?attachment_id=16525 | Apr 22, 2022 — NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=q7yPYrzHDIKlwbkPhLi5cA&start=20&sa=N&ved=2ahUKEwj8yO2E | 2022-05-26 13:45:24.555 |
| 32 | Test Bank for Adult Development and Aging 7th Edition ... | https://nursingtestbank2.com/?attachment_id=12503 | Aug 25, 2021 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.322 |
| 33 | Test Bank for Family Therapy Concepts and Methods 11th ... | https://nursingtestbank2.com/?attachment_id=5081 | Apr 20, 2020 — Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors for | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.345 |
| 34 | Test Bank for Annual Editions: Nutrition 28th Edition Colson | https://nursingtestbank2.com/?attachment_id=5280 | Apr 21, 2020 — ALL CHAPTERS AVAILABLE Test bank is what most professors use a reference when making exams for their students, | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.365 |
| 35 | ISBN:9781319148676 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn9781319148676/ | ALL CHAPTERS AVAILABLE Test bank is what most professors use a reference when making exams for their students, which means | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.391 |
| 36 | 9780323064996_TestBank_Cha... | https://nursingtestbank2.com/?attachment_id=16155 | Mar 14, 2022 — Home · Products · Test Bank (Download Only) for Math for Clinical Practice 2nd Edition Denise Macklin Cynthia C. | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.416 |
| 37 | ISBN:9781319189051 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn9781319189051/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.449 |
| 38 | Jane Tyerman | NursingTestBank | https://nursingtestbank2.com/product-tag/jane-tyerman/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.487 |
| 39 | ATI RN Proctored Adult Medical-Surgical Form C 2016 - Test ... | https://nursingtestbank2.com/?attachment_id=515/feed/ | Mar 15, 2020 — ALL CHAPTERS AVAILABLE Test bank is what most professors use a reference when making exams for their students, | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.530 |
| 40 | 9780134257013_TestBank_cha... | https://nursingtestbank2.com/?attachment_id=1680/feed/ | Mar 26, 2020 — Home · Products · Test Bank (Download Only) for Principles of Pediatric Nursing: Caring for Children 7th Edition Jane | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.587 |
| 41 | ISBN: 9780134206141 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780134206141/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=sLyPYrXvJpyHwbkP0OWN- | 2022-05-26 13:45:29.613 |
| 42 | David Myers | NursingTestBank | https://nursingtestbank2.com/product-tag/david-myers/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.325 |
| 43 | ISBN: 9780702071515 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780702071515/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.355 |
| 44 | ISBN: 9781319117191 | NursingTestBank2 | https://nursingtestbank2.com/product-tag/isbn-9781319117191/ | Solution Manual is step by step solutions of end of chapter questions in the text book. A solution manual offers the complete | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.375 |
| 45 | ISBN13: 9781260702378 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn13-9781260702378/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.401 |
| 46 | ISBN: 9780323548373 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780323548373/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.497 |
| 47 | ISBN: 9780323550475 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780323550475/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.521 |
| 48 | ISBN: 9780323512275 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780323512275/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.560 |
| 49 | ISBN: 9780323681650 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780323681650/ | ALL CHAPTERS AVAILABLE Test bank is what most professors use a reference when making exams for their students, which means | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.589 |
| 50 | ISBN: 9780323447652 | NursingTestBank | https://nursingtestbank2.com/product-tag/isbn-9780323447652/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.609 |
| 51 | Julie Pepper | NursingTestBank | https://nursingtestbank2.com/product-tag/julie-pepper/ | NursingTestBank2 provides original Test Bank for the nursing students. All Test Banks are real and you will have high chance to | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=tLyPYrOHLcbLkvQP4pKYiAo&start=40&sa=N&ved=2ahUKEwizsbO | 2022-05-26 13:45:33.643 |
| 52 | ISBN: 9781506363547 | NursingTestBank2 | https://nursingtestbank2.com/product-tag/isbn-9781506363547/ | What is a Test Bank (TB)?. Multiple choice questions (T/F, MCQ, Short Questions, Essays, …) which is accessible only to professors | site:nursingtestbank2.com - Google Search | https://www.google.com/search?q=site:nursingtestbank2.com&ei=ubyPYpfHL_PkxgGC7oOoCQ&start=50&sa=N&ved=2ahUKEwjXh- | 2022-05-26 13:45:37.362 |

