# EXHIBIT 23

| | |
|---|---|
| Document title: | Pirating levels worse than 'in our worst dreams', says Hansen |
| Capture URL: | https://www.thebookseller.com/news/pirating-levels-worse-our-worst-dreams-says-hansen-653431 |
| Page loaded at (UTC): | Wed, 12 Nov 2025 20:46:38 GMT |
| Capture timestamp (UTC): | Wed, 12 Nov 2025 20:47:51 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 4 |
| Capture ID: | 7WCgBmU9gH4xHZLARrXscF |
| Display Name: | Corwin.Wills |

PDF REFERENCE #:     gS8nr2c1vEfz5NBXKiifFU

LOGIN

TOPICS

NEWS  RIGHTS  COMMENT  BESTSELLERS  BOOKS  SPOTLIGHT  EVENTS  JOBS  DIRECTORY

SUBSCRIBE

THE BOOKSELLER
At the heart of the book trade since 1858



Home > News

# Pirating levels worse than 'in our worst dreams', says Hansen

**NEWS**  OCT 13, 2017  **BY SARAH SHAFFI**

 

Cengage hopes to reap the benefit of its anti-counterfeiting work this autumn, its chief executive Michael Hansen has revealed.

The Higher Education company reported a 10% drop in annual revenue earlier this year (to $1.5bn) and a 20% drop in EBITDA (to £353m). It recently signed up Barnes & Noble and Ingram, among others, to its Anti-Counterfeit Best Practices (ACBP), an industry standard to combat counterfeit textbooks. It was developed by the Educational Publishers Enforcement Group (EPEG), comprising Cengage, McGraw-Hill Education, Elsevier and Pearson.

Hansen said piracy costs Cengage $70m–$100m a year, with the problem worsening after a 2013 US court ruled in favour of student Supap Kirtsaeng (against publisher Wiley), decreeing that cheaper international versions of textbooks could be imported into the US. Hansen said: "We formed EPEG to figure out how big the problem was... [and it] is a much bigger level of counterfeiting than we had imagined in our worst dreams - much higher. For Cengage it was a $70m–$100m impact on an annual basis. Given the size of our business, that is a significant impact."

He believes ACBP will "have a significant impact... I hope we will start to see the results soon - as early as this fall."

Speaking about the impact of the current political climate on trade, Hansen said he hadn't noticed a negative effect, but instead sensed an opportunity for Higher Education publishers to help "close the gap between the rich and the poor, which drives so much of this volatility right now. Without upskilling, that gap is going to become a bigger problem every year. We can significantly contribute to the closing of that gap. Many people understand that investment in education, whether by individuals or the government, is a massive investment in the future. As a business we are well- positioned [to invest] and we feel passionate about doing this. For that reason, it is an opportunity."

`Cengage`  `Michael Hansen`

## Latest News


Cardiff indie Lucent Dreaming 'restructures' and urges Welsh government to 'realign funding'


John Cleese scales the charts: Fawlty Towers memoir is big with the indies


Valerie Brandes and Dom O'Hanlon featured in PA's People of Publishing


Jonathan Cape reprints 150k copies of David Szalay's Flesh the day after his 2025 Booker Prize victory


Oxford University Press enters collective consultation 'proposing 113 redundancies'

**VIEW ALL**

Sign up to our Afternoon Alert email today

**Most Viewed**  Most Commented


Jobs at Hachette Learning at risk of redundancy due to 'ongoing market

Document title: Pirating levels worse than &#39;in our worst dreams&#39;, says Hansen
Capture URL: https://www.thebookseller.com/news/pirating-levels-worse-our-worst-dreams-says-hansen-653431
Capture timestamp (UTC): Wed, 12 Nov 2025 20:47:51 GMT
Page 1 of 3



    LOGIN

 TOPICS

NEWS   RIGHTS   COMMENT   BESTSELLERS   BOOKS   SPOTLIGHT   EVENTS   JOBS   DIRECTORY

SUBSCRIBE



## Add New Comment

You must be logged in to comment.

 

at risk of redundancy due to 'ongoing market challenges'

**Oxford University Press enters collective consultation 'proposing 113 redundancies'** 

**Pan Macmillan apologises to Kate Clanchy years after controversy** 

**David Szalay wins 2025 Booker Prize marking second victory in a row for Jonathan Cape** 

**Brazen appoints Ella Gordon as editorial director** 





Document title: Pirating levels worse than &#39;in our worst dreams&#39;, says Hansen
Capture URL: https://www.thebookseller.com/news/pirating-levels-worse-our-worst-dreams-says-hansen-653431
Capture timestamp (UTC): Wed, 12 Nov 2025 20:47:51 GMT
Page 2 of 3



