IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>      *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>      *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**[*PROPOSED*] ORDER**

BARBARA MOSES, United States Magistrate Judge:

  This matter comes before the Court on Defendant's Letter Motion for a discovery conference seeking to compel Plaintiffs to produce certain documents Plaintiffs have withheld as privileged. Upon consideration of the parties' submissions, the Court hereby ORDERS Plaintiffs to produce the following documents to Google by January 6, 2025:

| Document Categories | To be Produced (Yes/No): |
|---|---|
| All documents and communications withheld on the basis of the common interest rule. This includes Categories 1-6, 9-15, 18-19, 21-24, 26-36, 43, and 52, and related presentations. | |
| All withheld documents and communications that include representatives of BCGuardian. This includes Categories 8, 10-13, 17-19, 21-23, 27-28, 34-36, 42, and 63. | |

| | |
|---|---|
| All withheld documents and communications related to this litigation that include representatives of non-party Pearson Education, Inc. This includes Categories 1, 6, 13-15, and 28-30. | |
| All documents and communications withheld on the basis of the common interest rule that do not relate to any identified litigation. This includes Categories 10, 26, 31, and 43, and related presentations. | |

Dated: _____

    New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge