UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I, Sara Sampoli, hereby certify that on November 14, 2025, I served counsel for non-party BCGuardian LLC with the true and correct copies of the following documents via electronic mail:

- Letter Motion to File Under Seal Google's Letter Motion for Pre-Motion Discovery Conference, Attorney Declaration of Sarah Tomkowiak and Related Exhibits;

- Letter Motion for Pre-Motion Discovery Conference; and

- Redacted Attorney Declaration of Sarah Tomkowiak and Exhibits 18, 19, 20, and 24.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Jeff Gould – jeff@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for BCGuardian LLC*

Sara Sampoli