IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## APPLICATION FOR WITHDRAWAL AND TERMINATION OF APPEARANCE OF KEVIN P. LINDSEY

Pursuant to Local Rule 1.4, Oppenheim + Zebrak, LLP ("the Firm"), counsel for Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Macmillan Holdings, LLC, Elsevier, Inc., Elsevier B.V., and McGraw Hill LLC (collectively, "Plaintiffs"), hereby informs the Court that Kevin P. Lindsey is no longer associated with the Firm, and requests that the Court approve the withdrawal and termination of the appearance of Mr. Lindsey as counsel in this matter. Mr. Lindsey is not asserting a retaining or charging lien. Plaintiffs have been informed of and have no objection to this application. The requested withdrawal will have no impact on the status or progress of this case, as Plaintiffs continue to be represented by the Firm, including by the counsel of record listed below.

1

Dated:  November 16, 2025                         Respectfully submitted,

                                                               */s/ Michele H. Murphy*
                                                              Matthew J. Oppenheim
                                                              Michele H. Murphy (*pro hac vice*)
                                                              Jeff Kane (*pro hac vice*)
                                                              Uriel Lee (*pro hac vice*)

                                                              OPPENHEIM + ZEBRAK, LLP
                                                              4530 Wisconsin Avenue NW, 5th Floor
                                                              Washington, DC 20016
                                                              202-480-2999 telephone
                                                              866-766-1678 fax
                                                              matt@oandzlaw.com
                                                              michele@oandzlaw.com
                                                              jkane@oandzlaw.com
                                                              ulee@oandzlaw.com

                                                              Yunyi Chen
                                                              OPPENHEIM + ZEBRAK, LLP
                                                              461 Fifth Avenue, 19th Floor
                                                              New York, NY 10017
                                                              212-951-1156 telephone
                                                              866-766-1678 fax
                                                              ychen@oandzlaw.com

                                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of November 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF which will send notification to the attorneys of record and is available for viewing and downloading.

                                                 */s/ Michele H. Murphy*
                                                 Michele H. Murphy