AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| CENGAGE LEARNING, INC ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-04274 |
| GOOGLE LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Cengage Learning, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; Elsevier Inc.; Elsevier B.V.; and McGraw Hill LLC.

Date:   11/17/2025

/s/ Danae Tinelli
*Attorney's signature*

Danae Tinelli 5732722
*Printed name and bar number*

Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
*Address*

Danae@oandzlaw.com
*E-mail address*

(202) 851-4070
*Telephone number*

(866) 766-1678
*FAX number*