IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.;
BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC D/B/A
MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC;
ELSEVIER INC.; ELSEVIER B.V.; and
MCGRAW HILL LLC,

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Civil Action No. 24-cv-04274-JLR-BCM

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/18/25

> Application GRANTED. The Clerk of Court is respectfully directed to terminate attorney Kevin P. Lindsey as counsel of record. SO ORDERED.
>
> *Barbara Moses*
> Barbara Moses
> United States Magistrate Judge
> November 18, 2025

## APPLICATION FOR WITHDRAWAL AND TERMINATION OF APPEARANCE OF KEVIN P. LINDSEY

Pursuant to Local Rule 1.4, Oppenheim + Zebrak, LLP ("the Firm"), counsel for Plaintiffs Cengage Learning, Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, Macmillan Holdings, LLC, Elsevier, Inc., Elsevier B.V., and McGraw Hill LLC (collectively, "Plaintiffs"), hereby informs the Court that Kevin P. Lindsey is no longer associated with the Firm, and requests that the Court approve the withdrawal and termination of the appearance of Mr. Lindsey as counsel in this matter. Mr. Lindsey is not asserting a retaining or charging lien. Plaintiffs have been informed of and have no objection to this application. The requested withdrawal will have no impact on the status or progress of this case, as Plaintiffs continue to be represented by the Firm, including by the counsel of record listed below.

1

Dated:  November 16, 2025

Respectfully submitted,

 /s/ *Michele H. Murphy*
Matthew J. Oppenheim
Michele H. Murphy (*pro hac vice*)
Jeff Kane (*pro hac vice*)
Uriel Lee (*pro hac vice*)

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax
matt@oandzlaw.com
michele@oandzlaw.com
jkane@oandzlaw.com
ulee@oandzlaw.com

Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
212-951-1156 telephone
866-766-1678 fax
ychen@oandzlaw.com

*Counsel for Plaintiffs*