IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>                        *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>                        *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**[PROPOSED] ORDER**

BARBARA MOSES, United States Magistrate Judge:

    This matter comes before the Court on Defendant's Letter Motion for a discovery conference seeking to compel the addition of custodians, expanded search terms, and production of related ESI. Upon consideration of the parties' submissions, the Court hereby ORDERS that Plaintiffs shall promptly expand the scope of their custodial and electronic discovery as follows:

(1) First, Plaintiffs shall add the custodians identified in the letter motion for each Plaintiff entity, or, in the alternative, comparable custodians with responsibilities for anti-piracy, marketing, and digital advertising during the relevant period.

(2) Second, Plaintiffs shall apply both the existing search terms and the expanded search terms proposed by Google across all current custodians and all additional custodians added

pursuant to this Order, and shall generate and provide hit reports to facilitate any necessary refinement of terms consistent with proportionality and Rule 26(b)(1).

(3) Third, Plaintiffs shall complete production of all non-privileged, responsive electronically stored information captured by the foregoing custodial and search-term expansions by January 6, 2026, accompanied by a privilege log consistent with the Court's rules and the parties' prior agreements. All productions shall be made in reasonably usable form, with standard metadata fields and de-duplication across custodians, and Plaintiffs shall meet and confer in good faith with Google to resolve any implementation details, including reasonable date ranges, file types, and export formats.

This Order shall not limit Google's right to seek further relief under Federal Rule of Civil Procedure 37(e) concerning the preservation and production of relevant ESI, nor does it preclude the parties from stipulating to reasonable modifications to search terms or custodial selections subject to the Court's oversight.

Dated: _____
New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge