# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, *Plaintiffs*, v. GOOGLE LLC, *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I, Laura E. Bladow, hereby state that on November 18, 2025, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Sealed Letter Motion for Pre-Motion Discovery Conference Regarding the Addition of Targeted Custodians, Expanded Search Terms, and Production of Related ESI and Related Declaration and Exhibits

- Letter Motion for Pre-Motion Discovery Conference Regarding the Addition of Targeted Custodians, Expanded Search Terms, and Production of Related ESI

- Attorney Declaration of Laura E. Bladow and Exhibits 1-3

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – Matt@oandzlaw.com
Jeff Kane – Jkane@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com

Lauren Bergelson – LBergelson@oandzlaw.com
Yunyi Chen – YChen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com

*Counsel for Plaintiffs*

_____
Laura E. Bladow