**O+Z Oppenheim + Zebrak, LLP**
WASHINGTON – NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/25__

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

November 18, 2025

**MEMO ENDORSED**

Application GRANTED. SO ORDERED.

_[signature]_
Barbara Moses
United States Magistrate Judge
November 19, 2025

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

    Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
           Plaintiffs' Letter Motion for Extension of Briefing Schedule re: Google's Letter
           Motion for Pre-Motion Discovery Conference (Dkt. 273)

Dear Judge Moses,

    We represent all Plaintiffs in the above matter. Pursuant to Your Honor's Individual Rule 2(a), Plaintiffs write to respectfully request an extension of time to file their letter response in opposition to Defendant Google LLC's Letter Motion for Pre-Motion Discovery Conference, Dkt. 273 ("Plaintiffs' Letter Response"), and for Google to file its letter reply in support of Dkt. 273 ("Google's Letter Reply"). The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Letter Response was originally due on November 19, three court days from November 14, when Google filed Dkt. 273, and Google's Letter Reply was originally due on November 21, two court days from November 19. *See* Ind. R. 2(e).

(2) Plaintiffs have not previously requested an adjournment or extension.

(3) Not applicable.

(4) Beginning on November 17, an attorney critical to Plaintiffs' counsel team preparing Plaintiffs' Letter Response experienced an unforeseen family emergency involving hospitalization. Plaintiffs therefore anticipate needing two additional days to file Plaintiffs' Letter Response.

(5) Plaintiffs promptly reached out to Google's counsel to inform them of these circumstances and seek consent. Google's counsel agreed to a two-court-day extension for Plaintiffs to file Plaintiffs' Letter Response if Plaintiffs agreed to also request a one-court-day extension for Google to file Google's Letter Reply.

(6) Not applicable.

    Plaintiffs apologize for not having been able to make this request for an extension of time "at least four days in advance" of the deadline (Ind. R. 2(a).), as the unforeseen circumstance of their attorney's family emergency did not arise until last evening.



Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

WASHINGTON – NEW YORK

    Plaintiffs respectfully request that the Court approve the extension of the above-described deadlines.

                Respectfully submitted,

                */s/ Michele H. Murphy*
                Michele H. Murphy
                OPPENHEIM + ZEBRAK, LLP
                *Counsel for Plaintiffs*