

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

November 19, 2025

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

    Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Plaintiffs' Letter Motion for Extension of Briefing Schedule re: Google's Letter
            Motion for Pre-Motion Discovery Conference (Dkt. 287)

Dear Judge Moses,

    We represent all Plaintiffs in the above matter. Last night (November 18), Defendant Google LLC filed its Letter Motion for Pre-Motion Discovery Conference, Dkt. 287 ("Google's Dkt. 287 Motion"). Pursuant to Your Honor's Individual Rule 2(a), Plaintiffs write to respectfully request an extension of one court day to file their letter response in opposition to Google's Dkt. 287 Motion ("Plaintiffs' Letter Response"). The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Letter Response would be due on November 21, three court days from November 18, when Google's Dkt. 287 Motion was filed. *See* Ind. R. 2(e).

(2) Plaintiffs have previously once requested an extension of the briefing schedule with respect to Defendant's Letter Motion for Pre-Motion Discovery Conference, Dkt. 273 ("Google's Dkt. 273 Motion"). Dkt. 284.

(3) The Court granted Plaintiffs' request for an extension to respond to Google's Dkt. 273 Motion. Dkt. 293.

(4) Plaintiffs had sought the extension to respond to Google's Dkt. 273 Motion due to an unforeseen family emergency experienced by an attorney critical to Plaintiffs' counsel's team. Under the modified briefing schedule for Google's Dkt. 273 Motion, Plaintiffs' letter response is due on November 21, the same day on which Plaintiffs' Letter Response to Google's Dkt. 287 Motion would be due. Because Plaintiffs' responses to both Google's Dkt. 273 and Dkt. 287 motions will include substantial filings, including party declarations, Plaintiffs anticipate needing one additional court day to respond to Google's Dkt. 287 Motion.

(5) Plaintiffs reached out to Google's counsel immediately upon review of Google's Dkt. 287 Motion to request Google's consent for an extension of one court day for Plaintiffs to file their Letter Response. Google agreed to the extension. Applying this extension, Plaintiffs' Letter Response would be due on November 24.

(6) Not applicable.



Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

WASHINGTON – NEW YORK

      Because of the requirement under Your Honor's Individual Rule 2(e) that Plaintiffs respond to Google's Dkt. 287 Motion within three court days, Plaintiffs were unable to make this request for an extension of time "at least four days in advance" of the deadline (Ind. R. 2(a).). However, Plaintiffs promptly sought Google's consent and filed this request.

      Plaintiffs respectfully request that the Court approve the requested extension such that Plaintiffs' Letter Response is due on November 24.

      Respectfully submitted,

      */s/ Michele H. Murphy*
      Michele H. Murphy
      OPPENHEIM + ZEBRAK, LLP
      *Counsel for Plaintiffs*