# Exhibit 3

# Find a Component 

AI-generated Key Takeaways

This page shows how you find components (https://developers.google.com/issue-tracker/concepts/components) in Google Issue Tracker.

You can only find components where you have **View Components** permission. This is granted to all users who have any role on the component.

## Find a component

To find a component in Issue Tracker:

1. Open Issue Tracker (https://developers.google.com/issue-tracker/guides/access-ui) in your web browser.

2. Type keywords or a component ID number into the component search bar to select the appropriate component.

   Issue Tracker matches your keywords to components along a given hierarchy, as well as to descriptions for specific components (https://developers.google.com/issue-tracker/concepts/components#search).

   For example, when you create a new issue (https://developers.google.com/issue-tracker/concepts/components), you are presented with a drop-down that looks similar to:

   

3. Use the **Show Child Components** button to examine the hierarchy of a specific component.

   The **Show Child Components** button appears on the far left of each component entry:

   

   Click **Show Child Components** button to switch the drop-down view and display only the specific component you've chosen along with any child components. For example:

   

   For more information on the child components view, see Components (https://developers.google.com/issue-tracker/concepts/components).

   ⭐ The **Show Child Components** button is not available when using the search bar or search editor.

4. Select a component.

   To select the component at the end of a hierarchy list, click the component entry. To select a component in the middle of the hierarchy, click its name specifically.

   For example, for an entry with a hierarchy of **Sample Project > Bugs**, you can select the **Bugs** component by clicking any general portion of the entry. You can select the **Sample Project** component by clicking on **Sample Project** specifically.

## What's next

- Learn more about components (https://developers.google.com/issue-tracker/concepts/components#search)

All rights reserved. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-02-19 UTC.