# Exhibit B

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Privilege Log
August 1, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description | Privilege Type | Documents Withheld + Family |
|---|---|---|---|---|---|---|
| 1 | 10/2023 - 04/2024 | Email, PDF | Attorneys: Liza Hays (Cengage); Paul Doda (Elsevier); Jonathan Wiggins (Elsevier); Suzanne Telsey (McGraw Hill); Audrey Feinberg (Macmillan); ▮▮▮ Matt Oppenheim (O+Z); Michele Murphy (O+Z); Katheryn Enters (O+Z); Danae Tinelli (O+Z); Kevin Lindsey (O+Z). Non-Attorneys: Maureen Garry (O+Z); ▮▮▮ (Cengage); ▮▮▮ (Elsevier); Kelly McCann (Elsevier); Michael Dreher (McGraw Hill); ▮▮▮ (McGraw Hill); ▮▮▮ (Macmillan); ▮▮▮ | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement prepared in anticipation of this litigation | Attorney-Client Privilege and Work Product | 27 |
| 2 | 06/2021 - 02/2022 | Email, Excel, PDF | Attorneys: Liza Hays, Andrew Medeiros (Cengage); Paul Doda; Matthew Stratton (Elsevier); Suzanne Telsey; Audrey Feinberg; ▮▮▮ Matt Oppenheim; Scott Zebrak (O+Z); Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; ▮▮▮ Kelly McCann; James Duckworth (Elsevier); Michael Dreher; ▮▮▮ Dave Crowley | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 65 |
| 3 | 03/2022 - 11/2022 | Email, Excel, PDF | Attorneys: Liza Hays; Andrew Medeiros; Paul Doda; Matthew Stratton; Suzanne Telsey; Audrey Feinberg; ▮▮▮ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters; Corey Miller (O+Z); Danae Tinelli. Non-Attorneys: Maureen Garry; ▮▮▮ Kelly McCann; James Duckworth; Michael Dreher; ▮▮▮ Dave Crowley | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 27 |
| 4 | 06/2022 | Email, PDF | Attorneys: Liza Hays; Andrew Medeiros; Paul Doda; Matthew Stratton; Suzanne Telsey; Audrey Feinberg; ▮▮▮ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters; Corey Miller; Jeff Kane; Danae Tinelli. Non-Attorneys: Maureen Garry; ▮▮▮ Kelly McCann; James Duckworth; Michael Dreher; ▮▮▮ Dave Crowley | Communications with in-house and external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including information provided or prepared in anticipation of litigation against commerical pirate sites | Attorney-Client Privilege and Work Product | 3 |
| 5 | 01/2023 | Email, PDF | Attorneys: Liza Hays; Andrew Medeiros; Paul Doda; Matthew Stratton; Suzanne Telsey; Audrey Feinberg; ▮▮▮ Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; ▮▮▮ Kelly McCann; James Duckworth; Michael Dreher; ▮▮▮ Dave Crowley | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 4 |
| 6 | 01/2023 | Email, PDF | Attorneys: Liza Hays; Paul Doda; Suzanne Telsey; Audrey Feinberg; ▮▮▮ Matt Oppenheim; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; ▮▮▮ Kelly McCann; Roger Naggar, Michael Dreher; ▮▮▮ | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement prepared in anticipation of this litigation. | Attorney-Client Privilege and Work Product | 3 |
| 7 | 09/2019 | Email | Attorneys: Laura Stevens. Non-Attorneys: ▮▮▮ Martha Hall; Kevin Carlsten (Cengage); Todd Markson (Cengage) | Communications with in-house counsel providing, requesting, or reflecting legal advice from internal and external counsel and information necessary to provide legal advice regarding copyright infringement | Attorney-Client Privilege | 1 |

