# Exhibit C

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/2023 – 05/2024 | Email, PDF | Attorneys: Liza Hays (Cengage)[1]; Paul Doda (Elsevier); Jonathan Wiggins (Elsevier); Suzanne Telsey (McGraw Hill); Audrey Feinberg (Macmillan); ▓▓▓ Matt Oppenheim (O+Z); Michele Murphy (O+Z); Katheryn Enters (O+Z); Danae Tinelli (O+Z); Kevin Lindsey (O+Z). Non-Attorneys: Maureen Garry (O+Z); ▓▓▓ (Cengage); ▓▓▓ (Elsevier); Kelly McCann (Elsevier); Michael Dreher (McGraw Hill); ▓▓▓ (McGraw Hill); ▓▓▓ (Macmillan); ▓▓▓ | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation and litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 23-cv-7193-VM (SDNY), 20-cv-8438-LLS (SDNY), 21-cv-3486-RA (SDNY), and/or 23-cv-2798-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 22 | 36 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 2 | 03/2021 – 02/2022 | Email, Excel, PDF | Attorneys: Liza Hays; Andrew Medeiros (Cengage); Paul Doda; Matthew Stratton (Elsevier); Suzanne Telsey; Audrey Feinberg; ▓▓▓ Matt Oppenheim; Scott Zebrak (O+Z); Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; ▓▓▓ Kelly McCann; James Duckworth (Elsevier); Michael Dreher; ▓▓▓ Dave Crowley | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 23-cv-7193-VM (SDNY), 20-cv-8438-LLS (SDNY), 21-cv-3486-RA (SDNY), and/or 23-cv-2798-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 207 | 335 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 3 | 03/2022 – 11/2022 | Email, Excel, PDF, PPT | Attorneys: Liza Hays; Andrew Medeiros; Paul Doda; Matthew Stratton; Suzanne Telsey; Audrey Feinberg; ▓▓▓ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters; Corey Miller (O+Z); Danae Tinelli. Non-Attorneys: Maureen Garry; ▓▓▓ Kelly McCann; James Duckworth; Michael Dreher; ▓▓▓ Dave Crowley | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 20-cv-8438-LLS (SDNY), and/or 21-cv-3486-RA (SDNY). | Attorney-Client Privilege; Attorney Work Product | 61 | 84 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| Presentation | 11/9/2022 | PPT | | ▓▓▓ | Attorney-Client Privilege; Attorney Work Product | | | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 4 | 06/2022 | Email, PDF | Attorneys: Liza Hays; Andrew Medeiros; Paul Doda; Matthew Stratton; Suzanne Telsey; Audrey Feinberg; ▓▓▓ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters; Corey Miller; Jeff Kane; Danae Tinelli. Non-Attorneys: Maureen Garry; ▓▓▓ Kelly McCann; James Duckworth; Michael Dreher; ▓▓▓ Dave Crowley | Communications with in-house counsel, external counsel, and non-attorneys acting at the direct of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 23-cv-7193-VM (SDNY), 20-cv-8438-LLS (SDNY), 21-cv-3486-RA (SDNY), and/or 23-cv-2798-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 2 | 2 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 01/2023-07/2023 | Email, PDF, Excel | Attorneys: Liza Hays; Andrew Medeiros; Paul Doda; Matthew Stratton; Suzanne Telsey; Audrey Feinberg; [redacted] Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; James Duckworth; Michael Dreher; [redacted] Dave Crowley | Communications with in-house counsel, external counsel, and non-attorneys acting at the direct of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 23-cv-7193-VM (SDNY), 20-cv-8438-LLS (SDNY), 21-cv-3486-RA (SDNY), and/or 23-cv-2798-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 12 | 28 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 6 | 11/2022 - 01/2023 | Email, PDF | Attorneys: Liza Hays; Paul Doda; Suzanne Telsey; Audrey Feinberg; [redacted] Andrew Medeiros; Jon Wiggins; Matt Oppenheim; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Roger Naggar; James Duckworth; Michael Dreher; [redacted] Dave Crowley; | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 7 | 17 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| Presentation | 11/15/2022 | Presentation | | | Attorney-Client Privilege; Attorney Work Product | | | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| Presentation | 11/29/2022 | Presentation | | | Attorney-Client Privilege; Attorney Work Product | | | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 7 | 08/2019-06/2020 | Email | Attorneys: Laura Stevens; Andrew Medeiros. Non-Attorneys: [redacted] Martha Hall; Kevin Carlsten (Cengage); Christina Coleman (Cengage); Todd Markson (Cengage); Dawn Ehlers (Cengage) | Communications with in-house counsel providing, requesting, or reflecting legal advice from internal and external counsel and/or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works. | Attorney-Client Privilege | 17 | 25 | Cengage | No |
| Presentation | 09/15/2019 | Presentation | | | Attorney-Client Privilege | | | Cengage | No |
| 8 | 10/2022 - 01/2023 | Email | Attorney: Katheryn Enters. Non-Attorneys: [redacted] Maureen Garry; Mike Candore (BCGuardian) | Communications with external counsel and non-attorneys acting at the direction of counsel (Liza Hays) providing, requesting, or reflecting information necessary to provide legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, including information provided or prepared in anticipation of this litigation and litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 6 | 10 | Cengage | No |
| 9 | 08/2019 - 11/2019 | Email | Attorneys: Suzanne Telsey; Audrey Feinberg; Matthew Stratton; Andrew Medeiros; [redacted] Matt Oppenheim; Scott Zebrak. Non-Attorneys: [redacted] Andrew Moore; [redacted] Dan Seymour (O+Z) | Communications with in-house counsel, external counsel, and non-attorneys acting at the direct of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK and/or 20-cv-769-JGK. | Attorney-Client Privilege; Attorney Work Product | 99 | 146 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 10 | 08/2020-12/2020 | Email; PDF | Attorneys: Andrew Medeiros; Matthew Stratton; Suzanne Telsey; Paul Doda; Audrey Feinberg; Paul Slevin (Macmillan); [redacted] Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; James Duckworth; Aberta Precaj; [redacted] Jimmy Raines (Macmillan); [redacted] Roger Naggar; [redacted] (Elsevier); Martha Hall; [redacted] Aly Abrams (Elsevier); Kelly McCann; Michael Dreher; Laura Stevens; [redacted] Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting information necessary to provide legal advice regarding copyright enforcement, including information provided or prepared in anticipation of litigation against commercial pirate sites. | Attorney-Client Privilege; Attorney Work Product | 5 | 6 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |

