IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I caused a true and correct copy of Plaintiffs' Letter Response in Support of Google's Letter Motion to File Sealed and Redacted Documents ("Plaintiffs' Letter Response"), including the redacted versions of Exhibits A-C, to be electronically filed with the Clerk of Court using CM/ECF, which will send notification to the attorneys of record and is available for viewing and downloading. Shortly after midnight on November 20, I served counsel for Defendant Google with a copy of Plaintiffs' Letter Response and the sealed versions of Exhibits A-C by email.

*/s/ Lauren Bergelson*
Lauren Bergelson