**Sara E. Sampoli**
Direct Dial: +1.202.350.5328
sara.sampoli@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

November 21, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

    Re:   *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
           <u>Letter Motion for Extension of Time to File Response to Plaintiffs' Letter Motion for Pre-Motion Discovery Conference (Dkt. 295)</u>

Dear Judge Moses:

    We represent Defendant Google LLC in the above-captioned matter. We write pursuant to Rule 2(a) of Your Honor's Individual Practices for an extension of time within which to file Google's Letter Response to Plaintiffs' Letter Motion for Discovery Conference Regarding Searching Google's Buganizer System ("Plaintiffs' Motion"), Dkt. 295. The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Google's Letter Response would be due on November 24, three court days from November 19, when Plaintiffs' Motion was filed. *See* Ind. R. 2(e).

(2) Google has not previously requested an extension of time to file a response to Plaintiffs' Motion.

(3) Not applicable.

(4) Following its review of Plaintiffs' Motion, Google anticipates needing additional time to prepare supporting declarations. Google therefore anticipates needing one additional court day to respond to Google's Motion.

(5) Google promptly reached out to Plaintiffs' counsel upon review of Plaintiffs' Motion to request Plaintiffs' consent for an extension of one court day for Google to file its Letter Response. Plaintiffs agreed to the extension. Applying this extension, Google's Letter Response would be due on November 25.

(6) Not applicable.

**LATHAM&WATKINS**LLP

      Because of the requirement under Your Honor's Individual Rule 2(e) that Google respond to Plaintiff's Motion within three court days, Google was unable to make this request for an extension of time "at least four days in advance" of the deadline. *See* Ind. R. 2(a). However, Google promptly sought Plaintiffs' consent and filed this request.

      Google respectfully requests that the Court approve the requested extension such that Google's Letter Response to Plaintiffs' Motion is due on November 25.

Respectfully submitted,

*/s/ Sara E. Sampoli*
Sara E. Sampoli
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)