

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

November 21, 2025

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

   **Re:** ***Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM**
      **Plaintiffs' Letter Motion to Submit Declaration in Support of Plaintiffs' Letter Response in Opposition to Google Letter Motion (Dkt. 273) for *In Camera* Review**

Dear Judge Moses,

  We represent all Plaintiffs in the above-referenced matter. Pursuant to chambers' instructions by telephone call with Plaintiffs' counsel today (November 21, 2025), Plaintiffs respectfully request for leave to submit a two-page declaration from their counsel, Oppenheim + Zebrak, LLP ("O+Z"), in support of their letter response in opposition to Defendant Google LLC's Letter Motion for Pre-Motion Discovery Conference (Dkt. 273). The declaration will provide facts concerning anticipated litigation that clarify the scope of common legal interest with respect to specific clients. To provide sufficient information for the Court's resolution of Defendant's Dkt. 273 motion, and out of an abundance of caution to ensure that Google does not claim that clients of our firm have further waived privilege (which is disputed), Plaintiffs respectfully seek leave to submit the two-page declaration for *in camera* review.

                Respectfully submitted,

                */s/ Michele H. Murphy*
                Michele H. Murphy
                OPPENHEIM + ZEBRAK, LLP
                *Counsel for Plaintiffs*