IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service of sealed court filings via email. These documents were filed under seal on ECF at the docket entry noted below.

- Dkt. 311: Plaintiffs' Letter Response in Support of Google's Letter Motion to File Sealed and Redacted Documents, including Exhibits A-B

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lauren Bergelson*
　　　　　　　　　　　　　　　　　　　　　　　　　Lauren Bergelson