IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I served upon all counsel of record via email a true and correct copy of Exhibit A to the Declaration of Michele H. Murphy in Support of Plaintiffs' Letter Response in Opposition to Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 273). This document was filed under seal via ECF at Dkt. 305-1. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

                                                                         */s/ Yunyi Chen*
                                                                           Yunyi Chen