UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

  -against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' briefing on plaintiffs' October 24, 2025 discovery motion (Dkt. 226) and November 3, 2025 discovery motion (Dkt. 237). The Court has also received defendants' letter-motions to seal the October 8 and October 14, 2025 hearing transcripts (Dkts. 245, 257), the latter of which is unopposed. Finally, the Court has received defendants' November 14 and November 18, 2025 discovery motions (Dkts. 273, 287), and plaintiffs' November 19, 2025 discovery motion (Dkt. 295), for which briefing is still ongoing.

The Court will conduct a discovery conference on **December 1, 2025 at 12:00 p.m.** regarding plaintiffs' October 24 and November 3, 2025 discovery motions, as well as (time permitting) the motions to seal the October 8 and October 14, 2025 hearing transcripts.

The Court will convert the previously scheduled **December 15, 2025** status conference (*see* Dkt. 222) into a discovery conference regarding the parties' remaining discovery disputes.

In the meantime, the parties are directed to continue to meet and confer in good faith to resolve or narrow their discovery disputes.

Dated: New York, New York
       November 20, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**