**MEMO ENDORSED**

**LATHAM & WATKINS** LLP

Sarah A. Tomkowiak

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/25/25__

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

November 24, 2025

> Application DENIED. Unfortunately, the Court is not available on any of the requested adjourned dates. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses
> United States Magistrate Judge
> November 25, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

    Re:    *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
             Letter Motion Regarding December 1, 2025 Discovery Conference (Dkt. 317)

Dear Judge Moses:

    We represent Defendant Google LLC in the above-captioned matter. We write regarding the upcoming Discovery Conference set in the above-referenced case for Monday, December 1, 2025 at 12:00 pm. Due to a previously scheduled oral argument in another matter on December 1, and personal travel plans following the Thanksgiving holiday, counsel for Google respectfully requests that the Court adjourn the discovery conference to December 2, 3, or 4. Google has not previously requested an adjournment of this hearing.

    Counsel for Google consulted with counsel for Plaintiffs regarding the relief sought. Plaintiffs' position is:

> The document discovery deadline in this matter is January 6, 2025. Dkt. 222 ¶ 1(a). Thus, Plaintiffs do not think it prudent to postpone the December 1 hearing to later than December 4, 2025. If it is convenient for the Court to reschedule the December 1 hearing to the December 2, 3 (at or after 2:00 pm), or 4), Plaintiffs do not oppose Google's request. If, however, the above times are not convenient for the Court, Plaintiffs suggest that the Court hold the hearing at 12pm on December 1, as scheduled (preferably in-person, but remotely if necessary).

    We thank the Court for its consideration.

# LATHAM&WATKINS LLP

                                                          Respectfully submitted,

                                                          */s/ Sarah A. Tomkowiak*
                                                          Sarah A. Tomkowiak
                                                          of LATHAM & WATKINS LLP

cc:      All Counsel of Record (via ECF)