IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 1:24-cv-04274-JLR-BCM

**DECLARATION OF DUY HO**

I, Duy Ho, declare that:

1. I am a Discovery Program Manager on the legal team at Google LLC. I support the Litigation, Discovery and Regulatory Affairs teams with the collection, processing, and production of data and documents for litigation, internal investigations and regulatory matters.

2. I submit this declaration in connection with Google's response to Plaintiffs' Letter Motion for Discovery Conference Regarding Searching Google's Buganizer System (Dkt. 295).

3. I am familiar with Google's processes for collecting information from Buganizer for production in litigation. The information in this declaration is based on personal knowledge I have acquired from my experience at Google.

4. To collect issues from Buganizer as part of litigation discovery, Google's legal team uses "████" an internal tool for collecting certain non-custodial data for legal matters. I understand that ████ works by visiting a URL and taking a snapshot of the webpage as it existed at the time that ████ accessed it. That snapshot is rendered as a PDF.

5. Thus, to identify issues in Buganizer for collection, Google's legal team must first know the URLs associated with those issues.

6. When the team is unable to use ▮▮▮▮ due to technical limitations, I understand that Google's legal team would need to manually create PDFs of each requested URL.

7. Whether created via ▮▮▮▮ or manual efforts, the resulting PDFs can then be uploaded to an eDiscovery platform such a Relativity for relevance and privilege review before production.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on November 25, 2025, in Mountain View, California.

_____
Duy Ho