IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant.*

Case No. 1:24-cv-04274-JLR-BCM

### DECLARATION OF RICHARD BLAKE BASSETT

I, Richard Blake Bassett, declare that:

1. I am a Software Engineer at Google LLC ("Google"). I am one of the engineers responsible for developing and maintaining the Buganizer system.

2. I submit this declaration in connection with Google's response to Plaintiffs' Letter Motion for Discovery Conference Regarding Searching Google's Buganizer System (Dkt. 295).

3. I understand that the plaintiffs in this matter have asked the Court to order Google to "search for Buganizer tickets where the 'Reporter,' 'Assignee,' and 'CC' fields is a custodian" and then identify a subset of those tickets by applying additional search terms. Dkt. 295 at 4. I understand "tickets" to be Buganizer issues.

4. I am familiar with the underlying architecture and structure of the Buganizer system. Unless otherwise indicated below, the information in this declaration is based on personal knowledge that I have acquired from my experience as an engineer at Google. I personally conducted the queries described below.

**How Buganizer Works**

5.  Buganizer is a collaborative internal tool used across Google for issue tracking and feature requests. *See Google Issue Tracker*, Google, https://developers.google.com/issue-tracker (last visited Nov. 25, 2025).

6.  The user who reported the Buganizer issue is listed as the Reporter. The user who is assigned a Buganizer issue is listed as the Assignee. Users or groups that are interested in the issue, but are not assignees, reporters, or verifiers, may be CC'ed. *See Glossary of Fields*, Google, https://developers.google.com/issue-tracker/references/glossary-of-fields (last visited Nov. 25, 2025).

7.  Users included in the Reporter, Assignee, and CC fields of an issue automatically receive email notifications when changes are made or comments are added to the issue. A user will remain subscribed to an issue and receive email notifications unless he or she unsubscribes. *See Subscribe to an Issue*, Google, https://developers.google.com/issue-tracker/guides/subscribe (last visited Nov. 25, 2025).

**Collecting Data from Buganizer**

8.  Buganizer is a non-custodial data source. Issues within the system are not organized by user or custodian, but are instead organized into "components," which are hierarchical containers that group related issues. Because Buganizer is organized by component rather than by custodian, a user's ability to view or search for an issue depends on whether they have access to the specific component where that issue resides.

9.  Buganizer is accessed via a web-based user interface. Buganizer has no native bulk-export function capable of converting the full contents of Buganizer issues into PDF renditions of Buganizer pages.

10. To collect a single Buganizer issue for litigation, I understand that an internal scraping tool called ▮▮▮▮ is used to navigate to the specified Buganizer URL and obtain a snapshot of the page. I understand that the ▮▮▮▮ tool does not have the ability to bypass Buganizer's access controls; therefore, if it visits a restricted page, it will capture the error message exactly as it is displayed on the screen.

**Access Controls**

11. Many of Buganizer's approximately ▮▮▮▮ distinct components are access-controlled. That is, the component cannot be accessed by a user, even a user within Google, unless that component's administrator grants access. To grant access, the component administrator must manually add the user's email address (or an email address associated with a Google Group the user is in) to the Access Control List ("ACL").

**Specific Queries**

12. I conducted a query using the ▮▮▮▮ functionality within Buganizer to identify components containing at least one issue where the "Reporter," "Assignee," or "CC" fields contained email addresses for any of the following individuals or aliases:



- Sajin Padiyath
- Jake Erlick
- Masqusood Khanzada
- ███████████████
- lrmonetized@google.com
- shopping-dmca@google.com

13. I identified 859 components and/or sub-components containing at least one issue where the "Reporter," "Assignee," or "CC" fields contained the email address for one or more of the 18 individuals or email aliases identified in Paragraph 12 above.

14. Of those 859 components, 196 of them are access-controlled, or "ACL'ed."

15. In order to ensure that issues from access-controlled components are included in a search, the user performing the search must first obtain the requisite access from the relevant component administrators. Likewise, in order to ensure that issues from access-controlled components can be collected, the user must first obtain the requisite access from the component administrators.

16. I conducted a second query using the ███████ functionality within Buganizer to identify components and subcomponents containing at least one issue where the "Reporter" or "Assignee" field contained any of the 18 names or email aliases identified in Paragraph 12 above. I identified 431 components and/or subcomponents containing at least one issue where the "Reporter" or "Assignee" field contained one or more of those 18 names/email aliases.

17. Of those 431 components, 116 of them are access-controlled.

18. I was asked to calculate how many components and subcomponents fall within the following components:

- ██████████████████████████ [including all sub-components]



20. This above list of components includes 121 total components and subcomponents, 18 of which are access-controlled.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on November 25, 2025, in Kirkland, Washington.

_____
Richard Blake Bassett