IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

### [PROPOSED] ORDER

BARBARA MOSES, United States Magistrate Judge:

Plaintiffs' Letter Motion for Discovery Conference Regarding Searching Google's Buganizer System is DENIED.

Dated: _____
        New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge