# EXHIBIT 6

| | |
|---|---|
| **From:** | Bladow, Laura (DC) |
| **Sent:** | Tuesday, October 21, 2025 3:48 PM |
| **To:** | Kevin Lindsey; Michele Murphy; Jeff Kane; Yunyi Chen; Uriel Lee |
| **Cc:** | Damle, Sy (DC-NY); Tomkowiak, Sarah (DC); Victorson, Holly (DC); Murphy, Brent (DC); Sampoli, Sara (DC); Borgert, Roberto (DC) |
| **Subject:** | RE: Cengage v. Google - Confidentiality Designation of Plaintiffs' Responses to Interrogatory No. 8 |

Counsel,

Yes, we are on the same page. This redesignated information will only be shared within Google for the purposes of this litigation.

Best,

Laura

**Laura Elizabeth Bladow**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2367

---

**From:** Kevin Lindsey <KLindsey@oandzlaw.com>
**Date:** Tuesday, Oct 21, 2025 at 5:49 PM
**To:** Bladow, Laura (DC) <Laura.Bladow@lw.com>, Michele Murphy <michele@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Yunyi Chen <YChen@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** Damle, Sy (DC-NY) <Sy.Damle@lw.com>, Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>, Victorson, Holly (DC) <Holly.Victorson@lw.com>, Bladow, Laura (DC) <Laura.Bladow@lw.com>, Murphy, Brent (DC) <Brent.Murphy@lw.com>, Sampoli, Sara (DC) <Sara.Sampoli@lw.com>, Borgert, Roberto (DC) <Roberto.Borgert@lw.com>
**Subject:** Re: Cengage v. Google - Confidentiality Designation of Plaintiffs' Responses to Interrogatory No. 8

Counsel,

We have reviewed your request and will redesignate the information provided in response to Google's Interrogatory No. 8 to "Confidential," provided that we are on the same page about the following. Does Google agree that if information produced by Plaintiffs is designated as Confidential or Highly Confidential under the protective order, the persons to whom Google can disclose the information relate to Google and those working with Google in the litigation? For instance, we want to be sure that Google does not believe it can disclose the Confidential information of one Plaintiff to "up to five employees" of another Plaintiff. As long as that is the case, then we agree to your request.

Kevin Lindsey | Associate
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor

Washington, D.C. 20016
Direct: 202.450.5593
KLindsey@oandzlaw.com | www.oandzlaw.com
Connect with us on LinkedIn



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** Laura.Bladow@lw.com <Laura.Bladow@lw.com>
**Date:** Thursday, October 16, 2025 at 6:15 PM
**To:** Michele Murphy <michele@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Kevin Lindsey <KLindsey@oandzlaw.com>, Yunyi Chen <YChen@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** Sy.Damle@lw.com <Sy.Damle@lw.com>, Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>, Holly.Victorson@lw.com <Holly.Victorson@lw.com>, Laura.Bladow@lw.com <Laura.Bladow@lw.com>, Brent.Murphy@lw.com <Brent.Murphy@lw.com>, Sara.Sampoli@lw.com <Sara.Sampoli@lw.com>, Roberto.Borgert@lw.com <Roberto.Borgert@lw.com>
**Subject:** Cengage v. Google - Confidentiality Designation of Plaintiffs' Responses to Interrogatory No. 8

Counsel:

Google objects to Plaintiffs' designation of information provided in response to Google's Interrogatory No. 8 as Highly Confidential, specifically, Plaintiffs' Merchant Center IDs, Ads Account IDs, account names, associated domains, and associated email addresses.

Although this information may be commercially sensitive such that it should not be disclosed outside of Plaintiffs' organizations or Google, this is information Google previously had in its possession (albeit not readily identifiable to Google) and this information should not be kept confidential from all but two of Google's in house attorneys.  Pursuant to Paragraph 16 of the Stipulated Protective Order (Dkt. 82) Google requests that Plaintiffs consent to Google sharing the information provided in response to Interrogatory No. 8 with Google's employees so that Google can search for data relevant to this litigation that Plaintiffs have categorically refused to produce to Google on the basis that such information is in Google's possession custody or control.  See, e.g., Plaintiffs' Responses and Objections to Google's First RFPs (objecting to RFP Nos. 48, 56, 57, 58, 64, 67 on the basis that these requests seek information already in Google's possession).

If Plaintiffs have concerns about sharing information already in Google's possession within Google, please provide those concerns along with your availability to meet and confer.  Otherwise, please confirm that Plaintiffs will down-designate the information provided in response to Google's Interrogatory No. 8 to "Confidential."  Absent your agreement to do so, we intend to seek relief from the Court.

Regards,

Laura


**Laura Elizabeth Bladow**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2367
Email: laura.bladow@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.