# EXHIBIT 7

| | |
|---|---|
| **OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | **COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 391-4800<br>ef-jgk@cpdb.com<br><br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC.; CAPITOL CMG, INC. D/B/A ARIOSE MUSIC, D/B/A CAPITOL CMG GENESIS, D/B/A CAPITOL CMG PARAGON, D/B/A GREG NELSON MUSIC, D/B/A JUBILEE COMMUNICATIONS, INC., D/B/A MEADOWGREEN MUSIC COMPANY, D/B/A MEAUX HITS, D/B/A MEAUX MERCY, D/B/A RIVER OAKS MUSIC, D/B/A SHEPHERD'S FOLD MUSIC, D/B/A SPARROW SONG, D/B/A WORSHIP TOGETHER MUSIC, D/B/A WORSHIPTOGETHER.COM SONGS; UNIVERSAL MUSIC CORP. D/B/A ALMO MUSIC CORP., D/B/A CRITERION MUSIC CORP., D/B/A GRANITE MUSIC CORP., D/B/A IRVING MUSIC, INC., D/B/A MICHAEL H. GOLDSEN, INC., D/B/A | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**REDACTED**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

| | |
|---|---|
| 1 | UNIVERSAL – GEFFEN MUSIC, D/B/A UNIVERSAL MUSIC WORKS; SONGS OF UNIVERSAL, INC. D/B/A UNIVERSAL – GEFFEN AGAIN MUSIC, D/B/A UNIVERSAL TUNES; UNIVERSAL MUSIC – MGB NA LLC D/B/A MULTISONGS, D/B/A UNIVERSAL MUSIC – CAREERS, D/B/A UNIVERSAL MUSIC – MGB SONGS; POLYGRAM PUBLISHING, INC. D/B/A UNIVERSAL – POLYGRAM INTERNATIONAL TUNES, INC., D/B/A UNIVERSAL – POLYGRAM INTERNATIONAL PUBLISHING, INC., D/B/A UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; UNIVERSAL MUSIC – Z TUNES LLC D/B/A NEW SPRING PUBLISHING, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON PUBLISHING, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON SONGS, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON TUNES, D/B/A UNIVERSAL MUSIC – Z MELODIES, D/B/A UNIVERSAL MUSIC – Z SONGS; and ABKCO MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. |

Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a Worshiptogether.com Songs; Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works; Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes; Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music –

39. Publishers and their songwriters rely upon the United States' copyright laws to protect their musical compositions from infringement and preserve their artistic integrity and economic interests in the music they create. Publishers' financial incentives to invest in songwriters and the creation and promotion of their musical compositions flow directly from the protections afforded by copyright. Copyright protection is what enables music publishers to invest substantial time, money, effort, and talent to develop, promote, publish, administer, acquire, license, and otherwise exploit the copyrights in the musical compositions written by the many songwriters they represent.

40. Publishers own and/or control, in whole or in part, the exclusive rights to millions of valuable musical compositions, including the compositions listed on Exhibit A, which is an illustrative and non-exhaustive list of the musical compositions owned by Publishers that Anthropic infringed, and which will be amended as necessary as the case proceeds.

41. Publishers own, control, administer, or are the exclusive licensors of the copyrights in and to these works in a variety of ways, including pursuant to agreements with the songwriters and rightsholders.

42. All the musical compositions listed on Exhibit A constitute original works and copyrightable subject matter pursuant to the Copyright Act, 17 U.S.C. § 101, *et seq.*, and they have been duly registered with the U.S. Copyright Office. The copyrights in the musical compositions set forth in Exhibit A remain valid and subsisting and have been owned and/or controlled by Publishers at all times relevant to the allegations in this Complaint.

43. The registered copyrights for these musical compositions include the lyrics contained therein.

44. Publishers own and/or exclusively control the rights set forth in 17 U.S.C. § 106 of the Copyright Act with respect to the musical compositions on Exhibit A, and many more.

45. Each of the rights under the Copyright Act—including the rights to reproduce the work, prepare derivative works, distribute copies to the public, and display the work publicly—is a separate right within the bundle of rights that a copyright owner (or holder of an exclusive license)

