# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, ABKCO MUSIC & RECORDS, INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, SONY MUSIC ENTERTAINMENT US LATIN, ZOMBA RECORDING LLC, ATLANTIC RECORDING CORPORATION, ELEKTRA ENTERTAINMENT GROUP INC., LAVA RECORDS LLC, RHINO ENTERTAINMENT LLC, WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, AND WARNER RECORDS INC., | Civ. Case No. 21-cv-5050<br><br>**COMPLAINT**<br><br>TRIAL BY JURY DEMANDED |
|             Plaintiffs, | |
|    v. | |
| FRONTIER COMMUNICATIONS CORPORATION, | |
|             Defendant. | |

Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and ABKCO Music & Records, Inc. (collectively, the "Universal Plaintiffs"); Plaintiffs Sony Music Entertainment, Arista Music, Arista Records LLC, Sony Music Entertainment US Latin, and Zomba Recording LLC (collectively, the "Sony Plaintiffs"); and Plaintiffs Atlantic Recording Corporation, Elektra Entertainment Group Inc., Lava Records LLC, Rhino Entertainment LLC, Warner Music Inc., Warner Music International Services Limited, and Warner Records Inc. (collectively, the "Warner Plaintiffs," and together with the Universal Plaintiffs and the Sony Plaintiffs, the

19.     Plaintiff Elektra Entertainment Group Inc. is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

20.     Plaintiff Lava Records LLC is a Delaware Limited Liability Company with its principal place of business at 1633 Broadway, New York, New York 10019.

21.     Plaintiff Rhino Entertainment LLC is a Delaware Limited Liability Company with its principal place of business at 777 South Santa Fe Avenue, Los Angeles, California 90021.

22.     Plaintiff Warner Music Inc. is a Delaware corporation with its principal place of business at 1633 Broadway, New York, New York 10019.

23.     Plaintiff Warner Music International Services Limited is a Limited Liability Company, organized and existing under the laws of England and Wales, with its principal place of business at 27 Wrights Lane, London W8 5 SW, United Kingdom.

24.     Plaintiff Warner Records Inc. is a Delaware corporation with its principal place of business at 777 South Santa Fe Avenue, Los Angeles, California 90021.

25.     Plaintiffs are some of the largest record companies in the world, engaged in the business of producing, manufacturing, distributing, selling, licensing, and otherwise exploiting sound recordings in the United States through various media.  They invest substantial money, time, effort, and talent in creating, advertising, promoting, selling, and licensing unique and valuable sound recordings embodying the performances of their exclusive recording artists.

26.     Plaintiffs own and/or control in whole or in part the copyrights and/or exclusive rights in innumerable sound recordings, including the sound recordings listed on Exhibit A, which is illustrative and non-exhaustive.  All of the sound recordings listed on Exhibit A have been registered, or filed pursuant to 17 U.S.C. § 1401, with the U.S. Copyright Office.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a jury trial on

all issues so triable in this action.


Dated: June 8, 2021                                      OPPENHEIM + ZEBRAK, LLP
        Washington, DC

                                             */s/  Matthew J. Oppenheim*
                                          Matthew J. Oppenheim
                                          Lucy Grace D. Noyola (*pro hac vice motion forthcoming*)
                                          4530 Wisconsin Avenue, NW, Fifth Floor
                                          Washington, DC 20016
                                          Tel:  202-480-2999
                                          matt@oandzlaw.com
                                          lucy@oandzlaw.com


