# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-CV-874

**WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI UNART CATALOG INC., EMI U CATALOG INC., JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., STONE DIAMOND MUSIC CORP., UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, ISLAND MUSIC LIMITED, POLYGRAM PUBLISHING, INC., AND SONGS OF UNIVERSAL, INC.**

       Plaintiffs,

 v.

**CHARTER COMMUNICATIONS, INC.**

       Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiffs Warner Bros. Records Inc., Atlantic Recording Corporation, Bad Boy Records LLC, Elektra Entertainment Group Inc., Fueled By Ramen LLC, Nonesuch Records Inc.,

Rightsong Music, Cotillion, Intersong, Sony/ATV, EMI Al Gallico, EMI Algee, EMI April, EMI Blackwood, EMI Colgems, EMI Full Keel, EMI Longitude, EMI Entertainment, EMI Jemaxal, EMI Feist, EMI Miller, EMI Mills, EMI Unart, EMI U, Jobete, Stone Agate, Gems-EMI, Stone, UMC, MGB, Universal Music Publishing, AB, Publishing Limited, MGB Limited, Z Tunes, Island, Polygram Publishing, and Songs of Universal are referred to herein collectively as the "Music Publisher Plaintiffs."

71. The Music Publisher Plaintiffs are leading music publishers engaged in the business of acquiring, owning, publishing, licensing, and otherwise exploiting copyrighted musical compositions. Each invests substantial money, time, effort, and talent to acquire, administer, publish, license, and otherwise exploit such copyrights, on its own behalf and on behalf of songwriters and others who have assigned exclusive copyright interests to the Music Publisher Plaintiffs.

72. Plaintiffs own and/or control in whole or in part the copyrights and/or exclusive rights in innumerable popular sound recordings and musical compositions, including the sound recordings listed on Exhibit A and musical compositions listed on Exhibit B, both of which are illustrative and non-exhaustive. All of the sound recordings and musical compositions listed on Exhibits A and B have been registered with the U.S. Copyright Office.

## CHARTER AND ITS ACTIVITIES

73. Defendant Charter Communications, Inc. is a Delaware corporation, with its principal place of business at 400 Atlantic Street, Stamford, Connecticut 06901. Charter also maintains substantial operations and offices in Colorado, including in Greenwood Village, Colorado.

74. Charter is one of the largest ISPs in the country. In 2015, Charter had more than 5

Dated:  March 22, 2019

Respectfully submitted,

*/s/ Janette L. Ferguson*

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

Mitchell A. Kamin
Neema T. Sahni (*admission pending*)
Rebecca Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
rvantassell@cov.com

Jonathan M. Sperling (*admission pending*)
Jacqueline C. Charlesworth (*admission pending*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
jcharlesworth@cov.com

