# EXHIBIT 10

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, UNIVERSAL/MCA MUSIC LIMITED, UNIVERSAL/MCA MUSIC PUBLISHING PTY. LIMITED, MUSIC CORPORATION OF AMERICA, INC., MUSIK EDITION DISCOTON GMBH, POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., WARNER RECORDS INC. (F/K/A/ WARNER BROS. RECORDS INC.), ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, MAVERICK RECORDING COMPANY, NONESUCH RECORDS INC., RHINO ENTERTAINMENT COMPANY, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INC., WARNER RECORDS/SIRE VENTURES LLC, WEA INTERNATIONAL INC., WARNER CHAPPELL MUSIC, INC. (F/K/A WARNER/CHAPPELL MUSIC, INC.), WARNER-TAMERLANE PUBLISHING CORP., W CHAPPELL MUSIC CORP. D/B/A WC MUSIC CORP. (F/K/A WB MUSIC CORP.), W.C.M. MUSIC CORP. (F/K/A/ W.B.M. MUSIC CORP.), UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., CHAPPELL & CO. INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, THE CENTURY | Case No. 8:19-cv-710-MSS-TGW<br><br>FIRST AMENDED COMPLAINT AND JURY DEMAND |

FAMILY, INC., VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI U CATALOG INC., FAMOUS MUSIC LLC, JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., AND STONE DIAMOND MUSIC CORP.

    Plaintiffs,

    v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Universal Music – MGB NA LLC, Universal Music Publishing Inc., Universal Music Publishing AB, Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Music – Z Tunes LLC, Universal/MCA Music Limited, Universal/MCA Music Publishing Pty. Limited, Music Corporation of America, Inc., Musik Edition Discoton GmbH, Polygram Publishing, Inc., and Songs of Universal, Inc. (collectively, the "Universal Plaintiffs"); and Plaintiffs Warner Records Inc. (f/k/a Warner Bros. Records Inc.), Atlantic Recording Corporation, Bad Boy Records LLC, Elektra Entertainment Group Inc., Fueled By Ramen LLC, Maverick Recording Company,

2

Polygram Publishing, Songs of Universal, Warner Chappell, Warner-Tamerlane, WC Music, W.C.M., Unichappell, Rightsong Music, Cotillion, Intersong, Chappell, Sony/ATV, EMI Al Gallico, EMI April, EMI Blackwood, EMI Colgems, EMI Full Keel, EMI Longitude, EMI Entertainment, EMI Jemaxal, EMI Feist, EMI Miller, EMI Mills, EMI U, Famous Music, Jobete, Stone Agate, Gems-EMI, and Stone are referred to herein collectively as the "Music Publisher Plaintiffs."

70. The Music Publisher Plaintiffs are leading music publishers engaged in the business of acquiring, owning, publishing, licensing, and otherwise exploiting copyrighted musical compositions. Each invests substantial money, time, effort, and talent to acquire, administer, publish, license, and otherwise exploit such copyrights, on its own behalf and on behalf of songwriters and others who have assigned exclusive copyright interests to the Music Publisher Plaintiffs.

71. Plaintiffs own and/or control in whole or in part the copyrights and/or exclusive rights in innumerable popular sound recordings and musical compositions, including the sound recordings listed on Exhibit A and musical compositions listed on Exhibit B, both of which are illustrative and non-exhaustive. All of the sound recordings and musical compositions listed on Exhibits A and B have been registered with the U.S. Copyright Office.

## BRIGHT HOUSE AND ITS ACTIVITIES

72. Bright House is a Delaware Limited Liability Company with its principal place of business at 12405 Powerscourt Drive, St. Louis, Missouri 63131. Bright House maintains, and at all pertinent times has maintained, substantial operations and offices in Florida.

73. Bright House's customers have paid substantial subscription fees for access to its high-speed Internet network, with Bright House offering a range of options that allow subscribers

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury of all issues that are so triable.


Dated: January 6, 2020						Respectfully submitted,

						/s/ Mitchell A. Kamin
						Mitchell A. Kamin (*pro hac vice*)
						Neema T. Sahni (*pro hac vice*)
						Mark Y. Chen (*pro hac vice*)
						COVINGTON & BURLING LLP
						1999 Avenue of the Stars, Suite 3500
						Los Angeles, CA 90067-4643
						Telephone: (424) 332-4800
						mkamin@cov.com
						nsahni@cov.com
						mychen@cov.com

						Jonathan M. Sperling (*pro hac vice*)
						William O'Neil (*pro hac vice*)
						COVINGTON & BURLING LLP
						The New York Times Building
						620 Eighth Avenue
						New York, NY 10018-1405
						Telephone: (212) 841-1000
						jsperling@cov.com
						woneil@cov.com

						Megan M. O'Neill (*pro hac vice*)
						COVINGTON & BURLING LLP
						850 Tenth Street, NW
						Washington, DC 20001-4956
						Telephone: (202) 662-6000
						moneill@cov.com

						David C. Banker
						Florida Bar No. 352977
						Bryan D. Hull
						Florida Bar No. 20969
						BUSH ROSS, P.A.
						1801 North Highland Avenue
						P.O. Box 3913
						Tampa, FL 33601-3913
						Telephone: (813) 224-9255
						dbanker@bushross.com

    bhull@bushross.com

    Matthew J. Oppenheim (*pro hac vice*)
    Scott A. Zebrak (*pro hac vice*)
    Jeffrey M. Gould (*pro hac vice*)
    Kerry M. Mustico (*pro hac vice*)
    OPPENHEIM + ZEBRAK, LLP
    4530 Wisconsin Ave. NW, 5th Fl.
    Washington, DC 20016
    Telephone: (202) 621-9027
    matt@oandzlaw.com
    scott@oandzlaw.com
    jeff@oandzlaw.com
    kerry@oandzlaw.com

