# EXHIBIT 12

PageVault

| | |
|---|---|
| Document title: | Major Educational Content Providers and Distributors Join Together to Fight Counterfeit Textbooks |
| Capture URL: | https://www.mheducation.com/about-us/news-insights/press-releases/educational-companies-fight-counterfeit-textbooks.html |
| Page loaded at (UTC): | Tue, 25 Nov 2025 19:27:09 GMT |
| Capture timestamp (UTC): | Tue, 25 Nov 2025 19:27:45 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | 7K3Vr382K9xe2g4vyZ57oc |
| Display Name: | Helen.Liu |

PDF REFERENCE #:     6igfiY1bVm5XooTKLBK7vY



PreK–12  Higher Ed

About Us | Global Education Insights Report | News & Insights | Our Culture | Our Impact

Careers

# Major Educational Content Providers and Distributors Join Together to Fight Counterfeit Textbooks

Major Educational Content Providers and Distributors Join Together to Fight Counterfeit Textbooks

March 01, 2017
Tags: **Education News & Policy, Press Release, Article**

Share: 

**BOSTON, March 1, 2017 /PRNewswire/** -- Cengage, McGraw-Hill, and Pearson have joined forces with Ingram and Chegg, Inc. to have them adopt and implement a set of Anti-Counterfeit Best Practices designed to address the growing problem of counterfeit print textbooks.  The Anti-Counterfeit Best Practices are intended to assist distributors with combating counterfeits of print textbooks that hurt students, educators, publishers and distributors.

The education world has been plagued by an increase in counterfeit books in recent years, resulting in poorer quality materials for students and reduced incentives for publishers to invest in new programs and instructional materials.

Ingram and Chegg are the first distributors to work proactively with publishers to mitigate distribution of counterfeits through adoption and implementation of the Anti-Counterfeit Best Practices.

Over the last several years, publishers have actively enforced their legal rights against individuals and companies found distributing counterfeit materials.

"Because Chegg puts students first, our driving interest is in ensuring students get the genuine textbooks that they need, ordered and paid for," said Dan Rosensweig, CEO of Chegg. "We share this goal with our partners and together we are working to put a stop to counterfeiting."

"McGraw-Hill is pleased to see Chegg and Ingram take this step, which reduces the serious threat posed by counterfeits to authors and benefits students and educators by incentivizing the development of new educational materials," said McGraw-Hill CEO, David Levin. "We are pleased they have committed to implement the new Anti-Counterfeit Best Practices to pro-actively combat this scourge."

The best practices outline steps to verify suppliers and avoid illegitimate sources.  They require distributors to inspect inventory that has a higher risk of being counterfeit and prevent it from infecting their inventory.  And when a distributor finds counterfeit books, there is agreement to share information about the materials and the supplier with the publishers so they can focus their enforcement efforts on those culprits. The Anti-Counterfeit Best Practices will be made available



enforcement efforts on those culprits. The Anti-Counterfeit Best Practices will be made available on the educational website www.stopcounterfeitbooks.com with the goal that all publishers and distributors adopt and implement them as well. Publishers will pursue their legal rights against anyone who is involved or who facilitates the distribution and sale of counterfeit textbooks, as well as those who engage in digital piracy.

"We are committed to fight piracy in all forms," said Cengage CEO, Michael Hansen. "Pirates enrich themselves at the expense of students, authors, our employees and shareholders.  We will not rest until the market has been cleansed of all illegal materials."

"Ingram is pleased to partner with the publishing community to ensure that students and educators receive quality, legitimate textbooks," said John R. Ingram, Ingram's Chairman. "We will continue to work hand-in-hand with publishers to address the problem of counterfeit textbooks and encourage the rest of the industry to join us in making the marketplace a reliable one for students."

"The theft of intellectual property ultimately shortchanges students and faculty," said Tim Bozik, president, global product at Pearson.  "We will continue to advocate for the integrity of high quality courseware and are pleased to be working with distributors who share that commitment. We encourage others in the industry to join us in tackling this challenge."

This press release was first issued by Cengage Learning on March 1, 2017.

