# EXHIBIT 13



| | |
|---|---|
| Document title: | Macmillan Learning Joins Industry Fight Against Counterfeit Educational Materials |
| Capture URL: | https://www.prweb.com/releases/macmillan_learning_joins_industry_fight_against_counterfeit_educational_materials/prweb15204786.htm |
| Page loaded at (UTC): | Tue, 25 Nov 2025 19:28:02 GMT |
| Capture timestamp (UTC): | Tue, 25 Nov 2025 19:30:05 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 3 |
| Capture ID: | t8fT7V2RzWpf4E6yBgwAar |
| Display Name: | Helen.Liu |

PDF REFERENCE #:     msJjfDPy7guMGQJkif8vgH

Why PRWeb   How It Works   Who Uses It   Pricing   Login   GDPR   Create a Free Account

News  Resources  Contact  Search

News in Focus  Business & Money  Science & Tech  Lifestyle & Health  Policy & Public Interest  People & Culture

# Macmillan Learning Joins Industry Fight Against Counterfeit Educational Materials [USA - English ▼]

NEWS PROVIDED BY
**Macmillan Learning**
Feb 15, 2018, 10:00 ET

SHARE THIS ARTICLE



(PRWEB) February 15, 2018 -- Macmillan Learning, a premier education solutions company, today announced an agreement to join the Educational Publishers Enforcement Group ("EPEG") and will formally endorse the Anti-Counterfeit Best Practices ("Best Practices") created by EPEG and its partners. By joining this team of content providers including Cengage, Elsevier, McGraw-Hill Education and Pearson, and working with distributors like Barnes & Noble Education, Chegg, Follett and Ingram, which have endorsed the Best Practices, Macmillan Learning is now part of the largest industry effort in identifying and eliminating counterfeit textbooks.

> At Macmillan Learning, our mission is simple– to improve lives through learning by helping each learner reach their fullest potential. There is a trust that is inherent in this mission, so there is no place for counterfeiters in our ecosystem.
>
> ✕ Post this

Last year, EPEG developed Best Practices to address and combat the growth in production and sales of counterfeit textbooks. Although the production of counterfeit materials is a copyright infringement and a violation of federal law, publishers and vendors noted a troubling increase in illegal activity in recent years.

"Our company revolves around enabling instructors and institutions to deliver and optimize learning for students. This requires the best authorship and domain experts in the world to create pedagogically sound and researched education solutions," said Macmillan Learning CEO Ken Michaels. "It takes enormous time, energy and commitment to fulfill this life's work and these experts deserve our support and the country's IP protection. We are pleased to join EPEG to fully endorse the best practices we have embraced."

EPEG Best Practices outline immediate steps designed to eliminate counterfeit textbooks from the market. Found at http://www.stopcounterfeitbooks.com, the Best Practices include over 19 different steps geared to avoiding counterfeit textbooks including important advice on partnering with reliable sources and vendors.

Last year, EPEG developed Best Practices to address and combat the growth in production and sales of counterfeit textbooks. Although the production of counterfeit materials is a copyright infringement and a violation of federal law, publishers and vendors noted a troubling increase in illegal activity in recent years.

"Our company revolves around enabling instructors and institutions to deliver and optimize learning for students. This requires the best authorship and domain experts in the world to create pedagogically sound and researched education solutions," said Macmillan Learning CEO Ken Michaels. "It takes enormous time, energy and commitment to fulfill this life's work and these experts deserve our support and the country's IP protection. We are pleased to join EPEG to fully endorse the best practices we have embraced."

EPEG Best Practices outline immediate steps designed to eliminate counterfeit textbooks from the market. Found at http://www.stopcounterfeitbooks.com, the Best Practices include over 19 different steps geared to avoiding counterfeit textbooks including important advice on partnering with reliable sources and vendors.

"We are working every day to create content and tools to improve student outcomes," said Macmillan Learning General Manager Susan Winslow. "The increase in counterfeit materials has negatively impacted our ability to invest in the future platforms and programs, and we cannot allow it to continue."

"We look forward to collaborating with our industry colleagues to quickly and immediately address this issue," said Mr. Michaels. "At Macmillan Learning, our mission is simple– to improve lives through learning by helping each learner reach their fullest potential. There is a trust that is inherent in this mission, so there is no place for counterfeiters in our ecosystem."

Information and warning signs on how to avoid, identify, and report illegal activity can also be found at http://www.stopcounterfeitbooks.com .

About Macmillan Learning
Macmillan Learning improves lives through learning. Our legacy of excellence in education continues to inform our approach to developing world-class content with pioneering, interactive tools. Through deep partnership with the world's best researchers, educators, administrators, and developers, we facilitate teaching and learning opportunities that spark student engagement and improve outcomes. We provide educators with tailored solutions designed to inspire curiosity and measure progress. Our commitment to teaching and discovery upholds our mission to improve lives through learning. To learn more, please visit http://www.macmillanlearning.com or see us on Facebook, Twitter, LinkedIN or join our Macmillan Community.

Kate Geraghty, Macmillan Learning, http://www.macmillanlearning.com, +1 4126546004,
kate.geraghty@macmillan.com

Contact PRWeb
11AM ET Sunday – 8PM ET Friday
Contact Us

About PRWeb
About PRWeb
Partners
Partnership Programs
Editorial Guidelines
Resources

Why PRWeb
Why PRWeb
How It Works
Who Uses It
Pricing

Accounts
Create a Free Account
Log in
Contact Us

Do not sell or share my personal information:
- Submit via Privacy@cision.com
- Call Privacy toll-free: 877-297-8921

Legal | Site Map | RSS | Cookie Settings

Copyright © 2025 Cision US Inc.