**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | |
| *Plaintiffs*, | **Case No. 1:24-cv-04274-JLR-BCM** |
| v. | |
| GOOGLE LLC, | |
| *Defendant*. | |

**[*PROPOSED*] ORDER**

BARBARA MOSES, United States Magistrate Judge:

This matter comes before the Court on Defendant's Letter Motion for a discovery conference seeking to compel Plaintiffs to produce certain documents Plaintiffs have withheld as privileged. Upon consideration of the parties' submissions, the Court hereby ORDERS Plaintiffs to produce the following documents to Google by January 6, 2025:

| Document Categories | To be Produced (Yes/No): |
|---|---|
| All documents withheld on Plaintiffs' fifth privilege log, served on November 19, 2025. | |
| All documents withheld on the basis of the common interest rule.  This includes documents in Rows  1-10, 12, 14, 16-26, 28-30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50-59, 61- 63, 65, 67, 69, 71, 73, 75, 77, 79, 81, 83, 85, 87, 89, 91, 93, 95-98, 100-120, 123-142, 144-146, 148, 150, 152, 154, 156, 158, 160, 162, 164, 166, 168, 170, 172, 174, 176, 178-237, 239-267, 269-292, 294, 296, 298, 300-630, 632-644, 646-660, 663, 665-675, 677-679, 681-693, 695-698, 701-703, 705-745, 747-751, 755-759, 762- | |

| | |
|---|---|
| 771, 775, 783-799, 803-874, 877, 884-890, 897-971, 973-1250, 1252-1258, 1260, 1261, 1263-1350, 1352-1375, 1377, 1379, 1381, 1383, 1385, 1387, 1389-1433, 1441-1475, 1481-1483, 1485-1718, 1720, 1722-1918, 1923-2142. | |
| All documents withheld on the basis of the common interest rule and over which Plaintiffs assert only attorney-client privilege. This includes documents in Rows 488, 519-562, 572, 579, 586-588, 590-623, 654, 658-660, 663, 665-675, 677-679, 681-690, 692, 693, 695-698, 1050-1052. | |
| All withheld documents that include representatives of BCGuardian. This includes documents in Rows 11-16, 484, 485, 511, 512, 624-627, 629, 630, 632, 635, 636, 646-650, 705-715, 721-727, 729-732, 736-738, 803-809, 817-848, 854, 866, 927-943, 946-953, 956-971, 974-979, 982-989, 1081, 1082, 1084-1098, 1252, 1321-1328, 1333-1336, 1352, 1410-1433, 1453, 1454, 1516-1521, 1531-1536, 1556-1579, 1586-1601, 1604-1629, 1632-1650, 1659-1718, 1722-1794, 1797-1810, 1813-1820, 1823-1918, 1923-2142. | |
| All withheld documents related to this litigation that include representatives of non-party Pearson Education, Inc. This includes documents in Rows 327-372, 375-486, 489, 490, 493, 494, 500, 502-506, 512, 515, 518, 1444-1452, 1455-1465, 1468-1475, 1481-1483, 1485-1521, 1524-1527, 1529-1536, 1541-1718, 1724-1794, 1797-1810, 1813-1918, 1923-2142. | |
| All documents withheld on the basis of the common interest rule that do not relate to any identified litigation and over which Plaintiffs assert attorney work product. This includes documents in Rows 487, 491, 492, 495-499, 501, 507-511, 513, 514, 516, and 517. | |

Dated: _____

      New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge