UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br>    *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br>    *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

### CERTIFICATE OF SERVICE

I, Roberto Borgert, hereby certify that on November 26, 2025, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Under Seal Google's Letter Reply in Support of its Letter Motion for Pre-Motion Discovery Conference, Attorney Declaration of Sarah Tomkowiak and Related Exhibits;

- Google's Letter Reply in Support of its Letter Motion for Pre-Motion Discovery Conference; and

- Attorney Declaration of Sarah Tomkowiak and Exhibits 1-13.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com

    Yunyi Chen – ychen@oandzlaw.com
    Uriel Lee – ULee@oandzlaw.com
    Katheryn J. Enters – Katheryn@oandzlaw.com
    Danae Tinelli – Danae@oandzlaw.com
    Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

    Roberto J. Borgert