**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## <u>CERTIFICATE OF SERVICE</u>

I, Roberto Borgert, hereby certify that on November 26, 2025, I served counsel for non-party BCGuardian LLC with the true and correct copies of the following documents via electronic mail:

- Letter Motion to File Under Seal Google's Letter Reply in Support of its Letter Motion for Pre-Motion Discovery Conference, Attorney Declaration of Sarah Tomkowiak and Related Exhibits;

- Google's Redacted Letter Reply in Support of its Letter Motion for Pre-Motion Discovery Conference; and

- Redacted Attorney Declaration of Sarah Tomkowiak and Exhibits 2-5.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Jeff Gould – jeff@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for BCGuardian LLC*

Roberto Borgert