**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

November 26, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 20A
New York, New York 10007

Re: *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
<u>Letter Motion to Seal Google's Letter Reply ISO its Motion for Pre-Motion Discovery Conference Regarding the Addition of Targeted Custodians, Expanded Search Terms, and Production of Related ESI and Related Declaration and Exhibits</u>

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google submits this letter motion seeking the Court's approval to redact Google's Letter Motion ISO its Motion for Pre-Motion Discovery Conference Regarding the Addition of Targeted Custodians, Expanded Search Terms, and Production of Related ESI (the "Letter Reply"), to redact the Declaration of Laura E. Bladow filed in support of Google's Letter Reply (the "Declaration"), and to seal Exhibits C–H to the Declaration, collectively (the "Documents").

The Documents contain information and materials designated by Plaintiffs as "Confidential" or "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82. Google files this motion solely based on Plaintiffs' position that the information contained in these materials is confidential and must be sealed. Google takes no position on whether such materials must be sealed.

Pursuant to Your Honor's Rule 3(f), the parties corresponded regarding the content of the Documents on November 26, 2025. Plaintiffs maintained their position that the Documents are confidential and should be filed under seal. Google has informed Plaintiffs that they must file, within three court days, a letter explaining the need to seal or redact the Documents.

LATHAM & WATKINS LLP

                                          Respectfully submitted,

                                          */s/ Sarah A. Tomkowiak*
                                          Sarah A. Tomkowiak *(pro hac vice)*
                                          of LATHAM & WATKINS LLP

cc:     All Counsel of Record (via ECF)