# EXHIBIT A

| | |
|---|---|
| **From:** | Matt Oppenheim <Matt@oandzlaw.com> |
| **Sent:** | Tuesday, November 25, 2025 4:03 PM |
| **To:** | Michele Murphy; Bladow, Laura (DC); Jeff Kane; Danae Tinelli; Lauren Bergelson; Yunyi Chen; Uriel Lee; Tomkowiak, Sarah (DC) |
| **Cc:** | #C-M GOOGLE CENGAGE - LW TEAM |
| **Subject:** | Re: Cengage v. Google: Sealed Filings for Service |

That is simply not believable

---

**From:** Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>
**Sent:** Tuesday, November 25, 2025 4:19:34 PM
**To:** Michele Murphy <michele@oandzlaw.com>; Laura Bladow <Laura.Bladow@lw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Danae Tinelli <Danae@oandzlaw.com>; Lauren Bergelson <LBergelson@oandzlaw.com>; Yunyi Chen <YChen@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** GOOGLECENGAGE.LWTEAM@lw.com <GOOGLECENGAGE.LWTEAM@lw.com>
**Subject:** RE: Cengage v. Google: Sealed Filings for Service

Counsel,

You are misinterpreting Ms. Bladow's declaration, which did not reveal the contents of either clawed-back document, neither of which was cited to "support" Ms. Bladow's belief that Ms. Powell's documents would contain information regarding certain topics, "<u>based on her role</u>."

If there is time left at the end of our 30-minute meet and confer at 4:30, we can address to the extent there is anything left to address.

Best,

**Sarah A. Tomkowiak**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2335 | M: +1.217.417.3312

---

**From:** Michele Murphy <michele@oandzlaw.com>
**Sent:** Tuesday, November 25, 2025 3:09 PM
**To:** Bladow, Laura (DC) <Laura.Bladow@lw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Danae Tinelli <Danae@oandzlaw.com>; Lauren Bergelson <LBergelson@oandzlaw.com>; Yunyi Chen <YChen@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** #C-M GOOGLE CENGAGE - LW TEAM <GOOGLECENGAGE.LWTEAM@lw.com>
**Subject:** Re: Cengage v. Google: Sealed Filings for Service

Counsel,

In the attached and filed declaration, Dkts. 289-290, Ms. Bladow referenced two clawed-back privileged documents to support an argument that: "Based on her role at Elsevier, Ms. Powell's documents are likely to contain relevant

1

information regarding Elsevier's digital marketing and advertising strategy, including any impact on Elsevier from Google's ban of ebook advertising on Shopping." Para. 41. Immediately after this sentence, the declaration references two documents (and only two), both of which we clawed back. n.3. This improperly revealed the content of the documents (according to Google). Plaintiffs were hamstrung in their ability to respond in their opposition, because they were not going to discuss the substance of clawed back privileged documents that should be treated as though they were not produced. We would like to discuss how to handle this situation. Are you available to do so during the 4:30 meet-and-confer today? If not, please provide some times tomorrow.

Best regards, Michele

Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
202.450.5643
michele@oandzlaw.com  |  www.oandzlaw.com



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

---

**From:** "Laura.Bladow@lw.com" <Laura.Bladow@lw.com>
**Date:** Tuesday, November 18, 2025 at 10:54 PM
**To:** Michele Murphy <michele@oandzlaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>, Lauren Bergelson <LBergelson@oandzlaw.com>, Yunyi Chen <YChen@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** "GOOGLECENGAGE.LWTEAM@lw.com" <GOOGLECENGAGE.LWTEAM@lw.com>
**Subject:** Cengage v. Google: Sealed Filings for Service

Counsel,

Please find attached for service Google's Letter Motion to File Sealed and Redacted Documents and the under-seal filings Google submits in connection with its Letter Motion for Pre-Motion Discovery Conference. These will be filed on the docket shortly. Pursuant to Judge Moses's Rule 3(f), Plaintiffs must file, within three court days, a letter explaining the need to seal or redact the materials.

Regards,
Laura

**Laura Elizabeth Bladow**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2367
Email: laura.bladow@lw.com

https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.