# EXHIBIT B

| | |
|---|---|
| **From:** | Danae Tinelli <Danae@oandzlaw.com> |
| **Sent:** | Wednesday, November 26, 2025 6:09 AM |
| **To:** | Bladow, Laura (DC); Google Service List |
| **Cc:** | Internal Google; Michele Murphy |
| **Subject:** | Re: Cengage v. Google - Hit Reports |
| **Attachments:** | 2025.11.25 Hit Reports re Dkt 321.pdf |

Per the below, attached is the report with a Confidential marker.

Best,

Danae Tinelli  |  Associate
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
Direct: 202.851.4070

Danae@oandzlaw.com  |  www.oandzlaw.com
Connect with us on LinkedIn



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

---

**From:** Michele Murphy <michele@oandzlaw.com>
**Date:** Wednesday, November 26, 2025 at 8:59 AM
**To:** Laura Bladow <Laura.Bladow@lw.com>, Danae Tinelli <Danae@oandzlaw.com>, Google Service List <GoogleServiceList@oandzlaw.com>
**Cc:** Internal Google <InternalGoogle@oandzlaw.com>
**Subject:** Re: Cengage v. Google - Hit Reports

Counsel,

Our understanding is that Page 7 of the report referencing "Review" shows hits for documents that would have to be re-reviewed. We also are designating the reports Confidential. We will resend them with a Confidential marker.

Best regards, Michele

Michele H. Murphy
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
202.450.5643
michele@oandzlaw.com  |  www.oandzlaw.com

1



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

---

**From:** "Laura.Bladow@lw.com" <Laura.Bladow@lw.com>
**Date:** Tuesday, November 25, 2025 at 5:48 PM
**To:** Danae Tinelli <Danae@oandzlaw.com>, Google Service List <GoogleServiceList@oandzlaw.com>
**Cc:** Internal Google <InternalGoogle@oandzlaw.com>
**Subject:** RE: Cengage v. Google - Hit Reports

Thank you, Danae.  Can you please clarify what page 7 of the report references?

**Laura Elizabeth Bladow**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2367

---

**From:** Danae Tinelli <Danae@oandzlaw.com>
**Sent:** Tuesday, November 25, 2025 3:34 PM
**To:** Google Service List <GoogleServiceList@oandzlaw.com>
**Cc:** Internal Google <InternalGoogle@oandzlaw.com>
**Subject:** Cengage v. Google - Hit Reports

Counsel,

Please see the attached hit reports, as referenced in the Murphy declaration filed yesterday at Dkt. 321.

Best,
Danae Tinelli  |  Associate
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
Direct: 202.851.4070
Danae@oandzlaw.com  |  www.oandzlaw.com
Connect with us on LinkedIn

---

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.