**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 1, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> Re:  *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> Letter Motion for Leave to File Short Sur-Reply re: Dkt. 324

Dear Judge Moses:

On behalf of Google LLC in the above-captioned matter, we respectfully request leave to file a short sur-reply of less than two full pages in response to Plaintiffs' Letter Response in Support of Plaintiffs' Letter Motion to Submit Declaration for *In Camera* Review, Dkt. 324 ("Plaintiffs' Reply").

Plaintiffs' Reply improperly raised new arguments in support of Plaintiffs' request to file an additional declaration for *in camera* review.  To address those arguments, Google seeks leave to submit the sur-reply attached as **Exhibit A**, which can be filed within one business day of the Court granting Google leave to do so.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)