

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

December 1, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

    Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact 1) portions of Plaintiffs' Reply ISO Letter Motion (Dkt. 295) for Discovery Conference Regarding Searching Google's Buganizer System; 2) portions of the accompanying declaration of Christopher Thompson (the "Documents").

    The Documents contain information that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents should be redacted or sealed, but may do so after Google files its request for sealing.

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google on Sunday November 30 with a description of the documents Plaintiffs intended to seal or redact. The parties had previously conferred regarding these redactions in connection with Google's opposition letter (Dkt. 326).

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                                         Respectfully submitted,

                                                                         /s/ *Jeff Kane*
                                                                         Jeff Kane