IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**Attorney Declaration of Jeff Kane in Support of Plaintiffs' Reply
ISO Letter Motion for Discovery Conference (Dkt. 295) Regarding Searching Google's
Buganizer System**

　　1.　　I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Reply ISO Letter Motion (Dkt. 295) for Discovery Conference Regarding Searching Google's Buganizer System.

　　2.　　I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

　　3.　　Based on Plaintiffs' review, of the 65 Buganizer tickets that Google has produced where the Reporter/Assignee can be seen, 62 contain messages sent by someone other than the "Reporter" or the "Assignee." In some of these tickets, the list of individuals who are "CC'd" is cut off, or a listserv is CC'd. Thus, it is often not clear whether the person sending the message is in the "CC" field. But it is clear that the individual sending messages through the Buganizer system is not limited to individuals who are listed as the "Reporter" or "Assignee".

　　4.　　During the parties' November 18 meet-and-confer, Google represented that it would only agree to a custodian-based approach if Plaintiffs agree to limit the search to a small number of custodians and search terms and exclude the "CC" field. When Plaintiffs asked why the

1

"CC" field is properly excluded, Google's counsel speculated that like in an email, a "CC'd" individual is less involved in a Buganizer ticket than the "Reporter" or "Assignee," and could offer no additional information like test search results or hit counts.

5. Before Google filed Dkt. 326 and Dkt. 329 on November 25, at no point during the parties' months-long negotiations about the Buganizer did Google inform Plaintiffs that Google can query the Buganizer to identify not only how many components, but which specific components, contain at least one issue where the "Reporter," "Assignee" or "CC fields" contain a specific individual or alias.

6. On November 26, after reviewing Google's letter response (Dkt. 326), Plaintiffs promptly reached out to Google's counsel to provide the list of the 859 components and identify the 196 and 116 "access-controlled" components. Google would only provide the list of the 431 components which do not contain any Buganizer ticket where an existing custodian is listed in the "CC" field.

> Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed December 1, 2025 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane