UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

    -against-

GOOGLE LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/25
```

24-CV-4274 (JLR) (BCM)

**DISCOVERY ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during yesterday's conference:

1.    Defendant's letter-motion (Dkt. 245) to redact the October 8, 2025 Hearing Transcript (Tr.) (Dkt. 218) is GRANTED IN PART. Google may not redact the following information:

    a.  the internal name of its Issue Tracker (Tr. at 33:11; 59:5, 7; 71:16, 19, 21, 24; 104:17, 22; 105:1, 6, 9, 15, 17, 19, 21, 23, 25; 106:2; 107:1, 3-6, 15, 18, 20, 24; 108:2, 17-18; 109:2, 23; 110:21; 111:11, 19; 112:13, 16; 113:9; 114:7; 115:8; 116:25; 117:10; 119:16; 123:4; 125:1; 127:9, 12, 19; 131:25; 132:18; 219:19);

    b.  reference to its agents (*id.* at 70:3-4);

    c.  descriptions of certain produced materials (*id.* at 65:7-8; 75:9-10);

    d.  the location of one of its employees (*id.* at 84:5, 19); and

    e.  the "generic terms" or "high-level" descriptions appearing at 65:13-14, 97:21, 102:18-19, 104:13.

2.    Defendant's letter-motion (Dkt. 257) to redact the October 14, 2025 Hearing Transcript (Dkt. 223) is GRANTED.

3.    For docketing purposes, defendant should submit the appropriately redacted October 8, 2025 Hearing Transcript to the Court, via email, with all parties copied. Defendant need not re-submit the redacted October 14, 2025 hearing transcript.

4.    Plaintiffs' October 24, 2025 discovery motion (Dkt. 226) is GRANTED IN PART. No later than **February 6, 2026**, Google must produce:

a.    For the period January 1, 2021 through March 31, 2025, all infringement notices Google received alleging that the 261 websites that are the subject of Plaintiffs' motion (the "261 websites") were selling infringing products, and Google's responses to those notices (what Google provided in, *e.g.*, it seventh production);

b.    The account numbers of all Merchant Center accounts presently or previously associated with the 261 websites, identifying information for each of those accounts (similar to what Google produced at, *e.g.*, GOOG-CENG-00000703, GOOG-CENG-00392941, and GOOG-CENG-00392942), as well as the account numbers of all associated Google Ads accounts (*e.g.*, what Google produced at GOOG-CENG-00419904); and

c.    For the period January 1, 2021 through March 31, 2025, the Shopping ads that Google ran concerning the 261 websites, including "offer" data (*i.e.*, what Google produced in its sixth and fourteenth productions), and "ads" data (*i.e.*, what Google produced in its twentieth production);

The Clerk of Court is respectfully directed to close the motions at Dkts. 226, 245, and 257.

Dated: New York, New York        **SO ORDERED.**
December 2, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2