**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al. | |
| Plaintiffs, | |
| v. | **Civil Action No. 24-cv-04274-JLR-BCM** |
| GOOGLE LLC, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2025, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below. The documents filed under seal at Dkt. 357 and Dkt. 357-1 correct Dkt. 352 which inadvertently did not include Exhibit A thereto. The document filed under seal at Dkt. 357 is identical to Dkt. 352. The document filed under seal at Dkt. 357-1 is identical to the public version filed at Dkt. 358-1.

- Dkt. 352: Plaintiffs' Reply ISO Letter Motion for Discovery Conference Regarding Searching Google's Buganizer System (Dkt. 295)

- Dkt. 355: Declaration of Christopher Thompson in Support of Plaintiffs' Reply ISO Letter Motion for Discovery Conference (Dkt. 295) Regarding Searching Google's Buganizer System

- Dkt. 357: CORRECTED Declaration of Christopher Thompson in Support of Plaintiffs' Reply ISO Letter Motion for Discovery Conference (Dkt. 295) Regarding Searching Google's Buganizer System

- Dkt. 357-1: Exhibit A, curriculum vitae of Christopher Thompson

*/s/ Yunyi Chen*
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
ychen@oandzlaw.com