UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

  -against-

GOOGLE LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2025__

24-CV-4274 (JLR) (BCM)

**DISCOVERY ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the December 1, 2025 discovery conference, the parties are directed to meet and confer concerning the issues raised in plaintiffs' November 3, 2025 discovery motion (Dkts. 237, 239) in a good-faith attempt to resolve or narrow their dispute. No later than **December 10, 2025**, they must submit a <u>joint</u> update letter (no longer than six pages, exclusive of any necessary exhibits) advising the Court as to whether they have come to agreement on a proposal for resolving this dispute. If the parties have not reached an agreement, the letter must outline their respective proposals, and the parties should be prepared to discuss those proposals at the discovery conference scheduled for December 15, 2025.

Dated: New York, New York
       December 2, 2025

SO ORDERED.

_____
**BARBARA MOSES**
United States Magistrate Judge