**O+Z | Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

December 2, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:  *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> Plaintiffs' Letter Opposing Google's Motion (Dkt. 325) to Seal Google's Opposition to Plaintiffs' Motion re Searching the Buganizer

Dear Judge Moses,

We represent all Plaintiffs in the above matter. We write in opposition to Google's motion (Dkt. 325) to redact portions of Google's opposition to Plaintiffs' motion regarding searching the Buganizer system and Google's accompanying declarations. As it has before, Google fails to explain why many of the terms and information it seeks to redact are proprietary, or pose any risk of mischief if revealed to the public.

**I.   The names of Google's non-proprietary tools need not be redacted.**

Google seeks to redact the names of two tools it uses to perform unremarkable functions.

The first (appearing at Dkt. 329 ¶¶ 12, 16) is simply a tool Google uses to gather statistics about documents in its Buganizer platform. But Google uses the name of this feature *publicly* on its own webpages,[1] including pages for developers[2] and in connection with Google's Cloud services.[3] Just as the name "Buganizer" itself cannot be redacted per this Court's order at Dkt. 359 ¶ 1(a), the name of this feature within the Buganizer cannot be redacted.

The second (appearing at Dkt. 326 p. 4, Dkt. 328 pp. 1 and 2, and Dkt. 329 ¶ 10) is a tool that simply creates .pdf copies of webpages. Converting to .pdf *en masse* is not proprietary technology (Google is happy not to redact its description of this tool). Other tools perform the same function.[4] And Google has not explained how revealing the name of this mundane tool will pose a danger to Google.

---

[1] https://docs.cloud.google.com/python/docs/reference/contactcenterinsights/latest/google.cloud.contact_center_insights_v1.types.IssueModelLabelStats.IssueStats

[2] https://googleapis.dev/nodejs/contactcenterinsights/latest/google.cloud.contactcenterinsights.v1.IssueModelLabelStats.IssueStats.html

[3] https://docs.cloud.google.com/php/docs/reference/cloud-contact-center-insights/latest/V1.IssueModelLabelStats.IssueStats

[4] https://scrapzilla.vercel.app/

Hon. Barbara Moses
December 2, 2025
Page 2 of 2

**II.     The claimed search limitations of Google's Buganizer system should not be redacted.**

Google seeks to redact an explanation of what Google claims is a limitation on the search functionality of its Buganizer system. Dkt. 327-1 at 19 (third paragraph from the bottom). Google has offered no explanation as to how public knowledge of this limitation of Google's antiquated system poses a risk of misuse or a danger to Google. Indeed, Google's claims about the limitations of this system *should* be public, so that Google cannot make inconsistent claims in other litigation.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeff Kane*
Jeff Kane