UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., et al., | |
| Plaintiffs, | |
| -against- | 24:CV-4274-JLR-BCM |
| GOOGLE LLC, | **[PROPOSED] DISCOVERY ORDER** |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

For good cause show, Plaintiffs' December 5 motion for preclusion (Dkt. 370) is GRANTED.

This Court previously ordered Google to produce by November 13, 2025 any documents or data concerning the date on which Google claims to have delisted relevant URLs (i.e., the date on which Google claims to have removed an ad initiated by one of the merchants Plaintiffs identified as directly infringing Plaintiffs' works) ("Delisting Date"). Dkt. 221 ¶ (c).

The Court understands that in response to that Order, Google produced one spreadsheet, GOOG-CENG-00441970 on November 13, 2025.

Accordingly, Google is precluded from:

1. Introducing or relying on any document concerning Delisting Dates, to the extent such document was not produced by November 13, 2025.

2. Offering testimony regarding Delisting Dates to the extent such testimony describes or is based on a review of any document that was not produced by November 13, 2025.

To the extent Google wishes to produce documents concerning its process for accomplishing delistings generally (i.e. not limited to the merchants Plaintiffs identified as infringing Plaintiffs' works), including the timing of such delistings, such documents are due on January 6, 2026. To the extent Google seeks to introduce testimony concerning delistings that is not addressed by nos. 1 and 2 above, the Court can decide at that time (upon a proper motion) whether that testimony should be precluded. The Clerk of Court respectfully is directed to close the motion at Dkt. 370.

Dated: _____          SO ORDERED.
New York, New York

                                                        _____
                                                        Barbara Moses
                                                        United States Magistrate Judge