**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. The document was filed under seal on ECF at the docket entry noted below.

- Dkt. 370: Plaintiffs' Motion to Finalize the Court's Prior Order re Delisting Dates

<u>*/s/ Jeff Kane*</u>
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com

*Counsel for Plaintiffs*