IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>       *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>       *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

*[PROPOSED]* **ORDER**

BARBARA MOSES, United States Magistrate Judge:

This matter comes before the Court on Defendant's Letter Motion for Pre-Motion Discovery Conference Regarding Google's Requests for Production and Plaintiffs' Withheld Documents. Upon consideration of the parties' submissions, the Court hereby ORDERS that Plaintiffs shall promptly expand the scope of their custodial and electronic discovery as follows:

(1) Plaintiffs shall produce all remaining documents responsive to RFPs 16–20, 81–83, and 85.

(2) Plaintiffs shall produce, for *in camera* review, a sampling of complete, unredacted documents for each category of improperly withheld documents identified in each of paragraphs 12, 13(a), 13(b), 13(c), 13(d), 13(e), 13(f) of the Bladow Declaration dated

December 5, 2025, as well as BCG-Google00002605 and a sampling of documents Plaintiffs have redacted for privilege in their complete, unredacted form.

(3) Plaintiffs shall produce, for *in camera* review, unredacted copies of documents originally produced at bates numbers PL0000830296, PL0000777840, PL0000777835, PL0000777829, PL0000770171, and PL0000770179.

Dated: _____
New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge

2