**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 5, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
   Letter Motion to File Sealed and Redacted Documents

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google submits this letter motion seeking the Court's approval to redact Google's Letter Motion for Rule 37 Relief Due to Plaintiff McGraw Hill's Spoliation (the "Letter Motion") and to seal exhibits to the Declaration of Sarah Tomkowiak filed in support of Google's Letter Motion, collectively (the "Documents").

The Documents contain information and materials designated by Plaintiffs as "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82. Google files this motion solely based on Plaintiffs' position that the information contained in these materials is highly confidential and must be sealed. Google takes no position on whether such materials must be sealed.

Pursuant to Your Honor's Rule 3(f), the parties met and conferred on December 5, 2025. Plaintiffs maintained their position that the Documents are confidential. Google has informed Plaintiffs that they must file, within three court days, a letter explaining the need to seal or redact the Documents.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak *(pro hac vice)*
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)