IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

### DECLARATION OF SARAH TOMKOWIAK

I, Sarah Tomkowiak, declare that:

1. I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC in this matter.

2. I submit this declaration in connection with Google's Letter Motion for Rule 37 Relief Due to Plaintiff McGraw Hill's Spoliation.

**McGraw Hill's Lack of Document-Retention Procedures**

3. I am the recipient of an email thread between counsel for Google and counsel for Plaintiffs with the subject line, "Cengage v. Google | Plaintiffs' Spoliation," with emails sent on or between December 1, 2025, and December 4, 2025.

4. As part of that email thread, on December 4, 2025, my colleague Roberto Borgert, counsel for Google, requested that McGraw Hill provide Google the "ordinary document retention policy" that counsel for McGraw Hill claimed applied to the deleted PST files of Angela Johns

and Fred Koons.  Mr. Borgert later reiterated that request, including on a meet and confer[1] and in subsequent email correspondence.  On December 5, 2025, Mr. Borgert again asked the status of this request on another meet and confer relating to sealing.  As of the time of this filing, counsel for McGraw Hill has not taken a position on this request.

**McGraw Hill's Custodial Production**

5. I am a recipient of McGraw Hill's document productions.  Of the 269 custodial documents McGraw Hill has produced, Dkt. 289 at 2, I understand that Ms. Johns and Mr. Koons appear on a total of nine documents, each of which I have reviewed: PL0000544913, PL0000544918, PL0000544956, PL0000545833, PL0000545850, PL0000545865, PL0000795071, PL0000795075, and PL0000795127.  True and correct copies of these nine documents are attached, in order of Bates number, as **Exhibits A** through **I**.  From my review of the documents, Ms. Johns appears on four documents without Mr. Koons.  *See* Exs. A, D, F, H.  Mr. Koons is on one document without Ms. Johns.  *See* Ex. B.  And both Ms. Johns and Mr. Koons are on the remaining four documents.  *See* Exs. C, E, G, I.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on December 5, 2025, in McLean, Virginia.        /s/ *Sarah A. Tomkowiak*
                                                          Sarah A. Tomkowiak

---

[1] That meet and confer concerning McGraw Hill's spoliation, and other issues, occurred on December 4, 2025, from 11 a.m. ET until approximately 12:20 p.m. ET.  In attendance for Plaintiffs were Michele Murphy and Danae Tinelli.  In attendance for Google were Sarah Tomkowiak, Roberto Borgert, Laura Bladow, Leticia Salazar, and Wilson Boardman.  Counsel for McGraw Hill took the position that no spoliation by McGraw Hill had occurred.