IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I, Roberto Borgert, hereby certify that on December 5, 2025, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Under Seal Google's Letter Motion for Rule 37 Relief Due to Plaintiff McGraw Hill's Spoliation and Related Exhibits;
- Letter Motion for Rule 37 Relief Due to Plaintiff McGraw Hill's Spoliation; and
- Declaration of Sarah Tomkowiak and Exhibits A through I.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com

Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Roberto J. Borgert