

Michele Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

December 9, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

    Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Claim to Have "Verified" Pirates.

    Plaintiffs' Letter Motion contains information from documents that Google has marked either "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Letter Motion should be redacted, but may do so after Google files its request for redactions.

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google on Wednesday December 3 and Tuesday December 9 with a detailed description of the documents Plaintiffs' intended to seal or redact. The parties met and conferred on Friday December 5 to narrow the sealing and redactions request.

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                                              Respectfully submitted,

                                                                         /s/ *Michele H. Murphy*
                                                                         Michele H. Murphy