UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., et al.,<br><br>        Plaintiffs,<br>  -against-<br><br>GOOGLE LLC,<br><br>        Defendant. | 24:CV-4274-JLR-BCM<br><br>**[PROPOSED] DISCOVERY ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For good cause show, Plaintiffs' December 9 discovery motion (Dkt. 386) is GRANTED.

This Court orders that, no later than January 6, 2026:

1. Google must search for and produce further non-privileged documents responsive to Plaintiffs' RFP 102. At a minimum, Google must produce documents regarding Google's process for verifying advertisers, including:
    a) Documentation Google requires advertisers to submit,
    b) Questions Google requires advertisers to answer, and
    c) Any analyses, policies, or procedures Google applies to that information and/or questions once Google receives them in order to "verify" the advertiser.

2. Google must search for and produce non-privileged documents responsive to Plaintiffs' RFP 101. At a minimum, Google must produce:

    1. Documents Google received as part of the verification process from the 1,500 pirates Plaintiffs have identified as having infringed their works (the "Pirates"),
    a) Answers to questions that Google received from the Pirates as part of the verification process,
    b) Records or analyses of the documents and/or answers Google received from the Pirates as part of the verification process,
    c) Records of any policies or procedures Google deployed in order to "verify" the information provided by these Pirates.

Dated: _____
New York, New York

SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge