# Exhibit 1

# Document Produced in Native Format

PL0000529951

