# Exhibit 2

# Document Produced in Native Format

PL0000529954

