# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOOGLE LLC,<br><br>        Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM**<br><br>**\*\*This document references information marked Highly Confidential – Attorneys' Eyes Only** |

**PLAINTIFFS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GOOGLE LLC**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs serve their Fourth Set of Requests for Production of Documents upon Defendant Google LLC. Defendant shall respond within 30 days of service of these requests in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court. Plaintiffs request that Defendant produce the documents described herein electronically to Jeff Kane, jkane@oandzlaw.com, or, if hard copies are produced, to the offices of Oppenheim + Zebrak, LLP, 461 5th Avenue, 19th Floor, New York, NY 10017.

**DEFINITIONS**

Plaintiffs incorporate by reference the Definitions contained in Plaintiffs' First Set of Requests for Production, dated September 3, 2024; Plaintiffs' Second Set of Requests for Production, dated April 1, 2025; and Plaintiffs' Third Set of Requests for Production, dated June 12, 2025.

1

*This document contains information marked Highly Confidential – Attorneys' Eyes Only*

## INSTRUCTIONS

Plaintiffs incorporate by reference the Instructions contained in Plaintiffs' First Set of Requests for Production, dated September 3, 2024; Plaintiffs' Second Set of Requests for Production, dated April 1, 2025; and Plaintiffs' Third Set of Requests for Production, dated June 12, 2025.

1. Unless otherwise specified, the relevant time frame for these Requests is January 1, 2020 through the present.

## REQUESTS FOR PRODUCTION

To the extent not already called for by Plaintiffs' First, Second, and Third Set of Requests for Production:

**REQUEST NO. 96**: For all domains listed in column A the "Shopping" tab of GOOG-CENG-00000761, all copyright infringement notices sent to Google by any person or entity concerning these domains.

**REQUEST NO. 97**: For all domains listed in column A the "Shopping" tab of GOOG-CENG-00000761 that You claim to have suspended, documents sufficient to show the date of such suspension; any Shopping Ads that You showed to any Google user after the purported date of suspension; and all communications concerning the suspension.

**REQUEST NO. 98**: All documents concerning the work performance of personnel who processed Plaintiffs' Infringement Notices in the Relevant Areas.

**REQUEST NO. 99**: Documents sufficient to show changes or updates that Google made to its Shopping platform that concern the advertisement of books since the filing of this case, including the appearance of book-specific headings on the Shopping page, such as "Textbooks" and "Ebooks."

*This document contains information marked Highly Confidential – Attorneys' Eyes Only*

**REQUEST NO. 100**: Documents sufficient to show where and how Google obtains the descriptions of the products and the images of the products in the "About this Product" section of Free Ads (i.e., the pop-up that appears when a user clicks a Free Ad).

**REQUEST NO. 101**: To the extent not called for by RFP 36, documents concerning all of the information provided to You by the Infringing Merchants in seeking "verification" of their identity from Google in connection with the Google Ads Transparency Center.

**REQUEST NO. 102**: Documents sufficient to show Google's processes and procedures concerning obtaining, verifying, and displaying identifying information for the product seller in connection with the Google Ads Transparency Center (e.g., https://adstransparency.google.com/?authuser=0&region=US).

**REQUEST NO. 103**: All communications, including any communications, assessments, analyses, or other documents in any systems or databases, concerning Infringing Merchants and Related Ads Merchants.

**REQUEST NO. 104**: All documents concerning any contracts or agreements between Google and Infringing Merchants or Related Ads Merchants, including documents sufficient to show the type of ad campaigns (e.g., Performance Max and Standard Shopping campaigns) they utilized and when.

**REQUEST NO. 105**: Documents sufficient to describe Google's "LR Tool," "Reporting Tracker ('Snoopy')," and "Cases" (the "main workflow tool")  (*see* VACO_000036), and, to the extent such tools concern or contain information regarding the Infringing Merchants or Related Ads Merchants, all documents reflecting such information.

**REQUEST NO. 106**: Documents sufficient to show any review or analysis that Google undertook concerning Infringing Merchants' or Related Ads Merchants' website landing pages.

*This document contains information marked Highly Confidential – Attorneys' Eyes Only*