# Exhibit 4

Advertising Policies Help

Describe your issue

Advertising Policies

List of ad policies    Review process    **Verification and transparency**    Change log

GOOG-CENG-00380363

# Ads transparency

Google provides translated versions of our Help Center, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Your confidence in Google's products and services is essential. We want you to be empowered to make informed decisions about the ads you see online.

Trust in advertisers on our platforms helps us deliver a smart and useful web experience for everyone. This means providing transparency about who our advertisers are, where they are located and information about their ad campaigns. In some countries, we may also be legally required to make certain information about ad campaigns publicly available to users of Google services.

## Where information is disclosed

### Ads Transparency Center

For ads served on Google platforms, including Google Search and YouTube, Google provides a searchable repository of advertisers and the ads they have served over a certain time period via the Ads Transparency Center ⧉. You'll be able to search for an advertiser, view information about the advertiser and the ads run by that advertiser during that period. This will enable you to learn more about an advertiser and report an ad if you believe it violates our policies.

You can search for an advertiser via the Ads Transparency Center by advertiser name or website name, with the option to filter their search results by serving region and date, for example.

Find out more by visiting the Ads Transparency Center here ⧉.

### Political & Election ads

Additional transparency information is available for political ads in the Ads Transparency Center for certain regions where Google's Political content policies apply.

### Ads disclosures

Additionally, Google provides timely information about an advertiser via the ad and its disclosures.

Through "My Ad Center ⧉", you can already find information on why particular ads are being shown on Google Search, YouTube, and Discover. You can see the name and location of verification for the advertiser behind a selected ad, which is information that was provided by the advertiser during Google's advertiser verification program.

### How disclosures look on different ad formats

**Search ads**

On search ads, you can access advertiser verification information through the 3-dot icon ⋮ on desktop, or the info icon ⓘ on mobile.

**Display ads**

Display ads reach the vast majority of Internet users. In most cases, you can view additional information about an ad you see by clicking on "Why this Ad?", accessed through the AdChoices icon ▷. You can also find it by clicking the X or the icon+ X.

**YouTube**

On YouTube, the "My Ad Center" disclosure can be viewed by clicking on the info icon ⓘ or the 3-dot icon ⋮.

### Political & Election ads

Additional disclosures are included in election ads run by verified election advertisers in regions where election ads verification is required, including where advertisers indicate their election ads contain synthetic or digitally altered content. Learn more about Google's Political content policies.

## What information is disclosed

### Information about the advertiser

Google will display information about advertisers' Google Ads or Display & Video 360 account in ads disclosures and the Ads Transparency Center. This includes advertisers who are verified through our advertiser verification program, advertisers who are verified under the Election ads verification program, and advertisers who have not yet undergone or completed the advertiser verification program.

Completion of the verification program requires an advertiser to complete a series of steps that includes providing basic information about their business and identity, submitting official documentation that shows their legal name, trademark name where applicable, address, and/or submitting supporting documents related to their business operations. Learn more about advertiser verification.

For advertisers who are verified, Google will display the advertiser's legal name, or trademark name

GOOG-CENG-00380364

and location as provided by the advertiser via the verification program. Verified advertisers will be labeled with a "verified" badge in the Ads Transparency Center and ads disclosures.

For advertisers who have not undergone verification, Google will display the advertiser's payments profile name and location as provided by the advertiser and these advertisers will be labeled with an "unverified" badge.

### Information about the ad campaigns

In the Ads Transparency Center and in ad disclosures, Google will show advertiser information such as the name, location, and the ads they have served over a certain time period for all advertisers serving ads on Google platforms (including Google Search and YouTube). This also includes advertisers who are verified under the Election ads verification program and advertisers who have not yet been verified by the advertiser verification program.

In order to comply with applicable laws, Google may also be required to disclose certain additional information about its advertisers and ad campaigns to users of its services, depending on the country.

### Political & Election ads

Additional disclosures are included in election ads run by verified election advertisers in regions where election ads verification is required, including where advertisers indicate their election ads contain synthetic or digitally altered content. Learn more about Google's Political content policies.

### View additional information disclosed by location

For ads served in certain countries or regions, Google will make the following additional information available in the Ads Transparency Center.

Austria ▼

- Targeting information
- Total number of recipients for each ad
- Subject matter label of the ad (at times Google-generated)

Google provides API access to data about ads served in the EEA in the Ads Transparency Center. Access to and usage of the data in the Ads Transparency Center is subject to the Ads Transparency Center terms of service.

Google may provide regulators and self-regulatory organizations with API access to existing data from the Ads Transparency Center about ads served outside of the EEA.

Give feedback about this article

Was this helpful?  

---

### Verification and transparency

Ads transparency

---



**Provide Feedback on Help Center**

*Internal Only*

Does this article contain errors or a missing translation? Let us know!

©2025 Google - Privacy Policy - Terms of Service

Language
English

GOOG-CENG-00380365

REPORT ISSUE

GOOG-CENG-00380366