# Exhibit 5

Advertising Policies Help          Describe your issue

Advertising Policies

List of ad policies          Review process          Verification and transparency          Change log

GOOG-CENG-00380370

# Advertiser verification

## ⓘ Resolve your Identity Verification Error

Help guide will help you with your Ads account identity verification process.

Dismiss   ⊕ Resolve

Google provides translated versions of our Help Center, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

💡 Display & Video 360 users should visit the Display & Video 360 help center for details about the advertiser verification program for Display & Video 360.

Build trust, increase transparency, and get access to more features by completing advertiser verification. You'll just need to complete a few tasks, such as answering a few questions about your organization. After getting verified, some of your info will appear in ad disclosures and the Ads Transparency Center ⧉ , which provides context about an advertiser and their ads.

Google will require you to complete one or more tasks as part of advertiser verification.

Google Ads will notify you via an in-account notification or an email when you need to complete advertiser verification and what your deadline will be.

**In this article**

- Advertiser verification
- Timelines for verification
- Tasks required for verification
- Document requirements for advertiser verification
- Issues with submitting documents
- Issues with answering questions about your business operations
- Change name or ownership
- Ads transparency

## Advertiser verification

### Why was I selected for advertiser verification?

Here are some reasons why you may have been selected:

- Your account is part of Google's transparency efforts, where all advertisers will eventually complete advertiser verification
- Your advertising behavior or your ad content was labeled as potentially suspicious
- You're running ads for certain industries, like financial services
- You're running ads on brand-related queries
- You're using features that are often misused
- Your account was suspended and, to submit an appeal, you need to complete verification. In this case, your account will remain suspended until your appeal is granted.

In some cases, Google Ads will pause your account until you complete advertiser verification. This could happen for a few reasons:

- Google Ads suspects that your ads violated Ads policies. This includes:
  - Misleading representation
  - Unreliable claims
  - Unidentified business
  - Business name requirements
  - Solicitation of funds
  - Sensitive events
  - Coordinated deceptive practices
- Google Ads suspects that your advertising or business practices may cause physical or monetary harm. This includes:
  - Misrepresenting yourself in your ad content
  - Offering financial products or services under false pretenses
  - Offering unauthorized customer support services on behalf of third parties
- Google Ads suspects that you're trying to circumvent advertiser verification
- Google Ads couldn't verify your information or your advertising behavior

GOOG-CENG-00380371

How will my information be used?

Google will use your information to:

• Verify your identity or your business operations

• Show an ad disclosure, which will include your name or organization's name and location

Some of your account information will also be publicly available, including:

• Name change history

• Ad creatives

• Dates and locations ads served

• Ads removed or accounts suspended for legal or policy reasons

• Organization contact information

Learn more about Ads transparency.

How can I see my verification status?

You can see your verification status on the advertiser verification page. It can take up to 5 business days for the verification status to update in your account. You'll get a notification, such as an email, if more info is needed from you or if there was an issue with one of your tasks. When you complete all the tasks, you'll get a confirmation email.

What's my responsibility as an advertiser?

As stated in the Google Ads Terms & Conditions, you're solely responsible for your use of Google Ads. For example, submitting false info will be a violation of the Circumventing Systems policy and result in the suspension of your account. Google Ads uses its best efforts to review and verify the provided info as part of verification, but in doing so doesn't guarantee or assume responsibility for your content or activity.

Why am I being asked to get verified again?

There's many reasons why Google Ads may ask you to get verified again. Usually, it's because there were significant changes in your Google Ads account, including making changes to your payments profile.

Timelines for verification

Your timeline for completing verification depends on whether your verification includes a deadline or not.

**Learn more about Timelines for verification.**

Tasks required for verification

Google Ads will notify you via an in-account notification or an email when you need to complete advertiser verification. The amount and types of tasks will depend on your account, billing set-up, and other factors.

**Learn more about Tasks required for verification.**

Document requirements for advertiser verification

You may be required to submit a document as part of verification.

**Learn more about Document requirements for advertiser verification.**

Issues with submitting documents

If there is an issue with your task, it means that Google couldn't verify your info. This usually happens because there was an issue with the submitted documents.

**Learn more about how to Fix issues with your documents.**

Change name or ownership

If you need to make changes to the name for ad disclosure or payments profile account type, you may need to provide additional documentation or information to verify your requested changes.

**Learn more about how to Change name or ownership.**

Issues with answering questions about your business operations

Sometimes, Google Ads can't verify your business operations after reviewing your answers.

**Learn more about Issues with answering questions about your business operations.**

GOOG-CENG-00380372



©2025 Google · Privacy Policy · Terms of Service

Language
English

## Ads transparency

Ads served on Google platforms, such as Google Search and YouTube, can be found in the Ads Transparency Center. People can search for an advertiser and see info about the advertiser and their ads.

**Learn more about Ads transparency.**

## Google Ads policy details

- If you violate Google Ads policy or provide false info during the verification program, you'll no longer be verified and your account may be suspended
- To run ads for certain industries, you'll need to complete extra tasks and meet certain requirements per Google Ads policy
- Google reserves the right to verify your info or business operations again. You'll get a notification when this verification is required. For example, you may be asked to complete advertiser verification again or answer questions about business operations again if there are significant changes in your Google Ads account, including making changes to your payments profile.
- Google may update these requirements at any time

## Need help?

If you have questions about our policies, contact Google Ads Support.

Give feedback about this article

**Was this helpful?**                                                                      👍  👎

## Advertiser verification

Advertiser verification

Timelines for Advertiser verification

Tasks required for Advertiser verification

Document requirements for advertiser verification

Advertiser Verification: Fix issues with your document

Advertiser Verification: Issues with answering questions about your business operations

Advertiser Verification: Change name or ownership



**Provide Feedback on Help Center**

*Internal Only*

Does this article contain errors or a missing translation? Let us know!

REPORT ISSUE

GOOG-CENG-00380373