# EXHIBIT 6

Sign in

the art of public speaking

about    Book by Dale Carnegie    :

## Sponsored products    :



The Art Of Public Speaking Stephen E Lucas
$15.20
eBook World
Free

The Art of Public Speaking 13th Edition by Stephe...
$5.50
Etsy
★★★★★ (4)

The Art of Public Speaking 2023 Release 13th
$15.89
e-book shop
Free

(25 Copies) Paperback The Art Of Public Speakin...
$122.25
Bulk Bookstore
$40 off $800+

The Art Of Public Speaking: 2023 Release By Lucas...
$78.00
McGraw Hill
By 12/19

5% OFF
The Art of Public Speaking: 2023 Release
$23.74 $25
CAS Resource
Discount code





# The Art of Public Speaking

Book by Stephen E. Lucas    :

M McGraw Hill
https://www.mheducation.com > highered > product - th... :

### The Art of Public Speaking

The award-winning The Art of Public Speaking offers a time-tested approach that has made it the most widely used college textbook on its subject in ...

$78.00 · ● In stock · $5 delivery · 21-day returns

## People also ask    :

What are the 5 P's of public speaking?

What is the art of public speaking?

 My Ad Center ✕

| )23 ...ill | (25 Copies) Paperback The Art Of Public Speaking - ... B Bulk Bookst... | The Art of Public Speaking 2023 Release 13th E e-book shop | The Art of Public Speaking 13th Edition by... E Etsy | The Ar Public Speak Stephe E eB |

🏳 Report

## About this advertiser ⌃

👤✓ Advertiser identity verified by Google ❓

**Advertiser**
Tucson Home Depot LLC

**Location**
United States

**See more ads** this advertiser has shown using Google

The advertiser is responsible for the accuracy of the following info, which Google has not confirmed

**Ad funded by**
nguyễn mậu đông

Get 5% OFF on all books! Apply coupon SALE5O

ALI
e-book store

HOME    ABOUT US    CONTACT US    RETURNS & REFUNDS    ORDER TRACKING

Search...

Newsletter

HOME / ALL PRODUCT / STORAGE

## The Art of Public Speaking: 2023 Release 13th Edition (PDF Instant Download)

~~$64.15~~  **$15.89**

ISBN-13: 9781259924606

Author(s): Stephen E. Lucas

Publisher: McGraw-Hill Education, Year: 2020

Link download AVAILABLE IMMEDIATELY after purchase

**BUY NOW**

- Save up to 80% cheaper compared to print and Free ebook by choosing the PDF eBook
- High-quality searchable PDF format, ideal for printing
- No expiration date! No DRM protection.

Sale!

THIRTEENTH EDITION

THE ART OF
PUBLIC SPEAKING

STEPHEN E. LUCAS

McGraw Hill Education

I have a question

Tell me more

Hi! How can we help?

Google

Tucson Home Depot LLC

AI Mode    All    Shopping    Images    Maps    News    Videos    More ▾    Tools ▾

Reviews    On sale    Nearby    Ranges    Tools    Flooring & Carpet    Faucets    Furniture    Paints & Primers    Price    For Sale

Results for **Tucson, AZ** · Choose area

The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

### The Tucson Home Depot in Tucson, AZ 85710

Find what you need stocked on the shelves at your local Tucson Home Depot or get it at your doorstep
with our fast, free delivery. You can also explore our Home ...

4.7 ★★★★★ (1,200)

[Home Services]  [Reviews for Tucson #410]  [Rental Center at]  [Pro Desk]

Missing: LLC | Show results with: LLC

✦ AI Overview

Tucson Home Depot LLC refers to the various Home Depot retail stores located in
and around Tucson, Arizona, providing home improvement goods, tools, rentals, and
services, with locations serving areas like Broadway, Oracle Road, and Rita Ranch,
rather than a single corporate entity, as Home Depot is a large, publicly-traded
company. There isn't one specific "Tucson Home Depot LLC," but rather several store
branches serving different parts of the metro area, like #0410 on E Broadway or #0414
on Oracle Road. 🖉

Key Details:

[ Show more ⌄ ]

The Home Depot locations



A  **The Home Depot**
   3689 E Broadway Blvd · (520) 327-3050
   Open · Closes 8PM
   💬 "Saved me lots of money and time and was very detailed!"
   🌐 Website    ◆ Directions

B  **The Home Depot**
   1155 W Irvington Rd · (520) 294-1233
   Open · Closes 8PM
   💬 "Had a few issues but they were able to help with the problems."
   🌐 Website    ◆ Directions

C  **The Home Depot**
   7677 E Broadway Blvd · (520) 722-6171
   Open · Closes 8PM
   💬 "They helped make my sons Eagle Project possible."
   🌐 Website    ◆ Directions

[ More locations › ]

The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

### The Tucson / Oracle Home Depot in Tucson, AZ 85705

Find what you need at your local Tucson / Oracle Home Depot or skip the trip to the store with our
fast, free delivery. We offer free pickup within two hours ...

The Tucson / Oracle Home Depot in Tucson, AZ 85705

Find what you need at your local Tucson / Oracle Home Depot or skip the trip to the store with our fast, free delivery. We offer free pickup within two hours ...

4.6 ★★★★★ (561)

Home Services   Garden Center   Pro Desk   Tool and Truck Rental at The...

Missing: LLC | Show results with: LLC

## People also ask

- Is Home Depot an LLC?
- Who is the largest employer in Tucson, Arizona?
- Is Home Depot doing well financially?
- Why is Tucson so famous?

