IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>             Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>             Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I served upon Defendant's counsel via email a true and correct copy of Attorney Declaration of Michele H. Murphy in support of Plaintiffs' Letter Response in Opposition (Dkt. 304) to Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 273). This document was filed under seal via ECF at Dkt. 390 pursuant to the Court's Order (Dkt. 381). Plaintiffs and Defendant each have agreed to accept service via email of sealed court filings.

<i>/s/ Yunyi Chen</i><br>
Yunyi Chen