**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## [PROPOSED] ORDER

**BARBARA MOSES, United States Magistrate Judge:**

This Court previously ordered Google to produce by November 13, 2025, "documents or data sufficient to identify the date on which [Google] delisted each of the challenged domains" (i.e., the date on which Google delisted an ad Plaintiffs identified as infringing Plaintiffs' works) ("Delisting Dates"). Dkt. 221 ¶ (c).

The Court understands that in response to that Order, Google produced one spreadsheet, GOOG-CENG-00441970 on November 13, 2025.

Accordingly, Google is precluded from introducing or relying on any other document to identify Delisting Dates, to the extent such document was not produced by November 13, 2025.

For avoidance of doubt, this Order does not preclude Google from offering testimony concerning the general process, procedures, policies, guidelines, instructions, and associated timelines for delisting so long as that testimony is not based directly on documents identifying Delisting Dates that were not produced by November 13, 2025.

The Clerk of Court respectfully is directed to close the motion at Dkt. 370.

Dated: _____                    SO ORDERED.
New York, New York

                                           _____
                                           HON. Barbara Moses
                                           United States Magistrate Judge