# Exhibit 1

**Plaintiffs' Sampling Proposal**
**Regarding Google's Overall DMCA Program**

[Redacted]

**Summary**

Plaintiffs make two proposals. The first proposal applies if Google represents that the number of infringement notices it processed as Shopping Ads infringement notices from December 2020 through September 2024 is the ▮▮▮▮ reflected at Dkt. 238-1. The second proposal applies if Google does not make such a representation. In either case, the general approach remains the same: Google will produce a list of the URLs it claims to have Delisted, and the Pirates it claims to have Terminated. From those lists, the parties will select a sample of domains. For each domain, Google will provide the Ads Data concerning that domain.

**Description**

**Proposal A**

If Google represents that the universe of copyright infringement notices that it claims to have processed as Shopping Ads notices during the period December 2020 through September 2024 is the ▮▮▮▮▮▮▮▮ and that the total number of URLs contained in those notices is ▮▮▮▮▮▮▮▮▮▮▮▮, Plaintiffs propose the following:

1. Google will produce a list showing all of the URLs[1] contained in these notices, and what action Google claims to have taken with respect to each URL (the "Delisting List"). (Plaintiffs understand Google already has produced this data for about approximately ▮▮▮▮▮▮▮▮ URLs).

    a. From that list, Plaintiffs will select a sample of 10% of the domains for which Google claims to have Delisted at least one URL.

        i. To select these domains, Plaintiffs will select 10 months, and the parties randomly would select domains from each month. Naturally, the sample would exclude any domains for which Google already is producing data, i.e., URLs connected to the pirates who infringed Plaintiffs works.

    b. For any pirate website that has five URLs named in notices (whether Google claimed to remove those URLs or not), Google will disclose whether it claims to have Suspended each of the Merchant Center accounts presently or historically associated with that domain. Plaintiffs will select a sample of 10% of the domains that Google claims to have Suspended.

---

[1] This would be along the lines of what Google produced at GOOG-CENG-00380265 and GOOG-CENG-00380266.

2. For each of the sampled domains, Google will produce:

    a. All infringement notices Google received concerning that domain starting six months prior to the earliest delisting date associated with that domain, through March 31, 2025. Google will produce infringement notices regardless of the platform purportedly Google assigned to the notice (i.e., regardless of whether Google classified the notice as pertaining to the Search platform, Shopping platform, etc.).

    b. All responses to those infringement notices (i.e., any notification Google sent to the rightsholder explaining what Google did or intended to do in response to the notice)

    c. The Ads Data for all Merchant Center accounts currently or previously connected to each domain, starting six months prior to the Sample Period, through March 31, 2025.

3. Google will produce discovery into the extent to which it improperly processed Shopping notices as Search notices.

    a. Google will produce all infringement notices that contain the word "Shopping", but were processed as notices concerning other platforms.

    b. Google will produce discovery into the procedures (including automated procedures) it deployed that resulted in Shopping notices being processed as Search notices, and communications related to those procedures.

    c. In the alternative, Google may stipulate that the ▮% error rate in Plaintiffs' notices occurred in Google's DMCA program generally.

**Proposal B**

If Google does *not* represent that the ▮▮▮▮ notices and ▮▮▮▮ URLs reflected in Dkt. 238-1 represent the total notices/URLs it processed pursuant to its Shopping Ads DMCA program, the parties will follow the following procedure:

1. For each month during the period June 2021 through September 2024, Google will disclose the total *number* of:

    a. Infringement Notices Google received

    b. URLs contained in those Infringement Notices

    c. Ads Google claims to have Delisted

    d. Pirates Google claims to have Terminated.

2. For each Sample Period, Google will produce:

    a. A list of the URLs Google claims to have Delisted in response to those notices as part of its DMCA program for Shopping Ads (the "Delistings List").

    b. A list of the Pirates it claims to have Terminated and Suspended during that period (the "Termination List").

2

3. To determine whether Google actually Delisted the ads it claims to have: for each Sample Period, Plaintiffs will identify domains representing 5% of the domains contained in the Delistings List. For each domain, Google will produce:

    a. All Infringement Notices Google received concerning that domain starting six months prior to the earliest date associated with that domain on the Delisting List, through March 31, 2025.

    b. The response email(s) Google sent to each rightsholder in response to those notices.

    c. The Ads Data for all Merchant Center accounts currently or previously connected to each domain, starting six months prior to the Sample Period, through March 31, 2025.

4. To determine whether Google Terminated and/or Suspended the domains it claims it Terminated and/or Suspended: for each Sample Period, Plaintiffs will identify domains representing 10% of the domains contained in the Termination List. For each domain, Google will produce:

    a. Merchant Center IDs for all Merchant Center accounts presently or historically associated with the domain.

    b. The date on which Google claims to have created and Terminated each of these Merchant Center accounts.

    c. The Ads Data for each of these Merchant Center accounts, starting six months prior to the Sample Period, through March 31, 2025.

5. To test whether Google Terminated and/or Suspended domains that should be Terminated:

    a. Plaintiffs will select 50 domains from the Delisting List for which Google claims to have Delisted five or more URLs.

    b. Google will produce the Ads Data for all Merchant Center accounts currently or previously connected to each domain, for the period from the first day of the Sample Period through March 31, 2025.

Definitions

"Ads Data" means data sufficient to show the date(s) the ad was shown to Google users, the landing page to which the ad linked, the merchant who initiated the ad, the product information, and the number of clicks the ad received. This includes what Google previously has referred to as "offer data" (e.g., Google's sixth production), and what Google previously has referred to as "ads data" (e.g., Google's twentieth production).

"Delisted" refers to the act that Google claims constitutes removing a Shopping Ad in satisfaction of 17 U.S.C. § 512(d)(1)(C) or (c)(1)(A)(iii). This includes any act that Google claims results in the Shopping Ads containing the purportedly delisted landing page no longer being shown to Google users.

3

"Infringement Notice" means a DMCA notice sent to Google informing Google that one or more Shopping Ads merchants allegedly infringed a copyright in connection with a Shopping Ad.

"Pirates" means the domain contained in a landing page, plus all Merchant Center accounts associated with that domain.

"Sample Period": for the 40-month period from June 2021 through September 2024, Plaintiffs will select ten months. Each month that Plaintiffs select will constitute a Sample Period.

"Suspended" means the ███████████████████████, as used in GOOG-CENG-00000683.

"Terminated" means an act that Google claims constitutes "termination" as defined by 17 U.S.C. § 512(i).