# Exhibit 2

**Google's Sampling Proposal**

*December 10, 2025*

Summary:  Google proposes a procedure that is both comprehensive and not unduly burdensome to implement.  Google has already produced or will be producing extensive data regarding Merchant Center accounts connected to 1,500 domains.  To provide Plaintiffs with additional information regarding Google's implementation of its Shopping DMCA policy, Google would pull notice, merchant account, offer, and ads data for an additional 300 domains.

Sampled Domains:  Plaintiffs shall select ten months within the December 2020 to September 2024 period.  For each of the selected months, thirty domains shall be randomly selected from DMCA notices marked as pertaining to the "Shopping" product submitted in that month (300 domains total).[1]

Data Pulls:  Following the same procedures Google has used to pull data for the Domain-Identified and Historically-Connected Merchants pursuant to Dkts. 72 and 76, Google shall pull, for all 300 domains, the corresponding notice, merchant account (current and historical), offer, and ads data for the January 1, 2020 to March 31, 2025 time period.

---

[1] To randomly select these domains, Google would pull the first domain identified in 10 random Case IDs marked as pertaining to the "Shopping" product from each month.  If the selected domain matches one of the 1,500 domains for which discovery is already being collected, that domain would be discarded and a new one selected at random.