IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>       Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>       Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## ATTORNEY DECLARATION OF MICHELE H. MURPHY

1.      I am a partner at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for Plaintiffs in this action, McGraw Hill LLC ("McGraw Hill"). I submit this declaration in support of Plaintiff McGraw Hill's Letter Response in Opposition to Google LLC's ("Google") Letter Motion for Rule 37 Relief (Dkt. 379) ("Motion").

2.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3.      In discovery in this case, McGraw Hill has produced data concerning clicks, impressions, and conversions for its ads, and the cost of its ads. *See* PL0000750654 and PL0000750655.

4.      The parties met and conferred on December 4, 2025 concerning the dispute over Angela Johns and Fred Koons. Despite McGraw Hill's opposition to Google's position, McGraw Hill nevertheless took steps to investigate potential replacement custodians. While I was prepared

1

to discuss this on December 4, 2025, Google's counsel stated it was unlikely that our proposal would prevent the filing of Google's Motion.

5.     On December 8, 2025, I sent Google's counsel an email proposing a resolution to this Motion, and others. To resolve this Motion, McGraw Hill proposed adding its employees Nicole Wheeler and Stacy Hansbury as custodians. The email also proposed adding McGraw Hill's employee Nick Terzian as a custodian, who is the subject of Google's pending Dkt. 287 motion, if Google agreed to add a custodian that will be the subject of a forthcoming motion by Plaintiffs. On December 9, 2025, the parties met and conferred regarding this proposal. On December 10, 2025, Google rejected this proposal in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 10, 2025 in Washington, D.C.

_____
Michele H. Murphy