IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

[Redacted]

### DECLARATION OF ALICIA PUTRINO

1.  I am the Chief Information Security Officer for Plaintiff McGraw Hill LLC ("McGraw Hill"). I have held this position since July 2020 and have been employed by McGraw Hill since September 2015. Based on my role at McGraw Hill, I am familiar with McGraw Hill's retention practices for employee email, as described below.

2.  I submit this declaration in support of Plaintiff's Letter Response in Opposition to Defendant Google LLC's Letter Motion for Rule 37 Relief (Dkt. 379). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3.  McGraw Hill uses Microsoft Outlook 365 for company emails. ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

████████████████████████████████████

4.    I was advised that Angela Johns was employed by McGraw Hill from November 1, 2021 to September 2, 2022, and that Fred Koons was employed by McGraw Hill from February 7, 2022 to August 15, 2022. Pursuant to McGraw Hill's Email Retention Practice, these individuals' Email Files would have been retained for one year after their respective separation dates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2025 in Manalapan, NJ.

*[signature: Alicia Putt___]*

2