**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

CENGAGE LEARNING, INC. et al.

     Plaintiffs,

  v.

GOOGLE LLC,

     Defendant.

</td><td>

**Civil Action No. 24-cv-04274-JLR-BCM**

**[Redacted]**

</td></tr>
</table>

**ATTORNEY DECLARATION OF MICHELE H. MURPHY**

1.      I am a partner at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for Plaintiffs Cengage Learning, Inc. ("Cengage"), Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning ("Macmillan Learning"), Macmillan Holdings, LLC ("Macmillan Holdings"), Elsevier Inc. ("Elsevier"), Elsevier B.V., and McGraw Hill LLC ("McGraw Hill") (collectively, "Plaintiffs"). I submit this declaration in support of Plaintiffs' Letter Response In Opposition to Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 376, "Motion").

2.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

**Plaintiffs' Agreement to Produce Relevant Documents Responsive to RFPs 16–20, 81–83**

3.      The parties long ago negotiated a resolution on "documents reflecting studies or research concerning infringement of Plaintiffs' Asserted Works and Plaintiffs' works generally," and "documents or communications reflecting the strategy and/or effectiveness of Plaintiffs' DMCA enforcement efforts." Plaintiffs would produce such documents concerning Google

1

Shopping. Despite emails from Google's counsel and a meet-and-confer the day they filed the Motion, it was not at all clear to me or my team members that Google was going to seek a reversal of this agreement or file the Motion with respect to the RFP at issue for non-privileged documents.

4.    In a recent meet-and-confer, Plaintiffs agreed to run additional checks to ensure that all responsive documents were captured. That process is under way and Plaintiffs will produce any additional documents by the document production deadline.

**Plaintiffs' Privilege Log and Clawed-Back Documents**

5.    As explained further in my declaration at Dkt. 305, for over a decade, O+Z has been primary outside counsel to a group of publishers that uses the name "Educational Publishers Enforcement Group" ("EPEG") for ease of reference. O+Z represents these publishers jointly (the "Co-Clients"). There are currently five publishers who participate in the EPEG group: Cengage, Macmillan Learning, Elsevier, McGraw Hill, and Pearson Education, Inc. ("Pearson") (collectively, the "EPEG Publishers"). The EPEG Publishers work to combat infringement of their respective intellectual property.

6.    O+Z provides the EPEG Publishers with legal advice on their joint legal matters, which includes identifying potential litigation targets and developing legal analysis and strategy in connection with potential and actual litigation.

7.    Plaintiffs previously filed the complete copy of their privilege log ("Log") in opposition to Dkt. 273 under seal at Dkt. 305-1.

8.    Along with the Log, Plaintiffs provided reference charts identifying corporate affiliations of certain attorneys and job titles of certain non-attorneys.

9.    The logged documents are predominantly emails (often with attachments) between Plaintiffs and O+Z concerning the EPEG Publishers' joint legal matters. Each entry ("Log Entry")

2

identifies (1) the nature of the privilege claim (i.e., attorney-client privilege, work product), (2) date and time, (3) filetype, (4) email subject or document filename (called "Unified Title"), (5) email sender, (6) recipient, and (7) "cc" recipients, as well as (8) a narrative "Document Description" explaining the privilege assertion and, where applicable, (9) a "Joint Legal Matter Description" specifying the joint litigation or legal matters involved.

10.     Based on our review of the Google's two motions challenging Plaintiffs' privilege claims (Dkt. 376, Dkt. 273), nearly all of the documents challenged in Dkt. 376 were already challenged in Dkt. 273.

11.     Plaintiffs excerpted seven pages from the Log, each page bearing at least one example of a Log Entry corresponding to each category of documents discussed in Dkt. 376-1 ("Bladow Decl.") ¶¶ 12, 13(a)–(f). A confidential compilation of these excerpts is attached as Exhibit A hereto ("Ex. A").

12.     The "[a]pproximately 413" documents with subject line ███████████████ ██████████████████████ Bladow Decl. ¶ 13(a), redact the identity of a potential litigation target. *See, e.g.*, Ex. A at 1 (Log Entry 25), 2 (Log Entry 476).

13.     The "[a]pproximately 270" emails with the subject line "Weekly Update," Bladow Decl. ¶ 13(b), are O+Z emails to the Co-Clients containing legal analysis, advice, and strategy on joint enforcement matters, including anticipated and ongoing litigation, and data collected and analyzed by BCGuardian at O+Z's direction, and follow-on attorney-client communications about those legal matters. *See, e.g.*, Ex. A at 2 (Log Entry 478), 3 (Log Entry 933), 4 (Log Entries 1253, 1255), 7 (Log Entry 639).

14.     The "[a]pproximately 754 documents" described in Bladow Decl. ¶ 13(c) with titles including the phrases "Infringements – Google and [Privileged]," "Infringement Report,"

3

"Infringing Sites," are attachments to emails that contain analyses of infringement data performed by BCGuardian at O+Z's direction and sent to the Co-Clients in connection with the provision of legal advice and analysis. *See*, *e.g.*, Ex. A at 1 (Log Entries 24, 26), 2 (Log Entry 477).

15.     The "[a]pproximately" 49 documents with various subject lines, including "call," "example," and "update," Bladow Decl. ¶ 12 (a)–(d), are emails (sometimes with attachments) between O+Z and Co-Clients containing requests for, or provision of, legal advice. *See*, *e.g.*, Ex. A at 4 (Log Entries 555–558).

16.     The "[a]pproximately 25 documents" with various subject lines, including "planning," "budget," "press release," or "notes," Bladow Decl. ¶ 13(d), are emails (sometimes with attachments) between O+Z and Co-Clients containing requests for, or provision of, legal advice, or internal plaintiff emails seeking information necessary for the provision of legal advice or containing O+Z legal advice. These emails commonly discuss detailed substance of litigations, associated fees, or call notes reflecting O+Z's legal advice. *See*, *e.g.*, Ex. A at 5 (Log Entries 1253–56), 6 (Log Entries 637–38).

17.     The "[a]pproximately six documents" containing "Google EPEG efforts" in the "Unified Title" column, as described in Bladow Decl. ¶ 13(e), are internal plaintiff emails where in-house counsel sought information regarding legal matters addressed by O+Z to provide legal advice concerning enforcement against infringement by pirate sites. *See*, *e.g.*, Ex. A at 6 (Log Entries 640–44).

18.     The "[a]pproximately 153 documents" described in Bladow Decl. ¶ 13(f) are emails between O+Z, Co-Clients, and/or BCGuardian containing requests for, or provision of, legal advice, or an internal plaintiff email where in-house counsel sought information necessary for the

provision of legal advice concerning analyses of infringement notices and recommendations for evidence collection. *See, e.g.*, Ex. A at 7 (Log Entries 803, 805, 807).

19.    Plaintiffs reproduced the six clawed-back documents with appropriate redactions. For four, the limited redactions clearly show, and Plaintiffs' counsel represented to Google, that the communications involve the legal advice of and mental impressions from Elsevier's General Counsel. For two, Plaintiffs told Google that the redacted portions of the documents contain information protected by attorney-client privilege; the relevant attorneys are Cengage Senior Litigation Counsel, Liza Hays and O+Z attorneys; and the privileged information reveals confidential communications with counsel made for the purpose of providing or receiving legal advice with respect to legal matters, though not this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 10, 2025 in Washington, D.C.

/s/ *Michele H. Murphy*
Michele H. Murphy