# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025 at 12:15am, Plaintiffs' counsel served counsel for Defendant Google with the following documents via email. Plaintiff and Google each have agreed to accept service via email of sealed court filings. The documents were filed under seal, on December 10, 2025, on ECF at the docket entries noted below:

- Dkt. 407: Plaintiff McGraw Hill's Letter Response in Opposition to Google's Letter Motion for Rule 37 Relief (Dkt. 379) ("Motion");

- Dkt. 407-1: Attorney Declaration of Michele H. Murphy in support of Plaintiff McGraw Hill's Letter Response in Opposition to Google's Motion;

- Dkt. 407-2 Declaration of Nick McFadden in support of Plaintiff McGraw Hill's Letter Response in Opposition to Google's Motion;

- Dkt. 407-3 Declaration of Alicia Putrino in support of Plaintiff McGraw Hill's Letter Response in Opposition to Google's Motion.

Dated: December 11, 2025

Respectfully submitted,

　*/s/ Danae Tinelli*
Danae Tinelli
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-851-4070 telephone
866-766-1678 fax
danae@oandzlaw.com

*Counsel for Plaintiffs*