**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 408: Plaintiffs' Letter Response in Opposition to Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 376)

- Dkt. 414: Attorney Declaration of Michele H. Murphy in Support of Plaintiffs' Letter Response in Opposition to Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 376), and Exhibit A thereto.

/s/ Yunyi Chen
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
ychen@oandzlaw.com