IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>       Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>       Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM**<br>**[CORRECTED]** |

## ATTORNEY DECLARATION OF MICHELE H. MURPHY

1. I am a partner at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Discovery Conference Regarding Google's Claim to Have "Verified" Pirates.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. Plaintiffs produced screenshots of the verification page Google displayed on Shopping for certain pirates at issue in this case. True and correct copies of two examples are attached hereto as Exhibit 1 (PL0000529951) and Exhibit 2 (PL0000529954).

4. On July 16, 2025, Plaintiffs issued Request for Production Nos. 101 and 102 to Google. A true and correct copy of RFP 101 and RFP 102, and Google's responses to these requests are attached as Exhibit 3.

5. Google's document production includes two publicly-available webpages from Google.com regarding the verification process and the Ads Transparency Center as discussed in Plaintiffs' motion. True and correct copies of these documents that Google produced are attached hereto as Exhibit 4 (GOOG-CENG-00380363) and Exhibit 5 (GOOG-CENG-00380370).

1

6. Exhibit 5 refers to "[m]isleading representation" as a reason that, "[i]n some cases, Google Ads will pause your account until you complete advertiser verification." GOOG-CENG-00380370, at -0371. Clicking on the relevant hyperlink in the live version of this webpage leads to https://support.google.com/adspolicy/answer/6020955?sjid=1009855946363685640-NA#366, which defines to "[m]isleading representation" as "[m]aking misleading statements, obscuring, or omitting material information about your identity, affiliations, or qualifications," and "[p]roviding an inaccurate business name or business name that does not clearly represent the advertised business."

7. On December 7, 2025, I conducted a search for a copy of Plaintiff McGraw Hill's textbook titled *The Art of Public Speaking.* A screenshot of the Shopping ads Google displayed in response to my search is attached hereto as Exhibit 6, page 1. These include ads for McGraw Hill's legitimate work for $78.00 (the price to rent the print book), and several pirated ebooks, including one for "e-book shop" for $15.89. Ex. 6 at 1, 3 (landing page selling a "PDF Instant Download" of McGraw Hill's work, for "up to 80% cheaper compared to print," with "No expiration date! No DRM protection"). Clicking on the three dots next to "Sponsored products" at the top of the ads and highlighting "e-book shop" shows "My Ad Center" (Ex. 6 at 2), which I understand to be part of the Ads Transparency Center. This page shows that Google provided "e-book shop" with its verification badge ("Advertiser identity verified by Google") and that the advertiser's name it verified is "Tucson Home Depot LLC." Entering "Tucson Home Depot LLC" in the search bar in Google yields an AI Overview result stating, "Tucson Home Depot LLC refers to the various Home Depot retail stores located in and around Tucson, Arizona." Ex. 6 at 4.

8. The parties met and conferred on September 30, 2025 regarding the issues raised in Plaintiffs' motion. The conferral started at 3:00PM and lasted one hour. The following attorneys

2

participated: Plaintiffs' counsel: Yunyi Chen, Jeff Kane, Uriel Lee, Michele Murphy; Defendant's Counsel: Sara Sampoli, Sarah Tomkowiak, Holly Victorson. The parties met and conferred again on November 24, 2025. The conferral started at 1:30PM and lasted for an hour and a half. The following attorneys participated: Plaintiffs' counsel: Jeff Kane, Uriel Lee, Michele Murphy; Defendant's Counsel: Caroline Clarke, Sara Sampoli, Sarah Tomkowiak. The parties met and conferred for the third time on December 2. The conferral started at 3:30PM and lasted for 45 minutes. The following attorneys participated: Plaintiffs' counsel: Jeff Kane, Uriel Lee, Michele Murphy; Defendant's Counsel: Caroline Clarke, Sara Sampoli, Sarah Tomkowiak.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 11, 2025, in Washington, D.C.

                                                       /s/ *Michele H. Murphy*
                                                         Michele H. Murphy