# Exhibit 1

**Document Produced in Native Format**

PL0000529951

Page 1
YOUR HEALTH TODAY CHOICES IN A CHANGING SOCIETY 5th - Google Shopping
https://www.google.com/search?tbm=shop&q=YOUR+HEALTH+TODAY+CHOICES+IN+A+CHANGING+SOCIETY+5th



Captured by FireShot Pro: 17 April 2024, 11:54:56
https://getfireshot.com