# Exhibit 2

# Document Produced in Native Format

PL0000529954

Page 1
Calculus 9th - Google Shopping
https://www.google.com/search?tbm=shop&q=Calculus+9th



Captured by FireShot Pro: 17 January 2024, 09:36:54
https://getfireshot.com