# EXHIBIT 6





 **My Ad Center**   ✕

| (25 Copies) Paperback The Art Of Public Speaking -... <br> B  Bulk Bookst... | **The Art of Public Speaking 2023 Release 13th** <br> E  e-book shop | The Art of Public Speaking 13th Edition by... <br> E  Etsy | The Art of Public Speaking Stephe... <br> E  eB... |

⚑ Report

### About this advertiser    ⌃

   Advertiser identity verified by Google   ⓘ

**Advertiser**
Tucson Home Depot LLC

**Location**
United States

**See more ads** this advertiser has shown using Google

The advertiser is responsible for the accuracy of the following info, which Google has not confirmed

**Ad funded by**
nguyễn mậu đông

HOME / ALL PRODUCT / STORAGE

# The Art of Public Speaking: 2023 Release 13th Edition (PDF Instant Download)

~~$64.15~~ **$15.89**

Sale!

ISBN-13: 9781259924606

Author(s): Stephen E. Lucas

Publisher: McGraw-Hill Education, Year: 2020

Link download AVAILABLE IMMEDIATELY after purchase

**BUY NOW**

- Save up to 80% cheaper compared to print and Free ebook by choosing the PDF eBook
- High-quality searchable PDF format, ideal for printing
- No expiration date! No DRM protection.





The Home Depot
https://www.homedepot.com › ... › Store Directory › AZ

**The Tucson / Oracle Home Depot in Tucson, AZ 85705**

Find what you need at your local **Tucson / Oracle Home Depot** or skip the trip to the store with our fast, free delivery. We offer free pickup within two hours ...

4.6 ★★★★½ (561)

[Home Services] [Garden Center] [Pro Desk] [Tool and Truck Rental at The...]

Missing: ~~LLC~~ | Show results with: **LLC**

## People also ask

- Is Home Depot an LLC?
- Who is the largest employer in Tucson, Arizona?
- Is Home Depot doing well financially?
- Why is Tucson so famous?

Feedback

The Home Depot
https://www.homedepot.com › ... › Store Directory · AZ

**The Irvington Home Depot in Tucson, AZ 85714**

Store Hours: Mon-Sat: 5:00am - 10:00pm Sun: 7:00am - 8:00pm Curbside: 09:00am - 6:00pm Location: 1155 W Irvington Rd

4.4 ★★★★½ (492)

[Home Services at The...] [Rental Center at] [Garden Center] [Reviews]

Missing: ~~LLC~~ | Show results with: **LLC**

Yelp
https://www.yelp.com › ... › Nurseries & Gardening

**THE HOME DEPOT - Tucson, Arizona**

THE HOME DEPOT, **3689 E Broadway Blvd, Tucson, AZ** 85716, 75 Photos, (562) 529-3500, Mon - 6:00 am - 10:00 pm, Tue - 6:00 am - 10:00 pm, Wed - 6:00 am - 10:00 ...

3.0 ★★★☆☆ (101) · Price range: $$

Missing: ~~LLC~~ | Show results with: **LLC**

The Home Depot
https://www.homedepot.com › ... › Store Directory · AZ

**Find Everything You Need at The Home Depot - Tucson, AZ**

**We proudly serve Tucson, Arizona**, for all things home improvement! We have everything you need to complete your project. Browse our wide variety of products ...

Missing: ~~LLC~~ | Show results with: **LLC**

MapQuest
https://www.mapquest.com › ... › Arizona › Tucson

**The Home Depot, 10072 E Old Vail Rd, Tucson, AZ 85747, ...**

Get more information for **The Home Depot in Tucson, AZ**. See reviews, map, get the address, and find directions.

The Home Depot
https://www.homedepot.com › ... › Store Directory · AZ

**Marana (nw Tucson) #478**

Find what you need at your local **Marana (Nw Tucson) Home Depot** or get it straight to your door with our fast, free delivery. We offer free pickup within two ...

4.6 ★★★★½ (524)

[Home Services] [Rental Center Rent top quality...] [Garden Center] [Pro Desk]

Missing: ~~LLC~~ | Show results with: **LLC**

Yelp
https://www.yelp.com › ... › Hardware Stores

**THE HOME DEPOT - 1155 W Irvington Rd, Tucson, Arizona**

THE HOME DEPOT, **1155 W Irvington Rd, Tucson, AZ** 85714, 27 Photos, (949) 206-0113, Mon - 5:00 am - 10:00 pm, Tue - 5:00 am - 10:00 pm, Wed - 5:00 am - 10:00 ...

2.6 ★★★☆☆ (56) · Price range: $$

Missing: ~~LLC~~ | Show results with: **LLC**

The Home Depot
https://www.homedepot.com › ... › Store Directory · AZ

**Central Tucson (el Con) #486**

Store Details. Welcome to the **Central Tucson (El Con) Home Depot**. We're here to help you with your next home improvement project.

4.6 ★★★★½ (695)

[Home Services] [Garden Center] [Pro Desk] [Tool and Truck Rental at The...]

Missing: ~~LLC~~ | Show results with: **LLC**

## Popular products

| | | | |
|---|---|---|---|
| 📍 Pickup, Tucson | 📍 In store, Tucson | 📍 In store, Tucson | 📍 In store, Tucson |
| SKYSHALO Car Lift | Commercial Electric 5/6 in. Integrated LED... | IPEX Riser Pipe 6 in. x 24 in. ABS SDR-35 | Hampton Bay Replacement Stake with... |
| $1,213.00 | $34.97 | $8.97 | $9.97 |
| Home Depot | Home D... & more | Home Depot | Home D... & more |
| Free delivery | Free delivery by Tue | | Free delivery |
| 4.1 ★★★★☆ (11) | 4.4 ★★★★½ (275) | 4.5 ★★★★½ (88) | 3.8 ★★★★☆ (86) |



Screenshot of Google search results page showing Home Depot product listings and store information in Tucson, AZ, including items such as Defiant Hartford Satin Nickel Bed/Bath Door kit ($24.88), RIDGID 18V Cordless 2-Tool Combo Kit ($99.00), Lifeproof Oak flooring ($39.71), KeonJinn 36 in. Modern Rectangular mirror ($131.09), SKYSHALO Car Lift ($1,213.00), Commercial Electric 5/6 in. Integrated LED ($34.97), IPEX Riser Pipe ($8.97), and Hampton Bay Recessed Panel Sink Base Cabinet ($149.00). Also shows Angie's List link for Home Depot Reviews - Tucson, AZ, "People also search for" suggestions, Google pagination (1-10), and footer with location "Potomac, Maryland".