UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

  -against-

GOOGLE LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/11/25__
```

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For planning purposes, the parties are advised that the Court has received and reviewed their briefing on plaintiffs' November 3 and November 19, 2025 discovery motions (Dkts. 237, 295), and defendant's November 14 and November 18, 2025 discovery motions (Dkts. 273, 287). The parties should be prepared to discuss these matters at the December 15, 2025 conference.

    In the meantime, the parties are directed to continue to meet and confer in good faith to resolve or narrow their discovery disputes.

Dated: New York, New York
       December 11, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**