Sara E. Sampoli
Direct Dial: +1.202.350.5328
sara.sampoli@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 11, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

  Re: *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
     Letter Motion for Extension of Briefing Schedule re: Plaintiffs' Letter Motion for Discovery Conference (Dkt. 389)

Dear Judge Moses:

  We represent Defendant Google LLC in the above-captioned matter. We write pursuant to Rule 2(a) of Your Honor's Individual Practices for an extension of time within which to file Google's Letter Response to Plaintiffs' Letter Motion for Discovery Conference Regarding Claim to Have "Verified" Pirates ("Plaintiffs' Motion"), Dkt. 389, and for Plaintiffs to file their letter reply in support of their Motion. The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Google's Letter Response would be due on December 12, three court days from December 9, when Plaintiffs' Motion was filed. Plaintiffs' Letter Reply would be due on December 16, two court days from December 12. *See* Ind. R. 2(e).

(2) Google has not previously requested an extension of time to file a response to Plaintiffs' Motion.

(3) Not applicable.

(4) Following its review of Plaintiffs' Motion, Google anticipates needing additional time to respond and prepare possible supporting declarations. Google therefore anticipates needing two additional court days to respond to Google's Motion.

(5) Google promptly reached out to Plaintiffs' counsel upon review of Plaintiffs' Motion to request Plaintiffs' consent for an extension of two court days for Google to file its Letter Response. Plaintiffs agreed to the extension if Google agreed to also request a one-day extension for Plaintiffs to file their Letter Reply. Applying these extensions,

LATHAM&WATKINS LLP

Google's Letter Response would be due on December 16 and Plaintiffs' Letter Reply would be due December 19.

(6) Not applicable.

Because of the requirement under Your Honor's Individual Rule 2(e) that Google respond to Plaintiff's Motion within three court days, Google was unable to make this request for an extension of time "at least four days in advance" of the deadline. *See* Ind. R. 2(a). However, Google promptly sought Plaintiffs' consent and filed this request.

Google respectfully requests that the Court approve the requested extension such that Google's Letter Response to Plaintiffs' Motion is due on December 16 and Plaintiffs' Letter Reply is due on December 19.

Respectfully submitted,

*/s/ Sara E. Sampoli*
Sara E. Sampoli
of LATHAM & WATKINS LLP

cc:     All Counsel of Record (via ECF)