**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 12, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> Re: *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
>     <u>Letter Motion to File Sealed Letter Response</u>

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google submits this letter motion seeking the Court's approval to file under seal Google's Response to Plaintiffs' Attorney Declaration of Michele H. Murphy (the "Letter Response").

The Letter Response references information included in Plaintiffs' Attorney Declaration. Pursuant to Your Honor's Rule 3(f), the parties met and conferred regarding sealing on December 12, 2025. Plaintiffs requested that Google file its Letter Response under seal, asserting that the information is privileged and noting the Court authorized Plaintiffs to file Plaintiffs' Attorney Declaration under seal. *See* Dkt. 381 at 5. Consistent with that order and Plaintiffs' request, Google requests to file its Letter Response under seal. Google takes no position on whether such information must be sealed. Google has informed Plaintiffs that they must file, within three court days, a letter explaining the need to seal or redact the Letter Response.

Respectfully,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak
of LATHAM & WATKINS LLP

cc:     All Counsel of Record (via ECF)