UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER
INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

                                    *Plaintiffs*,

v.                                                              Case No. 1:24-cv-04274-JLR-BCM

GOOGLE LLC,

                                    *Defendant*.

## CERTIFICATE OF SERVICE

I, Roberto Borgert, hereby certify that on December 12, 2025, I served all counsel of record with a true and correct copy of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Under Seal Google's Response to Plaintiffs' Attorney Declaration of Michele H. Murphy; and

- Google's Response to Plaintiffs' Attorney Declaration of Michele H. Murphy.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Roberto J. Borgert