

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

December 12, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Letter Request to File Redacted Document

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Plaintiffs' Reply in Support of Plaintiffs' Motion (Dkt. 370) to Finalize the Court's Prior Order re Delisting Dates (the "Reply").

      The Reply references information and produced documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Reply properly is redacted, but may do so after Google files its request for sealing.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs conducted a meet-and-confer on November 10, 2025, when Google previously requested that this same information be redacted in a prior filing.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Google "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Reply.

                                            Respectfully submitted,

                                            /s/ *Jeff Kane*
                                            Jeff Kane