```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/15/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

  -against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**DISCOVERY ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's conference:

1. Plaintiffs' November 3, 2025 discovery motion (Dkts. 237, 239) is GRANTED to the extent that the Court adopts Google's sampling proposal (Dkt. 402-2), as modified on the record during today's conference. The parties must promptly meet and confer on a proposed order. No later than **9:00 a.m. on December 22, 2025**, Google must provide the Court with its proposed order. By that same date and time, if plaintiffs object to the wording of Google's proposed order, they may submit a letter proposing alternative wording.

2. Defendant's November 14, 2025 discovery motion (Dkts. 273, 274) is DENIED, except with respect to the 34 documents that were withheld for privilege, that include Pearson personnel, and that are dated after May 30, 2024. As to those documents, the Court will review a sample of six *in camera*. No later than **December 17, 2025**, defendant must notify plaintiffs which three documents it wishes the Court to review. Plaintiffs must identify an additional three documents for the Court to review, and send all six to the Court, via confidential email, no later than **December 19, 2025**.

3. The parties advised the Court that they have significantly narrowed their dispute with respect to defendant's November 18, 2025 discovery motion. (Dkts. 287, 288.) No later than **9:00 a.m. on December 22, 2025**, the parties must update the Court as to whether

they have reached an agreement or, if not, what issues remain unresolved – for argument at the next discovery conference.

4. Plaintiffs' November 19, 2025 discovery motion (Dkt. 295) is GRANTED IN PART. No later than today, **December 15, 2025**, plaintiffs must send defendant the names of no more than nine custodians (out of Google's 18 custodians) to be used to search the Buganizer system. No later than **December 16, 2025**, Google must identify the relevant Buganizer components as to which each selected custodian is associated (either as a reporter, assignee, or "CC"). The Court expects the parties to agree on the search terms to be used for the Buganizer search. No later than **9:00 a.m. on December 22, 2025**, the parties must jointly notify the Court that they have agreed upon search terms. If they are unable to agree, they may submit their respective proposals for the search terms.

5. The next discovery conference will take place on **January 8, 2026 at 2:00 p.m**. No later than **January 7, 2026**, the parties must submit a joint letter, advising the Court as to the status of document discovery and providing any updates relevant to their outstanding discovery disputes.

The Clerk of Court is respectfully directed to close the motions at Dkts. 237, 239, 273, 274, and 295.

Dated: New York, New York  
December 15, 2025

**SO ORDERED.**

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**

2