IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>      *Plaintiffs*,<br>v.<br>GOOGLE LLC,<br><br>      *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

# [PROPOSED] ORDER

**BARBARA MOSES, United States Magistrate Judge**:

Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Claim to Have "Verified" Pirates (Dkt. 389) is DENIED.

Dated: _____

New York, New York

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge