IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## DECLARATION OF SARAH A. TOMKOWIAK

I, Sarah A. Tomkowiak, declare that:

1.    I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC in this matter.

2.    I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion for Discovery Conference regarding Google's "verification" process for Google Ads and Merchant Center accounts ("Letter Motion") (Dkt. 389).

3.    Attached as **Exhibit A** is a true and correct copy of the document Google produced at GOOG-CENG-00000406.  This document reflects a webpage within Google's Merchant Center Help Center entitled, "I need help understanding online store URL verification."  This document is also available at the following URL: https://support.google.com/merchants/answer/11586344.

4.    I am familiar with the basic functions of Google's Merchant Center and Ads accounts. I understand that while these types of accounts can be connected, they are separate

accounts. A merchant with a Merchant Center account is not required to have an Ads account and vice versa.

5. I understand that for a merchant to run paid advertisements on Google Shopping, he must have an Ads account. If the merchant wants to run advertisements for free listings, he does not need an Ads account.

6. I understand that in their Letter Motion, Plaintiffs refer to spreadsheets produced at GOOG-CENG-00000703 and GOOG-CENG-0039294. These spreadsheets reflect account information for the 20,145 Merchant Center accounts linked (either currently or in the past) to the 1,239 domains noticed by Plaintiffs (the "Collected Domains").

7. GOOG-CENG-00000703 and GOOG-CENG-00392941 show that ▇▇▇▇ of the 20,145 Merchant Center accounts have a ▇▇▇▇▇▇▇▇▇▇. I understand that this reflects that the merchants verified the websites associated with their Merchant Center accounts pursuant to the process described in Exhibit A (GOOG-CENG-00000406) (defining "Verify" as "When you verify your website, you let Google know that you're the website owner. You're the website owner if you can make edits to your website content. If you are not the website owner, you'll need to work together with your website owner or administrator to verify the website.").

8. My understanding is that this website "verification" process results in verification of particular Merchant Center accounts, not domains.

9. I do not understand this verification process to verify the identities of merchants behind Merchant Center accounts.

10. On August 15, 2025, Google produced a spreadsheet reflecting various account details associated with the 10,028 Ads accounts linked (either currently or in the past) to the 20,145 Merchant Center accounts reflected in GOOG-CENG-00000703 and GOOG-CENG-00392941.

*See* GOOG-CENG-00419904. I understand that Column N of that spreadsheet reflects the verification status of the Ads account and that column O reflects the "███████ ████." ███ of the 10,028 Ads accounts in this spreadsheet have an ████████████████ which I understand means they are not currently verified. ███ of the 10,028 Ads accounts have ██████████████████████," which I understand means they were not verified at any point.

    I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on December 16, 2025, in McLean, Virginia.          /s/ *Sarah A. Tomkowiak*
                                                                             Sarah A. Tomkowiak