# EXHIBIT A



I need help with set up  >  I need help understanding online store URL verification

This help center shows articles applicable to Merchant Center Next. Learn more about the upgrade and get answers to frequently asked questions ⧉ .

GOOG-CENG-00000406

# I need help understanding online store URL verification

**On this page**
- How do I know which method is right for me?
- About automatic online store verification
- FAQs

Verifying and claiming your store's website are essential steps in setting up your Merchant Center account. There are several ways to verify, and you can choose which verification method is right for you. Usually, once verification is done, you won't have to do it again.

If you're looking for troubleshooting help with website verification, try this article:

[Troubleshoot your website verification]

## How do I know which method is right for me?

**Use email verification if:**
You can receive a code to an email address that's associated with your site.

**Use your ecommerce platform if:**
Your website is hosted by a third-party ecommerce platform. There may be suggested options for verifying your website provided by the platform. Check with your platform for more information.

**Add an HTML tag or file if:**
You can add HTML code to the index page on the site you want to verify, or you can add new files to the server behind the site you want to verify.

**Use Google Tag Manager if:**
You're an account-level administrator for Google Tag Manager.

**Use Google Analytics if:**
You have administrator access to a Google Analytics account that's already linked to the site you want to verify. This method might not work if you use a third-party platform (such as Shopify). For those accounts, we recommend using an HTML tag to verify your site.

## About automatic online store verification

When Google already has the information that it needs to verify your online store (for example, if you use other Google products such as Google Analytics on your website), the verification is done automatically. If this is the case, you'll get a notification in your Merchant Center that your online store has been automatically verified during the account setup process after you enter your online store address.

You may also receive an email from Search Console ⤤, a Google tool, letting you know that Merchant Center has created an account for you. Merchant Center verifies your site through Search Console.

## FAQs

**What do "verify" and "claim" mean?**    ⌃

**Verify**: When you verify your website, you let Google know that you're the owner of the website. You're the website owner if you can make edits to your website content. If you're not the website owner, you'll need to work together with your website owner or administrator to verify the website.

---

**I need help with set up**

- About adding a business name
- I need help understanding online store URL verification
- Troubleshoot online shop URL verification issues
- Online store URL domain requirements
- About setting up date and time settings
- Free listings for products
- I need help adding business information
- Set up your return policies for Shopping ads and free listings
- About automatic website verification
- Marketplace multi-client accounts
- About Top Quality Store badge guidelines

GOOG-CENG-00000407



GOOG-CENG-00000408