

Michele Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

December 17, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Cengage Learning, Inc., et al. v. Google LLC*, **No. 24-cv-04274-JLR-BCM: Plaintiffs' Letter Response to Google's Letter Motion to File Seal and Redacted Documents (Dkt. 432).**

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Plaintiffs submit this letter response to Google's Letter Motion (Dkt. 432) ("Letter Motion") to Seal Google's Letter Reply (Dkt. 433) ("Letter Reply") to Google's Discovery Motion regarding RFPs and Withheld Documents (Dkt. 376). Google's Letter Motion requested sealing regarding certain information that Plaintiffs produced in discovery and marked as "Confidential" or "Highly Confidential" in this case. However, after careful review of Google's statements and general descriptions in its filed Letter Reply, Plaintiffs' position is that no portion of the Letter Reply needs to remain sealed.

Accordingly, Plaintiffs respectfully submit that the Letter Reply may be filed on the public docket without redactions.

We thank the Court for considering this request.

Respectfully,

/s/ *Michele H. Murphy*

Michele H. Murphy