Sarah A. Tomkowiak
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 12, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
<u>Google LLC's Response to Plaintiffs' Attorney Declaration of Michele H. Murphy (Dkt. 390)</u>

Dear Judge Moses:

Pursuant to the Court's December 8, 2025 order, Dkt. 381 at 5, Google submits this brief response to the Attorney Declaration of Michele H. Murphy, Dkt. 390 (the "Declaration"), offered in support of Plaintiffs' Letter Response In Opposition to Google's Letter Motion for Pre-Motion Discovery Conference, Dkt. 304.

*First*, the Declaration confirms that Plaintiffs are improperly withholding documents involving ███████████████████████████████ that are not subject to any protections. Plaintiffs concede that ███████████████████████████████████████████████████████████████ Dkt. 390 ¶ 5. ██████████████████████████████ that include ██████ are not appropriately withheld. *See, e.g.*, Fifth Log Rows (2109-2142) (Dkt. 305-1). Those materials include ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

*Second*, Plaintiffs still have not substantiated their common interest claims, including by identifying the relevant common legal interest and how each withheld communication furthered that interest. Dkt. 273 at 3. Indeed, Plaintiffs' conclusory Declaration reaffirms that ████████████████████████████████████████████████████████████████████████████████████████████ Dkt. 390 ¶ 6. That is not sufficient to establish a common legal interest.

For the reasons stated in Google's motion at Dkt. 273 and reply at Dkt. 337, Plaintiffs' privilege assertions fail. Accordingly, the Court should order production. *See* Dkt. 341.

**LATHAM & WATKINS**LLP

                                              Respectfully submitted,

                                              */s/ Sarah A. Tomkowiak*
                                              Sarah A. Tomkowiak (*pro hac vice*)
                                              of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF and e-mail)