

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

December 17, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact 1) portions of Plaintiffs' forthcoming Letter Motion dated December 17, 2025 for Discovery Conference Regarding Google Custodian and 2) portions of the Declaration of Attorney Jeff Kane filed in support of Plaintiffs' Letter Motion; and to seal Exhibits A–J to that Declaration (all together, "Documents").

      The Documents contain information and produced documents that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents is redacted or sealed, but may do so after Google files its request for sealing.

      Pursuant to Your Honor's Individual Rule 3(f), the parties met and conferred on December 17, 2025 to narrow the redactions and sealed Documents.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                          Respectfully submitted,

                                          /s/ *Jeff Kane*
                                          Jeff Kane