

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

December 19, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted Documents

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming Reply Letter in Support of Plaintiffs' Motion for Discovery Conference Regarding Google's Claim to Have "Verified" Pirates, dated December 19, 2025.

      Plaintiffs' Reply contains information from documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's contention that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Reply should be redacted, but may do so after Google files its request for redactions.

      Pursuant to Your Honor's Individual Practices § 3(f), Plaintiffs conferred with Google on Friday December 19 to narrow the sealing and redactions request.

      Pursuant to Your Honor's Individual Practices § 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

      Respectfully submitted,

      /s/ *Jeff Kane*
      Jeff Kane