

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

December 21, 2025

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

  Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
    Joint Letter re Buganizer Search-Terms and Sampling for Overall DMCA Program

Dear Judge Moses:

  During the December 15 hearing, the Court directed the parties to confer regarding two issues: a proposed order consistent with the Court's ruling on a sampling approach to producing documents concerning Google's overall DMCA program, and the search-terms that Google would use to search its Buganizer system. Dkt. 441 ¶¶ 1 and 4.

  Regarding sampling Google's overall DMCA program, the parties have agreed on the language in the accompanying proposed order. Consistent with the Court's instructions, Plaintiffs have confined their input regarding the proposed order to ensuring that the language in the order accurately captures what the Court ordered at the December 1 and December 15 hearings. By agreeing to the language in the accompanying proposed order, Plaintiffs do not waive any arguments as to the propriety of the Court's ruling or the sufficiency of the discovery described in the order.

  Regarding the Buganizer, the parties have agreed on proposed search-terms that Google will run, and therefore do not seek further guidance from the Court. To date, Google has not run test searches for the agreed search-terms across all of the components in which the nine custodians have documents. In the event that one or more of the parties' agreed-upon search terms results in an objectively unreasonable number of documents for Google to review, Google reserves the right to propose to Plaintiffs reasonable modifications. To the extent Google seeks to propose such modifications, Google agrees to 1) explain the nature of the burden consistent with the procedure described in Dkt. 221 at 2, and 2) provide a hit report for each search-term.

              Respectfully submitted,

              */s/ Jeff Kane*
              Jeff Kane