IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>      *Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>      *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

*[PROPOSED]* **ORDER**

BARBARA MOSES, United States Magistrate Judge:

      This matter comes before the Court on Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Summary Spreadsheets (Dkt. 237). The parties have filed letters and declarations concerning this dispute (Dkts. 237–238, 251, 259, 264–265, 402), and the Court held hearings on December 1 and December 15, 2025. Pursuant to Federal Rule of Civil Procedure 26(b)(1) and for the reasons stated on the record at the December 15 hearing, the Court hereby ORDERS:

      1. Google shall use a sample period of the following ten months, which were selected by Plaintiffs: June 2021; July 2021; June 2022; November 2022; April 2023; August 2023; November 2023; January 2024; February 2024; June 2024 ("Sample Months").

      2. For each Sample Month, Google will randomly select thirty domains from the population of DMCA notices ("DMCA Notice Sampling Data") that is represented in column F of

GOOG-CENG-00419902 where column B is filtered for "google_shopping." Google shall use a random number generator to randomly select those thirty domains from URLs within the DMCA Notice Sampling Data using the following criteria:

    a. The case created date (using the "case created time" field that is represented in, e.g., GOOG-CENG-00380265, GOOG-CENG-00380266, GOOG-CENG-00380267, and GOOG-CENG-00380268 (the "Notice and Response Data Spreadsheets")) is within the Sample Month;

    b. The product field (using the "product" field that is represented in the Notice and Response Data Spreadsheets) is "Shopping"; and

    c. The decision for the complained-of URL (using the "decision" field that is represented in the Notice and Response Data Spreadsheets) is "Remove."

3. If any of the selected domains matches one of the 1,500 domains for which discovery is already being collected, that domain shall be discarded and a new one selected at random using the same process outlined in paragraph 2 above.

4. Google shall provide Plaintiffs with a list of the 300 selected domains, organized by month, as well as the total number of notices and URLs per month from which the sample was drawn that meet the criteria set out in paragraph 2.

5. For each of the 300 selected domains, Google shall provide to Plaintiffs:

    a. All copyright infringement notices Google received concerning the domain, and all responses Google provided to the senders of those notices (similar to what Google provided in its sixth, twelfth, and fifteenth productions) during the period January 1, 2020 through March 31, 2025;

b. Merchant account data for all Merchant Center accounts to which the domain presently or previously was registered (similar to what Google produced at, e.g., GOOG-CENG-00000703, and GOOG-CENG-00392941);

c. Ads account data (similar to what Google produced at GOOG-CENG-00419904) for all Ads accounts presently or historically connected to the Merchant Center accounts provided in paragraph (b) above;

d. Offer and ads data (similar to what Google produced in, e.g., its Fourteenth and Twentieth production) for each Merchant Center account provided in paragraph (b) above for the period January 1, 2020 through March 31, 2025.

In ordering this discovery, the Court is not making a judgment as to what evidence ultimately will be needed to support Google's DMCA defense.

Dated: _____
     New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge