UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

             Plaintiffs,

     -against-

GOOGLE LLC,

             Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/19/25__
```

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' motions (Dkts. 272, 303, 336) to seal or redact certain filings made in connection with Google's November 14, 2025 discovery motion (Dkts. 273, 274). The sealing and redaction motions are GRANTED for substantially the reasons set forth by plaintiffs at Dkts. 298 and 365, and by non-party BCGuardian LLC at Dkts. 297 and 364.

The parties are reminded that pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny, while the presumption of public access "is not particularly great" where judicial documents are submitted in connection with a non-dispositive discovery motion, *Alexander Interactive, Inc. v. Adorama, Inc.*, 2014 WL 4346174, at *2 (S.D.N.Y. Sept. 2, 2014), the use of the same materials for merits purposes may require the parties to submit the documents in unsealed or unredacted form.

The Clerk of Court is respectfully directed to close the motions at Dkts. 272, 303, and 336.

Dated: New York, New York
       December 19, 2025

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**