

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

December 24, 2025

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

    Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted Documents

Dear Judge Moses:

    Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming Plaintiffs' Reply in Support of Plaintiffs' Letter Motion for Discovery Conference Regarding a Google Custodian, dated December 24, 2025, and to seal one accompanying exhibit (the "Documents").

    The Documents contain information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions/sealing solely based on Google's contention that the information contained in the redacted/sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Reply should be redacted, but may do so after Google files its request for redactions.

    Pursuant to Your Honor's Individual Practices § 3(f), Plaintiffs emailed Google's counsel on December 24 to notify Google of the materials Plaintiffs intended to seal/redact, and to offer to meet and confer. Google responded that it agreed with Plaintiffs' proposed redactions and did not believe that a conferral was necessary.

    Pursuant to Your Honor's Individual Practices § 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                      Respectfully submitted,

                                                      /s/ *Jeff Kane*
                                                      Jeff Kane