**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

## LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

December 29, 2025

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> Re:  *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> <u>Letter Motion to File Sealed and Redacted Documents</u>

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google LLC ("Google") submits this letter motion seeking the Court's approval to redact its Memorandum of Law in Support of Defendant Google LLC's Objection to Discovery Order at Dkt. 441 (the "Objection") and Exhibit A, which is an excerpt of the transcript of the December 15, 2025 Hearing before the Court.

The Objection and Exhibit A contain information and materials designated by Plaintiffs and third-party BCGuardian LLC ("BCGuardian") as "Confidential" or "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82.  The Court previously granted sealing requests or otherwise ordered the parties to file such information under seal, Dkts. 381, 471.

Pursuant to Your Honor's Rule 3(f), Google contacted counsel for Plaintiffs and BCGuardian on December 23, 2025, and the parties met and conferred on December 26, 2025. Plaintiffs maintained their position that the information previously ordered to be sealed should be filed under seal.  Plaintiffs also requested redactions to portions of Exhibit A that they contend contain privileged information or information designated as "Confidential" or "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82.  Google files this motion solely based on Plaintiffs' position that the information contained in these materials is confidential and must be sealed.  Google has informed Plaintiffs and BCGuardian that they must file, within three court days, a letter explaining the need to seal or redact the Objection and Exhibit A.

**LATHAM & WATKINS** LLP

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak *(pro hac vice)*
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)