UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>       *Plaintiffs*,<br>v.<br><br>GOOGLE LLC,<br><br>       *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## DECLARATION OF SARAH TOMKOWIAK

I, Sarah Tomkowiak, declare that:

1. I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2. I submit this declaration in connection with Google's Objection to Discovery Order at Dkt. 441.

**Plaintiffs' Rule 26(a)(1) Disclosures**

3. Plaintiffs submitted their Third Amended Rule 26(a)(1) Disclosures on October 22, 2025. I reviewed these disclosures and observed that Plaintiffs identified Michael Candore, Managing Director of BCGuardian LLP, as an individual with knowledge of "Infringement Notices to Defendant on behalf of Plaintiffs; communications with Defendant concerning Infringement Notices and/or Defendant's response to such Infringement Notices; [and] evidence concerning Pirate Sellers/Pirate Sites" that Plaintiffs may use to support their claims against Google.

**Plaintiffs' Fifth Privilege Log**

4.      Plaintiffs served their fifth privilege log (the "Fifth Log") to Google on November 19, 2025.  Plaintiffs filed (under seal) a copy of the Fifth Log at Dkt. 305-1.

5.      The Fifth Log includes 2,142 withheld documents.  I identified all withheld documents and communications that, according to their description and email metadata on the Fifth Log, were prepared by or involve third-party BCGuardian LLC ("BCGuardian").  There are approximately 1,240 documents meeting that criteria contained in Rows 2, 4, 6, 8, 10-16, 18, 20, 22, 24, 26, 28-30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50-55, 57, 59, 61-63, 65, 67, 69, 71, 73, 75, 77, 79, 81, 83, 85, 87, 89, 91, 93, 96, 98, 100-116, 118, 120, 123-138, 140, 142, 144-146, 148, 150, 152, 154, 156, 158, 160, 162, 164, 166, 168, 170, 172, 174, 176, 179, 185-195, 197-207, 209-219, 221-231, 237, 239, 240-245, 247-255, 257-265, 267, 269, 270-275, 277-280, 282-285, 287-290, 292, 294, 296, 298, 301, 303, 305, 307, 312, 314, 316, 318, 320, 322, 324, 326, 328, 330, 332, 334, 336, 338, 340, 342, 344, 346, 348, 350, 355, 357, 359, 361, 363, 365, 367, 370, 376, 378, 380, 382, 384, 386, 397, 399, 401, 403, 405, 407, 409, 411, 413, 415, 417, 419, 421, 423, 425, 427, 429, 431, 433, 442, 444, 446, 448, 450, 452, 454, 456, 458, 460, 462, 464, 466, 467, 469, 471, 473, 475, 477, 484, 485, 511, 520, 521, 523, 524, 534, 535, 624-627, 629, 630, 632-636, 639, 646-650, 705-715, 721-727, 729-732, 736-738, 763, 803-809, 817-848, 854, 861, 863, 865, 866, 873, 874, 884, 885, 887, 892, 893, 927-943, 945-953, 956-971, 974-989, 1040, 1042, 1044, 1046-1048, 1059, 1060, 1062, 1063, 1065, 1066, 1068, 1069, 1072, 1073, 1081-1098, 1111, 1112, 1122, 1123, 1128, 1129, 1131, 1132, 1134, 1135, 1137, 1138, 1141-1146, 1148-1153, 1156, 1157, 1159-1164, 1167-1169, 1172-1174, 1177-1179, 1182-1184, 1187-1189, 1194, 1195, 1197, 1198, 1200, 1201, 1203, 1204, 1206, 1207, 1214, 1215, 1217, 1218, 1220, 1221, 1223, 1224, 1227, 1228, 1230, 1231, 1233, 1234, 1236, 1237, 1239, 1240, 1242, 1243, 1245, 1246, 1252, 1269, 1270, 1272,

1273, 1274, 1276-1278, 1280-1282, 1284-1286, 1297, 1298, 1300, 1301, 1303, 1304, 1306, 1307, 1309, 1310, 1312, 1313, 1315, 1317, 1321-1328, 1330, 1332-1336, 1347, 1349, 1352, 1377, 1379, 1381, 1383, 1385, 1387, 1390, 1395, 1396, 1400, 1402, 1410-1433, 1445, 1447, 1449, 1451, 1453-1455, 1469, 1482, 1489, 1492, 1513, 1515-1521, 1523, 1525, 1531-1540, 1542, 1544, 1546, 1549, 1551, 1553, 1555-1579, 1581, 1582, 1584, 1585-1601, 1603-1629, 1631-1650, 1659-1718, 1720, 1722-1794, 1797-1810, 1812-1820, 1822-1918, 1923-2142.

6. I identified all documents that were prepared by or involve third-party BCGuardian and, according to the Fifth Log, are withheld only for attorney-client privilege. There are approximately six documents meeting that criteria contained in Rows 520, 521, 523, 524, 534, and 535.

**December 15, 2025 Hearing Transcript**

7. On December 15, 2025, the Court held a hearing concerning the Parties' privilege dispute, among other topics. A true and correct excerpt of the transcript from that hearing is attached as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 29, 2025, in McLean, Virginia

                                                */s/ Sarah A. Tomkowiak*
                                                Sarah A. Tomkowiak