UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

              *Plaintiffs*,

v.

GOOGLE LLC,

              *Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

# [PROPOSED] ORDER

JENNIFER L. ROCHON, United States District Court Judge:

This matter comes before the Court on Defendant's Objection to Discovery Order at Dkt. 441. Upon consideration of the parties' submissions, the Court hereby ORDERS Plaintiffs to produce the following documents to Defendant:

| Category Number | Document Category Description | To be Produced (Yes/No): |
|---|---|---|
| 1 | All documents withheld on Plaintiffs' fifth privilege log, served on November 19, 2025. | |
| 2 | All documents withheld on the basis of the common interest rule. This includes documents in Rows 1-10, 12, 14, 16-26, 28-30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50-59, 61- 63, 65, 67, 69, 71, 73, 75, 77, 79, 81, 83, 85, 87, 89, 91, 93, 95-98, 100-120, 123-142, 144-146, 148, 150, 152, 154, 156, 158, 160, 162, 164, 166, 168, 170, 172, 174, 176, 178-237, 239-267, 269-292, 294, 296, 298, 300-630, 632-644, 646-660, 663, 665-675, 677-679, 681-693, 695-698, 701-703, 705-745, 747-751, 755-759, 762-771, 775, 783-799, 803-874, 877, 884-890, 897-971, 973-1250, 1252-1258, 1260, 1261, 1263-1350, 1352-1375, 1377, 1379, | |

| | | |
|---|---|---|
| | 1381, 1383, 1385, 1387, 1389-1433, 1441-1475, 1481-1483, 1485-1718, 1720, 1722-1918, 1923-2142. | |
| 3 | All withheld documents related to this litigation that include representatives of non-party Pearson Education, Inc. ("Pearson"). This includes documents in Rows 327-372, 375-486, 489, 490, 493, 494, 500, 502-506, 512, 515, 518, 1444-1452, 1455-1465, 1468-1475, 1481-1483, 1485-1521, 1524-1527, 1529-1536, 1541-1718, 1724-1794, 1797-1810, 1813-1918, 1923-2142. | |
| 4 | All documents withheld on the basis of the common interest rule and over which Plaintiffs assert only attorney-client privilege. This includes documents in Rows 488, 519-562, 572, 579, 586-588, 590-623, 654, 658-660, 663, 665-675, 677-679, 681-690, 692, 693, 695-698, 1050-1052. | |
| 5 | All documents withheld on the basis of the common interest rule that are related to Educational Publishers Enforcement Group ("EPEG") activities. This includes documents in Rows 28, 29, 61, 62, 100, 122, 144, 145, 238, 248, 258, 268, 278, 283, 288, 294, 295, 387-395, 478, 480, 482, 486, 489-494, 497, 500, 502-506, 509, 512-515, 518, 632, 639-644, 646-652, 654, 656, 657, 661, 662, 680, 681, 701, 747-751, 755, 756, 772, 775, 777-782, 785-799, 877, 888-893, 897-933, 947, 954, 955, 990, 997, 1004, 1011-1013, 1017, 1023, 1029, 1035, 1040, 1042, 1044, 1046-1049, 1053-1058, 1061, 1064, 1067, 1070, 1071, 1074-1080, 1099-1110, 1113-1121, 1124-1127, 1130, 1133, 1136, 1139, 1154, 1155, 1165, 1170, 1175, 1180, 1185, 1190-1193, 1196, 1199, 1202, 1205, 1208-1213, 1216, 1219, 1222, 1225, 1226, 1229, 1232, 1235, 1238, 1241, 1244, 1247-1250, 1253-1258, 1260, 1261, 1263-1268, 1271, 1275, 1279, 1283, 1287-1294, 1296, 1299, 1302, 1305, 1308, 1311, 1314, 1316, 1318-1320, 1330, 1332, 1337-1345, 1347, 1349, 1353-1375, 1391-1393, 1395, 1397, 1398, 1400, 1401, 1403-1408, 1411, 1415, 1419, 1431, 1441-1443, 1452-1454, 1465, 1470, 1472, 1474, 1485-1488, 1494-1499, 1526, 1527, 1529, 1530, 1651, 1719, 1721. | |
| 6 | All documents withheld on the basis of the common interest rule that do not relate to any litigation and over which Plaintiffs assert attorney work product. This includes documents in Rows 487, 491, 492, 495-499, 501, 507-511, 513, 514, 516, and 517. | |
| 7 | All withheld documents that were prepared by or include representatives of BCGuardian LLC ("BCGuardian"). This includes documents in Rows 2, 4, 6, 8, 10-16, 18, 20, 22, 24, 26, 28-30, 32, 34, 36, 38, 40, 42, 44, 46, 48, 50-55, 57, 59, 61-63, 65, 67, 69, 71, 73, 75, 77, 79, 81, 83, 85, 87, 89, 91, 93, 96, 98, 100-116, 118, 120, 123-138, 140, 142, 144-146, 148, 150, 152, 154, 156, 158, 160, 162, 164, 166, 168, 170, 172, 174, 176, 179, 185-195, 197-207, 209-219, 221-231, | |

