UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## **CERTIFICATE OF SERVICE**

I, Roberto Borgert, hereby certify that on December 29, 2025, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Sealed and Redacted Documents, dated December 29, 2025;

- Unredacted version of Memorandum of Law in Support of Defendant Google LLC's Objection to Discovery Order at Dkt. 441, dated December 29, 2025; and

- Declaration of Sarah Tomkowiak, executed on December 29, 2025, and Exhibit A.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com

Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*


Dated: December 29, 2025
         Arlington, VA

Roberto J. Borgert