**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, *Plaintiffs*, v. GOOGLE LLC, *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## <u>CERTIFICATE OF SERVICE</u>

I, Roberto Borgert, hereby certify that on December 29, 2025, I served counsel for non-party BCGuardian LLC with the true and correct copies of the following documents via electronic mail:

- Letter Motion to File Sealed and Redacted Documents, dated December 29, 2025;

- Redacted Memorandum of Law in Support of Defendant Google LLC's Objection to Discovery Order at Dkt. 441, dated December 29, 2025; and

- Declaration of Sarah Tomkowiak, executed on December 29, 2025, and Redacted Exhibit A.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Jeff Gould – jeff@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for BCGuardian LLC*

Dated: December 29, 2025
     Arlington, VA

Roberto Borgert