AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CENGAGE LEARNING, INC ET AL. <br> *Plaintiff* <br> v. <br> GOOGLE LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 24-CV-04274 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cengage Learning, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; Elsevier Inc.; Elsevier B.V.; and McGraw Hill LLC

Date:     01/05/2026

s/ Uriel Lee
*Attorney's signature*

Uriel Lee, 5997499
*Printed name and bar number*

Oppenheim + Zebrak LLP
4530 Wisconsin Avenue NW STE 5
Washington, DC 20016

*Address*

ulee@oandzlaw.com
*E-mail address*

(202) 480-2999
*Telephone number*

(866) 766-1678
*FAX number*