**Oppenheim + Zebrak, LLP**
WASHINGTON – NEW YORK

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

December 31, 2025

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/26**

**MEMO ENDORSED**

Application GRANTED. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge
January 7, 2026

<u>VIA ECF</u>

The Honorable Barbara Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 20A
New York, NY 10007

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
   Plaintiffs' Letter Motion for Extension to Comply with the Court's Dkt. 217 Order

Dear Judge Moses,

We represent all Plaintiffs in the above matter. Pursuant to Your Honor's Individual Rule 2(a), Plaintiffs write to respectfully request an extension until January 23, 2026 to comply with the Court's October 9, 2025 Order, Dkt. 217, section 2.a at 2-3 (ordering Plaintiffs to identify, by starting Bates number, the screenshots Plaintiffs produced in discovery and the corresponding work(s)-in-suit depicted in the screenshot) ("Screenshot Identifications"). The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Screenshot Identifications are currently due on January 6, 2026. Dkt. 217 at 2. Plaintiffs seek a 17-day extension, until January 23, 2026, to comply with the Court's Order and provide the Screenshot Identifications to Google.

(2) Plaintiffs have not previously requested an adjournment or extension of this deadline.

(3) Not applicable.

(4) Plaintiffs diligently have been working on the Screenshot Identifications since the entry of the October 9, 2025 Order. However, the process has been very time consuming, including due to the number of screenshots and multiple difficulties that have arisen, including technical difficulties.

(5) Plaintiffs' counsel reached out to Google's counsel concerning this requested extension, and Google's counsel indicated that Google consents to Plaintiffs' request.

(6) Not applicable.

The above-requested extension will not impact any other currently scheduled dates in the case. Plaintiffs thank the Court for considering their request.

Respectfully submitted,

*/s/ Michele H. Murphy*
Michele H. Murphy
OPPENHEIM + ZEBRAK, LLP
*Counsel for Plaintiffs*