```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/7/26
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.;
BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC D/B/A
MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC;
ELSEVIER INC.; ELSEVIER B.V.; and
MCGRAW HILL LLC,

        Plaintiffs,

v.

GOOGLE LLC,

        Defendant.

Case No. 1:24-cv-04274-JLR-BCM

[~~PROPOSED~~] ORDER GRANTING
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

---

    The motion of Caroline F. Clarke for admission to practice *pro hac vice* in the above captioned action is granted.

    Applicant has declared that she is a member in good standing of the Bar of the State of New York and that her contact information is as follows:

    Applicant's Name: Caroline F. Clarke

    Firm Name: Latham & Watkins LLP

    Address: 1271 Avenue of the Americas

    City/State/Zip: New York, NY 10020

    Telephone: (212) 906-1200 / Facsimile: (212) 751-4864

    Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/7/26

Hon. Barbara C. Moses
United States Magistrate Judge