UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

-against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For planning purposes, the parties are advised that they should be prepared to address the following motions at the January 8, 2026 discovery conference:

1. Defendant's November 18, 2025 motion (Dkts. 287, 288);

2. Plaintiffs' December 5, 2025 motion (Dkts. 370, 371);

3. Defendant's December 5, 2025 motion (Dkts. 376, 377); and

4. Defendant's December 5, 2025 motion (Dkts. 379, 380).

Dated: New York, New York
       January 7, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**