UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/9/26
```

CENGAGE LEARNING, INC., et al.,

    Plaintiffs,

-against-

GOOGLE LLC,

    Defendant.

24-cv-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It is hereby ORDERED that the discovery conference previously scheduled for January 8, 2026, at 2:00 p.m. is RESCHEDULED to **January 13, 2026, at 2:00 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York. The parties are advised that they should be prepared to address the following motions at the January 13, 2026 discovery conference:

1. Defendant's November 18, 2025 motion (Dkts. 287, 288);
2. Plaintiffs' December 5, 2025 motion (Dkts. 370, 371); and
3. Defendant's December 5, 2025 motion (Dkts. 379, 380).

Dated: New York, New York
       January 9, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**