IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I served counsel of record with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 507: Plaintiffs' Memorandum of Law in Opposition to Defendant's Objection (Dkts. 483–488) to Discovery Order at Dkt. 441.

*/s/ Yunyi Chen*
Yunyi Chen
Oppenheim + Zebrak, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
ychen@oandzlaw.com

*Counsel for Plaintiffs*