UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

    -against-

GOOGLE LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/14/26
```

24-CV-4274 (JLR) (BCM)

**DISCOVERY ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the January 13, 2026 discovery conference:

1. The remaining unresolved portion of defendant's November 18, 2025 motion (Dkts. 287, 288) to compel plaintiffs to run certain additional search strings for purposes of their custodial document production is DENIED.

2. Plaintiffs' December 5, 2025 motion (Dkts. 370, 371) requesting a further preclusion order is DENIED. No further clarification of the Court's self-executing October 15, 2025 Order (Dkt. 221) is required.

3. Defendant's December 5, 2025 motion (Dkts. 376, 377) to compel plaintiffs to produce additional documents regarding their DMCA enforcement efforts, and for *in camera* review of certain documents withheld as privileged, is DENIED.

4. Defendant must produce the "Buganizer" documents required by this Court's December 15, 2025 order (Dkt. 441 ¶ 4) no later than **March 6, 2026.**

5. Defendant's must disclose the list of domains required by this Court's December 22, 2025 sampling order (Dkt. 472) no later than **January 30, 2026**. Defendant must produce the documents required for each domain no later than **March 6, 2026**.

6. The parties must exchange good faith drafts of their Rule 30(b)(6) deposition notices no later than **January 30, 2026**, and promptly commence scheduling party depositions thereafter.

7. The parties must continue to meet and confer in a good faith effort to further narrow their remaining discovery disputes.

8. The next discovery conference will take place on **February 2, 2026 at 10:00 a.m**. No later than **January 26, 2026**, the parties must submit a joint letter, advising the Court as to the status of document discovery and providing any updates relevant to their outstanding discovery disputes.

The Clerk of Court is respectfully directed to close the motions at Dkts. 287, 288, 370, 371, 376, and 377.

Dated: New York, New York
January 14, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**