```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., et al.,

        Plaintiffs,

-against-

GOOGLE LLC,

        Defendant.

24-CV-04274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At the parties' request, the discovery conference currently scheduled for February 2, 2026, at 10:00 a.m. is hereby RESCHEDULED to **January 20, 2026, at 2:00 p.m.** The parties' joint status letter is now due no later than **January 19, 2026.**

Dated: New York, New York
       January 15, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**