UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., et al.,

    Plaintiffs,

-against-

GOOGLE LLC,

    Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will shortly issue, under temporary seal (at the "selected parties" viewing level) a Memorandum and Order (M&O) regarding defendant's November 14, 2025 discovery motion (Dkts. 273, 274). The M&O discusses, at various points, documentary evidence that was filed under seal. No later than **January 23, 2026**, the parties must meet and confer in good faith and then submit (by email) their proposal(s) as to what if any redactions should be made to the text of the M&O before it is publicly filed on the docket. In approaching this issue, the parties must be mindful that redactions should be minimized, wherever possible, in light of the strong presumption of public access to judicial documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Dated: New York, New York
       January 16, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**