

Michele Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

January 19, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted and Sealed Document

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of the parties' January 19, 2026 joint status report submitted pursuant to the Court's Order at Dkt. 511 (the "Joint Status Report").

      The Joint Status Report contains information from documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Joint Status Report should be redacted, but may do so after Google files its request for redactions.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google on Monday, January 19 with Plaintiffs' proposed redactions to Plaintiffs' section of the Joint Status Report and offered to meet and confer concerning the same. Google responded via email that it agreed with Plaintiffs' proposed redactions.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Joint Status Report.

                            Respectfully submitted,

                            /s/ *Michele H. Murphy*
                            Michele H. Murphy