## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I served counsel of record with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. This document was filed under seal on ECF at the docket entry noted below.

- Dkt. 518: the Parties' Joint Status Report.

　　　　　　　　　　　　　　　　　　　*/s/ Yunyi Chen*
　　　　　　　　　　　　　　　　　　　Yunyi Chen
　　　　　　　　　　　　　　　　　　　Oppenheim + Zebrak, LLP
　　　　　　　　　　　　　　　　　　　461 Fifth Avenue, 19th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　Telephone: (212) 951-1156
　　　　　　　　　　　　　　　　　　　ychen@oandzlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*