# Exhibit 1
## (PL0000185973)

| | |
|---|---|
| **From:** | Notice of Infringement <noi@BCGuardian.com> |
| **Sent:** | Thur 2/16/2023 6:01:35 PM (UTC) |
| **To:** | "dmca-agent@google.com" <dmca-agent@google.com> |
| **Subject:** | Notice of Copyright Infringement |
| **Attachment:** | 2023.02.16 Notice of Infringement to Google - Elsevier.pdf |
| **Attachment:** | (Elsevier) Notice of Infringement to Google - Exhibit 1.xlsx |

Dear Google –

Please see the attached correspondence and accompanying exhibit.

Thank you.

Michael Candore



4530 Wisconsin Ave, NW, Fifth Floor
Washington, DC 20016
m.candore@bcguardian.com

This e-mail and any attachments may contain information that is private, confidential, or protected by other privilege.  If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.