# Ex. 1(a)

(PL0000185974)

(Email attachment to Ex. 1)

4530 Wisconsin Ave, NW | 5th Floor
Washington, DC 20016
NOI@bcguardian.com

February 16, 2023

**Via Email Only (dmca-agent@google.com)**

Google LLC
Attn: Copyright Manager
1600 Amphitheater Parkway
Mountain View, CA  94043

      Re:    **Notice of Copyright Infringement – Google Shopping**

Dear Sir or Madam:

We write to you on behalf of Elsevier Inc. ("Elsevier") concerning an urgent matter of copyright infringement that requires Google's attention.

There is a continuing outbreak of pirated eBooks, test banks and instructor solutions manuals promoted for sale via **Google Shopping**.  Google's services are being utilized to facilitate this infringing activity, which is blatant, extensive, and causes great harm to all those who earn a living from legitimate sales of educational materials.  We urge Google to take appropriate action to ensure that it does not encourage, support, or profit from the unlawful sale of such pirated materials.

Attached at **Exhibit 1** is a non-exhaustive list of copyrighted works owned or exclusively licensed by Elsevier that are being offered for sale unlawfully by merchants and websites promoted through Google Shopping. The listings in Exhibit 1 are for the sale of digital files (<u>not physical books</u>) of complete textbooks, test banks, or solutions manuals that represent the culmination of countless hours of creative efforts by the respective authors and editors.  Included in Exhibit 1 is the information requested through Google's *Report Alleged Copyright Infringement* form in connection with notices of copyright infringement related to products appearing on Google Shopping.

I state that I have a good faith belief that the use of the works listed in Exhibit 1 is not authorized by the rights owner, its agents, or the law, and that the information in this notice and the attached exhibit is accurate.  I swear, under penalty of perjury, that I am authorized to act on behalf of Elsevier, who is the copyright owner whose exclusive right is allegedly infringed.

We hereby give notice of these activities to you and request that you take expeditious action to remove or disable access to the Google Shopping ads, offers, and services at issue, thereby assisting in the prevention of the illegal distribution of these copyrighted works.

CONFIDENTIAL                                                                                                                                                     PL0000185974

BCGuardian

4530 Wisconsin Ave, NW | 5th Floor
Washington, DC 20016
NOI@bcguardian.com

This notice is not a complete statement of Elsevier's rights in connection with this matter, and nothing herein shall be construed as any limitation or waiver as to Elsevier's rights, claims and/or remedies that may be applicable, each of which is expressly reserved.

Sincerely,


Michael Candore
Managing Director
BCGuardian, LLP

On behalf of: Elsevier Inc.

2

CONFIDENTIAL                                                                 PL0000185975