# Ex. 1(b)

(Excerpt of PL0000185976)

(Attachment to Ex. 1)

**EXHIBIT 1**
*NOTICE OF COPYRIGHT INFRINGEMENT SUBMITTED TO GOOGLE ON BEHALF OF ELSEVIER INC.*
*Thursday, February 16, 2023*

| Rights Owner<br>*Legal Name of Copyright Holder* | Description of Copyrighted Work Infringed<br>*Title and ISBN of Published Work Infringed* | Authorized Example | Google Shopping Search Term<br>*Google Shopping Query Resulting in Infringing Result* | URL of Google Shopping Search Results<br>*Google Shopping Search Results Page (All Results)* | Allegedly Infringing URL (Google Shopping)<br>*Google URL for Infringing Product Listing* | Allegedly Infringing URL (External)<br>*External Landing Page for Infringing Product Listing* |
|---|---|---|---|---|---|---|
| Elsevier Inc. | Test bank for Leading and M… | https://www.vitalsou… | Leading and Managin… | https://www.google.com/s… | https://www.google.com/… | https://zestudion.com/product/lea… |
| Elsevier Inc. | Test bank for Physical Exam… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://zestudion.com/product/phy… |
| Elsevier Inc. | Physical Examination and H… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/p… |
| Elsevier Inc. | Leading and Managing in N… | https://www.vitalsou… | 9780323449137 | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/l… |
| Elsevier Inc. | Leading and Managing in N… | https://www.vitalsou… | 9780323449137 | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/l… |
| Elsevier Inc. | Test bank for Leading and M… | https://www.vitalsou… | Leading and Managin… | https://www.google.com/s… | https://www.google.com/… | https://gradeslab.com/shop/97803… |
| Elsevier Inc. | Test bank for Physical Exam… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://gradeslab.com/shop/97803… |
| Elsevier Inc. | Leading and Managing in N… | https://www.vitalsou… | 9780323449137 | https://www.google.com/s… | https://www.google.com/… | https://nafassy.com/product/leadi… |
| Elsevier Inc. | Physical Examination and H… | https://www.amazo… | 9780323510806 | https://www.google.com/s… | https://www.google.com/… | https://nafassy.com/product/physi… |
| Elsevier Inc. | Leading and Managing in N… | https://www.vitalsou… | 9780323449137 | https://www.google.com/s… | https://www.google.com/… | https://barneybooks.com/book/lea… |
| Elsevier Inc. | Leading and Managing in N… | https://www.vitalsou… | Leading and Managin… | https://www.google.com/s… | https://www.google.com/… | https://matchlistcity.shop/product/… |
| Elsevier Inc. | Physical Examination and H… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://matchlistcity.shop/product/… |
| Elsevier Inc. | Physical Examination and H… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://heyyar.com/product/physic… |
| Elsevier Inc. | Physical Examination and H… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://secretgaminglabs.com/pro… |
| Elsevier Inc. | Leading and Managing in N… | https://www.vitalsou… | 9780323449137 | https://www.google.com/s… | https://www.google.com/… | https://secretgaminglabs.com/pro… |
| Elsevier Inc. | Physical Examination and H… | https://www.amazo… | Physical Examination… | https://www.google.com/s… | https://www.google.com/… | https://bookstoreclerk.com/produ… |
| Elsevier Inc. | Clinical Hematology Atlas, 5… | https://www.vitalsou… | Clinical Hematology A… | https://www.google.com/s… | https://www.google.com/… | https://secretgaminglabs.com/pro… |
| Elsevier Inc. | Clinical Hematology Atlas, 5… | https://www.vitalsou… | Clinical Hematology A… | https://www.google.com/s… | https://www.google.com/… | https://omniebooks.shop/product/… |
| Elsevier Inc. | Clinical Hematology Atlas, 5… | https://www.vitalsou… | Clinical Hematology A… | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/c… |
| Elsevier Inc. | Clinical Hematology Atlas, 5… | https://www.vitalsou… | Clinical Hematology A… | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/c… |
