UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENGAGE LEARNING, INC., et al.,

        Plaintiffs,

-against-

GOOGLE LLC,

        Defendant.

24:CV-4274-JLR-BCM

**[PROPOSED] DISCOVERY ORDER**

---

**BARBARA MOSES, United States Magistrate Judge.**

For good cause show, Plaintiffs' January 19 discovery motion (Dkt. 523) is GRANTED.

1. Within seven days of the date of this Order:

   a. Google shall search the incoming emails to the "dmca-agent@google.com" email account during the period June 5, 2021 through September 16, 2024. Google shall search for the term "shopping", and exclude from the search any emails with the terms "Cengage", "Elsevier", "Macmillan", or "McGraw" in the subject line.

   b. Google shall share with Plaintiffs the number of hits that the search returns.

2. If the number of results is manageable, Google shall produce to Plaintiffs all notices that resulted from the search.

3. If the number of results is not reasonable, the parties shall, within fourteen days of the date of this Order, negotiate a protocol with which to select a sample of the notices returned by the search above. If the parties are unable to agree on a sampling protocol, they must provide their respective proposals to the Court no later than eighteen days after this Order.

4. Once the notices are selected under paragraph 2 or 3 above, Google shall provide those notices to Plaintiffs either within 14 days of this Order, or within 7 days of any agreement reached under paragraph 3.

Dated: _____
New York, New York

SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge