

Lauren Bergelson
461 5th Avenue, 19th Fl.
New York, NY 10017
Direct: 212.951.1872
lbergelson@oandzlaw.com

January 21, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Cengage Learning, Inc. et al., v. Google LLC*, No. 24-cv-04274-JLR-BCM: Plaintiffs' Cover Letter Concerning Redacted Versions of Google's November 18, 2025 Letter Motion and the accompanying Bladow Declaration, originally filed at Dkts. 287, 288 and 289, 290, respectively

Dear Judge Moses:

Pursuant to Your Honor's Order at Dkt. 535 granting in part and denying in part Google's Letter Motion to Seal (Dkt. 286), Plaintiffs are filing public versions of Google's November 18, 2025 Letter Motion for Pre-Motion Discovery Conference Regarding the Addition of Targeted Custodians, Expanded Search Terms, and Production of Related ESI ("Google's November 18, 2025 Letter Motion") (originally filed at Dkts. 287, 288) and the accompanying Attorney Declaration of Laura E. Bladow (the "Bladow Declaration") (originally filed at Dkts. 289, 290) with the proposed redactions Plaintiffs set forth at Dkt. 311. For clarity, Exhibits A and B to this cover letter contain the redacted versions of Google's November 18, 2025 Letter Motion and the Bladow Declaration, respectively. Both exhibits belong to Google's original November 18, 2025 motion filed at Dkts. 287 and 288.

Respectfully,

*/s/ Lauren Bergelson*

Lauren Bergelson

cc:   All Counsel of Record (via ECF)