UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

  -against-

GOOGLE LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/21/26
```

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the January 20, 2026 discovery conference:

Discovery Motions

1. Defendant's December 5, 2025 motion (Dkts. 379, 380) for remedial measures under Fed. R. Civ. P. 37(e) is DENIED.

2. Plaintiffs' December 9, 2025 motion (Dkts. 386, 389) to compel Google to produce information concerning its merchant identity verification process is GRANTED IN PART, to the extent that Google must search for and produce non-privileged documents sufficient to show Google's process for performing "identity verification" of advertisers, including: a) the documentation Google requires advertisers to submit; b) the questions Google requires advertisers to answer; and (c) the analyses or procedures that Google applies to determine the merchant's identity. Google must review and produce responsive, non-privileged documents no later than **March 6, 2026**.

3. Plaintiffs' December 17, 2025 motion (Dkts. 455, 457) to compel Google to search the documents and data associated with a former member of its Ads Integrity Shopping team (Mr. J.) is GRANTED IN PART, to the extent that Google must run the following searches with respect to Mr. J.: (1) plaintiffs' Term 3 (Dkt. 457 at 3) regarding Google's discussions with AAP; and (2) plaintiffs' Term 2 (*id.*) and Google's Term 4 (Dkt. 458 and 3) regarding

the Brand Portal initiative. Google must review and produce responsive, non-privileged documents no later than **March 6, 2026**.

4. The next discovery conference will take place on **February 9, 2026 at 11:00 a.m**. The parties should be prepared to discuss plaintiffs' January 19, 2026 motion (Dkts. 523, 524) to compel Google to produce documents relating to its classification of "Shopping" notices as "Search" notices. No later than **February 5, 2026**, the parties must submit a joint letter, advising the Court as to the status of document discovery and providing any updates relevant to their outstanding discovery disputes.

5. The parties must continue to meet and confer in a good faith effort to further narrow their remaining discovery disputes.

## Fact Discovery Deadlines

6. The Court hereby EXTENDS the close of fact discovery, including all fact depositions, to **May 6, 2026**. For avoidance of doubt, the parties may not serve any further written discovery demands, including document-only subpoenas to third parties. However, the parties are not prohibited from serving third-party deposition subpoenas that also seek documents.

7. Plaintiffs' deadline to comply with the Court's October 9, 2025 Order (Dkt. 217) requiring them to match the screenshots plaintiffs produced in discovery with the corresponding work(s)-in-suit is extended to **February 6, 2026**. No further extensions of this deadline will be granted absent compelling circumstances.

8. Plaintiffs' deadline to comply with the Court's January 14, 2026 Order (Dkt. 510 ¶ 1) requiring them to run certain additional search strings for purposes of their custodial document production, is extended to **March 6, 2026**.

Expert Discovery Deadlines

9. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **June 5, 2026**.

10. Disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party must be made no later than **July 8, 2026**.

11. Disclosure of any expert evidence intended solely to reply to the rebuttal evidence on the same subject matter must be made no later than **July 31, 2026**.

12. Depositions of experts must be completed no later than **September 14, 2026**.

13. All discovery must be completed no later than **September 14, 2026**.

The Clerk of Court is respectfully directed to close the motions at Dkts. 379, 380, 386, 389, 455, 457.

Dated: New York, New York  
       January 21, 2026

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**