

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

January 21, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

   Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
      Plaintiffs' Opposition to Google's Letter Motion for Leave to File Reply

Dear Judge Rochon:

  We represent all Plaintiffs in this case. In its January 20, 2026 letter motion (Dkt. 536), Google seeks leave to file a reply in support of its objection (Dkt. 484) to Magistrate Judge Moses's December 15, 2025 Order (Dkt. 441). This Order denied in relevant part Google's motion to compel Plaintiffs to produce documents that Judge Moses found to be protected by the attorney-client privilege and work product doctrine. Excepted from Judge Mose's denial were 34 documents that she reviewed *in camera* and has now ruled are likewise protected from disclosure. *See* Jan.16, 2026 Order, Dkt. 515.

  Plaintiffs respectfully submit that the Court should deny Google's request to file yet another brief to recycle the same faulty arguments. While Google purports to set forth three reasons for why it should be granted special permission to file a reply, a review of the objection and Plaintiffs' Opposition (Dkt. 507) shows that the Court has the information needed to consider these so-called issues in the existing filings.

                Respectfully submitted,

                /s/ *Michele H. Murphy*
                Michele H. Murphy
                OPPENHEIM + ZEBRAK, LLP

                *Counsel for Plaintiffs*