UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 1:24-cv-04274-JLR-BCM |

**NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Notice of Filing of Official Transcript (ECF No. 513), Defendant Google LLC ("Defendant") hereby provides this Notice of Intent to Request Redaction of the Transcript of Proceedings held on January 13, 2026, before the Honorable Barbara Moses, United States Magistrate Judge. In particular, Defendant intends to request redaction of certain information designated by Defendant as "Highly Confidential – Attorneys' Eyes Only" and "Confidential" pursuant to the Protective Order (ECF No. 82). Pursuant to ECF No. 512, Defendant will submit its redaction request to the Court on or before February 6, 2026.

| | |
|---|---|
| Dated: January 22, 2026<br>Washington, D.C. | Respectfully submitted,<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Sarah A. Tomkowiak<br>Sarah A. Tomkowiak (*pro hac vice*)<br>Sarang Vijay Damle<br>Holly K. Victorson (*pro hac vice*)<br>Laura E. Bladow (*pro hac vice*)<br>Brent T.F. Murphy (*pro hac vice*)<br>Sara E. Sampoli (*pro hac vice*)<br>Roberto J. Borgert (*pro hac vice*)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>Email: sy.damle@lw.com<br>      sarah.tomkowiak@lw.com<br>      holly.victorson@lw.com<br>      laura.bladow@lw.com<br>      brent.murphy@lw.com<br>      sara.sampoli@lw.com<br>      roberto.borgert@lw.com<br><br>Allison L. Stillman<br>Caroline Clarke (*pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: alli.stillman@lw.com<br>      caroline.clarke@lw.com<br><br>Joseph R. Wetzel<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: joe.wetzel@lw.com<br><br>*Attorneys for Defendant Google LLC* |