IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Notice of Filing of Official Transcript (ECF No. 513), Plaintiffs Cengage Learning, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; Elsevier Inc.; Elsevier B.V.; and McGraw Hill LLC hereby provide this Notice of Intent to Request Redaction of the Transcript of Status Conference Hearing held on January 13, 2026 before the Honorable Barbara C. Moses, United States Magistrate Judge. Specifically, Plaintiffs intend to request redaction of certain information designated by Plaintiffs or BCGuardian, LLC as "Highly Confidential – Attorneys' Eyes Only" and "Confidential" pursuant to the Protective Order (ECF No. 82). Accordingly, pursuant to ECF No. 512, Plaintiffs will submit their redaction request to the Court on or before February 6, 2026.

Dated:  January 23, 2026

Respectfully submitted,

*/s/ Michele H. Murphy*
Matthew J. Oppenheim
Michele H. Murphy (*pro hac vice*)
Jeff Kane (*pro hac vice*)
Danae Tinelli
Uriel Lee

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202-480-2999 telephone
866-766-1678 fax
matt@oandzlaw.com
michele@oandzlaw.com
jkane@oandzlaw.com
danae@oandzlaw.com
ulee@oandzlaw.com

Lauren Bergelson
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
212-951-1156 telephone
866-766-1678 fax
lbergelson@oandzlaw.com
ychen@oandzlaw.com

*Counsel for Plaintiffs*