

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

January 26, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted Document

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs forthcoming January 26, 2026 Reply ISO Request for Discovery Conference re Google's Treatment of Shopping Notices as Search Notices (the "Reply").

      The Reply contains information from documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Reply should be redacted, but may do so after Google files its request for redactions.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google on Sunday, January 25, described Plaintiffs' proposed redactions to the Reply, and offered to meet and confer concerning the same. Google responded via email that it agreed with Plaintiffs' plan for redactions.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Reply.

                                           Respectfully submitted,

                                           /s/  *Jeff Kane*
                                           Jeff Kane