**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 550: Plaintiffs' Reply ISO Request for Discovery Conference re Google's Treatment of Shopping Notices as Search Notices

*/s/ Jeff Kane*
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com

*Counsel for Plaintiffs*