### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER
INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

Case No. 1:24-cv-04274-JLR-BCM

*Plaintiffs,*

v.

GOOGLE LLC,

*Defendant.*

### <u>CERTIFICATE OF SERVICE</u>

I, Roberto Borgert, hereby certify that on January 30, 2026, I served all counsel of record

with the true and correct copies of the following documents via electronic mail, per agreement of

counsel:

- Letter Motion to File Sealed and Redacted Documents, dated January 30, 2026;
  and

- Unredacted version of Memorandum of Law in Support of Defendant Google
  LLC's Objection to Discovery Order at Dkt. 515, dated January 30, 2026.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com

Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Dated: January 30, 2026
      Arlington, VA

Roberto J. Borgert