## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## <u>CERTIFICATE OF SERVICE</u>

I, Roberto Borgert, hereby certify that on January 30, 2026, I served counsel for non-party BCGuardian LLC with the true and correct copies of the following documents via electronic mail:

- Letter Motion to File Sealed and Redacted Documents, dated January 30, 2026; and

- Redacted Memorandum of Law in Support of Defendant Google LLC's Objection to Discovery Order at Dkt. 515, dated January 30, 2026.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Jeff Gould – jeff@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for BCGuardian LLC*

Dated: January 30, 2026
Arlington, VA

Roberto Borgert