

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

February 5, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Cengage Learning, Inc., et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM: Plaintiffs' Letter Opposing Certain Redactions Requested in Google's Letter Motion (Dkt. 566) to Seal December 15, 2025 Conference Transcript

Dear Judge Moses:

We represent Plaintiffs in the above matter. We write to oppose certain proposed redactions requested by Google in its Letter Motion (Dkt. 566) to Seal December 15, 2025 Conference Transcript.

Plaintiffs oppose Google's proposed redaction of the name of a non-proprietary tool that appears on pages 168–170, 186, and 198 of the December 15, 2025 Transcript of Status Conference Hearing (Dkt. 569).[1] Plaintiffs opposed redactions of this term once before (Dkt. 362). That motion remains pending. Plaintiffs oppose redactions of the term again here for the same reasons explained in Plaintiffs' prior opposition (Dkt. 362). For efficiency, Plaintiffs respectfully refer the Court to their prior filing, rather than repeat those arguments here.

We thank the Court for its consideration.

Respectfully,

/s/  *Jeff Kane*
Jeff Kane

cc:   All Counsel of Record (via ECF)

---

[1] For clarity, the term was transcribed incorrectly in the December 15 transcript. An "e" was omitted from that transcript's spelling.