IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on February 6, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 586: Redaction to Exhibit A Redacted Transcript of January 13, 2026 Status Conference

　　　　　　　　　　　　　　　　　　　　*/s/ Lauren Bergelson*
　　　　　　　　　　　　　　　　　　　　Lauren Bergelson
　　　　　　　　　　　　　　　　　　　　OPPENHEIM + ZEBRAK, LLP
　　　　　　　　　　　　　　　　　　　　461 5th Avenue, 19th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　212.951.1872
　　　　　　　　　　　　　　　　　　　　lbergelson@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*