**Sara Sampoli**
Direct Dial: +1.202.350.5328
sara.sampoli@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

February 9, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
Reply in Support of Google's Letter Motion to Seal December 15, 2025 Conference Transcript (Dkt. 566)

Dear Judge Moses:

We represent Google LLC in the above captioned matter. We write in support of Google's Letter Motion to Seal the December 15, 2025 conference transcript ("Motion") (Dkt. 566).

In connection with the Parties' briefing on the Buganizer dispute (Dkts. 295, 326, 352), Google requested the redaction of the name of an internal tool Google relies on to conduct its business operations. *See* Dkt. 325. Google's request was narrowly tailored to redact only the name of the tool, not its function or use. Dkts. 325, 367. Plaintiffs opposed that request. Dkt. 362. Google now seeks to seal the name of the same tool in the December 15, 2025 conference transcript and Plaintiffs again oppose that request. Dkts. 566, 581. In support of its request, Google refers the Court to its motion to seal and reply in support of sealing at Dkts. 325 and 367.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Sara Sampoli*
Sara Sampoli (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)