

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

February 9, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Motion to File Redacted and Sealed Document

Dear Judge Moses:

      Pursuant to Rule 3(f) of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of 1) Plaintiffs' forthcoming Letter Motion for Discovery Conference re: Google's Privilege Assertions dated February 9, 2026 ("Letter Motion") and 2) the Declaration of Attorney Yunyi Chen in Support of Plaintiffs' Letter Motion ("Chen"), and to seal Exhibits 1–15 to Chen (all together, "Documents").

      The Documents contain information from documents that Google has designated "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information at issue is confidential. At this time, Plaintiffs take no position on whether the information should be redacted or sealed, but may do so after Google files its redaction and/or sealing request.

      Pursuant to Your Honor's Individual Rule 3(f), the parties met and conferred on February 6, 2026 to narrow the redactions and sealed Documents. Google agreed that Plaintiffs need not redact generic description language from Google's privilege logs, specifically, "copyright policy compliance," "digital books or ebook policy compliance," "trademark policy compliance," "other policy compliance," "intellectual property issues," "regulatory issues," and "legal dispute." Otherwise, Google requested that Plaintiffs file all documents Google designated "Confidential" or "Highly Confidential—Attorneys' Eyes Only" provisionally under seal, including the email chain attached as Exhibit 6 to Chen containing references to such materials, and redact any quotes from or substantive descriptions of such documents.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                           Respectfully submitted,

                                                           /s/  *Yunyi Chen*
                                                           Yunyi Chen