**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | |
| Plaintiffs, | **Civil Action No. 24-cv-04274-JLR-BCM** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' LETTER REQUEST FOR DISCOVERY CONFERENCE RE GOOGLE'S PRIVILEGE ASSERTIONS**

Upon consideration of Plaintiffs' Letter Motion for Discovery Conference re: Google's Privilege Assertions, it is hereby ORDERED that the motion is **GRANTED**. It is hereby **ORDERED** that Google must produce all withheld documents involving implementation of Google's DMCA policy and all portions of withheld documents that describe, discuss, or reflect Google's internal policies or operations ("Requested Documents"). In producing Requested Documents, Google may only redact content "the predominant purpose of" which was "to render or solicit legal advice," *In re County of Erie*, 473 F.3d 413, 422 (2d. Cir. 2007), and not any portions that show Google implementing its DMCA policy.

1

2

It is SO ORDERED this ____ day of _____, 2026.

_____
Barbara C. Moses
United States Magistrate Judge

2