# EXHIBITS 1-15

# (Documents Filed Under Seal)