**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 590 - Plaintiffs' Letter Motion for Discovery Conference re: Google's Privilege Assertions;

- Dkt. 593 - Declaration of Attorney Yunyi Chen in Support of Plaintiffs' Letter Motion for Discovery Conference re: Google's Privilege Assertions and sealed Exhibits 1–15 thereto.

*/s/ Yunyi Chen*
Yunyi Chen