# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

To resolve the dispute at Dkts. 523, 546, and 550, Google hereby stipulates as follows:

1. Google has produced or will produce DMCA notices concerning the 1,500 domains that Plaintiffs claim infringed the works-in-suit, plus notices concerning the 300 additional domains Google is selecting pursuant to the Court's order at Dkt. 472 ("Produced Notices").

2. Google stipulates that the manner in which it handled Produced Notices is representative of Google's handling of DMCA notices concerning its Shopping platform generally. For example, to the extent it can be shown that some portion of Produced Notices concerning the Shopping platform were classified or processed pursuant to a DMCA policy other than the Shopping DMCA policy, Google will not argue that notices concerning the Shopping platform other than the Produced Notices were classified or processed in a manner unlike the Produced Notices.

Stipulated and agreed to this 9th day of February, 2026.

/s/ Sarang V. Damle
Sarang Vijay Damle
Latham & Watkins LLP
*Counsel for Google*