

**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

February 10, 2026

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/11/26__

<u>**VIA ECF**</u>

The Honorable Barbara Moses
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM
      **Notice of Stipulation and Withdrawal of Motion**

Dear Judge Moses,

We represent all Plaintiffs in this matter. As discussed during yesterday's hearing, in order to resolve Plaintiffs' motion to compel at Dkt. 523, Google agreed to enter into a stipulation. Per Your Honor's instruction, that stipulation is attached as Exhibit 1. Plaintiffs respectfully withdraw the motion to compel at Dkt. 523.

Plaintiffs' motion to compel having been withdrawn, the Clerk of Court is respectfully directed to close the motion at Dkt. 523 (sealed) and Dkt. 524 (redacted). SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
February 11, 2026

Respectfully submitted,

*/s/ Jeff Kane*
Jeff Kane