

February 9, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/26

**MEMO ENDORSED**

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

Application GRANTED. Plaintiffs must copy Google's counsel of record in the email submitting the exhibit. SO ORDERED.

Barbara Moses
United States Magistrate Judge
February 11, 2026

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
Plaintiffs' Letter Motion to File Exhibit via Email

Dear Judge Moses,

We represent all Plaintiffs in the above matter. Plaintiffs filed today a Letter Motion for Discovery Conference re: Google's Privilege Assertions ("Letter Motion"). Exhibit 7A to the Declaration of Attorney Yunyi Chen in Support of Plaintiffs' Letter Motion ("Chen") is an Excel spreadsheet created through the process described at Chen ¶¶ 19–22 to conveniently identify deficient entries in Google's privilege logs ("Ex. 7A"), which were served on Plaintiffs as PDFs. In total, the spreadsheet contains 1,172 rows and 14 columns (A through N). Ex. 7A was converted into the PDF format and submitted as Exhibit 7B attached to Chen ("Ex. 7B"). However, the length and format of Ex. 7A does not lend itself to convenient review in the PDF format as Ex. 7B, because Ex. 7A allows the filtering functionality described in Chen ¶ 22 to easily display the deficient entries identified in Chen ¶¶ 23–31, while Ex. 7B does not.

Accordingly, Plaintiffs respectfully request leave to provide this spreadsheet to the Court in Excel format via an email with password protection, or via any other method the Court prefers. The Court previously granted Plaintiffs' similar requests. *See* Dkt. 244 (Order granting Dkt. 241 request), Dkt. 270 (Order granting Dkt. 268 request).

Plaintiffs' counsel informed Google that "Plaintiffs plan to submit an exhibit as an excel workbook containing Google's privilege log entries converted into an excel format by email and will file a motion for leave to do so" and asked if Google consented to the motion. Google requested that Plaintiffs share the exhibit prior to submitting it to the Court. Plaintiffs' counsel informed Google that "Plaintiffs will not plan to share the excel workbook exhibit with Google before submitting it to the Court." Plaintiffs' counsel also informed Google that Plaintiffs "will plan to copy Google's counsel of record in the email submitting the exhibit once the Court grants leave, and Google is of course free to review the exhibit then." Plaintiffs further clarified that they were "asking if Google consents to Plaintiffs filing a letter motion for leave to submit an exhibit as an excel workbook by email, not for Google's confirmation of any information contained in the exhibit." *See* Chen Ex. 6 at 2.

In response, Google stated that it did not consent to Plaintiffs' motion to file an exhibit in excel format, and requested that Plaintiffs include that Google objected to this motion "because Plaintiffs have refused to provide a copy of the 'excel workbook' that Plaintiffs assert contains 'Google's privilege log entries converted into an excel format' so that Google may verify that the workbook accurately reflects Google's privilege log entries." *Id.*

1

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

February 9, 2026

    Plaintiffs respectfully submit that the proposed Excel workbook Exhibit 7A is for the benefit of the Court to easily review the information that Plaintiffs are providing in support of the Letter Motion in the most convenient form.

        Respectfully submitted,

        */s/ Yunyi Chen*
        Yunyi Chen