IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC. et al.

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Civil Action No. 24-cv-04274-JLR-BCM

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 606: Plaintiffs' Memorandum of Law in Opposition to Defendant's Objection (Dkts. 560-563) to Discovery Order at Dkt. 515

/s/ Danae Tinelli
Danae Tinelli
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, 5th Floor
Washington, DC
202-851-4070
danae@oandzlaw.com

*Counsel for Plaintiffs*