IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

### DECLARATION OF APRIL KELLY

I, April Kelly, declare that:

1. I am the ███████████████████████████████████████ ███████████████████████████████████████ at Google LLC. In that role, I am involved in ███████████████████████████████████████ ██████████████.

2. I submit this declaration in connection with Google's response to Plaintiffs' Letter Motion for Discovery Conference Regarding Google's Privilege Assertions (Dkt. 590).

3. In the copyright context, ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ████████.

4. When I consult Google's in-house counsel, including copyright and product counsel, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, I am seeking their legal advice in their role as legal counsel to Google. The role and function of the ▇▇ team are distinct from the role and function of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on February 17, 2026, in New York, New York.

*April Kelly*
April Kelly