# EXHIBIT A

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Monday, August 4, 2025 2:24 PM |
| **To:** | Buettner, Thomas (CH); #C-M GOOGLE CENGAGE - LW TEAM |
| **Cc:** | Katheryn Jarvis Enters; Uriel Lee; Kevin Lindsey; Michele Murphy |
| **Subject:** | Re: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Google's Privilege Log |

Counsel,

We write concerning Google's August 1, 2025 privilege log.

1. A number of entries refer to "legal advice . . . regarding copyright policy compliance." (E.g., Nos. 74, 76, 81, 85, 87, 91, 92, 94, 95, 97, 102, 110, 114, 116, 118, 119, 123, 124, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140). Please explain what "copyright policy compliance" means. For example, has Google taken the position that all discussion of the DMCA involving attorneys is privileged?

2. Where the document being withheld is a memorandum, please provide the title (e.g., the subject line) of the memo, any persons to whom the memo as addressed, and anyone listed as a sender of the memo.

3. Several documents that Google withheld for privilege are listed as "presentation[s]" (E.g., Nos. 79, 98, 104, 117, 135). For these, please provide the title of the presentation and any date listed on the presentation.

4. A number of these entries say that the legal advice purported to be contained therein is "in connection with litigation". Where this is the case, please identify the litigation that the document concerns.

Please provide your availability to conduct a meet-and-confer this week.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com

---

**From:** Thomas.Buettner@lw.com <Thomas.Buettner@lw.com>
**Date:** Friday, August 1, 2025 at 16:14
**To:** Jeff Kane <JKane@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>, Kevin Lindsey <KLindsey@oandzlaw.com>, Michele Murphy <michele@oandzlaw.com>, Katheryn Jarvis Enters <Katheryn@oandzlaw.com>, pm@cimplifi.com <pm@cimplifi.com>, oppenheimzebrak@track.cimplifi.com <oppenheimzebrak@track.cimplifi.com>
**Cc:** GOOGLECENGAGE.LWTEAM@lw.com <GOOGLECENGAGE.LWTEAM@lw.com>

1

**Subject:** Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Google's Privilege Log

Counsel,

Please see the attached for service Google's privilege log in the above-referenced matter.

Regards,
Tom

**Thomas J. Buettner**
Litigation Analyst

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Direct Dial: +1.312.876.6528
Email: thomas.buettner@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.