# EXHIBIT B

| | |
|---|---|
| **From:** | Clarke, Caroline (NY) |
| **Sent:** | Wednesday, August 27, 2025 6:33 PM |
| **To:** | Kevin Lindsey; Tomkowiak, Sarah (DC); Michele Murphy; Katheryn Jarvis Enters; Jeff Kane; Uriel Lee |
| **Cc:** | Damle, Sy (DC-NY); Stillman, Alli (NY); Victorson, Holly (DC); Bladow, Laura (DC); Sampoli, Sara (DC); Wetzel, Joe (Bay Area); Murphy, Brent (DC) |
| **Subject:** | RE: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log |

Kevin,

We disagree that Google is conflating two issues, and we believe our proposal in our August 22nd email was reasonable. That said, if Plaintiffs make the changes to its log listed below, Google will agree to add a column named "Title" to its log, which will include either (1) the file name for each document with the file type other than email or (2) the subject line (for each email), on a document-by-document basis. For the avoidance of doubt, Google does not agree to revise any descriptions on its existing logs. This proposal is consistent with the proposal in your August 21st email, and the alternative proposal offered in your August 26th email. As such, we understand that the parties have reached an agreement.

We have included the final compromise below. The Parties will exchange revised and final privilege logs two weeks from today, on September 10, 2025.

Thanks,

Caroline

**Agreement Regarding Privilege Logs**
Plaintiffs agree to amend their existing log, and add to future log(s):
- A column specifying which Plaintiff(s) is/are claiming privilege over each category;
- A column specifying whether the privilege claimant(s) asserts that a common interest existed amongst all parties to the communications in each category, during the period of time in which the communications occurred; and
- Document counts that break out how many parents v. attachments are included in each category.

Regarding descriptions of subject matter of the withheld information, Google will add a column named "Title" to its log, which will include either (1) the file name for each document with the file type other than email, or (2) the subject line (for each email), on a document-by-document basis. Google's logs will also continue to include the fields "document date" and "create date".

Pursuant to Google's agreement to do the above, Plaintiffs will (1) add subject matter sub-categories, or modify the existing descriptions of the subject matter of each category included in Plaintiffs' log; and (2) list memoranda and PowerPoint presentations as separate entries on the privilege log and provide, along with the other information included in Plaintiffs' log, the title and date of each memorandum or PowerPoint presentation.

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457

1

C: +1.347.446.1349

**From:** Kevin Lindsey <KLindsey@oandzlaw.com>
**Sent:** Tuesday, August 26, 2025 9:49 PM
**To:** Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Michele Murphy <michele@oandzlaw.com>; Katheryn Jarvis Enters <Katheryn@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Murphy, Brent (DC) <Brent.Murphy@lw.com>
**Subject:** Re: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log

Counsel,

Google appears to be conflating two issues that we raised by email and during the meet and confers, (1) document descriptions that do not provide sufficient detail to evaluate a claim of privilege for the document, and (2) our request that Google provide titles of memoranda and presentations. If Google will provide file names only for PowerPoints and memoranda, we request that Google revise the description for each document with a file type other than email that is not a memorandum or presentation. As we noted, we are agreeing to revise the category descriptions in our log to provide additional detail. Accordingly, we propose the following changes to the proposal (in red):

**Agreement Regarding Privilege Logs**
Plaintiffs agree to amend their existing log, and add to future log(s):
- A column specifying which Plaintiff(s) is/are claiming privilege over each category;
- A column specifying whether the privilege claimant(s) asserts that a common interest existed amongst all parties to the communications in each category, during the period of time in which the communications occurred; and
- Document counts that break out how many parents v. attachments are included in each category.

Regarding descriptions of subject matter of the withheld information, Google will add a column named "Title" to its log, which will include either (1) the file name for memorandum and PowerPoints (for each document with the file type other than email), ~~or~~ (2) subject line (for each email), on a document-by-document basis, or (3) for each document with a file type other than email that is not a memorandum or a PowerPoint, a revised description. Google's logs will also continue to include the fields "document date" and "create date".

Pursuant to Google's agreement to do the above, Plaintiffs will 1) add subject matter sub-categories, or modify the existing descriptions of the subject matter of each category included in Plaintiffs' log; and 2) list memoranda and PowerPoint presentations as separate entries on the privilege log and provide, along with the other information included in Plaintiffs' log, the title and date of each memorandum or PowerPoint presentation. ~~As noted during the August 14 and 19 meet and confers, Plaintiffs agreed to do this only for memoranda and PowerPoint presentations, not all PDFs.~~ If Google does not wish to provide revised descriptions for non-email documents that are not memoranda or presentations, Google could instead provide the file names for those documents.

