# **EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| FRONTIER COMMUNICATIONS | ) | Case No. 20-22476 (MG) |
| CORPORATION, *et al.*, | ) |  |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER SUSTAINING IN PART AND**
**OVERRRULING IN PART FRONTIER'S ASSERTION OF PRIVILEGE**

Pursuant to the Court's direction, Frontier submitted documents for an *in camera* privilege review by the Court. The alleged privilege documents were, for the most part, submitted in binders that were delivered to the Court. Additional alleged privileged documents were submitted to the Court via USB and accessed on "Box," the encrypted electronic system used by the Court for documents containing confidential information. The parties also submitted legal memoranda setting forth their analysis of the legal issues that should be applied in the privilege review (ECF Doc. ## 2421, 2422). Frontier also submitted a copy of its privilege log. (ECF Doc. # 2422-2)

Many of the documents submitted for privilege review were produced in part and redacted in part. The privilege review included a determination whether the redactions, in whole or in part, were proper. The result of the Court's review has been to sustain or overrule, in whole or in part, the assertion of privilege, in some instances resulting in ordering documents produced with some limited redactions. Attached as Exhibit 1 to this Order are the Court's determinations for each document that was produced to the court. Documents which were not produced are indicated with a strikethrough of the document number.

      The Court has indicated its rulings with "SUSTAINED," "OVERRULED," or "SUSTAINED IN PART." Documents for which privilege has been sustained need not be produced, or in cases where the document has been selectively redacted, need not be further unredacted. Documents for which privilege has been overruled must be produced in their entirety. Documents for which privilege has been sustained in part indicate the portions which must be unredacted. Documents which were produced in duplicate and required specific redactions indicate which prior document has the relevant redaction to apply. For the avoidance of doubt, any documents which the court orders produced or only selectively redacted may still redact any personally identifiable information which has been otherwise agreed to and ordered.

**IT IS SO ORDERED.**

Dated: September 19, 2024
        New York, New York

                                                    **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                         Chief United States Bankruptcy Judge