IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM<br><br>[Redacted] |

**Declaration of Attorney Jeff Kane in Support of
Plaintiffs' Letter Motion for Discovery Conference Regarding Communications
between the Pirates and Google Sales Representatives**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in connection with Plaintiffs' Letter Request for Discovery Conference regarding Communications between the Pirates and Google Sales Representatives.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. On September 3, 2024, Plaintiffs issued RFP 3, RFP 4, and RFP 29. These RFP can be found at Dkt. 47-1; Google's Responses and Objections can be found at Dkt. 47-2.

4. Plaintiffs and Google continue to meet and confer regarding Google's production of communications with the Pirates regarding infringement notices.

5. I received an email on February 12, 2026 from Google's counsel, Caroline Clarke, stating that " ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

1

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████" Further, Ms. Clarke stated that RFP 115 is "entirely duplicative of RFP 29" and it is Google's position is that it refuses to produce any documents in response to RFP 115.

6. Google's document productions from July through December 2025 contain hundreds of documents showing that Google Sales Representatives played a key role in preventing suspension of merchants they represented.

7. On December 5, 2025, Plaintiffs served Plaintiffs' Request for Production 115 to Google. Plaintiffs' Fifth Request for Production can be found at Exhibit A.

8. On January 5, 2026, Google served Google's Responses and Objections to Plaintiffs' RFP 115. Google's Responses and Objections can be found at Exhibit B.

9. The parties met and conferred on February 5, 2026. The meet-and-confer began at 3PM and lasted for approximately 30 minutes. The following attorneys were in attendance: Plaintiffs' Counsel: Jeff Kane, Uriel Lee; Google's Counsel: Wilson Boardman, Caroline Clarke, Sarah Tomkowiak.

10. A true and correct copy of GOOG-CENG-00408700 is attached as Exhibit C.

11. A true and correct copy of GOOG-CENG-00418155 is attached as Exhibit D.

12. A true and correct copy of GOOG-CENG-00602564 is attached as Exhibit E.

13. A true and correct copy of GOOG-CENG-00463066 is attached as Exhibit F.

14. A true and correct copy of GOOG-CENG-00407977 is attached as Exhibit G.

15. A true and correct copy of GOOG-CENG-00464103 is attached as Exhibit H.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed February 18, 2026, in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane
