UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOOGLE LLC, <br><br> Defendant. | 24:CV-4274-JLR-BCM <br><br> **[PROPOSED] DISCOVERY ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For good cause show, Plaintiffs' February 18, 2026 discovery motion Dkt. 623 is GRANTED.

1. By March 31, 2026, for each of the 1,500 pirates at issue in this case ("Pirates"), Google must produce all communications between the Pirates and any sales representatives, account managers, account strategists, or any other personnel to act as liaisons between Google and Shopping Ads merchants (all together, "Sales Representatives") regarding the Pirates' Shopping ads or the Pirates' Merchant Center or Google Ads accounts.

Dated: _____
New York, New York

SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge