IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>   Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 625: Plaintiffs' Letter Request for Discovery Conference re Communications between the Pirates and Google Sales Representatives

- Dkt. 626: Declaration of Jeff Kane In Support of Plaintiffs' Letter Request for Discovery Conference re Communications between the Pirates and Google Sales Representatives, and accompanying exhibits.

                 _/s/ Uriel Lee_
                 Uriel Lee
                 OPPENHEIM + ZEBRAK, LLP
                 4530 Wisconsin Ave NW, Suite 5
                 Washington, DC 20016
                 202.480.2999
                 ulee@oandzlaw.com

                 *Counsel for Plaintiffs*