**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

February 23, 2026

<u>**VIA ECF**</u>

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
<u>Letter Motion to File Sealed and Redacted Documents</u>

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google LLC ("Google") submits this letter motion seeking the Court's approval to redact its Reply in Support of Defendant Google LLC's Objection to Discovery Order at Dkt. 515 (the "Reply").

The Reply contains information and materials designated by Plaintiffs and third-party BCGuardian LLC ("BCGuardian") as "Confidential" or "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82. The Court previously granted sealing requests or otherwise ordered the parties to file such information under seal, Dkts. 471, 514.

Pursuant to Your Honor's Rule 3(f), Google contacted counsel for Plaintiffs and BCGuardian concerning sealing of the Reply on February 23, 2026. Google files this motion solely based on Plaintiffs' and BCGuardian's position that the information contained in the Reply is confidential and must be sealed. Google has informed Plaintiffs and BCGuardian that they must file, within three court days, a letter explaining the need to seal or redact the Reply.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak *(pro hac vice)*
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)