UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>　　　　　　*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I, Sara Sampoli, hereby state that on February 23, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Google's Letter Motion to Seal Defendant's Response to Plaintiffs' Letter Motion for Discovery Conference (Dkt. 625) and Attorney Declaration of Sarah Tomkowiak

- Sealed version of Defendant's Response to Plaintiffs' Letter Request re: Sales Representative Communications (Dkt. 625)

- Sealed version of Declaration of Sarah Tomkowiak

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com

Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Dated: February 23, 2026
       Washington, DC

                                                                                              Sara Sampoli