

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

February 24, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Motion to File Redacted and Sealed Documents

Dear Judge Moses:

      Pursuant to Rule 3(f) of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to 1) redact portions of Plaintiffs' Reply ISO Letter Motion for Discovery Conference (Dkt. 590) (the "Reply") and to 2) seal Exhibit 1 to Attorney Declaration of Yunyi Chen in Support of the Reply (together, the "Documents").

      The Documents contain information from documents that Google has designated "Highly Confidential—Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order, Dkt. 82. With respect to the information Google designated AEO, Plaintiffs are requesting redactions and sealing solely based on Google's position that the information at issue is confidential. At this time, Plaintiffs take no position on whether the information should be redacted or sealed, but may do so after Google files its redaction and/or sealing request.

      The Reply describes and quotes from Dkt. 615-1, Declaration of April Kelly ("Kelly Declaration"). With respect to the Kelly Declaration, Plaintiffs are requesting redactions and sealing solely based on Google's position that the information at issue is confidential. *See* Dkt. 613 (Google motion seeking leave to file Kelly Declaration under seal).

      The Reply describes and quotes from the October 8, 2025 discovery hearing. *See* Dkts. 218 (transcript); 359 (ordering approving redactions); 470 (redacted transcript pursuant to Dkt. 359 order). Plaintiffs seek to redact descriptions of and quotes from the transcript consistent with the Court's Dkt. 359 order and the redactions applied in Dkt. 470 pursuant to that order.

      Pursuant to Your Honor's Individual Rule 3(f), the parties met and conferred on February 24, 2026 to narrow the redactions and sealed Documents. Google agreed with the approach described above.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                                           Respectfully submitted,

                                                                             /s/  *Yunyi Chen*
                                                                             Yunyi Chen