**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 643 - Plaintiffs' Reply ISO Letter Motion for Discovery Conference re: Google's Privilege Assertions (Dkt. 590);

- Dkt. 645, 645-1 - Attorney Declaration of Yunyi Chen in Support of Plaintiffs' Reply ISO Letter Motion for Discovery Conference (Dkt. 590) re: Google's Privilege Assertions and sealed Exhibit 1 thereto.

*/s/ Yunyi Chen*
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
ychen@oandzlaw.com