

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

February 24, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

    Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming February 24, 2026 Letter Motion for Discovery Conference re Addressing Gaps in Google's Productions (the "Motion").

    The Motion contains information from documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Motion should be redacted, but may do so after Google files its request for redactions.

    Pursuant to Your Honor's Individual Rule 3(f), the parties met and conferred on February 23, 2026 to narrow the redactions.

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to redact" the information in the Motion.

                                                                                           Respectfully submitted,

                                                                                         /s/  *Jeff Kane*
                                                                                         Jeff Kane