**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 650: Plaintiffs' Letter Motion for Discovery Conference re Addressing Gaps in Google's Productions

　　　　　　　　　　　　　　　　　　　　*/s/ Jeff Kane*
　　　　　　　　　　　　　　　　　　　　Jeff Kane
　　　　　　　　　　　　　　　　　　　　OPPENHEIM + ZEBRAK, LLP
　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Ave NW, Suite 5
　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　202.499.2940
　　　　　　　　　　　　　　　　　　　　jkane@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*