Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

February 25, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

    Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

    Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming February 25, 2026 Reply in Support of Plaintiffs' Letter Motion for Discovery Conference regarding Communications between the Pirates and Google Sales Representatives, the accompanying attorney declaration, and the accompanying exhibits (all together, "Documents").

    The Documents contain information from documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the sealed and redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents should be sealed or redacted, but may do so after Google files its request for sealing and redactions.

    Pursuant to Your Honor's Individual Practices section 3(f), the parties met and conferred on February 25, 2026 to narrow the sealing and redactions.

    Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

                                                        Respectfully submitted,

                                                        /s/ *Jeff Kane*
                                                        Jeff Kane