# EXHIBT A

To be filed under seal, via email