# EXHIBIT B

To be filed under seal, via email