# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

> Dkt. 667: Plaintiffs' Reply in Support of Plaintiffs' Letter Motion (Dkt. 625) for Discovery Conference re Communications between the Pirates and Google Sales Representatives
>
> Dkt. 668: Declaration of Jeff Kane In Support of Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 625) for Discovery Conference Re Communications between the Pirates and Google Sales Representatives

 /s/ Uriel Lee
 Uriel Lee
 OPPENHEIM + ZEBRAK, LLP
 4530 Wisconsin Ave NW, Suite 5
 Washington, DC 20016
 202.480.2999
 ulee@oandzlaw.com

 *Counsel for Plaintiffs*