

**Oppenheim + Zebrak, LLP**
WASHINGTON – NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/26__

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

February 25, 2026

**MEMO ENDORSED**

Application GRANTED. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge
February 26, 2026

<u>VIA ECF</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
       Consent Letter Motion to File Exhibit via Email

Dear Judge Moses:

We represent all Plaintiffs in the above matter. Plaintiffs filed today Plaintiffs' Reply in Support of Plaintiffs' Letter Motion (Dkt. 625) for Discovery Conference re Communications between the Pirates and Google Sales Representatives ("Reply"). Exhibits A–B to the Declaration of Attorney Jeff Kane in Support of Plaintiffs' Reply ("Atty. Decl.") are Excel spreadsheets from custodial files that Google produced to Plaintiffs ("Exhibits"). However, the length and format of the Exhibits do not lend themselves to convenient review in PDF formats.

Accordingly, Plaintiffs respectfully request leave to provide the Exhibits to the Court in Excel format via an email with password protection, or via any other method the Court prefers. The Court previously granted Plaintiffs' similar requests. *See* Dkts. 600, 244, 270.

Plaintiffs informed Google that "Plaintiffs will be filing a motion to provide GOOG-CENG-00416832 and GOOG-CENG-00426591 to the Court in Excel format via password-protected email" and asked if Google consented to the motion. During a meet-and-confer on February 25, Google replied that it does not oppose Plaintiffs' motion.

Plaintiffs respectfully submit that Plaintiffs' request to provide the Exhibits in Excel format via an email with password protection is for the benefit of the Court to easily review the information that Plaintiffs are providing in support of Plaintiffs' Reply in the most convenient form.

Respectfully submitted,

/s/  *Jeff Kane*
Jeff Kane