## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

### <u>ATTORNEY DECLARATION OF JENNIFER FERRIGNO</u>

I, Jennifer Ferrigno, declare that:

1.      I am an associate at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.      I submit this declaration in connection with Google's Letter Motion for Pre-Motion Discovery Conference.

**<u>November 2025 Sealing Conferral</u>**

3.      On November 24, 2025, my colleague, Sara Sampoli, emailed counsel for McGraw Hill requesting to confer regarding sealing.  In that email, Ms. Sampoli listed the Bates numbers of several documents that Google intended to file as exhibits or otherwise reference in its Letter Reply in Support of its Letter Motion for Pre-Motion Discovery Conference (Dkt. 337) and requested that the Parties "meet and confer tomorrow to discuss sealing portions of these filings."

This list included documents with Bates numbers "PL0000795153-55," i.e. PL0000795153, PL0000795154, and PL0000795155.

4.      My colleague, Roberto Borgert, and I met and conferred with counsel for McGraw Hill, Michele Murphy and Lauren Bergelson, on November 25, 2025 for approximately ten minutes.  During the conferral, counsel discussed several documents including documents with Bates numbers PL0000795153, PL0000795154, and PL0000795155.  Counsel for McGraw Hill did not raise any objection related to these documents and requested that Google file those documents under seal.  The same day, I emailed counsel for McGraw Hill confirming that based on the "discuss[ion] earlier today," Google would "file under seal…the documents with Bates numbers listed below."  The listed Bates numbers included PL0000795153, PL0000795154, and PL0000795155.

**McGraw Hill's Review of December 15, 2025 Hearing Transcript**

5.      On December 23, 2025, Mr. Borgert emailed counsel for McGraw Hill informing them that Google would likely file an objection to the Court's December 15 Order denying Google's letter motion challenging Plaintiffs' privilege assertions.  In that email, Mr. Borgert notified McGraw Hill's counsel that Google would file "excerpts of the December 15, 2025 hearing transcript relating to Google's privilege challenges" in connection with its objection and requested to confer with McGraw Hill's counsel regarding sealing.

6.      On December 26, 2025, Mr. Borgert and I met with counsel for McGraw Hill, Michele Murphy and Yunyi Chen, for approximately fifteen minutes.  Ms. Murphy informed Google's counsel that McGraw Hill would review the December 15, 2025 hearing transcript and provide Google with requested redactions to the portion of the transcript discussing Google's

privilege challenges on Monday, December 29, 2025.  Mr. Borgert memorialized this in an email sent to Plaintiffs' counsel on December 26, 2025.

7.    On December 29, 2025, Ms. Murphy emailed counsel for Google with McGraw Hill's proposed redactions to the portions of the December 15, 2025 hearing transcript discussing Google's privilege challenges.  McGraw Hill's requested redactions included redactions to pages 112, lines 17-25, page 114, lines 6-16, and page 124, lines 13-16 of the December 15, 2025 hearing transcript.

**McGraw Hill Claws Back PL0000795154 and PL0000795155**

8.    On January 8, 2026, Ms. Murphy sent an email to Google's counsel providing "notice pursuant to ¶ 26 of the Protective Order (Dkt. 82) that the documents produced at PL0000795159, PL0000795154, PL0000795155 resulted in the disclosure of documents protected by the work product doctrine."  The notice insisted that Google "promptly destroy all copies, ensure that Google or anyone else who may have copies under the Protective Order does the same, and confirm when this has been done."

9.    On January 9, 2026, I responded recounting the history of the Parties' conferrals related to PL0000795154 and PL0000795155, noting that excerpts of the documents were filed on the docket, and requested that "Plaintiffs withdraw their improper attempt to claw back those documents."  Ms. Murphy replied on January 13, 2026 stating that the documents could still be clawed back under the protective order.

10.    On January 23, 2026, I emailed counsel for Plaintiffs confirming that Google had destroyed all copies of PL0000795159, PL0000795154, and PL0000795155.  In that email, I requested that the Parties meet and confer related to McGraw Hill's notice of claw back of PL0000795154 and PL0000795155.

11.    On January 27, 2026, Mr. Borgert and I met with counsel for McGraw Hill, Ms. Murphy, Ms. Bergelson, and Ms. Chen for approximately fifteen minutes.  At that conferral, Google's counsel renewed its request that McGraw Hill withdraw its notice of claw back.  Counsel for McGraw Hill refused.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.


Executed February 27, 2026, in Washington, D.C.

_____
Jennifer Ferrigno