# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## **CERTIFICATE OF SERVICE**

I, Sara Sampoli, hereby certify that on February 27, 2026, I served all counsel of record with true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Defendant's Response to Plaintiffs' Letter Motion for Discovery Conference (Dkt. 650), dated February 27, 2026;

- Declaration of Sarah Tomkowiak, dated February 27, 2026; and

- Exhibits 1 through 3 to the Declaration of Sarah Tomkowiak.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Dated: February 27, 2026
      Washington, D.C.

                                                            Sara Sampoli