

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

March 1, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
             Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101 ("Motion"); 2) redact portions of the Declaration of Attorney Jeff Kane ISO Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101 ("Decl."); 3) seal Decl. Exhibit 1, GOOG-CENG-00437101, a document Google designated "Highly Confidential—Attorneys' Eyes Only"; 4) seal Decl. Exhibit 2, the parties' email chain containing references to materials Google designated "Highly Confidential—Attorneys' Eyes Only," (collectively, the "Documents").

      The Documents contain information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents should be redacted or sealed, but may do so after Google files its request for sealing.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google's counsel on February 27 with a description of the documents Plaintiffs intended to seal or redact, and requested that the parties meet and confer to narrow the redactions and sealed documents. Google declined to confer on February 27 and did not provide its position on Plaintiffs' description of the documents they intended to seal or redact. Plaintiffs informed Google's counsel on February 27 that "[Plaintiffs] expect that the Court would prefer to hear this issue at the March 10 hearing, rather than at a subsequent hearing. Given that the only issue seems to be what portions of [Decl. Exhibits 1 and 2] will be sealed, rather than whether they will be sealed, [Plaintiffs] think the prudent course is to file, and Google can inform the Court in Google's sealing motion whether it agrees that portions of these two documents can remain public."

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Hon. Barbara C. Moses
March 1, 2026
Page 2

                                                Respectfully submitted,

                                                /s/ *Jeff Kane*
                                                Jeff Kane