IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>   Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Civil Action No. 24-cv-04274-JLR-BCM<br>*[Redacted]* |

**Attorney Declaration of Jeff Kane ISO
Plaintiffs' Letter Motion for Discovery Conference
Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101**

  1.  I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101.

  2.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

  3.  Attached as Exhibit 1 is a true and correct copy of the document Google produced at the Bates number beginning GOOG-CENG-00437101 ("Ex. 1").

  4.  Attached as Exhibit 2 is a true and correct copy of the parties' correspondences concerning GOOG-CENG-00437101, among other issues, between December 4, 2025 to February 23, 2026 ("Ex. 2").

  5.  On February 25, 2026, at 3:30 PM, Plaintiffs' counsel Jeff Kane and Yunyi Chen and Defendant's counsel Sarah Tomkowiak, Caroline Clarke, and Jennifer Ferrigno participated in a meet-and-confer regarding Google's position that it will not produce the hyperlinked and

referenced documents Plaintiffs identified in GOOG-CENG-00437101 and requested on December 4, 2025. The meet-and-confer lasted approximately 35 minutes. During the conferral, Google's counsel represented that they discussed the referenced "Misconfiguration" in GOOG-CENG-00437101 with their client, who told Google's counsel that the Misconfiguration ▇ ▇ Google's counsel represented that they hadn't reviewed any documents about the referenced "Misconfiguration," including the requested hyperlinked document in GOOG-CENG-00437101. When Plaintiffs asked Google's counsel which ▇ ▇ then did the "Misconfiguration" affect, Google's counsel stated that they did not know and that Plaintiffs knew as much as Google's counsel did based on the face of the document. Google maintained its position that it would not produce the requested documents. The parties hence reached impasse, and Plaintiffs informed Google that Plaintiffs planned to seek relief from the Court.

6. The parties have presently agreed that Plaintiffs will take the deposition of ▇ ▇ on March 31, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 1, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane