IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

　　I hereby certify that on March 1, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 697: Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101

- Dkt. 698: Attorney Declaration of Jeff Kane ISO Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101, and accompanying exhibits.

　　　　　　　　　　　　　　　　　　　　*/s/ Jeff Kane*
　　　　　　　　　　　　　　　　　　　　Jeff Kane
　　　　　　　　　　　　　　　　　　　　OPPENHEIM + ZEBRAK, LLP
　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Ave NW, Suite 5
　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　202.499.2940
　　　　　　　　　　　　　　　　　　　　jkane@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*