

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

March 2, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted Documents

Dear Judge Moses:

      Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' forthcoming March 2, 2026 Status Update re Google's Selection of 300 Domains for Testing (the "Notice").

      The Notice contains information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Notice should be redacted, but may do so after Google files its request for redaction.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google's counsel late in the evening on March 1 with a description of the documents Plaintiffs intended to redact, and informed Google that Plaintiffs intended to file the Notice on March 2. Google did not respond before Plaintiffs' filing. However, because the current deadline for this discovery is only four days away, and it appears that Google plans not to meet this deadline, Plaintiffs thought it prudent to provide this update promptly, rather than waiting for Google to respond concerning its preferences for redacting.

      Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to . . . redact" the information in the Notice.

                                            Respectfully submitted,

                                            /s/ *Jeff Kane*
                                            Jeff Kane