IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**Declaration of Attorney Jeff Kane in Support of
Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 650) for Discovery Conference Re
Addressing Gaps in Google's Productions**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in connection with Plaintiffs' Reply in Support of Plaintiffs' Letter Motion (Dkt. 650) for Discovery Conference regarding Addressing Gaps in Google's Productions.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. Google incorrectly ran the search-term "zero strike *policy*" instead of "zero strike." Plaintiffs alerted Google to this error during a meet-and-confer on November 24, 2025, and followed up with an email on November 25, 2025. During the November 24 meet-and-confer, Google's counsel incorrectly stated that the term the Court had ordered was "zero strike policy."

    a. At the October 14, 2025 hearing, Google reported to the Court that the "zero strike" search-term returned only nine hits. Dkt. 223 (Hr'g Tr. Oct. 14, 2025) 85:21–86:13. Plaintiffs now know that Google was reporting the results of the *incorrect* "zero

1

    strike policy" search-term, Ex. 1 at 1; Ex. 2, but Plaintiffs did not know that at the time. After the October 14 hearing, I emailed Google's counsel and asked them to provide Plaintiffs with the hit-report they had referenced during the hearing. Google refused. 25.10.14 Latham Email. Had Google produced this hit-report, this error would have been apparent right away.

4. As explained in Plaintiffs' Motion (Dkt. 650 at 2), more than 500 documents that Google produced *after* August 15, 2025 should have been produced *on or before* August 15, 2025. Plaintiffs raised this issue with Google via email on January 20, 2026. On February 23, 2026, I received an email from Google's counsel, claiming that "We now understand there were two isolated vendor errors that impacted the August 15 productions (which we only became aware of after the January 6 production deadline)." Google's counsel then explained that "Google will produce the about 100 responsive, non-privileged documents by no later than February 27, 202[6]."

5. On February 25, 2026, Plaintiffs received a document production from Google. Google produced 117 documents. It appears that these are the documents that had not been produced due to the "vendor error" referenced above.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed March 3, 2026, in Washington, D.C.

                                                            /s/ *Jeff Kane*
                                                            Jeff Kane