IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 706: Plaintiffs' Reply in Support of Plaintiffs' Letter Motion (Dkt. 650) for Discovery Conference re Addressing Gaps in Google's Productions

- Dkt. 707: Declaration of Attorney Jeff Kane in Support of Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 650) for Discovery Conference Re Addressing Gaps in Google's Productions, and accompanying exhibits.

/s/ Jeff Kane
Jeff Kane
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com

*Counsel for Plaintiffs*