UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>        *Plaintiffs*,<br>v.<br><br>GOOGLE LLC,<br><br>        *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM<br><br>**DECLARATION OF JENNIFER FERRIGNO IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Jennifer Ferrigno, declare as follows:

1. I am an associate at the law firm of Latham & Watkins LLP, and I am counsel for Defendant Google LLC.

2. I respectfully submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice*.

3. I have been a member in good standing of the Bar of the District of Columbia since December 9, 2024.

4. I attach a Certificate of Good Standing from the Bar of the District of Columbia, which was issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary

proceedings presently pending against me.

  Wherefore your declarant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant Google LLC.

  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2026
   Washington, D.C.

                  */s/ Jennifer Ferrigno*
                  Jennifer Ferrigno