**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING
GROUP, LLC D/B/A MACMILLAN
LEARNING; MACMILLAN HOLDINGS,
LLC; ELSEVIER INC.; ELSEVIER B.V.;
and MCGRAW HILL LLC,

                                    *Plaintiffs*,

v.

GOOGLE LLC,

                                    *Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

**[PROPOSED] ORDER GRANTING
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

The motion of Jennifer Ferrigno for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and that her contact information is as follows:

Applicant's Name: Jennifer Ferrigno

Firm Name: Latham & Watkins LLP

Address: 555 Eleventh Street, NW, Suite 1000

City/State/Zip: Washington, D.C. 20004-1304

Telephone: (202) 637-2200/ Facsimile: (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2026

_____

Hon. Barbara C. Moses
United States Magistrate Judge