# EXHIBIT A

Saturday, February 28, 2026 at 1:38:33 PM Eastern Standard Time

**Subject:** RE: Cengage v. Google - Google Document Productions
**Date:** Monday, February 23, 2026 at 12:45:13 PM Eastern Standard Time
**From:** Caroline.Clarke@lw.com
**To:** Yunyi Chen, Sarah Tomkowiak, Jeff Kane, Laura Bladow, Roberto Borgert, Sy Damle, Jennifer.Ferrigno@lw.com, Sara Sampoli, Alli Stillman, Holly Victorson
**CC:** Lauren Bergelson, Uriel Lee, Michele Murphy, Danae Tinelli
**Attachments:** image001.png, image002.png

Counsel,

As stated in my 2/17 email, we investigated and learned this [REDACTED] and therefore any associated hyperlinks or documents are not responsive. As such, we will not produce the hyperlink you requested in your 2/20 email, as it is not responsive nor proportional to the needs of the case. We do not believe a conferral is necessary, but if you do, please send additional times as we are not available today at those times.

Further, Google has completed its reproduction of cut-off documents or documents with quality issues where feasible. Google has and will continue to produce responsive, non-privileged hyperlinks where the request was proportional to the needs of the case on a rolling basis. We expect this process to be completed by March 6 but reiterate our position that there is no deadline for Google to produce documents in response to these discrete hyperlink requests.

Thanks,

Caroline

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457

---

**From:** Yunyi Chen <YChen@oandzlaw.com>
**Sent:** Friday, February 20, 2026 11:07 AM
**To:** Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Jeff Kane <JKane@oandzlaw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Borgert, Roberto (DC) <Roberto.Borgert@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Ferrigno, Jennifer (DC) <Jennifer.Ferrigno@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>
**Cc:** Lauren Bergelson <LBergelson@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>; Michele Murphy <michele@oandzlaw.com>; Danae Tinelli <Danae@oandzlaw.com>
**Subject:** Re: Cengage v. Google - Google Document Productions

1 of 11

==*This message contains material designated as Highly Confidential, Attorneys'-Eyes-Only Material pursuant to a Protective Order*==

Counsel,

Regarding the referenced document in GOOG-CENG-00437101, is Google's postion that this "█████" relates only to ███████████████████████? If so, please provide the documents that Google reviewed that led Google to that conclusion. In particular, please provide the "█████████" hyperlinked at the bottom of p. -7102. The document is described as concerning "████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████." This would seem to encompass Google Shopping Ads.

Given that Google took more than two months to provide its position, please provide your availability for a meet-and-confer regarding this issue on Monday February 23. We are available between 10:30 AM–3:30 PM and 4:30 PM–6:00 PM.

Separately, does Google plan to produce the other documents requested under the "Hyperlinked Documents" section in our 12/04 email, and to reproduce the documents described under the "Cut-Off Documents" and "Other Quality Issues" sections in our 12/04 email? It has been over two months since we made this request. Plaintiffs cannot wait any longer for Google to respond.

Best regards,
Yunyi
Yunyi Chen | Associate
**Oppenheim + Zebrak, LLP**
461 Fifth Avenue, 19th Floor
New York, NY 10017
Direct: 212.951.1923
ychen@oandzlaw.com | www.oandzlaw.com
Connect with us on LinkedIn

O+Z Oppenheim + Zebrak LLP | WASHINGTON, D.C. NEW YORK, N.Y.

---

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

**From:** Caroline.Clarke@lw.com <Caroline.Clarke@lw.com>
**Date:** Wednesday, February 18, 2026 at 5:27 PM
**To:** Yunyi Chen <YChen@oandzlaw.com>, Sarah Tomkowiak <Sarah.Tomkowiak@lw.com>, Jeff Kane <JKane@oandzlaw.com>, Laura Bladow <Laura.Bladow@lw.com>, Roberto Borgert <Roberto.Borgert@lw.com>, Sy Damle <Sy.Damle@lw.com>, Jennifer.Ferrigno@lw.com <Jennifer.Ferrigno@lw.com>, Sara Sampoli <Sara.Sampoli@lw.com>, Alli Stillman <Alli.Stillman@lw.com>, Holly Victorson <Holly.Victorson@lw.com>
**Cc:** Lauren Bergelson <LBergelson@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>, Michele Murphy <michele@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>
**Subject:** RE: Cengage v. Google - Google Document Productions

Counsel,

We write in response to the "Referenced Documents" you identified in your December 4 email.

