IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## ATTORNEY DECLARATION OF SARAH TOMKOWIAK

I, Sarah Tomkowiak, declare that:

1. I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2. I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101 (Dkt. 697).

3. On December 4, 2025, Plaintiffs requested that Google produce "documents and communications related to" an email Google produced in this litigation with Bates number GOOG-CENG-00437101.

4. The December 4, 2025 email was one of several Google received from Plaintiffs. For each of the hyperlinked or referenced documents contained in Plaintiffs' emails, Google must identify the URL, identify the corresponding data source, obtain access, and collect the document. I understand that many of the linked documents are inaccessible, and identifying the previously

linked document can be challenging. Once Google identifies and obtains access to the URL, the documents must be reviewed for relevance and privilege.

5. Google's counsel reviewed GOOG-CENG-00437101 and spoke with Google personnel familiar with the issue described in that email. Those personnel confirmed that the issue ███████████████████████████████. Based on those conversations, I understand:

   a. When a complainant notices a URL to Google, Google processes complaints and takes action in the ██████████████. When a URL is taken down in the ██████, ██████████, it is added to a ██████████████.

   b. The ████████████████████████████████████████████████████████ ████████████████████ to be shown on Google Search, YouTube, and other surfaces. The ████████████████████████████████████████████████ ██████████████ to be shown on any surfaces.

   c. The ██████████████ contains a ████████ through which the ██████████ ██████ receives updates from the ████████████████████████████████████. The ██████████████████ identifies and labels ████████████████ contained in the ██████████████ and reports that information to the ██████████████. This label ████████████████████████████████████████████████████████████. Google Shopping's equivalent infrastructure tool has its own ██████████ ██████████████.

   d. ████████████████████████████████████████████████████████████████████. The ██████████████████ was intended to ████████████████, other than the ██ ██████████████, used in the ████████████████. ████████████████████████

2



███████████. As a result, the ████████████████████████████████████████████████████.

e. The ████████ described above affected the ██████████, not the equivalent ████████████████████████████.

6. On February 18, 2026, my colleague, Caroline Clarke emailed counsel for Plaintiffs concerning Google's review of GOOG-CENG-00437101 and the issue described. Ms. Clarke explained that after investigation, Google's counsel "determined that the ████████ ████████████████████████████, and therefore this document is outside the scope of this litigation and non-responsive."

7. On February 25, 2026, I, with my colleagues, Caroline Clarke and Jennifer Ferrigno, conferred with counsel for Plaintiffs' Jeff Kane and Yunyi Chen regarding Plaintiffs' request for documents referenced in GOOG-CENG-00437101 for approximately 35 minutes. During this conferral, Google's counsel explained that Google and Google's counsel reviewed GOOG-CENG-00437101, identified the ████ described, and spoke with Google personnel concerning the ████ Google's counsel explained that, based on that investigation, Google's counsel understood that the ████████████████. Google's counsel further explained that ████████████████████████████████████████████████████████████████████████.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on March 4, 2026, in New York, NY.           /s/ *Sarah A. Tomkowiak*
                                                          Sarah A. Tomkowiak

3