# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 718: McGraw Hill's Letter Response in Opposition to Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 689)
- Dkt. 719: Attorney Declaration of Michele H. Murphy and accompanying Exhibits

　　　　　　　　　　　　　　　　　　　　*/s/ Danae Tinelli*
　　　　　　　　　　　　　　　　　　　　Danae Tinelli
　　　　　　　　　　　　　　　　　　　　OPPENHEIM + ZEBRAK, LLP
　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Ave NW, 5th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　202.851.4070
　　　　　　　　　　　　　　　　　　　　danae@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*