

Michele Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

WASHINGTON – NEW YORK

March 5, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
            Letter Request to File Redacted and Sealed Document

Dear Judge Moses:

    Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of the parties' March 5, 2026 joint status report submitted pursuant to the Court's Order at Dkt. 610 (the "Joint Status Report").

    The Joint Status Report contains information from documents that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Joint Status Report should be redacted.

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google on March 5 with Plaintiffs' proposed redactions to Plaintiffs' section of the Joint Status Report.

    Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Joint Status Report.

                                                 Respectfully submitted,

                                                 /s/  *Michele H. Murphy*
                                                 Michele H. Murphy