IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I served counsel of record with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. This document was filed under seal on ECF at the docket entry noted below.

- Dkt. 728: Parties' Joint Status Report.

　　　　　　　　　　　　　　　　　　　　/s/ Uriel Lee
　　　　　　　　　　　　　　　　　　　　Uriel Lee
　　　　　　　　　　　　　　　　　　　　Oppenheim + Zebrak, LLP
　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Ave. NW, 5th Floor
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20016
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 480-2999
　　　　　　　　　　　　　　　　　　　　ulee@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*