IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM<br><br>*[Redacted]* |

### Attorney Declaration of Jeff Kane ISO
### Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 697) for Discovery Conference
### Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Letter Motion for Discovery Conference Regarding Hyperlinked and Referenced Documents in GOOG-CENG-00437101.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. On February 25, 2026, my colleague, Yunyi Chen, and I participated in a meet-and-confer with Google's counsel. We asked Google specifically (and twice) whether Google was claiming that the ████ affected takedowns for some other type of ads, just not Shopping ads. Google's counsel said they didn't know. We also asked specifically whether Google was claiming that the ████ affected, e.g., Search ads but not Shopping ads. Google's counsel again said they didn't know. Google's counsel said nothing about the ████ ████.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 6, 2026 in Washington, D.C.

                                                           /s/ *Jeff Kane*
                                                           Jeff Kane