UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/6/26
```

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

                *Plaintiffs*,

v.

GOOGLE LLC,

                *Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

The motion of Jennifer Ferrigno for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and that her contact information is as follows:

    Applicant's Name: Jennifer Ferrigno

    Firm Name: Latham & Watkins LLP

    Address: 555 Eleventh Street, NW, Suite 1000

    City/State/Zip: Washington, D.C. 20004-1304

    Telephone: (202) 637-2200/ Facsimile: (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ March 6 , 2026

_____
Hon. Barbara C. Moses
United States Magistrate Judge