# EXHIBIT B

*Highly Confidential- Attorneys' Eyes Only*

## Cengage v. Google
### ▮▮▮▮▮▮▮▮ Search Terms Hit Counts

| Hit Count for October 8th Hearing for Existing Custodians | | |
|---|---|---|
| **Date Range** | **Search Terms** | **Hits** |
| January 1, 2020 - September 16, 2024 | "Zero-Strike Policy" OR "Zero Strike Policy" | 9 |

| Hit Count for Court-Ordered Search Terms for Existing Custodians | | |
|---|---|---|
| **Date Range** | **Search Terms** | **Hits** |
| January 1, 2020 - September 16, 2024 | "Zero-Strike" OR "Zero Strike" | 37 |

| Hit Count for Court-Ordered Search Terms for All Custodians | | |
|---|---|---|
| **Date Range** | **Search Terms** | **Hits** |
| January 1, 2020 - September 16, 2024 | "Zero-Strike" OR "Zero Strike" | 1,600 |