**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

March 6, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Cengage Learning, Inc., et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
       <u>Letter Motion to Seal Google's Letter Reply in Support of Letter Motion for Pre-Motion Discovery Conference</u>

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google submits this letter motion seeking the Court's approval to redact Google's Letter Reply in Support of Letter Motion for Pre-Motion Discovery Conference dated March 6, 2026 ("Letter Reply").

The Letter Reply contains references to information and materials designated by Plaintiffs as "Confidential" or "Highly Confidential – Attorneys Eyes Only" pursuant to the Protective Order, Dkt. 82.  The Court previously granted sealing requests or otherwise ordered the parties to file such information under seal, *see* Dkts. 471, 674.

Pursuant to Your Honor's Rule 3(f), the parties corresponded regarding the content of the Letter Reply on March 6, 2026.  Google files this motion solely based on Plaintiffs' position that the information contained in these materials is confidential and must be sealed.  Google takes no position on whether such materials must be sealed.  Google has informed Plaintiffs that they must file, within three court days, a letter explaining the need to seal or redact the Letter Motion.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak *(pro hac vice)*
of LATHAM & WATKINS LLP

cc:   All Counsel of Record (via ECF)