IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM<br><br>*[Redacted]* |

**Attorney Declaration of Jeff Kane ISO
Plaintiffs' Status Update re Google's Request to Exclude 34 Websites
from the Testing of Google's Overall DMCA Program**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Status Update re Google's Request to Exclude 34 Websites from the Testing of Google's Overall DMCA Program.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. On February 26, 2026, I participated in a meet-and-confer with Google's counsel. Google's counsel, Sarah Tomkowiak, admitted that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Asked what repeat-infringer policy (if any) Google ▮▮▮▮▮▮▮, Ms. Tomkowiak responded that she did not know.

4. Prior to its March 5 filing, Google did not confer with Plaintiffs concerning Google's request to exclude ▮ Merchant Center accounts form the 300-domain sample based on EU privacy laws, Dkt. 724 at 3–4. Nor had Google raised this issue in any email.

1

2

     5.     Attached as Exhibit 1 is an excerpt from Google's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ of these sites are among the 31 "marketplace" domains that Google wishes to exclude.

     6.     Attached as Exhibit 2 is a copy of the Google Merchant Center Terms of Service. Those Terms of Service incorporate Google's privacy policy, which is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 9, 2026 in Washington, D.C.

                                                             /s/ *Jeff Kane*
                                                             Jeff Kane