IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 745: Plaintiffs' Status Update re Google's Request to Exclude 34 Websites from the Testing of Google's Overall DMCA Program

- Dkt. 746: Attorney Declaration of Jeff Kane ISO Plaintiffs' Status Update re Google's Request to Exclude 34 Websites from the Testing of Google's Overall DMCA Program, and accompanying exhibits.

>   */s/ Jeff Kane*
>   Jeff Kane
>   OPPENHEIM + ZEBRAK, LLP
>   4530 Wisconsin Ave NW, Suite 5
>   Washington, DC 20016
>   202.499.2940
>   jkane@oandzlaw.com
>
>   *Counsel for Plaintiffs*