UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

-against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/10/26__

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the March 10, 2026 discovery conference:

1. Plaintiffs' February 9, 2026 discovery motion (Dkts. 590, 591) is DENIED, except with respect to the 51 documents identified in paragraph 30 of the Declaration of Yunyi Chen. (Dkts. 593, 594.) As to those documents, the Court will review a sample of twelve *in camera*. No later than **March 17, 2026,** Google must notify plaintiffs which six documents it wishes the Court to review. No later than **March 19, 2026,** plaintiffs must notify Google which additional six they wish the Court to review. No later than **March 20, 2026**, Google must send all twelve documents to the Court via confidential email.

2. Plaintiffs' February 18, 2026 discovery motion (Dkts. 623, 625) is DENIED.

3. Plaintiffs' February 24, 2026 discovery motion (Dkts. 650, 651) is GRANTED IN PART. No later than **April 10, 2026,** Google must:

    a. Conduct a custodial search of the documents of the individual identified on page 4 of plaintiffs' motion (hereinafter Mr. L), and produce all nonprivileged responsive documents. Google must promptly provide plaintiffs with its hit report for Mr. L. Thereafter, the parties must meet and confer in a good faith attempt to narrow the scope of the search. However, if the parties are unable to reach an agreement, Google must run the search using the previously agreed-upon custodial search

    terms. No later than **April 3, 2026**, Google must provide the Court with an update as to the progress of its production as to Mr. L.

  b. Google must produce any written document and data retention policies for its i) database from which offer data was produced; b) email system; c) internal chat system; and d) Buganizer system. To the extent Google does not have a written document and data retention policy for one or more of these systems, it must state so in writing.

4. The Court construes Google's March 5, 2026 letter (Dkts. 724, 725) as a motion to modify the Court's December 22, 2025 Order (Dkt. 472) directing Google to provide certain sampling data regarding its DMCA policy. Correspondingly, the Court construes plaintiffs' "update" letters (Dkts. 609, 701, 702, 745, 747) as opposition to Google's motion. Google may submit a short reply no later than **March 13, 2026.**

5. The next discovery conference will take place on **April 7, 2026 at 9:00 a.m**. The parties should be prepared to discuss defendant's February 27, 2026 discovery motion (Dkts. 689, 690); plaintiffs' March 1, 2026 discovery motion (Dkts. 695, 697); the DMCA sampling issue discussed in paragraph 4 above; and related scheduling issues, including any necessary extensions to the current discovery deadlines. No later than **April 3, 2026**, the parties must submit a joint letter, advising the Court as to the status of fact discovery and providing any updates relevant to their outstanding discovery disputes.

  The Clerk of Court is respectfully directed to close the motions at Dkts. 590, 591, 623, 625, 650, 651.

Dated: New York, New York    SO ORDERED.
    March 10, 2026

                    _____
                     **BARBARA MOSES**
                     **United States Magistrate Judge**