IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

### *[PROPOSED]* ORDER

BARBARA MOSES, United States Magistrate Judge:

This matter comes before the Court on Google's letter (Dkt. 724), which the Court has construed as a motion to modify the Court's December 22, 2025 Order at Dkt. 472 (*see* Dkt. 751). Pursuant to Federal Rule of Civil Procedure 26(b)(2)(C), the Court hereby ORDERS that:

1. Google may exclude from the 300 sample domains randomly selected in accordance with Dkt. 472 ¶¶ 2-3:

    a. Thirty-one "marketplace" domains

    b. One internal Google domain

    c. Two domains referred to on the third page of Google's motion at Dkt. 724

    d. Thirty-eight domains associated with European merchant center accounts

2. For each of the remaining 228 domains, Google shall provide to Plaintiffs:

a. All copyright infringement notices Google received concerning the domain, and all responses Google provided to the senders of those notices (similar to what Google provided in its sixth, twelfth, and fifteenth productions) during the period January 1, 2020 through March 31, 2025;

b. Merchant account data for all Merchant Center accounts to which the domain presently or previously was registered (similar to what Google produced at, e.g., GOOG-CENG-00000703, and GOOG-CENG-00392941);

c. Ads account data (similar to what Google produced at GOOG-CENG-00419904) for all Ads accounts presently or historically connected to the Merchant Center accounts provided in paragraph (b) above;

d. Ads data (similar to what Google produced in, e.g., its Twentieth production) for each Merchant Center account provided in paragraph (b) above for the period January 1, 2020 through March 31, 2025.

Dated: _____
     New York, New York

SO ORDERED.

_____
HON. BARBARA MOSES
United States Magistrate Judge