**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
Sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

March 20, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re:  *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> Letter Motion Requesting Leave to File Declarations

Dear Judge Moses:

We represent Defendant Google LLC ("Google") in the above-captioned matter.  Google respectfully requests leave to file up to three short declarations in connection with the Court's *in camera* review of Google's documents withheld as attorney client privileged and protected work product.  The declarations, from Google's attorneys and an employee included on the withheld documents, are needed to provide facts necessary to understand the context of certain documents submitted for *in camera* review, that are not apparent on the face of such documents.

Google also respectfully requests the Court enter an order that such "disclosure will not result in a waiver of privilege as to the declaration or its contents" pursuant to Federal Rule of Evidence 502(d).  Dkt. 381 at 5.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)