**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
Sarah.tomkowiak@lw.com

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/26

**MEMO ENDORSED**

March 20, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
        Letter Motion Requesting Leave to File Declarations

Dear Judge Moses:

We represent Defendant Google LLC ("Google") in the above-captioned matter. Google respectfully requests leave to file up to three short declarations in connection with the Court's *in camera* review of Google's documents withheld as attorney client privileged and protected work product. The declarations, from Google's attorneys and an employee included on the withheld documents, are needed to provide facts necessary to understand the context of certain documents submitted for *in camera* review, that are not apparent on the face of such documents.

Google also respectfully requests the Court enter an order that such "disclosure will not result in a waiver of privilege as to the declaration or its contents" pursuant to Federal Rule of Evidence 502(d). Dkt. 381 at 5.

We thank the Court for its consideration.

Application GRANTED to the extent that Google may serve the declarations on plaintiffs and file them on the docket under seal, at the "applicable parties" level. Should Google do so, the disclosure will not result in a waiver of privilege as to the declarations or their contents, and plaintiffs may not use the information they learn from the declarations for any purpose other than their motion (Dkts. 590, 591) seeking production of certain documents withheld as privileged. SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 30, 2026

Respectfully submitted,

/s/ Sarah A. Tomkowiak
Sarah A. Tomkowiak
of LATHAM & WATKINS LLP