**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, *Plaintiffs*, v. GOOGLE LLC, *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**DECLARATION OF JOHN CALEB DONALDSON**

I, John Caleb Donaldson, declare that:

1.    I have served as an in-house attorney for Google LLC ("Google") since 2012. Specifically, I served as Associate Copyright Counsel starting in 2012, was promoted to Copyright Counsel in 2014, and was promoted again to my current role as Senior Copyright Counsel in 2018. In my current role, I provide legal advice regarding copyright issues, including compliance with copyright laws and how to design policies that comply with those laws.  Other than limited external-facing tasks (e.g., giving external presentations on copyright-related topics), the nature of my role at Google is to act as a legal advisor.

**Google's Shopping DMCA Policy**

2.    Google's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮, is responsible for implementing Google Shopping's DMCA policy, including processing takedown notices, tracking strikes, suspending accounts, and reviewing appeals and reinstatements of suspended accounts.

3.       As Copyright Counsel, I provide advice on how to design Google Shopping's DMCA policy to be compliant with the DMCA.  I am also contacted by members of Google's ███ team from time to time when legal questions arise related to Google's compliance with the requirements of the DMCA (and related copyright law) and Google's corresponding policies. While I provide high-level advice regarding Google's legal obligations, I am not involved in the specific workflow required to comply with these obligations.  Sometimes, I provide advice related to specific instances of alleged copyright infringement.  For example, I am asked to provide legal advice concerning whether content appears to be infringing or whether the DMCA requirements have been met.  These discussions are confidential.

4.       I am aware that I am listed as a point of contact on ███████████████ ██████████████████████.  However, even when I am identified as a person to whom ████████████████████████████████████████ ███████████████, my only role is to advise the ████ team on whether a particular course of action complies with Google's legal obligations.  I do not provide business advice regarding DMCA takedowns or suspensions ███████████████████████, and I do not take any actions against an account that is determined should be suspended.

5.       I am not responsible for processing DMCA takedown notices, suspending accounts, or reviewing appeals or reinstatements of suspended accounts.

**Google's E-Book Ban**

6.       In connection with my role as Google's Copyright Counsel, I served as a contact for merchants complaining about piracy, including the Plaintiffs in this action.  My interactions with Plaintiffs' counsel, Oppenheim & Zebrak LLP, all occurred in connection with my legal representation of Google.

7.      Any communications I had with Google employees, including other Google attorneys or members of ▮▮▮▮, concerning Plaintiffs' infringement notices or potential changes to Google's e-book policies, including a possible e-book ban (or exit of e-books from Google Shopping), were confidential and not shared with anyone outside of Google and its counsel.  I provided legal advice regarding the complaints about e-book piracy on Google Shopping and what, from a legal perspective, Google could do to resolve or mitigate these complaints.

8.      I had no direct involvement in the implementation of Google's e-book ban.  To the extent I was involved in any discussions about Google's implementation of the ban, my only role was to ensure that Google's actions complied with Google's legal obligations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on March 30, 2026, in Oakland, California


_____

Caleb Donalson

3