**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>
CENGAGE LEARNING, INC.; BEDFORD,<br>
FREEMAN & WORTH PUBLISHING GROUP,<br>
LLC D/B/A MACMILLAN LEARNING;<br>
MACMILLAN HOLDINGS, LLC; ELSEVIER<br>
INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>
                    *Plaintiffs*,<br><br>
v.<br><br>
GOOGLE LLC,<br><br>
                    *Defendant*.
</td>
<td>
Case No. 1:24-cv-04274-JLR-BCM
</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I, Jennifer Ferrigno, hereby certify that on April 1, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Attorney Declaration of Sarah Tomkowiak, dated March 31, 2026;

- Declaration of Brian Carver, dated March 31, 2026; and

- Declaration of April Kelly, dated March 31, 2026.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

2

*Counsel for Plaintiffs*

Dated: April 1, 2026
      Washington, DC

Jennifer Ferringo