**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**Attorney Declaration of Jeff Kane ISO**
**Plaintiffs' Opposition to Google's Motions for Protective Orders**

1.      I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Opposition to Google's Motions (Dkts. 773 and 776) for Protective Orders.

2.      Attached as Exhibit 1 is an excerpt of a document Google produced at Bates number GOOG-CENG-00424423.

3.      Attached as Exhibit 2 is an excerpt of a document Google produced at Bates number GOOG-CENG-00417893.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 2, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane

1