# Exhibit 1

Excerpt of

GOOG-CENG-00424423

(Filed Under Seal)