# Exhibit 2

## Excerpt of GOOG-CENG-00417893 (Filed Under Seal)