**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 785: Plaintiffs' Opposition to Google's Motions for Protective Orders (Dkts. 773, 776)
- Dkt. 786: Attorney Declaration of Jeff Kane ISO Plaintiffs' Opposition to Google's Motions for Protective Orders, and accompanying exhibits.

/s/ Jeff Kane
Jeff Kane
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com

*Counsel for Plaintiffs*