**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 796: Plaintiffs' Opposition to Google's Motion (Dkt. 790) to Extend the Deadline to Produce Custodial Documents

/s/ Jeff Kane
Jeff Kane
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com

*Counsel for Plaintiffs*