**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

                    *Plaintiffs*,

v.

GOOGLE LLC,

                    *Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

**CERTIFICATE OF SERVICE**

I, Jennifer Ferrigno, hereby certify that on April 6, 2026, I served all counsel of record with a true and correct copy of Google's Proposed Redactions to the March 10, 2026 hearing transcript via electronic mail, per agreement of counsel.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Dated: April 6, 2026
      New York, NY

Jennifer Ferringo