

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

April 6, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
>        Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' forthcoming Plaintiffs' Opposition to Google's Motion (Dkt. 771) to Stay All Discovery, dated April 6, 2026, and 2) seal one exhibit to the accompanying Declaration of Attorney Jeff Kane in support of same (collectively, the "Documents").

The Documents contain information that Google has marked "Highly Confidential— Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted/sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents should be redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs emailed Google's counsel on April 2 with a description of the materials Plaintiffs intended to seal or redact. Google responded via email that it did not object to Plaintiffs' sealing plan.

Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane