**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**Attorney Declaration of Jeff Kane ISO**
**Plaintiffs' Opposition to Google's Motion (Dkt. 771) to Stay All Discovery**

1.     I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Opposition to Google's Letter Request to Stay All Discovery.

2.     I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3.     I understand from BC Guardian (the anti-piracy specialist Plaintiffs' counsel engaged in connection with this case) that BC Guardian continues to observe (and to send infringement notices concerning) Shopping Ads for pirated copies of Plaintiffs' works. In many cases, the ads are for pirate sites that Plaintiffs have noticed to Google multiple times.

4.     Attached as Exhibit 1 is a copy of the document Google produced at GOOG-CENG-00469041.

1

2

I declare under penalty of perjury that the foregoing is true and correct.


Executed April 6, 2026 in Washington, D.C.


                                        /s/ *Jeff Kane*
                                        Jeff Kane

2