# Exhibit 1

## GOOG-CENG-00469041

## (Filed Under Seal)