**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2026, I served counsel for Defendant Google with the

following documents via email. Plaintiffs and Google each have agreed to accept service via

email of sealed court filings.

- Dkt. 802: Plaintiffs' Opposition to Google's Motion (Dkt. 771) to Stay All Discovery

- Dkt. 803-1: Exhibit 1 to Plaintiffs' Attorney Declaration of Jeff Kane ISO Opposition to Google's Motion (Dkt. 771) to Stay All Discovery

*/s/ Jeff Kane*
Jeff Kane
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com

*Counsel for Plaintiffs*
