**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

April 6, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' Informational Letter re: Newly Uncovered Facts Relevant to Plaintiffs' Dkt. 590 Letter Motion, which reference documents designated by Google as "Highly Confidential—Attorneys' Eyes Only" or "Confidential," as well as documents filed under seal pursuant to the Court's Dkt. 770 Order; and 2) seal Decl. Exhibit 1, GOOG-CENG-00622119, a document Google designated "Highly Confidential—Attorneys' Eyes Only" (collectively, the "Documents").

The Documents contain information that Google has marked "Highly Confidential—Attorneys' Eyes Only" or "Confidential" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents should be redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google's counsel on April 3 with a description of the documents Plaintiffs intended to seal or redact, and requested that the parties meet and confer on April 3 or April 6 to narrow the redactions and sealed documents. Google did not respond to Plaintiffs' request for a meet and confer. On April 6, Google responded by email that it agreed with Plaintiffs' proposed approach to sealing and redaction, but requested additionally that Plaintiffs "redact any and all references to the contents of Dkts. 779–781." Plaintiffs did so solely at Google's request.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

> Respectfully submitted,
>
> /s/ *Yunyi Chen*
> Yunyi Chen