**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No. 24-cv-04274-JLR-BCM |

**Attorney Declaration of Yunyi Chen in Connection with**
**Plaintiffs' Informational Letter re: Newly Uncovered Facts Relevant to**
**Plaintiffs' Dkt. 590 Motion re: Google's Privilege Assertions**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in connection with Plaintiffs' Informational Letter re: Newly Uncovered Facts Relevant to Plaintiffs' Dkt. 590 Letter Motion.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3. Attached as Exhibit 1 is a true and correct copy of the document Google produced at the Bates number beginning GOOG-CENG-00622119.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on April 6, 2026, in New York, New York.

/s/ *Yunyi Chen*
Yunyi Chen

1