**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 808: Plaintiffs' Informational Letter re: Newly Uncovered Facts Relevant to Plaintiffs' Dkt. 590 Letter Motion

- Dkt. 810: Attorney Declaration of Yunyi Chen in Connection with Plaintiffs' Informational Letter re: Newly Uncovered Facts Relevant to Plaintiffs' Dkt. 590 Motion re: Google's Privilege Assertions, and the accompanying Exhibit 1.

*/s/Yunyi Chen*
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
ychen@oandzlaw.com

*Counsel for Plaintiffs*