**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | **Case No. 1:24-cv-04274-JLR-BCM** |

**ATTORNEY DECLARATION OF SARAH TOMKOWIAK**

I, Sarah Tomkowiak, declare that:

1.     I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.     I submit this declaration in connection with Google's Reply in Support of Google's Letter Motion for Pre-Motion Discovery Conference Regarding Motion for Protective Order and Stay of Depositions of Adam Crider and John Caleb Donaldson

3.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Jason Szczech, taken March 24, 2026 in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on April 6, 2026, in New York, NY.                 /s/ *Sarah A. Tomkowiak*
                                                          Sarah A. Tomkowiak