UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/8/26

CENGAGE LEARNING INC., et al.,

Plaintiffs,

-against-

GOOGLE LLC,

Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the April 7, 2026 discovery conference:

Discovery Motions

1.    Defendant's February 27, 2026 discovery motion (Dkts. 689, 690) is GRANTED to the extent that plaintiffs may not claw back the two disputed spreadsheets. However, as the parties stipulated on the record, Google is precluded from arguing that plaintiffs have more broadly waived the attorney-client privilege or the work-product doctrine, with respect to other documents, because of the manner in which they handled these two spreadsheets.

2.    Plaintiffs' March 1, 2026 motion to compel production of documents hyperlinked and referenced in GOOG-CENG-00437101 (Dkts. 695, 697) is DENIED.

3.    Google's request (Dkt. 792 at 4) to extend its deadline to produce Mr. L's documents is GRANTED. Google must produce Mr. L's documents no later than **April 21, 2026**. The parties are directed to schedule Mr. L's deposition for the month of May.

Google's Withdrawal of its DMCA Defense

4.    Google has advised the Court, by letter, that it "will be withdrawing its reliance on the DMCA defense" in light of the Supreme Court's decision in *Cox Commc'ns, Inc. v. Sony Music Ent.*, 607 U.S. __, 146 S.Ct. 959 (2026). (Dkt. 771 at 3.) No later than **April 14, 2026**, Google must file a letter advising the Court whether it seeks to amend its answer, or

whether it has an alternative proposal for withdrawing its DMCA defense. Plaintiffs' response is due no later than **April 20, 2026**.

5. To the extent Google believes that the Court should vacate or modify its December 22, 2025 Order (Dkt. 472) directing Google to provide certain sampling data "for the purpose of testing [its] overall DMCA program . . . outside of the 1,500 pirate websites that infringed the works-in-suit" (Dkt. 702 at 1), in light of its withdrawal of the DMCA defense, Google must file a letter-motion requesting that relief no later than **April 14, 2026**. Plaintiffs' reply is due no later than **April 20, 2026**. The parties' letters are limited to two pages each.

6. No later than **April 21, 2026**, Google must notify plaintiffs, in writing, as to (a) which of the topics set forth in plaintiffs' Rule 30(b)(6) deposition notice for Google are, in its view, no longer relevant or need to be narrowed; and (b) whether there are any outstanding document productions to which Google intends to raise new objections due to the withdrawal of its DMCA defense.

7. The next discovery conference will take place on **April 29, 2026 at 9:00 a.m**. Unless the Court orders otherwise, the parties should be prepared to discuss (1) Google's March 30, 2026 motions (Dkts. 773, 774, 776, 777) to stay the depositions of Adam Crider and John Calab Donaldson; (2) the sampling issue discussed in ¶ 5 above; and (3) Google's potential amended answer. No later than **April 27, 2026**, the parties must submit a joint letter, advising the Court as to the status of fact discovery and providing any updates relevant to their outstanding discovery disputes.

Extended Discovery Deadlines

8. All fact discovery, including all fact depositions, must be completed no later than **July 2, 2026**. For avoidance of doubt, the parties may not serve any further written discovery

demands, including document-only subpoenas to third parties. However, the parties are not prohibited from serving third-party deposition subpoenas that also seek documents.

9.    Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **August 5, 2026.**

10.   Disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party must be made no later than **September 8, 2026.**

11.   Disclosure of any expert evidence intended solely to reply to the rebuttal evidence on the same subject matter must be made no later than **September 30, 2026**.

12.   Depositions of experts must be completed no later than **November 13, 2026**.

13.   All discovery must be completed no later than **November 13, 2026**.

The Clerk of Court is respectfully directed to close the motions at Dkts. 689, 690, 695, 697.

Dated: New York, New York                SO ORDERED.
       April 8, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

3