UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., et al.,

                     Plaintiffs,

      -against-

GOOGLE LLC,

                    Defendant.

Case No. 1:24-cv-04274 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court will hold a remote conference on **April 14, 2026**, at **11:30 a.m.** regarding Defendant Google LLC's (1) objections to Magistrate Moses's discovery rulings, *see* Dkts. 483, 560, and (2) motion to stay discovery. The conference will be held via Microsoft Teams. Counsel shall submit an appearance sheet with contact information for attorneys who intend to appear at the conference, and log-in credentials will be sent to those attorneys. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 775 917 177#.

Dated:  April 9, 2026
        New York, New York

                                  SO ORDERED.

                                  *Jennifer Rochon*

                                JENNIFER L. ROCHON
                                United States District Judge