UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

    -against-

GOOGLE LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/10/26__

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' motions (Dkts. 482, 506, 559, 605, 636) to seal or redact certain filings made in connection with Google's objections (Dkts. 483, 560) to the Court's December 15, 2025 Order (Dkt. 441) and January 16, 2026 Order (Dkts. 515, 575) regarding certain documents withheld by plaintiffs on privilege grounds. The motions to seal are DENIED, without prejudice to renewal, because the proposed redactions are overly broad.

The parties are again reminded that redactions should be minimized in light of the strong presumption of public access to judicial documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). For guidance, the parties should consider which of their proposed redactions to the Court's January 16, 2026 Order were rejected as overly broad. For instance, while the Court accepted the parties' proposed redactions regarding the *content* of confidential communications and documents, it rejected the parties' proposed redactions regarding *generic descriptions* of those documents. Additionally, the Court rejected the parties' proposed excision of the names of third parties whose identity is neither privileged nor confidential (*e.g.,* Pearson).

If and to the extent the parties wish to propose narrower redactions to the filings described in Dkts. 482, 506, 559, 605, and 636, they may file a single letter-motion, no later than **April 17,**

**2026**, explaining why those narrowed redactions meet the *Lugosch* standard and the guidance

provided by the Court herein.

The Clerk of Court is respectfully directed to close the motions at Dkts. 482, 506, 559, 605,

636, and 637. The documents referenced therein are to remain under seal until further order of the

Court.

Dated:  New York, New York          SO ORDERED.
        April 10, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2