**Sy Damle**
Direct Dial: +1.202.637.3332
sy.damle@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

April 10, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Cengage Learning, Inc., et al. v. Google LLC*, No. 24-cv-4274 (JLR) (BCM)

Dear Judge Rochon:

Pursuant to this Court's Individual Rule 2.B, the parties in the above-referenced matter submit the following joint letter containing a list of the names, telephone numbers, and email addresses of counsel who will speak during the remote conference on April 14, 2026 at 11:30 AM. (Dkt. No. 827).

**Oppenheim + Zebrak, LLP**

| | |
|---|---|
| Matthew Oppenheim<br>Phone Number: (202) 450-3958<br>Email Address: matt@oandzlaw.com | Michele Murphy<br>Phone Number: (202) 450-5643<br>Email Address: michele@oandzlaw.com |

**Latham & Watkins LLP**

| | |
|---|---|
| Sy Damle<br>Phone Number: (202) 637-3332<br>Email Address: sy.damle@lw.com | Roberto J. Borgert<br>Phone Number: (202) 637-2242<br>Email Address: roberto.borgert@lw.com |

**LATHAM&WATKINS**LLP

Sincerely,

/s/ Michele H. Murphy[1]                    /s/ Sy Damle
Michele H. Murphy                          Sy Damle
Oppenheim + Zebrak, LLP                    Latham & Watkins LLP

*Counsel for Plaintiffs*                    *Counsel for Defendant*

---

[1] Defendant uses electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.