UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC., et al.,

                              Plaintiffs,

            -against-

GOOGLE LLC,

                              Defendant.

Case No. 1:24-cv-04274 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the April 14, 2026 conference, Defendant Google

LLC's objections to Magistrate Judge Moses's discovery rulings (*see* Dkts. 483 and 560) are

DENIED, and Defendant's motion to stay discovery (*see* Dkt. 771) is DENIED.  The Clerk of

Court is respectfully directed to terminate the motion at Dkt. 771.

Dated:  April 14, 2026
        New York, New York

                              SO ORDERED.

                              _Jennifer Rochon_

                              JENNIFER L. ROCHON
                              United States District Judge