**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, I served counsel of record with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. This document was filed under seal on ECF at the docket entry noted below.

- Dkt. 840: Plaintiffs' Renewed Letter Motion to Redact Certain Filings Made in Connection with Google's Objections and accompanying Exhibits A-F

*/s/ Danae Tinelli*
Danae Tinelli
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, D.C. 20016
Telephone: (202) 480-2999
danae@oandzlaw.com


*Counsel for Plaintiffs*
