

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

April 20, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:  *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
>      Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' forthcoming April 20, 2026 Opposition to Google's Motion (Dkt. 836) to Vacate the Court's Order; 2) seal one exhibit thereto (collectively, the "Documents").

The Documents contains information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted/sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents should be redacted/sealed, but may do so after Google files its request for redaction/sealing.

Pursuant to Your Honor's Individual Practices sedtion 3(f), Plaintiffs emailed Google's counsel April 17 with a description of the documents Plaintiffs intended to seal/redact. Google replied via email that it agreed with Plaintiffs' proposal.

Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to . . . redact" the information in the Notice.

> Respectfully submitted,
>
> /s/ *Jeff Kane*
> Jeff Kane