**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**Attorney Declaration of Jeff Kane ISO
Plaintiffs' Opposition to Google's Motion (Dkt. 836) to Vacate the Court's Order**

1.    I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Opposition to Google's Motion (Dkt. 836) to Vacate the Court's Order.

2.    I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3.    Attached as Exhibit 1 is a copy of the document Google produced at GOOG-CENG-00409388.

4.    Attached as Exhibit 2 is an excerpt from a 2018 document released by Google called "How Google Fights Piracy,".[1]

5.    Attached as Exhibit 3 is an excerpt of a complaint Google filed in *Google Inc. v. Jim Hood*, 3:14-cv-981 (D. Miss.) (Dkt. 1).

---

[1] Available at https://storage.googleapis.com/gweb-uniblog-publish-prod/documents/How_Google_Fights_Piracy_2018.pdf (last accessed April 20, 2026).

1

6.      Attached as Exhibit 4 is an excerpt of Responses to Questions for the Record that Katherine Oyama (Global Director of Business Policy, YouTube) provided to the U.S. Senate Judiciary Committee in January 2021.[2]

7.      Attached as Exhibit 5 is a screenshot from a Google Shopping ad that Plaintiffs' anti-piracy vendor, BC Guardian, observed on April 12, 2026. The ad is for a work published by Plaintiff MacMillan Learning, *Exploring Psychology 11th Edition*. The ad links to a page from Etsy (one of the "marketplace" domains Google in Google's 300-domain selection). The Etsy page is offering an infringing version of the ebook.

8.      Attache as Exhibit 6 and Exhibit 7 are similar screenshots of ads and landing pages that BC Guardian captured on April 12, 2026 for *Issues and Ethics in the Helping Professions 10th Edition, Tenth Edition* (published by Plaintiff Cengage) (Ex. 6), and *Seidel's Guide to Physical Examination - 9th Edition (Sixth Edition)* (published by Plaintiff Elsevier) (Ex. 7).

I declare under penalty of perjury that the foregoing is true and correct.


Executed April 20, 2026 in Washington, D.C.


                                                              /s/ *Jeff Kane*
                                                              Jeff Kane

---

[2] Available at https://www.judiciary.senate.gov/download/responses-to-questions-for-the-record-oyama?download=1 (accessed Apr. 20, 2026)

2