# EXHIBIT 2

# How Google Fights Piracy

Google

 # Introduction

The internet has enabled people worldwide to connect, create, and distribute new works of art like never before in human history. Google continues to be a key part of that growth and success by enabling legitimate distribution of all kinds of content, and by doing more than ever to fight piracy.

Successfully decreasing incidents of copyright infringement has required providing more and better legitimate alternatives to infringing content, as well as more effective tools for combating piracy. For example, a global 2018 study found the percent of internet users who engage in piracy has been falling, while spending on legal content is rising in nearly all countries and content categories studied.[1] Nonetheless, Google takes the ongoing challenge of fighting online piracy seriously—investing significant resources in tools to report and manage copyrighted material and working with other industry leaders to set the standard for how tech companies fight piracy. This report describes some of these efforts and explains how Google creates opportunities for creators around the world.

[1] *Institute for Information Law, "Global Online Piracy Study," August 2018, <https://goo.gl/mPPT7Q>*

A global 2018 study found the percent of internet users who engage in piracy has been falling, while spending on legal content is rising in nearly all countries and content categories studied.

# Google's Anti-Piracy Principles

Five principles guide Google employees, as well as our substantial investments of time, money, and computing power, in fighting piracy:

### 1. Create More and Better Legitimate Alternatives

Piracy often arises when consumer demand goes unmet by legitimate supply. The best way to battle piracy is with better, more convenient, legitimate alternatives to piracy, which can do far more than attempts at enforcement can. By developing products with compelling user experiences like Google Play Music and YouTube, Google helps drive revenue for creative industries and steer people toward legitimate alternatives. Google also supports the larger ecosystem by providing the cloud infrastructure that other legitimate services depend on to deliver fast, reliable streaming to their customers.

### 2. Follow the Money

Rogue sites that specialize in online piracy are commercial ventures, which means that one effective way to combat them is to cut off their money supply. Google is a leader in rooting out and ejecting rogue sites from our advertising and payment services, and we help establish best practices across the industry.

### 3. Be Efficient, Effective, and Scalable

Google strives to implement anti-piracy solutions that work at scale. For example, as early as 2010, Google began making substantial investments in streamlining the copyright removal process for search results. As a result, these improved procedures allow Google to process copyright removal requests for search results at the rate of millions per week.

### 4. Guard Against Abuse

Fabricated copyright infringement allegations can be used as a pretext for censorship and to hinder competition. Google is committed to ensuring that it detects and rejects bogus infringement allegations, such as removals for political or competitive reasons, even as it battles online piracy.

### 5. Provide Transparency

Google is committed to providing transparency. In our external Transparency Report, Google discloses the number of requests it receives from copyright owners and governments to remove information from its services to inform ongoing discussions about online content regulation.[2]

[2] For more information, go to: <https://transparencyreport.google.com>



# Working with Government and Industry

Google is actively involved in discussions with policymakers around the world on how best to fight online piracy and connect people with legitimate content. Some recent examples include:

- In September 2017, Google entered into a partnership with the *Centre National du Cinema* and the French anti-piracy association ALPA to build a "one-stop shop" for small copyright holders in France. This enabled them to protect their content with tools designed for larger copyright owners and organizations, such as YouTube's Content ID and Search's Trusted Content Removal Program.

- In February 2017, Google joined a Voluntary Code of Practice along with the Motion Picture Association, British Phonographic Industries Ltd, Microsoft Bing, and other representatives of creative industries. In cooperation with the U.K. Intellectual Property Office, the Code assesses the effectiveness of search engines' voluntary efforts to combat piracy while also providing a forum to strengthen industry cooperation. Both search engines have passed all quarterly independent effectiveness tests to date.

- In March 2016, Google partnered with the Australian Digital Alliance (ADA) to organize a copyright forum in Canberra with the participation of industry leaders, policymakers, and international experts. It provided an opportunity for Australian and New Zealand government officials and advisers to meet with experts on copyright reform and learn from their experiences reforming copyright laws.

- In April 2015, Google participated in the U.S. Department of Commerce's Internet Policy Task Force multi-stakeholder process to improve the operation of the Digital Millennium Copyright Act's (DMCA) notice-and-takedown system.[24] These discussions resulted in a list of best practices for DMCA notice-and-takedown processes.[25]

- In March 2015, Google supported the "follow the money" process initiated by the French Minister of Culture. As a member of IAB France, Google signed a charter of best practices to fight online copyright infringement. Signatories to this charter committed to the establishment of clear and transparent principles to prevent advertising services from engaging with "rogue sites."

