# EXHIBIT 4

**Katherine Oyama - Global Director of Business Policy, YouTube**
**Questions for The Record**

**The Role of Private Agreements and Existing**
**Technology in Curbing Online Piracy**
**Questions for the Record**

**From Senator Hirono**

**1.   Last year, a man named Andy Parker testified before the Subcommittee on the Constitution—where I am the Ranking Member. His daughter Alison was a TV reporter in Virginia who was killed live on the air. He testified about the difficulty he has had getting copies of his daughter's murder removed from YouTube. YouTube has, in essence, told him that if he wants the videos taken down, he has to find the videos himself and report them to the company.**

    a.  **Is ContentID or similar technology available to people like Mr. Parker who want to automatically flag objectionable content for non-copyright reasons?**

    There is no place on YouTube for content that exploits this horrendous act, and we've spent the last several years investing in tools and policies to quickly remove it. We deploy machine learning technology, like that used in Content ID, that can now automatically detect over 90% of the videos we remove from YouTube before a human ever reports it. To date, we have removed over 400 copies of this video using this technology. We also offer a trusted flagger program to individuals, users, government agencies, and NGOs. This program allows for bulk flagging and prioritized review.

    b.  **I understand that Mr. Parker and people volunteering to help him continue to find videos of Alison's murder on YouTube. Do you commit to working with Mr. Parker on this issue?**

    This content is a clear violation of our policies and we're committed to ensuring it isn't on our platform. We use cutting-edge digital fingerprinting technology to detect and remove these copies before they are ever reported by users. In fact, our systems detected and removed over 400 copies of this video before a user ever found or reported them. That said, no system is perfect. We are willing to work directly with Mr. Parker and with organizations that work with him. To that end, we've invited organizations such as Lenny Posner's HONR network, an organization that works with Mr. Parker, into our Trusted Flagger Program. Our teams prioritize the review of content that is flagged to us by Trusted Flaggers, resulting in expedited review and removal of content that violates our policies. Our work here is ongoing and we will remain vigilant.

Similar to above, we currently do not see a need for a non-governmental entity to serve in this role. However, if the need arises, we believe that the right incentives within the stakeholder community are already in place to identify and engage such an entity.

2. **Much of last week's testimony focused on the role of social media platforms and content owners in policing digital piracy. Some voluntary agreements designed to thwart online copyright infringement have also involved domain name registries, payment processors, and advertising networks.**

   a. **Among these industries, who do you believe has been most effective in voluntarily combating digital piracy, and who should do more?**

      Rogue sites that specialize in online piracy are commercial ventures, which means that one effective way to combat them is to cut off their money supply. Google is a leader in rooting out and ejecting rogue sites from our advertising and payment services, and we help establish best practices across the industry. Since 2015, Google and YouTube have partnered with the Trustworthy Accountability Group's (TAG) to address the issue of piracy, and Google has earned TAG's Certified Against Piracy Seal. Research commissioned by TAG and undertaken by Ernst & Young LLP in 2017 found that anti-piracy steps taken by the digital advertising industry have reduced ad revenue for pirate sites by between 48 and 61 percent.

   b. **Are there additional entities that are playing or should be playing a role in voluntarily combating digital piracy?**

      Over the years, we have found that the best way to fight digital piracy, is through compelling and accessible legitimate alternatives. In fact, in recent years, studies have shown that as access to these alternatives increases, piracy declines.[1] Robust cross-industry collaboration and partnerships help enable these legitimate alternatives. Our partnerships with major record labels, performing rights organizations, a multitude of independent labels and music publishers, television networks, and movie studios also generate substantial revenues for the creative industries. In fact, over the last three years, YouTube has paid more than $30 billion to creators, artists, and media companies.

3. **We heard testimony about YouTube's Content ID, Facebook's Rights Manager, and other software tools available to match user-posted content against databases of copyrighted material. Some have expressed concerns that requiring all platforms**

---

[1] *See, e.g.*, J. Poort and J.Quintas, *The Decline of Online Piracy: How Markets—Not Enforcement—Drive Down Copyright Infringement*, 34 AM. U. INT'L L. REV. 807 (2019), https://www.ivir.nl/projects/global-online-piracy-study/; A. Cuntz and K. Bergquist, *Exclusive Content and Platform Competition in Latin America*, WIPO Economic Research Working Paper No. 63, 2020, https://www.wipo.int/edocs/pubdocs/en/wipo_pub_econstat_wp_63.pdf.