# EXHIBIT 5

Page 1
Exploring Psychology 11th - Google Shopping
https://serpapi.com/searches/Dy5lYMGGpm-ij360nZh0uw/69db8cc1231ffe7ad0643c09.html



Captured by FireShot Pro: 20 April 2026, 04:46:21 PM
https://getfireshot.com





Page 2
Exploring Psychology 11th Edition - Etsy
https://www.etsy.com/listing/4487216902/exploring-psychology-11th-edition

## You may also like · Including ads

See more



Digital download
PSYCHOLOGY 392 BOOKS, Ther...
$2.96 $5.38



Digital download
Behavioral Psychology Step by St...
$9.99



Digital download
EPPP Neurotransmitters Study G...
$40.50 $45.00



Digital download
California Verbal Learning Test (C...
$3.00



Digital download
Neurotransmitters Info Bundle, Br...
$3.14 $4.49



Digital download
Psychology for Nerds, Psycholog...
$4.41 $17.69



Digital download
Edexcel A Level Psychology: Cri...
$14.15



Digital download
EVOLUTIONARY PSYCHOLOGY ...
$24.99



Digital download
Social Psychology Edexcel A leve...
$10.61



Digital download
SQL Book: Quick Start Guide, for ...
$0.97



Digital download
Unit 3 VCE Psychology Revision ...
$6.14



Digital download
Educational Psychology Step by ...
$9.99



Digital download
IAL Edexcel Psychology Paper 4 ...
Ad by Etsy seller
$7.81 $13.02



Digital download
A Level Psychology AQA Anki Fla...
Ad by Etsy seller
$17.40 $29.00



Digital download
The Weltmer Method (1897-1930...
Ad by Etsy seller
$28.00



Digital download
Dark Psychology Awareness - eB...
Ad by Etsy seller
$7.77 $14.13



Digital download
100-Page Boundary Guide: Stop ...
Ad by Etsy seller
$10.00 $20.00



Goddesses in Everywoman: Wom...
Ad by Etsy seller
$34.00



Digital download
ADHD Worksheets for Kids | Brai...
Ad by Etsy seller
$30.02



Digital download
Self-Discovery Psychological Trai...
Ad by Etsy seller
$21.00



Digital download
Mental Health Mastery DSM-5-T...
Ad by Etsy seller
$6.92 $27.70



Digital download
A writer's Reference 11th Edition
Ad by Etsy seller
$28.32

## Explore related searches

 Equation

 Primary Care

## Explore more related searches

Conceptual Physical Science · Teaching Aid Physics · Campbell Biology 10th Edition · Campbell Biology 11th Edition · Neuroscience Textbook · Square Root of 100

Essential Cell Biology 6th · Exploring Psychology · Galileo Digital · Vintage Science Physics · Pi 3.14 Art Print · 9 Edition · Leadership 9th

Biology Campbell · Foundations of Business 7th Edition · Teaching Reading Sourcebook Physical Copy · Cycle 1 Science Journal · Physics Printable

Perfect Square Math Shirt · Square Root 64 · Teaching Reading Resource

Listed on Apr 11, 2026

Homepage > Art & Collectibles > Prints > Digital Prints

Page 3
Exploring Psychology 11th Edition - Etsy
https://www.etsy.com/listing/4487216902/exploring-psychology-11th-edition

