# EXHIBIT 6

Page 1
ISSUES/ETHICS HELPING PROFESSIONS SOFTCOVER - Google Shopping
https://serpapi.com/searches/0j6Xe04Qcf21eeaGnu0XMA/69db8d8ca3f73013ba384709.html



Captured by FireShot Pro: 20 April 2026, 04:46:53 PM
https://getfireshot.com

Page 2
ISSUES/ETHICS HELPING PROFESSIONS SOFTCOVER - Google Shopping
https://serpapi.com/searches/0j6Xe04Qcf21eeaGnu0XMA/69db8d8ca3f73013ba384709.html



Captured by FireShot Pro: 20 April 2026, 04:46:53 PM
https://getfireshot.com



Page 2
Issues and Ethics in the Helping Professions 10th Edition, Tenth Edition - Etsy
https://www.etsy.com/listing/4486453143/issues-and-ethics-in-the-helping








Digital download | Digital download | Digital download | Digital download | Digital download | Digital download

Maslow's Hierarchy of Needs Ch... | True Colors Personality Test Insta... | Maslow's Hierarchy of Needs Pri... | Maslow's Hierarchy of Needs Pri... | IB ATL Skills in Art Posters Appro... | Feelings Wheel Digital Download...

$2.25 $3.00 | $2.99 | $1.13 $3.75 | $0.99 | $5.00 | $3.95








Digital download | Digital download | Digital download | Digital download | Digital download | Digital download

Watercolor Classical Conversatio... | EPPP Study Materials (Psycholog... | Feelings Wheel Digital Download... | Colorful Teacher Grade Sheet, Pri... | Meet the Teacher template | Cou... | Test Prep Bulletin Board | Finals b...

$12.00 | $15.00 | $3.95 | $0.99 | $3.00 | $5.52








| Digital download | Digital download | Digital download | Motivational Interviewing: Helpin... | Vibration Chart - Emotional Scale...

Issues and Ethics in the Helping ... | PA Student Women's Health Mas... | Psychological Assessment 92 pa... | Medical Assistant NHA Exams St... | Ad by Etsy seller | Ad by Etsy seller
Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller | Ad by Etsy seller

$84.99 | $44.00 | $41.60 $52.00 | $23.31 | $40.35 | $33.75






Digital download | Digital download | She Series -Ultimate Real Wome... | Digital download

Civil Procedure Flow Charts Bun... | EMT Exam Practice Test Questio... | Ad by Etsy seller | 264 Printable File Folder Games ...
Ad by Etsy seller | Ad by Etsy seller | $34.00 | Ad by Etsy seller

$25.00 | $23.96 $31.94 | | $21.19 $28.25

## Explore related searches

 100 Days of
Learning Things

## Explore more related searches

Carnival Shirts Svg | Brain Rot Classroom | Their There They Re | Jessica Ulrich Teacher | There, They Re, Their | Worlds and Lives Poetry

Perfect Square Math Shirt | Calculate With Confidence 4th Edition | Reading 67 | 6 7 Funny Teacher | Text Evidence Svg | Oxford Comma Png | 67 Speech

67 Reading Teacher Svg | Funny Pigeon Meme Teacher Art | Book Fair Squad Svg | History Department Png | 9 Edition | How Many Days a Week

How Many Time Shirt | My Teacher Survived | 6-7 Day

Listed on Apr 10, 2026

Homepage › Art & Collectibles › Prints › Digital Prints



 Etsy is powered by 100% renewable electricity.

Page 3
Issues and Ethics in the Helping Professions 10th Edition, Tenth Edition - Etsy
https://www.etsy.com/listing/4486453143/issues-and-ethics-in-the-helping



Captured by FireShot Pro: 20 April 2026, 04:31:25 PM
https://getfireshot.com