# EXHIBIT 7

Page 1
Seidel's Guide to Physical Examination 9th - Google Shopping
https://serpapi.com/searches/KYB96LMwdI7T9Fmblti3iw/69db8f07b463f34ca7b8e8d2.html



Captured by FireShot Pro: 20 April 2026, 04:47:15 PM
https://getfireshot.com

Page 1
Seidel's Guide to Physical Examination - 9th Edition (sixth Edition) - Etsy
https://www.etsy.com/listing/4487183184/seidels-guide-to-physical-examination

**Etsy**  ☰ Categories   | Search for anything | 🔍

❤  🔔▾  ❓▾  ⊙▾  🛒

🎁 Gifts     Top 100 Gifts for Mom     Home Favorites     Fashion Finds     Vintage     Registry     Gift Cards

Homepage › Art & Collectibles › Prints › Digital Prints

## SEIDEL'S GUIDE TO
# PHYSICAL EXAMINATION
### AN INTERPROFESSIONAL APPROACH

9TH EDITION

PDF

EPUB

LIFETIME ACCESS

‹  ›

⚑ Report this item to Etsy

### $29.99

Seidel's Guide to Physical Examination - 9th Edition (Sixth Edition)

Tizory ★★★★☆

4 payments at 0% interest with **Klarna** Check purchase power

| Buy it now |
| Add to cart |

**How Etsy uses cookies**
We use cookies and similar technologies to collect and share data about your use of the site. By using our

**Item details**

**Highlights**

⌖ Designed by **Tizory**

⤓ Digital download

🔗 Digital file type(s): 1 TXT

🔍 **Easy Search & Navigation**

Your order is designed for convenience, making it easy to:

— Search by keywords, chapters, or page numbers

Learn more about this item

**Delivery** ⌃

**Instant Download**

Your files will be available to download once payment is confirmed.  Here's how.

Instant download items don't accept returns, exchanges or cancellations. Please contact the seller about any problems with your order.

**Did you know?** ⌃

Etsy Purchase Protection
Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — see program terms

**Meet your seller** ⌄

### Be the first to review this item

★ No reviews yet. See what customers say about other items from this shop.

Read reviews for other items

**Ilyas** Tizory · Casablanca, Morocco
★ 4.7 (11) · 54 sales · 1 year on Etsy

♡ Follow shop

Message seller

Typically responds within a few hours

**All reviews from this shop (11)**     Show all

★★★★★
Delivery was not exactly as expected, but customer service was prompt and I got the item that I asked for, and every thing was good.

**Anthony** Apr 19, 2026
Purchased: Fundamentals of Building Con...

★★★★★
The Seller was very responsive. I'm so happy to have this in PDF form. I have the physical book but this will make it so much easier to take notes, find references, and have at my fingertips! Thank you!

**Lisa** Apr 19, 2026
Purchased: Coaching Psychology...

★★★★★
Check your spam folder with actual file might be was super respon is a little blurry.

**Carolyn** Apr 16, 2026
Purchased: Human A...

›

Why are these reviews shown? ❓

**More from this shop**     Visit shop

Human Anatomy & Physiology — PDF EPUB
⤓ Digital download
$29.99

ANATOMY & PHYSIOLOGY — PDF EPUB
⤓ Digital download
$29.99

Emergency — PDF EPUB
⤓ Digital download
$34.99

Applied Behavior Analysis — PDF EPUB
⤓ Digital download
$29.99

Captured by FireShot Pro: 20 April 2026, 04:31:50 PM
https://getfireshot.com

Page 2
Seidel's Guide to Physical Examination - 9th Edition (sixth Edition) - Etsy
https://www.etsy.com/listing/4487183184/seidels-guide-to-physical-examination

## You may also like Including ads ⓘ

See more


⬇ Digital download
Seven Hermetic Principles Guide...
$2.27 $2.99


⬇ Digital download
ATI RN Fundamentals Exam | Lev...
$13.00


⬇ Digital download
Practice Question and Answers f...
$15.00 $30.00


⬇ Digital download
A simple Vedic Guide to Examina...
$2.23


⬇ Digital download
TNCC 9th Edition Final Exam. Ov...
$10.61 $14.15


⬇ Digital download
Chemistry Exam Prep, Physical C...
$24.99


⬇ Digital download
The Bulletproof Self-Worth Form...
$14.99


⬇ Digital download
كيف تضاعف ذكاءك
$7.05


⬇ Digital download
PERSONALITY PSYCHOLOGY E...
$24.99


⬇ Digital download
PLASMA PHYSICS EXAM
$24.99


⬇ Digital download
AGRICULTURAL FINANCE EXAM
$24.99


⬇ Digital download
How To ACTUALLY Use: The Rich...
$5.63


⬇ Digital download
2026 NCLEX Ultimate Mastery N...
Ad by Etsy seller
$33.15 $39.00


⬇ Digital download
EMT Exam Practice Test Questio...
Ad by Etsy seller
$23.96 $31.94


⬇ Digital download
Complete Nursing Disorders Not...
Ad by Etsy seller
$9.75 $39.00


⬇ Digital download
Complete ATI TEAS 7 Study Guid...
Ad by Etsy seller
$8.00 $32.00


⬇ Digital download
NCLEX-PN 2026 Exam Study Gu...
Ad by Etsy seller
$22.49 $24.99


⬇ Digital download
NGN ATI Mental Health Practice ...
Ad by Etsy seller
$8.75 $35.00


⬇ Digital download
GERO-BC Exam Prep: Ultimate S...
Ad by Etsy seller
$17.28


⬇ Digital download
2026 FNP Board Exam Study Gui...
Ad by Etsy seller
$19.99


⬇ Digital download
ATI RN Med Surg Proctored Exa...
Ad by Etsy seller
$8.00 $32.00


Adult CCRN Exam Study Guide/...
Ad by Etsy seller
$33.33 $44.44

## Explore related searches


9th Edition


Campbell Biology 12th

## Explore more related searches

Campbell Biology 11th Edition    Campbell Biology 10th Edition    Fourth Eing Map    Conceptual Physical Science    Biology Campbell    History of Bristol Ct

Overlay Rina Kent    Give-me-liberty -an-american-history    Publication Manual of the Appa    Leadership 9th    Mcguffey Fourth Revised Workbook

7th Edition Apa Manual    Fourth Wing Dragon Chart    Mc Cancer & Neither Pathophysiology    Leatherbound Novels    Essential Cell Biology 6th

Fourth Wing Spicy Art    Limited Editions    Gateways to Art Fourth Edition    Fourth Wing Parapet    Phoenician Ship

Listed on Apr 11, 2026

Homepage › Art & Collectibles › Prints › Digital Prints

Captured by FireShot Pro: 20 April 2026, 04:31:50 PM
https://getfireshot.com

Page 3
Seidel's Guide to Physical Examination - 9th Edition (sixth Edition) - Etsy
https://www.etsy.com/listing/4487183184/seidels-guide-to-physical-examination



Etsy is powered by 100% renewable electricity.

**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

Download the Etsy App

United States  |  English (US)  |  $ (USD)

© 2026 Etsy, Inc.   Terms of Use   Privacy   Interest-based ads   Local Shops   Regions

Captured by FireShot Pro: 20 April 2026, 04:31:50 PM
https://getfireshot.com