**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2026, I served counsel for Defendant Google with the

following documents via email. Plaintiffs and Google each have agreed to accept service via

email of sealed court filings. These documents were filed under seal on ECF at the docket entries

noted below.

- Dkt. 846: Plaintiffs' Opposition to Google's Motion (Dkt. 836) to Vacate the Court's Order

- Dkt. 847: Attorney Declaration of Jeff Kane in Support of Plaintiffs' Opposition to Google's Motion (Dkt. 836) to Vacate the Court's Order, including Exhibits 1–7.

*/s/ Jeff Kane*
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com
