

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

April 21, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM
       **Consent Motion to Extend the Briefing Schedule for Google's 12(c) Motion**

Dear Judge Rochon,

We represent all Plaintiffs in this matter. We write to request a short extension to the Court's default briefing schedule for Google's Motion for Judgment on the Pleadings (Dkt. 843).

On April 17, Google filed a motion seeking judgment on the pleadings based on the Supreme Court's decision in *Cox Commc'ns, Inc. v. Sony Music Ent.*, 146 S. Ct. 959, 964 (2026). Dkt. 843. Plaintiffs oppose Google's motion, and propose the following briefing schedule:

| Filing | Current Deadline | Proposed Date |
|---|---|---|
| Google's Opening Brief | April 17, 2026 | N/A (already filed, Dkt. 843) |
| Plaintiffs' Opposition | May 1, 2026 | May 8, 2026 |
| Google's Reply | May 8, 2026 | May 18, 2026 |

This schedule extends the time for Plaintiffs to file their opposition by seven days, and extends the time for Google to file its reply by three days. This provides Plaintiffs with 21 days to respond to Google's motion, which is comparable to the 23 days that Google took to prepare its motion after the Supreme Cout's March 25, 2026 decision in *Cox*.

On April 21, Google informed Plaintiffs via email that Google consents to Plaintiffs' request.

Per the Court's Individual Rule of Practice 1(F), Plaintiffs note that Plaintiffs have not previously requested an extension of the deadlines related to Google's motion. Plaintiffs' proposed schedule would not require extending any other scheduled deadlines (*see* Dkt. 821 ¶¶ 8–13 for the current case schedule).

We thank the Court for its consideration.

Request GRANTED.  Plaintiffs' opposition to the motion for judgment on the pleadings is due by May 8, 2026.  Google's reply is due by May 18, 2026.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 855.

Dated: April 21, 2026
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

/s/ *Jeff Kane*
Jeff Kane

*Counsel for Plaintiffs*