**O+Z | Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

April 22, 2026

**<u>VIA ECF</u>**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> **Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM**
> **Plaintiffs' Letter re the Court's Memo Endorsement (Dkt. 851) of Google's**
> **Motion to Vacate (Dkt. 836)**

Dear Judge Moses,

We represent all Plaintiffs in this matter. We write concerning the Court's recent Memo Endorsement (Dkt. 851) of Google's Motion to Vacate the Court's December 22, 2025 Sampling Order (Dkt. 472).

At the April 7, 2026 hearing, the Court ordered that if Google wished for the Court to vacate its prior order regarding discovery into 300 randomly-selected domains (Dkt. 472), Google should file a letter motion requesting as much by April 14, 2026. Dkt. 821 ¶ 5. The Court provided that Plaintiffs could file an opposition letter by April 20 and directed the parties to be prepared to discuss the issue at the upcoming April 29 hearing. *Id.* ¶¶ 5, 7. Google filed its motion on April 14, 2026 (Dkt. 836), and Plaintiffs filed their opposition on April 20 (Dkts. 846 and 847). The next morning, the Court issued a Memo Endorsement of Google's motion. Dkt. 851.

Plaintiffs respectfully write to ensure that, in issuing its April 21 Order, the Court was aware of Plaintiffs opposition (Dkts. 846 and 847). The Court's Order was issued only thirteen hours after Plaintiffs filed their opposition, does not mention the opposition, and does not reference any change to the agenda for the upcoming hearing. Dkt. 851. In addition, at the April 7 hearing, the Court also provided Plaintiffs until April 20 to oppose Google's motion to amend its answer. Dkt. 821 ¶ 4. But the Court issued a Memo Endorsement granting that motion (Dkt. 844) on April 20, the day Plaintiffs' opposition was due.[1]

Plaintiffs understand that courts sometimes issue decisions without written or verbal explanation. But given this Court's prior approach to discovery disputes, and given the number of filings in the case, Plaintiffs want to ensure that the Court was not under the impression that Google's motion (Dkt. 836) was unopposed. Plaintiffs also respectfully submit that Plaintiffs' Opposition (Dkts. 846 and 847) includes important factual points and legal arguments that may be helpful for the Court to understand for possible future disputes concerning the discovery needed in this case.

We thank the Court for its consideration.

---

[1] Plaintiffs did not intend to oppose Googles' motion to amend its answer. We raise this issue here only so that the Court understands Plaintiffs' reasons for filing the instant letter.

Hon. Barbara Moses
April 20, 2026
Page 2 of 2

/s/ *Jeff Kane*
Jeff Kane

*Counsel for Plaintiffs*