**O+Z** | Oppenheim
\+ Zebrak, LLP

WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

April 22, 2026

<u>**VIA ECF**</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re:  ***Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM**
> **Plaintiffs' Letter Update re: Google's Motions for Protective Orders (Dkts. 773, 776)**

Dear Judge Moses,

Plaintiffs write to inform the Court of Plaintiffs' withdrawal of their notice of deposition of Google's in-house counsel, Caleb Donaldson (the "Notice"), and their subpoena for the deposition of Google's former in-house counsel, Adam Crider (the "Subpoena"), without prejudice to reissuance. These withdrawals obviate the need for the Court to decide Google's motions for protective orders (Dkts. 773, 774, 776, 777) concerning those witnesses.

Google has represented to Plaintiffs that specific non-attorney witnesses will testify regarding Google's implementation of exceptions to its DMCA policy. Google likewise has withdrawn its equitable estoppel and waiver defenses. Dkts. 271, 854 (filed April 21, 2026). Accordingly, Plaintiffs withdrew the Notice and the Subpoena on April 21, 2026. In connection with the withdrawal, Plaintiffs informed Google that Plaintiffs reserve their rights to re-notice/re-subpoena Mr. Donaldson and Mr. Crider based on developments in the factual record (e.g., if the witnesses Google has identified in fact do *not* provide testimony regarding the topics about which Messrs. Crider and Donaldson were to testify), or based on any changes to the parties' claims and defenses.

Google previously moved for protective orders with respect to the Notice and the Subpoena (Dkts. 773, 774 and Dkts. 776, 777), and the Court had scheduled those motions to be argued at the upcoming April 29, 2026 hearing (Dkt. 821 ¶ 7). In light of Plaintiffs' withdrawal of the Notice and Subpoena, Plaintiffs respectfully suggest that the issues raised in Google's motions are now moot, and the Court need not hear arguments on Google's motions during the April 29, 2026 hearing.

Respectfully submitted,

*/s/ Jeff Kane*
Jeff Kane

*Counsel for Plaintiffs*

1