UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

Plaintiffs,

-against-

GOOGLE LLC,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/23/26
```

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court's April 20, 2026 memo endorsement (Dkt. 851) was inadvertently and prematurely filed prior to the parties' completion of letter briefing. Accordingly, the Clerk of Court is hereby directed to **VACATE** Dkt. 851.

To the extent Google wishes to file a reply brief with respect to its motion to vacate (Dkt. 836) the December 22, 2025 discovery order (Dkt. 472), it may do so no later than **12:00 p.m. on Monday, April 27, 2026**.

Dated: New York, New York
      April 23, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**