UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

          Plaintiffs,

    -against-

GOOGLE LLC,

         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/27/26__

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiffs having withdrawn (Dkt. 858) the deposition notice and subpoena that are the subject of Google's letter-motions to stay the depositions of Google's current and former in-house counsel (Dkts. 773, 774, 776, 777), those motions are hereby denied as MOOT.

The Court has also received and reviewed the parties' (now complete) letter-briefs regarding Google's motion to vacate the Court's December 22, 2025 Sampling Order. *See* Dkts. 836, 846-49, 861. The Court does not require oral argument on this motion and its written decision will be forthcoming. Accordingly, the Court hereby **ADJOURNS** the April 29, 2026 discovery conference *sine die*.

The Clerk of Court is respectfully directed to close the motions at Dkts. 773, 774, 776, and 777.

Dated: New York, New York
      April 27, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**