# EXHIBIT 3

**Wednesday, April 15, 2026 at 5:18:19 PM Eastern Daylight Time**

**Subject:** Re: Cengage v. Google - Redacted GOOG-CENG-00422871
**Date:** Friday, April 10, 2026 at 1:16:24 PM Eastern Daylight Time
**From:** Yunyi Chen
**To:** Jennifer Ferrigno, Lauren Bergelson, Michele Murphy, Jeff Kane, Danae Tinelli, Uriel Lee
**CC:** GOOGLECENGAGE.LWTEAM@lw.com

Counsel,

We confirm that we have destroyed all copies of GOOG-CENG-00422871.

With respect to the redactions you applied to the reproduced version ("GOOG-CENG-00422871_REDACTED") yesterday, what are the nature and basis of Google's claim of privilege or protection?

Best,
Yunyi

---

**From:** Jennifer.Ferrigno@lw.com <Jennifer.Ferrigno@lw.com>
**Date:** Thursday, April 9, 2026 at 8:23 PM
**To:** Lauren Bergelson <LBergelson@oandzlaw.com>, Michele Murphy <michele@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Yunyi Chen <YChen@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>
**Cc:** GOOGLECENGAGE.LWTEAM@lw.com <GOOGLECENGAGE.LWTEAM@lw.com>
**Subject:** Cengage v. Google - Redacted GOOG-CENG-00422871

Counsel,

Please find attached a redacted copy of GOOG-CENG-00422871, which Google clawed back today during Ms. Aquino's deposition pursuant to ¶26 of the Protective Order.  In the interest of time and to provide the document with additional redactions to you as quickly as possible, we have manually applied additional privilege redactions and will formally reproduce the document as soon as practicable.

Please confirm you have destroyed all other copies of GOOG-CENG-00422871 as required under the Protective Order.

Best,
Jenn

**Jenn Ferrigno**

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW

1 of 2

Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.521.5763
Email: jennifer.ferrigno@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.