# EXHIBIT 4

**Wednesday, April 15, 2026 at 5:15:53 PM Eastern Daylight Time**

**Subject:** Re: Notice Pursuant to Protective Order
**Date:** Wednesday, March 25, 2026 at 10:03:46 AM Eastern Daylight Time
**From:** Uriel Lee
**To:** Jennifer Ferrigno, Matt Oppenheim, Jeff Kane, Danae Tinelli, Lauren Bergelson, Yunyi Chen, Michele Murphy
**CC:** GOOGLECENGAGE.LWTEAM@lw.com

Counsel,

We confirm that all copies of GOOG-CENG-00416837 are destroyed. However, Google has not provided the basis for its claim of attorney-client privilege pursuant to paragraph 26 of the Protective Order. Please do so and let us know by when you intend to provide a privilege log entry for this document or if a redacted version will be produced.

Regards,
Uriel

**From:** Jennifer.Ferrigno@lw.com <Jennifer.Ferrigno@lw.com>
**Date:** Tuesday, March 17, 2026 at 6:20 PM
**To:** Matt Oppenheim <Matt@oandzlaw.com>, Jeff Kane <JKane@oandzlaw.com>, Danae Tinelli <Danae@oandzlaw.com>, Lauren Bergelson <LBergelson@oandzlaw.com>, Yunyi Chen <YChen@oandzlaw.com>, Uriel Lee <ULee@oandzlaw.com>, Michele Murphy <michele@oandzlaw.com>
**Cc:** GOOGLECENGAGE.LWTEAM@lw.com <GOOGLECENGAGE.LWTEAM@lw.com>
**Subject:** Notice Pursuant to Protective Order

Counsel,

Defendant Google LLC hereby provides Plaintiffs with notice, pursuant to ¶ 26 of the Stipulated Protective Order (Dkt. 82), that certain materials previously produced are subject to a claim of attorney client privilege and attorney work product.  Specifically, the document beginning with Bates No. GOOG-CENG-00416837 includes materials protected from disclosure.

Under ¶ 26, which "provide[s] the maximum protection allowed by Federal Rule of Evidence 502(d)," upon receipt of this notice, each Receiving Party must promptly return or destroy the specified materials and all copies.  Please confirm compliance.

Google will provide a corresponding privilege log entry for the clawed-back document.

Best,
Jenn

**Jenn Ferrigno**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

1 of 2

Direct Dial: +1.202.521.5763
Email: jennifer.ferrigno@lw.com
https://www.lw.com


_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.