**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 865: Plaintiffs' Letter Motion for *In Camera* Review of Clawed-Back Documents
- Dkt. 867: Attorney Declaration of Yunyi Chen ISO Plaintiffs' Letter Motion for *In Camera* Review of Clawed-Back Documents, and accompanying exhibits.

*/s/ Yunyi Chen*
Yunyi Chen