**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## <u>UPDATED CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, I served counsel for Defendant Google with Attorney Declaration of Yunyi Chen ISO Plaintiffs' Letter Motion for In Camera Review of Clawed-Back Documents, and accompanying exhibits, filed under seal at Dkt. 867. I also served counsel for Defendant Google with a version of Plaintiffs' Letter Motion for In Camera Review of Clawed-Back Documents that contains one minor difference from the document filed under seal at Dkt. 865. Service of that version, instead of the document filed under seal at Dkt. 865, was inadvertent. On April 28, 2026, I served counsel for Defendant Google with the document filed under seal at Dkt. 865 via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

*/s/ Yunyi Chen*
Yunyi Chen