**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. |

**Civil Action No. 24-cv-04274-JLR-BCM**
**[Redacted]**

### Declaration of Attorney Yunyi Chen in Support of
### Plaintiffs' Letter Motion for
### *In Camera* Review of Clawed-Back Documents

1.  I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Letter Motion for *In Camera* Review of Clawed-Back Documents.

2.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3.  Attached as Exhibit 1 is a true and correct copy of the reproduced version of GOOG-CENG-00422871, served upon Plaintiffs' counsel by Google's counsel, Jennifer Ferrigno, by email on April 9, 2026 at 8:23 PM, with the file name "GOOG-CENG-00422871_REDACTED." GOOG-CENG-00422871 was initially produced to Plaintiffs on August 15, 2025 with privilege redactions.

4.  Attached as Exhibit 2 is a true and correct copy of the Rough Transcript of Plaintiffs' April 9, 2026 deposition of Google's Rule 30(b)(1) and Rule 30(b)(6) witness, ███████████.

5.  Attached as Exhibit 3 is a true and correct copy of the parties' counsel's correspondence concerning GOOG-CENG-00422871.

1

6.   Attached as Exhibit 4 is a true and correct copy of the parties' counsel's correspondence concerning GOOG-CENG-00416837.

7.   GOOG-CENG-00416837 was produced to Plaintiffs on August 8, 2025. On November 4, 2025, Plaintiffs' counsel emailed Google's counsel to request, among others, a hyperlinked document referenced in GOOG-CENG-00416837. Google did not claim that the document was subject to any privilege or protection until March 17, 2026.

8.   Attached as Exhibit 5 is a true and correct copy of the parties' counsel's correspondence concerning the GOOG-CENG-00422896 "[d]raft presentation" and its "final version" that Google stated it was also withholding for privilege.

9.   Attached as Exhibit 6 is a true and correct copy of Google's privilege log #6 served upon Plaintiffs with the file name "20260205 Google Privilege Log #6."

10. Attached as Exhibit 7 is a true and correct copy of Google's privilege log #8 served upon Plaintiffs with the file name "20260420 Google Privilege Log #8" as amended on April 24, 2026.

11. Attached as Exhibit 8 is a true and correct copy of the April 23, 2026 email from Google's counsel to Plaintiffs' counsel regarding GOOG-CENG-00416837. Google did not provide additional information concerning GOOG-CENG-00416837 between March 17, 2026 and April 23, 2026, the date on which Google's counsel sent the email attached herein as Exhibit 8.

12. Attached as Exhibit 9 is a true and correct copy of the document Google produced at the beginning Bates number GOOG-CENG-00469291.

13. On April 15, 2026, Plaintiffs' counsel emailed Google's counsel to request a meet-and-confer regarding Google's claw-back of GOOG-CENG-00422871, GOOG-CENG-00416837, GOOG-CENG-00422896 and its "final version" that Google stated it was withholding for

2

privilege. Plaintiffs informed Google that they would be seeking the Court's *in camera* review of these documents.

14. On April 16, Google's counsel emailed Plaintiffs' counsel to identify the "privilege log entry" for the "final version" of GOOG-CENG-00422896 as "Entry 107 of Google's Privilege Log #2."

15. On April 21, 2026, Google's counsel emailed Plaintiffs' counsel to represent that Google was "preparing" a privilege log for GOOG-CENG-00416837 and "expect[ed] to be able to serve that log before the end of the week," namely April 24, 2026.

16. On April 24, 2026, the parties met and conferred regarding Google's privilege and/or protection claims over GOOG-CENG-00422871, GOOG-CENG-00416837, GOOG-CENG-00422896 and its "final version" that Google stated it withheld for privilege. Plaintiffs' counsel Jeff Kane and Yunyi Chen and Defendant's counsel Roberto Borgert and Caroline Clarke participated. The meet-and-confer lasted for approximately 30 minutes. Google informed Plaintiffs that it would not provide a privilege log for GOOG-CENG-00416837, and stated that its basis for not providing a privilege log for GOOG-CENG-00416837 was Section 12(b) of the parties' Stipulated ESI Protocol (Dkt. 80). Google also informed Plaintiffs that it would not provide any additional information regarding GOOG-CENG-00422871, GOOG-CENG-00416837, GOOG-CENG-00422896, or its "final version" corresponding to "Entry 107 of Google's Privilege Log #2." The parties accordingly reached impasse with respect to these documents.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed April 27, 2026, in New York, New York.

/s/ *Yunyi Chen*
Yunyi Chen