# EXHIBIT 1

1

THURSDAY, APRIL 9, 2026

ROUGH DRAFT

A T T E N T I O N!

This transcript is an uncertified rough

DRAFT TRANSCRIPT. It contains output from the

court reporter's stenotype machine translated into

English by the court reporter's computer software.

It has not been proofread. It will contain

mistranslations and misspellings. These and any

other errors will be corrected in the final

transcript.

Since this rough draft transcript has not

been proofread, the court reporter cannot assume

responsibility for any errors therein. This rough

draft transcript is intended to assist attorneys

in their case preparation and is not to be

construed as the final transcript. It is not to

be read by the witness or quoted in any pleading

or for any other purpose and may not be filed with

any court.

answered.

218

THE WITNESS:  Not that I remember.

But, again, like, ▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬

BY MR. KANE:

Q  Okay.  Is there any kind of preference at Google that if something is a copyright violation and a counterfeit violation that it be dealt with in the copyright channel rather than a counterfeit channel?

MS. SAMPOLI:  Objection; scope; calls for speculation; vague.

THE WITNESS:  In your example, we're specifically referring to legal notices?

BY MR. KANE:

Q  Yes.

A  ▬▬▬▬▬▬▬▬

▬▬▬▬▬▬

▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬

▬▬▬▬▬▬

MR. KANE:  Okay.  Yunyi, can you bring up

219

Tab 33, please.  Three, three.

BY MR. KANE:

Q  So, Ms. ███████  I'm putting a document on the screen.  It's Bates ending 422871.  It's a Google document.

MR. KANE:  We'll mark this as Plaintiff's Exhibit 6.

(Plaintiff's Exhibit 6 was marked for identification.)

BY MR. KANE:

Q  It's a long document.  And from what I can tell, it's a series of notes from various meetings.

So out of respect for your time, it's Page 13 that I'm going to ask you about.

MS. SAMPOLI:  Before we get started, this is the document ending in Bates Number 871?

MR. KANE:  It's Bates ending 422871. That's right.

MS. SAMPOLI:  It's in the Google Drive as -- oh, it just got fixed.  Sorry.

THE WITNESS:  Can we take a break, a quick break?

MR. KANE:  That's fine, ma'am.

THE VIDEOGRAPHER:  Stand by.

220

We're going off the record at 3:11 p.m.

(Recess from 3:11 p.m. until 3:23 p.m.)

THE VIDEOGRAPHER:  We're back on the record at 3:23 p.m.

BY MR. KANE:

Q  So, Ms. ██████, we were just introducing this document, 422871 Bates ending, and we took a break.

Did you discuss your testimony with counsel during the break?

A  No.

Q  So, as I said, it's a fairly long document.  It appears to be notes taken in various meetings.

What I'm going to propose is this:  I'll bring you to the page I'm going to ask you about and tell you my question.  If you can answer my question by reviewing the page, that's great.  If you need to review more, by all means, do so.

Fair enough?

A  Sounds good.

Q  Okay.  So I've brought you to Page 13 of the document, which is Bates ending 422883.

We can see from the previous page, these

are notes from May 10th, 2021.

221

Do you see that?

A  I see the date, yes.

Q  Okay.  And the section I'm going to ask you about is this that starts with "██████."

It says, "████████████████."

222

Do you see that?

A   I do.

Q   So my question is going to be:  Why would

As I said, if you can answer it based on that, great.  If you want to review more of document, do so.

MS. SAMPOLI:  And I'm going to object to scope, so...

THE WITNESS:  So just a question about this document and a question for Sara.  Is that --

MR. BORGERT:  Hang on.  Hang on.

MS. SAMPOLI:  Is this related to privilege?

THE WITNESS:  Yes.

MS. SAMPOLI:  So do you want to ask -- should we take a break to discuss the question?

BY MR. KANE:

Q   So if you have a question about privilege, you are allowed to consult with your counsel, you know, outside of our presence to do so.

Ex. 2 -  ▮▮▮▮▮   040926 Redacted RoughDraft.txt[4/27/26, 6:58:17 PM]

If your question is unrelated to

223

privilege, you can ask here.

A   It is related to privilege.

MR. KANE:  Okay.

THE VIDEOGRAPHER:  Stand by.  We're going off the record at 3:26 p.m.

(Recess from 3:26 until 3:52 p.m.)

THE VIDEOGRAPHER:  We're back on the record at 3:52 p.m.

MS. SAMPOLI:  So upon receiving for context for this document, unredacted portions of it reflect attorney/client information that should -- that is entitled to protection.

We'll be clawing back the document under Rule 26 of the protective order.

We're working on a re-redacted version that we will send to opposing counsel shortly, and we'll follow up later with an official reproduction of the document and a privilege log.

MR. KANE:  The portion of the document on page Bates ending 422883 that starts with "███" in parenthesis and goes down to "██████" --

MS. SAMPOLI:  We've clawed -- we've clawed

We spoke to ████, who is my manager, about

335

a different topic.

Q   Okay.  And all told, how much time did you

spend preparing for your testimony today as a

30(b)(6) witness?

A   I -- I don't know that I can estimate the

time.  I know I was here all day yesterday, so I

don't --

Q   Okay.  Less than 20 hours?

A   Yeah.  I mean, I was here less than

20 hours.

Q   Okay.  Less than ten?

A   I think I was here from 9:00 to 6:30,

so -- the entirety of the time I was here

preparing with them.

Q   Okay.  So previously in the deposition, we

introduced an exhibit as Exhibit 6, which was a

Google document with a Bates number ending 422871.

Counsel has subsequently clawed back that document

and provided a re-redacted version of the

document.

So I'm putting that on the screen now.  We

will mark this as Plaintiff's 12?

STENOGRAPHIC REPORTER:  11.

MR. KANE:  This will be Plaintiff's

Exhibit 11.

336

This is the same document you reviewed previously.

(Plaintiff's Exhibit 11 was marked for identification.)

MR. KANE:  I will note for the record -- we previously read into the record a portion of the document from May 10th, 2021.  The portion that we read in previously, which is under the heading "███████████████" on Bates ending 2883 has now been redacted.

MS. SAMPOLI:  Just a housekeeping question.  Is this the last document, or would it be appropriate to take a break?

MR. KANE:  It is probably the last document.  But it will be a fine time for a break in just a moment when we finish with this document.

MS. SAMPOLI:  Okay.  And we will move to strike the language from the clawback document that's in the transcript.

BY MR. KANE:

Q   So, Ms. ██████, I'm referring to you Page 15 of this document.