# EXHIBIT 3

**Saturday, April 25, 2026 at 11:55:58 AM Eastern Daylight Time**

**Subject:** Cengage v. Google | GOOG-CENG-00416837
**Date:** Thursday, April 23, 2026 at 8:55:46 PM Eastern Daylight Time
**From:** Caroline.Clarke@lw.com
**To:** Jeff Kane, Michele Murphy, Uriel Lee, Yunyi Chen, Danae Tinelli, Lauren Bergelson
**CC:** GOOGLECENGAGE.LWTEAM@lw.com

Counsel,

As Google previously indicated on March 17, the basis for Google's clawback of GOOG-CENG-00416837, reproduced at GOOG-CENG-00622309.C, is attorney-client privilege and attorney work product.  The document is a ███████████████████████████████████ ████████████████████████████████████████████████

Thanks,

Caroline

**Caroline Clarke**
Pronouns: She/Her/Hers

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Direct Dial: +1.332.240.1457
Email: caroline.clarke@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.