**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | Case No. 1:24-cv-04274-JLR-BCM |
| *Plaintiffs*, | |
| v. | |
| GOOGLE LLC, | |
| *Defendant*. | |

**DECLARATION OF CHRISTINE HSIEH**

I, Christine Hsieh, declare that:

1.    I am an in-house attorney for Google LLC ("Google").  Specifically, I serve as Senior Trademark Counsel.  In that role, I provide legal advice to my colleagues regarding issues relating to ██████████████████████████████████████████████ ██████████████.  For instance, my duties as Senior Trademark Counsel include providing legal advice to ████████████████████████████████████████.

2.    I have personal knowledge of certain documents withheld or redacted by Google and described on Google's privilege logs.

**Privilege Log 2, Entry 107 & Privilege Log 6, Entry 1**

3.    As reflected on Google's privilege logs, the document titled "███████ ████████████████████████████" is described at Entry 1 of Google's Privilege Log 6 as a "██ ███████████████████████████████████████████████████████ ████████" ("████████████").

4.      The document titled " █████████████████████ █████ " is described at Entry 107 of Google's Privilege Log 2 as " ███████████ ████████████████████████████ " (" ████████ "). I have personal knowledge of both documents.

5.      The ██████████ is a draft version of the ██████████ . I prepared the ██████████ solely for the purpose of providing legal advice to Google employees who work on Google Shopping issues, specifically on addressing ██████████ . The ███ and ███ ██████████ contain my legal advice about ████████████████████ ██████████ . I prepared both documents myself, with limited assistance from ████████████ , a Counterfeit Shopping Process Lead, and ██████████ , a Trademark Operations Manager. Mr. ██████ 's and Ms. ██████ 's contributions to the ██████████ and the ██████████ were made at my request, under my direct supervision, and for the express purpose of facilitating my provision of legal advice to Google employees. Any information added to the ███ or ██████████ by Mr. ██████ and Ms. ██████ was specifically requested by me so I could provide legal advice regarding ██████████ ██████████████████████████ . No part of the ██████████ or ██████████ reflects information from or was drafted by any other non-attorney at Google.

6.      I presented the ██████████ (and not the ██████████ ) at a ██████████ ██████████ in Zurich, Switzerland on September 21, 2022 to ██████████ ████████████████████████████████████ ██████████████████████████████████████ . I regularly provide legal advice to these employees within the scope of my role as Senior Trademark Counsel.

The purpose of the presentation was ███████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████. I also advised on ███████████████████████████████████████████████ ████████████████████████████████. This presentation was not attended by anyone outside of Google, and neither the ████████████ nor ████████████ were shared outside of Google or with anyone at Google who did not attend the presentation.

**Privilege Log 8, Entry 1**

7.    As reflected on Google's Privilege Log 8, Entry 1, the document "████████████ ████████████" contains ████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████.

8.    Google's trademark and counterfeit operations teams meet regularly to discuss ████████████████████████████████████████████████████████████████ ████████████████. As a Senior Trademark Counsel, I attend those meetings, which we refer to as "syncs," to provide legal advice relating to ████████████████████████████ ████████████████████████████████████████████████████████████████.

9.    ████████████████ consist of notes from these recurring meetings, all of which I personally attended. If I was unavailable to attend a particular sync meeting, it would be cancelled and rescheduled. I organize these internal syncs, attended by the Google employees ████████████████████████████████████████████████████████ for the primary purpose of providing legal advice relating to ████████████████████████████████████.

in my capacity as Senior Trademark Counsel. During these syncs, I provide legal advice in response to questions and requests from Google's employees.

10. ███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████. I am aware that Google has reproduced the ███████████ in a form that redacts privileged information, including the requests for legal advice and the legal advice that I provided to my colleagues. I have personally reviewed the redacted information and confirm that it contains or seeks legal advice from me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 30, 2026, in San Francisco, California

Christine Hsieh