**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I served counsel of record with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. This document was filed under seal on ECF at the docket entry noted below.

- Dkt. 900: Redaction to April 7, 2026 Transcript of Proceedings

*/s/ Danae Tinelli*
Danae Tinelli
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, D.C. 20016
Telephone: (202) 480-2999
danae@oandzlaw.com

*Counsel for Plaintiffs*