**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**ATTORNEY DECLARATION OF SARAH TOMKOWIAK**

I, Sarah Tomkowiak, declare that:

1.      I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.      I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion for *In Camera* Review of Clawed-Back Documents (Dkt. 865).

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the rough transcript of the deposition of ███████, taken April 9, 2026 in this matter.

4.      Attached hereto as Exhibit 2 is a true and correct copy of an email sent by my colleague, Jennifer Ferrigno, to counsel for Plaintiffs on March 17, 2026.

5.      I have personal knowledge of the document bearing Bates number GOOG-CENG-00622309.C (originally produced at GOOG-CENG-00416837) ("the Memorandum").

6.      On March 10, 2025, I, together with Google's in-house litigation counsel and other attorneys from Latham & Watkins LLP ("Latham") (collectively, "Google's Litigation Team"),

requested a meeting with Google's vendor, ███████████████████████████████

███████. ████████ is engaged by Google to assist in the implementation and enforcement

of Google's copyright policy. We informed ████████ that during the meeting, we would ask

questions regarding ████████████████████████████████████████████████████

████, in connection with this lawsuit.

7.    The requested meeting with ████████ occurred on March 13, 2025. I attended that

meeting along with my Latham colleagues Laura Bladow, Sara Sampoli, and Jennifer Ferrigno,

Google's in-house counsel ███████████, ████████'s in-house counsel ███████████, ███████

████, and members of Mr. ████████'s team. During the meeting, Mr. ████████ shared the

Memorandum with Google's Litigation Team to help answer questions posed by Google's

Litigation Team concerning ████████████████████████████████████████████

████████████.

8.    I understand that the Memorandum was prepared strictly in confidence and solely

to assist Google's Litigation Team in providing legal advice to Google in connection with this

lawsuit. I further understand that if Google's Litigation Team had not requested a meeting

regarding ████████████████████████████████████████████████████████████,

Mr. ████████ and his team would not have prepared the Memorandum to share with Google's

Litigation Team.

I declare under penalty of perjury that the foregoing statements are true and correct to the

best of my knowledge.

Executed on May 1, 2026, in McLean, VA.               /s/ Sarah A. Tomkowiak

                                                      Sarah A. Tomkowiak

2