# EXHIBIT 1
## [Redacted Version of Document Filed Under Seal]

                    IN THE UNITED STATED DISTRICT COURT

             FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

CENGAGE LEARNING, INC.,          :
BEDFORD, FREEMAN & WORTH         :
PUBLISHING GROUP, LLC,           :
D/B/A MACMILLAN LEARNING;        :
MACMILLAN HOLDINGS, LLC;         :
ELSEVIER INC.; ELSEVIER          :
B.V.; AND MCGRAW HILL,           :
LLC,                             :
                                 :
            Plaintiffs,           :
                                 :
   vs.                           :     CASE NO.
                                 :     24-CV-04274-JLR-BCM
GOOGLE, LLC,                     :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - x


                          ***
        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
                          ***


              Deposition of ███████████
              SAN FRANCISCO, CALIFORNIA
                Thursday, April 9, 2026
                      9:09 a.m.


Job No.:  622471
Pages: 1 - 369
Reported By:  Kelly Lawton, RPR, CA CSR No. 15084

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of █████████

Conducted on April 9, 2026    231

Do you see that?

A    I do.

Q    Okay.  So my question is going to be:  Why would

So as I said, if you can answer it based on that, great.  If you want to review more of document, by all means, do so.

MS. SAMPOLI:  And I'm going to object to scope, so...

THE WITNESS:  So just a question about this document and a question for Sara, is that --

MR. BORGERT:  Hang on.  Hang on.

MS. SAMPOLI:  Is this related to privilege?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of

Conducted on April 9, 2026                    232

THE WITNESS:  Yes.                                    15:26:34

MS. SAMPOLI:  So do you want to ask --                15:26:35
should we take a break to discuss the                 15:26:37
question?                                             15:26:39

MR. KANE:  So if you have a question about            15:26:40
privilege, you are allowed to consult with            15:26:43
your counsel, you know, outside of our                15:26:44
presence to do so.                                    15:26:47

If your question is unrelated to                      15:26:48
privilege, you can ask it here.                       15:26:51

THE WITNESS:  It is related to privilege.             15:26:52

MR. KANE:  Okay.                                      15:26:54

THE VIDEOGRAPHER:  Stand by.                          15:26:55

We're going off the record at 3:26 p.m.               15:26:56

(Recess from 3:26 until 3:52 p.m.)                    15:52:36

THE VIDEOGRAPHER:  We're back on the                  15:52:36
record at 3:52 p.m.                                   15:52:37

MS. SAMPOLI:  So upon receiving more                  15:52:40
context for this document, unredacted portions        15:52:43
of it reflect attorney/client information that        15:52:46
should -- that is entitled to protection.             15:52:50
We'll be clawing back the document under              15:52:54
Rule 26 of the protective order.                      15:52:56

We're working on a re-redacted version                15:52:58
that we will send to opposing counsel shortly,        15:53:04

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of █████████

Conducted on April 9, 2026                                    233

and we'll follow up later with an official     15:53:11
reproduction of the document and an            15:53:16
accompanying privilege log.                    15:53:18

BY MR. KANE:

Q   The portion of the document on page Bates     15:53:19
ending 422883, it starts with "████" in          15:53:23
parenthesis and goes down to "██████" --          15:53:30

MS. SAMPOLI:  We've clawed -- we've clawed     15:53:34
this document back now pursuant to the         15:53:36
protective order, and --                       15:53:38

MR. KANE:  You claim you've clawed back     15:53:39
the entire document?                           15:53:41

MS. SAMPOLI:  Yes.                             15:53:42

We're re-reviewing it for privilege.           15:53:43

But we have clawed -- we have now              15:53:44
officially clawed back the document, and       15:53:45
you're required under the protective order to  15:53:47
delete it and not use it until we have         15:53:49
reproduced it in a form that does not reflect  15:53:52
attorney/client information.                   15:53:55

MR. KANE:  Okay.  Plaintiffs will put on     15:53:57
the record that in light of this clawback, we  15:54:00
reserve the right to recall Ms. █████ after    15:54:04
whatever dispute results from the clawback has 15:54:07
been resolved.                                 15:54:11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of █████████

Conducted on April 9, 2026

234

MS. SAMPOLI:  Okay.  We disagree.    15:54:12

We are in the process now of re-reviewing    15:54:13

the document for privilege and will be    15:54:16

producing before the end of the deposition a    15:54:18

re-redacted version of the document.    15:54:21

So there's no basis on which to leave open    15:54:23

the deposition and recall Ms. █████.    15:54:26

MR. KANE:  So your position is that you're    15:54:29

going to give us, prior to the end of the    15:54:30

deposition, a new version of this document    15:54:32

that has been re-redacted, and you want us to    15:54:34

review that document during the deposition and    15:54:37

then ask Ms. █████ questions about it, if    15:54:40

we'd like?    15:54:42

MS. SAMPOLI:  Yes.    15:54:42

But in the moment, we ask you to please    15:54:43

stop talking about the document and delete it,    15:54:46

since we have officially clawed it back.    15:54:49

And we can move on to a different topic.    15:54:52

MR. KANE:  So your claim is not that the    15:54:55

entire document is privileged; your claim is    15:54:56

that --

MS. SAMPOLI:  We clawed --

MR. KANE:  -- portions of it that were not    15:55:00

redacted should be redacted.    15:55:01

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of █████████

Conducted on April 9, 2026                                            284

MS. SAMPOLI:  For the record, it's 5:23 p.m., and we've provided the re-redacted version of the prior document for you.

