# EXHIBIT 2

**From:** Ferrigno, Jennifer (DC)
**Sent:** Tuesday, March 17, 2026 6:20 PM
**To:** Matt@oandzlaw.com; JKane@oandzlaw.com; Danae@oandzlaw.com; LBergelson@oandzlaw.com; YChen@oandzlaw.com; ULee@oandzlaw.com; michele@oandzlaw.com
**Cc:** #C-M GOOGLE CENGAGE - LW TEAM
**Subject:** Notice Pursuant to Protective Order

Counsel,

Defendant Google LLC hereby provides Plaintiffs with notice, pursuant to ¶ 26 of the Stipulated Protective Order (Dkt. 82), that certain materials previously produced are subject to a claim of attorney client privilege and attorney work product.  Specifically, the document beginning with Bates No. GOOG-CENG-00416837 includes materials protected from disclosure.

Under ¶ 26, which "provide[s] the maximum protection allowed by Federal Rule of Evidence 502(d)," upon receipt of this notice, each Receiving Party must promptly return or destroy the specified materials and all copies.  Please confirm compliance.

Google will provide a corresponding privilege log entry for the clawed-back document.

Best,
Jenn

**Jenn Ferrigno**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.521.5763
Email: jennifer.ferrigno@lw.com
https://www.lw.com

1