**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER
INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

                     *Plaintiffs*,

v.

GOOGLE LLC,

                     *Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

---

**CERTIFICATE OF SERVICE**

I, Caroline Clarke, hereby certify that on May 1, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Defendant's Response to Plaintiffs' Letter Motion for *In Camera* Review of Clawed-Back Documents (Dkt. 871);

- Declaration of Christine Hsieh;

- Attorney Declaration of Sarah Tomkowiak ("Tomkowiak Declaration"); and

- Tomkowiak Declaration, Exhibit 1: Deposition Transcript.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com

Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*


Dated: May 1, 2026
      New York, NY

_____

Caroline Clarke