

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

May 4, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> **Plaintiffs' Request to Extend the Deadline to Respond to Google's Motion regarding Depositions (Dkt. 874)**

Dear Judge Moses,

We represent all Plaintiffs in this matter. On April 30, Google filed a motion to modify the case management order to reduce the number of fact depositions, and to reduce the time-limit for 30(b)(6) depositions. Dkt. 874. Under the Court's Individual Practices, Plaintiffs' opposition letter is due on Tuesday May 5. Plaintiffs respectfully ask the Court to extend that deadline by one day to Wednesday May 6. Plaintiffs met and conferred with Google on Monday May 4 concerning Google's responses and objections to Plaintiffs' 30(b)(6) notice, which Google has "updated" after withdrawing its DMCA defense. One additional day will allow Plaintiffs to account for additional information the parties shared during that meet-and-confer.

Pursuant to the Court's Individual Practices section 2(a), Plaintiffs note that Plaintiffs have not previously requested an extension of their deadline to oppose Google's motion. On May 4, Plaintiffs informed Google that they would be requesting an extension, but did not receive a response from Google before the instant filing.

Plaintiffs respectfully request that the deadline to oppose Google's motion regarding depositions be extended to May 6, 2026. We thank the Court for its consideration.

/s/ *Jeff Kane*
Jeff Kane

*Counsel for Plaintiffs*