

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

May 6, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
>        Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to Rule 3 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact 1) portions of Plaintiffs' Response to Google's Letter Motion to Modify Deposition Limits and Impose Time Limitations on Rule 30(b)(6) Depositions, and 2) portions of the Attorney Declaration of Jeff Kane in Support of Plaintiffs' Opposition to Google's Motion (Dkt. 874) to Modify Deposition Limits and Impose Time Limitations on Rule 30(b)(6) Depositions (all together, "Documents").

The Documents contain information that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents is redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs emailed Google's counsel on May 6, 2026 and explained Plaintiffs' proposed redactions. Google's counsel responded via email that it agreed with Plaintiffs' proposal.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane