**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**<u>Attorney Declaration of Jeff Kane ISO
Plaintiffs' Opposition to Google's Motion (Dkt. 874) to
Modify Deposition Limits and Impose Time Limitations on Rule 30(b)(6) Depositions</u>**

1.      I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Opposition to Google's Motion (Dkt. 874) to Modify Deposition Limits and Impose Time Limitations on Rule 30(b)(6) Depositions.

2.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently hereto.

3.      Thus far, Google has made only two witnesses available for deposition: Jason Szczech (a former employee), and ▮▮▮▮▮▮▮ (who claimed to have knowledge only of Google's trademark and counterfeit processes, not its copyright processes). Tr. of Dep. of ▮▮▮▮, 139:22–23, 171:14–16 (Apr. 9, 2026).

4.      Google has scheduled only one more deposition to occur before the July 2 fact discovery deadline (Dkt. 821 ¶ 8): ▮▮▮▮▮▮▮▮ (May 21).[1]

---

[1] Google has offered a date for a deposition of Christophe Weibel, which Plaintiffs are attempting to make work.

5.      So far, Google has cancelled *nine* depositions: it cancelled Chelsea Fine's deposition three times, and it cancelled the depositions of Jake Erlick, ███████, ███████, ████, April Kelly, ███████████, and ████████.

6.      Google cancelled three of those depositions because, although the witnesses were available, Google claimed its in-house counsel was not available to observe the deposition. 26.03.20 Latham Email (cancelling depositions of ███████████, Jake Erlick, and Chelsea Fine).

7.      A tenth deposition (███████) had to be postponed because Google did not provide the relevant documents by the Court's April 10 deadline. 26.04.14 O+Z Email.

8.      Google cancelled Chelsea Fine's deposition just three business days before it was to occur. 26.04.24, 2:29pm Latham Email.

9.      Google refuses to provide dates for *thirteen* witnesses that Google represents:

    a.   ███████

    b.   █████████████

    c.   ███████

    d.   █████

    e.   Jake Erlick

    f.   Chelsea Fine

    g.   ███████

    h.   █████

    i.   April Kelly

    j.   █████████

    k.   ███████

l. ███████

m. ███████

10.    For three of Google's remaining 30(b)(6) witnesses (███████, Chelsea Fine, and Christophe Weibel), Google refuses to schedule their 30(b)(6) depositions, claiming that Google's objections concerning the appropriate topics and the proper time-limit allow Google to postpone those depositions indefinitely.

11.    Meanwhile, Google has deposed ten Plaintiff and third-party witnesses: five of Plaintiffs' 30(b)(6) witnesses (three of whom also deposed as individuals), four of Plaintiffs' authors (two of whom were represented by Plaintiffs' counsel), and Plaintiffs' antipiracy specialist for this case, BCGuardian. The remaining Plaintiff depositions are either scheduled (one next Tuesday) or in the process of being scheduled in June.

12.    During a meet-and-confer on May 4, 2026, Google agreed that it will present a 30(b)(6) witness concerning Google's implementation of its DMCA policy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 6, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane