**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>      Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>      Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, Plaintiffs' counsel served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 914: Plaintiffs' Response to Google's Letter Motion (Dkt. 874) to Modify Deposition Limits and Impose Time Limitations on Rule 30(b)(6) Depositions

- Dkt. 915: Attorney Declaration of Jeff Kane in Support of Plaintiffs' Opposition to Google's Motion (Dkt. 874) to Modify Deposition Limits and Impose Time Limitations on Rule 30(b)(6) Depositions

*/s/ Jeff Kane*
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com

*Counsel for Plaintiffs*
