**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## DECLARATION OF DHEERAJ YADAV

I, Dheeraj Yadav, declare that:

1.  I am an employee of ███████████████████████. ███████ is a vendor engaged by Google LLC ("Google") to assist in the implementation and enforcement of Google's copyright policy. I have been a member of the ██████ team working with Google since 2019.

2.  I have personal knowledge of the document bearing Bates number GOOG-CENG-00622309.C (originally produced at GOOG-CENG-00416837).

3.  On March 10, 2025, I received a request from Google's litigation team, including Google's in-house litigation counsel and outside counsel from Latham & Watkins, LLP ("Latham") (collectively, "Google's Litigation Team") for a meeting regarding ████████ ████████████████████████████████████████, in connection with this lawsuit.

4.      The requested meeting with Google's Litigation Team occurred on March 13, 2025.   In preparation for that meeting, I prepared the document bearing Bates number GOOG-CENG-00622309.C with input from members of my team and shared the document with Google's Litigation Team to help answer questions posed by Google's Litigation Team ███████████████████████████████████████████████████. Along with myself and members of my team, ████████'s in-house counsel ██████████, Google's in-house counsel ████ ██████, and several attorneys from Latham, including Sarah Tomkowiak, Laura Bladow, Sara Sampoli, and Jennifer Ferrigno attended that meeting.

5.      The document bearing Bates number GOOG-CENG-00622309.C was prepared strictly in confidence and solely to assist Google's Litigation Team in providing legal advice to Google in connection with this lawsuit.  If Google's Litigation Team had not requested a meeting regarding ███████████████████████████████████, I would not have prepared the document to share with Google's Litigation Team.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2026, in Hyderabad, India.

_____
Dheeraj Yadav