**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

May 8, 2026

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> <u>Letter Motion to File Sealed and Redacted Documents re Google's Letter Motion
> for Pre-Motion Conference Regarding Plaintiffs' Document Retention Policies</u>

Dear Judge Moses:

Pursuant to Rule 3(f) of Your Honor's Individual Practices, Google submits this letter motion seeking the Court's approval to redact Google's Letter Motion for Pre-Motion Conference Regarding Plaintiffs' Document Retention Policies dated May 8, 2026 (the "Letter Motion"), to redact the accompanying Declaration of Laura Bladow filed in support of Google's Letter Motion (the "Declaration"), and to seal exhibits to the Declaration, collectively (the "Documents").

The Documents contain references to information and materials designated by Plaintiffs or third-party Corsearch, Inc. ("Corsearch") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82.  The Court previously granted sealing requests or otherwise ordered the parties to file such information under seal, *see* Dkts. 471, 674.

Pursuant to Your Honor's Rule 3(f), Google corresponded with Plaintiffs regarding the content of the Letter Motion and Declaration on May 6, 2026.  Counsel for Google emailed Corsearch's counsel on May 1, 2026, May 4, 2026, and May 6, 2026.  Google files this motion solely based on Plaintiffs' and Corsearch's position that the information contained in these materials is confidential and must be sealed.  Google takes no position on whether such materials must be sealed.  Google has informed Plaintiffs and Corsearch that they must file, within three court days, a letter explaining the need to seal or redact the Letter Motion and Declaration.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)