**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER
INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

       *Plaintiffs*,

v.

GOOGLE LLC,

       *Defendant*.

</td>
<td>

Case No. 1:24-cv-04274-JLR-BCM

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I, Karen M. Patterson, hereby certify that on May 8, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Sealed and Redacted Documents re: Google's Letter Motion for Pre-Motion Conference Regarding Plaintiffs' Document Retention Policies

- Defendant's Letter Motion for Pre-Motion Conference Regarding Plaintiffs' Document Retention Policies

- Declaration of Laura Bladow dated May 7, 2026 and Exhibits 1-7.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

2

*Counsel for Plaintiffs*

Dated: May 8, 2026
      Huntington Beach, California

                                      Karen M. Patterson