**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

May 8, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
>        Letter Request to File Redacted Documents

Dear Judge Rochon:

Pursuant to Rule 4(b) of Your Honor's Individual Rules and Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' forthcoming Opposition to Google's Motion (Dkt. 843) for Judgment on the Pleadings (the "Motion").

The Motion contains information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portion is confidential. At this time, Plaintiffs take no position on whether the information in the Motion should be redacted, but may do so after Google files its request for redactions.

Pursuant to Your Honor's Individual Practices section 4(b), Plaintiffs emailed Google's counsel on May 8 with a description of the materials Plaintiffs intended to redact (all of which were materials the parties previously had agreed would be redacted in other filings). Google responded via email that it did not object to Plaintiffs' redaction plan.

Pursuant to Your Honor's Individual Rule 4(B)(iii)(a), Plaintiffs will notify Google "that it must file, within three days, a letter explaining the need to . . . redact" the information in the Motion.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane