**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Danae Tinelli
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.851.4070
danae@oandzlaw.com

May 10, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> **Re:** ***Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM**
> **Plaintiffs' Consent Letter Motion for Extension of Briefing Schedule re:**
> **Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 926)**

Dear Judge Moses,

We represent all Plaintiffs in this matter. On May 8, Google filed its Letter Motion for Pre-Motion Discovery Conference Regarding Plaintiffs' Document Retention Policies, Dkt. 926 ("Google's Dkt. 926 Motion"). Pursuant to Your Honor's Individual Rule 2(a), Plaintiffs write to respectfully request an extension of two court days to file their letter response in opposition to Google's Dkt. 926 Motion ("Plaintiffs' Letter Response"). The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Letter Response would be due on May 13, three court days from May 8, when Google filed its Dkt. 926 Motion. *See* Ind. R. 2(e).
(2) Plaintiffs have not previously requested an extension of time to file a response to Google's Dkt. 926 Motion.
(3) Not applicable.
(4) The two attorneys principally responsible for Plaintiffs' Letter Response will be preparing for and attending a deposition that Google noticed for May 12, and anticipate needing two additional court days to complete Plaintiffs' Letter Response.
(5) Plaintiffs reached out to Google's counsel immediately upon review of Google's Dkt. 926 Motion to seek Google's consent to the requested extension. Google agreed.
(6) Not applicable.

Plaintiffs respectfully request that the deadline to oppose Google's Dkt. 926 Motion be extended to May 15. We thank the Court for its consideration.

/s/ *Danae Tinelli*
Danae Tinelli

*Counsel for Plaintiffs*