

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

May 11, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

>    Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
>            Letter Motion to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to section 3(f) of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of 1) Plaintiffs' Letter Reply in Support of Plaintiffs' Letter Motion (Dkts. 871–72) for *In Camera* Review of Clawed-Back Documents (the "Reply"), and 2) the Attorney Declaration of Yunyi Chen in Support of Plaintiffs' Letter Reply in Support of Plaintiffs' Letter Motion (Dkts. 871–72) for *In Camera* Review of Clawed-Back Documents (the "Reply Declaration"), and to seal 3) Exhibits 1–2 to the Reply Declaration. (Collectively, the "Documents.")

The Documents contain information from documents that Google has designated "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82, and information that Google has sought leave of court to redact or seal at Dkts. 893–94, 910. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information at issue is confidential. At this time, Plaintiffs take no position on whether the information should be redacted or sealed, but may do so after Google files its letter response in support of redacting/sealing.

Pursuant to Your Honor's Individual Practices section 3(f), the parties met and conferred on May 11, 2026 to narrow the scope of redaction and sealing request for the Documents.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

>                Respectfully submitted,
>
>                /s/  *Yunyi Chen*
>                Yunyi Chen