**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 938: Plaintiffs' Letter Reply in Support of Plaintiffs' Letter Motion (Dkts. 871–72) for *In Camera* Review of Clawed-Back Documents;
- Dkt. 939: Attorney Declaration of Yunyi Chen in Support of Plaintiffs' Letter Reply in Support of Plaintiffs' Letter Motion (Dkts. 871–72) for *In Camera* Review of Clawed-Back Documents, and accompanying exhibits.

*/s/ Yunyi Chen*
Yunyi Chen