**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I, Nicholas Roethlisberger, hereby certify that on May 11, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion for Pre-Motion Conference Regarding Plaintiffs' Document Retention Policies dated May 8, 2026

- Exhibits 3-5 to the Declaration of Laura Bladow dated May 8, 2026.

The documents were served upon the following:

KILPATRICK TOWNSEND & STOCKTON LLP

Ted Davis – Tdavis@ktslaw.com
Ben McKaig – bmckaig@ktslaw.com

*Counsel for Corsearch, Inc.*


Dated: May 12, 2026
        San Francisco, California

_____
        Nicholas Roethlisberger