**O+Z** | **Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Danae Tinelli
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.851.4070
danae@oandzlaw.com

May 13, 2026

**VIA ECF**

**MEMO ENDORSED**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/14/26

> **Re:**   ***Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM**
> **Plaintiffs' Letter Motion for Further Extension of Briefing Schedule re:**
> **Google's Letter Motion for Pre-Motion Discovery Conference (Dkt. 926)**

Dear Judge Moses,

We represent all Plaintiffs in this matter. On May 8, 2026, Google filed its Letter Motion for Pre-Motion Discovery Conference Regarding Plaintiffs' Document Retention Policies, Dkt. 926 ("Google's Dkt. 926 Motion"). On May 10, Plaintiffs sought an extension of two court days to file their letter response in opposition to Google's Dkt. 926 Motion ("Plaintiffs' Letter Response"), which the Court granted on May 11. Dkt. 935. Plaintiffs now seek an additional extension of time to respond to Google's Dkt. 926 Motion to ensure that accurate information is provided to the Court. In support of this request, Plaintiffs provide the following information, numbered in accordance with the subparts of Your Honor's Individual Rule 2(a).

(1) Plaintiffs' Letter Response is currently due on May 15. Dkt. 935.

(2) Plaintiffs have previously requested one extension of time to file a response to Google's Dkt. 926 Motion. Dkt. 934

(3) The Court granted Plaintiffs' request. Dkt. 935.

(4) Plaintiffs are still investigating certain information raised in Google's Dkt. 926 Motion, specifically with regard to several emails that Google has from other sources but contends should have been produced from additional custodians. These emails have not been deleted, so this is not a retention issue. This effort has involved coordinating with employees in Macmillan Learning's and McGraw Hill's IT departments, including, for McGraw Hill, employees in India. Accordingly, Plaintiffs request an extension until May 22 to ensure that there is adequate time to receive and review the information and include it in Plaintiffs' opposition.

(5) Plaintiffs reached out to Google's counsel to seek Google's consent to the requested extension. Google stated that it takes no position on Plaintiffs' request; however, if the Court grants the extension, Google respectfully requests an extension until May 29 to file its reply in light of the Memorial Day weekend. Plaintiffs consent to this request.

(6) Not applicable.

Plaintiffs respectfully request that the deadline to oppose Google's Dkt. 926 Motion be extended to May 22, and that Google's deadline to file its reply be extended to May 29. We thank the Court for its consideration.

/s/ *Danae Tinelli*
Danae Tinelli

*Counsel for Plaintiffs*

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**May 14, 2026**