# Exhibit A

## Proposed Redactions to the Exhibit at Dkt. 939-2



## HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of ██████████████

**Date:** April 9, 2026
**Case:** Cengage -v- Google LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATED DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

CENGAGE LEARNING, INC.,            :
BEDFORD, FREEMAN & WORTH           :
PUBLISHING GROUP, LLC,             :
D/B/A MACMILLAN LEARNING;          :
MACMILLAN HOLDINGS, LLC;           :
ELSEVIER INC.; ELSEVIER            :
B.V.; AND MCGRAW HILL,             :
LLC,                               :
                                   :
              Plaintiffs,          :
                                   :
     vs.                           :     CASE NO.
                                   :     24-CV-04274-JLR-BCM
GOOGLE, LLC,                       :
                                   :
              Defendant.           :
- - - - - - - - - - - - - - - - x


                    ***
     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
                    ***


              Deposition of ▓▓▓▓▓▓▓▓▓▓
              SAN FRANCISCO, CALIFORNIA
               Thursday, April 9, 2026
                    9:09 a.m.


Job No.:  622471
Pages: 1 - 369
Reported By:  Kelly Lawton, RPR, CA CSR No. 15084

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of █████████
Conducted on April 9, 2026                         230

my question by reviewing the page, that's great.          15:24:20

If you need to review more, by all means, do so.          15:24:22

      Fair enough?                                     15:24:26

   A  Sounds good.                                  15:24:27

   Q  Okay.  So I've brought you to Page 13 of      15:24:28

the document, which is Bates ending 422883.               15:24:33

      We can see from the previous page, these      15:24:37

are notes from May 10th, 2021.                            15:24:39

      Do you see that?                              15:24:42

   A  I see the date, yes.                          15:24:42

   Q  Okay.  And the section I'm going to ask       15:24:44

you about is this that starts with "██████."              15:24:47

      It says, "████████████████████."              15:24:51

                                                         15:24:54

                                                         15:24:58

                                                         15:25:03

                                                         15:25:06

                                                         15:25:09

                                                         15:25:13

                                                         15:25:15

                                                         15:25:17

                                                         15:25:20

                                                         15:25:23

                                                         15:25:23

                                                         15:25:25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of ████████

Conducted on April 9, 2026                                231

        Do you see that?

   A    I do.

   Q    Okay.  So my question is going to be:  Why would

        So as I said, if you can answer it based on that, great.  If you want to review more of document, by all means, do so.

        MS. SAMPOLI:  And I'm going to object to scope, so...

        THE WITNESS:  So just a question about this document and a question for Sara, is that --

        MR. BORGERT:  Hang on.  Hang on.

        MS. SAMPOLI:  Is this related to privilege?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ▮▮▮▮▮▮

Conducted on April 9, 2026                    237

Can we please move on in the deposition?

MR. KANE:  So it's not work product; it's
attorney/client privilege?

MS. SAMPOLI:  Correct.

Can we please move on with the deposition?

It's possible, when we re-review, we'll
also identify work product.  We're in the
process of re-reviewing it now.

But what we've identified in the -- to
date is attorney/client information --
privileged information.

MR. KANE:  Yunyi, can you put Tab 34 on to
the Google Drive, please.

BY MR. KANE:

Q    So, Ms. ▮▮▮▮, I've placed a document on
the screen.  It's a Google document, Bates ending
404894.

MR. KANE:  This will be Plaintiffs' 7.

(Plaintiffs' Exhibit 7 was marked for
identification.)

BY MR. KANE:

Q    This is another long document, so I'll
give the same suggestion.  I'll bring you to the
page I'm going to ask you about.  I'll give you
the question.  If you'd like to review more of the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ██████████

Conducted on April 9, 2026

238

document, by all means, do so.  If you think you can answer it just based on the page, you can let me know.

So I'm going to bring you to Page 40 of this document.

MS. SAMPOLI:  And I don't have the document yet, but I'm assuming it will show up shortly in the Google Drive.

BY MR. KANE:

Q    This is a slide titled, "████████ ██████████████████████████."

