

Yunyi Chen
461 5th Avenue, 19th Floor
New York, NY 10017
Tel. 212.951.1156
ychen@oandzlaw.com

WASHINGTON – NEW YORK

May 18, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:  *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> Plaintiffs' Letter Reply in Partial Opposition to Google's Letter Response (Dkt. 951) in
> Support of Plaintiffs' Letter Motion to File Redacted and Sealed Documents (Dkt. 937)

Dear Judge Moses:

We represent all Plaintiffs in the above matter. We write in partial opposition to Google's Letter Response (Dkt. 951) in Support of Plaintiffs' Letter Motion to File Redacted and Sealed Document (Dkt. 937).

Google seeks to redact the name of a Google employee. Dkt. 951 at 3; Dkt. 951-1. Plaintiffs oppose redacting the name of the deponent for the reasons explained at Dkt. 919 at 1. Google also seeks to redact the name of a Google vendor. Dkt. 951 at 3. Plaintiffs oppose redacting the name of the vendor for the reasons explained at Dkt. 919 at 2 and Dkt. 933.

Plaintiffs respectfully submit that Google should not be permitted to redact the name of the Google employee and the vendor in the documents at issue in Dkt. 937.

Respectfully submitted,

/s/  *Yunyi Chen*
Yunyi Chen