**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | Case No. 1:24-cv-04274-JLR-BCM |

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

**CERTIFICATE OF SERVICE**

I, Sara Sampoli, hereby certify that on May 18, 2026, I served all counsel of record with a true and correct copy of Google's Reply in Support of Motion for Partial Judgment on the Pleadings via electronic mail, per agreement of counsel.

The document was served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Kevin P. Lindsey – klindsey@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com

*Counsel for Plaintiffs*

2

Sara Sampoli

2