# EXHIBIT 3

HIGHLY CONFIDENTIAL

Page 1

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 24-cv-04274-JLR-BCM

CENGAGE LEARNING, INC.;    :
BEDFORD, FREEMAN & WORTH:
PUBLISHING GROUP, LLC    :
D/B/A MACMILLAN    :
LEARNING; MACMILLAN    :
HOLDINGS, LLC; ELSEVIER :
INC.; ELSEVIER B.V.;    :
and MCGRAW HILL LLC,    :
        Plaintiffs,    :
                        :
              v.        :
                        :
GOOGLE LLC,    :
        Defendant.    :
---------------------- x

REMOTE VIDEOTAPE DEPOSITION VIA GOOGLE

OF:

DOUGLAS A. BERNSTEIN, Ph.D.

MONDAY, FEBRUARY 9, 2026

REPORTED BY:

SILVIA P. WAGE, CCR, CRR, RPR

JOB NO. 7826676

HIGHLY CONFIDENTIAL

Page 2

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.

February 9, 2026

10:05 a.m.

Videotape deposition via Google of

DOUGLAS A. BERNSTEIN, Ph.D., pursuant to

agreement before SILVIA P. WAGE, a

Certified Shorthand Reporter, Certified

Realtime Reporter, Registered

Professional Reporter, and Notary

Public for the States of New Jersey,

New York and Pennsylvania.

HIGHLY CONFIDENTIAL

Page 3

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.

A P P E A R A N C E S:

OPPENHEIM & ZEBRAK LLP
Attorneys for Plaintiffs
4530 Wisconsin Avenue NW, Fifth Floor
Washington, DC 20016
(202) 480-2999
Jeff@oandzlaw.com
BY:   JEFFREY GOULD, ESQ.

LATHAM & WATKINS LLP
Attorneys for Defendants
Time-Life Building
1271 Sixth Ave #4300
New York, New York  10020
(212) 906-1200
Rose-Marie.Jung@lw.com
Laura.bladow@lw.com
Sarah.tomkowiak@lw.com
BY:   ROSE-MARIE DAEUN JUNG, ESQ.
BY:   LAURA BLADOW, ESQ.
BY:   SARAH TOMKOWIAK, ESQ.

SUSMAN GODFREY
Attorneys for Deponent
401 Union Street, Suite 3000
Seattle, Washington  98101
(206) 516-3880
Aaiken@susmangodfrey.com
BY:   ALEX AIKEN, ESQ.

A L S O   P R E S E N T:

NATHANIEL ARMSTRONG
VIDEOGRAPHER

HIGHLY CONFIDENTIAL

Page 80

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.

A.     If you say so.  I think that's -- I think that's the date.  It sounds about right.

Q.     Okay.  Can you tell me about the process of creating the Second Edition of "Psychology"?

A.     The basic --

MR. GOULD:  Objection to form.

A.     The basic process is to read through -- first of all, get reviews of the existing edition and get advice from reviewers on how it can be improved and then revise each chapter to reflect those comments and suggestions and anything that ought to be added or subtracted from each chapter.

Q.     Okay.  So, when preparing this Second Edition, did you start with the preexisting edition and make revisions to that --

A.     Yes.

Q.     -- that book for the new one?  Okay.

A.     Yes.

HIGHLY CONFIDENTIAL

Page 82

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.
revisions sort of like line edits and
restructuring the content?

MR. GOULD:  Objection to form.

A.    Basically, yes.  Just reading
it over again and making sure that
everything is clear and up to date line
by line.

Q.    Okay.  In general, how much
would you say changed from edition to
edition?

MR. GOULD:  Objection to form.

A.    Well, as far as just the
text, we probably changed, I don't know,
30, 40 percent of the content just
because for style and clarity and also
adding material and deleting other
material.  And in some editions, we
actually started -- we added some new
features.  So I'd say 30 to 40 percent
new material.

Q.    Okay.  And how did you and
your co-authors split the work to prepare
each of these editions?

A.    It was just a (INAUDIBLE)

Page 182

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.

author?

A.    No, I don't know.

Q.    And if we turn to the second page under "notes."

Do you see that section, Dr. Bernstein?

A.    Yes.

Q.    And this document notes that this work was, quote, "based on Psychology."

Do you see that?

A.    Yes.

Q.    And is that a reference to your previously published book "Psychology" --

A.    Yes.

Q.    -- that we discussed earlier?

A.    Yes.

Q.    And we had -- you had mentioned earlier that these "Essentials" books were shorter primers based on different editions of "Psychology," right?

A.    Yes.

Q.    Did you conduct any new

Page 183

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.
research to draft the "Essentials"
version of "Psychology"?

A.    I would -- I would take the
opportunity in whatever material was going
to be included in "Essentials," I would
update it to make sure it was current.

Q.    Did you draft any new
chapters that -- for the "Essentials"
books that were not included in the
corresponding editions of the "Psychology"
books?

A.    No.

Q.    So your work process was that
you took a given edition of "Psychology"
and made revisions to that edition to
create the "Essentials" version; is that
correct?

A.    Yes, the First Edition of
"Essentials."

Q.    So, if you took the First
Edition of "Essentials of Psychology,"
for instance, how much of that book would
you say was based on existing content
from the corresponding "Psychology" book?

Page 184

HIGHLY CONFIDENTIAL - BERNSTEIN, Ph.D.

A.    Virtually all of it.

Q.    Okay.  So is it fair to say that a significant portion of the creation of content that went into the "Essentials" books was conducted when you created the corresponding "Psychology" books?

MR. GOULD:  Objection to form.

A.    A lot of it was based on the big book.  But then when the new edition of "Essentials" came out, it was time to start working on the big book again and sometimes I would bring in material from "Essentials," because it was more recent.  So they kind of played off each other, as time went on.

Q.    So what work did you think -- would you say you did anew for the creation of a given "Essentials" book?

MR. GOULD:  Objection to form.

A.    Again, it would just be updating references and any new content that I thought would be appropriate for that version of the book.

HIGHLY CONFIDENTIAL

Page 226

CERTIFICATE OF REPORTER

I, SILVIA P. WAGE, CSR, CRR, RPR, herby certify that the witness in the foregoing deposition was by me duly sworn to tell the whole truth, nothing but the truth; said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated.  The testimony of said witness was thereafter reduced to typewriting by computer under my direction and supervision.  Before completion of the deposition, review of the transcript [] was [X] was not requested.  If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.