**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I, Karen M. Patterson, hereby certify that on May 19, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Letter Motion to File Sealed and Redacted Documents re Google' Letter Motion for Pre-Motion Conference Regarding Motion to Compel Plaintiffs' Response to Google's Interrogatory No. 16

- Google' Letter Motion for Pre-Motion Discovery Conference Regarding Motion to Compel Plaintiffs to Respond to Google's Interrogatory No. 16

- Declaration of Laura Bladow dated May 19, 2026, and Exhibits 1-4.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com

Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*


Dated: May 19, 2026
      Costa Mesa, California

                                          Karen M. Patterson

2