UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING INC., et al., | |
| Plaintiffs, | |
| -against- | |
| GOOGLE LLC, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/20/26__

24-CV-4274 (JLR) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

It is HEREBY ORDERED that a discovery conference will take place on **June 8, 2026** at **11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. For planning purposes, the parties are advised that they should be prepared to address:

1.      Plaintiffs' April 27, 2026 letter-motion (April 27 Motion) (Dkts. 871, 872); and

2.      Defendant's April 30, 2026 letter-motion (April 30 Motion) (Dkt. 874).

No later than **June 1, 2026**, defendant must send to the Court, via confidential email, the three documents, described in the April 27 Motion, for which plaintiffs seek *in camera* review (GOOG-CENG-00422871, GOOG-CENG-00422896,[1] and GOOG-CENG-00416837).

With respect to defendant's April 30 Motion, the parties are encouraged to continue to meet and confer in advance of the conference in a good faith effort to resolve or further narrow their outstanding disputes. For the parties' guidance, the Court is not inclined (based on the record presented thus far) to undo the parties' prior negotiated agreement (Dkt. 34 ¶ 19) as to the overall number of depositions each side is permitted to take, but is inclined to impose reasonable limits on both (i) the time any one individual is required to sit for deposition and (ii) the total amount of time that plaintiffs are entitled to conduct their Rule 30(b)(6) deposition of Google LLC.

---

[1] At this time, defendant does not need to provide what plaintiffs describe as the "Final Presentation." (Dkt. 871 at 3).

2

No later than **June 1, 2026**, the parties must submit a *brief* joint letter, providing any updates relevant to their outstanding discovery disputes.

Dated: New York, New York
        May 20, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**