**Laura E. Bladow**
Direct Dial: +1.202.637.2367
laura.bladow@lw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/22/26___

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

## LATHAM&WATKINS LLP

May 19, 2026

**MEMO ENDORSED**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

<u>VIA ECF</u>

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:    *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
       <u>Consent Letter Motion to Extend Briefing Schedule on Google' Letter Motion for</u>
       <u>Pre-Motion Discovery Conference Regarding Motion to Compel Plaintiffs to</u>
       <u>Respond to Google's Interrogatory No. 16</u>

Dear Judge Moses:

We represent Defendant Google LLC in the above-captioned matter.  We write pursuant to Rule 2(a) of Your Honor's Individual Practices for an extension of time for Plaintiffs to file their letter response to Google's Letter Motion for Pre-Motion Discovery Conference Regarding Motion to Compel Plaintiffs to Respond to Google's Interrogatory No. 16 ("Plaintiffs' Response") and for Google to file its letter reply in support of its Motion ("Google's Reply").  The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Response would be due on May 22, three court days from May 19, when Google's Letter Motion was filed.  Google's Reply would be due May 26, two court days from May 22.  *See* Ind. R. 2(e).

(2) Google has not previously requested an extension of time to file a reply to Plaintiffs' response to its Motion.

(3) Not applicable.

(4) Given the upcoming holiday schedule and the parties' concurrent briefing related to Google's Motion for Pre-Motion Conference Regarding Plaintiffs' Document Retention Policies (Dkt. 926), both Google and Plaintiffs anticipate needing additional time to respond and prepare possible supporting declarations.  Both Plaintiffs and Google therefore anticipate needing five additional court days to file their responses.

(5) Google conferred with Plaintiffs on May 18 to discuss a briefing schedule and the parties agreed to the extended briefing schedule.  Applying these extensions, Plaintiffs' Response would be due on May 29 and Google's Reply would be due

**LATHAM&WATKINS**LLP

on June 5.

(6) Not applicable.

Because of the requirement under Your Honor's Individual Rule 2(e) that Plaintiffs respond to Google's Motion within three court days, Google was unable to make this request for an extension of time "at least four days in advance" of the deadline. *See* Ind. R. 2(a). However, Google promptly sought Plaintiffs' consent and filed this request.

Google respectfully requests that the Court approve the requested extension such that Plaintiffs' Response to Google's Motion is due on May 29 and Google's Reply is due on June 5.

Respectfully submitted,

*/s/ Laura E. Bladow*

Laura E. Bladow (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:     All Counsel of Record (via ECF)

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**May 22, 2026**