**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>      Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>      Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I served counsel of record with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. This document was filed under seal on ECF at the docket entry noted below.

- Dkt. 964: Plaintiffs' Letter Response in Opposition to Google's Letter Motion re Plaintiffs' Document Retention Policies (Dkt. 926) ("Motion")
- Dkt. 965: Declaration of Danae Tinelli in Opposition to Google's Motion

*/s/ Danae Tinelli*
Danae Tinelli
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, D.C. 20016
Telephone: (202) 480-2999
danae@oandzlaw.com

*Counsel for Plaintiffs*