UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  05/26/26
```

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

   -against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER REGARDING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

As previously ordered by the Court, a discovery conference will take place on June 8, 2026 at 11:00 a.m., at which the parties should be prepared to address plaintiffs' April 27, 2026 letter-motion and defendant's April 30, 2026 letter-motion. *See* Dkt. 961. In addition, the parties should be prepared to address what has become a recurring theme across Google's numerous sealing motions: its repeated requests to conceal the identities of its employees (including deponents and declarants) and, in some cases, third-party vendors. For example, when Google filed the May 1, 2026 declaration of attorney Sarah Tomkowiak (Dkts. 901, 903), it redacted the names of two Google employees, including a recent deponent in this action; one of Google's third-party vendors; and two employees of that vendor. Both of the Google employees maintain LinkedIn pages identifying themselves as such and providing their Google titles or job descriptions. Likewise, the two vendor employees maintain LinkedIn pages identifying themselves, their employer, and their jobs. As for the vendor, it identifies itself on its own website as a "Google Cloud Strategic Partner."

The Court reminds the parties that sealing and redaction of judicial documents should be minimized, whenever possible, in light of the strong presumption of public access to such documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Moreover, the sealing and redaction process increases the burden and expense of litigation, including to the Court and its staff. Although the Court will of course carefully consider the concerns underlying Google's aggressive redaction campaign, it is not inclined, based on the record presented thus far, to scrub the names of its employees and vendors from the public docket in this action simply because they are in some way, shape, or form "involved in policy strategy and enforcement efforts" at Google. (Dkt. 894 at 3.)

Dated: New York, New York
      May 26, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**