**O+Z** | Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/27/26___

Danae Tinelli
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.851.4070
danae@oandzlaw.com

May 10, 2026

# MEMO ENDORSED

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Application GRANTED.
SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**May 27, 2026**

Re:   *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM
      **Plaintiffs' Consent Letter Motion for Extension of Briefing Schedule re:**
      **Plaintiffs' Letter Response in Support of Motion to Seal (Dkt. 957)**

Dear Judge Moses,

We represent all Plaintiffs in this matter. On May 19, Google filed its Letter Motion to File Sealed and Redacted Documents ("Google's Dkt. 957 Sealing Motion") re Google's Letter Motion for Pre-Motion Conference Regarding Motion to Compel Plaintiffs' Response to Google's Interrogatory No. 16 ("Google's Dkt. 958 Motion"). The Court granted the parties' consent letter motion to extend briefing schedule on Google's Dkt. 958 Motion. Dkt. 962.

Pursuant to Your Honor's Individual Rule 2(a), Plaintiffs write to respectfully request an extension to file their letter response in support of Google's Dkt. 957 Sealing Motion ("Plaintiffs' Letter Response in Support"). The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Letter Response in Support was due on May 22, three court days from May 19, when Google filed its Dkt. 957 Sealing Motion. *See* Ind. R. 3(f). Google did not provide Plaintiffs with notice pursuant to Ind. R. 3(f), and Plaintiffs' counsel inadvertently did not calendar the due date.

(2) Plaintiffs have not previously requested an extension of time to file Plaintiffs' Letter Response in Support.

(3) Not applicable.

(4) Plaintiffs respectfully submit that it is sensible for Plaintiffs to file a single letter regarding sealing contemporaneously with filing their opposition to Google's Dkt. 958 Motion, which is due on May 29 (Dkt. 962).

(5) Plaintiffs reached out to Google's counsel to seek Google's consent to the requested extension. Google agreed.

(6) Not applicable.

Plaintiffs respectfully request that the deadline to file their Letter Response in Support be extended to May 29. We thank the Court for its consideration.

/s/ Danae Tinelli
Danae Tinelli
*Counsel for Plaintiffs*