**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al. | |
| Plaintiffs, | |
| v. | **Civil Action No. 24-cv-04274-JLR-BCM** |
| GOOGLE LLC, | [Redacted] |
| Defendant. | |

**Declaration of Attorney Jeff Kane ISO**
**Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce**
**Rule 30(b)(6) Testimony on Certain Topics**

1.      I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Certain Topics ("Motion").

2.      Attached as Exhibit 1 is a chart, prepared by Plaintiffs' counsel, listing (1) the disputed Topics that are the subject of the Motion; (2) Google's Response; (3) Plaintiffs' understanding of changes to Google's position during conferrals from the Response, if any; and (4) Plaintiffs' requested relief with respect to each disputed Topic.

3.      Plaintiffs served Google with Plaintiffs' 30(b)(6) notice on January 30, 2026, per the Court's order (Dkt. 510 ¶ 6) (the "Notice"). A copy of the Notice is attached as Exhibit 2. On March 9, 2026, Google served upon Plaintiffs its written Responses & Objections to Plaintiffs' Notice.

1

4.      On March 30, 2026, Google filed its Motions for Protective Orders concerning the depositions of Adam Crider (Dkt. 773) and Caleb Donaldson (Dkt. 776). In these motions, Google stated that it planned to withdraw its affirmative DMCA safe harbor defense. Dkt. 773 at 1; Dkt. 776 at 1.

5.      On April 21, 2026, Google served upon Plaintiffs its operative, "updated" written Responses & Objections to Plaintiffs' Notice (the "Responses"). Attached as Exhibit 3 is a true and correct copy of the Responses. In its updated objections, Google changed its response to at least 26 topics:  1, 5, 6, 9, 10, 11, 14, 15, 19, 21, 22, 23, 24, 25, 26, 27, 28, 31, 34, 38, 39, 46, 50, 54, 55, 69.

6.      Plaintiffs met and conferred with Google *nine* times in an attempt to address Google's objections to Plaintiffs' 30(b)(6) notice. The parties reached agreement on several issues. In accordance with the Court's Individual Practices § 2(b), below are the dates of these conferrals, the topics discussed, participants, and approximate duration.

| Date | Topics Discussed | Participants | Duration |
| --- | --- | --- | --- |
| March 18, 2026 | 21, 22, 29, 6, 23, and 32 | For Plaintiffs: Y. Chen, J. Kane, U. Lee<br><br>For Google: J. Piligian, S. Sampoli, S. Tomkowiak | 1 hour |
| March 20, 2026 | 16, 30, 10, 13, 14, 17, 27, 31 | For Plaintiffs: Y. Chen, J. Kane, U. Lee,<br><br>For Google: J. Piligian, S. Sampoli, S. Tomkowiak | 1.1 hours |
| April 6, 2026 | 1, 67 | For Plaintiffs: Y. Chen, J. Kane<br><br>For Google: R. Borgert, S. Sampoli, S. Tomkowiak | 0.9 hours |
| April 23, 2026 | 33, 38, 41, 43, 44, 48, 51, 52, 59, 61 | For Plaintiffs: J. Kane, U. Lee<br><br>For Google: C. Clarke, S. Sampoli, S. Tomkowiak | 1.6 hours |

| Date | Topics Discussed | Participants | Duration |
|---|---|---|---|
| May 4, 2026 | 20, 26, 58, 50, 5, 6, 25, 14, 11, 10, 30, 31, 63, 27, 28 | For Plaintiffs: Y. Chen, J. Kane, U. Lee<br><br>For Google: W. Boardman, S. Sampoli | 1 hour |
| May 14, 2026 | 19, 20, 26, 34, 36, 39, 40, 54, 58, 60, 65 | For Plaintiffs; Y. Chen, J. Kane, U. Lee, M. Murphy<br><br>For Google: W. Boardman, C. Clarke, S. Sampoli, S. Tomkowiak | 1.2 hours |
| May 19, 2026 | 20, 26, 58, 54, 60, 34, 40, 65, 36, 39 | For Plaintiffs: Y. Chen, J. Kane, U. Lee<br><br>For Google: C. Clarke, S. Sampoli, S. Tomkowiak | 1.1 hours |
| May 22, 2026 | Google's General Objection 14, 5, 6, 7, 8, 9, 10, 12, 14, 16, 17, 21, 24, 25, 27, 30, 34 | For Plaintiffs: Y. Chen, J. Kane, U. Lee,<br><br>For Google: W. Boardman, C. Clarke, S. Sampoli | 1.5 hours |
| May 28, 2026 | 35, 42, 45, 46, 49, 53, 56, 57, 68, 69, 70, 72, 73 | For Plaintiffs: Y. Chen, J. Kane, M. Murphy<br><br>For Google: W. Boardman, S. Sampoli, S. Tomkowiak | 0.7 hours |

7.      During conferrals, Google's counsel repeatedly claimed it would take Plaintiffs' positions back to Google and revert with Google's response, only to take weeks to provide its revised position, if at all. For example, on Topics 21 and 22, they agreed on March 18 to get back to Plaintiffs, and waited until May 28 to do so. On Topic 29(a), they agreed on March 18 to get back to Plaintiffs, and still haven't. Google has yet to provide its revised position on Topics 1, 2, 7, 32 and 40. 26.05.28 Latham Email.

8.      According to the Merchant Account Data spreadsheets (as defined in the Notice at 4 ¶ 19), ███████████████████████████████████████████████

███████████████████████████████████████████████

████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 1, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane

4