**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I served counsel for Defendant Google with the

following document via email. Plaintiffs and Google each have agreed to accept service via

email of sealed court filings.

- Dkt. 983: Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Certain Topics
- Dkt. 985: Declaration of Attorney Jeff Kane ISO Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Certain Topics, and accompanying exhibits.

*/s/ Yunyi Chen*
Yunyi Chen