**Sara E. Sampoli**
Direct Dial: +1.202.350.5328
sara.sampoli@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 2, 2026

<u>**VIA ECF**</u>

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re: *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> <u>Letter Motion for Extension of Time to File Response to Plaintiffs' Letter Motion</u>
> <u>for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6)</u>
> <u>Testimony on Certain Topics (Dkt. 983)</u>

Dear Judge Moses:

We represent Defendant Google LLC in the above-captioned matter.  We write pursuant to Rule 2(a) of Your Honor's Individual Practices for an extension of time within which to file Google's Letter Response to Plaintiffs' Letter Motion for Discovery Conference Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Certain Topics ("Plaintiffs' Motion"), Dkt. 983. The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Google's Letter Response would be due on June 4, three court days from June 1, when Plaintiffs' Motion was filed.  *See* Ind. R. 2(e).

(2) Google has not previously requested an extension of time to file a response to Plaintiffs' Motion.

(3) Not applicable.

(4) Google's counsel anticipates needing additional time to consult with Google in order to identify compromises and reduce the number of disputes before the Court.  Google previously requested that Plaintiffs wait to file their motion until Google had an opportunity to provide potential compromises, but Plaintiffs refused to do so.  Google anticipates needing four additional court days to respond to Plaintiffs' Motion. Applying this extension, Google's Letter Response would be due on June 10.

June 2, 2026
Page 2

LATHAM&WATKINS LLP

(5) Google asked Plaintiffs for their position on this request, and Plaintiffs asked Google to include the following: "Plaintiffs take no position on Google's request for an extension. Plaintiffs are concerned, however, that Google's proposed briefing schedule will delay the already-slow progress of deposing Google's witnesses. *See* Dkts. 961 at 2, 981 at 2 (detailing Google's failure to schedule depositions)." Google maintains that the best path forward is to narrow disputes on 30(b)(6) topics as much as possible to avoid unnecessarily burdening the Court, which is most effectively done by allowing both Parties time to identify potential compromises.

(6) Not applicable.

Because of the requirement under Your Honor's Individual Rule 2(e) that Google respond to Plaintiff's Motion within three court days, Google was unable to make this request for an extension of time "at least four days in advance" of the deadline. *See* Ind. R. 2(a). However, Google promptly sought Plaintiffs' position and filed this request.

Google respectfully requests that the Court approve the requested extension such that Google's Letter Response to Plaintiffs' Motion is due on June 10.

Respectfully submitted,

*/s/ Sara E. Sampoli*
Sara E. Sampoli (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:     All Counsel of Record (via ECF)