

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

June 4, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:     *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
>           Consent Request for Extension of Time to File Reply Brief

Dear Judge Moses:

We represent all Plaintiffs in this case. We write to request a one-court-day extension of the deadline for Plaintiffs' reply brief in support of their motion (Dkt. 983) to compel re Google's Refusal to Produce Rule 30(b)(6) Testimony on Certain Topics.

Per the Court's Individual Practices section 2(a), Plaintiffs state:

- Google's opposition brief originally was due June 4, which would have made Plaintiffs' reply due June 8. The deadline for Google's opposition now has been extended to June 10, which makes Plaintiffs' reply due June 12.

- Plaintiffs have not previously requested an extension to the deadline for their reply.[1]

- Plaintiffs hope to file their reply by the usual two-court-day deadline of June 12. Google, however, has proposed several "compromises" on the disputed 30(b)(6) topics that are the subject of Plaintiffs' motion. To allow for the possibility that more progress can be made in narrowing the disputes that the Court needs to decide, Plaintiffs request an extension of one court-day, to June 15, to file their reply brief.

- Google consented to Plaintiffs' request via email on June 4, 2026.

- Presently, the proposed extension does not affect other dates in the case management order (Dkt. 821).

---

[1] Plaintiffs regret that Google did not include in its request (Dkt. 988) to extend the deadline for its opposition the related request to extend the deadline for Plaintiffs' reply. Google informed Plaintiffs on June 2 that Google intended to request that its opposition be due June 10, and that Plaintiffs' reply be due June 16. Plaintiffs informed Google that Plaintiffs took no position on Google's request. But Google then made a *different* request to the Court. Google asked for an extension of the deadline only for its own opposition, but not for Plaintiffs' reply. Dkt. 988. Unfortunately, this necessitated the instant second motion for an extension.

Hon. Barbara C. Moses
June 4, 2026
Page 2

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane