# Exhibit 1

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| 9 | Google's policies, practices, procedures, processes, or other efforts concerning identifying and/or taking action with respect to: a. Identifying " ███ " and/or " ███ " (see, e.g., GOOG-CENG-00419029 at -9029); b. Identifying ███ and the ███████████████ " (see, e.g., Google's " ███████████████ , GOOG-CENG-00000688, GOOG-CENG-00441738, GOOG-CENG-00408671 at -8671). | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on the purpose and the method by which Google identified (a) the ███ and/or " ███ " as reflected in GOOG-CENG-00419029 at -9029 and (b) the " ███████████████ " as described in GOOG-CENG-00000688, the " ███ " as described in GOOG-CENG-00408671 and GOOG-CENG-00441738. |
| 10 | Any DMCA Policy in effect during the period from January 2020 to October 2025, including any DMCA Policy involving "zero strike" or "Shopping Zero Strike Tab of the Trix" as referenced in GOOG-CENG-00415345 and GOOG-CENG-00415327, and/or involving " ███████ " as referenced in GOOG-CENG-00441738, and including but not limited to with respect to the following: a. The month and year that Google adopted and implemented each DMCA Policy; b. When and how Google informed its users of each DMCA Policy, | Google will present a witness to testify, at a high-level, regarding Google's implementation of its DMCA Policy for Shopping, as reflected at GOOG-CENG-00000685. Google will not otherwise produce a corporate witness in response to Topic No. 10. | Many disagreements concerning this topic have been resolved. Google, however, refuses to present a witness concerning Google's zero-strike policy. 26.05.28 Latham Email. | Google must produce a witness to testify on Google's zero-strike policy and its treatment of ███████ ' sites, as described in, e.g., GOOG-CENG-00415345 at -5345; GOOG-CENG-00415327 at -5328 no. 6 and -5329 (no. 4); GOOG-CENG-00441738; GOOG-CENG-00411022 at -1025 (Q10); GOOG-CENG-00424030 at -4030; GOOG-CENG-00424025 at -4026 (no. 4). |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | including pursuant to 17 U.S.C. § 512(i)(A);<br>c. To the extent not addressed under Topic Nos. 5 and 6, the definitions of terms set forth in each DMCA Policy; including, for the DMCA Policy described in GOOG-CENG-00000758 at -0758, what it means for "████████████████ ████████████████ ████████ ;<br>d. To the extent not addressed under Topic Nos. 5 and 6, under each DMCA Policy, the scope and effect of account restriction, suspension, or termination as applicable, including whether the DMCA Policy restricts, suspends, or terminates any Merchant Center accounts, Google Ads accounts, or other Google accounts currently or previously associated with the same Shopping Ads Merchant;<br>e. How each DMCA Policy operates on a step-by-step basis, and any rationale underlying each step, including how ████████████ ████████████████ (GOOG-CENG-00439752.C, and all prior versions (GOOG-CENG-00439609 through GOOG-CENG-00439618) and | | | |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | GOOG-CENG-00000761), how suspensions are initiated and by whom, how long it takes for the suspension to come into effect once initiated, the personnel that approves or oversees the suspension, how any exceptions (e.g., with respect to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉) are evaluated and applied, how suspended accounts are reinstated/reactivated, and the role of Google's in-house counsel in each step; f. Any criteria, requirements, or considerations Google analyzed when it reviewed an account for suspension and the rationale for those considerations, including considerations of the revenue Google derived from specific Shopping Ads Merchants as described in GOOG-CENG-00441738 below ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉; g. Whether and to what extent Google's DMCA Policy, or other policies, practices, procedures, or processes concerning Merchant Center account or Google Ads account suspension or termination, included efforts to determine whether specific Merchant Center accounts or Google Ads accounts are owned or | | | |

3

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | controlled by a common account holder; h. How Google determines whether an Infringement Notice "abuses" the DMCA Process and how Google responds to such Infringement Notices, including any circumstances where the same notice-sender sends two or more Infringement Notices concerning the same URL for a landing page to which a Shopping Ad links, as described in Dkt. 38 ¶ 110, PL0000188745, PL0000188757, and PL0000188783; i. The data contained in GOOG-CENG-00429457, and the meaning of all fields contained therein; j. Google's rationale(s) underlying the deprecation or modification of each previous DMCA Policy in favor of each new DMCA Policy during the stated time period." | | | |
