**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**ATTORNEY DECLARATION OF SARAH TOMKOWIAK**

I, Sarah Tomkowiak, declare that:

1.      I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.      I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion (Dkt. 983, the "Motion").

3.      Attached hereto as Exhibit A is chart, prepared by counsel for Google, regarding the 30(b)(6) topics at issue in the Motion, filed in response to Plaintiffs' Exhibit 1 (Dkt. 985-1).

4.      Attached hereto as Exhibit B is chart, prepared by counsel for Google, containing Google's current position on each of Plaintiffs' 73 topics in their first Rule 30(b)(6) Notice.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on June 10, 2026, in McLean, VA.            /s/ *Sarah A. Tomkowiak*
                                                                                    Sarah A. Tomkowiak