# EXHIBIT A
# [Redacted Version of Document Filed Under Seal]

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

**Disputed Topics Chart**

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| 9 | Google's policies, practices, procedures, processes, or other efforts concerning identifying and/or taking action with respect to:<br><br>a. Identifying "███████" and/or "███████" (see, e.g., GOOG-CENG-00419029 at -9029);<br><br>b. Identifying "███████" and the "███████" (see. e.g.. Google's "███████████████",<br><br>GOOGCENG-00000688, GOOG-CENG-00441738, GOOG-CENG-00408671 at -8671). | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on the purpose and the method by which Google identified (a) the "███████" and/or "███████" as reflected in GOOG-CENG-00419029 at -9029 and (b) the "███████████████" as described in GOOG-CENG-00000688, the "███████" as described in GOOG-CENG-00408671 and GOOG-CENG-00441738. | |
| 10 | Any DMCA Policy in effect during the period from January 2020 to October 2025, including any DMCA Policy involving "zero strike" or "Shopping Zero Strike | Google will present a witness to testify, at a high-level, regarding Google's implementation of its DMCA Policy for Shopping, as | Many disagreements concerning this topic have been resolved. Google, however, refuses to present a witness concerning Google's zero-strike policy. 26.05.28 Latham | Google must produce a witness to testify on Google's zero-strike policy and its treatment of "███████" sites, as described in, e.g., GOOG-CENG-00415345 at -5345; GOOG-CENG-00415327 at -5328 | As part of its agreement to present a witness to testify, at a high-level, regarding Google's implementation of its DMCA Policy for Shopping, Google has clarified that the witness will be prepared to cover: specific terms used in |

---

[1] Google has revised this header from the one Plaintiffs included in Dkt. 985-1 to reflect that these "changes" were the result of compromises Google agreed to make to provide Plaintiffs with additional 30(b0(6) testimony, beyond what it already agreed to provide in its April 21, 2026 Responses & Objections.

