# EXHIBIT B
# [Redacted Version of Document Filed Under Seal]

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

**Google's Current Responses to Plaintiffs' January 30, 2026 Rule 30(b)(6) Notice**

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 1 | The members and function of all teams within Google responsible for Google Shopping as it pertains to the Ebooks Ban; Your DMCA Policy, Copyright Policy, and Trademark Policy; and Processing Infringement Notices, including: ███████████████████████ ), Sales, ,Strategic Partnerships, Trademark, Trust & Safety, , and the team "primarily responsible for implementing policy enforcement on the Google Shopping Platform," (Dkt. 59, ¶ 2). | **Agree to Provide Testimony** | Google will present a witness to testify about the persons at Google who held primary responsibility for designing and implementing Google's DMCA Policy for Shopping, as reflected in GOOG-CENG-00000685, and trademark policy, as reflected in GOOG-CENG-00000372 and GOOG-CENG-00000074. | No |
| 2 | The major features and functionalities of Google Shopping, including the evolution of and significant changes to the platform from January 2020 to March 2025. | **Meet and Confer** | Google is willing to meet and confer with Plaintiffs to determine whether this Topic can be amended or narrowed such that a corporate witness on this Topic can be provided. | No |
| 3 | The major features and functionalities of Google Ads, including the relations and distinctions between Google Ads and Google Shopping from January 2020 to March 2025. | **Meet and Confer** | Google is willing to meet and confer with Plaintiffs to determine whether this Topic can be amended or narrowed such that a corporate witness on this Topic can be provided. | No |
| 4 | The relationship and distinctions between Google Search and Google Shopping from January 2020 to March 2025. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |
| 5 | The terminology Google uses as related to its DMCA Policy or Copyright Policy, including the meaning of the following terms (or alternative forms or conjugations of these terms): "suspend"; "account suspension"; "terminate"; "delist"; "deindex"; "disable"; | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 10, Google has clarified that its witness will be prepared to cover the specific terms used in Google's DMCA policy, as reflected at GOOG-CENG-00000685. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | "account holder"; "Domain Status" (see, e.g., GOOG-CENG-00461806. ██████████████████ "merchant account"; "merchant shopping account"; ██████; "remove"; "strike"; ████████████; and "zero strike". | | | |
| 6 | The extent to which a merchant's status as a/an ██████████████████; the merchant's volume of advertisements on Google; or other features or aspects of the merchant's value or revenue to Google are considered in determining whether to suspend, terminate, or take other action as to the merchant, including whether such status results in escalation of matters related to the account. | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 10, Google has clarified that its witness will be prepared to cover the meaning of "███████████████" in connection with Topic 10 and the general implementation of its DMCA Policy. | No |
| 7 | Google's policies, practices, procedures, processes, or other efforts concerning identifying and/or taking action with respect to any Shopping Ads Merchants or their Google accounts who run Shopping Ads or otherwise use Google Shopping in a manner that violates one or more Google policies, including Your DMCA Policy, Copyright Policy, or Trademark Policy. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |
| 8 | Google's policies, practices, procedures, processes, or other efforts concerning identifying and/or taking action with respect to the ████████████████████████ " outside the Shopping platform, including as referenced in GOOG-CENG-00474324 at -4328. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |

