**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING
GROUP, LLC D/B/A MACMILLAN
LEARNING; MACMILLAN HOLDINGS,
LLC; ELSEVIER INC.; ELSEVIER B.V.;
and MCGRAW HILL LLC,

                                                    *Plaintiffs*,

v.

GOOGLE LLC,

                                                    *Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

**NOTICE OF MOTION TO ADMIT**
**COUNSEL *PRO HAC VICE***

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Wilson P. Boardman, hereby move this Court for an Order for admission to practice pro hac vice to appear as counsel for Defendant Google LLC.

I am a member in good standing of the Bars of the District of Columbia, New York, and Alabama, and certificates of good standing are attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached a declaration pursuant to Local Rule 1.3.

*[Signature page to follow]*

Dated:  June 11, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Wilson P. Boardman*
Wilson P. Boardman
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email:  wilson.boardman@lw.com

*Attorneys for Defendant Google LLC*