**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

**DECLARATION OF WILSON P. BOARDMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Wilson P. Boardman, declare as follows:

1.  I am an associate at the law firm of Latham & Watkins LLP, and I am counsel for Defendant Google LLC.

2.  I respectfully submit this declaration in support of my Motion to Admit Counsel *Pro Hac Vice*.

3.  I have been a member in good standing of the Bars of the District of Columbia, New York, and Alabama since February 14, 2023, September 18, 2023, and May 11, 2023, respectively.

4.  I attach Certificates of Good Standing from the Bars of the District of Columbia, New York, and Alabama, which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel *Pro Hac Vice*.

5.  I have never been convicted of a felony or been the subject of any criminal conviction.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  I have never been the subject of a disciplinary sanction and there are no disciplinary

proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this one case on behalf of Defendant Google LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2026

*/s/ Wilson P. Boardman*
Wilson P. Boardman