# EXHIBIT A



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

_____

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Wilson Paul Boardman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 18, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 11, 2026.

*Clerk of the Court*

CertID-00294566



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Wilson Paul Boardman

was duly qualified and admitted on February 14, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 10, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



# Alabama State Bar

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101

## CERTIFICATE OF GOOD STANDING

Occupational License

***STATE OF ALABAMA***
***COUNTY OF MONTGOMERY***

*I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify **Wilson Paul Boardman** has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that **Wilson Paul Boardman** was admitted to the Alabama State Bar on May 11, 2023.*

*I further certify that said **Wilson Paul Boardman** is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2026.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the State of Alabama on June 10, 2026.*

Terri B. Lovell, Secretary

