

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

June 12, 2026

**<u>VIA ECF</u>**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re:  *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> Letter Request to File Redacted Document

Dear Judge Moses:

Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming June 12, 2026 Reply Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration of the Court's Order.

The Memorandum contains information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Memorandum should be redacted, but may do so after Google files its request for redaction.

Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs emailed Google's counsel on June 10 with a description of the materials Plaintiffs intended to redact. Google replied via email that it agreed with Plaintiffs' proposal. Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to . . . redact" the information in the Notice.

> Respectfully submitted,
>
> /s/ *Jeff Kane*
> Jeff Kane