**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, I caused counsel for Defendant Google to be served with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. The document was filed under seal on ECF at the docket entry noted below.

- Dkt. 1007: Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration of the Court's Order (Dkt. 923)

*/s/ Jeff Kane*
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com
