# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

---

**DECLARATION OF CHRISTINE HSIEH**

I, Christine Hsieh, declare that:

1.      I am an in-house attorney for Google LLC ("Google").  Specifically, I serve as Senior Trademark Counsel.  In that role, I provide legal advice to my colleagues regarding issues relating to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮.  For instance, my duties as Senior Trademark Counsel include providing legal advice to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

2.      I have personal knowledge of certain documents withheld or redacted by Google and described on Google's privilege logs.

**Privilege Log 2, Entry 107 & Privilege Log 6, Entry 1**

3.      As reflected on Google's privilege logs, the document titled "▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" is described at Entry 1 of Google's Privilege Log 6 as a "▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮" ("▮▮▮▮▮▮▮▮").

4.    The document titled ███████████████████████████████ ██████ is described at Entry 107 of Google's Privilege Log 2 as ████████████ ██████ Christine Hsieh* ████████████████████████ ████████████ ). I have personal knowledge of both documents.

5.    The ██████████ is a draft version of the █████████. I prepared the ██████████ solely for the purpose of providing legal advice to Google employees who work on Google Shopping issues, specifically on addressing ████████. The ███ and ███ ██████████ contain my legal advice about █████████████████████████ ██████████████. I prepared both documents myself, with limited assistance from ████████████, a Counterfeit Shopping Process Lead, and ██████████, a Trademark Operations Manager. Mr. ███████'s and Ms. ██████'s contributions to the ████████████ and the ████████████ were made at my request, under my direct supervision, and for the express purpose of facilitating my provision of legal advice to Google employees. Any information added to the ███ or ██████████ by Mr. ███████ and Ms. ██████ was specifically requested by me so I could provide legal advice regarding ████████████ ████████████████████████████████████████. No part of the ██████████ or ████████████ reflects information from or was drafted by any other non-attorney at Google.

6.    I presented the ██████████ (and not the ██████████) at a ████████ ██████████████ in Zurich, Switzerland on September 21, 2022 to ████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████. I regularly provide legal advice to these employees within the scope of my role as Senior Trademark Counsel.

The purpose of the presentation was ███████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████. I also

advised on ███████████████████████████████████████

███████████████████████████████████. This presentation was not

attended by anyone outside of Google, and neither the ███████████ nor ███████████

were shared outside of Google or with anyone at Google who did not attend the presentation.

**Privilege Log 8, Entry 1**

7.       As reflected on Google's Privilege Log 8, Entry 1, the document ██████████

██████████ contains ███████████████████████████████████

Christine Hsieh* ████████████████████████████████████

██████████

8.       Google's trademark and counterfeit operations teams meet regularly to discuss

████████████████████████████████████████████████████

██████████████. As a Senior Trademark Counsel, I attend those meetings, which we refer

to as "syncs," to provide legal advice relating to ███████████████████████████

████████████████████████████████████████████.

9.       ██████████████████ consist of notes from these recurring meetings, all of which

I personally attended.  If I was unavailable to attend a particular sync meeting, it would be

cancelled and rescheduled.  I organize these internal syncs, attended by the Google employees

████████████████████████████████████████████ for the primary

purpose of providing legal advice relating to ██████████████████████████

3

in my capacity as Senior Trademark Counsel. During these syncs, I provide legal advice in response to questions and requests from Google's employees.

10. ███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████. I am aware that Google has reproduced the █████████████ in a form that redacts privileged information, including the requests for legal advice and the legal advice that I provided to my colleagues. I have personally reviewed the redacted information and confirm that it contains or seeks legal advice from me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 30, 2026, in San Francisco, California

Christine Hsieh

4