# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br>　　　　　　　　*Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br>　　　　　　　　*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**ATTORNEY DECLARATION OF SARAH TOMKOWIAK**

I, Sarah Tomkowiak, declare that:

1.　　　I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.　　　I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion for *In Camera* Review of Clawed-Back Documents (Dkt. 865).

3.　　　Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the rough transcript of the deposition of ▋▋▋▋▋▋, taken April 9, 2026 in this matter.

4.　　　Attached hereto as Exhibit 2 is a true and correct copy of an email sent by my colleague, Jennifer Ferrigno, to counsel for Plaintiffs on March 17, 2026.

5.　　　I have personal knowledge of the document bearing Bates number GOOG-CENG-00622309.C (originally produced at GOOG-CENG-00416837) ("the Memorandum").

6.　　　On March 10, 2025, I, together with Google's in-house litigation counsel and other attorneys from Latham & Watkins LLP ("Latham") (collectively, "Google's Litigation Team"),

requested a meeting with Google's vendor, Cognizant Technology Solutions India Private Limited ("Cognizant"). Cognizant is engaged by Google to assist in the implementation and enforcement of Google's copyright policy. We informed Cognizant that during the meeting, we would ask questions regarding Cognizant's historical implementation and enforcement of Google's copyright policy, in connection with this lawsuit.

7. The requested meeting with Cognizant occurred on March 13, 2025. I attended that meeting along with my Latham colleagues Laura Bladow, Sara Sampoli, and Jennifer Ferrigno, Google's in-house counsel John Janhunen, Cognizant's in-house counsel ███████, Dheeraj Yadav, and members of Mr. Yadav's team. During the meeting, Mr. Yadav shared the Memorandum with Google's Litigation Team to help answer questions posed by Google's Litigation Team concerning Cognizant's historical implementation and enforcement of Google's copyright policy.

8. I understand that the Memorandum was prepared strictly in confidence and solely to assist Google's Litigation Team in providing legal advice to Google in connection with this lawsuit. I further understand that if Google's Litigation Team had not requested a meeting regarding Cognizant's historical implementation and enforcement of Google's copyright policy, Mr. Yadav and his team would not have prepared the Memorandum to share with Google's Litigation Team.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on May 1, 2026, in McLean, VA.

/s/ Sarah A. Tomkowiak
Sarah A. Tomkowiak

2