# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | Case No. 1:24-cv-04274-JLR-BCM |

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

## DECLARATION OF DHEERAJ YADAV

I, Dheeraj Yadav, declare that:

1. I am an employee of Cognizant Technology Solutions India Private Limited ("Cognizant"). Cognizant is a vendor engaged by Google LLC ("Google") to assist in the implementation and enforcement of Google's copyright policy. I have been a member of the Cognizant team working with Google since 2019.

2. I have personal knowledge of the document bearing Bates number GOOG-CENG-00622309.C (originally produced at GOOG-CENG-00416837).

3. On March 10, 2025, I received a request from Google's litigation team, including Google's in-house litigation counsel and outside counsel from Latham & Watkins, LLP ("Latham") (collectively, "Google's Litigation Team") for a meeting regarding Cognizant's historical implementation and enforcement of Google's copyright policy, in connection with this lawsuit.

4.      The requested meeting with Google's Litigation Team occurred on March 13, 2025.  In preparation for that meeting, I prepared the document bearing Bates number GOOG-CENG-00622309.C with input from members of my team and shared the document with Google's Litigation Team to help answer questions posed by Google's Litigation Team concerning the historical implementation and enforcement of Google's copyright policy.  Along with myself and members of my team, Cognizant's in-house counsel ███████████, Google's in-house counsel John Janhunen, and several attorneys from Latham, including Sarah Tomkowiak, Laura Bladow, Sara Sampoli, and Jennifer Ferrigno attended that meeting.

5.      The document bearing Bates number GOOG-CENG-00622309.C was prepared strictly in confidence and solely to assist Google's Litigation Team in providing legal advice to Google in connection with this lawsuit.  If Google's Litigation Team had not requested a meeting regarding Cognizant's historical implementation and enforcement of Google's copyright policy, I would not have prepared the document to share with Google's Litigation Team.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2026, in Hyderabad, India.

Dheeraj Yadav