

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

June 15, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

   Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
     Letter Request to File Redacted Document

Dear Judge Moses:

   Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming June 15, 2026 Reply ISO Plaintiffs' Motion (Dkt. 983) re Google's Refusal to Produce Rule 30(b)(6) Testimony on Certain Topics (the "Reply").

   Plaintiffs oppose one of Google's proposed redactions: the name of the 30(b)(6) witness referenced in the paragraph discussing Topic 70 on p. 5 of Plaintiffs' Reply. At the June 8 hearing, the Court suggested that the names of 30(b)(6) witnesses should not be redacted. Dkt. 998, Hr'g Tr. 44:12–23 ("I would urge you to approach redaction with the presumption that someone who is testifying as a designated 30(b)(6) witness is not going to be entitled to have their name sealed, certainly not at the summary judgment stage."); 51:19–22 (suggesting that the names of 30(b)(6) witnesses should be considered "presumptively non-sealable"). Despite this admonition, Google asked Plaintiffs to refer to this individual as "Ms. A," effectively redacting her name. Plaintiffs view this approach as inconsistent with the Court's (correct) suggestion.

   The remainder of the Reply contains information that Google has marked "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting these redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether this remaining information should be redacted, but may do so after Google files its request for redaction.

   Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs emailed Google's counsel on June 13 with a description of the materials Plaintiffs intended to redact, and requested that Google provide its availability for conferral. Google replied with its position via email.

   Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to . . . redact" the information in the Notice.

         Respectfully submitted,

         /s/ *Jeff Kane*
         Jeff Kane