**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | Case No. 1:24-cv-04274-JLR-BCM |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| v. | |
| GOOGLE LLC, | |
| *Defendant*. | |

The motion of Wilson P. Boardman for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the District of Columbia, New York, and Alabama and that his contact information is as follows:

Applicant's Name: Wilson P. Boardman

Firm Name: Latham & Watkins LLP

Address: 555 Eleventh Street, NW, Suite 1000

City/State/Zip: Washington, D.C. 20004-1304

Telephone: (202) 637-2200/ Facsimile: (202) 637-2201

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____, 2026

_____
Hon. Barbara C. Moses
United States Magistrate Judge