**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

**DECLARATION OF JOSEPH PILIGIAN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, Joseph Piligian, declare as follows:

1.  I am an associate at the law firm of Latham & Watkins LLP, and I am counsel for Defendant Google LLC.

2.  I respectfully submit this declaration in support of my Motion to Admit Counsel Pro Hac Vice.

3.  I have been a member in good standing of the bars of the District of Columbia, Maryland, and North Carolina since February 11, 2019, January 2, 2018, and May 21, 2021, respectively.

4.  I attach Certificates of Good Standing from the bars of the District of Columbia, Maryland, and North Carolina, which were issued within thirty days of this filing, as **Exhibit A** to my Motion to Admit Counsel Pro Hac Vice.

5.  I have never been convicted of a felony or been the subject of any criminal conviction.

6.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.  I have never been the subject of a disciplinary sanction and there are no disciplinary

proceedings presently pending against me.

Wherefore your declarant respectfully submits that he be permitted to appear as counsel pro hac vice in this one case on behalf of Defendant Google LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2026

*/s/ Joseph Piligian*
Joseph Piligian

2