# EXHIBIT A



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Joseph Michael Piligian

*was duly qualified and admitted on February 11, 2019 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 15, 2026.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*

# Supreme Court of Maryland

### Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the second day of January, 2018,

## *Joseph Michael Piligian*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the fifteenth day of August, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this sixteenth day of June, 2026.

_____
Clerk of the Supreme Court of Maryland

# Supreme Court of North Carolina



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, hereby certify that on May 21, 2021, a license to practice as an Attorney and Counselor at Law in the several Courts of this State was issued by the North Carolina Board of Law Examiners to

## Joseph Michael Piligian

according to the certified list of licentiates reported by the Board and filed in my office.

As of the date of this certificate, no order revoking the license has been filed with this Court and no order suspending the license is in effect.

WITNESS my hand and the seal of the Supreme Court of North Carolina, June 23, 2026.

Grant E. Buckner
Clerk of the Supreme Court

★ ★ ★