USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/02/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING
GROUP, LLC D/B/A MACMILLAN
LEARNING; MACMILLAN HOLDINGS,
LLC; ELSEVIER INC.; ELSEVIER B.V.;
and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

Case No. 1:24-cv-04274-JLR-BCM

~~[PROPOSED]~~ **ORDER GRANTING**
**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

---

The motion of Joseph Piligian for admission to practice *pro hac vice* in the above captioned

action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of

Columbia, Maryland, and North Carolina and that his contact information is as follows:

Applicant's Name: Joseph Piligian

Firm Name: Latham & Watkins LLP

Address: 555 Eleventh Street, NW, Suite 1000

City/State/Zip: Washington, D.C. 20004-1304

Telephone: (202) 637-2200 / Facsimile: (202) 637-2201

Applicant having requested admission pro hac vice to appear for all purposes as counsel

for Defendant Google LLC,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____July 2__, 2026

_____

Hon. Barbara C. Moses
United States Magistrate Judge