

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

July 6, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> **Re:** ***Cengage Learning, Inc. et al. v. Google LLC***, **No. 24:cv-04274-JLR-BCM**
> **Letter re Scheduling of Post-Discovery Conference**

Dear Judge Moses,

      We represent all Plaintiffs in this matter. During the July 1 discovery conference, Your Honor asked the parties to provide their availability for a post-discovery conference with Judge Rochon during the week of March 8, 2027. The parties have conferred, and both sides are available on March 8, 9, and 11, with a preference for March 8 or 9.

      We thank the Court for its consideration.

/s/ *Jeff Kane*
Jeff Kane

*Counsel for Plaintiffs*
