### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.;
BEDFORD, FREEMAN & WORTH
PUBLISHING GROUP, LLC D/B/A
MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC;
ELSEVIER INC.; ELSEVIER B.V.; and
MCGRAW HILL LLC,

          Plaintiffs,

    v.

GOOGLE LLC,

          Defendant.

**Civil Action No. 24-cv-04274-JLR-BCM**

### NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to the Notice of Filing of Official Transcript (ECF No. 1040), Plaintiffs Cengage Learning, Inc.; Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning; Macmillan Holdings, LLC; Elsevier Inc.; Elsevier B.V.; and McGraw Hill LLC hereby provide this Notice of Intent to Request Redaction of the Transcript of Status Conference Hearing held on June 18, 2026 before the Honorable Barbara C. Moses, United States Magistrate Judge. Specifically, Plaintiffs intend to request redaction of certain information designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" and "Confidential" pursuant to the Protective Order (ECF No. 82). Accordingly, pursuant to ECF No. 1039, Plaintiffs will submit their redaction request to the Court on or before July 20, 2026.

Dated:  July 6, 2026                    Respectfully submitted,

                                        /s/ Danae Tinelli
                                        Matthew J. Oppenheim
                                        Michele H. Murphy (*pro hac vice*)
                                        Jeff Kane (*pro hac vice*)
                                        Danae Tinelli
                                        Uriel Lee

                                        OPPENHEIM + ZEBRAK, LLP
                                        4530 Wisconsin Avenue NW, 5th Floor
                                        Washington, DC 20016
                                        202-480-2999 telephone
                                        866-766-1678 fax
                                        matt@oandzlaw.com
                                        michele@oandzlaw.com
                                        jkane@oandzlaw.com
                                        danae@oandzlaw.com
                                        ulee@oandzlaw.com

                                        Lauren Bergelson
                                        Yunyi Chen
                                        OPPENHEIM + ZEBRAK, LLP
                                        461 Fifth Avenue, 19th Floor
                                        New York, NY 10017
                                        212-951-1156 telephone
                                        866-766-1678 fax
                                        lbergelson@oandzlaw.com
                                        ychen@oandzlaw.com

                                        *Counsel for Plaintiffs*

2