USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/06/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

Plaintiffs,

-against-

GOOGLE LLC,

Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the July 1, 2026 discovery conference, plaintiff's June 1, 2026 motion seeking an order requiring defendant Google LLC (Google) to produce witnesses to testify concerning approximately two dozen additional topics pursuant to Fed. R. Civ. P. Rule 30(b)(6) (Dkts. 983, 984) is GRANTED IN PART AND DENIED IN PART, as follows:

Topic 9: DENIED.

Topic 10: GRANTED to the extent that Google must produce a witness to testify regarding its "zero strike" policy.

Topic 13: DENIED.

Topic 18: DENIED.

Topic 23: GRANTED to the extent that Google must produce a witness to testify regarding GOOG-CENG-00419902 and GOOG-CENG-00419905. Google's obligation, however, is limited to providing a high-level explanation of the data captured (or intended to be captured) in these spreadsheets. For example, the witness should be able to explain "what's included in the column titled Ads_Disapproved," but need not be prepared to explicate or demonstrate the accuracy of any specific data point.

Topic 25: DENIED in light of defendant's assurance that at least one of its forthcoming witnesses will be able to answer the questions raised by plaintiffs at the July 1, 2026 conference regarding GOOG-CENG-00000757.

Topic 27: DENIED.

Topic 28: GRANTED.

Topic 33: GRANTED to the extent that Google must produce a witness to testify as to how it used conversion tracking data to improve the performance of Shopping ads.

Topics 36(f) and (k): GRANTED to the extent that Google must produce a witness to testify at a high level regarding the data presented in GOOG-CENG-00416948 and GOOG-CENG-00416904, as well as how these documents were created.

Topic 38(a): conditionally GRANTED, if and to the extent the percipient witness identified by Google as an owner of GOOG-CENG-00426035 cannot adequately cover this topic.

Topic 42: DENIED. Plaintiffs may, however, serve an interrogatory requesting the information sought.

Topic 44: DENIED, in that appears to the Court that Google's "compromise offer" adequately covers the topic.

Topic 49: DENIED.

Topic 51: DENIED.

Topic 56: DENIED.

Topic 60(b) (Brand Portal): DENIED.

Topic 60(c) (Beta Program): GRANTED.

Topic 61: GRANTED to the extent that Google must produce a witness to provide a high-level description of the "Descam" working group, as well as information concerning its role, if any, in connection with the ebook ban on the Shopping platform.

Topic 62: DENIED.

Topic 63: DENIED.

Topic 70: DENIED.

In addition, the post-discovery conference before the District Judge, currently scheduled

for September 16, 2026, *see* Dkt. 222 at 3, is ADJOURNED to **March 9, 2027** at **10:00 a.m.**

The Clerk of Court is respectfully directed to close Dkts. 983 and 984.

Dated: New York, New York          SO ORDERED.
       July 6, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

3