**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I, Jennifer Ferrigno, hereby certify that on July 9, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Unredacted version of Defendant's Letter Motion for Discovery Conference Regarding Motion for Protective Order Concerning Plaintiffs' Notice of Deposition of Y.J.

- Exhibit 1 to the Attorney Declaration of Sarah Tomkowiak

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com

Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*


Dated: July 9, 2026
      Washington, DC

Jennifer Ferringo

2