USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/13/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

        Plaintiffs,

-against-

GOOGLE LLC,

        Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiffs' letter-motion to compel defendant to name its Rule 30(b)(6) witness(es) (Dkt. 1051) is resolved in accordance with the Court's oral ruling during today's teleconference.

The Clerk of Court is respectfully directed to close Dkt. 1051.

Dated: New York, New York
      July 13, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**