# EXHIBIT A



PL0000708962