**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, | Case No. 1:24-cv-04274-JLR-BCM |
| *Plaintiffs,* | |
| v. | |
| GOOGLE LLC, | |
| *Defendant.* | |

**ATTORNEY DECLARATION OF JOSEPH PILIGIAN**

I, Joseph Piligian, declare that:

1.    I am an associate at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.    I submit this declaration in support of Google's Letter Motion for Permission to Serve A Third-Party Deposition Subpoena.

3.    On July 1, 2026, Google deposed Elsevier Inc. and Elsevier, B.V.'s (together, "Elsevier") 30(b)(6) witness, Frederic Guillaud.

4.    On July 9, 2026, Google deposed Elsevier's Vice President of Books Marketing, Rebecca Miller.

5.    On July 20, 2026, Google reached out to Plaintiffs notifying them that Google intended to seek leave to subpoena the deposition of Elsevier's ▇▇▇▇▇▇▇ and offering to meet and confer.

6.    On July 21, 2026, the parties met and conferred. Google confirmed that the parties were at an impasse and shared that it would seek relief from the Court. Google consented to Plaintiffs' request to file their Opposition to the Letter Motion on July 28, 2026.

7.    I submit this declaration also to place before the Court certain documents and information referenced in Defendant Google's Letter Motion.

    a.    Attached hereto as Exhibit 1 is a true and correct copy of Elsevier's Updated Responses and Objections to Google's Notice of Deposition of Elsevier dated April 3, 2026.

    b.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the rough transcript of the deposition of Frederic Guillaud.

    c.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the rough transcript of the deposition of Rebecca Miller.

    d.    Attached hereto as Exhibit 4 is a true and correct copy of Elsevier's produced document bearing the beginning Bates number PL0000545589.

    e.    Attached hereto as Exhibit 5 is a true and correct copy of Elsevier's produced document bearing the beginning Bates number PL0000545688.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on July 21, 2026, in Washington, D.C.

_____
Joseph Piligian

2