

Michele Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

WASHINGTON – NEW YORK

July 22, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> **Re:** ***Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM**
> **Plaintiffs' Consent Letter Motion for Extension of Briefing Schedule re:**
> **Google LLC's Letter Motion for Permission to Serve A Third-Party**
> **Deposition Subpoena (Dkt. 1076)**

Dear Judge Moses,

We represent all Plaintiffs in this matter. On July 21, 2026, Google LLC ("Google") filed its Letter Motion for Permission to Serve A Third-Party Deposition Subpoena ("Google's Dkt. 1076 Motion"). Pursuant to Your Honor's Individual Rule 2(a), Plaintiffs write to respectfully request an extension of two court days to file their letter response in opposition to Google's Dkt. 1076 Motion ("Plaintiffs' Letter Response"). The information below is numbered in accordance with the subparts of Individual Rule 2(a).

(1) Plaintiffs' Letter Response would be due on July 24, three court days from July 21, when Google filed its Dkt. 1076 Motion. *See* Ind. R. 2(e).
(2) Plaintiffs have not previously requested an extension of time to file a response to Google's Dkt. 1076 Motion.
(3) Not applicable.
(4) There are six depositions taking place in this case just this week. Plaintiffs' counsel, therefore, requires additional time to prepare the opposition papers.
(5) Plaintiffs' counsel reached out to Google's counsel promptly after learning that Google anticipated filing the Dkt. 1076 Motion to seek Google's consent to the requested extension. Google agreed.
(6) Not applicable.

Plaintiffs respectfully request that the deadline to oppose Google's Dkt. 1076 Motion be extended to July 28. We thank the Court for its consideration.

/s/ *Michele Murphy*
Michele Murphy

*Counsel for Plaintiffs*