# EXHIBIT 1
# [Redacted Version of Document Filed Under Seal]

# EXHIBIT C



Captured by FireShot Pro: 17 July 2026, 11:53:48 AM
https://getfireshot.com