# EXHIBIT 2
# [Redacted Version of Document Filed Under Seal]

# EXHIBIT D

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ████████████ Designated Representative, and Individually 1 (1 to 4)

Conducted on May 21, 2026

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

CENGAGE LEARNING, INC. et al., :

        Plaintiffs     :

   vs              : Case No.

GOOGLE, LLC,         : 1:24-cv-04274

        Defendant     :

------------------------------ x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped deposition of

████████████████

Individually and as Designated Representative of

GOOGLE, LLC

WASHINGTON, DC

THURSDAY, MAY 21, 2026

9:26 a.m. EASTERN TIME

Job No.: 629726

Pages: 1 - 316

Reported by: Lisa V. Feissner, RDR, CRR, CLR

**Page 2**

Videotaped deposition of ████████████

held at the offices of:

LATHAM & WATKINS LLP

555 ELEVENTH STREET, NW

10TH FLOOR

WASHINGTON, DC 20004

202.637.2200

Pursuant to Notice, before Lisa V. Feissner,

RDR, CRR, CLR, Notary Public.

**Page 3**

A P P E A R A N C E S:

ON BEHALF OF PLAINTIFFS:

    JEFF KANE, ESQUIRE

    URIEL LEE, ESQUIRE

    YUNYI CHEN, ESQUIRE (NY ofc) (remotely)

    OPPENHEIM + ZEBRAK, LLP

    4530 Wisconsin Avenue, NW

    5th Floor

    Washington, D.C. 20016

    202.480.2999

    jkane@oandzlaw.com

ON BEHALF OF DEFENDANT:

    CAROLINE FITZGERALD CLARKE, ESQUIRE

    JENNIFER FERRIGNO, ESQUIRE (DC ofc)

    LATHAM & WATKINS LLP

    1271 Avenue of the Americas

    New York, NY 10020

    212.906.1200

    caroline.clarke@lw.com

A L S O  P R E S E N T:

    AUSTIN COSTELLO, Videographer

    JOHN JANHUNEN, ESQ., Google, LLC

**Page 4**

C O N T E N T S

EXAMINATION OF ████████████      PAGE

  By Mr. Kane             7

E X H I B I T S

(Attached to transcript)

| PLAINTIFFS' DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| 15 | GOOG-CENG-00000416 | 14 |
| 16 | GOOG-CENG-00624674 - GOOG-CENG-00624676 | 22 |
| 17 | GOOG-CENG-00628263.R - GOOG-CENG-00628265.R | 35 |
| 18 | GOOG-CENG-00624814 - GOOG-CENG-00624815 | 66 |
| 19 | GOOG-CENG-00624950 - GOOG-CENG-00624955 | 78 |
| 20 | GOOG-CENG-00624693 - GOOG-CENG-00624699 | 87 |
| 21 | GOOG-CENG-00624315 - GOOG-CENG-00624317 | 93 |
| 22 | GOOG-CENG-00624257 - GOOG-CENG-00624262 | 101 |
| 23 | GOOG-CENG-00628132.R - GOOG-CENG-00628133.R | 105 |
| 24 | GOOG-CENG-00624682 - GOOG-CENG-00624686 | 115 |
| 25 | GOOG-CENG-00623585 - GOOG-CENG-00623593 | 137 |
| 26 | GOOG-CENG-00469041 - GOOG-CENG-00469045 | 147 |
| 27 | GOOG-CENG-00430877 - GOOG-CENG-00430880 | 159 |
| 28 | GOOG-CENG-00622470 - GOOG-CENG-00622472 | 166 |
| 29 | GOOG-CENG-00624176 - GOOG-CENG-00624181 | 181 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████████ Designated Representative, and Individually (217 to 220)

Conducted on May 21, 2026



**217**

MS. CLARKE:  Objection.

A

A  Yes.

Q

A

Q  And do you know who any of them were?
A  I know some of them.
Q  Can you tell me who those are?
A
Q  Would you mind spelling that?
A

**218**

Q  Okay.
A

Q

A

Q

A

Q

A

**219**

Q  Okay.

A

Q  What was his explanation?
A

Q  And I'm not sure if you said it.  Who is this person who gave you that explanation?
A

**220**

Q

MS. CLARKE:  Objection.
A

Q