# EXHIBIT 3
# [Redacted Version of Document Filed Under Seal]

# EXHIBIT E

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 1

                        N O T I C E

                ROUGH DRAFT / REALTIME FEED


            This transcript is an uncertified rough
Draft/realtime feed.  It is understood by the
recipient receiving a realtime feed and/or rough
draft that:
            This transcript contains raw output from
the court reporter's software. It may contain
untranslated outlines, mistranslations (wrong
words), and misspellings.  These and any other
errors will be corrected in the final transcript.
            This rough draft is intended to assist in
case preparation.  It is not to be cited and may
not be filed with the Court.  The court reporter
and the court reporting agency will not assume
responsibility for any errors and will not be
responsible for any variance of this draft from
the final transcript.
            A realtime feed and/or rough draft
transcript will be provided only when a certified
copy is purchased, and there will be separate
charges for each realtime feed connection, rough
draft, and certified copy.

A   Yes.  Yeah.

Q

Q

A   Correct.

Q

A





████████████████

MS. TOMKOWIAK:  Objection.
Mischaracterizes her testimony.

BY THE WITNESS:

A  I'm not sure.  This was just a statement
that he gave me.

BY MR. KANE:

Q  Okay.  And when did he give you that
statement?

A  Yesterday.

Q  Okay.  So in preparation for your

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 40

testimony today?

A  Yes.

Q  ████ ████████████████████
████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████

MS. TOMKOWIAK:  Objection.  Argumentative.
Outside the scope.

BY THE WITNESS:

A  ████████████████  ████████
████████████████████████████
████████████████████████

BY MR. KANE:

Q   And who concluded that?

MS. TOMKOWIAK:  Objection.  Asked and answered.

BY MR. KANE:

Q   I'm sorry, ████████, I miss the your answer.

A   ████ ████

Q   ████████████████████████████
████████████████████████

A   That's my understanding.

Q   Okay.  And I -- your understanding is



* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
                                        Page 41

based on what?

A   ████████████████████████
████████████████████████
██████████

Q   ████ ████████████████████
██████████████████████████████
████████████████████████
████████████████████
████████████

MS. TOMKOWIAK:  Objection. Mischaracterizes her testimony.

BY THE WITNESS:

A   ████████████████████
████████████████████
████████████████████



BY MR. KANE:

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *

Page 42

A  Correct.

Q



MS. TOMKOWIAK:  Objection.  Argumentative.

Mischaracterizes her testimony.

BY THE WITNESS:

A

BY MR. KANE:

Q



A   Yes.

Q   Can you explain what that is?

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 43



        MS. TOMKOWIAK:  Objection.  Incomplete
hypothetical.

BY THE WITNESS:

    A   I think in general that's -- my
understanding is quite limited, but I think what
you're saying makes sense.

BY MR. KANE:



MS. TOMKOWIAK:  Objection.

BY THE WITNESS:

A  Yeah, I don't -- I don't know additional detail.

BY MR. KANE:

Q  Let me tell you what I have in mind and if you don't know, you don't know.

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 44

Is that the idea?

MS. TOMKOWIAK:  Objection.  Outside the scope.

BY THE WITNESS:



* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *

Page 45



Q  Thank you for that explanation.

A  Right correct.

Q

        MS. TOMKOWIAK:  Objection.

Mischaracterizes her testimony.

BY THE WITNESS:

████████    █████████████████████

███████████████████████████████████████

██████████████████████████████████████ nt

███████████

 

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *

Page 55

 

MS. TOMKOWIAK:  Asked and answered.
Objection.  Argumentative.

BY THE WITNESS:

█ ██████████████████████████

████████████████████████████

█████████████

BY MR. KANE:

█ ████████████████████████

███████████████

MS. TOMKOWIAK:  Objection.  Vague.  Also
outside the scope.

BY THE WITNESS:

A  Yeah, I don't know.

BY MR. KANE:

Q  ████████████████████████████

████████████████████████████████

██████████████████████████████

██████████████████

█ █████████████████████

█ ███████████████████████████

█████████████████████

MS. TOMKOWIAK:  Objection.  Vague

compound.

BY THE WITNESS:

▮ ████████████████████

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *

Page 56

████████████████████████████

███████████████████████████

██████████████████████████

██████████    ████████████████████

████████████████

MR. KANE:  Uriel, could you put Tab 4 into the folder.

BY MR. KANE:

Q  So, ██████████  I think what should happen is if you go to that plant depos folder in a second you should see a document show up in there, it will say Tab 004 and you should be able to open it on your machine.

MS. LEE:  Tab 4 is uploaded.  Please let me know.

(WHEREUPON, Previously Marked Plaintiffs' Exhibit No. 110 was presented to the witness.)

BY THE WITNESS:

A  I see the document being screen shared, but I don't see anything in the repository.

Am I looking at the right thing?

BY MR. KANE:



* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *





*/.

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 162



        MS. TOMKOWIAK:  Objection.  Incomplete

hypothetical.

BY THE WITNESS:

    A  Yeah, I didn't quite understand.

BY MR. KANE:

        MS. TOMKOWIAK:  Objection.  Incomplete

hypothetical.



* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 172



A   Exactly --

MS. TOMKOWIAK:  Objection.

Go ahead.

BY THE WITNESS:

BY MR. KANE:

Q

* ROUGH DRAFT * HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY *
                                        Page 173

A  Yes.

Q

A  No --

        MS. TOMKOWIAK:  Objection.  Outside the

scope.

BY THE WITNESS:

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *
Page 244



Q    Okay.  And would you mind just spelling that.

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *



A   Yes.

MS. TOMKOWIAK:  Objection.  This is outside the scope of her corporate testimony.

BY THE WITNESS:

A

* ROUGH DRAFT * HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY *



          MS. TOMKOWIAK:  Objection.  Calls for
speculation.

BY THE WITNESS:

     A

          MS. TOMKOWIAK:  Objection.  Calls for
speculation.  And the document speaks for itself.