**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**ATTORNEY DECLARATION OF ROBERTO J. BORGERT**

I, Roberto J. Borgert, declare that:

1.      I am an associate at the law firm Latham & Watkins LLP, and counsel for Google LLC ("Google") in this matter.

2.      I submit this declaration in connection with Google's Letter Reply in Support of Google's Motion for Discovery Conference Regarding Motion for Protective Order Concerning Plaintiffs' Notice of Deposition of Y.J.

3.      Attached as **Exhibit 1** is a true and correct copy of excerpts of the rough transcript of the deposition of C.F., taken July 16, 2026.

4.      Attached as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the deposition of Vishal Jain, taken June 30, 2026.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

1

2

Executed July 22, 2026, in Arlington, Virginia

Roberto J. Borgert