# EXHIBIT 1
# [Redacted Version of Document Filed Under Seal]

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
Page 1

N O T I C E

ROUGH DRAFT / REALTIME FEED

This transcript is an uncertified rough Draft/realtime feed.  It is understood by the recipient receiving a realtime feed and/or rough draft that:

This transcript contains raw output from the court reporter's software. It may contain untranslated outlines, mistranslations (wrong words), and misspellings.  These and any other errors will be corrected in the final transcript.

This rough draft is intended to assist in case preparation.  It is not to be cited and may not be filed with the Court.  The court reporter and the court reporting agency will not assume responsibility for any errors and will not be responsible for any variance of this draft from the final transcript.

A realtime feed and/or rough draft

MS. TOMKOWIAK:  Objection.

BY THE WITNESS:

A  I don't know.

BY MR. KANE:

Q

A  Yes.

Q  Why was that decision made?

A

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *



Q

MS. TOMKOWIAK:  Objection.

BY THE WITNESS:

A



BY MR. KANE:

Q

MS. TOMKOWIAK:  Objection.  Outside the

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

scope of this witness's 30(b)(6) testimony.

You can answer if you know.

BY THE WITNESS:

A



BY MR. KANE:

Q

MS. TOMKOWIAK:  Objection.  Lack of
foundation outside the scope.

BY THE WITNESS:

A

MR. KANE:

BY MR. KANE:



MS. TOMKOWIAK:  Objection --

BY THE WITNESS:

    A  I --

        MS. TOMKOWIAK:  -- mischaracterizes her testimony.

BY THE WITNESS:

    A

BY MR. KANE:

    Q

        MS. TOMKOWIAK:  Objection. Mischaracterizes her testimony.

BY THE WITNESS:

    A  I'm not sure.  This was just a statement that he gave me.

BY MR. KANE:

    Q  Okay.  And when did he give you that statement?

    A  Yesterday.

Q  Okay.  So in preparation for your

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

testimony today?

A  Yes.

Q  ██████ ████████████████████████

█ ██████████████████████████████

█ ███████████████████████████████████

█ ███████████████████████████████████

█ ██████████████████████████

        MS. TOMKOWIAK:  Objection.  Argumentative.

Outside the scope.

BY THE WITNESS:

    A  ███████████████████  ████████████

█ ██████████████████████████████████

█ ████████████████████████

BY MR. KANE:

    Q  And who concluded that?

        MS. TOMKOWIAK:  Objection.  Asked and

answered.

BY MR. KANE:

    Q  I'm sorry, ████████, I miss the your

answer.

A

Q ████████████████████████

██ ████████████████████████

A That's my understanding.

Q Okay.  And I -- your understanding is

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

based on what?



A ████████████████████████

██ ████████████████████████

██ ██████████

Q ██ ████████████████

██ ██████████████████████████

██ ████████████████████████

██ ██████████████████████

██ ██████████

        MS. TOMKOWIAK:  Objection.

Mischaracterizes her testimony.

BY THE WITNESS:

A ████████████████████████

██ ██████████████████████

██ ████████████████████████



BY MR. KANE:

Q

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

Page 42



A   Correct.

Q

MS. TOMKOWIAK:  Objection.  Argumentative.
Mischaracterizes her testimony.

BY THE WITNESS:

A

hypothetical.

BY THE WITNESS:

A   I think in general that's -- my understanding is quite limited, but I think what you're saying makes sense.

BY MR. KANE:

Q   ███  ████████████████████████
█████████████████████████████████
██████████████████████  ████████
██████████████████████████████████
███████

MS. TOMKOWIAK:  Objection.

BY THE WITNESS:

A   Yeah, I don't -- I don't know additional detail.

BY MR. KANE:

Q   Let me tell you what I have in mind and if you don't know, you don't know.

███████████████████████████

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

██████████████████████████████████
████████████████████████████████████



Is that the idea?

MS. TOMKOWIAK:  Objection.  Outside the scope.

BY THE WITNESS:

A

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
Page 45



Q  Thank you for that explanation.

A  Right correct.

Q

MS. TOMKOWIAK:  Objection.
Mischaracterizes her testimony.

BY THE WITNESS:

A



* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
Page 46



BY MR. KANE:

Q  And I just want to, sort of, understand how this relates to free listings.



A



* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

Q

A  Yeah, it would be -- sorry did you want --

MS. TOMKOWIAK:  That's okay.

BY THE WITNESS:

A

BY MR. KANE:

Q

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
Page 48

A

[REDACTED]

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
Page 240

[REDACTED]

MS. TOMKOWIAK:  Again, she's been prepared to testify to these features as it relates to Google shopping so to the extent you know the answer to that in your personal capacity you can answer.

BY THE WITNESS:

A [REDACTED]

BY MR. KANE:

Q [REDACTED]

A No.

Q [REDACTED]

A To my knowledge, that's correct.

Q [REDACTED]

A Correct, [REDACTED]



Q

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *
                                                    Page 241

                MS. TOMKOWIAK:  Objection.

BY THE WITNESS:

        A  How so?

BY MR. KANE:

        Q



MS. TOMKOWIAK:  Objection.  Outside the scope as it -- insofar as your question is directed to what Google tries to do.  Also calls for speculation.

Answer the question in your personal capacity if you have an opinion.

* ROUGH DRAFT * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY *

BY THE WITNESS:

A



BY MR. KANE:

Q