# EXHIBIT 2
## [Redacted Version of Document Filed Under Seal]

                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF NEW YORK

-----------------------------x

CENGAGE LEARNING, INC.;

BEDFORD, FREEMAN & WORTH        Civil Action No.

PUBLISHING GROUP, LLC D/B/A        24-cv-04274

MACMILLAN LEARNING;

MACMILLAN HOLDINGS, LLC;

ELSEVIER INC.; ELSEVIER B.V.;

and MCGRAW HILL LLC,

                    Plaintiffs,

          v.

GOOGLE LLC,

                    Defendant.

-----------------------------x


              DEPOSITION OF VISHAL JAIN

                   June 30, 2026




Reported by:

MARY F. BOWMAN, RPR, CRR

JOB NO. 636373

Transcript of Vishal Jain
Conducted on June 30, 2026                    2

June 30, 2026

9:07 a.m.

Deposition of VISHAL JAIN, held

Latham & Watkins LLP, 1271 Avenue of the

Americas, New York, New York, before Mary F.

Bowman, a Registered Professional Reporter,

Certified Realtime Reporter, and Notary Public

of the States of New Jersey and New York.

APPEARANCES:


OPPENHEIM + ZEBRAK, LLP

Attorneys for Plaintiffs

    4530 Wisconsin Avenue NW, 5th Floor

    Washington, D.C. 20016

BY:  JEFF KANE, ESQ.

    URIEL LEE, ESQ.

    YUNYI CHEN, ESQ.



LATHAM & WATKINS LLP

Attorneys for Defendant - Google

    555 11th Street NW,  Suite 1000

    Washington, D.C. 20004

BY:  SARAH A. TOMKOWIAK, ESQ.

    CAROLINE CLARKE, ESQ.

    ROBERTO BORGERT, ESQ.

    ADAEZE ONYIMAH, ESQ.


Also Present:

    John Janhunen, Esq., Google

    Naadirah Moore, Legal Videographer



Q.    Let me try to ask you a different way.  Maybe I'm not communicating.

MS. TOMKOWIAK:  Objection, vague.

A.

Q.

Transcript of Vishal Jain
Conducted on June 30, 2026                          28



A.    Correct.                                    09:36:03

Q.                                               09:36:04

A.    Yes.                                        09:36:09

Q.                                               09:36:19

A.                                               09:36:24

Q.                                               09:36:27

A.                                               09:36:34

Q.                                               09:36:35

A.                                               09:36:38

Q.                                               09:36:39

A.                                               09:36:55

Transcript of Vishal Jain
Conducted on June 30, 2026                29



Transcript of Vishal Jain
Conducted on June 30, 2026                    30



        Q.

MS. TOMKOWIAK:  Objection.

        A.

        Q.



MS. TOMKOWIAK:  Objection.

A.    Yes.

Q.    [redacted]

A.    Yeah.

Q.    -- do I have that right?

A.    [redacted]

Q.    [redacted]

A.    Yes.

Q.    [redacted]

A.    I consider -- that's my own

09:46:27
09:46:28
09:46:30
09:46:30
09:46:36
09:46:40
09:46:43
09:46:47
09:46:49
09:46:50
09:46:51
09:46:54
09:46:58
09:46:59
09:47:01
09:47:05
09:47:09
09:47:13
09:47:14
09:47:18
09:47:22
09:47:22
09:47:24
09:47:26
09:47:27

                    CERTIFICATE

STATE OF NEW JERSEY )
                    )ss:
COUNTY OF UNION     )

     I, MARY F. BOWMAN, a Registered

Professional Reporter, Certified Realtime

Reporter, and Notary Public within and for

the State of New Jersey, do hereby

certify:

     That VISHAL JAIN, the witness whose

deposition is hereinbefore set forth, was

duly sworn by me and that such deposition

is a true record of the testimony given by

such witness.

     I further certify that I am not

related to any of the parties to this

action by blood or marriage and that I am

in no way interested in the outcome of

this matter.

     In witness whereof, I have hereunto

set my hand this 12th day of July, 2026.


          _____
               MARY F. BOWMAN, RPR, CRR