**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

</td><td>

Case No. 1:24-cv-04274-JLR-BCM

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Roberto J. Borgert, hereby certify that on July 22, 2026, I served all counsel of record with the true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Unredacted version of Google's Letter Reply in Support of Google's Motion for Discovery Conference Regarding Motion for Protective Order Concerning Plaintiffs' Notice of Deposition of Y.J.

- Unredacted version of Exhibits 1-2 to the Attorney Declaration of Roberto J. Borgert

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com

2

Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*


Dated: July 22, 2026
        Arlington, Virginia

Roberto J. Borgert