USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/23/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

          Plaintiffs,

    -against-

GOOGLE LLC,

          Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

It is HEREBY ORDERED that a discovery conference will take place on **August 3, 2026**

at **10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street,

New York, New York, 10007. For planning purposes, the parties are advised that they should be

prepared to address:

1.     Defendant's July 9, 2026 letter-motion (Dkts. 1053, 1054); and

2.     Defendant's July 22, 2026 letter-motion (Dkts. 1077, 1078).

Dated: New York, New York
       July 23, 2026

**SO ORDERED.**

**BARBARA MOSES
United States Magistrate Judge**