**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, I served counsel for Defendant Google with a copy of the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. The documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 1087-1: Sealed Exhibit A
- Dkt. 1087-2: Sealed Exhibit B

/s/ Lauren Bergelson
Lauren Bergelson
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
212.951.1872
lbergelson@oandzlaw.com

*Counsel for Plaintiffs*