## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC. et al.

      Plaintiffs,

v.

GOOGLE LLC,

      Defendant.

Civil Action No. 24-cv-04274-JLR-BCM

[Redacted]

### Declaration of Attorney Jeff Kane ISO
### Plaintiffs' Letter Motion for Discovery Conference re Google's Deposition Testimony

1.      I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Letter Motion for Discovery Conference re Google Deposition Testimony ("Motion").

2.      Attached as Exhibit 1 is an excerpt from the deposition of S.B. Ms. B is Google's 30(b)(6) designee for (among other topics) the implementation and effectiveness of Google's DMCA program. Dkt. 985-2 at 9 (Topic 10) and 27 (Topic 53).

3.      Plaintiffs subpoenaed both of Google's vendor companies for deposition. One claimed that no individuals in the U.S. had knowledge of the relevant issues; the other claimed that no one currently employed at the vendor had such knowledge. Google refused even to provide the names of the individuals who processed infringement notices.

4.      During conferrals, Google claimed that one of the documents about which the Court previously conducted an *in-camera* review (*see* Dkt. 994) concerned the ▮▮▮▮ (as defined in the Motion). Google refused to identify the document to Plaintiffs.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 27, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane

2