**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
Sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    07/28/26

**LATHAM&WATKINS** LLP

**MEMO ENDORSED**

July 24, 2026

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re:    *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> Letter Motion Regarding August 3, 2026 Discovery Conference (Dkt. 1085)

Dear Judge Moses:

We represent Defendant Google LLC in the above-captioned matter.  We write regarding the upcoming Discovery Conference set in the above-referenced case for Monday, August 3, 2026 at 10:00 am.  Due to the Google lead trial counsels' immovable work conflict around a hearing in a separate matter and caregiver responsibilities surrounding a family member's major surgery, counsel for Google respectfully requests that the Court adjourn the discovery conference to August 11 or August 17, with a preference for August 11 so that the motions may be heard sooner if possible.  Google has not previously requested an adjournment of this hearing.

Counsel for Google consulted with counsel for Plaintiffs regarding the relief sought. Counsel for Plaintiffs have consented to Google's filing of this motion and confirmed they will be available on August 11 and August 17.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)

Application GRANTED. The discovery conference initially scheduled for August 3, 2026 is ADJOURNED to **August 11, 2026** at **10:00 a.m.** SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**July 28, 2026**