# EXHIBIT B
## [REDACTED]

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

CENGAGE LEARNING, INC.; BEDFORD,

FREEMAN & WORTH PUBLISHING

GROUP, LLC D/B/A MACMILLAN

LEARNING; MACMILLAN HOLDINGS,

LLC; ELSEVIER INC.; ELSEVIER B.V.;

And MCGRAW HILL LLC,

                              Plaintiffs,

          -against-    Civil Action No.:

                       24-cv-04274-JLR-BCM

GOOGLE LLC,

                              Defendant.

----------------------------------------X

            ** CONFIDENTIAL **

                  DATE: April 22, 2026

                  TIME: 9:25 a.m.


          VIDEOTAPED DEPOSITION of the

Plaintiffs, ELSEVIER INC. and ELSEVIER

B.V., in her corporate and personal

capacity, KELLY MCCANN, taken by the

respective parties, held at the offices of

Latham & Watkins, LLP, 1271 Avenue of the

Americas, New York, New York 10020, before

Nicole Veltri, RPR, CRR, a Notary Public of

the State of New York.

CONFIDENTIAL

Page 21

K. McCANN - CONFIDENTIAL

A.    I have.

Q.    Did you review it in advance of today's deposition?

A.    I have.

Q.    Do you understand that you are designated as Elsevier's representative on Topics 1 through 14, 18, 19, and 21 through 33 identified in this document?

MS. MURPHY:  Objection.  Take a minute to check.

A.    Okay.

Q.    It might be easier to check the ones you're not designated on, so that would be 15, 16, 17, and 20.

A.    I've reviewed.

Q.    Am I correct?

A.    Correct.

Q.    As discussed before we entered this exhibit, you're also here to testify in your personal capacity, correct?

A.    Correct.

Q.    Are you the most -- are you the person most knowledgeable to testify on behalf of Elsevier with respect to those

CONFIDENTIAL

Page 51

K. McCANN - CONFIDENTIAL

MS. MURPHY:  Objection, scope.

Q.    All right.  I want to talk a little bit about Google's decision to ban Google Shopping ads for eBooks.

So around May 2021, this was before Elsevier sued Google, Google made the decision to ban Google Shopping ads for books and digital eBooks.

Do you recall that?

A.    I do.

MS. MURPHY:  Objection.  Assume facts not in evidence.

Page 52

K. McCANN - CONFIDENTIAL

Q.    Okay.  When did Elsevier first learn about this change in policy?

MS. MURPHY:  Objection. Assumes facts not in evidence.

A.    2021.

Q.    After it took place?

MS. MURPHY:  Objection, form.

A.    Are you referring to when did Elsevier understand from a legal standpoint or from a business standpoint that this was going to be taking place?

Q.    From a business standpoint. I'm just trying to understand if Elsevier, the ban -- the ban went into effect around May of 2021.  And I'm just trying to understand if Elsevier knew prior to that being effective that that was going to happen or if it learned about it after the

CONFIDENTIAL

Page 57

K. McCANN - CONFIDENTIAL

available for sale.

Q.    In violation of this policy?

MS. MURPHY:  Objection.  Lack

of foundation.  Outside the scope.

A.    That's my understanding.

Q.    And what is Elsevier's

understanding of why Google decided to ban

Google Shopping ads for eBooks and digital

books?

MS. MURPHY:  Objection.  Lack

of foundation.  Outside the scope.

A.    I'm not privy to decisions

Google makes.

MS. MURPHY:  Objection to the

use of the term "EPEG."

Q.    Were you aware about

conversations specifically about one

solution being "Let's just ban all eBooks

Page 58



K. McCANN - CONFIDENTIAL

from Google Shopping"?

MS. MURPHY:  Objection, form.

MS. MURPHY:  Objection to use

of the term "EPEG."

MS. MURPHY:  Objection.  Asked

and answered.

CONFIDENTIAL

Page 59

K. McCANN - CONFIDENTIAL

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

Q.    Okay.  That wasn't a question, but I understand.

MS. TOMKOWIAK:  You can close that exhibit.  We're going to upload a new document that we'll mark as McCann Exhibit 5.

(Whereupon, Email chain, beginning Bates PL0000545804 was marked as McCann Exhibit 5 for identification as of this date.)

Q.    Let me know when you see it.

A.    I see it.

MS. MURPHY:  Counsel, mine has not opened just yet.

MS. TOMKOWIAK:  Okay.  No worries.

Q.    Do you want to take a few minutes to review it?



Page 60

K. McCANN - CONFIDENTIAL

A.    Sure.

800-567-8658                                         973-410-4098



CONFIDENTIAL

Page 62

K. McCANN - CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

Page 64

K. McCANN - CONFIDENTIAL



MS. MURPHY:  Objection.

Mischaracterizes the witness's

testimony.

Page 65

K. McCANN - CONFIDENTIAL



MS. MURPHY:  Asked and

answered.

800-567-8658                                             973-410-4098

CONFIDENTIAL

Page 66

K. McCANN - CONFIDENTIAL

MS. TOMKOWIAK:  Counsel, I have one more document on this topic so I would suggest we do that and then take a break.  Is that okay?

MS. MURPHY:  Is that okay with you?

THE WITNESS:  That's fine.

MS. MURPHY:  That's fine.

MS. TOMKOWIAK:  All right.  So we're going to drop into the drive what we'll mark as Exhibit 6.

as McCann Exhibit 6 for identification as of this date.)

Q.    You can close the exhibit

CONFIDENTIAL

Page 159

K. McCANN - CONFIDENTIAL



          MS. MURPHY:   Objection.

     Outside the scope.

     Q.    We might have covered this

earlier today but I just want to make sure

I have a clear answer.

Page 160

K. McCANN - CONFIDENTIAL



MS. MURPHY:  Outside the scope.

MS. MURPHY:  Objection.

Outside the scope.