

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

July 29, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:     *Cengage Learning, Inc., et al. v. Google LLC*, **No. 24-cv-04274-JLR-BCM: Plaintiffs'**
**Letter Opposing Certain Redactions Requested in Google's Letter Motion (Dkt. 1098)**
**to Seal July 1, 2026 Conference Transcript**

Dear Judge Moses:

Plaintiffs write in partial opposition to Google's proposed redactions to the July 1, 2026 hearing transcript (Dkts. 1098 and 1099).

On pp. 9–12 and 16 of the transcript (Dkt. 1099), Google proposes redacting a description and discussion of Google's zero-strike policy. Google claims that this policy was reversed. Dkt. 1099 at 9:1–9. If that is the case, a description of this former policy will not aid any would-be bad actors. Google also seeks to redact Plaintiffs' explanation of what this policy and its reversal say about Google's intent and liability. Dkt. 1099 at 9:16–10:4. That discussion, too, has no possibility of aiding bad actors. Google seeks these redactions not because disclosing this policy creates potential for abuse, but because Google's adoption and abandonment of the policy is a bad fact for Google. This is not a proper use of redactions.

We thank the Court for its consideration.

Respectfully,

/s/ *Jeff Kane*
Jeff Kane

cc:    All Counsel of Record (via ECF)