# Exhibit B

# EXHIBIT 1

# [Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

CENGAGE LEARNING, INC.;              )
BEDFORD, FREEMAN & WORTH             )
PUBLISHING GROUP, LLC D/B/A          )
MACMILLAN LEARNING;                  )
MACMILLAN HOLDINGS, LLC;             )
ELSEVIER INC.; ELSEVIER B.V.; and    )
MCGRAW HILL LLC,                     )
                                     )
              Plaintiffs,            )
        v.                           ) Civil Action No
                                     ) 24-cv-04274
GOOGLE LLC,                          )
                                     )
                                     )
              Defendant.             )
_____)

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEO-RECORDED and VIDEOCONFERENCED

30(b)(6) DEPOSITION OF

GOOGLE LLC, by and through its Designated

Representative,

████████

San Francisco, California 94111

Wednesday, June 24, 2026

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 636372
PAGES 1-408

scope.

A    I wouldn't want to try to define it.

Q    (BY ATTORNEY KANE) I understand it to be like whether the enforcement decision was correct.

Does that sound right to you?

ATTORNEY TOMKOWIAK:  Same objection. Outside of scope.

A    I don't know.

Q    (BY ATTORNEY KANE) Do you know what "recall" is?

A    No.  I have heard these terms generally in the context of automation.

Q    Okay.  Has Google performed █████████ ████████████████████████████ ███████████████████████████ ██████████████████████████?

ATTORNEY TOMKOWIAK:  Objection.

THE DEPONENT:  I do have a privilege question for you.

ATTORNEY TOMKOWIAK:  Yeah.  Okay.  Let's go off the record.

THE COURT STENOGRAPHER:  Agree?

THE VIDEOGRAPHER:  We're going off the record at 5:15 p.m.

(A break was taken from 5:15 p.m. to

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

Transcript of ▮▮▮▮▮▮, Designated Representative

Conducted on June 24, 2026

290

5:22 p.m.)

THE VIDEOGRAPHER:  We are back on the record at 5:22 p.m.

Q    (BY ATTORNEY KANE) So the question was: Has Google performed ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮?

A    ▮▮

Q    ▮▮▮▮▮▮▮▮

A    There -- there was a review of the ▮▮▮ ▮▮▮▮▮▮▮▮, and I believe an ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮.

Q    And who conducted the review?

A    ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

Q    What prompted the review?

ATTORNEY TOMKOWIAK:  Objection.  I'm going to -- you can answer that at a high level.  But because attorneys were involved, I would caution you not to reveal the -- the substance of communications with attorneys or any legal advice that was received in connection with what prompted the review.

A    The review, I think, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q    (BY ATTORNEY KANE) And when was it conducted, the review?

A    I think it was in the ▮▮▮▮▮▮▮▮▮

Q    And what was the result of the review? Did the review lead to any conclusions?

A    ▮▮▮▮▮▮▮

Q    And what were those?

A    It was -- it was determined that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q    And what did the review entail? In other words, what do they do in order to review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

A    I don't know the exact details of how the -- the review was conducted. I think it probably looked at ▮▮▮▮▮▮▮▮▮▮▮▮ but I don't know the details of -- of how it was done.

Q    Were there any other conclusions that the review reached?

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

Transcript of ███████, Designated Representative

Conducted on June 24, 2026                              292

A     Sorry.  It just occurred to me.  I think I     05:26:22
said ████████████████████████████████               05:26:24
        ATTORNEY TOMKOWIAK:  ████████████           05:26:28
████████████                                          05:26:28
    A    I did.  Okay.                                05:26:31
        ATTORNEY CLARKE:  The first time she         05:26:32
said --                                               05:26:33
    A    I just want to double -- yeah,               05:26:35
double-check.  I think the investigation ████        05:26:36
████                                                  05:26:38
        THE DEPONENT:  Right?                         05:26:38
        ATTORNEY TOMKOWIAK:  Just the                05:26:39
investigation?  Yes.                                  05:26:40
    A    Yeah.                                        05:26:41
        ATTORNEY TOMKOWIAK:  Yeah.                    05:26:42
    A    ████████████  sorry.  Apologies.            05:26:42
    Q    (BY ATTORNEY KANE) That's okay.  So just     05:26:43
to make sure I am -- I have got it right.             05:26:44
        The review that you're describing occurred   05:26:46
in the ████████████                                   05:26:47
    A    Yes.  Yes.                                   05:26:49
    Q    And one of the conclusions from the         05:26:53
review -- or a conclusion from the review was that   05:26:55
████████████████████████████████████████            05:26:58
████████████████████████████████████████            05:27:03

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ████████, Designated Representative
Conducted on June 24, 2026                                     293

A    Correct.

