**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

</td>
<td>

Case No. 1:24-cv-04274-JLR-BCM

</td>
</tr>
</table>

**ATTORNEY DECLARATION OF JOSEPH PILIGIAN**

I, Joseph Piligian, declare that:

1.     I am an associate at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.     I submit this declaration in support of Google's Reply in Support of its Letter Motion for Permission to Serve a Third-Party Deposition Subpoena ("Letter Reply").

3.     On May 27, 2026, Sarah Tomkowiak notified Michele Murphy, Jeff Kane, Uriel Lee, Lauren Bergelson, Danae Tinelli, and Yunyi Chen that Google can confirm June 19, 2026 as the date of Mr. Guillaud's deposition in person, and that Google was considering Plaintiffs' request to have Mr. Guillaud be deposed remotely from France.

4.     On June 4, 2026, Joseph Piligian notified Michele Murphy, Jeff Kane, Uriel Lee, Lauren Bergelson, Danae Tinelli, and Yunyi Chen that France's blocking statute prohibits Google from deposing Mr. Guillaud while he is in France, but that Google remained available to depose Mr. Guillaud on June 19 in New York. On the same day, Joseph Piligian reiterated: "we did not

cancel this deposition.  In fact, my email explicitly stated that we were amenable to holding the deposition in New York on June 19."

5.      I submit this declaration also to place before the Court certain documents and information referenced in Defendant Google's Letter Reply.

6.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the final transcript of the deposition of Frederic Guillaud taken on July 1, 2026.

7.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the final transcript of the deposition of Rebecca Miller taken on July 9, 2026.

8.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the final transcripts of the depositions of Kelly McCann taken on April 22, 2026 and June 16, 2026.


I declare under penalty of perjury that the foregoing statements are true and correct.


Executed on July 30, 2026, in Washington, D.C.

_____
  Joseph Piligian