# Document Produced in Native Format

CONFIDENTIAL
PL0000521942

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 2 | Books - TRH - teaching resources hub | https://teachingresourceshub.com/books/ | BOOKS FOR YOU · Elementary Statistics 13th Edition by Mario F. · Elements of Chemical Reaction Engineering 5th Edition by H. · Business Communication: Polishing ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:43.623 |
| 3 | Shop - TRH - teaching resources hub | https://teachingresourceshub.com/shop/ | This is where you can browse products in this store. Home>; Products. | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:43.753 |
| 4 | Request Form - TRH - teaching resources hub | https://teachingresourceshub.com/contact/ | Teaching Resources Hub is an online marketplace were teachers from all over the world, may buy a huge variety of original educational materials and books for an ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:43.831 |
| 5 | Becoming PDF Book - TRH - teaching resources hub | https://teachingresourceshub.com/product/becoming/ | May 13, 2019 — Becoming by Michelle Obama Ex First Lady of the United States of America. Digital PDF Book! Bestselling book! Instant Downloadable! | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:43.918 |
| 6 | Privacy Policy - TRH - teaching resources hub | https://teachingresourceshub.com/privacy-policy/ | When visitors leave comments on the site we collect the data shown in the comments form, and also the visitor's IP address and browser user agent string to help ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:43.981 |
| 7 | Fashion Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-category/fashion/ | Teaching Resources Hub is an online marketplace were teachers from all over the world, may buy a huge variety of original educational materials and books for an ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:44.093 |
| 8 | Finance - TRH - teaching resources hub | https://teachingresourceshub.com/product-category/finance/ | Finance · Sale! · An Introduction to Banking Principles, Strategy and Risk Management 2nd Edition PDF Book · $100.00 $22.00 ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83H3P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:44.138 |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Title | Title_URL | Description | Page_title | Page_URL | Current_time |
| 9 | Sampling Distributions - TRH - teaching resources hub | https://teachingresourceshub.com/product/sampling-distributions/ | Sampling Distributions Lecture Power Point Presentation. Sampling Distributions Test Bank with 129 different related questions with full answer description ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:44.191 |
| 10 | Accounting Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-tag/accounting/ | Sale! Accounting 27th Edition PDF Book Quick View. Accounting 27th Edition PDF Book. $55.00 $22.00 ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:44.318 |
| 11 | Counseling Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-tag/counseling/ | Counseling · Sale! · Intentional Interviewing and Counseling Facilitating Client Development in a Multicultural Society 9th Edition PDF Book · $50.00 $20.00 ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site%3Ateachingresourceshub.com&source=hp&ei=N72PYr-QC7e0ytMPhJuJyAQ&iflsig=AJiK0e8AAAAAYo_LR_PKcTsaW9zq9H46SvDhKub_lub-&ved=0ahUKEwj_h83P33AhU3mnIEHYRNAkkQ4dUDCAk&uact=5&oq=site%3Ateachingresourceshub.com&gs_lcp=Cgdnd3Mtd2l6EANQAFgAYJUDaABwAHgAgAgAEAiAEAkgEAmAEAoAEB&sclient=gws-wiz | 2022-05-26 13:47:44.404 |
| 12 | Mathematics Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-category/mathematics/ | Mathematics · Sale! Fundamentals of Matrix Analysis with Applications PDF Book · Fundamentals of Matrix Analysis with Applications PDF Book · $50.00 $20.00 ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.094 |
| 13 | Managing Diversity - TRH - teaching resources hub | https://teachingresourceshub.com/product/managing-diversity/ | 1 Interesting Case Study with all answers to case study questions; 1 additional reading resource file related to lecture topic in order to enhance Lecturer/ ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.130 |
| 14 | Biology Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-tag/biology/ | Teaching Resources Hub is an online marketplace were teachers from all over the world, may buy a huge variety of original educational materials and books for an ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.222 |
| 15 | Motivating Employees - TRH - teaching resources hub | https://teachingresourceshub.com/product/motivating-employees/ | 2 Interesting Case Studies with all answers to case study questions; 1 Reading Resource file related to lecture topic in order to enhance Lecturer/Teacher/ ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.248 |
| 16 | Biology - TRH - teaching resources hub | https://teachingresourceshub.com/product-category/biology/ | Biology Module teaching resources, such as: Books, Test Banks, Lecture PPT, Exercises and Case studies. ... Sale! Biology Concepts and Applications 10th Edition ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.309 |
| 17 | Psychology Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-category/psychology/ | Teaching Resources Hub is an online marketplace were teachers from all over the world, may buy a huge variety of original educational materials and books for an ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.364 |
| 18 | Law Archives - TRH - teaching resources hub | https://teachingresourceshub.com/product-tag/law/ | Law · Answers for MindTap for Business Law Today, Standard Text & Summarized Cases 12th Edition · Introduction to Criminal Justice 16th Edition PDF Book · Juvenile ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.413 |
| 19 | How to Download - TRH - teaching resources hub | https://teachingresourceshub.com/how-to-download/ | Dear Customers,. Once you will pay for the product you will have 2 different options to download your product. Option 1. After payment you will be redirected to ... | site:teachingresourceshub.com - Google Search | https://www.google.com/search?q=site:teachingresourceshub.com&ei=Or2PYu6UI63AytMP8oON8AY&start=10&sa=N&ved=2ahUKEwjumZzJ3P33AhUtoHIEHfJBA24Q8NMDegQIARBO&biw=1200&bih=658&dpr=1 | 2022-05-26 13:47:49.472 |