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Privilege Log
August 1, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description | Privilege Type | Documents Withheld + Family |
|---|---|---|---|---|---|---|
| 9 | 10/2022 - 01/2023 | Email | Attorney: Katheryn Enters. Non-Attorneys: ▓▓▓ Maureen Garry; Mike Candore (BCGuardian) | Communications with external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to enforcement against infringing Shopping ads prepared in anticipation of this litigation | Attorney-Client Privilege and Work Product | 12 |
| 10 | 08/2019 - 11/2019 | Email | Attorneys: Suzanne Telsey; Audrey Feinberg; Matthew Stratton; Andrew Medeiros; ▓▓▓ Matt Oppenheim; Scott Zebrak. Non-Attorneys: ▓▓▓ Andrew Moore; ▓▓▓ Dan Seymour (O+Z) | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting information necessary to provide legal advice regarding copyright enforcement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 103 |
| 11 | 12/2020 | Email; PDF | Attorneys: Andrew Medeiros; Matthew Stratton; Suzanne Telsey; Paul Doda; Audrey Feinberg; Paul Slevin (Macmillan); ▓▓▓ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; James Duckworth; Aberta Precaj; ▓▓▓ Jimmy Raines (Macmillan); ▓▓▓ Roger Naggar; ▓▓▓ (Elsevier); Martha Hall; ▓▓▓ Aly Abrams (Elsevier); Kelly McCann; Michael Dreher, Laura ▓▓▓ Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting information necessary to provide legal advice regarding copyright enforcement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 3 |
| 12 | 02/2020 | Email | Attorneys: Andrew Medeiros; Matthew Stratton; Suzanne Telsey; Paul Doda; Audrey Feinberg; Paul Slevin, ▓▓▓ Matt Oppenheim; Scott Zebrak; Michele Murphy; Matthew Fleischman (O+Z). Non-Attorneys: Maureen Garry; James Duckworth; Aberta Precaj (Cengage); ▓▓▓ Jimmy Raines; ▓▓▓ Roger Naggar; ▓▓▓ Martha Hall; ▓▓▓ Aly Abrams; Kelly McCann; Michael Dreher; Laura Stevens; ▓▓▓ Shatara Walters (McGraw Hill); William Gadoury (Macmillan); Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting information necessary to provide legal advice regarding copyright enforcement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 1 |
| 13 | 08/2021 | Email | Attorneys: Andrew Medeiros; Liza Hays; Suzanne Telsey; Paul Doda; Matthew Stratton; Audrey Feinberg; ▓▓▓ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: ▓▓▓ Martha Hall; ▓▓▓ James Duckworth; ▓▓▓ Roger Naggar; ▓▓▓ Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting information necessary to provide legal advice regarding copyright enforcement, including information provided or prepared in anticipation of litigation against commercial pirate sites | Attorney-Client Privilege and Work Product | 3 |
| 14 | 09/2022 - 09/2024 | Email; Excel | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; ▓▓▓ Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; ▓▓▓ Kelly McCann; Michael Dreher; ▓▓▓ Roger Naggar; ▓▓▓ David Crowley; ▓▓▓ Mike Candore | Communications with in-house, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement prepared in anticipation of this litigation | Attorney-Client Privilege and Work Product | 269 |

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
**Plaintiffs' Privilege Log**
**August 1, 2025**

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description | Privilege Type | Documents Withheld + Family |
|---|---|---|---|---|---|---|
| 15 | 10/2022 - 02/2023 | Email; Excel | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; ███ ███ Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli; Kevin Lindsey. Non-Attorneys: Maureen Garry; ███ Kelly McCann; Michael Dreher; ███ Roger Naggar, ███ David Crowley; ███ | Communications with in-house, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement prepared in anticipation of this litigation | Attorney-Client Privilege and Work Product | 20 |
| 16 | 05/2022 - 08/2022 | Email; Excel | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; ███ ███ Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; ███ Kelly McCann; Michael Dreher; ███ ███ Roger Naggar, ███ ███ David Crowley; ███ | Communications with in-house, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement prepared in anticipation of this litigation | Attorney-Client Privilege and Work Product | 81 |