CONFIDENTIAL

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 01/2020-02/2020 | Email | Attorneys: Andrew Medeiros; Matthew Stratton; Suzanne Telsey; Paul Doda; Audrey Feinberg; Paul Slevin; [redacted] Matt Oppenheim; Scott Zebrak; Michele Murphy; Matthew Fleischman (O+Z). Non-Attorneys: Maureen Garry; James Duckworth; Aberta Precaj (Cengage); [redacted] Jimmy Raines; [redacted] Roger Naggar; [redacted] Martha Hall; [redacted] Aly Abrams; Kelly McCann; Michael Dreher; Laura Stevens; [redacted] Shatara Walters (McGraw Hill); William Gadoury (Macmillan); Mike Candore | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY) and/or 20-cv-769-JGK (SDNY). | Attorney-Client Privilege; Attorney Work Product | 3 | 3 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 12 | 08/2021 | Email | Attorneys: Andrew Medeiros; Liza Hays; Suzanne Telsey; Paul Doda; Matthew Stratton; Audrey Feinberg; [redacted] Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: [redacted] Martha Hall; [redacted] James Duckworth; [redacted] Roger Naggar; [redacted] Mike Candore | Communications with in-house counsel, external counsel, and non-attorneys acting at the direct of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 3 | 3 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 13 | 09/2022 - 09/2024 | Email; Excel | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; [redacted] Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Michael Dreher; [redacted] Roger Naggar; [redacted] David Crowley; [redacted] Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 289 | 603 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 14 | 10/2022 - 02/2023 | Email; Excel | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; [redacted] Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli; Kevin Lindsey. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Michael Dreher; [redacted] Roger Naggar; [redacted] David Crowley; [redacted] | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 77 | 138 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 15 | 03/2022 - 08/2022 | Email; Excel | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; Laura [redacted] Matt Oppenheim; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Michael Dreher; [redacted] Roger Naggar; [redacted] James Duckworth; [redacted] David Crowley; [redacted] | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 57 | 325 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 16 | 12/2020 - 09/2021 | Email | Attorneys: Laura Stevens (Cengage); Liza Hays; Andrew Medeiros. Non-Attorneys: [redacted] Martha Hall | Communications with in-house counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Work Product | 10 | 23 | Cengage | No |
| 17 | 01/2023 - 07/2023 | Email | Non-Attorneys: [redacted] Mike Candore | Communications with non-attorneys acting at the direction of counsel (Liza Hays) providing, requesting, or reflecting information necessary to provide legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, including information provided or prepared in anticipation of this litigation and litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney Work Product | 9 | 11 | Cengage | No |