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully submitted, |
| | */s/ Matthew J. Oppenheim* |
| | **OPPENHEIM + ZEBRAK, LLP** |
| | Matthew J. Oppenheim |
| | Nicholas C. Hailey |
| | Audrey L. Adu-Appiah |
| | (admitted *pro hac vice*) |
| | 4530 Wisconsin Ave., NW, 5th Floor |
| | Washington, DC 20016 |
| | Telephone: (202) 480-2999 |
| | matt@oandzlaw.com |
| | nick@oandzlaw.com |
| | aadu-appiah@oandzlaw.com |
| | |
| | Jennifer Pariser |
| | Andrew Guerra |
| | Timothy Chung |
| | (admitted *pro hac vice*) |
| | 461 5th Avenue, 19th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 951-1156 |
| | jpariser@oandzlaw.com, |
| | andrew@oandzlaw.com |
| | tchung@oandzlaw.com |
| | |
| | **COBLENTZ PATCH DUFFY & BASS LLP** |
| | Jeffrey G. Knowles (SBN 129754) |
| | One Montgomery Street, Suite 3000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 391-4800 |
| | ef-jgk@cpdb.com |
| | |
| | **COWAN, LIEBOWITZ & LATMAN, P.C.** |
| | Richard S. Mandel |
| | Jonathan Z. King |
| | Richard Dannay |
| | (admitted *pro hac vice*) |
| | 114 West 47th Street |
| | New York, NY 10036-1525 |
| | Telephone: (212) 790-9200 |
| | rsm@cll.com |
| | jzk@cll.com |
| | rxd@cll.com |
| | |
| | *Attorneys for Plaintiffs* |

# EXHIBIT A

Case 1:24-cv-04274-JLR-BCM Document 37-2 Filed 04/25/25 Page 2 of 7

|   | Title | Plaintiff | Registration No. |
|---|---|---|---|
| 1 | 7 RINGS | Concord Music Group, Inc. | PA0002187265 |
| 2 | CENTURIES | Concord Music Group, Inc. | PA0001961647 |
| 3 | DANCING WITH A STRANGER | Concord Music Group, Inc. | PA0002185007 |
| 4 | DIAMONDS | Concord Music Group, Inc. | PA0001845153 |
| 5 | DIE YOUNG | Concord Music Group, Inc. | PA0001850818 |
| 6 | DONTTRUSTME | Concord Music Group, Inc. | PA0001653773 |
| 7 | DUSK TILL DAWN | Concord Music Group, Inc. | PA0002185366 |
| 8 | GRENADE | Concord Music Group, Inc. | PA0002182938 |
| 9 | HALO | Concord Music Group, Inc. | PA0001642019; PA0001682642 |
| 10 | HIPS DON'T LIE | Concord Music Group, Inc. | PA0001367687; PAu003149121 |
| 11 | KICKSTART MY HEART | Concord Music Group, Inc. | PA0000440232 |
| 12 | LAST FRIDAY NIGHT (T.G.I.F.) | Concord Music Group, Inc. | PA0001711655; PA0001396980; PA0001753637 |
| 13 | LOVE YOU LIKE A LOVE SONG | Concord Music Group, Inc. | PA0001869961 |
| 14 | MAPS | Concord Music Group, Inc. | PA0001947799 |
| 15 | MARRY ME | Concord Music Group, Inc. | PA0002120132; PA0002138910; PA0002130922 |
| 16 | ME AND MY BROKEN HEART | Concord Music Group, Inc. | PA0001959686 |
| 17 | MEANT TO BE | Concord Music Group, Inc. | PA0002105522 |
| 18 | NOTHING BREAKS LIKE A HEART | Concord Music Group, Inc. | PA0002182042 |
| 19 | ROAR | Concord Music Group, Inc. | PA0001860200 |
| 20 | RUMOUR HAS IT | Concord Music Group, Inc. | PA0001738213 |
| 21 | SOMEBODY ELSE | Concord Music Group, Inc. | PA0002015511 |
| 22 | TIK TOK | Concord Music Group, Inc. | PA0001688442 |
| 23 | TIME AFTER TIME | Concord Music Group, Inc. | PA0000238686; PA0000299757 |
| 24 | TURNING TABLES | Concord Music Group, Inc. | PA0001738213 |
| 25 | UNSTOPPABLE | Concord Music Group, Inc. | PA0002134877 |
| 26 | UPTOWN FUNK | Concord Music Group, Inc. | PA0001938200 |
| 27 | WHAT A WONDERFUL WORLD | Concord Music Group, Inc. | EU0000010029; RE0000689584; RE0000704744 |
| 28 | ADORE YOU | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250803; PA0002265129 |
| 29 | BLEEDING LOVE | Concord Music Group, Inc.; Universal Music Corp. | PA0001613694 |
| 30 | CALIFORNIA GURLS | Concord Music Group, Inc.; Universal Music Corp. | PA0001711654; PA0001396981; PA0001734423 |
| 31 | GOLDEN | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250726; PA0002265133 |
| 32 | HUMBLE AND KIND | Concord Music Group, Inc.; Songs Of Universal, Inc. | PA0002032466; PA0002130282 |
| 33 | MOVES LIKE JAGGER | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001801572 |
| 34 | PAYPHONE | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001824573; PA0001849242 |
| 35 | SIGN OF THE TIMES | Concord Music Group, Inc.; Universal Music Corp. | PA0002085488 |
| 36 | STAY | Concord Music Group, Inc.; Songs Of Universal, Inc. | PA0002316799; PA0002345926; PA0002370561 |