                                          *Attorneys for Plaintiffs*

17

# Exhibit A

| Ex. A. No. | Artist | Track | Registration Number | Plaintiff |
|---|---|---|---|---|
| 1421 | Thirty Seconds To Mars | Was It A Dream? | SR0000377457 | Capitol Records, LLC |
| 1422 | Thirty Seconds To Mars | Welcome To The Universe | SR0000317574 | Capitol Records, LLC |
| 1423 | Thirty Seconds To Mars | Year Zero | SR0000317574 | Capitol Records, LLC |
| 1424 | UB40 | Bring Me Your Cup | SR0000186039 | Capitol Records, LLC |
| 1425 | UB40 | Can't Help Falling In Love | SR0000186039 | Capitol Records, LLC |
| 1426 | UB40 | Cherry Oh Baby | SR0000049244 | Capitol Records, LLC |
| 1427 | UB40 | Come Back Darling | SR0000178976; SR0000412795 | Capitol Records, LLC |
| 1428 | UB40 | Don't Break My Heart | SR0000205152 | Capitol Records, LLC |
| 1429 | UB40 | Food For Thought | SR0000188295 | Capitol Records, LLC |
| 1430 | UB40 | Here I Am / Small Axe | SR0000112173 | Capitol Records, LLC |
| 1431 | UB40 | Higher Ground | SR0000186039 | Capitol Records, LLC |
| 1432 | UB40 | If It Happens Again | SR0000205152 | Capitol Records, LLC |
| 1433 | UB40 | King | SR0000188295 | Capitol Records, LLC |
| 1434 | UB40 | Kingston Town | SR0000205179 | Capitol Records, LLC |
| 1435 | UB40 | Many Rivers To Cross | SR0000049244 | Capitol Records, LLC |
| 1436 | UB40 | One In Ten | SR0000205152 | Capitol Records, LLC |
| 1437 | UB40 | Rat In Mi Kitchen | SR0000205152 | Capitol Records, LLC |
| 1438 | UB40 | Red Red Wine | SR0000049244 | Capitol Records, LLC |
| 1439 | UB40 | Sing Our Own Song | SR0000205152 | Capitol Records, LLC |
| 1440 | UB40 | Tell Me Is It True | SR0000236148 | Capitol Records, LLC |
| 1441 | UB40 | The Way You Do The Things You Do | SR0000205179 | Capitol Records, LLC |
| 1442 | UB40 ft. Chrissie Hynde | I Got You Babe | SR0000205152 | Capitol Records, LLC |
| 1443 | Audioslave | Cochise | SR0000322103 | UMG Recordings, Inc. / Sony Music Entertainment |
| 1444 | Audioslave | Gasoline | SR0000322103 | UMG Recordings, Inc. / Sony Music Entertainment |
| 1445 | Audioslave | Like a Stone | SR0000322103 | UMG Recordings, Inc. / Sony Music Entertainment |
| 1446 | Audioslave | Revelations | SR0000395958 | UMG Recordings, Inc. / Sony Music Entertainment |
| 1447 | Audioslave | Shape of Things to Come | SR0000395958 | UMG Recordings, Inc. / Sony Music Entertainment |
| 1448 | Audioslave | Show Me How To Live | SR0000322103 | UMG Recordings, Inc. / Sony Music Entertainment |
| 1449 | The Rolling Stones | (I Can't Get No) Satisfaction | SR0000090042 | ABKCO Music & Records, Inc. |
| 1450 | The Rolling Stones | 19th Nervous Breakdown | SR0000090923 | ABKCO Music & Records, Inc. |
| 1451 | The Rolling Stones | 2000 Light Years From Home | SR0000090031 | ABKCO Music & Records, Inc. |
| 1452 | The Rolling Stones | As Tears Go By | Pre-1972 Sound Recording | ABKCO Music & Records, Inc. |
| 1453 | The Rolling Stones | Get Off Of My Cloud | SR0000090041 | ABKCO Music & Records, Inc. |
| 1454 | The Rolling Stones | Gimme Shelter | SR0000090043 | ABKCO Music & Records, Inc. |
| 1455 | The Rolling Stones | Have You Seen Your Mother, Baby, Standing In The Shadow? | Pre-1972 Sound Recording | ABKCO Music & Records, Inc. |
| 1456 | The Rolling Stones | It's All over Now | SR0000092504 | ABKCO Music & Records, Inc. |
| 1457 | The Rolling Stones | Jumpin' Jack Flash | N45703 | ABKCO Music & Records, Inc. |
| 1458 | The Rolling Stones | Lady Jane | SR0000090044 | ABKCO Music & Records, Inc. |
| 1459 | The Rolling Stones | Let It Bleed | SR0000090043 | ABKCO Music & Records, Inc. |
| 1460 | The Rolling Stones | Mother's Little Helper | SR0000090044 | ABKCO Music & Records, Inc. |
| 1461 | The Rolling Stones | No Expectations | SR0000090030 | ABKCO Music & Records, Inc. |
| 1462 | The Rolling Stones | Out Of Time | SR0000090044 | ABKCO Music & Records, Inc. |
| 1463 | The Rolling Stones | Paint It, Black | SR0000090044 | ABKCO Music & Records, Inc. |
| 1464 | The Rolling Stones | Play With Fire | SR0000090042 | ABKCO Music & Records, Inc. |
| 1465 | The Rolling Stones | Street Fighting Man | SR0000090030 | ABKCO Music & Records, Inc. |
| 1466 | The Rolling Stones | Sympathy For The Devil | SR0000090030 | ABKCO Music & Records, Inc. |
| 1467 | The Rolling Stones | The Last Time | SR0000090042 | ABKCO Music & Records, Inc. |
| 1468 | The Rolling Stones | Time Is On My Side | SR0000092504 | ABKCO Music & Records, Inc. |
| 1469 | The Rolling Stones | Under My Thumb | SR0000090044 | ABKCO Music & Records, Inc. |
| 1470 | The Rolling Stones | Yesterday's Papers | SR0000090029 | ABKCO Music & Records, Inc. |
| 1471 | The Rolling Stones | You Can't Always Get What You Want | SR0000090043 pre-72 | ABKCO Music & Records, Inc. |
| 1472 | Beyoncé | 7/11 | SR0000766254 | Sony Music Entertainment |
| 1473 | Beyoncé | ***Flawless (Explicit) | SR0000747291 | Sony Music Entertainment |
| 1474 | Beyoncé | Blow | SR0000747291 | Sony Music Entertainment |
| 1475 | Beyoncé | Blue | SR0000747291 | Sony Music Entertainment |
| 1476 | Beyoncé | Haunted (Explicit) | SR0000747291 | Sony Music Entertainment |
| 1477 | Beyoncé | Heaven | SR0000747291 | Sony Music Entertainment |
| 1478 | Beyoncé | Jealous | SR0000747291 | Sony Music Entertainment |
| 1479 | Beyoncé | Mine (Explicit) | SR0000747291 | Sony Music Entertainment |
| 1480 | Beyoncé | No Angel | SR0000747291 | Sony Music Entertainment |
| 1481 | Beyoncé | Pretty Hurts | SR0000747291 | Sony Music Entertainment |
| 1482 | Beyoncé | Rocket (Explicit) | SR0000747291 | Sony Music Entertainment |
| 1483 | Beyoncé | Standing on the Sun Remix | SR0000766254 | Sony Music Entertainment |
| 1484 | Beyoncé | Superpower | SR0000747291 | Sony Music Entertainment |
| 1485 | Beyoncé | XO | SR0000747291 | Sony Music Entertainment |