*Attorneys for Plaintiffs*

27

# EXHIBIT B

**EXHIBIT B - MUSICAL COMPOSITIONS**

|  | Track | Reg. No. | Plaintiff |
|---|---|---|---|
| 1 | Pink | PA0000849817 | Colgems-EMI Music Inc. |
| 2 | Guilty Conscience | PA0001207060<br>PA0000954422 | Colgems-EMI Music Inc. / WB Music Corp. |
| 3 | Freak Like Me | PA0001158289 | Colgems-EMI Music, Inc. / Screen Gems-EMI Music, Inc. |
| 4 | Throw It On Me | PA0001760173 | Cotillion Music, Inc. |
| 5 | When Something Is Wrong With My Baby | Eu0000964275<br>RE0000654514 | Cotillion Music, Inc. |
| 6 | Kids Say the Darndest Things | PA0000310031 | EMI Algee Music Corp. |
| 7 | Fertilizer | PA0001830370 | EMI April Music Inc |
| 8 | (515) | PA0001062108 | EMI April Music Inc. |
| 9 | (sic) | PA0001040104 | EMI April Music Inc. |
| 10 | 2 Man Show | PA0001591430 | EMI April Music Inc. |
| 11 | 50 Ways To Say Goodbye | PA0001799437 | EMI April Music Inc. |
| 12 | A New Beginning | PA0001111289 | EMI April Music Inc. |
| 13 | All I Need | PA0001104579 | EMI April Music Inc. |
| 14 | All I Wanted Was a Car | PA0001167812 | EMI April Music Inc. |
| 15 | All That I Am | PA0001161185 | EMI April Music Inc. |
| 16 | All Your Reasons | PA0001588610 | EMI April Music Inc. |
| 17 | Another One | PA0001648125 | EMI April Music Inc. |
| 18 | Be The One | PA0000795267 | EMI April Music Inc. |
| 19 | Before I Forget | PA0001231062 | EMI April Music Inc. |
| 20 | Book Of John | PA0001910898 | EMI April Music Inc. |
| 21 | Break Your Heart | PA0001687491 | EMI April Music Inc. |
| 22 | Bust Your Windows | PA0001640781 | EMI April Music Inc. |
| 23 | By Your Side | PA0001159519 | EMI April Music Inc. |
| 24 | Can U Handle It? | PA0001159345 | EMI April Music Inc. |
| 25 | Caught Up | PA0001159081 | EMI April Music Inc. |
| 26 | Choose | PA0001157849 | EMI April Music Inc. |
| 27 | Cleveland Is The City | PA0001105255 | EMI April Music Inc. |
| 28 | Cold Case Love | PA0001704466 | EMI April Music Inc. |
| 29 | Count On You | PA0001726662 | EMI April Music Inc. |
| 30 | Crazy World | PA0001831285 | EMI April Music Inc. |
| 31 | Creep | PA0000797832 | EMI April Music Inc. |
| 32 | Dance With My Father | PA0001105451 | EMI April Music Inc. |
| 33 | dearjohn | PA0001624582 | EMI April Music Inc. |
| 34 | Digital (Did You Tell) | PA0001722498 | EMI April Music Inc. |
| 35 | Dilemma | PA0001073273 | EMI April Music Inc. |
| 36 | Dirt | PA0001640796 | EMI April Music Inc. |
| 37 | Do The Right Thang | PA0001706726 | EMI April Music Inc. |
| 38 | Dress On | PA0001843834 | EMI April Music Inc. |
| 39 | Drips | PA0001092246 | EMI April Music Inc. |
| 40 | Drive By | PA0001799432 | EMI April Music Inc. |
| 41 | Duality | PA0001231062 | EMI April Music Inc. |
| 42 | Ego Tripping Out | PA0000065832 | EMI April Music Inc. |
| 43 | Elevate | PA0001825038 | EMI April Music Inc. |
| 44 | Epiphany | PA0001648126 | EMI April Music Inc. |
| 45 | Ever The Same | PA0001161186 | EMI April Music Inc. |
| 46 | Every Now And Then | PA0001131589 | EMI April Music Inc. |
| 47 | Everybody Needs Love | PA0001738398 | EMI April Music Inc. |
| 48 | Everything Ends | PA0001102120 | EMI April Music Inc. |
| 49 | Eyeless | PA0000965864 | EMI April Music Inc. |
| 50 | Fall | PA0001920169 | EMI April Music Inc. |
| 51 | Fallin' To Pieces | PA0001161187 | EMI April Music Inc. |
| 52 | Fantasy | PA0001167356 | EMI April Music Inc. |
| 53 | Follow Me | PA0001159084 | EMI April Music Inc. |
| 54 | Follow My Life | PA0001131993 | EMI April Music Inc. |
| 55 | G Is For Girl (A-Z) | PA0001649993 | EMI April Music Inc. |
| 56 | Get In My Car | PA0001723647 | EMI April Music Inc. |
| 57 | Get Inside | PA0001115051 | EMI April Music Inc. |
| 58 | Get Up Get Down | PA0001839489 | EMI April Music Inc. |
| 59 | Go | PA0001735199 | EMI April Music Inc. |
| 60 | God Bless | PA0001111571 | EMI April Music Inc. |
| 61 | God In Me | PA0001640766 | EMI April Music Inc. |
| 62 | Gone Be Fine | PA0000914750 | EMI April Music Inc. |
| 63 | Good Girl | PA0001807727 | EMI April Music Inc. |
| 64 | Good Girls Go Bad | PA0001167699 | EMI April Music Inc. |
| 65 | Guilty | PA0001807273 | EMI April Music Inc. |
| 66 | Hand Me Down | PA0001104642 | EMI April Music Inc. |