    *Attorneys for Plaintiffs*

# EXHIBIT B

**EXHIBIT B - MUSICAL COMPOSITIONS**

| | Track | Registration No. | Plaintiff |
|---|---|---|---|
| 1 | Freak Like Me | PA0001158289 | Colgems-EMI Music Inc. / Screen Gems-EMI Music, Inc. |
| 2 | Guilty Conscience | PA0001207060; PA0000954422; PA0000962146 | Colgems-EMI Music Inc. / W Chappell Music Corp. d/b/a WC Music Corp. |
| 3 | Wait A Minute | PA0001697038 | Cotillion Music, Inc. |
| 4 | Wasted Years | PA0001819821 | Cotillion Music, Inc. |
| 5 | -515 | PA0001062108 | EMI April Music Inc. |
| 6 | (sic) | PA0001040104 | EMI April Music Inc. |
| 7 | 4 Minutes | PA0001164517 | EMI April Music Inc. |
| 8 | 50 Ways To Say Goodbye | PA0001799437 | EMI April Music Inc. |
| 9 | And I | PA0001159779 | EMI April Music Inc. |
| 10 | Angel Eyes | PA0001810572 | EMI April Music Inc. |
| 11 | Attention | PA0001621899 | EMI April Music Inc. |
| 12 | Bat Country | PA0001162004 | EMI April Music Inc. |
| 13 | Be The One | PA0000795267 | EMI April Music Inc. |
| 14 | Beast And The Harlot | PA0001162005 | EMI April Music Inc. |
| 15 | Beautiful | PA0001850260 | EMI April Music Inc. |
| 16 | Before I Forget | PA0001231062 | EMI April Music Inc. |
| 17 | Betrayed | PA0001162006 | EMI April Music Inc. |
| 18 | Blinded In Chains | PA0001162007 | EMI April Music Inc. |
| 19 | Bodies | PA0001731809 | EMI April Music Inc. |
| 20 | Book Of John | PA0001910898 | EMI April Music Inc. |
| 21 | Burn It Down | PA0001162008 | EMI April Music Inc. |
| 22 | Butterflyz | PA0001065075 | EMI April Music Inc. |
| 23 | By Your Side | PA0001159519 | EMI April Music Inc. |
| 24 | Caged Bird | PA0001065075 | EMI April Music Inc. |
| 25 | Camouflage | PA0001743344 | EMI April Music Inc. |
| 26 | Can U Handle It? | PA0001159345 | EMI April Music Inc. |
| 27 | Can U Help Me | PA0000846618 | EMI April Music Inc. |
| 28 | Caught Up | PA0001159081 | EMI April Music Inc. |
| 29 | Choose | PA0001157849 | EMI April Music Inc. |
| 30 | Cleveland Is The City | PA0001105255 | EMI April Music Inc. |
| 31 | Come Back | PA0000893388 | EMI April Music Inc. |
| 32 | Creep | PA0000797832 | EMI April Music Inc. |
| 33 | Cry Baby | PA0001731812 | EMI April Music Inc. |
| 34 | Dance With My Father | PA0001105451 | EMI April Music Inc. |
| 35 | Dear John | PA0001624582 | EMI April Music Inc. |
| 36 | Diary | PA0001158368 | EMI April Music Inc. |
| 37 | Digital (Did You Tell) | PA0001722498 | EMI April Music Inc. |
| 38 | Dirt | PA0001640796 | EMI April Music Inc. |
| 39 | Do It All Again | PA0001866549 | EMI April Music Inc. |
| 40 | Do It To Me | PA0001159080 | EMI April Music Inc. |
| 41 | Dragon Days | PA0001158214 | EMI April Music Inc. |
| 42 | Dress On | PA0001843834 | EMI April Music Inc. |
| 43 | Drips | PA0001092246 | EMI April Music Inc. |
| 44 | Drive (For Daddy Gene) | PA0001118350 | EMI April Music Inc. |
| 45 | Duality | PA0001231062 | EMI April Music Inc. |
| 46 | Ego Tripping Out | PA0000065832 | EMI April Music Inc. |
| 47 | Elevate | PA0001825038 | EMI April Music Inc. |
| 48 | Everything Ends | PA0001102120 | EMI April Music Inc. |
| 49 | Eyeless | PA0000965864 | EMI April Music Inc. |
| 50 | Fall | PA0001920169 | EMI April Music Inc. |
| 51 | Fallin' | PA0001118374 | EMI April Music Inc. |
| 52 | Feeling U, Feeling Me (Interlude) | PA0001158215 | EMI April Music Inc. |
| 53 | Fold Your Hands Child | PA0001656112 | EMI April Music Inc. |
| 54 | Follow Me | PA0001159084 | EMI April Music Inc. |
| 55 | Follow My Life | PA0001131993 | EMI April Music Inc. |
| 56 | G Is For Girl (A-Z) | PA0001649993 | EMI April Music Inc. |
| 57 | Get Inside | PA0001115051 | EMI April Music Inc. |
| 58 | Get Up Get Down | PA0001839489 | EMI April Music Inc. |
| 59 | Girlfriend | PA0001065074 | EMI April Music Inc. |
| 60 | God Bless | PA0001111571 | EMI April Music Inc. |