**Cengage**

Cengage is the education and technology company built for learners.  The company serves the higher education, K-12, professional, library and workforce training markets worldwide.  Cengage creates learning experiences that build confidence and momentum toward the future students want.  The company is headquartered in Boston with an office hub in San Francisco.  Employees reside in nearly 40 countries with sales in more than 125 countries around the world.  Visit us at www.cengage.com or find us on Facebook or Twitter.

**Chegg**

Chegg puts students first. As the leading student-first connected learning platform, the company makes higher education more affordable, more accessible, and more successful for students. Chegg is a publicly-held company based in Santa Clara, California. For more information, visit www.chegg.com.

**Ingram**

Ingram Content Group ("Ingram") is comprised of several subsidiaries to Nashville-based Ingram Industries Inc. Ingram includes a comprehensive suite of publishing industry services companies that offers numerous solutions, including physical book distribution, print-on-demand and digital services. Committed to the success of its partners, Ingram works closely with publishers, retailers





| | | | | | | |
|---|---|---|---|---|---|---|
| PreK–12 | Higher Ed | | | | Sign In | US |

| About Us | Global Education Insights Report | News & Insights | Our Culture | Our Impact | Careers |
|---|---|---|---|---|---|

services. Committed to the success of its partners, Ingram works closely with publishers, retailers, libraries and schools around the world to provide them with the right products and services to help them succeed in the dynamic and increasingly complex world of content publishing. Ingram's operating units are Ingram Book Group LLC, Lightning Source LLC, VitalSource Technologies LLC, Ingram Periodicals LLC, Ingram International, Ingram Library Services LLC, Spring Arbor Distributors, Ingram Publisher Services LLC, Tennessee Book Company LLC, and ICG Ventures LLC.

**About McGraw Hill**

McGraw Hill (NYSE: MH) is a leading global provider of education solutions for preK-12, higher education and professional learning, supporting the evolving needs of millions of educators and students around the world. We provide trusted, high-quality content and personalized learning experiences that use data, technology and learning science to help students progress towards their goals. Through our commitment to fostering a culture of innovation and belonging, we are dedicated to improving outcomes and access to education for all. We have over 30 offices across North America, Asia, Australia, Europe, the Middle East and South America, and make our learning solutions available in more than 80 languages. Visit us at mheducation.com or find us on Facebook, Instagram, LinkedIn or X.

**Pearson**

Pearson is the world's learning company, with expertise in educational courseware and assessment, and a range of teaching and learning services powered by technology. Our mission is to help people make progress through access to better learning. We believe that learning opens up opportunities, creating fulfilling careers and better lives. For more information, visit Pearson.com.

**Media Contacts**

Cengage:
Lindsay Stanley
lindsay.stanley@cengage.com
203-965-8634

Chegg:
Usher Lieberman
usher@chegg.com
408-785-2028

Ingram:
Keel Hunt keel@tsgnashville.com
615-321-3110

McGraw-Hill Education:
Catherine Mathis
catherine.mathis@mheducation.com





### Media Contacts

Cengage:
Lindsay Stanley
lindsay.stanley@cengage.com
203-965-8634

Chegg:
Usher Lieberman
usher@chegg.com
408-785-2028

Ingram:
Keel Huntkeel@tsgnashville.com
615-321-3110

McGraw-Hill Education:
Catherine Mathis
catherine.mathis@mheducation.com
646-766-2468

Pearson:
Scott Overland
scott.overland@pearson.com
202-909-4520

Share:

  

### Company Info

About Us

Careers

Contact & Locations

Investor Relations

Newsroom

Our Culture

Our Impact

Trust Center

### Get Help

Contact Customer Service

Contact Sales Rep

Check System Status

Get Support

Place an Order

### Additional Resources

Accessibility

Author Support

International Rights

Our AI Approach

Permissions

Purchase Order

Suppliers

Terms of Use | Privacy Center | Do Not Sell | Report a Vulnerability | Report Piracy | Site Map

© 2025 McGraw Hill. All Rights Reserved.