Feedback

The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

The Irvington Home Depot in Tucson, AZ 85714

Store Hours: Mon-Sat: 5:00am - 10:00pm Sun: 7:00am - 8:00pm Curbside: 09:00am - 6:00pm Location: 1155 W Irvington Rd

4.4 ★★★★★ (492)

Home Services at The...   Rental Center at   Garden Center   Reviews

Missing: LLC | Show results with: LLC

Yelp
https://www.yelp.com › ... › Nurseries & Gardening

THE HOME DEPOT - Tucson, Arizona

THE HOME DEPOT, 3689 E Broadway Blvd, Tucson, AZ 85716, 75 Photos, (562) 529-3500, Mon - 6:00 am - 10:00 pm, Tue - 6:00 am - 10:00 pm, Wed - 6:00 am - 10:00 ...

3.0 ★★★ (101) · Price range: $$

Missing: LLC | Show results with: LLC

The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

Find Everything You Need at The Home Depot - Tucson, AZ

We proudly serve Tucson, Arizona, for all things home improvement! We have everything you need to complete your project. Browse our wide variety of products ...

Missing: LLC | Show results with: LLC

MapQuest
https://www.mapquest.com › ... › Arizona › Tucson

The Home Depot, 10072 E Old Vail Rd, Tucson, AZ 85747, ...

Get more information for The Home Depot in Tucson, AZ. See reviews, map, get the address, and find directions.

The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

Marana (nw Tucson) #478

Find what you need at your local Marana (Nw Tucson) Home Depot or get it straight to your door with our fast, free delivery. We offer free pickup within two ...

4.6 ★★★★★ (524)

Home Services   Rental Center Rent top quality...   Garden Center   Pro Desk

Missing: LLC | Show results with: LLC

Yelp
https://www.yelp.com › ... › Hardware Stores

THE HOME DEPOT - 1155 W Irvington Rd, Tucson, Arizona

THE HOME DEPOT, 1155 W Irvington Rd, Tucson, AZ 85714, 27 Photos, (949) 206-0113, Mon - 5:00 am - 10:00 pm, Tue - 5:00 am - 10:00 pm, Wed - 5:00 am - 10:00 ...

2.6 ★★★ (56) · Price range: $$

Missing: LLC | Show results with: LLC

The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

Central Tucson (el Con) #486

Store Details. Welcome to the Central Tucson (El Con) Home Depot. We're here to help you with your next home improvement project.

4.6 ★★★★★ (695)

Home Services   Garden Center   Pro Desk   Tool and Truck Rental at The...

Missing: LLC | Show results with: LLC

## Popular products

| | | | |
|---|---|---|---|
| SKYSHALO Car Lift | Commercial Electric 5/6 in. Integrated LED... | IPEX Riser Pipe 6 in. x 24 in. ABS SDR-35 | Hampton Bay Replacement Stake with... |
| $1,213.00 | $34.97 | $8.97 | $9.97 |
| Home Depot Free delivery | Home D... & more Free delivery by Tue | Home Depot | Home D... & more Free delivery |
| 4.1 ★★★★ (11) | 4.4 ★★★★ (275) | 4.5 ★★★★★ (88) | 3.8 ★★★★ (86) |

◉ Pickup, Tucson   ◉ In store, Tucson   ◉ In store, Tucson   ◉ In store, Tucson

Free delivery    & more    Free delivery
4.1 ★★★★ (11)    4.5 ★★★★★ (88)    3.8 ★★★★ (98)

---

37% OFF

In store, Tucson    In store, Tucson    Pickup, Tucson    Pickup, Tucson

Defiant Hartford    RIDGID 18V    Lifeproof Oak 14    KeonJinn 36 in. H
Satin Nickel    Cordless 2-Tool    mm T x 7.6 in. W    Modern
Bed/Bath Door…    Combo Kit    Waterproof…    Rectangular…
$24.88    $99.00 $169    $39.71    $131.09
    Home D…    & more    Home D…    & more    Home D…    Home D…    & more
Free delivery by Wed    Free delivery by Wed    Free delivery    Free delivery by Wed
4.6 ★★★★★ (102)    4.7 ★★★★★ (187)    4.1 ★★★★ (10)    5.0 ★★★★★ (6)

---



Angie's List
https://www.angi.com › AZ › Tucson    ⋮

**Home Depot Reviews - Tucson, AZ**

See reviews for Home Depot in Tucson, AZ at 4302 N Oracle Rd from Angi members or join today to
leave your own review.
4.4 ★★★★★ (13)

---

## In stores nearby    ⋮

Pickup, Tucson    In store, Tucson    In store, Tucson    In store, Tucson

SKYSHALO Car    Commercial    IPEX Riser Pipe 6    Hampton Bay
Lift    Electric 5/6 in.    in. x 24 in. ABS    Recessed Panel
    Integrated LED…    SDR-35    Sink Base Cabinet
$1,213.00    $34.97    $8.97    $149.00
    Home Depot    Home D…    & more    Home Depot    Home D…    & more
Free delivery    Free delivery by Tue        Free delivery
4.1 ★★★★ (11)    4.4 ★★★★★ (275)    4.5 ★★★★★ (88)    3.7 ★★★★ (96)

---

## People also search for

| | |
|---|---|
| Tucson home depot llc **phone number** 🔍 | Home Depot Tucson **Broadway** 🔍 |
| **The** Home Depot **Tucson, AZ** 🔍 | **7677 E Broadway Blvd Tucson, AZ 85710** 🔍 |
| Tucson home depot llc **locations** 🔍 | Home Depot Tucson **/ Oracle** 🔍 |
| **Products offered by The** Home Depot Tucson 🔍 | Home Depot Tucson **Hours** 🔍 |

Goooooooooogle    >

1  2  3  4  5  6  7  8  9  10    Next

---

Help    Send feedback    Privacy    Terms