|   |   |   |
|---|---|---|
|   | 237, 239, 240-245, 247-255, 257-265, 267, 269, 270-275, 277-280, 282-285, 287-290, 292, 294, 296, 298, 301, 303, 305, 307, 312, 314, 316, 318, 320, 322, 324, 326, 328, 330, 332, 334, 336, 338, 340, 342, 344, 346, 348, 350, 355, 357, 359, 361, 363, 365, 367, 370, 376, 378, 380, 382, 384, 386, 397, 399, 401, 403, 405, 407, 409, 411, 413, 415, 417, 419, 421, 423, 425, 427, 429, 431, 433, 442, 444, 446, 448, 450, 452, 454, 456, 458, 460, 462, 464, 466, 467, 469, 471, 473, 475, 477, 484, 485, 511, 520, 521, 523, 524, 534, 535, 624-627, 629, 630, 632-636, 639, 646-650, 705-715, 721-727, 729-732, 736-738, 763, 803-809, 817-848, 854, 861, 863, 865, 866, 873, 874, 884, 885, 887, 892, 893, 927-943, 945-953, 956-971, 974-989, 1040, 1042, 1044, 1046-1048, 1059, 1060, 1062, 1063, 1065, 1066, 1068, 1069, 1072, 1073, 1081-1098, 1111, 1112, 1122, 1123, 1128, 1129, 1131, 1132, 1134, 1135, 1137, 1138, 1141-1146, 1148-1153, 1156, 1157, 1159-1164, 1167-1169, 1172-1174, 1177-1179, 1182-1184, 1187-1189, 1194, 1195, 1197, 1198, 1200, 1201, 1203, 1204, 1206, 1207, 1214, 1215, 1217, 1218, 1220, 1221, 1223, 1224, 1227, 1228, 1230, 1231, 1233, 1234, 1236, 1237, 1239, 1240, 1242, 1243, 1245, 1246, 1252, 1269, 1270, 1272, 1273, 1274, 1276-1278, 1280-1282, 1284-1286, 1297, 1298, 1300, 1301, 1303, 1304, 1306, 1307, 1309, 1310, 1312, 1313, 1315, 1317, 1321-1328, 1330, 1332-1336, 1347, 1349, 1352, 1377, 1379, 1381, 1383, 1385, 1387, 1390, 1395, 1396, 1400, 1402, 1410-1433, 1445, 1447, 1449, 1451, 1453-1455, 1469, 1482, 1489, 1492, 1513, 1515-1521, 1523, 1525, 1531-1540, 1542, 1544, 1546, 1549, 1551, 1553, 1555-1579, 1581, 1582, 1584, 1585-1601, 1603-1629, 1631-1650, 1659-1718, 1720, 1722-1794, 1797-1810, 1812-1820, 1822-1918, 1923-2142. |   |
| 8 | All documents that were prepared by BCGuardian and over which Plaintiffs assert only attorney-client privilege. This includes documents in Rows 520, 521, 523, 524, 534, and 535. |   |

In the alternative, the Court finds that the documents identified in the categories above are not subject to attorney-client privilege. Accordingly, the Court ORDERS Plaintiffs to produce all documents identified in Categories 4 and 8 above. The Court further ORDERS that the Defendant select 10 documents from each of the following Categories for Plaintiffs to submit to the Court for *in camera* review:

- Documents withheld as work product as identified in Category 2

3

- Documents related to this litigation involving non-party Pearson that are withheld as work product as identified in Category 3

- Documents related to EPEG activities that are withheld as work product as identified in Category 5

- Documents unrelated to any litigation as identified in Category 6

- Documents prepared by or communications involving BCGuardian that are withheld as work product as identified in Category 7

Dated: _____

New York, New York

SO ORDERED.

_____
HON. JENNIFER L. ROCHON
United States District Court Judge