| Elsevier Inc. | ECGs Made Easy, 6e (ISBN:… | https://www.amazo… | ECGs Made Easy 6th… | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/e… |
| Elsevier Inc. | ECGs Made Easy, 6e (ISBN:… | https://www.amazo… | ECGs Made Easy 6th… | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/e… |
| Elsevier Inc. | Community Public Health N… | https://www.vitalsou… | 9780323188197 | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/c… |
| Elsevier Inc. | Community Public Health N… | https://www.vitalsou… | 9780323188197 | https://www.google.com/s… | https://www.google.com/… | https://bridgetmarket.us/product/c… |
| Elsevier Inc. | Test bank for Community/P… | https://www.vitalsou… | Community Public He… | https://www.google.com/s… | https://www.google.com/… | https://gradeslab.com/shop/97803… |
| Elsevier Inc. | Test bank for Ecgs Made Ea… | https://www.amazo… | ECGs Made Easy 6th… | https://www.google.com/s… | https://www.google.com/… | https://gradeslab.com/shop/97803… |
| Elsevier Inc. | Test bank for Seidel's Guide… | https://www.vitalsou… | Seidel's Guide to Phy… | https://www.google.com/s… | https://www.google.com/… | https://gradeslab.com/shop/97803… |
| Elsevier Inc. | ECGs Made Easy, 6e (ISBN:… | https://www.amazo… | ECGs Made Easy 6th… | https://www.google.com/s… | https://www.google.com/… | https://nafassy.com/product/ecgs-… |
| Elsevier Inc. | Seidel's Guide to Physical E… | https://www.vitalsou… | Seidel's Guide to Phy… | https://www.google.com/s… | https://www.google.com/… | https://nafassy.com/product/seide… |
| Elsevier Inc. | Community/Public Health N… | https://www.vitalsou… | 9780323188197 | https://www.google.com/s… | https://www.google.com/… | https://nafassy.com/product/com… |
| Elsevier Inc. | ECGs Made Easy, 6e (ISBN:… | https://www.amazo… | 9780323401302 | https://www.google.com/s… | https://www.google.com/… | https://nafassy.com/product/ecgs-… |
| Elsevier Inc. | Seidel's Guide to Physical E… | https://www.vitalsou… | Seidel's Guide to Phy… | https://www.google.com/s… | https://www.google.com/… | https://fenlita.com/product/seidel… |
| Elsevier Inc. | Seidel's Guide to Physical E… | https://www.vitalsou… | Seidel's Guide to Phy… | https://www.google.com/s… | https://www.google.com/… | https://fenlita.com/product/seidel… |
| Elsevier Inc. | Clinical Hematology Atlas, 5… | https://www.vitalsou… | Clinical Hematology A… | https://www.google.com/s… | https://www.google.com/… | https://barneybooks.com/book/clin… |
| Elsevier Inc. | Community/Public Health N… | https://www.vitalsou… | 9780323188197 | https://www.google.com/s… | https://www.google.com/… | https://barneybooks.com/book/co… |
| Elsevier Inc. | Clinical Hematology Atlas, 5… | https://www.vitalsou… | Clinical Hematology A… | https://www.google.com/s… | https://www.google.com/… | https://matchlistcity.shop/product/… |
| Elsevier Inc. | Community Public Health N… | https://www.vitalsou… | Community Public He… | https://www.google.com/s… | https://www.google.com/… | https://matchlistcity.shop/product/… |
| Elsevier Inc. | Seidel's Guide to Physical E… | https://www.vitalsou… | Seidel's Guide to Phy… | https://www.google.com/s… | https://www.google.com/… | https://matchlistcity.shop/product/… |
| Elsevier Inc. | Seidel's Guide to Physical E… | https://www.vitalsou… | Seidel's Guide to Phy… | https://www.google.com/s… | https://www.google.com/… | https://heyyar.com/product/seidel… |
| Elsevier Inc. | Test bank for ECGs Made E… | https://www.amazo… | ECGs Made Easy 6th… | https://www.google.com/s… | https://www.google.com/… | https://nursytests.com/shop/97803… |

| Rights Owner<br>Legal Name of Copyright Holder | Description of Copyrighted Work Infringed<br>Title and ISBN of Published Work Infringed | Authorized Example | Google Shopping Search Term<br>Google Shopping Query Resulting in Infringing Result | URL of Google Shopping Search Results<br>Google Shopping Search Results Page (All Results) | Allegedly Infringing URL (Google Shopping)<br>Google URL for Infringing Product Listing | Allegedly Infringing URL (External)<br>External Landing Page for Infringing Product Listing |