Kevin Lindsey | Associate
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
Direct: 202.450.5593

2

KLindsey@oandzlaw.com  |  www.oandzlaw.com

◼ Connect with us on LinkedIn



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

---

**From:** Caroline.Clarke@lw.com <Caroline.Clarke@lw.com>
**Date:** Monday, August 25, 2025 at 5:01 PM
**To:** Kevin Lindsey <KLindsey@oandzlaw.com>, Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>, Michele Murphy <michele@oandzlaw.com>, Katheryn Jarvis Enters <Katheryn@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** Sy.Damle@lw.com <Sy.Damle@lw.com>, Alli.Stillman@lw.com <Alli.Stillman@lw.com>, Holly.Victorson@lw.com <Holly.Victorson@lw.com>, Laura.Bladow@lw.com <Laura.Bladow@lw.com>, Sara.Sampoli@lw.com <Sara.Sampoli@lw.com>, Joe.Wetzel@lw.com <Joe.Wetzel@lw.com>, Brent.Murphy@lw.com <Brent.Murphy@lw.com>
**Subject:** RE: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log

Kevin,

Please confirm if the Parties have reached an agreement with the proposal as revised below in my Friday, August 22nd email.

Thanks,

Caroline

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457
C: +1.347.446.1349

---

**From:** Clarke, Caroline (NY)
**Sent:** Friday, August 22, 2025 5:46 PM
**To:** 'Kevin Lindsey' <KLindsey@oandzlaw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Michele Murphy <michele@oandzlaw.com>; Katheryn Jarvis Enters <Katheryn@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Murphy, Brent (DC) <Brent.Murphy@lw.com>
**Subject:** RE: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log

Kevin,

With respect to Google adding a "Title" column to its log, because Plaintiffs will only break out PowerPoints and memorandum on its log, Google will similarly only provide in the "Title" column the file names for PowerPoints and memorandum, not for each document with the file type other than email. As previously offered, Google will also include in the "Title" column the subject line for emails. Aside from that clarification, Google accepts this proposal. I have made this edit in green to your email proposal, copied below, to show the terms that Google will accept.

Please confirm if that the Parties have reached an agreement. If so, as previously agreed to, we will exchange future and revised privilege logs two weeks from today, on Friday, September 5th.

Thanks,

Caroline

**Agreement Regarding Privilege Logs**
Plaintiffs agree to amend their existing log, and add to future log(s):
- A column specifying which Plaintiff(s) is/are claiming privilege over each category;
- A column specifying whether the privilege claimant(s) asserts that a common interest existed amongst all parties to the communications in each category, during the period of time in which the communications occurred; and
- Document counts that break out how many parents v. attachments are included in each category.

Regarding descriptions of subject matter of the withheld information, Google will add a column named "Title" to its log, which will include either (1) the file name for memorandum and PowerPoints (for each document with the file type other than email), or (2) subject line (for each email), on a document-by-document basis. Google's logs will also continue to include the fields "document date" and "create date".

Pursuant to Google's agreement to do the above, Plaintiffs will 1) add subject matter sub-categories, or modify the existing descriptions of the subject matter of each category included in Plaintiffs' log; and 2) list memoranda and PowerPoint presentations as separate entries on the privilege log and provide, along with the other information included in Plaintiffs' log, the title and date of each memorandum or PowerPoint presentation. As noted during the August 14 and 19 meet and confers, Plaintiffs agreed to do this only for memoranda and PowerPoint presentations, not all PDFs.

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457
C: +1.347.446.1349

---

**From:** Kevin Lindsey <KLindsey@oandzlaw.com>
**Sent:** Thursday, August 21, 2025 2:30 PM
**To:** Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Michele Murphy <michele@oandzlaw.com>; Katheryn Jarvis Enters <Katheryn@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Murphy, Brent (DC) <Brent.Murphy@lw.com>
**Subject:** Re: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log

Counsel,

Plaintiffs agree to amend their existing log, and add to future log(s):
- A column specifying which Plaintiff(s) is/are claiming privilege over each category;
- A column specifying whether the privilege claimant(s) asserts that a common interest existed amongst all parties to the communications in each category, during the period of time in which the communications occurred; and
- Document counts that break out how many parents v. attachments are included in each category.

Regarding descriptions of subject matter of the withheld information, Google will add a column named "Title" to its log, which will include either (1) the file name (for each document with the file type other than email), or (2) subject line (for each email), on a document-by-document basis. Google's logs will also continue to include the fields "document date" and "create date".