First, regarding GOOG-CENG-00437101, upon investigation we have determined that the ▉▉" referenced in this email ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, and therefore this document is outside the scope of this litigation and non-responsive. Accordingly, we will not produce any "documents and communications related to such "▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉" as they would similarly be non-responsive.

Second, regarding GOOG-CENG-00419864, there is insufficient information in this document to identify the bug referenced in this chat with precision. However, based on a reasonable investigation, we have identified what we believe to be the referenced bug, which we confirmed has already been produced at GOOG-CENG-00441867 and GOOG-CENG-00618595.R.

Thanks,

Caroline

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS** LLP
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457

---

**From:** Yunyi Chen <YChen@oandzlaw.com>
**Sent:** Thursday, February 12, 2026 12:57 PM
**To:** Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Jeff Kane <JKane@oandzlaw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Borgert, Roberto (DC) <Roberto.Borgert@lw.com>; Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Ferrigno, Jennifer (DC) <Jennifer.Ferrigno@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>

**Cc:** Lauren Bergelson <LBergelson@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>; Michele Murphy <michele@oandzlaw.com>; Danae Tinelli <Danae@oandzlaw.com>
**Subject:** Re: Cengage v. Google - Google Document Productions

Counsel,

Please provide an update on the documents we raised in our December 4, 2026 correspondence.

Best,
Yunyi

**From:** Sarah.Tomkowiak@lw.com <Sarah.Tomkowiak@lw.com>
**Date:** Wednesday, January 7, 2026 at 10:11 AM
**To:** Jeff Kane <JKane@oandzlaw.com>, Laura Bladow <Laura.Bladow@lw.com>, Roberto Borgert <Roberto.Borgert@lw.com>, Caroline.Clarke@lw.com <Caroline.Clarke@lw.com>, Sy Damle <Sy.Damle@lw.com>, Jennifer.Ferrigno@lw.com <Jennifer.Ferrigno@lw.com>, Sara Sampoli <Sara.Sampoli@lw.com>, Alli Stillman <Alli.Stillman@lw.com>, Holly Victorson <Holly.Victorson@lw.com>
**Cc:** Lauren Bergelson <LBergelson@oandzlaw.com>, Yunyi Chen <YChen@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>, Michele Murphy <michele@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>
**Subject:** RE: Cengage v. Google - Google Document Productions

Counsel,

First, that is not what I represented on yesterday's conferral regarding the multiple bases on which we believe an extension of the discovery schedule would be appropriate.

Second, Google has not even agreed to produce any of the documents identified below, let alone agreed to any deadline to produce them – that is the review that is underway. Google is also working to determine whether it can resolve the purported quality issues in documents listed in your December 4 email and, if so, will reproduce these documents as soon as feasible (noting that these documents are already accessible to Plaintiffs in Google's existing productions).

Google has fully complied with its obligations to produce all documents 1) ordered by the Court or 2) agreed to by the parties to be produced by January 6, 2026. We have trouble reconciling your statements regarding this deadline with your additional requests for production and threats to bring new document disputes to the Court, that would likewise result in more documents being produced post-January 6, 2026.

**Sarah A. Tomkowiak**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2335 | M: +1.217.417.3312

**From:** Jeff Kane <JKane@oandzlaw.com>

**Sent:** Tuesday, January 6, 2026 9:35 PM
**To:** Bladow, Laura (DC) <Laura.Bladow@lw.com>; Borgert, Roberto (DC) <Roberto.Borgert@lw.com>; Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Ferrigno, Jennifer (DC) <Jennifer.Ferrigno@lw.com>; Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>
**Cc:** Lauren Bergelson <LBergelson@oandzlaw.com>; Yunyi Chen <YChen@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>; Michele Murphy <michele@oandzlaw.com>; Danae Tinelli <Danae@oandzlaw.com>
**Subject:** Re: Cengage v. Google - Google Document Productions

Counsel,

You seem to be saying that Google has addressed zero of the issues in O+Z's December 4 email. Indeed, you say below that you are not even finished reviewing our December 4 email. We are having trouble reconciling this with Laura Bladow's statement in her January 5 email that "Google is on track to comply with the January 6 deadline", and with Sarah Tomkowiak's representation during today's conferral that Google is on track to meet all deadlines and needs an extension only in anticipation of being ordered to produce more documents. Is Google's position that it need not produce the documents from Plaintiffs' December 4 email by the January 6 deadline for document discovery? Does Google take the same position with respect to other hyperlinked documents we've identified?