[24] *The DMCA is a U.S. law that provides qualifying online service providers like Google with a safe harbor from monetary liability for copyright infringement claims. One of the requirements of these safe harbor provisions is that the service provider (Google, in this case) remove or disable access to allegedly infringing material upon receiving a request that meets certain requirements. Laws governing other jurisdictions, such as Europe's E-Commerce Directive, have similar safe harbors for service providers.*

[25] *United States Patent and Trademark Office, "U.S. Commerce Department Announces Digital Millennium Copyright Act Multistakeholder Forum Results," April 2015, <https://goo.gl/NQZB2r>*

- In July 2013, Google worked with the White House's Office of the U.S. Intellectual Property Enforcement Coordinator (IPEC), and other leading ad networks, to participate in Best Practices and Guidelines for Ad Networks to Address Piracy and Counterfeiting. Under these best practices, ad networks maintain and post policies prohibiting websites that are principally dedicated to engaging in online piracy from participating in the ad network's advertising programs.[26]

- In June 2018, Google joined a broad coalition of advertising businesses, rightsholders and industry groups in signing a voluntary Memorandum of Understanding (MoU) with the European Commission. The MoU endorses a "follow the money" strategy to stem the flow of ad revenues to sites and apps engaging in piracy and counterfeiting. Google actively engaged through the months-long negotiation process that led up to the deal and was the only major tech company to sign the MoU.[27]

Google is also actively working with other industry leaders to standardize processes for identifying pirated works and to develop best practices for online advertisers. Some examples include:

- In May 2018, Google partnered with the Audiovisual Anti-Piracy Alliance, a group of European businesses that provide audiovisual services and the security technologies for delivering them. We committed to working with the Alliance's members across the E.U. to tackle piracy through best practices and ongoing collaborative efforts.

- Since 2015, Google has participated in the Trustworthy Accountability Group's (TAG) Anti-Piracy Working Group. A 2017 report commissioned by TAG showed that anti-piracy steps taken by the digital advertising industry have reduced ad revenue for pirate sites by between 48 and 61 percent.[28]

- Since 2015, Google has participated in multiple WIPO workshops for experts and intellectual property offices (IPOs) from ASEAN member states focusing on the value of copyright and how it spurs innovation.

- In February 2015, Google worked with a cross-industry group in the United Kingdom called the Digital Trading Standards Group (DTSG) to create self-regulatory best practice principles for online advertisers to help ensure that ads do not appear on allegedly infringing websites.

[26] The White House, "Coming Together to Combat Online Piracy and Counterfeiting," July 2013,<https://goo.gl/86x1QE>

[27] EU Growth, "Memorandum of Understanding on online advertising and intellectual property rights," July 2018, <https://youtu.be/5-yXMWk3cW0>

[28] Trustworthy Accountability Group, "About the Certified Against Piracy Program," <https://goo.gl/SQ1we5>



# Advertising

Google provides several platforms for advertisers to build awareness of their brands, engage new customers, and generate new sources of revenue. By working with other industry partners, we have helped set industry standards for safe online advertising. We also work diligently to block infringing sites from using our services.

## Following the Money

Pirate sites are almost exclusively for-profit enterprises, and as long as they are able to make money, anti-piracy strategies will have limited effect. One of the most effective ways to combat rogue sites that specialize in online piracy is to cut off their money supply. As a global leader in online advertising, Google is committed to rooting out and ejecting rogue sites from our advertising services. We also work with other advertising leaders to craft best practices aimed at raising standards across the entire online advertising industry. For example, Google has worked with regulators and other industry leaders in the European Union, U.K., France, Italy, Southeast Asia, and elsewhere to create self-regulatory principles that help ensure ads do not appear on alleged copyright-infringing websites.[92]

[92] *See above section: "Working with Government and Industry"*

> One of the most effective ways to combat rogue sites that specialize in online piracy is to cut off their money supply.

## Google Marketing Platform and Google Ad Manager

Through Google Marketing Platform and Ad Manager, Google offers a suite of online advertising platform solutions for both advertisers and web publishers. The principal customers for these services are large advertisers, ad agencies, large publishers, and ad networks. It is virtually unheard of for these sorts of commercial entities to be operating rogue sites specializing in copyright infringement. Nevertheless, Google prevents publishers from using these services to display ads on pages that have been identified as infringing, just in case.

 Google Ads

Google Ads is Google's premier advertising product, delivering the advertisements that appear next to Google Search results as well as the text advertisements on our network of partner sites across the Web. Google has zero tolerance for copyright-infringing ads in Search, and has dedicated considerable human and engineering resources across the company to develop and implement measures to root out infringing ads. In 2017, Google disapproved more than 10 million ads that we suspected of copyright infringement or that link to infringing sites. People can also notify Google of ads that they believe infringe their copyright through a webform.[97] We have also implemented changes to ensure that if an ad receives a valid DMCA takedown notice, the ad gets blocked permanently from Google Ads

[97] *For more information, see: <https://goo.gl/477ex3>*

In 2017, Google disapproved more than 10 million ads that we suspected of copyright infringement or that link to infringing sites.