BY MR. KANE:

Q   Did the -- did folks at Google ever encourage the ██████████████████████, when the ████████████████████████████, to direct the █████████ ████████████████████████? 

MS. SAMPOLI:  Objection; calls for speculation; vague.

THE WITNESS:  So I think what I can do is describe our process, which was in place at the time.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████

Conducted on April 9, 2026                                    347

We spoke to ███, who is my manager, about a different topic.                                                   19:27:31 / 19:27:35

Q   Okay.  And all told, how much time did you spend preparing for your testimony today as a 30(b)(6) witness?                                        19:27:36 / 19:27:42 / 19:27:46

A   I -- I don't know that I can estimate the time.                                                          19:27:49 / 19:27:51

I know I was here all day yesterday.  So, you know, I don't...                                          19:27:51 / 19:27:54

Q   Okay.  Less than 20 hours?                         19:27:54

A   Yeah.  I mean, I was here less than 20 hours.                                                        19:27:58 / 19:28:01

Q   Okay.  Less than ten?                              19:28:01

A   I mean, I think I was here from 9 to 6:30. So that's the entirety of the time that I was here preparing with them.                                  19:28:08 / 19:28:17 / 19:28:19

Q   Okay.  So previously in the deposition, we introduced an exhibit as Exhibit 6, which was a Google document with a Bates number ending 422871. Counsel has subsequently clawed back that document and provided a re-redacted version of the document.                             19:28:21 / 19:28:39 / 19:28:42 / 19:28:47 / 19:28:49 / 19:28:52

So I'm putting that on the screen now.          19:28:52

MR. KANE:  We will mark this as Plaintiffs' 12?                                      19:28:56 / 19:28:57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of █████████

Conducted on April 9, 2026                                    348

STENOGRAPHIC REPORTER:  11.

MR. KANE:  This will be Plaintiffs' Exhibit 11.

(Plaintiffs' Exhibit 11 was marked for identification.)

BY MR. KANE:

Q   So this is the same document you reviewed previously.                                           19:29:03  19:29:05

MR. KANE:  I will note for the record that the -- we had previously read into the record a portion of the documented from May 10th, 2021.  The portion that we read in previously, which is under the heading ████████████████████████████ on Bates ending 2883 has now been redacted.     19:29:17  19:29:17  19:29:17  19:29:19  19:29:22  19:29:26  19:29:29

MS. SAMPOLI:  Just a housekeeping question.  Is this the last document, or would it be appropriate to take a break?     19:29:33  19:29:35  19:29:38

MR. KANE:  It is probably the last document.     19:29:40  19:29:43

But it will be a fine time for a break in just a moment when we finish with this document.     19:29:45  19:29:47  19:29:49

MS. SAMPOLI:  Okay.  And we will move to strike the language from the clawed-back     19:29:50  19:29:58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ████████

Conducted on April 9, 2026

349

document that's in the transcript.                19:30:00

BY MR. KANE:                                       19:30:08

    Q   So, Ms. ██████, I'm referring to you    19:30:09

Page 15 of this document.                          19:30:11

      First bullet says "██████"?           19:30:13

    A   It does.                               19:30:16

    Q   "██████████████████████████           19:30:16

██████████████."                                    19:30:21

      Do you see that?                      19:30:23

    A   I do.                                  19:30:24

    Q   And on the previous page, which is Bates  19:30:24

ending 2884, the date associated with that bullet  19:30:27

is January 19th, 2021.                             19:30:33

      Do you see that?                      19:30:35

    A   Yes, I see it.                         19:30:36

    Q   Okay.  Do you know what the -- do you know  19:30:39

what "█████████" refers to in that bullet?         19:30:44

    MS. SAMPOLI:  Objection; outside the       19:30:51

   scope.                                       19:30:52

    THE WITNESS:  I don't think there's enough  19:30:52

   context here for me to remember what that    19:30:54

   referred to.                                 19:30:58

BY MR. KANE:                                       19:30:59

    Q   Okay.  "█████████████," is that a      19:30:59

document, or...                                    19:31:06

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of █████████

Conducted on April 9, 2026                                369

STATE OF CALIFORNIA            )

        I, Kelly J. Lawton, California Certified Shorthand Reporter Number 15084, do hereby certify:

        That prior to being examined, the witness named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth;

        That said deposition was taken down by me in shorthand and thereafter reduced to print by means of computer-aided transcription; and the same is a true, correct, and complete transcript of said proceedings.

        I further certify that I am not interested in the outcome of the action.

        Witness by hand this 22nd day of April, 2026.

_____

Kelly J. Lawton, CA CSR No. 15084, RPR
Certified Shorthand Reporter
In and for the State of California