It says, in the subtitle, "████████████ ███████████████████████ ███████."

And the portion I'm going to ask you about is in ████████  "███████████████████ ███████████████████████ ██████████████████████████████," quote/unquote, ████████████████████████ ██████████████████████

And then there is an arrow that says, "████████████████."

And my question will be:  Why is Google saying ████████████████████████ ██████████████████?

15:58:24
15:58:27
15:58:32
15:58:32
15:58:36
15:58:36
15:58:37
15:58:43
15:58:46
15:58:47
15:58:50
15:58:53
15:58:54
15:58:57
15:58:58
15:59:01
15:59:04
15:59:09
15:59:15
15:59:19
15:59:23
15:59:24
15:59:27
15:59:31
15:59:35

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ████████

Conducted on April 9, 2026

239

So with that said and if you feel like you can proceed with the questioning now, we'll do so.

If you'd like to review more of the document, of course, go ahead and do that.

A    I would like to review the --

Q    Sure.

A    -- document in its entirety.

And can you say what number slide you want to look at first?

Q    Do you want me to bring you there?

A    Yeah.  Sure.

Okay.

Q    So this is Page 40 of the PDF.  It's Bates ending 404933.

Okay.  So what is this document?

A    This is ████████

████████████████████████

████████████████████

██████████████████

███████████████████████

██████████████████████

██████████████████

█████████

Q    Okay.  So this is ████████████

████████████████████

15:59:36
15:59:38
15:59:42
15:59:43
15:59:43
15:59:44
15:59:46
16:09:17
16:09:20
16:09:20
16:09:22
16:09:26
16:09:26
16:09:29
16:09:33
16:09:35
16:09:46
16:09:50
16:09:54
16:09:58
16:10:01
16:10:05
16:10:11
16:10:11
16:10:19

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ██████████

Conducted on April 9, 2026

243

██████████████████████████████████    16:14:19

████████████████████?    16:14:21

          MS. SAMPOLI:  Objection to scope with    16:14:23

     respect to time period; vague.    16:14:54

          THE WITNESS:  I -- like, I don't want    16:14:25

     to -- could you just --    16:14:40

          MR. KANE:  Yeah.  I can rephrase, if    16:14:42

     that's --    16:14:44

          THE WITNESS:  Yeah.  That would be    16:14:44

     helpful.    16:14:45

BY MR. KANE:    16:14:45

     Q   You see how there's an arrow in the second    16:14:46

line of ████████?    16:14:48

     A   Yeah.    16:14:48

     Q   Is the arrow saying, like:  ███████████    16:14:48

█████████████████████████████████?    16:14:50

          MS. SAMPOLI:  Objection to scope with    16:14:53

     respect to time period; vague.    16:14:54

          THE WITNESS:  ████████████████████    16:14:55

████████████████████████    16:15:04

████████████████████    16:15:06

BY MR. KANE:    16:15:09

     Q   Okay.  So as I understand it -- and,    16:15:10

sorry, the -- █████████████████████████    16:15:14

███████████████████    16:15:17

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████

Conducted on April 9, 2026

244

Do you see that?

A    Yes.

Q    Okay.  So what does that mean?

MS. SAMPOLI:  Objection to scope with respect to time period.

THE WITNESS:  ███████

BY MR. KANE:

Q    Okay.  And can you tell me what you mean by "███████"?

MS. SAMPOLI:  Objection to scope with respect to time period.

THE WITNESS:  ███████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████

Conducted on April 9, 2026                                    286

THE WITNESS:  So I think, if I heard correctly in your hypothetical, ████████ ██████████████████ ██████████████████████ ██████████.

BY MR. KANE:

    Q    ████████████████████ ██████████████████████ ████████████████████ ████ ██████████████ ████████████████████ ██████████████ ████████████ ██████████████████████ ████████████████████ ████████████████ ██████████████████████ ██████████████████ ██████? 

        MS. SAMPOLI:  Objection; calls for speculation; incomplete hypothetical.

        THE WITNESS:  ██████████ ████████████████████████ ██████████████████ ████████████████████████ ██████████████████