| 11 and 36(d) | Topic 11: Any practice of Google responding to Infringement Notices by warning the sender of the notice not to send duplicate notices, i.e., a notice naming the same landing page URLs as a previous notice from the same sender. GOOG-CENG-00429452; This includes any data Google produced concerning its sending of such | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness to testify on Google's practice of responding to Infringement Notices by warning the sender of the notice not to send duplicate notices as reflected in GOOG-CENG-00429452 and GOOG-CENG-00419903. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | responses, including GOOG-CENG-00419903.<br><br>Topic 36: The following documents, including the general subject of this data, the meaning of each data field, and the method used to retrieve the data . . . (d) GOOG-CENG-00419903 | | | |
| 13 | In instances where Google did not apply a DMCA Policy to an Infringement Notice:<br>a. Whether and how Google applied any different policy, practice, procedure, or process concerning Google's obligations under, intended compliance with, or efforts to qualify for a safe-harbor defense under the DMCA, intended for another Google platform; and<br>b. Whether that Infringement Notice resulted in a delisting of the noticed Shopping Ad and/or the restriction, suspension or termination of a Merchant Center account, including the notices listed in the spreadsheet titled "███████████████████████" that have a value other than "████████" in the "█████" field. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness to testify on how the notices listed in the spreadsheet titled "███████ ████████████████████ ██████████" came to have a value other than "████████" in the "████████" field, whether Google applied the Shopping DMCA policy to those notices, and whether Google delisted the noticed Shopping Ad and/or the restriction, suspension or termination of a Merchant Center account at issue in those notices. |
| 18 | Whether and how account restriction, suspension, reactivation/reinstatement or termination of a user pursuant to Repeat Infringer Policies for Google | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on this topic. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
|  | platforms other than Google Shopping affect the Merchant Center account(s) associated with that same user. |  |  |  |
| 23 | Google's data concerning its overall DMCA program (i.e., not limited to the 1,500 Pirate Websites) including data contained in GOOG-CENG-00419902, GOOG-CENG-00419903, GOOG-CENG-00419905, GOOG-CENG-00439755, and data that Google will produce subsequently, including in accordance with Dkts. 472 and 510 ¶ 5 by March 6, 2026. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness to testify about the data Google produced at GOOG-CENG-00419902, GOOG-CENG-00419903, GOOG-CENG-00419905, and GOOG-CENG-00439755. |
| 25 | The meaning of any designation or description of a website, domain, Merchant Center account, or Google Ads account as ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ including the actions that can be taken or consequences that can result from such a designation or description. This includes any actions taken as a result of a "▮▮▮▮▮▮▮" designation (as referenced in, e.g., GOOG-CENG-00388352, ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮") or designation of the 1,500 Pirate Websites, and the data contained in GOOG-CENG-00000757 ("▮▮▮▮▮▮"). | Google will not produce a corporate witness. | Google's witness for Topic 10 (not at issue here) will explain ▮▮▮▮▮▮ ▮▮▮▮▮▮ accounts as part of Google's DMCA Policy, but Google will not produce a witness on GOOG-CENG-00000757. | Google must produce a witness to testify on GOOG-CENG-00000757. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| 27 | Google's ▮▮▮▮ tool/interface/database, including all ▮▮▮▮ fields and signals and how these fields are retrieved, evaluated, and used (e.g., ▮▮▮▮ etc.), and including any reviews, assessments, or evaluations that are evaluated within or with respect to ▮▮▮▮ as shown in, e.g., any ▮▮▮▮" and "▮▮▮▮ as described in GOOG-CENG- 00605191. | Google will not produce a corporate witness. | N/A | Google must produce a witness on this topic, including the ▮▮▮▮ data spreadsheets Google produced at GOOG-CENG-00621187 and GOOG-CENG-00621188. |
| 28 | The nature and categories of ▮▮▮▮ data and analyses concerning the 1,500 Pirate Websites and whether it was used to take any action concerning their Merchant Center accounts, Google Ads accounts, or Shopping Ads that link to their websites. | Google will not produce a corporate witness in response to this Topic. | N/A | Plaintiffs request that the witness be prepared to testify about 16 of the 44 fields contained in the ▮▮▮▮ data (GOOG-CENG-00621187 and GOOG-CENG-00621188): ▮▮▮▮ |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | | | | |