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | Tab of the Trix" as referenced in GOOG-CENG-00415345 and GOOG-CENG-00415327, and/or involving "███████████" as referenced in GOOG-CENG-00441738, and including but not limited to with respect to the following:<br><br>a. The month and year that Google adopted and implemented each DMCA Policy;<br><br>b. When and how Google informed its users of each DMCA Policy, including pursuant to 17 U.S.C. § 512(i)(A);<br><br>c. To the extent not addressed under Topic Nos. 5 and 6, the definitions of terms set forth in each DMCA Policy; including, for the DMCA Policy described in GOOG-CENG-00000758 at -0758, what it means for "████████████████████";<br><br>d. To the extent not addressed under Topic Nos. 5 and 6, under | reflected at GOOG-CENG-00000685.<br><br>Google will not otherwise produce a corporate witness in response to Topic No. 10. | Email. | no. 6 and -5329 (no. 4); GOOG-CENG-00441738; GOOG-CENG-00411022 at -1025 (Q10); GOOG-CENG-00424030 at -4030; GOOG-CENG-00424025 at -4026 (no. 4). | the DMCA policy, the LR Manual Strike Spreadsheet, whether Google checks landing pages during review of DMCA notices, the process for escalating potential suspensions as reflected in the DMCA policy, and reactivations and reinstatements under the DMCA policy. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | each DMCA Policy, the scope and effect of account restriction, suspension, or termination as applicable, including whether the DMCA Policy restricts, suspends, or terminates any Merchant Center accounts, Google Ads accounts, or other Google accounts currently or previously associated with the same Shopping Ads Merchant;<br><br>e. How each DMCA Policy operates on a step-by-step basis, and any rationale underlying each step, including how ███████ ███████<br><br>(GOOG-CENG-00439752.C, and all prior versions (GOOG-CENG-00439609 through GOOG-CENG-00439618) and GOOG-CENG-00000761), how suspensions are initiated and by whom, how long it takes for the suspension to come into effect once initiated, the personnel that approves or oversees the suspension, how any exceptions (e.g., with respect to ███████ ███████) are evaluated and applied, how | | | | |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | suspended accounts are reinstated/reactivated, and the role of Google's in-house counsel in each step;<br><br>f. Any criteria, requirements, or considerations Google analyzed when it reviewed an account for suspension and the rationale for those considerations, including considerations of the revenue Google derived from specific Shopping Ads Merchants as described in GOOG-CENG-00441738 below ▮▮▮▮ ;<br><br>g. Whether and to what extent Google's DMCA Policy, or other policies, practices, procedures, or processes concerning Merchant Center account or Google Ads account suspension or termination, included efforts to determine whether specific Merchant Center accounts or Google Ads accounts are owned or controlled by a common account holder;<br><br>h. How Google determines whether an Infringement Notice | | | | |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | "abuses" the DMCA Process and how Google responds to such Infringement Notices, including any circumstances where the same notice-sender sends two or more Infringement Notices concerning the same URL for a landing page to which a Shopping Ad links, as described in Dkt. 38 ¶ 110, PL0000188745, PL0000188757, and PL0000188783;<br><br>i. The data contained in GOOG-CENG-00429457, and the meaning of all fields contained therein;<br><br>j. Google's rationale(s) underlying the deprecation or modification of each previous DMCA Policy in favor of each new DMCA Policy during the stated time period." | | | | |
| 11 and 36(d) | Topic 11: Any practice of Google responding to Infringement Notices by warning the sender of the notice not to send duplicate notices, i.e., a notice naming the same landing page URLs as a previous notice from the same sender. GOOG-CENG-00429452; | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness to testify on Google's practice of responding to Infringement Notices by warning the sender of the notice not to send duplicate notices as reflected in GOOG-CENG-00429452 and GOOG-CENG-00419903. | Google provided the following compromise offer to Plaintiffs, which remains pending: Google will present a witness to testify, at a high-level, regarding Google's practice for responding to duplicate DMCA notices and the data reflected in GOOG-CENG-00419903. Google will not present a witness on "the method used to retrieve |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | This includes any data Google produced concerning its sending of such responses, including GOOG-CENG-00419903.<br><br>Topic 36: The following documents, including the general subject of this data, the meaning of each data field, and the method used to retrieve the data . . . (d) GOOG-CENG-00419903 | | | | the data" in GOOG-CENG-00419903, per Topic 36. |
| 13 | In instances where Google did not apply a DMCA Policy to an Infringement Notice:<br><br>a. Whether and how Google applied any different policy, practice, procedure, or process concerning Google's obligations under, intended compliance with, or efforts to qualify for a safe-harbor defense under the DMCA, intended for another Google platform; and<br><br>b. Whether that Infringement Notice resulted in a delisting of the noticed Shopping Ad and/or the restriction, suspension or termination of a Merchant Center | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness to testify on how the notices listed in the spreadsheet, titled ███████ ██████████" came to have a value other than "██████" in the "██████" field, whether Google applied the Shopping DMCA policy to those notices, and whether Google delisted the noticed Shopping Ad and/or the restriction, suspension or termination of a Merchant Center account at issue in those notices. | |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
|  | account, including the notices listed in the spreadsheet titled ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ " that have a value other than ▓▓▓▓▓ " in the " ▓▓▓▓ " field. |  |  |  |  |
| 18 | Whether and how account restriction, suspension, reactivation/reinstatement or termination of a user pursuant to Repeat Infringer Policies for Google platforms other than Google Shopping affect the Merchant Center account(s) associated with that same user. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on this topic. | Google has agreed to present a witness to provide general testimony on Google's process for reinstating accounts that were suspended or terminated for copyright infringement pursuant to Google's DMCA Policy for *Shopping* at GOOG-CENG-00000685. |
| 23 | Google's data concerning its overall DMCA program (i.e., not limited to the 1,500 Pirate Websites) including data contained in GOOG-CENG-00419902, GOOG-CENG-00419903, GOOG-CENG-00419905, GOOG-CENG-00439755, and data that Google will produce subsequently, including in accordance with Dkts. 472 and 510 ¶ 5 by March 6, 2026. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness to testify about the data Google produced at GOOG-CENG-00419902, GOOG-CENG-00419903, GOOG-CENG-00419905, and GOOG-CENG-00439755. | Google has already agreed to present a witness to testify generally regarding the content of GOOG-CENG-00439755 in response to Topic 20. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| 25 | The meaning of any designation or description of a website, domain, Merchant Center account, or Google Ads account as "▮▮▮▮▮▮▮," including the actions that can be taken or consequences that can result from such a designation or description. This includes any actions taken as a result of a "▮▮▮▮▮▮" designation (as referenced in, e.g., GOOG-CENG-00388352, "▮▮▮▮▮▮") or designation of the 1,500 Pirate Websites, and the data contained in GOOG-CENG-00000757 ("▮▮▮▮▮"). | Google will not produce a corporate witness. | Google's witness for Topic 10 (not at issue here) will explain "▮▮▮▮▮" accounts as part of Google's DMCA Policy, but Google will not produce a witness on GOOG-CENG-00000757. | Google must produce a witness to testify on GOOG-CENG-00000757. | Google has also agreed to present a witness to testify regarding the meaning of ▮▮▮ " in response to Topic 26. |
| 27 | Google's ▮▮▮ tool/interface/database, including all ▮▮▮ fields and signals and how these fields are retrieved, evaluated and used (e.g., ▮▮▮▮▮▮▮▮▮ etc.), | Google will not produce a corporate witness. | N/A | Google must produce a witness on this topic, including the ▮▮▮ data spreadsheets Google produced at GOOG-CENG-00621187 and GOOG-CENG-00621188. | Google already produced a witness knowledgeable about the ▮▮▮ spreadsheets at GOOG-CENG-00621187 and GOOG-CENG-00621188, whom Plaintiffs already deposed and questioned about these spreadsheets. |