2

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 9 | Google's policies, practices, procedures, processes, or other efforts concerning identifying and/or taking action with respect to:<br><br>a. Identifying " ███ " and/or " ███ " (see, e.g., GOOG-CENG-00419029 at -9029);<br><br>b. Identifying " ███ " and the " ██████ " (see, e.g., Google's "Legal Removals Copyright Strike Policy for Google Ads & Shopping", GOOGCENG-00000688, GOOG-CENG-00441738, GOOG-CENG-00408671 at -8671). | **Object** | Google will not produce a corporate witness in response to this Topic. | Yes |
| 10 | Any DMCA Policy in effect during the period from January 2020 to October 2025, including any DMCA Policy involving "zero strike" or "Shopping Zero Strike Tab of the Trix" as referenced in GOOG-CENG-00415345 and GOOG-CENG-00415327, and/or involving " ███ " as referenced in GOOG-CENG-00441738, and including but not limited to with respect to the following:<br><br>a. The month and year that Google adopted and implemented each DMCA Policy;<br><br>b. When and how Google informed its users of each DMCA Policy, including pursuant to 17 U.S.C. § 512(i)(A);<br><br>c. To the extent not addressed under Topic Nos. 5 and 6, the definitions of terms set forth in each DMCA Policy; including, for the DMCA Policy described in GOOG-CENG-00000758 at -0758, what it means for " ██████ ";<br><br>d. To the extent not addressed under Topic Nos. 5 and 6, under each DMCA Policy, the scope and effect of account restriction, | **Agree to Provide Testimony** | Google will present a witness to testify, at a high-level, regarding Google's implementation of its DMCA Policy for Shopping, as reflected at GOOG-CENG-00000685.<br><br>As part of its agreement to present a witness to testify, at a high-level, regarding Google's implementation of its DMCA Policy for Shopping, Google has clarified that the witness will be prepared to cover: specific terms used in the DMCA policy, the LR Manual Strike Spreadsheet, whether Google checks landing pages during review of DMCA notices, the process for escalating potential suspensions as reflected in the DMCA policy, and reactivations and reinstatements under the DMCA policy. | Yes |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | suspension, or termination as applicable, including whether the DMCA Policy restricts, suspends, or terminates any Merchant Center accounts, Google Ads accounts, or other Google accounts currently or previously associated with the same Shopping Ads Merchant; <br><br> e. How each DMCA Policy operates on a step-by-step basis, and any rationale underlying each step, including how ████████ ████████████████████ (GOOG-CENG-00439752.C, and all prior versions (GOOG-CENG-00439609 through GOOG-CENG-00439618) and GOOG-CENG-00000761), how suspensions are initiated and by whom, how long it takes for the suspension to come into effect once initiated, the personnel that approves or oversees the suspension, how any exceptions (e.g., with respect to ████████████████) are evaluated and applied, how suspended accounts are reinstated/reactivated, and the role of Google's in-house counsel in each step; <br><br> f. Any criteria, requirements, or considerations Google analyzed when it reviewed an account for suspension and the rationale for those considerations, including considerations of the revenue Google derived from specific Shopping Ads Merchants as described in GOOG-CENG-00441738 below "████████████ ███"; <br><br> g. Whether and to what extent Google's DMCA Policy, or other policies, practices, procedures, or processes concerning Merchant Center account or Google Ads account suspension or termination, included efforts to determine whether specific Merchant Center accounts or Google Ads accounts are owned or controlled by a common account holder; <br><br> h. How Google determines whether an Infringement Notice "abuses" | | | |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | the DMCA Process and how Google responds to such Infringement Notices, including any circumstances where the same notice-sender sends two or more Infringement Notices concerning the same URL for a landing page to which a Shopping Ad links, as described in Dkt. 38 ¶ 110, PL0000188745, PL0000188757, and PL0000188783; <br><br> i. The data contained in GOOG-CENG-00429457, and the meaning of all fields contained therein; <br><br> j. Google's rationale(s) underlying the deprecation or modification of each previous DMCA Policy in favor of each new DMCA Policy during the stated time period." | | | |
| 11 | Any practice of Google responding to Infringement Notices by warning the sender of the notice not to send duplicate notices, i.e., a notice naming the same landing page URLs as a previous notice from the same sender. GOOG-CENG-00429452; This includes any data Google produced concerning its sending of such responses, including GOOG-CENG-00419903. | **Agree to Provide Testimony** | Google provided the following compromise offer to Plaintiffs: Google will present a witness to testify, at a high-level, regarding Google's practice for responding to duplicate DMCA notices and the data reflected in GOOG-CENG-00419903. | Yes (compromise offer pending) |
| 12 | The factual basis for any argument or defense Google intends to raise regarding "fraudulent" Infringement Notices, i.e., Google's receipt of Infringement Notices that Google suspects or claims may have been sent to Google by someone other than the rightsholder (or authorized representative of the rightsholder) named in the notice. See, e.g., Google LLC v. Nguyen Van Duc et al., 5:23-cv-05824, Dkt. 1 ¶¶ 31–33, 38 (N.D. Cal.) (Nov. 13, 2023). | **Object** | Google will not produce a corporate witness in response to this Topic. Google has clarified that Google's receipt of "fraudulent" infringement notices is a defense that Google does not intend to raise in this Action. | No |
| 13 | In instances where Google did not apply a DMCA Policy to an Infringement Notice: | **Object** | Google will not produce a corporate witness in response to this Topic. | Yes |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | a. Whether and how Google applied any different policy, practice, procedure, or process concerning Google's obligations under, intended compliance with, or efforts to qualify for a safe-harbor defense under the DMCA, intended for another Google platform; and<br><br>b. Whether that Infringement Notice resulted in a delisting of the noticed Shopping Ad and/or the restriction, suspension or termination of a Merchant Center account, including the notices listed in the spreadsheet titled "███████████ ████████████" that have a value other than "██████" in the "██████" field. | | | |
| 14 | The circumstances under which Google will review or check the landing page to which a Shopping Ad links for compliance with Google policies, including when and how such a review is conducted, and whether and where the results are recorded. | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 10, Google has clarified that its witness will be prepared to provide general testimony on whether Google checks landing pages during review of DMCA notices.<br><br>As part of its agreement to present a witness to testify in response to Topic 55, Google has clarified that its witness will be prepared to provide general testimony on Google's URL verification process. | No |
| 15 | Any differences between the scope and effect of a "██████," a "████████," and a "████████," as differentiated in, for example, GOOG-CENG-00466043 at -6048 (reference to "████████"), -6053 (reference to "████████"), and -6055 (reference to "██████"). | **Agree to Provide Testimony** | To the extent not already covered by Topic 10, Google will agree to present a witness to testify generally regarding the distinction between "██████," "████████" and ████████." | No |
| 16 | Google's adoption(s) of intellectual property-related policies for the advertisement or sale of Ebooks, as well as Google's rationales and considerations underlying such adoption(s), for Google platforms | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 59, Google has clarified that its witness will be prepared to provide general | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | other than Google Shopping, including:<br><br>a. "█████████████████████, as described in GOOG-CENG-00468131 at -8132;<br><br>b. The policy adopted for Google Play, whereby █████████████████," as described in GOOG-CENG-00407052 at -7052–53. | | testimony on Google's decision to continue allowing free listings for eBooks while imposing a ban on Paid Ads for eBooks. | |
| 17 | The Repeat Infringer Policies for Google platforms other than Google Shopping, and Google's considerations and rationales underlying its adoption of these Repeat Infringer Policies, including how and why they differ from those adopted for Google Shopping. See, e.g., GOOG- CENG-00431947 (referencing policies for other platforms); GOOG-CENG-00433652. | Object | Google will not produce a corporate witness in response to this Topic. | No |
| 18 | Whether and how account restriction, suspension, reactivation/reinstatement or termination of a user pursuant to Repeat Infringer Policies for Google platforms other than Google Shopping affect the Merchant Center account(s) associated with that same user. | Object | Google will not produce a corporate witness in response to this Topic. | Yes |