Q    Was there some sort of work product created -- sorry.  That's not the right term.

Was there some sort of deliverable associated with the review?  That is to say, was there a report or a presentation or a memo?

A    █████████████████████████████████

Q    And I think you said that ████████████████████████████████████████████

Can you explain what you mean by that?  Excuse me.

A    I mean that ████████████████████████████████████████████████████████

Q    And was there an explanation ████████████████████████████████████

A    There ████████████████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ███████, Designated Representative
Conducted on June 24, 2026

294

         Q    When we were looking at the ████
████, Plaintiffs' Exhibit 69, we were seeing how
when -- ████████████████████
████████████████████████
████████

         A    Yeah.

         Q    ████████████████████
              Do you recall that?

         A    Yes.

         Q    I'm trying to understand.
              Was the ████████████████
████████████████████████
████████████████████

              ATTORNEY TOMKOWIAK:  Objection, asked and
answered.

         A    We ████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ▮▮▮▮▮▮▮, Designated Representative
Conducted on June 24, 2026                                    295

████████████████████████████████████                    05:30:13

████████████████████████████████████                    05:30:15

██████████████████████████████                          05:30:18

██████                                                   05:30:21

        Q    (BY ATTORNEY KANE) How did you become      05:30:32

aware of this -- what's the right word --               05:30:33

investigation?  Sorry.                                  05:30:36

        What would be the right word to refer to        05:30:39

this?  An investigation?                                05:30:40

        A    I think that's a fine term.                05:30:43

        Q    Okay.  When did you first become aware of  05:30:44

this investigation?                                      05:30:47

        ATTORNEY TOMKOWIAK:  I will just instruct        05:30:49

you to answer that with just the rough time period,     05:30:50

but nothing other than that.                            05:30:54

        A    ████████████████████████████████           05:30:58

██████████████████████████████.                         05:31:01

        ATTORNEY TOMKOWIAK:  And I need to back up       05:31:07

too.  So in that prior question, Jeff, since you        05:31:09

used the word "you," you're referring to Ms. ████       05:31:12

personally, when did she personally become aware of     05:31:15

this investigation?                                      05:31:18

        ATTORNEY KANE:  Yes.  I believe I said           05:31:20

when I use the word "you," I mean Ms. ████               05:31:21

personally.                                              05:31:23

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ████████, Designated Representative
Conducted on June 24, 2026                                                     296

ATTORNEY TOMKOWIAK:  Okay.                                    05:31:23

Q    (BY ATTORNEY KANE) ███████████████              05:31:23
████████████████████████████████                          05:31:25
████████████                                              05:31:29

I think that was ████████████ is that                     05:31:29
right?                                                    05:31:31

A    Yes.                                                 05:31:32

Q    Okay.  So sometime after ███████████               05:31:32

A    Yes.                                                 05:31:35

Q    And at that point the investigation had             05:31:36
████████ is that right?                                   05:31:38

A    ████████████████████                                 05:31:41

Q    Okay.  So did someone give you some sort            05:31:42
of briefing or were you provided an email or how did     05:31:45
you end up becoming aware of the investigation?          05:31:48

ATTORNEY TOMKOWIAK:  Again, I'm going to                  05:31:52
instruct you to answer that at a very high level.         05:31:53
You can say, you know, from whom, for example, but I      05:31:55
would not reveal the substance or the content of any      05:31:59
communication or conversation that you had with           05:32:03
attorneys about that investigation.                       05:32:05

A    I -- I learned about it ████████████                05:32:08
████████████████                                          05:32:13

Q    (BY ATTORNEY KANE) ████████████████              05:32:26
████████████████████████████                              05:32:27

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ▮▮▮▮▮▮▮, Designated Representative
Conducted on June 24, 2026                                    297

A    As we talked about earlier, ▮▮▮▮▮

Q    Did the investigation ▮▮▮▮▮

ATTORNEY TOMKOWIAK:  Objection.