CONFIDENTIAL

Case 1:24-cv-04274-JLR-BCM    Document 299-3    Filed 11/19/25    Page 5 of 11

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 18 | 01/2022 - 07/2022 | Email, PDF | Attorneys: Liza Hays; ▮ Matthew Stratton; Audrey Feinberg; Suzanne Telsey; Matt Oppenheim; Michele Murphy; Katheryn Enters. Non-Attorneys: ▮ Dave Crowley; ▮ Roger Naggar, Mike Candore | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 23-cv-7193-VM (SDNY), 20-cv-8438-LLS (SDNY), 21-cv-3486-RA (SDNY), and/or 23-cv-2798-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 15 | 33 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 19 | 11/2021 | Email, PDF | Attorneys: Liza Hays; ▮ Matthew Stratton; Audrey Feinberg; Suzanne Telsey; Matt Oppenheim; Michele Murphy. Non-Attorneys: ▮ Dave Crowley; ▮ Roger Naggar (Macmillan); ▮ Mike Candore (BCGuardian) | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY) and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 4 | 4 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 20 | 07/2021 | Email | Attorneys: Audrey Feinberg. Non-Attorneys: Jennifer Bilello (Macmillan); Simon Horrer; Susan Elbe, Rena Segall, Roger Naggar, ▮ | Communications with in-house counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to Google Shopping e-book policy. | Attorney-Client Privilege | 10 | 12 | Macmillan | No |
| 21 | 08/2021-09/2021 | Email, Excel | Attorneys: Katheryn Enters; Michele Murphy. Non-Attorneys: ▮ Pell; Mike Candore | Communications with external counsel and non-attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), and/or 20-cv-8438-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 29 | 50 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 22 | 10/2020-12/2020 | Email, PDF | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Matthew Stratton; Audrey Feinberg; Paul Sleven; ▮ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; ▮ Alberta Precaj; James Duckworth; Kelly McCann; ▮ Roger Naggar; ▮ Mike Candore | Communications with in-house counsel, external counsel and non-attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to copyright enforcement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY) and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 4 | 7 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 23 | 11/2021 | Email | Attorneys: Audrey Feinberg; ▮ Suzanne Telsey; Liza Hays; Matthew Stratton; Michele Murphy; Matthew Oppenheim. Non-Attorneys: ▮ Roger Naggar; ▮ Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 17 | 18 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |

CONFIDENTIAL

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 07/2021-09/2021 | Email | Attorneys: [redacted] Liza Hays; Paul Doda; Matthew Stratton; Andrew Medeiros; [redacted] Suzanne Telsey; Audrey Feinberg; Michele Murphy; Matthew Oppenheim; Scott Zebrak; Katheryn Enters. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Michael Dreher; Roger Naggar; [redacted] Martha Hall; [redacted] LaShona [redacted] | Communications with external counsel and non-attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 64 | 82 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 25 | 03/2021-06/2021 | Email | Attorney: Audrey Feinberg. Non-Attorneys: [redacted] Renda Segall, Roger Naggar. | Communications with in-house counsel and non-attorneys providing, requesting, or reflecting legal advice from internal and external counsel and/or information necessary to provide legal advice related to Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 9 | 10 | Macmillan | No |
| 26 | 04/2021 | Email | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; Laura Stevens; David Stafford (McGraw Hill); [redacted] Matt Oppenheim; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Michael Dreher; [redacted] Roger Naggar; [redacted] James Duckworth; [redacted] David Crowley; | Communications with in-house and external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 25 | 27 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 27 | 04/2021-09/2021 | Email | Attorneys: Liza Hays; Suzanne Telsey; Paul Doda; Jonathan Wiggins; Audrey Feinberg; Paul Sleven; Laura Stevens; David Stafford (McGraw Hill); [redacted] Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; Michael Dreher; [redacted] Roger Naggar; [redacted] James Duckworth; [redacted] David Crowley; [redacted] Mike Candore. | Communications with in-house and external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 52 | 60 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 28 | 01/2023 | Email | Attorneys: Medeiros, Andrew; Liza Hays; Paul Doda; Jonathan Wiggins; Suzane Telsey; Audrey Feinberg; [redacted] Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; James Duckworth; Michael Dreher; [redacted] Roger Naggar; [redacted] Dave Crowley; Mike Candore. | Communications with in-house and external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in advance of this litigation. | Attorney-Client Privilege; Attorney Work Product | 9 | 16 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 29 | 10/2022 | Email | Attorneys: Medeiros, Andrew; Liza Hays; Paul Doda; Jonathan Wiggins; Suzane Telsey; Audrey Feinberg; [redacted] Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters; Danae Tinelli. Non-Attorneys: Maureen Garry; [redacted] Kelly McCann; James Duckworth; Michael Dreher; [redacted] Roger Naggar; [redacted] Dave Crowley. | Communications with in-house and external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in advance of this litigation. | Attorney-Client Privilege; Attorney Work Product | 9 | 9 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 30 | 11/2022 | Email | Attorney: Katheryn Enters. Non-Attorneys: [redacted] Maureen Garry; [redacted] | Communications with external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in advance of this litigation. | Attorney-Client Privilege; Attorney Work Product | 12 | 12 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 31 | 09/2019 - 10/2019 | Email | Attorneys: Suzanne Telsey; Audrey Feinberg; Matthew Stratton; Andrew Medeiros; [redacted] Matt Oppenheim; Scott Zebrak; Kerry Mustico. Non-Attorneys: [redacted] Alberta Precaj; Andrew Moore; [redacted] Dan Seymour (O+Z) | Communications with in-house and external counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works. | Attorney-Client Privilege | 9 | 9 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |

CONFIDENTIAL

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
**Plaintiffs' Supplemental Privilege Log**
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 06/2021 | Email, Excel | Attorneys: Katheryn Enters; Michele Murphy. Non-Attorneys: ▮▮▮▮▮▮ Pell | Communications with external counsel and non-attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), and/or 20-cv-8438-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 11 | 12 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 33 | 11/2021 | Email, Excel | Attorneys: Michele Murphy. Non-Attorneys: ▮▮▮▮▮▮ Pell | Communications with external counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 3 | 21 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 34 | 01/2021 | Email | Attorneys: Andrew Medeiros; Matthew Stratton; Suzanne Telsey; Paul Doda; Audrey Feinberg; Paul Slevin; ▮▮ Matt Oppenheim; Scott Zebrak; Michele Murphy; Katheryn Enters. Non-Attorneys: Maureen Garry; James Duckworth; Aberta Precaj; ▮▮ Martha Hall; ▮▮ Roger Naggar; Shatara Walters (Macmillan); ▮▮ (Elsevier); Andrew Moore (Elsevier); ▮▮ Kelly McCann; Mike Candore. | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY) and/or 20-cv-769-JGK (SDNY). | Attorney-Client Privilege; Attorney Work Product | 4 | 5 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 35 | 07/2021 | Email | Attorneys: Audrey Feinberg; Katheryn Enters; Michele Murphy. Non-Attorneys: ▮▮▮ Mike Candore | Communications with in-house counsel, external counsel and non-attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), and/or 20-cv-8438-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 4 | 4 | Macmillan, McGraw Hill | Yes |
| 36 | 03/2020 | Email | Attorney: Katheryn Enters. Non-Attorneys: ▮▮▮▮ Mike Candore. | Communications with external counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary to provide legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, including information provided or prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), and/or 20-cv-6368-GHW (SDNY). | Attorney-Client Privilege; Attorney Work Product | 2 | 2 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 37 | 01/2020 - 11/2022 | Email, PDF | Non-Attorneys: Jennifer Bilello; ▮▮ Roger Naggar; Susan Elbe; Alanya Harter; Rena Segall. | Communications with non-attorneys acting at the direction of in-house counsel reflecting legal advice from in-house and external counsel and providing, requesting, or reflecting information necessary for in-house and external counsel to provide legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation and litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 7 | 8 | Macmillan | No |