|---|---|---|---|---|---|---|
| Elsevier Inc. | Test bank for Seidel's Guide | https://www.vitalsou | Seidel's Guide to Phys | https://www.google.com/s | https://www.google.com/ | https://nursytests.com/shop/9780 |
| Elsevier Inc. | Clinical Hematology Atlas, | https://www.vitalsou | Clinical Hematology A | https://www.google.com/s | https://www.google.com/ | https://secretgaminglabs.com/pro |
| Elsevier Inc. | Community Public Health N | https://www.vitalsou | Community Public He | https://www.google.com/s | https://www.google.com/ | https://secretgaminglabs.com/pro |
| Elsevier Inc. | ECGs Made Easy, 6e (ISBN: | https://www.amazo | ECGs Made Easy 6th | https://www.google.com/s | https://www.google.com/ | https://secretgaminglabs.com/pro |
| Elsevier Inc. | Basic Immunology: Functio | https://www.vitalsou | Basic Immunology 5tl | https://www.google.com/s | https://www.google.com/ | https://nursytests.com/shop/9780 |
| Elsevier Inc. | Computer Architecture: A C | https://www.vitalsou | COMPUTER ARCHITE( | https://www.google.com/s | https://www.google.com/ | https://abirda.com/product/compu |
| Elsevier Inc. | Computer Architecture: A C | https://www.vitalsou | COMPUTER ARCHITE( | https://www.google.com/s | https://www.google.com/ | https://rtdefense.com/product/cor |
| Elsevier Inc. | Basic Immunology: Functio | https://www.vitalsou | Basic Immunology 5tl | https://www.google.com/s | https://www.google.com/ | https://omniebooks.shop/product/l |
| Elsevier Inc. | Basic Immunology: Functio | https://www.vitalsou | Basic Immunology 5tl | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/l |
| Elsevier Inc. | Basic Immunology: Functio | https://www.vitalsou | Basic Immunology 5tl | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/l |
| Elsevier Inc. | Computer Architecture: A C | https://www.vitalsou | COMPUTER ARCHITE( | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/c |
| Elsevier Inc. | Saunders Comprehensive R | https://www.vitalsou | 9780323358415 | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/s |
| Elsevier Inc. | Saunders Comprehensive R | https://www.vitalsou | 9780323358415 | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/s |
| Elsevier Inc. | Test bank for Basic Immuno | https://www.vitalsou | Basic Immunology 5tl | https://www.google.com/s | https://www.google.com/ | https://gradeslab.com/shop/9780 |
| Elsevier Inc. | Test bank for Modern Denta | https://www.amazo | Modern Dental Assist | https://www.google.com/s | https://www.google.com/ | https://gradeslab.com/shop/9780 |
| Elsevier Inc. | Saunders Comprehensive R | https://www.vitalsou | 9780323358415 | https://www.google.com/s | https://www.google.com/ | https://topfibo.com/index.php/pro |
| Elsevier Inc. | Saunders comprehensive re | https://www.vitalsou | 9780323358415 | https://www.google.com/s | https://www.google.com/ | https://nafassy.com/product/saun |
| Elsevier Inc. | Computer Architecture: A C | https://www.vitalsou | COMPUTER ARCHITE( | https://www.google.com/s | https://www.google.com/ | https://fenlita.com/product/compu |
| Elsevier Inc. | Modern Dental Assisting 12 | https://www.amazo | 9780357131787 | https://www.google.com/s | https://www.google.com/ | https://fenlita.com/product/data-r |
| Elsevier Inc. | Modern Dental Assisting, 1. | https://www.amazo | Modern Dental Assist | https://www.google.com/s | https://www.google.com/ | https://barneybooks.com/book/mo |
| Elsevier Inc. | Saunders comprehensive re | https://www.vitalsou | 9780323358415 | https://www.google.com/s | https://www.google.com/ | https://barneybooks.com/book/sau |