Pursuant to Google's agreement to do the above, Plaintiffs will 1) add subject matter sub-categories, or modify the existing descriptions of the subject matter of each category included in Plaintiffs' log; and 2) list memoranda and PowerPoint presentations as separate entries on the privilege log and provide, along with the other information included in Plaintiffs' log, the title and date of each memorandum or PowerPoint presentation. As noted during the August 14 and 19 meet and confers, Plaintiffs agreed to do this only for memoranda and PowerPoint presentations, not all PDFs.

Plaintiffs also agree that the parties will provide final and revised privilege logs within two weeks after the Parties reach agreement or impasse on this compromise.

Kevin Lindsey  |  Associate
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
Direct: 202.450.5593
KLindsey@oandzlaw.com  |  www.oandzlaw.com
Connect with us on LinkedIn



This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** Caroline.Clarke@lw.com <Caroline.Clarke@lw.com>
**Date:** Wednesday, August 20, 2025 at 11:53 AM
**To:** Kevin Lindsey <KLindsey@oandzlaw.com>, Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>, Michele Murphy <michele@oandzlaw.com>, Katheryn Jarvis Enters <Katheryn@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** Sy.Damle@lw.com <Sy.Damle@lw.com>, Alli.Stillman@lw.com <Alli.Stillman@lw.com>, Holly.Victorson@lw.com <Holly.Victorson@lw.com>, Laura.Bladow@lw.com <Laura.Bladow@lw.com>, Sara.Sampoli@lw.com <Sara.Sampoli@lw.com>, Joe.Wetzel@lw.com <Joe.Wetzel@lw.com>, Brent.Murphy@lw.com <Brent.Murphy@lw.com>

**Subject:** RE: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log

Counsel,

We write regarding our meet and confer yesterday, August 19th, regarding privilege logs.

We understand that Plaintiffs have agreed to amend their existing log to add, and include in their future log(s):
- A column specifying which Plaintiff(s) is/are claiming privilege over each category;
- A column specifying whether the privilege claimant(s) asserts that a common interest existed amongst all parties to the communications in each category, during the period of time in which the communications occurred; and
- Document counts that break out how many parents v. attachments are included in each category.

Regarding Plaintiffs' descriptions of the subject matter of the withheld information (issue #6 in our August 7 email below), Google proposes the following compromise:
- Plaintiffs will: (1) break out any document with the file type PDF or PowerPoint as a separate, individual entry on their log, and provide, along with the other information included in Plaintiffs' log, the title and date of each document; and (2) add subject matter sub-categories, or modify the existing descriptions of the subject matter of each category included in Plaintiffs' log.
- In exchange, Google will: add a column named "Title" to its log, which will include either (1) the file name (for each document with the file type PDF or PowerPoint), or (2) subject line (for each email), on a document-by-document basis. Google's logs will also continue to include the fields "document date" and "create date".

Please let us know your position. We note that even if both sides serve amended logs consistent with the above, both sides will reserve their rights to challenge the existing and future privilege logs on any grounds, including that a party or parties has not adequately described the nature of withheld documents "in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim." FRCP 26(b)(5)(A)(ii).

Finally, we agreed that we will exchange final and revised privilege logs two weeks after the Parties reach an agreement (or an impasse) on Google's proposed compromise.

Thanks,

Caroline

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457
C: +1.347.446.1349

---

**From:** Kevin Lindsey <KLindsey@oandzlaw.com>
**Sent:** Tuesday, August 19, 2025 9:51 AM
**To:** Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Michele Murphy <michele@oandzlaw.com>; Katheryn Jarvis Enters <Katheryn@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Cc:** Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Wetzel, Joe (Bay Area) <Joe.Wetzel@lw.com>; Murphy, Brent (DC) <Brent.Murphy@lw.com>
**Subject:** Re: Cengage Learning, Inc. et al. v. Google LLC, Case No. 24-cv-04274-JLR-BCM - Plaintiffs' Privilege Log

Counsel,

We are available to meet today at 4pm and will plan to discuss both Plaintiffs' and Google's privilege logs. Please send a calendar invite if that time still works for you. We continue to disagree that Plaintiffs' privilege log was deficient and will provide substantive responses to your email during the meet and confer.

Kevin Lindsey  |  Associate
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, D.C. 20016
Direct: 202.450.5593
KLindsey@oandzlaw.com  |  www.oandzlaw.com
Connect with us on LinkedIn

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.