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com

---

**From:** Caroline.Clarke@lw.com <Caroline.Clarke@lw.com>
**Date:** Tuesday, January 6, 2026 at 15:19
**To:** Yunyi Chen <YChen@oandzlaw.com>, Sara Sampoli <Sara.Sampoli@lw.com>, Sarah Tomkowiak <Sarah.Tomkowiak@lw.com>, Holly Victorson <Holly.Victorson@lw.com>, Sy Damle <Sy.Damle@lw.com>, Laura Bladow <Laura.Bladow@lw.com>, Alli Stillman <Alli.Stillman@lw.com>, Roberto Borgert <Roberto.Borgert@lw.com>, Jennifer.Ferrigno@lw.com <Jennifer.Ferrigno@lw.com>
**Cc:** Michele Murphy <michele@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>, Lauren Bergelson <LBergelson@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Subject:** RE: Cengage v. Google - Google Document Productions

Counsel,

We are reviewing your December 4 email demanding that Google investigate several additional "issues" related to Google's productions (beyond the dozens if "issues" already identified in separate emails), including your request that Google produce referenced or linked documents. Each of these documents must be separately identified and collected which takes time. We are currently reviewing your requests and will respond with our positions as soon as feasible.

Thanks,

Caroline

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.332.240.1457

---

**From:** Yunyi Chen <YChen@oandzlaw.com>
**Sent:** Tuesday, January 6, 2026 10:59 AM
**To:** Sampoli, Sara (DC) <Sara.Sampoli@lw.com>; Clarke, Caroline (NY) <Caroline.Clarke@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Damle, Sy (DC-NY) <Sy.Damle@lw.com>; Bladow, Laura (DC) <Laura.Bladow@lw.com>; Stillman, Alli (NY) <Alli.Stillman@lw.com>; Borgert, Roberto (DC) <Roberto.Borgert@lw.com>
**Cc:** Michele Murphy <michele@oandzlaw.com>; Jeff Kane <JKane@oandzlaw.com>; Danae Tinelli <Danae@oandzlaw.com>; Lauren Bergelson <LBergelson@oandzlaw.com>; Uriel Lee <ULee@oandzlaw.com>
**Subject:** Re: Cengage v. Google - Google Document Productions

Counsel,

Please provide an update regarding the below.

Best regards,
Yunyi

Yunyi Chen | Associate
**Oppenheim + Zebrak, LLP**

461 Fifth Avenue, 19th Floor
New York, NY 10017
Direct: 212.951.1923
ychen@oandzlaw.com | www.oandzlaw.com
Connect with us on LinkedIn

O+Z Oppenheim + Zebrak LLP | WASHINGTON, D.C. NEW YORK, N.Y.

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

---

**From:** Yunyi Chen <YChen@oandzlaw.com>
**Date:** Thursday, December 4, 2025 at 6:07 PM
**To:** Sara Sampoli <Sara.Sampoli@lw.com>, Caroline.Clarke@lw.com <caroline.clarke@lw.com>, Sarah Tomkowiak <Sarah.Tomkowiak@lw.com>, Holly Victorson <Holly.Victorson@lw.com>, Sy Damle <Sy.Damle@lw.com>, Laura Bladow <Laura.Bladow@lw.com>, Alli Stillman <Alli.Stillman@lw.com>, Roberto Borgert <Roberto.Borgert@lw.com>
**Cc:** Michele Murphy <michele@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>, Lauren Bergelson <LBergelson@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Subject:** Re: Cengage v. Google - Google Document Productions
*This message contains Highly Confidential, Attorneys'-Eyes-Only Material that is subject to a Protective Order*

Counsel,

Below we raise several issues regarding Google's document productions to date.

**Referenced Documents**

Based on the text of each below-identified hyperlink and the surrounding context of the Google-produced documents, the below documents appear to be responsive to a number of Plaintiffs' RFPs and highly relevant to a number of key issues in this case, including:

**Steps taken by Google concerning unauthorized eBooks sale (RFP 6, RFP 14, RFP 15, RFP 45):**

GOOG-CENG-00437101: Jake Erlick's email to ▉▉▉▉ on 08/22/2023 at p. 7102 states that "▉▉▉▉ concerning "▉▉▉▉." Plaintiffs request non-privileged documents and communications related to such "▉▉▉▉

GOOG-CENG-00419864: at p. 9865, in discussing the ▉▉▉▉ and the "▉▉▉▉ Jake Erlick tells ▉▉▉ in a chat that "▉▉▉ was also in a few threads about this . . . and filed a bug at one point where policy teams



" Please produce the referenced "bug" and/or "threads".