| 33 | Google's "conversion tracking" feature for Google Shopping, including generally how "conversion tracking" is accomplished, what merchants must do in order to utilize conversion tracing, any Google features or services for which use of "conversion tracking" is required, Google's tracking of whether merchants utilize conversion tracking, and generally how Google uses data it obtains from conversion tracking to | Google will present a witness to testify generally regarding the types of "conversion tracking" available to Merchant Center accounts and the impression and conversion data Google produced at GOOG-CENG-00409531 – GOOG-CENG-00409534, GOOG-CENG-00479526 – GOOG-CENG-00479527, GOOG-CENG-00479529 – GOOG-CENG-00479530, and | N/A | Google must produce a witness to testify on 1) how conversion tracking is accomplished, and what merchants must do to utilize conversion tracking; 2) the features or services for which use of conversion tracking is required, how Google uses this data to inform Google's practices or improve its products and services, and Google's tracking of whether merchants utilize conversion tracking. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | inform Google's practices or to improve its products and services. | GOOG-CENG-00620171 – GOOG-CENG-00620173. Google will not otherwise produce a corporate witness in response to Topic 33. | | |
| 36(d), (f), and (k) | The following documents, including the general subject of this data, the meaning of each data field, and the method used to retrieve the data . . . d. GOOG-CENG-00419903 (Please see Topic 11, *supra*) . . . f. GOOG-CENG-00416948 . . . k. GOOG-CENG-00416904 . . . n. GOOG-CENG-00429457 . . . . | Google will not produce a corporate witness to testify in response to this Topic beyond the scope of what Google has agreed to provide in response to Topic Nos. 10, 20, 39, 51, and 59. For the avoidance of doubt, Google will not present a witness to testify regarding the meaning of each data field included in the documents listed in this Topic. Google also will not present a witness to testify regarding "the method used to retrieve the data" including in the documents listed in this Topic as this would constitute impermissible discovery on discovery. Google will not otherwise produce a corporate witness in response to Topic No. 36. | (d) - please see Topic 11, *supra*. (f) – Google has objected to providing corporate testimony on the " ██████ ██████ " (including on this document) on relevance grounds. (k) - We understand that this is a document collected from Cognizant's Google Drive. Google will not provide 30(b)(6) testimony on it. | (d) – please see Topic 11, *supra*. (f) – Google must present a witness concerning this document. (k) – Google must present a witness concerning this topic. |
| 38 | The nature and context of the below issues, including Google's discovery of, attempts to address, and results of attempting to address, these issues: | Google is willing to meet and confer with Plaintiffs to determine whether a corporate witness on sub-part (b) of Topic No. 38 can be provided. | Google maintained its position in its written response with respect to Topic 38(a). Google did not | Google must produce a witness on this topic. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | a. ▇▇▇▇▇▇' of previously suspended merchants, including as described at GOOG-CENG-00426035, -6038, -6068; <br> b. ▇▇▇▇▇▇' of Ebook Sellers (e.g., GOOG-CENG-00426035). | Google will not produce a corporate witness in response to sub-part (a) of Topic No. 38. | agree to present a witness on Topic 38(b). | |
| 41 | Google's automated bidding feature, including generally how the feature works, and generally the data used to facilitate it, including any tracking or recordkeeping Google performs that would show the rankings of bids for each auction of each Shopping Ad, including the use of historical bid information to facilitate Google's automated bidding feature. | Google will present a witness to testify at a high-level regarding how Google's automated bidding feature generally works, but only insofar as that feature relates to Shopping ads. Google will not otherwise produce a corporate witness in response to Topic No. 41. | N/A | Google must produce a witness on this topic. |
| 42 | The total yearly revenue Google LLC generated from January 2020 through the present. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on this topic. |