8

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | and including any reviews, assessments, or evaluations that are evaluated within or with respect to ███████, as shown in, e.g., any "███████" and "███████" as described in GOOG-CENG-00605191. | | | | |
| 28 | The nature and categories of ███████ data and analyses concerning the 1,500 Pirate Websites and whether it was used to take any action concerning their Merchant Center accounts, Google Ads accounts, or Shopping Ads that link to their websites. | Google will not produce a corporate witness in response to this Topic. | N/A | Plaintiffs request that the witness be prepared to testify about 16 of the 44 fields contained in the ███████ data (GOOG-CENG-00621187 and GOOG-CENG-00621188): | Google already produced a witness knowledgeable about the ███████ spreadsheets at GOOG-CENG-00621187 and GOOG-CENG-00621188, whom Plaintiffs already deposed and questioned about these spreadsheets. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | | | | | |
| 33 | Google's "conversion tracking" feature for Google Shopping, including generally how "conversion tracking" is accomplished, what merchants must do in order to utilize conversion tracing, any Google features or services for which use of "conversion tracking" is required, Google's tracking of whether merchants utilize conversion tracking, and generally | Google will present a witness to testify generally regarding the types of "conversion tracking" available to Merchant Center accounts and the impression and conversion data Google produced at GOOG-CENG-00409531 – GOOG-CENG-00409534, GOOG-CENG-00479526 – GOOG-CENG-00479527, GOOG-CENG-00479529 – | N/A | Google must produce a witness to testify on 1) how conversion tracking is accomplished, and what merchants must do to utilize conversion tracking; 2) the features or services for which use of conversion tracking is required, how Google uses this data to inform Google's practices or improve its products and services, and Google's tracking of whether merchants utilize conversion tracking. | Google provided the following compromise offer to Plaintiffs, which remains pending: In addition to presenting a witness to testify generally regarding the types of "conversion tracking" available to Merchant Center accounts and the impression and conversion data Google produced at GOOG- CENG-00409531 – GOOG-CENG-00409534, GOOG-CENG-00479526 – GOOG-CENG- 00479527, GOOG-CENG-00479529 – GOOG-CENG-00479530, and GOOG-CENG-00620171 – GOOG-CENG-00620173, Google will also present a witness to |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | how Google uses data it obtains from conversion tracking to inform Google's practices or to improve its products and services. | GOOG-CENG-00479530, and GOOG-CENG-00620171 – GOOG-CENG-00620173. Google will not otherwise produce a corporate witness in response to Topic 33. | | | testify at a high-level regarding how conversion tracking is accomplished, what merchants must do in order to utilize conversion tracking, the features or services on Google Shopping for which the use of conversion tracking is required, Google's general tracking of whether merchants utilize conversion tracking, and the use of conversion tracking data, if any, to inform Google's automated bidding feature. |
| 36(d), (f), and (k) | The following documents, including the general subject of this data, the meaning of each data field, and the method used to retrieve the data . . .<br><br>d. GOOG-CENG-00419903 (Please see Topic 11, supra) . . .<br><br>f. GOOG-CENG-00416948 . . .<br><br>k. GOOG-CENG-00416904 . . .<br><br>n. GOOG-CENG-00429457 . . . . | Google will not produce a corporate witness to testify in response to this Topic beyond the scope of what Google has agreed to provide in response to Topic Nos. 10, 20, 39, 51, and 59. For the avoidance of doubt, Google will not present a witness to testify regarding the meaning of each data field included in the documents listed in this Topic. Google also will not present a witness to testify regarding "the method used to retrieve the data" including in the documents listed in this Topic as this would constitute impermissible discovery on discovery. Google will not | (d) - please see Topic 11, *supra*.<br><br>(f) – Google has objected to providing corporate testimony on the "█████████ ng on this document) on relevance grounds.<br><br>(k) - We understand that this is a document collected from Cognizant's Google Drive. Google will not provide 30(b)(6) testimony on it. | (d) – please see Topic 11, *supra*.<br><br>(f) – Google must present a witness concerning this document.<br><br>(k) – Google must present a witness concerning this topic. | With respect to subpart (d), Google has made the following compromise offer, which remains pending: Google will agree to present a witness to testify, at a high-level, regarding Google's practice for responding to duplicate DMCA notices and the data reflected in GOOG-CENG-00419903. Google will not agree to prepare its witness on "the method used to retrieve the data" in GOOG-CENG-00419903. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | | otherwise produce a corporate witness in response to Topic No. 36. | | | |