7

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 19 | Google's policies, practices, procedures, or processes, and the implementation of such policies, practices, procedures, or processes, for responding to Infringement Notices or other complaints regarding a Shopping Ad or a Shopping Ads Merchant that implicate Google's DMCA Policy or Copyright Policy in instances also involving other alleged violations of Google's policies, practices, procedures, or processes, including violation of any Trademark Policy. This includes the use of automated tools or systems, or any tools or systems involving artificial intelligence and machine learning. | **Refer Plaintiffs to Another Topic** | Google will not produce a corporate witness in response to this Topic beyond the scope of what Google has agreed to provide in response to Topic Nos. 1, 10, 34, 50, and 67. | No |
| 20 | Google's policies, practices, procedures, or processes for applying account restriction, suspension, or termination to Merchant Center accounts or other accounts associated with Shopping Ads Merchants for reasons other than violation of any DMCA Policy, including for violation of other Google's policies, practices, procedures, or processes, including a Shopping Ads Merchant's failure to timely pay Google, or for any reasons reflected in, e.g., GOOG-CENG-00439755. This includes the use of automated tools or systems, or any tools or systems involving artificial intelligence and machine learning. | **Agree to Provide Testimony** | Google will present a witness to testify generally regarding the content of GOOG-CENG-00439755. | No |
| 21 | Google's policies, practices, procedures, or processes concerning the internal "escalation" of complaints from copyright-holders and trademark-holders concerning Google's responses (or a lack thereof) to Infringement Notices, including escalations between lower-level and higher-level Google personnel (such as full time employees ("FTEs") or executives) and collaboration between or consultations among personnel from Google's Engineering, Trust & Safety, Legal, ███████████████████████, Strategic Partnerships, and Sales departments, as referenced in, e.g., GOOG- | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 10, Google has clarified that its witness will be prepared to provide general testimony on Google's process for escalating potential suspensions, as reflected in Google's DMCA Policy at GOOG-CENG-00000685. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | CENG-00405296 at -5329. This includes:<br><br>a. Escalations that occur " ███████████ ", as referenced in, e.g., GOOG-CENG-00000683 at -0687 ( ████████████████ ");<br><br>b. Escalation of complaints to or from higher-level Google personnel, specifically including managers, directors, and vice presidents (see e.g., GOOG-CENG-00405333 at -5335);<br><br>c. Escalations of Infringement Notices for instances of suspicious activity; and<br><br>d. The purpose and use of the "████" (see, e.g., GOOG-CENG-00429643 at -9644). | | | |
| 22 | Google's policies, procedures, practices, or processes concerning the reinstatements and reactivations of accounts that were suspended or terminated for copyright infringement, including the criteria Google used to determine whether a suspended or terminated website or account should be reinstated or reactivated. This includes data Google produced concerning reactivations, reinstatements, including GOOG-CENG-00419910 and GOOG-CENG-00439756, including which category(ies) in column A in GOOG-CENG-00419910 relate to copyright infringement. | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 10, Google has clarified that its witness will be prepared to provide general testimony on Google's process for reinstating accounts that were suspended or terminated for copyright infringement pursuant to Google's DMCA Policy at GOOG-CENG-00000685. | No |
| 23 | Google's data concerning its overall DMCA program (i.e., not limited to the 1,500 Pirate Websites) including data contained in GOOG-CENG-00419902, GOOG-CENG-00419903, GOOG-CENG-00419905, GOOG-CENG-00439755, and data that | **Object / Refer Plaintiffs to Another Topic** | Google will not produce a corporate witness in response to this Topic.<br><br>However, Google has agreed to present a witness to testify generally | Yes |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | Google will produce subsequently, including in accordance with Dkts. 472 and 510 ¶ 5 by March 6, 2026. | | regarding the content of GOOG-CENG-00439755 in response to Topic 20. | |
| 24 | The number and circumstances of any terminations (as opposed to suspensions) of Shopping Ads merchants or accounts pursuant to Google's DMCA Policy. | **Object / Refer Plaintiffs to Another Topic** | Google will not produce a corporate witness in response to this Topic. However, Google has clarified that, in response to Topic 10, its witness will be prepared to explain the meaning of "suspension" in Google's DMCA policy. | No |
| 25 | The meaning of any designation or description of a website, domain, Merchant Center account, or Google Ads account as ▮▮▮▮▮ ▮▮▮▮▮▮▮▮," including the actions that can be taken or consequences that can result from such a designation or description. This includes any actions taken as a result of a "▮▮▮▮▮" designation (as referenced in, e.g., GOOG-CENG-00388352, "▮▮▮▮▮▮▮▮▮") or designation of the 1,500 Pirate Websites, and the data contained in GOOG-CENG-00000757 ("▮▮▮▮"). | **Refer Plaintiffs to Another Topic** | As part of its agreement to present a witness to testify in response to Topic 10, Google has clarified that its witness will be prepared to cover the specific terms used in Google's DMCA policy, as reflected at GOOG-CENG-00000685 (including "▮▮▮▮▮▮▮▮"). As part of its agreement to present a witness to testify in response to Topic 26, Google's witness will be prepared to cover the term "▮▮▮▮▮." | Yes |
| 26 | The meaning of any designation or description of a Pirate Website or Merchant Center account or Ads account as "▮▮▮▮▮" (as referenced in, e.g., GOOG-CENG-00388352, "▮▮▮▮▮▮"), including the actions that can be taken or consequences that can result from such a designation or description, and including any actions taken as a result of a ▮▮▮▮▮" designation or description of the 1,500 Pirate Websites. | **Agree to Provide Testimony** | Google will present a witness to testify at a high-level regarding the general meaning of the term "▮▮▮▮▮" to describe merchant center accounts. | No |
| 27 | Google's ▮▮▮▮ tool/interface/database, including all ▮▮▮▮ fields and signals and how these fields are retrieved, evaluated and used (e.g., ▮▮▮▮▮▮ | **Object** | Google will not produce a corporate witness in response to this Topic. | Yes |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | ▉▉▉▉▉ etc.), and including any reviews, assessments, or evaluations that are evaluated within or with respect to Gearloose, as shown in, e.g., any "▉▉▉▉▉" and "▉▉▉▉▉" as described in GOOG-CENG- 00605191. | | | |
| 28 | The nature and categories of ▉▉▉ data and analyses concerning the 1,500 Pirate Websites and whether it was used to take any action concerning their Merchant Center accounts, Google Ads accounts, or Shopping Ads that link to their websites. | Object | Google will not produce a corporate witness in response to this Topic. | Yes |
| 29 | Data concerning Merchant Center accounts, Shopping Ads Merchants, and/or Shopping Ads that Google determined were implicated by Plaintiffs' Infringement Notices, including the meaning of the data fields contained in the following files, the sources of this data, and Google's methodology and process for locating and producing it. This includes:<br><br>a. The Merchant Account Data, including Christophe Weibel's claims in Dkt. 59, and GOOG-CENG-00404297;<br><br>b. The Offer Data and the Ads Data, including:<br><br>i. The meaning of all field names (e.g., ▉▉▉▉▉");<br><br>ii. The meaning of the file names contained in this data (e.g., "▉▉▉▉" (GOOG-CENG-00479526) versus "▉▉▉▉" (GOOG-CENG- 00479529)); | Agree to Provide Testimony | Google will present a corporate witness to testify generally regarding:<br><br>(a) The content of the Declaration of Christophe Weibel (Dkt. 59) and GOOG-CENG-00404297;<br><br>(b) The content of the offer data and impression and conversion data produced by Google regarding the merchant center accounts connected to the 1500 at-issue domains. For the avoidance of doubt, Google will not present a witness to testify regarding the meaning of every field name, file name, or value included in the offer data and impression and conversion data. Google also will not present a witness to testify regarding how the data contained in these records is tracked by Google's systems (see sub-topic (b)(iv));<br><br>(c) The content of the notice and response data, including the notice and response data spreadsheets, that Google produced regarding the 1500 domains at issue.<br><br>(d) The content of the following spreadsheets: GOOG-CENG-00000703, GOOG-CENG-00392941, GOOG-CENG-00392942, | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | iii. The format of all values (e.g., values that list "█████" as 1,000,000); and<br><br>iv. Generally how the data contained in these records is tracked by Google's systems;<br><br>c. The Notice and Response Data, including the Notice and Response Data Spreadsheets. | | GOOG-CENG-00618604, and GOOG-CENG-00618605. For the avoidance of doubt, Google's witness will not be prepared to testify regarding the meaning of every field name, file name, or value in these spreadsheets.<br><br>For the avoidance of doubt, Google will not present a witness to testify regarding Google's methodology and process for locating and producing these data sets as that would constitute impermissible discovery on discovery. | |
| 30 | The "LR Manual Strike Spreadsheet" (GOOG-CENG-00439752.C, and all prior versions (GOOG-CENG-00439609 through GOOG-CENG-00439618) and GOOG-CENG-00000761), including the methodology by which it is compiled and maintained, whether Google's practice is to delete information from it, and the date through which each file was updated. | **Refer Plaintiffs to Another Topic** | Google will not produce a corporate witness in response to this Topic beyond the scope of what Google has agreed to provide in response to Topic No. 10. Google has clarified that, as part of its agreement to present a witness to testify in response to Topic 10, Google's witness will be prepared to provide general testimony on the LR Manual Strike Spreadsheet. | No |
| 31 | With respect to any DMCA Policy in effect during the period from January 2020 to October 2025:<br><br>a. The purpose, features, functions, and manners of use of any tools, databases, or programs used to implement the DMCA Policy (e.g., Buganizer, ████████████████ LR Manual Strike Spreadsheet, █████████ and "trix" as mentioned in Google's DMCA Policy);<br><br>b. The use of automation in implementing any part of the DMCA Policy or Processing Infringement Notices, including the use of automation in the decision to delist or not to delist any specific Shopping Ads;<br><br>c. The use of manual processes in implementing any part of the | **Object** | Google will not produce a corporate witness in response to this Topic. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | DMCA Policy or Processing Infringement Notices, including a description of the use of the LR Manual Strike Spreadsheet;<br><br>d. Google's use of third-party vendors to Process Infringement Notices, including the scope of such use; Google's provision of training, feedback, and supervision to third- party vendors and their employees; and Google's evaluation of such third-party vendors and their employees' performance, productivity, or effectiveness;<br><br>e. Description and role of all Google's personnel (including in-house counsel), in implementing any aspect of any DMCA Policy, including escalation of accounts and account reinstatements;<br><br>f. Google's process and timing for delisting the landing pages contained in Shopping Ads pursuant to any DMCA Policy; and<br><br>g. Whether any landing page delisted pursuant to any DMCA Policy is also delisted from or restricted on any other Google platform. | | | |
| 32 | The file GOOG-CENG-00441970 (which Plaintiffs understand to concern ██████████ ), including the meaning of each field in the "████" column, and how the entries included in this file were selected. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |
| 33 | Google's "conversion tracking" feature for Google Shopping, including generally how "conversion tracking" is accomplished, what merchants must do in order to utilize conversion tracing, any Google features or services for which use of "conversion tracking" is required, Google's tracking of whether merchants utilize conversion tracking, and generally how Google uses data it obtains from conversion tracking to inform Google's practices or to improve | **Agree to Provide Testimony** | Google will present a witness to testify generally regarding the types of "conversion tracking" available to Merchant Center accounts and the impression and conversion data Google produced at GOOG-CENG-00409531 – GOOG-CENG-00409534, GOOG-CENG-00479526 – GOOG-CENG-00479527, GOOG-CENG-00479529 – GOOG-CENG-00479530, and GOOG-CENG-00620171 – GOOG-CENG-00620173.<br><br>Google also provided the following compromise offer to Plaintiffs:  Google | Yes (compromise offer pending) |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | its products and services. | | will also offer to present a witness to testify at a high-level regarding how conversion tracking is accomplished, what merchants must do in order to utilize conversion tracking, the features or services on Google Shopping for which the use of conversion tracking is required, Google's general tracking of whether merchants utilize conversion tracking, and the use of conversion tracking data, if any, to inform Google's automated bidding feature. | |
| 34 | The Infringement Notices Google received from or on behalf of Plaintiffs, and Google's responses to and handling of such notices, including:<br><br>a. Communications between Google and Plaintiffs or any Plaintiff, or any representative or agent acting on behalf of any Plaintiff, concerning the Infringement Notices or copyright or trademark infringement;<br><br>b. The universe of Pirate Sellers identified in Infringement Notices Google received from or on behalf of Plaintiffs, including how Google identified those Pirate Sellers;<br><br>c. Infringement Notices Google received from third parties concerning the Pirate Sellers identified in Infringement Notices Google received from or on behalf of Plaintiffs;<br><br>d. Counternotices, appeals, or other objections that Google received from the Pirate Sellers concerning Infringement Notices from Plaintiffs or their agents or representatives, such as BCGuardian, LLC ("BCGuardian") or Covington & Burling LLP;<br><br>e. Any different treatment that Google applied to Infringement Notices received from or on behalf of Plaintiffs, i.e., treatment or responses that differed from Google's DMCA Policy. | **Agree to Provide Testimony** | Google will present a witness to testify, at a high level, regarding Google's processing of DMCA notices from Plaintiffs or their agents or representatives, to the extent not already covered by Google's response to other Topics, including Topic No. 10. | No |