A    ▮▮▮▮▮

Q    (BY ATTORNEY KANE) Let me explain just in case.

Did the investigation say: ▮▮▮▮▮

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ████████, Designated Representative
Conducted on June 24, 2026                    298

ATTORNEY TOMKOWIAK:  I'm going to -- if you don't know the answer to that question, it's fine to answer "I don't know."  Otherwise, I'm going to instruct you not to answer that question on the basis of attorney-client privilege and work product.

(Instruction not to answer.)

A    ████████

Q    (BY ATTORNEY KANE) You mentioned that ████████████

A    ████████

Q    So other than that investigation, █

A    ████████

Q    Does Google conduct evaluations of the employees who process -- I'm sorry.

Does Google conduct evaluations of the ████████████

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

Transcript of ███████, Designated Representative
Conducted on June 24, 2026                    402

below that, it says:                                    09:10:18

█████████████                                           09:10:20

███████████████                                         09:10:21

████████████                                            09:10:25

    Do you see that?                09:10:26

A   I do see that.                        09:10:27

Q   Do you know what that means?         09:10:28

ATTORNEY TOMKOWIAK:  Same objection.                    09:10:30

A   No, I don't know.                     09:10:31

ATTORNEY KANE:  I will tender the witness.              09:10:42

    EXAMINATION                       09:10:46

BY ATTORNEY TOMKOWIAK:                                  09:10:48

Q   Ms. ███, I just have one question -- do  09:10:49
you -- a few questions, but I'll be very brief.         09:10:53

    Do you recall that you testified earlier  09:10:56
that Google conducted an investigation ████████         09:10:58
███████████████████████████████████                     09:11:04
█████████████████████████                               09:11:11

ATTORNEY KANE:  Objection,                              09:11:14
mischaracterizes the testimony.                         09:11:14

Q   (BY ATTORNEY TOMKOWIAK) You can answer.  09:11:20

    Do you recall that testimony generally?  09:11:21

A   The testimony regarding the investigation?  09:11:22

Q   Yes.                                   09:11:25

A   Yes.                                   09:11:25

ATTORNEY KANE:  Same objection.

Q    (BY ATTORNEY TOMKOWIAK) And I believe you testified earlier that Google ████████████ ████████████████████████████ ██████████████████████████████ ██████████████████████████████ ████████████████████

Do you recall that testimony?

A    Yes.

ATTORNEY KANE:  Objection, mischaracterizes the testimony.

A    Yes.

Q    (BY ATTORNEY TOMKOWIAK) ████████ ████████████████████████████ ██████████████

A    ████████████████████

ATTORNEY TOMKOWIAK:  I have no further questions.

EXAMINATION

BY ATTORNEY KANE:

Q    ████████████████████████████

A    ████████████████████

Q    ██████

A    ████████████████████

Q    And ████████████████████

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
Transcript of ███████, Designated Representative
Conducted on June 24, 2026                    404

A   ████████

Q   ████████████████████████

████████████████

A   ████████

Q   Whose decision was it ████████████

████████

ATTORNEY TOMKOWIAK:  I'm going to object to that and instruct you not to answer on the basis of attorney-client privilege.

(Instruction not to answer.)

A   I'm not going to answer.

Q   (BY ATTORNEY KANE) Was it ████████████ ████████████████████████████ ████████?

A   ████████████████.

ATTORNEY KANE:  I don't have further questions.  We will, however, leave this deposition open based on Ms. ████ lack of preparation on Topic 29.  We don't need to get into that -- the substance of that now, but I suggest we meet and confer and try to reach a resolution.

Other than that, I will express my sincere thanks to the court reporter and videographer.

ATTORNEY TOMKOWIAK:  And I will express my