CONFIDENTIAL

Case 1:24-cv-04274-JLR-BCM   Document 299-3   Filed 11/19/25   Page 8 of 11

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 04/2021-05/2021 | Email | Attorneys: Paul Slevin; Audrey Feinberg. Non-Attorneys: Jennifer Bilello; Alanya Harter (Macmillan); Susan Elbe; Simon Horrer; Kate Geraghty; Amy Wolosof (Macmillan); Marisa Bluestone (Macmillan); Roger Naggar; | Communications with in-house counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 6 | 6 | Macmillan | No |
| 39 | 11/2022-11/2023 | Email, Excel, PDF | Attorneys: Paul Slevin; Audrey Feinberg. Non-Attorneys: Jennifer Bilello; Roger Naggar; Simon Horrer; | Communications with in-house counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 4 | 5 | Macmillan | No |
| 40 | 08/2021-01/2022 | Email, Excel | Non-Attorneys: Rena Segall; Emma Hart (Covington); Gareth Young (Covington); Robert Caple (Covington) | Communications with non-attorneys acting at the direction of counsel (Audrey Feinberg and O+Z) reflecting legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 3 | 6 | Macmillan | No |
| 41 | 12/2020-10/2022 | Email | Attorneys: Audrey Feinberg; Matt Oppenheim; Michele Murphy; Kathryn Enters. Non-Attorneys: Roger Naggar, Jennifer Bilello; Roger Naggar piracy@macmillan.com | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 4 | 4 | Macmillan | No |
| 42 | 07/2021-08/2023 | Email, Excel, PDF | Attorneys: Kathryn Enters. Non-Attorneys: Jennifer Bilello; Roger Naggar, Jenny Chiu (Macmillan); Alanya Harter; Maureen Garry; Mike Candore | Communications with in-house counsel, external counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation and litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 3 | 5 | Macmillan | No |
| Presentation | 09/27/2022 | PDF | | | Attorney-Client Privilege; Attorney Work Product | | | Macmillan | No |
| 43 | 08/2019 | Email | Attorney: Scott Zebrak. Non-Attorneys: Dan Seymour; | Communications with external counsel and non-attorneys providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works. | Attorney-Client Privilege | 1 | 2 | Cengage, McGraw | Yes |

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 08/2020-09/2021 | Email | Attorneys: Liza Hays; Laura Stevens; Andrew Medeiros. Non-Attorneys: ▮▮ Martha Hall; Mike Schenk (Cengage); Sarah Caiano (Cengage); Greg Haines (Cengage); Federico Murara (Cengage) | Communications with in-house counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 5 | 13 | Cengage | No |
| Presentation | | | | ▮▮▮▮▮▮▮▮ | Attorney-Client Privilege; Attorney Work Product | | | Cengage | No |
| 45 | 01/2023 | Email, PPT | Attorneys: Liza Hays; Laura Stevens. Non-Attorneys: Bennett, Rhonda (Cengage);Wolbe, Morgan (Cengage); Alencar, Thais (Cengage);Kudzia, Andrea (Cengage);Scalvini, Jason (Cengage);Armstrong, Chris (Cengage);Pasquarelli, Andrea (Cengage);Terrell, Kim (Cengage);Costantini, Cheryl (Cengage) | Communications with in-house counsel and non-attorneys acting at the direction of in-house counsel providing, requesting, or reflecting information necessary for legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation and litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 23-cv-7193-VM (SDNY), 20-cv-8438-LLS (SDNY), 21-cv-3486-RA (SDNY), and/or 23-cv-2798-LLS (SDNY). | Attorney-Client Privilege; Attorney Work Product | 1 | 2 | Cengage | No |
| Presentation | | | | ▮▮▮▮▮▮▮▮ | Attorney-Client Privilege; Attorney Work Product | | | Cengage | No |
| 46 | 01/2021-02/2022 | Email | Attorneys: Michele Murphy; Katheryn Enters; Matt Oppenheim. Non-Attorneys: ▮▮ Maureen Garry | Communications with non-attorneys acting at the direction of counsel (Liza Hays) providing, requesting, or reflecting information necessary to provide legal advice regarding infringement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works. | Attorney-Client Privilege | 3 | 4 | Cengage | No |
| 47 | 10/2022 | Email, Excel, PDF | Non-Attorneys: ▮▮ Kimberly Terrell; Andrea Pasquarelli | Communications with non-attorneys acting at the direction of counsel (Liza Hays) providing, requesting, or reflecting information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works related to litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Work Product | 2 | 6 | Cengage | No |
| 48 | 03/2021-04/2021 | Email | Attorneys: Matthew Stratton; Paul Doda. Non-Attorneys: ▮▮ Michael Leacoma (Elsevier); Kelly McCann; Aly Abrams | Communications with in-house counsel and non-attorneys providing, requesting, or reflecting legal advice from internal and external counsel and/or information necessary to provide legal advice related to Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 8 | 8 | Elsevier | No |
| 49 | 10/2020-07/2022 | Email, Doc | Attorney: Matthew Stratton. Non-Attorney: ▮▮ | Communications with in-house counsel and non-attorney acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY). | Attorney-Client Privilege; Attorney Work Product | 13 | 14 | Elsevier | No |