| Elsevier Inc. | Computer Architecture: A C | https://www.vitalsou | COMPUTER ARCHITE( | https://www.google.com/s | https://www.google.com/ | https://matchlistcity.shop/product/ |
| Elsevier Inc. | Workbook for Modern Dent | https://www.amazo | Modern Dental Assist | https://www.google.com/s | https://www.google.com/ | https://matchlistcity.shop/product/ |
| Elsevier Inc. | Test bank for Basic Immuno | https://www.vitalsou | Basic Immunology 5tl | https://www.google.com/s | https://www.google.com/ | https://nursytests.com/shop/9780 |
| Elsevier Inc. | Test bank for Modern Denta | https://www.amazo | Modern Dental Assist | https://www.google.com/s | https://www.google.com/ | https://nursytests.com/shop/9780 |
| Elsevier Inc. | Computer Architecture: A C | https://www.vitalsou | COMPUTER ARCHITE( | https://www.google.com/s | https://www.google.com/ | https://secretgaminglabs.com/pro |
| Elsevier Inc. | Modern Dental Assisting, 1. | https://www.amazo | Modern Dental Assist | https://www.google.com/s | https://www.google.com/ | https://secretgaminglabs.com/pro |
| Elsevier Inc. | Saunders comprehensive re | https://www.vitalsou | 9780323358415 | https://www.google.com/s | https://www.google.com/ | https://messiahbook.com/product/ |
| Elsevier Inc. | Cellular and Molecular Imm | https://www.vitalsou | Cellular and Molecula | https://www.google.com/s | https://www.google.com/ | https://rtdefense.com/product/cell |
| Elsevier Inc. | Policy And Politics In Nursir | https://www.vitalsou | Policy And Politics In | https://www.google.com/s | https://www.google.com/ | https://rtdefense.com/product/pol |
| Elsevier Inc. | Robbins Basic Pathology, 1( | https://www.vitalsou | Robbins Basic Patholc | https://www.google.com/s | https://www.google.com/ | https://rtdefense.com/product/rob |
| Elsevier Inc. | Test bank for Medical-Surgi | https://www.vitalsou | Medical-Surgical Nur: | https://www.google.com/s | https://www.google.com/ | https://zestudion.com/product/me |
| Elsevier Inc. | Robbins Basic Pathology, 1( | https://www.vitalsou | Robbins Basic Patholc | https://www.google.com/s | https://www.google.com/ | https://zestudion.com/product/rob |
| Elsevier Inc. | Robbins Basic Pathology, 1( | https://www.vitalsou | Robbins Basic Patholc | https://www.google.com/s | https://www.google.com/ | https://goebook.life/product/ebook |
| Elsevier Inc. | Cellular and Molecular Imm | https://www.vitalsou | Cellular and Molecula | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/c |
| Elsevier Inc. | Policy And Politics In Nursir | https://www.vitalsou | Policy And Politics In | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/p |
| Elsevier Inc. | Policy And Politics In Nursir | https://www.vitalsou | Policy And Politics In | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/p |
| Elsevier Inc. | Robbins Basic Pathology, 1( | https://www.vitalsou | Robbins Basic Patholc | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/r |
| Elsevier Inc. | Medical-Surgical Nursing: A | https://www.vitalsou | 9780323328524 | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/r |
| Elsevier Inc. | Applied Pharmacology for t | https://www.vitalsou | 9780323399166 | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/a |
| Elsevier Inc. | Applied Pharmacology for t | https://www.vitalsou | 9780323399166 | https://www.google.com/s | https://www.google.com/ | https://bridgetmarket.us/product/a |
| Elsevier Inc. | Test bank for Cellular and N | https://www.vitalsou | Cellular and Molecula | https://www.google.com/s | https://www.google.com/ | https://gradeslab.com/shop/9780 |
| Elsevier Inc. | Test Bank Medical Surgical | https://www.vitalsou | 9780323328524 | https://www.google.com/s | https://www.google.com/ | https://gradeslab.com/shop/9780 |
| Elsevier Inc. | Medical-Surgical Nursing: A | https://www.vitalsou | 9780323328524 | https://www.google.com/s | https://www.google.com/ | https://nafassy.com/product/medi |