### Hyperlinked Documents

Below is a non-exhaustive list of documents that contain hyperlinks to what appear to be relevant documents. For each hyperlinked document, please either produce the document, or provide the Bates number if the document has already been produced.

As requested in O+Z's September 4th email, to the extent Google is producing documents to which another produced document links, it would be helpful to reflect both documents as being part of the same family (or to otherwise indicate the document from which a newly produced doc was linked). This way, when Google already has produced a hyperlinked document, Plaintiffs will know that they need not request it.

Based on the text of each below-identified hyperlink and the surrounding context of the Google-produced documents, the below documents appear to be responsive to a number of Plaintiffs' RFPs and highly relevant to several key issues in this case, including:

**Google's DMCA repeat infringer policy and implementation of such policy (RFP 6, RFP 8, RFP 11, RFP 12, RFP 14, RFP 15, RFP 20):**

GOOG-CENG-00431947: at p. 7, "███████████████" trix



GOOG-CENG-00424944: at p. 4945, "article published" in the sentence "███████████████"; again at p. 4945, "███████████████"; at p. 4946, "███"; ███████████ at p. 4947, "███████████" at p. 4950, "███████", "███████" " "███████ and "███████████"

GOOG-CENG-00433669:
The "███████████████████" referenced at p. 3696 and appears to be linked on p. 3697. We presume this is the LR Manual Strike spreadsheet. If it is not, please produce the linked document.

all linked documents under "Key documentation links" at p. 3702

GOOG-CENG-00437101: at p. 7102, "document"

**Google's knowledge of infringing eBooks ads on its platforms and the steps it took or considered in response (RFP 6, RFP 45, RFP 55):**



GOOG-CENG-00426626: at on p. 6628, "███" in the bullet point "███████████████"

GOOG-CENG-00416531: at p. 6540–41, the URL following "███████████"

GOOG-CENG-00426593: at p. 6593:



- o "link" in "█████████"
- o list in "█████████"
- o "trix" in "█████████".

In a number of places, this document references lists of "█████████" and lists of █████████ described in this document. Please produce the last updated version of each of these documents: p. 6595 (the first reference to "█████████" and "█████████").

- at p. 6596, the █████ link following the bullet point "█████████"; at p. 6597, "█████" in "█████████";
- p. 6599 – "tracker" in "█████████"
- p. 6606 – "pix" in "█████████".
- at p. 6610, "here" in "Summary and notes here";
- at p. 6611, "█████████";
- at p. 6613, the █████ link following the bullet "█████████";
- at p. 6614, "Sample";
- at p. 6617, both links embedded in the two bullet points reading "Example" below the bullet point "█████████"

GOOG-CENG-00419864: the URLs starting "support.google.com" on top of p. 9866.

**Google's practice of and process for determining which copyright infringement notices to stop processing, including automation of such process (RFP 17):**

GOOG-CENG-00434758: at p. 4763, the Google docs link immediately under the bullet point "█████████" and the Google docs link immediately under the bullet point "OKR Doc"

GOOG-CENG-00413905: at p. 3905, the "█████████" URL under "█████████" and immediately below the phrase "Example case:".

**Cut-Off Documents**

The below document is cut off, meaning we cannot see the entirety of the document. Please

promptly re-produce this document in its entirety.

GOOG-CENG-00441613 (the text in row one is cut off).

**Other Quality Issues**

The below document was produced in a black-and-white format. As a result, Plaintiffs are unable to fully access key information conveyed through color-coding in the document. The text of the legend for the chart is also illegible. Please reproduce the document either in the native format or other formats that preserve the color-coding and ensure that that all text, including any legends to any chart, is clearly legible.

GOOG-CENG-00404594: at p. 4603, a color-coded chart showing the "  " to handle " ▇▇ " including for Google Shopping and its ▇ " teams.

Please re-produce the below documents in a format where the identity of the commenter is visible.

- GOOG-CENG-00426593

- GOOG-CENG-00418873

Please re-produce the below documents in a more readable format.

- GOOG-CENG-00418873

- GOOG-CENG-00438508 (e.g., the image at 438509)

Regards,
Yunyi

Yunyi Chen | Associate
**Oppenheim + Zebrak, LLP**

461 Fifth Avenue, 19th Floor
New York, NY 10017
Direct: 212.951.1923
ychen@oandzlaw.com | www.oandzlaw.com
Connect with us on LinkedIn

O+Z Oppenheim + Zebrak LLP | WASHINGTON, D.C.
NEW YORK, N.Y.

---

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.