| 44 | Google's generation of revenue from Shopping Ads from January 2020 through March 2025, including but not limited to: <br> a. How Google generates revenue from the "auction" process by which Shopping Ads Merchants bid for Shopping Ads impressions and placement positions (including generally how the auction process works and generally how the price of an ad is determined); | Google will present a witness to testify regarding (i) the mechanics of how Google generates revenue from Shopping Ads, and (ii) the revenue data produced by Google in this Action, as reflected in GOOG-CENG-00419901 and GOOG-CENG-00479531. For the avoidance of doubt, Google will not present a witness to testify regarding | Google will present Ms. Fine to testify regarding (i) the mechanics of how Google generates revenue from Shopping Ads, and (ii) the revenue data produced by Google in this Action, as reflected in GOOGCENG-00419901 and GOOG-CENG-00479531. Google will also agree to present Ms. Fine to testify regarding the revenue data | Google must produce a witness to testify on how Google generates revenue from information it gathers from Shopping Ads, and on the revenue spreadsheets Google produced at GOOG-CENG-00419904, GOOG-CENG-00620174. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | b. How Google generates revenue from users' clicks on Shopping Ads; c. How Google generates revenue from the use, or sale, of information gathered about users who click on Shopping Ads; d. The total revenue Google generated from Shopping Ads, including through the channels described in subparts (a), (b), (c) of this Topic; e. The total revenue Google earned from the 1,500 Pirate Websites, and all Google accounts associated with or connected to the same, including through which channels such revenue was earned; f. Google's revenue data (including GOOG-CENG-00419901, GOOG-CENG- 00404298, GOOG-CENG-00419904, GOOG-CENG-00479528), including an understanding of how this data was retrieved. | "how this data was retrieved" as this would constitute impermissible discovery on discovery. Google will not otherwise produce a corporate witness in response to Topic No. 44. | reflected in GOOG-CENG-00404298 and GOOG-CENG-00479528. Google will not otherwise produce a corporate witness in response to Topic 44. | |
| 45 | Google's expenses associated with addressing Ebooks Piracy and other forms of piracy that occurs by means of Google's services, e.g., including, but not limited to: operations of Google's ▮▮▮▮ department in relation to Google Shopping, or | Google will present a witness to testify regarding Google's general efforts to combat ebook piracy, specifically copyright and trademark infringement, on the Shopping platform, including the high-level role of Google's ▮▮▮ | N/A | Google must produce a witness to testify on Google's expenses associated with its anti-copyright-infringement program on its Shopping platform, including expenses associated with addressing ebooks piracy. |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | third-party vendors in relation to Processing Infringement Notices. | ▮▮▮ team and vendors in connection with these efforts. | | |
| 49 | Google's Auction Insight Reports (*see, e.g.,* "Use Auction insights to compare performance, available at https://support.google.com/google-ads/answer/2579754?hl=en (last visited Jan. 30, 2026), including the fields listed in the reports, generally how Google determines which competitors to include in the reports, generally how the statistics in the reports (e.g., impression share, outrank share, and overlap rate) are calculated, the extent to which these categories are measured differently for different businesses, and Google's retention of auction insights data and use of such data in its connection with its customer relationships. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on this topic. |
| 51 | Google's awareness of the nature, extent, cause, trend, financial impact, impact on Shopping Ads Merchants, and impact on copyright owners and trademark owners, of the Ebooks Piracy occurring on Google Shopping; this includes Google's awareness of relevant market research, studies, surveys, reports and/or analyses. | Google will present a witness to testify about information or feedback Google received, if any, from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding the high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. Google will not otherwise produce a | Google will present Ms. Fine to testify about information or feedback Google received, if any, from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding the high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. Google will not agree to prepare Ms. Fine | Google must produce a witness to testify on the entirety of Topic 51, which includes information and feedback Google received from Pearson regarding the ebook ban and ebook piracy, and other parties including VitalSource. To the extent Google has studies concerning, e.g., the financial impact of the