| 38 | The nature and context of the below issues, including Google's discovery of, attempts to address, and results of attempting to address, these issues:<br><br>a. "██████████" of previously suspended merchants, including as described at GOOG-CENG-00426035, -6038, -6068;<br><br>b. "██████████" of Ebook Sellers (e.g., GOOG-CENG-00426035). | Google is willing to meet and confer with Plaintiffs to determine whether a corporate witness on sub-part (b) of Topic No. 38 can be provided.<br><br>Google will not produce a corporate witness in response to sub-part (a) of Topic No. 38. | Plaintiffs stated that "Google maintained its position in its written response with respect to Topic 38(a). Google did not agree to present a witness on Topic 38(b)." Dkt. 985-1. This is inaccurate. Google agreed to present a corporate witness to testify regarding Google's efforts to address specific concerns raised by rightsholders that ebooks were being ██████ after the ebook ban, reflected at GOOG-CENG-00000002, went into effect. 2026.04.24 Latham Email | Google must produce a witness on this topic. | As noted in the fourth column, Google has agreed to present a corporate witness to testify regarding Google's efforts to address specific concerns raised by rightsholders that ebooks were being ██████ after the ebook ban, reflected at GOOG-CENG-00000002, went into effect. 2026.04.24 Latham Email. |
| 41 | Google's automated bidding feature, including generally how the feature works, and generally the data used to facilitate it, including any tracking or recordkeeping Google performs that would show the rankings of bids for each auction of each Shopping Ad, including the use of historical bid information to | Google will present a witness to testify at a high-level regarding how Google's automated bidding feature generally works, but only insofar as that feature relates to Shopping ads. Google will not otherwise produce a corporate witness in response to Topic | N/A | Google must produce a witness on this topic. | The parties have reached the following compromise: As part of Google agreeing to present a witness to testify at a high-level regarding how Google's automated bidding feature generally works insofar as that feature relates to Shopping ads, that witness will be prepared to discuss the general types of data used for that feature. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | facilitate Google's automated bidding feature. | No. 41. | | | |
| 42 | The total yearly revenue Google LLC generated from January 2020 through the present. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on this topic. | |
| 44 | Google's generation of revenue from Shopping Ads from January 2020 through March 2025, including but not limited to:<br><br>a. How Google generates revenue from the "auction" process by which Shopping Ads Merchants bid for Shopping Ads impressions and placement positions (including generally how the auction process works and generally how the price of an ad is determined);<br><br>b. How Google generates revenue from users' clicks on Shopping Ads;<br><br>c. How Google generates revenue from the use, or sale, of information gathered about users | Google will present a witness to testify regarding (i) the mechanics of how Google generates revenue from Shopping Ads, and (ii) the revenue data produced by Google in this Action, as reflected in GOOG-CENG-00419901 and GOOG-CENG-00479531. For the avoidance of doubt, Google will not present a witness to testify regarding "how this data was retrieved" as this would constitute impermissible discovery on discovery. Google will not otherwise produce a corporate witness in response to Topic No. 44. | Google will present Ms. Fine to testify regarding (i) the mechanics of how Google generates revenue from Shopping Ads, and (ii) the revenue data produced by Google in this Action, as reflected in GOOG-CENG-00419901 and GOOG-CENG-00479531.<br><br>Google will also agree to present Ms. Fine to testify regarding the revenue data reflected in GOOG-CENG-00404298 and GOOG-CENG-00479528.<br><br>Google will not otherwise produce a corporate witness in response to Topic 44. | Google must produce a witness to testify on how Google generates revenue from information it gathers from Shopping Ads, and on the revenue spreadsheets Google produced at GOOG-CENG-00419904, GOOG-CENG-00620174. | Google provided the following compromise offer to Plaintiffs, which remains pending: In addition to presenting a witness to testify regarding (i) the mechanics of how Google generates revenue from Shopping Ads, and (ii) the revenue data produced by Google in this Action, as reflected in GOOG-CENG-00419901 and GOOG-CENG-00479531, Google will also agree to present a witness to testify regarding the revenue data produced in GOOG-CENG-00419904 and GOOG CENG 00620174. For the avoidance of doubt, Google will not present a witness to testify regarding "how this data was retrieved" as Plaintiffs have not demonstrated a basis to obtain this discovery on discovery. Google further clarified that its witness will be prepared to testify about the data in the six spreadsheets at the same level that Plaintiffs' witnesses were familiar with the spreadsheet data they were designated to testify about. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | who click on Shopping Ads; <br><br> d. The total revenue Google generated from Shopping Ads, including through the channels described in subparts (a), (b), (c) of this Topic; <br><br> e. The total revenue Google earned from the 1,500 Pirate Websites, and all Google accounts associated with or connected to the same, including through which channels such revenue was earned; <br><br> f. Google's revenue data (including GOOG-CENG-00419901, GOOG-CENG- 00404298, GOOG-CENG-00419904, GOOG-CENG-00479528), including an understanding of how this data was retrieved. | | | | |
| 45 | Google's expenses associated withaddressing Ebooks Piracy and other forms of piracy that occurs by means of Google's services, e.g., including, but not limited to: operations of Google's Trust & Safety department in relation to | Google will present a witness to testify regarding Google's general efforts to combat ebook piracy, specifically copyright and trademark infringement, on the Shopping platform, including the high level role of | N/A | Google must produce a witness to testify on Google's expenses associated with its anti-copyright infringement program on its Shopping platform, including expenses associated with addressing ebooks piracy. | |