14

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 35 | For each of the 1,500 Pirate Websites:<br><br>a. Google's communications with the operator of the website, email address for the website, or other contact for the website, such as those listed in the corresponding Merchant Center or Ads accounts;<br><br>b. Any sales representatives, account managers, account strategists, or other Google representatives assigned to or who otherwise worked with the Pirate Websites;<br><br>c. Any analyses, checks, evaluations, or other reviews Google conducted of the Pirate Website's Google accounts, including their Merchant Center and Ads accounts;<br><br>d. Any decision Google made to suspend (or not to suspend) or terminate (or not to terminate) any Google account connected to the Pirate Website;<br><br>e. Any instance in which a Google account of the Pirate Website was reinstated or reactivated after being suspended or terminated; and<br><br>f. Any instance in which Google determined that a Pirate Website was operating multiple Merchant Center accounts or multiple Ads accounts. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |
| 36 | The following documents, including the general subject of this data, the meaning of each data field, and the method used to retrieve the data:<br><br>a. GOOG-CENG-00419898<br><br>b. GOOG-CENG-00419899 | **Refer Plaintiffs to Another Topic** | Google will not produce a corporate witness to testify in response to this Topic beyond the scope of what Google has agreed to provide in response to Topic Nos. 10, 20, 39, 51, and 59. For the avoidance of doubt, Google will not present a witness to testify regarding the meaning of each data field included in the documents listed in this Topic. Google also will not present a witness to testify regarding "the method used to retrieve the data" including in the documents listed in this Topic as this would constitute impermissible | Yes (compromise offer pending for subpart (d)) |