CONFIDENTIAL

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
**Plaintiffs' Supplemental Privilege Log**
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 11/2023 | Email, PDF | Attorneys: Paul Doda, Jon Wiggins. Non-Attorney: ▇ | Communications with in-house counsel and non-attorney acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 1 | 2 | Elsevier | No |
| 51 | 04/2020-10/2020 | Email, Pdf | Non-Attorneys: ▇ Martha Hall, Colleen Tavor, Audrey Tortolani, Eric Gallis | Communications with non-attorneys acting at the direction of counsel (Liza Hays) providing, requesting, or reflecting information necessary to provide legal advice regarding copyright enforcement, including enforcement against pirate sites selling infringing copies of Plaintiffs' works prepared related to litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), and/or 20-cv-6368-GHW (SDNY). | Attorney-Client Privilege; Attorney Work Product | 6 | 14 | Cengage | No |
| Presentation | | PPT | | ▇ | Attorney-Client Privilege; Attorney Work Product | | | Cengage | No |
| Presentation | | PPT | | ▇ | Attorney-Client Privilege; Attorney Work Product | | | Cengage | No |
| 52 | 09/2019 | Email, Excel | Attorneys: Suzanne Telsey; Audrey Feinberg; ▇ Matthew Stratton; Andrew Medeiros; Matt Oppenheim; Scott Zebrak; Kerry Mustico (O+Z). Non-Attorneys: ▇ Alberta Precaj; Dan Seymour. | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement against pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY). | Attorney-Client Privilege; Attorney Work Product | 1 | 3 | Cengage, Elsevier, Macmillan, McGraw Hill | Yes |
| 53 | 10/2021-12/2021 | Email | Attorneys: David Stafford; Suzanne Telsey. Non-Attorneys: Nick McFadden (McGraw Hill); Kent Peterson (McGraw Hill); ▇ Michael Ryan (McGraw Hill) | Communications with in-house counsel and non-attorneys providing, requesting, or reflecting legal advice from internal and external counsel and/or information necessary to provide legal advice related to Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 18 | 19 | McGraw Hill | No |
| 54 | 08/2021 | Email | Attorneys: Suzanne Telsey; Matt Oppenheim. Non-Attorneys: Nick McFadden; ▇ | Communications with in-house counsel, external counsel, and non-attorneys providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works. | Attorney-Client Privilege | 1 | 1 | McGraw Hill | No |
| 55 | 01/2022 | Email | Attorney: Suzanne Telsey. Non-Attorneys: Nick McFadden; ▇ | Communications with in-house counsel and non-attorneys providing, requesting, or reflecting legal advice from internal and external counsel and/or information necessary to provide legal advice related to Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 1 | 1 | McGraw Hill | No |
| 56 | 09/2021 | Email | Attorney: Suzanne Telsey. Non-Attorneys: Nick McFadden; Kent Peterson; Irene McGuinness (McGraw Hill); Melissa Caughlin (McGraw Hill); Sandra Wilkins (McGraw Hill); Amy Reed (McGraw Hill); Lynn Breithaupt (McGraw Hill); Robin Lucas (McGraw Hill); Kelly O'Connor (McGraw Hill); Patricia Lavigne (McGraw Hill); Frank Recchia (McGraw Hill); David Patterson (McGraw Hill); Natalie King (McGraw Hill); James Connely (McGraw Hill); AJ Laferrera (McGraw Hill); Michael Ryan | Communications with in-house counsel and non-attorneys providing, requesting, or reflecting legal advice from internal and external counsel and/or information necessary to provide legal advice related to Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 1 | 1 | McGraw Hill | No |