ebook ban on Shopping Ads merchants, the witness must be prepared to |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | | corporate witness in response to Topic 51. | to testify on behalf of Google about information or feedback Google received, if any, from Pearson regarding the high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. However, to the extent Ms. Fine is copied on contemporaneous communications with Pearson, Plaintiffs are free to question her in her individual capacity. Google will not otherwise produce a corporate witness in response to Topic 51. | testify on those, and the reports and analyses that had been produced regarding the ebook ban, including GOOG-CENG-00416832 (Google's estimate of the revenue impact on Google that the ebook ban would cause). |
| 56 | To the extent not covered by Topic No. 55, Google's "Business Operations Verification Process," including as described at https://www.youtube.com/watch?v=I6tB4bP5OzQ, and including the circumstances under which merchants or other Google accountholders are required or invited to complete the process, and how the process relates to the verification reflected in GOOG-CENG-00419904. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must present a witness on this topic. |
| 59 | The features and implementation of Google's Ebooks Ban, including:<br>a. The development of the Ebooks Ban; | Google will present a witness to testify regarding:<br>a. The high-level rationale for Google's decision to prohibit | Google will present testimony on subject matters called for in this topic except | Google must produce a witness on subpart (d), including GOOG-CENG-00416832 (Google's estimate of the revenue |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | b. The purpose of, and any rationale underlying, the Ebooks Ban; c. Google's assessment of the effectiveness the Ebooks Ban, and its impact on users affected by Ebooks Piracy; d. Google's assessment of the Ebooks Ban's financial impact on Google, and its financial impact on copyright-holders and trademark-holders (including Plaintiffs) affected by Ebooks Piracy; e. Google's communications with users concerning the Ebooks Ban; f. All processes, procedures, and tools used to enforce the Ebooks Ban, including automated and manual tools, including but not limited to ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓'; and g. Any increases in Ebooks Piracy following the Ebooks Ban. | ebooks and digital books on Shopping beginning on May 18, 2021; b. The high-level information or feedback Google received from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding ebook piracy on the Shopping platform and regarding the ebook ban, as reflected in GOOG-CENG-00000002, to the extent not already covered in response to Topic No. 52; c. Google's implementation of its ebook ban, as reflected in GOOG-CENG-00000002, including high-level information about Google's efforts to check that ebooks were removed from the Shopping platform after the date of the ebook exit on May 18, 2021. For the avoidance of doubt, Google will not produce a corporate witness to testify regarding subpart (d) beyond the scope of what Google has agreed to provide in response to Topic Nos. 48 and 51. Google will not produce a | for the subject matter specified in subpart (d). | impact on Google that the ebook ban would cause). |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | | corporate witness to testify regarding subparts (e), (f), and (g), except to the extent covered by the scope described in Google's response. | | |
| 60 | Google's policies, plans, or attempts to allow Paid Ads for digital books or Ebooks products after the implementation of the Ebooks Ban, and any reasoning for why and how each of these policies, plans, or attempts were modified, deprioritized, or cancelled. This includes, but is not limited to:<br>a. The plan to ████████ ████████ as described in GOOG- CENG-00426568 at -6569;<br>b. The "████████" project; and<br>c. The ████████ including Google's decision not to allow Plaintiffs to participate in the ████████.  ████████ | Google will not produce a corporate witness. | Google will present testimony on subject matters called for in subpart (a). | Google must produce a witness on subparts (b) and (c). |