14

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | Google Shopping, or third-party vendors in relation to Processing Infringement Notices. | Google's Trust & Safety team and vendors in connection with these efforts. | | | |
| 49 | Google's Auction Insight Reports (see, e.g., "Use Auction insights to compare performance, available at https://support.google.com/google ads/answer/2579754?hl=en (last visited Jan. 30, 2026), including the fields listed in the reports, generally how Google determines which competitors to include in the reports, generally how the statistics in the reports (e.g., impression share, outrank share, and overlap rate) are calculated, the extent to which these categories are measured differently for different businesses, and Google's retention of auction insights data and use of such data in its connection with its customer relationships. | Google will not produce a corporate witness in response to this Topic. | N/A | Google must produce a witness on this topic. | |
| 51 | Google's awareness of the nature, extent, cause, trend, financial impact, impact on Shopping Ads Merchants, and impact on copyright owners and trademark owners, of the Ebooks Piracy | Google will present a witness to testify about information or feedback Google received, if any, from Plaintiffs, their representatives or agents, or the Association of American | Google will present Ms. Fine to testify about information or feedback Google received, if any, from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding the | Google must produce a witness to testify on the entirety of Topic 51, which includes information and feedback Google received from Pearson regarding the ebook ban and ebook piracy, and other parties including VitalSource. To the extent Google has | |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | occurring on Google Shopping; this includes Google's awareness of relevant market research, studies, surveys, reports and/or analyses. | Publishers regarding the high level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. Google will not otherwise produce a corporate witness in response to Topic 51. | high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. Google will not agree to prepare Ms. Fine to testify on behalf of Google about information or feedback Google received, if any, from Pearson regarding the high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. However, to the extent Ms. Fine is copied on contemporaneous communications with Pearson, Plaintiffs are free to question her in her individual capacity. Google will not otherwise produce a corporate witness in response to Topic 51. | studies concerning, e.g., the financial impact of the ebook ban on Shopping Ads merchants, the witness must be prepared to testify on those, and the reports and analyses that had been produced regarding the ebook ban, including GOOG-CENG-00416832 (Google's estimate of the revenue impact on Google that the ebook ban would cause). | |
| 56 | To the extent not covered by Topic No. 55, Google's "Business Operations Verification Process," including as described at https://www.youtube.com/watch?v=I6tB4bP5OzQ, and including the circumstances under which merchants or other Google accountholders are required or invited to complete the process, | Google will not produce a corporate witness in response to this Topic. | N/A | Google must present a witness on this topic. | |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | and how the process relates to the verification reflected in GOOG-CENG-00419904. | | | | |
| 59 | The features and implementation of Google's Ebooks Ban, including:<br><br>a. The development of the Ebooks Ban;<br><br>b. The purpose of, and any rationale underlying, the Ebooks Ban;<br><br>c. Google's assessment of the effectiveness the Ebooks Ban, and its impact on users affected by Ebooks Piracy;<br><br>d. Google's assessment of the Ebooks Ban's financial impact on Google, and its financial impact on copyrightholders and trademark-holders (including Plaintiffs) affected by Ebooks Piracy;<br><br>e. Google's communications with users concerning the Ebooks Ban;<br><br>f. All processes, procedures, and tools used to enforce the Ebooks | Google will present a witness to testify regarding:<br><br>a. The high-level rationale for Google's decision to prohibit ebooks and digital books on Shopping beginning on May 18, 2021;<br><br>b. The high-level information or feedback Google received from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding ebook piracy on the Shopping platform and regarding the ebook ban, as reflected in GOOG-CENG-00000002, to the extent not already covered in response to Topic No. 52;<br><br>c. Google's implementation of its ebook ban, as reflected in GOOG-CENG-00000002, including high-level information about Google's | Google will present testimony on subject matters called for in this topic except for the subject matter specified in subpart (d). | Google must produce a witness on subpart (d), including GOOG-CENG-00416832 (Google's estimate of the revenue impact on Google that the ebook ban would cause). | The parties have reached the following compromise: As part of Google agreeing to present a witness on Topic 48 to testify at a high-level regarding contemporaneous analysis, if any, of the revenue impact of the ebook ban, as reflected in GOOG-CENG-00000002, including as reflected in GOOGCENG-00426568, that witness will be prepared to discuss GOOG CENG 00416832. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