15

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | c. GOOG-CENG-00419900<br><br>d. GOOG-CENG-00419903<br><br>e. GOOG-CENG-00599176; GOOG-CENG-00403546<br><br>f. GOOG-CENG-00416948<br><br>g. GOOG-CENG-00388170; GOOG-CENG-00388171<br><br>h. GOOG-CENG-00413050<br><br>i. GOOG-CENG-00416515<br><br>j. GOOG-CENG-00416832<br><br>k. GOOG-CENG-00416904<br><br>l. GOOG-CENG-00426565<br><br>m. GOOG-CENG-00404954<br><br>n. GOOG-CENG-00429457 | | discovery on discovery.<br><br>With respect to subpart (d), Google has also now agreed to present a witness to testify, at a high-level, regarding the data reflected in GOOG-CENG-00419903. But Google has not agreed to present a witness on "the method used to retrieve the data" in GOOG-CENG-00419903. | |
| 37 | For each of the Pirate Websites:<br><br>a. Any instance in which the site ███████████████ ███████████" (GOOG-CENG-00474324) and what product verticals they were involved in;<br><br>b. Any instance in which the site was identified as "████" and/or "████";<br><br>c. Any instance in which the site was identified as "████" or within the "████████████"; | **Object** | Google will not produce a corporate witness in response to this Topic. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | d. Any instance in which the site was within any "█████" or "█████", or was subject to a "█████████"; <br><br> e. Any instance in which the site was identified through Google's "█████" fraud and piracy prevention efforts; <br><br> f. Any instance in which the site was involved in any "████████ ██"; <br><br> g. Any instance in which the site was involved in any "█████"; <br><br> h. Any instance in which the sites were found to be selling prohibited products. | | | |
| 38 | The nature and context of the below issues, including Google's discovery of, attempts to address, and results of attempting to address, these issues: <br><br> a. "█████████" of previously suspended merchants, including as described at GOOG-CENG-00426035, -6038, -6068; <br><br> b. "█████████" of Ebook Sellers (e.g., GOOG-CENG-00426035). | **Agree to Provide Testimony** | Google will present a corporate witness to testify regarding Google's efforts to address specific concerns raised by rightsholders that ebooks were being ████████ after the ebook ban, reflected at GOOG-CENG-00000002, went into effect. | Yes |
| 39 | The creation, features, functionalities, and use of a Shopping Ads Merchant's Merchant Center account and Ads accounts, including: <br><br> a. How individuals or entities become Shopping Ads Merchants; <br><br> b. How specific domains become, or cease to be, associated with Merchant Center accounts; <br><br> c. The total number of Merchant Center accounts and Ads accounts | **Agree to Provide Testimony** | Google will present a corporate witness to testify generally regarding the process by which Merchant Center accounts are created, how domains are linked to Merchant Center accounts, and the basic relationships between Merchant Center accounts and between Merchant Center accounts and Ads accounts. <br><br> Google will also present a corporate witness to testify generally regarding | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | an individual or entity can open or maintain;<br><br>d. The relationship between Merchant Center accounts and Ads accounts;<br><br>e. Any relationships between multiple Merchant Center accounts;<br><br>f. The relationships between multiple Ads accounts;<br><br>g. The relationship between Merchant Center accounts, Ads accounts, and any other Google account a Shopping Ads Merchant may have;<br><br>h. Whether and how Google keeps track of the number of Merchant Center accounts and Ads accounts associated with any one individual or entity;<br><br>i. Communications and channels of communications between Shopping Ads Merchants and Google;<br><br>j. The roles and functionalities of Google personnel and teams involved in communicating with Shopping Ads Merchants;<br><br>k. The creation, purpose, functionalities, designation, and evaluation of ▮▮▮▮▮▮▮▮▮▮▮▮▮. | | the standard ways in which Google communicates with merchants. | |
| 40 | The creation, features, functionalities, and use of Shopping Ads, including:<br><br>a. The process by which a Shopping Ad is created, including how Google uses images, texts, and other data or "feeds" uploaded by Shopping Ads Merchants to create a Shopping Ad;<br><br>b. Generally, how Google targets particular users with Shopping | **Agree to Provide Testimony** | Google will present a witness to testify regarding sub-part (a) of Topic No. 40. Google will not produce a corporate witness in response to sub-parts (b)-(d) of Topic No. 40. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | Ads;<br><br>c. How Shopping Ads appear on platforms other than Google Shopping, as alluded to in Dkt. 252 ¶ 11 ("Shopping ads may appear on multiple Google platforms");<br><br>d. How Google determines the placement and order of Shopping Ads on the search engine results page, and on the Google Shopping results page. | | | |
| 41 | Google's automated bidding feature, including generally how the feature works, and generally the data used to facilitate it, including any tracking or recordkeeping Google performs that would show the rankings of bids for each auction of each Shopping Ad, including the use of historical bid information to facilitate Google's automated bidding feature. | **Agree to Provide Testimony** | Google will present a witness to testify at a high-level regarding how Google's automated bidding feature generally works, but only insofar as that feature relates to Shopping ads.<br><br>Google has also now clarified that, as part of this testimony, its witness will be prepared to discuss the general types of data used for the automated bidding feature. | Yes (resolved) |
| 42 | The total yearly revenue Google LLC generated from January 2020 through the present. | **Object** | Google will not produce a corporate witness in response to this Topic. | Yes |
| 43 | The total yearly revenue Google generated within Google Shopping from January 2020 through the present. | **Agree to Provide Testimony** | Google will present a witness to testify regarding (i) the general mechanics of how Google generates revenue from Shopping Ads, and (ii) the Shopping Ads revenue data produced by Google in this Action, as reflected in GOOG-CENG-00419901 and GOOG-CENG-00479531. | No |
| 44 | Google's generation of revenue from Shopping Ads from January 2020 through March 2025, including but not limited to:<br><br>a. How Google generates revenue from the "auction" process by which Shopping Ads Merchants bid for Shopping Ads impressions | **Agree to Provide Testimony** | Google will present a witness to testify regarding (i) the mechanics of how Google generates revenue from Shopping Ads, and (ii) the revenue data produced by Google in this Action, as reflected in GOOGCENG-00419901 and GOOG-CENG-00479531. Google will also agree to present a witness | Yes (compromise offer pending) |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | and placement positions (including generally how the auction process works and generally how the price of an ad is determined); <br><br> b. How Google generates revenue from users' clicks on Shopping Ads; <br><br> c. How Google generates revenue from the use, or sale, of information gathered about users who click on Shopping Ads; <br><br> d. The total revenue Google generated from Shopping Ads, including through the channels described in subparts (a), (b), (c) of this Topic; <br><br> e. The total revenue Google earned from the 1,500 Pirate Websites, and all Google accounts associated with or connected to the same, including through which channels such revenue was earned; <br><br> f. Google's revenue data (including GOOG-CENG-00419901, GOOG-CENG- 00404298, GOOG-CENG-00419904, <br><br> GOOG-CENG-00479528), including an understanding of how this data was retrieved. | | to testify regarding the revenue data reflected in GOOG-CENG- 00404298 and GOOG-CENG-00479528. <br><br> Google also provided the following compromise offer to Plaintiffs: Google will also agree to present a witness to testify regarding the revenue data produced in GOOG-CENG-00419904 and GOOG-CENG-00620174. For the avoidance of doubt, Google will not present a witness to testify regarding "how this data was retrieved" as Plaintiffs have not demonstrated a basis to obtain this discovery on discovery. Google further clarified that its witness will be prepared to testify about the data in the six spreadsheets at the same level that Plaintiffs' witnesses were familiar with the spreadsheet data they were designated to testify about. | |