CONFIDENTIAL

Case 1:24-cv-04274-JLR-BCM   Document 299-3   Filed 11/19/25   Page 11 of 11

Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274 (S.D.N.Y.)
Plaintiffs' Supplemental Privilege Log
September 10, 2025

| Category ID | Date Range | Document Type | Sender(s), Recipient(s), Copyee(s) | Category Description/Memo or Presentation Title | Privilege Type | Parent Documents | Parent + Family | Plaintiff(s) Asserting Privilege or Protection | Common Interest |
|---|---|---|---|---|---|---|---|---|---|
| 57 | 09/2021-03/2022 | Email, Excel | Non-Attorneys: [redacted] Jin Huang (Corsearch) | Communications with non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), 21-cv-6691-ER (SDNY), 20-cv-8438-LLS (SDNY), and/or 21-cv-3486-RA (SDNY). | Work Product | 4 | 5 | McGraw Hill | No |
| 58 | 01/2024 | Email | Attorneys: Suzanne Telsey; Michele Murphy. Non-Attorneys: [redacted] Ben Mok (Corsearch) | Communications with in-house counsel, external counsel, and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of this litigation. | Work Product | 2 | 2 | McGraw Hill | No |
| 59 | 03/2022 | Email, Excel, PDF | Attorney: Suzanne Telsey. Non-Attorneys: [redacted] Michael Dreher | Communications with in-house counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice related to infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of litigation against commercial pirate sites, including 19-cv-10524-LAK (SDNY), 20-cv-769-JGK (SDNY), 20-cv-6368-GHW (SDNY), and/or 21-cv-6691-ER (SDNY). | Attorney-Client Privilege; Attorney Work Product | 3 | 6 | McGraw Hill | No |
| 60 | 03/2021-10/2021 | Email, PDF | Attorneys: Suzan Telsey, Michele Murphy, Matt Oppenheim, Katheryn Enters. Non-Attorneys: [redacted] | Communications with in-house counsel, external counsel, and non-attorneys providing, requesting, or reflecting legal advice related to enforcing against Shopping ads promoting infringing copies of Plaintiffs' works and Google's policy concerning Shopping ads for eBooks. | Attorney-Client Privilege | 11 | 12 | McGraw Hill | No |
| 61 | 01/2024 | Email, PNG | Attorneys: Suzanne Telsey, Michele Murphy. Non-Attorney: [redacted] | Communications with in-house counsel and non-attorneys acting at the direction of counsel providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or pirate sites selling unauthorized copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 2 | 3 | McGraw Hill | No |
| 62 | 03/2024-04/2024 | Email | Attorneys: Suzanne Telsey. Non-Attorneys: Nick McFadden; Stacy Hansbury (McGraw Hill); Kent Peterson | Communications with in-house counsel, external counsel, and non-attorneys providing, requesting, or reflecting legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and Google's policy concerning Shopping ads for eBooks, prepared in anticipation of this litigation. | Attorney-Client Privilege; Attorney Work Product | 2 | 2 | McGraw Hill | No |
| 63 | 09/2022 | Email | Attorney: Suzane Telsey. Non-Attorneys: [redacted] Mike Candore | Communications with in-house counsel and non-attorneys acting at the direction of counsel (Suzanne Telsey) providing, requesting, or reflecting legal advice or information necessary to provide legal advice regarding infringement, including enforcement as to Shopping ads promoting infringing copies of Plaintiffs' works and/or commercial pirate sites selling infringing copies of Plaintiffs' works, prepared in anticipation of this litigation. | Attorney Work Product | 1 | 1 | McGraw Hill | No |

CONFIDENTIAL