| 61 | Google's enforcement against fraud and piracy on Google Shopping, including Google's ████████ working group and Google's enforcement efforts against fraud and piracy in light of the Ebooks Ban. See GOOG-CENG-00474324 at -4328 ("████████ | Google will present a witness to testify regarding Google's high-level efforts to enforce against fraud and piracy in connection with the ebook ban, as reflected in GOOG-CENG-00000002, on the Shopping platform. For the avoidance of doubt, | N/A | Google must produce a witness to testify on what it did once it discovered that ebook pirates were operating across other verticals, and what it did about these pirates after transitioning this enforcement to ████████" as discussed in GOOG-CENG-00474324 at |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | ███████████████████ ██████ "). ███████████████ ██████████ | Google will not produce a witness to testify specifically about the ████████ working group described in GOOG-CENG-00474324 at -4328, except to the extent covered by the scope described in Google's response. Google will not otherwise produce a corporate witness in response to Topic No. 61. | | -4328 ("████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████ "). |
| 62 | The tools, databases, and email distribution lists or "listservs" used by Google employees or any third-party vendor personnel to communicate about issues relevant to this case, including any written or unwritten policy, practice, manual, guidance, or procedure concerning the use of these tools and the functionalities and lists of participants in each listserv. The tools include, but are not necessarily limited to, emails, Google Chat messages, text messages, Google Hangouts, Google Talk, ████ ██████████████████ ██████████████████ ████████ and the Buganizer. The listservs include, but are not necessarily limited to, ████ | Google will not produce a corporate witness. | N/A | Google must produce a witness on shopping-dmca@google.com; lrmonetized@google.com; ██████████████████ ██████████████████ ██████████████████ ██████████ |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | ████████████████████ shopping-dmca@google.com; lrmonetized@google.com; ███████████ For purposes of this Topic, issues relevant to this case include (i) Ebooks Piracy; (ii) Infringement Notices; (iii) whether to apply account restriction, suspend, terminate, reinstate or reactivate a Merchant Center account or other accounts associated with a given individual or entity; (iv) and the formulation, review, implementation, and assessment of any DMCA Policy. | | | |
| 63 | Google's document retention policies effective during the period of January 2020 through March 2025, including with respect to any communications, data/databases, documents, tools, and | Google will not produce a corporate witness. | Google agrees to present a witness to testify regarding the general process by which ████████████████ | Google must present a witness to testify concerning the basic features of Google's document retention policies (GOOG-CENG-00622316, GOOG-CENG-00430067, |

17

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | listservs pertinent to this case. This includes: a. The circumstances under which data showing the ads that a merchant initiated will be deleted. *See, e.g.,* 25.07.08 Latham Email █████ ██████████████████ 25.06.19 Latham Email; 25.05.07 Latham Email; b. The circumstances under which merchant account data (including records of which Merchant Center accounts were associated with which domains) will be deleted; and c. Whether any Merchant Center account data or Ads account data was retained or placed on a litigation hold in connection with this Action. | | ███████████ Google will not otherwise present a witness on Topic 63. | GOOG-CENG-00622310, GOOG-CENG-00622325, GOOG-CENG-00622327, GOOG-CENG-00622329) and on Topic 63(b). Google has agreed to produce a witness on Topic 63(a). Plaintiffs do not seek relief on Topic 63(c). |
| 70 | The purpose and functionalities of, and all the ways in which Google uses, Google's internal tool referenced as "███████████" in GOOG-CENG-00412515 at -2515 described as a tool ████████ ██████████████ ████████", *id.*, and/or Google's internal tool referenced as "████ ████████████" in GOOG-CENG-00412589 at –2590, if | Google will not produce a corporate witness to testify to this Topic beyond the scope of what Google has agreed to provide in response to Topic No. 67 regarding Google's implementation of its trademark and counterfeit policies for Shopping and its efforts to combat trademark infringement on the Shopping | N/A | Google must produce a witness to testify on whether and how, in connection with implementing Google's Trademark Policy or DMCA Policy, Google uses the internal tool referenced as "██████████ in GOOG-CENG-00412515 at -2515 described as a tool "████ ███████████, *id.*, and on |

*Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Change to Google's Position during/following Conferrals | Plaintiffs' Requested Relief |
|---|---|---|---|---|
| | and to the extent different from ▮▮▮▮▮▮▮▮▮ referenced in GOOG-CENG-00412515 at -2515, in connection with the implementation of any Trademark Policy or DMCA Policy. | platform specifically related to ebooks. | | Google's internal tool referenced as ▮▮▮▮▮▮▮▮▮▮▮ in GOOG-CENG-00412589 at -2590. |