|  | Ban, including automated and manual tools, including but not limited to " █████████ " and " █████ "; and<br><br>g. Any increases in Ebooks Piracy following the Ebooks Ban. | efforts to check that ebooks were removed from the Shopping platform after the date of the ebook exit on May 18, 2021. For the avoidance of doubt, Google will not produce a corporate witness to testify regarding subpart (d) beyond the scope of what Google has agreed to provide in response to Topic Nos. 48 and 51. Google will not produce a corporate witness to testify regarding subparts (e), (f), and (g), except to the extent covered by the scope described in Google's response. |  |  |  |
| 60 | Google's policies, plans, or attempts to allow Paid Ads for digital books or Ebooks products after the implementation of the Ebooks Ban, and any reasoning for why and how each of these policies, plans, or attempts were modified, deprioritized, or cancelled. This includes, but is not limited to:<br><br>a. The plan to " █████████ ██████████ "; | Google will not produce a corporate witness. | Google will present testimony on subject matters called for in subpart (a). | Google must produce a witness on subparts (b) and (c). |  |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | as described in GOOG- CENG-00426568 at -6569; <br><br> b. The "▮▮▮▮▮" project; and <br><br> c. The Beta Program, including Google's decision not to allow Plaintiffs to participate in the Beta Program. | | | | |
| 61 | Google's enforcement against fraud and piracy on Google Shopping, including Google's "▮▮▮" working group and Google's enforcement efforts against fraud and piracy in light of the Ebooks Ban. See GOOG-CENG-00474324 at -4328 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"). | Google will present a witness to testify regarding Google's high-level efforts to enforce against fraud and piracy in connection with the ebook ban, as reflected in GOOG-CENG-00000002, on the Shopping platform. For the avoidance of doubt, Google will not produce a witness to testify specifically about the ▮▮▮ working group described in GOOG-CENG-00474324 at -4328, except to the extent covered by the scope described in Google's response. Google will not otherwise produce a corporate witness in response to Topic No. 61. | N/A | Google must produce a witness to testify on what it did once it discovered that ebook pirates were operating across other verticals, and what it did about these pirates after transitioning this enforcement to "▮▮▮," as discussed in GOOG-CENG-00474324 at -4328 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮). | Google already agreed to prepare a witness to provide testimony regarding its implementation of the Ebooks Ban. To the extent that that implementation included merchants who were part of a network of bad actors, Google's witness will be prepared to address this. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| 62 | The tools, databases, and email distribution lists or "listservs" used by Google employees or any third party vendor personnel to communicate about issues relevant to this case, including any written or unwritten policy, practice, manual, guidance, or procedure concerning the use of these tools and the functionalities and lists of participants in each listserv. The tools include, but are not necessarily limited to, emails, Google Chat messages, text messages, Google Hangouts, Google Talk ███████ ██████████, LR Manual Strike spreadsheet or any relevant trix, and the Buganizer. The listservs include, but are not necessarily limited to, ████████████ | Google will not produce a corporate witness. | N/A | Google must produce a witness on shopping-dmca@google.com; lrmonetized@google.com; ███████████████ | |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | ███████████ shopping-dmca@google.com; lrmonetized@google.com; ██████████. For purposes of this Topic, issues relevant to this case include (i) Ebooks Piracy; (ii) Infringement Notices; (iii) whether to apply account restriction, suspend, terminate, reinstate or reactivate a Merchant Center account or other accounts associated with a given individual or entity; (iv) and the formulation, review, implementation, and assessment of any DMCA Policy. | | | | |
| 63 | Google's document retention policies effective during the period of January 2020 through March 2025, including with respect to any communications, data/databases, documents, tools, and listservs pertinent to this case. This | Google will not produce a corporate witness. | Google agrees to present a witness to testify regarding the general process by which ████████ ████████████████. Google will not otherwise present a | Google must present a witness to testify concerning the basic features of Google's document retention policies (GOOG-CENG-00622316, GOOG-CENG-00430067, GOOG-CENG-00622310, GOOG-CENG-00622325, GOOG-CENG-00622327, | |