| 45 | Google's expenses associated with addressing Ebooks Piracy and other forms of piracy that occurs by means of Google's services, e.g., including, but not limited to: operations of Google's Trust & Safety department in relation to Google Shopping, or third-party vendors in relation to Processing Infringement Notices. | **Agree to Provide Testimony** | Google will present a witness to testify regarding Google's general efforts to combat ebook piracy, specifically copyright and trademark infringement, on the Shopping platform, including the high level role of Google's Trust & Safety team and vendors in connection with these efforts. | Yes |
| 46 | Any data, reports, estimates, or analyses conducted on Google's revenue impact when Google suspends or terminates a Pirate Seller, | **Object** | Google will not produce a corporate witness to testify in response to this Topic. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | for the period of January 2020 through March 2025. | | | |
| 47 | The revenue Google has generated from Plaintiffs, including any data, reports, estimates, or analyses Google conducted regarding Plaintiffs' revenue, for the period of January 2020 through March 2025. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |
| 48 | Any data, reports, estimates, or analyses conducted regarding revenue impact from the Ebooks Ban. This includes the revenue impact for Google, Plaintiffs, any representatives or agents of Plaintiffs, or any copyright owners or trademark owners affected by the Ebooks Ban (e.g., Association of American Publishers, BCGuardian, Corsearch, Inc., Pearson Education, Inc., and VitalSource Technologies LLC). | **Agree to Provide Testimony** | Google will present a witness to testify at a high-level regarding contemporaneous analysis, if any, of the revenue impact of the ebook ban, as reflected in GOOG-CENG-00000002, including as reflected in GOOGCENG-00426568.<br><br>Google has also clarified that, as part of this testimony, its witness will be prepared to discuss GOOG-CENG-00416832. | No |
| 49 | Google's Auction Insight Reports (see, e.g., "Use Auction insights to compare performance, available at https://support.google.com/googleads/answer/2579754?hl=en (last visited Jan. 30, 2026), including the fields listed in the reports, generally how Google determines which competitors to include in the reports, generally how the statistics in the reports (e.g., impression share, outrank share, and overlap rate) are calculated, the extent to which these categories are measured differently for different businesses, and Google's retention of auction insights data and use of such data in its connection with its customer relationships. | **Object** | Google will not produce a corporate witness in response to this Topic. | Yes |
| 50 | The processes and procedures to review, identify, flag, escalate, disapprove, approve, suspend, terminate, restrict, reinstate, or reactivate " ▮▮▮▮▮▮ " or " ▮▮▮▮▮▮▮ " accounts, | **Object** | Google will not produce a corporate witness in response to this Topic. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | as described in GOOG-CENG-00604643 and GOOG-CENG-00605191. This includes, but is not limited to:<br><br>a. Any automated systems or tools used,<br><br>b. "▆▆▆▆▆,"<br><br>c. "▆▆▆▆▆▆,"<br><br>d. "▆▆▆▆,"<br><br>e. "▆▆▆▆,"<br><br>f. "▆▆▆▆,"<br><br>g. "▆▆▆▆▆▆▆▆▆▆,"<br><br>h. "▆▆▆▆▆,"<br><br>i. "▆▆▆▆,"<br><br>j. ▆▆▆▆▆,"<br><br>k. "▆▆▆▆,"<br><br>l. "▆▆▆▆," | | | |
| 51 | Google's awareness of the nature, extent, cause, trend, financial impact, impact on Shopping Ads Merchants, and impact on copyright owners and trademark owners, of the Ebooks Piracy occurring on Google Shopping; this includes Google's awareness of relevant market research, studies, surveys, reports and/or analyses. | **Agree to Provide Testimony** | Google will present a witness to testify about information or feedback Google received, if any, from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding the high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. Google will not agree to prepare a witness to testify on behalf of Google about information or feedback Google received, if any, from Pearson regarding the high-level impact of the ebook ban, as reflected in GOOG-CENG-00000002, on their revenues. However, Google clarified to Plaintiffs | Yes |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | | | that to the extent the witness is copied on contemporaneous communications with Pearson, Plaintiffs are free to question her in her individual capacity. | |
| 52 | To the extent not addressed under Topic No. 59, Google's external communications regarding the Ebooks Ban and Ebooks Piracy during the period from January 2020 to present. This includes, but is not limited to, Google's communications (including Google's in-house and outside counsel) with Plaintiffs, the Association of American Publishers, those authorized to distribute Plaintiffs' Ebooks, other copyright owners and trademark owners affected by the ebooks ban and Ebooks Piracy, and any representatives or agents of Plaintiffs (e.g., BCGuardian, Corsearch, Inc., Covington & Burling LLP). | **Agree to Provide Testimony** | Google will present a witness to testify regarding the high-level information or feedback Google received from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding ebook piracy on the Shopping platform and regarding the ebook ban, as reflected in GOOG-CENG-00000002. | No |
| 53 | The impact or effectiveness of any of antipiracy practices, procedures, or processes being applied to Google Shopping, including any DMCA Policy, Copyright Policy, or Trademark Policy, in stopping or slowing copyright or trademark infringement committed through using Google's services. | **Agree to Provide Testimony** | Google will present a witness to testify regarding Google's general efforts to combat ebook piracy on the Shopping platform.<br><br>Google has also clarified that its witness will be prepared to testify, at a high level, about the impact of Google's DMCA policy. | No |
| 54 | Google's policies, practices, procedures, or processes for its Trusted Copyright Removals Program ("TCRP"), including the criteria a rightsholder should meet for inclusion in TCRP; whether and how TCRP applies to or affects Google Shopping, Shopping Ads Merchants, and Shopping Ads; and Google's considerations and rationales underlying these policies, practices, procedures, or processes. | **Object** | Google will not produce a corporate witness in response to this Topic. | No |
| 55 | Google's policies, practices, procedures, or processes concerning the Ads Transparency Center or the "verification" of users, Merchant | **Agree to Provide** | Google will present a witness to testify regarding subparts (b) and (c) of Topic No. 55, except that Google will not present a witness to testify | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | Center accounts, and Google Ads accounts, including as referenced in, e.g., GOOG-CENG-00380370, including:<br><br>a. Whether, once the verification process is completed with respect to one domain, Ads account, or Merchant Center account, the "verification" can be applied to another domain, Ads account, or Merchant Center account;<br><br>b. The data contained at GOOG-CENG-00419904, including the meaning of each data field/column header;<br><br>c. The verification "badge" that appears at, e.g., Dkt. 419-1 at 3 ("Advertiser's identity verified by Google"), and the purpose of displaying that badge to Google users;<br><br>d. The data contained in GOOG-CENG-00419911, including the meaning of all field names, the verification process to which the data relates, the time period to which the data relates, and how the verification changes if the information on which it is based changes. | Testimony | regarding each data field names or heading column beyond what is relevant to understand this data in connection with this case.<br><br>Google has also clarified that its witness will be prepared to provide general testimony on Google's URL verification process. | |
| 56 | To the extent not covered by Topic No. 55, Google's "Business Operations Verification Process," including as described at https://www.youtube.com/watch?v=I6tB4bP5OzQ, and including the circumstances under which merchants or other Google accountholders are required or invited to complete the process, and how the process relates to the verification reflected in GOOG-CENG-00419904. | Object | Google will not produce a corporate witness in response to this Topic. | Yes |
| 57 | Google's handling of preliminary and permanent injunctions and other legal process from Plaintiffs in connection with the following actions, including Google's communications with the plaintiffs in those actions or their representatives; any action taken by Google | Object | Google will not produce a corporate witness in response to this Topic. | No |