21

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | includes:<br><br>a. The circumstances under which data showing the ads that a merchant initiated will be deleted. See, e.g., 25.07.08 Latham Email ███████████); 25.06.19 Latham Email; 25.05.07 Latham Email;<br><br>b. The circumstances under which merchant account data (including records of which Merchant Center accounts were associated with which domains) will be deleted; and<br><br>c. Whether any Merchant Center account data or Ads account data was retained or placed on a litigation hold in connection with this Action. | | witness on Topic 63. | GOOG-CENG-00622329) and on Topic 63(b). Google has agreed to produce a witness on Topic 63(a). Plaintiffs do not seek relief on Topic 63(c). | |
| 70 | The purpose and functionalities of, and all the ways in which Google uses, Google's internal tool referenced as "███████" | Google will not produce a corporate witness to testify to this Topic beyond the scope of what Google has agreed to | N/A | Google must produce a witness to testify on whether and how, in connection with implementing Google's Trademark Policy or DMCA Policy, Google uses the internal | Google has already provided a witness who has testified on the assessment of notices received by Google's Trademark and Counterfeit teams and what process follows the receipt of a notice. |

Exhibit A - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Google 04/21/2026 Written Response | Compromises Made By Google To Resolve Disputes[1] | Plaintiffs' Requested Relief | Additional Testimony, for Context, That Google Has Provided, Agreed to Provide, or Offered to Provide |
|---|---|---|---|---|---|
| | in GOOG-CENG-00412515 at -2515 described as a tool "█████████████ ██████████", id., and/or Google's internal tool referenced as █████ in GOOG-CENG-00412589 at –2590, if and to the extent different from "████████" referenced in GOOG-CENG-00412515 at -2515, in connection with the implementation of any Trademark Policy or DMCA Policy. | provide in response to Topic No. 67 regarding Google's implementation of its trademark and counterfeit policies for Shopping and its efforts to combat trademark infringement on the Shopping platform specifically related to ebooks. | | tool referenced as "██████████" in GOOG-CENG-00412515 at -2515 described as a tool █████████████████", id., and on Google's internal tool referenced as "████ ██████████" in GOOG-CENG-00412589 at -2590. | |

23