24

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | concerning the defendants' use of Google services, including Google Shopping; whether the defendants' involvement in the actions were communicated to those involved in Google Shopping outside of the legal department; and whether Google took any action to ensure such defendants did not create new Merchant Center or Ads accounts: <br><br> a. Bedford, Freeman & Worth Publishing Group, LLC et al. v. Nguyen et al., No. 19-cv-10524-LAK (S.D.N.Y., filed Nov. 13, 2019); <br><br> b. Cengage Learning, Inc. et al. v. Nguyen et al., No. 20-cv-769-JGK (S.D.N.Y., filed Jan. 29, 2020); <br><br> c. McGraw Hill, LLC et al. v. Tran Van et al., No. 20-cv-6368-GHW (S.D.N.Y., filed Aug. 12, 2020); <br><br> d. Elsevier Inc. et al. v. Quttainah et al., No. 20-cv-8438-LLS (S.D.N.Y., filed Oct. 9, 2020); <br><br> e. Pearson Education, Inc., et al. v. Najji, et al., No. 21-cv-03486-RA (S.D.N.Y., filed Apr. 20, 2021); <br><br> f. Bedford, Freeman & Worth Publishing Group, LLC et al. v. English et al., No. 21-cv-6691-ER (S.D.N.Y., filed Aug. 9, 2021); <br><br> g. McGraw Hill LLC, et al. v. Nazaryan, et al., No. 23-cv-2798-LLC (S.D.N.Y., filed Apr. 4, 2023); <br><br> h. Cengage Learning, Inc. et al. v. Smith et al., No. 23-cv-7193-VM (S.D.N.Y., filed Sept. 18, 2023). | | | |
| 58 | The "Ebook Link," "Page Link," "PDF Link," and "Textbook Link" filters that Google provides to Shopping users. Dkt. 38 ¶ 58. This | **Agree to Provide** | Google will present a witness to testify regarding the functionality of the Ebook Link and PDF Link features as they relate to ebook piracy, to the | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | includes:<br><br>a. How the filters come to be shown to a user (i.e., what causes the filter to appear and how Google's systems determine which filter to show);<br><br>b. Whether and how Google considered the effect that the filters could have on Ebooks Piracy;<br><br>c. Whether Google discontinued, suppressed, or otherwise stopped the appearance or use of these filters. | **Testimony** | extent not already covered by the response to Topic No. 2.<br><br>Google clarified that its witness would be prepared to testify at a high-level regarding what causes ▮▮▮▮▮▮" (like the Ebook Link and PDF Link) to be displayed to users. For the avoidance of doubt, this testimony will not include what causes the Ebook Link and PDF Link ▮▮▮▮ specifically to be displayed to users. | |
| 59 | The features and implementation of Google's Ebooks Ban, including:<br><br>a. The development of the Ebooks Ban;<br><br>b. The purpose of, and any rationale underlying, the Ebooks Ban;<br><br>c. Google's assessment of the effectiveness the Ebooks Ban, and its impact on users affected by Ebooks Piracy;<br><br>d. Google's assessment of the Ebooks Ban's financial impact on Google, and its financial impact on copyrightholders and trademark-holders (including Plaintiffs) affected by Ebooks Piracy;<br><br>e. Google's communications with users concerning the Ebooks Ban;<br><br>f. All processes, procedures, and tools used to enforce the Ebooks Ban, including automated and manual tools, including but not limited to "▮▮▮▮▮" and "▮▮▮▮"; and<br><br>g. Any increases in Ebooks Piracy following the Ebooks Ban. | **Agree to Provide Testimony** | Google will present a witness to testify regarding:<br><br>a. The high-level rationale for Google's decision to prohibit ebooks and digital books on Shopping beginning on May 18, 2021;<br><br>b. The high-level information or feedback Google received from Plaintiffs, their representatives or agents, or the Association of American Publishers regarding ebook piracy on the Shopping platform and regarding the ebook ban, as reflected in GOOG-CENG-00000002, to the extent not already covered in response to Topic No. 52;<br><br>c. Google's implementation of its ebook ban, as reflected in GOOG-CENG-00000002, including high-level information about Google's efforts to check that ebooks were removed from the Shopping platform after the date of the ebook exit on May 18, 2021.<br><br>Google has also clarified that, as part of the testimony Google has agreed to offer in response to Topic 48, Google's witness will be prepared to discuss GOOG-CENG-00416832. | Yes (resolved) |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 60 | Google's policies, plans, or attempts to allow Paid Ads for digital books or Ebooks products after the implementation of the Ebooks Ban, and any reasoning for why and how each of these policies, plans, or attempts were modified, deprioritized, or cancelled. This includes, but is not limited to:<br><br>a. The plan to ████████████████ ", as described in GOOG- CENG-<br><br>00426568 at -6569;<br><br>b. The "████████" project; and c. The Beta Program, including Google's decision not to allow Plaintiffs to participate in the Beta Program. | Object | Google will not produce a corporate witness. | Yes |
| 61 | Google's enforcement against fraud and piracy on Google Shopping, including Google's "████████" working group and Google's enforcement efforts against fraud and piracy in light of the Ebooks Ban. See GOOG-CENG-00474324 at -4328 ("████████████████ ████████████████ ████████████████ ████ "''). | Agree to Provide Testimony | Google will present a witness to testify regarding Google's high-level efforts to enforce against fraud and piracy in connection with the ebook ban, as reflected in GOOG-CENG-00000002, on the Shopping platform. For the avoidance of doubt, Google will not produce a witness to testify specifically about the ████ working group described in GOOG-CENG-00474324 at -4328, except to the extent covered by the scope described in Google's response. | Yes |
| 62 | The tools, databases, and email distribution lists or "listservs" used by Google employees or any third party vendor personnel to communicate about issues relevant to this case, including any written or unwritten policy, practice, manual, guidance, or procedure concerning the use of these tools and the functionalities and lists of participants in each listserv. The tools include, but are not necessarily limited to, emails, Google Chat messages, text messages, Google Hangouts, Google Talk, ████████████ | Object | Google will not produce a corporate witness. | Yes |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | ██████████████████████████, LR Manual Strike spreadsheet or any relevant trix, and the Buganizer. The listservs include, but are not necessarily limited to, ██████████████████████████ ████████████████████████; shoppingdmca@google.com; lrmonetized@google.com; ██████████████ ██████████. For purposes of this Topic, issues relevant to this case include (i) Ebooks Piracy; (ii) Infringement Notices; (iii) whether to apply account restriction, suspend, terminate, reinstate or reactivate a Merchant Center account or other accounts associated with a given individual or entity; (iv) and the formulation, review, implementation, and assessment of any DMCA Policy. | | | |
| 63 | Google's document retention policies effective during the period of January 2020 through March 2025, including with respect to any communications, data/databases, documents, tools, and listservs pertinent to this case. This includes:<br><br>a. The circumstances under which data showing the ads that a merchant initiated will be deleted. See, e.g., 25.07.08 Latham Email (██████████████████████████████ ██████████████████████████████"); 25.06.19 Latham Email; 25.05.07 Latham Email;<br><br>b. The circumstances under which merchant account data (including records of which Merchant Center accounts were associated with | **Partially Object / Agree to Provide Testimony** | Google will present a witness to testify regarding the general process by which ████████████████████████████ ████████████████ | Yes |

28

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | which domains) will be deleted; and<br><br>c. Whether any Merchant Center account data or Ads account data was retained or placed on a litigation hold in connection with this Action. | | | |
| 64 | Google's actions to preserve documents and communications in connection with this case. This includes, but is not limited to, all data, documents, and communications including custodial documents, emails, Google Chat messages, text messages, Google Hangouts, Google Talk, ███████████████████, LR Manual Strike Spreadsheet or any relevant trix, and the Buganizer | Object | Google will not produce a corporate witness in response to this Topic. | No |
| 65 | The capabilities of, and information hosted within, the tools and databases used by Google employees or third-party vendors in addressing Ebooks Piracy and/or in implementing any DMCA Policy, including tools known as Buganizer, ████████████████████ (see, e.g., GOOG-CENG-00442493), ██████, LR Manual Strike, LR Tool, "██" as mentioned in Google's DMCA Policy or any other relevant trix, including Google's claims concerning the Buganizer's search capabilities in Dkt. 177 (Declaration of Andre Golueke). | Object | Google will not produce a corporate witness in response to this Topic. | No |
| 66 | The process Google deployed to generate the 300 domains referenced at Dkt. 472 ¶ 5, including how these domains were selected, any sampling protocols utilized, and any validation or quality-control procedures deployed. | Object | Google will not produce a corporate witness in response to this Topic. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 67 | Google's policies, practices, procedures, or processes, and the implementation of such policies, practices, procedures, or processes, for receiving, responding to, or otherwise taking action upon notices of trademark infringement in relation to Shopping Ads, including:<br><br>a. Any version of Google's Trademark Policy, including the policies described in GOOG- CENG-00000372, GOOG-CENG-00410132 at -0139 and GOOG-CENG-00423654 at -3662;<br><br>b. Any policies, practices, procedures, or processes, and the implementation of such policies practices, procedures, or processes, concerning notices of trademark infringement in relation to Shopping Ads advertising digital books or Ebooks products;<br><br>c. To the extent not covered by subpart (a), any version of the policy concerning Counterfeit Goods, including the policies described in GOOG-CENG-00404590 and GOOG-CENG-00409970;<br><br>d. Any "proactive" measures implemented by Google as referenced in GOOG-CENG- 00404590 at -4592 ("▮▮▮▮▮▮") GOOG-CENG-00409388 at -9394–5 (▮▮▮▮▮▮"), GOOG- CENG-00409892 at -9919 ("▮▮▮▮▮▮" and GOOG-CENG-00409780 at -9782 ("▮▮▮▮▮▮" and "▮▮▮▮▮▮") in relation to any Trademark Policy;<br><br>e. Any policies, practices, procedures, or processes, and the implementation of such policies practices, procedures, or processes, whereby Google claims to ▮▮▮▮▮▮," which Google claims to have "▮▮▮▮▮▮" as stated in GOOG-CENG- | **Agree to Provide Testimony** | Google will present a witness to testify generally regarding (i) Google's implementation of its trademark and counterfeit policies for Shopping, as reflected at GOOG-CENG-00000372 and GOOG-CENG-0000074; (ii) to the extent not covered in response to Topic No. 1, the persons at Google who had primary responsibility for implementing Google's trademark and counterfeit policies; and (iii) whether Google received any trademark infringement notices regarding Plaintiffs' marks as identified in Dkt. 38-2, and generally, how Google processes those notices. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| | 00409388 at -9394–5; <br><br> f. Google's understanding of the effectiveness of the policies, practices, procedures, or processes and their implementation described in subparts (a)–(e) above, and Google's basis for such understanding; <br><br> g. ███████████ " as part of the implementation of any Trademark Policy, as referenced in GOOG-CENG-00409780 at -9782; <br><br> h. The description and role of all Google's personnel (including in-house counsel) involved in implementing any aspect of any Trademark Policy, and their communications and interactions with Google's personnel handling copyright Infringement Notices; <br><br> i. Google's practices for communicating with the subjects of trademark infringement notices; <br><br> j. Any policies, practices, procedures, or processes for suspending, terminating, or otherwise taking action upon the accounts of Shopping Ads Merchants for repeated violations of any Trademark Policy; <br><br> k. Whether any of the 1,500 Pirate Websites were the subject of trademark infringement notices; and <br><br> l. Whether Google reviewed, considered, or evaluated any of the Plaintiffs' trademarks, including the rights, authorizations, and permissions (or lack thereof) associated with those trademarks, including those identified on Amended Exhibit B to the Amended Complaint (Dkt. 120-2). | | | |

31

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 68 | The images that appear in Shopping Ads, including product images, trademark(ed) images, or trademarked text within an image, including: <br><br> a. The source of such images, including from a link or photo provided by the merchant, or otherwise; <br><br> b. Google's retrieval of such images; How such images come to be applied to or appear in Shopping Ads; <br><br> c. Google's claim that "the Pirate Sellers reproduce and apply the marks in the images and information that they provide to Google for purposes of the advertisements," Dkt. 44 at 22; <br><br> d. Any reviews, checks, or screening Google performs with respect to such images, including to determine that an image is suitable for a Shopping Ad; <br><br> e. Any adjustments Google makes to the image, including "experiment[ing] with the best display options for the format" and employing the "automatic cropping" of images "to focus more on the product," as described in What makes up a Shopping ad, https://support.google.com/googleads/answer/6275294 (last visited on January 30, 2026). | **Refer Plaintiffs to Another Topic** | Google will not produce a corporate witness to testify regarding Topic No. 68 beyond the scope of what Google has agreed to provide in response to Topic No. 40 regarding the process by which a Shopping Ad is created. | No |
| 69 | The extent to which adverse actions Google takes against a merchant for violating Google's Trademark Policy are considered in deciding whether to suspend a merchant for copyright infringement. | **Refer Plaintiffs to Another Topic** | Google has now agreed that, as part of its response to Topic 10, Google will prepare a witness to testify on the extent to which (if at all) adverse actions Google takes against a merchant for violating Google's Trademark Policy are considered in deciding whether to suspend a merchant for copyright infringement. | No |

Exhibit B - *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM (S.D.N.Y.)

| Topic No. | Topic | Response Type | Google's Current Response | At Issue in Plaintiffs' Motion to Compel? |
|---|---|---|---|---|
| 70 | The purpose and functionalities of, and all the ways in which Google uses, Google's internal tool referenced as " ▮▮▮▮ " in GOOG-CENG-00412515 at -2515 described as a tool " ▮▮▮▮ ", *id.,* and/or Google's internal tool referenced as ▮▮▮▮ " in GOOG-CENG-00412589 at –2590, if and to the extent different from " ▮▮▮▮ " referenced in GOOG-CENG-00412515 at -2515, in connection with the implementation of any Trademark Policy or DMCA Policy. | Refer Plaintiffs to Another Topic | Google will not produce a corporate witness to testify to this Topic beyond the scope of what Google has agreed to provide in response to Topic No. 67 regarding Google's implementation of its trademark and counterfeit policies for Shopping and its efforts to combat trademark infringement on the Shopping platform specifically related to ebooks. | Yes |
| 71 | The factual bases for Google's Responses and Objections to Plaintiffs' Interrogatories. | Agree to Provide Testimony | Google will present a witness to testify generally regarding the factual bases for Google's responses to Plaintiffs' Interrogatories. | No |
| 72 | The factual bases for defenses Google as asserted or intends to assert in this Action, including the affirmative defenses asserted in Google's Answer (Dkt. 116). | Object | Google will not produce a corporate witness in response to this Topic. | No |
| 73 | The factual bases for Google's factual allegations and statements in its Answer. | Object | Google will not produce a corporate witness in response to this Topic. | No |

33