IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Case No. 1:24-cv-04274-JLR-BCM |

**DECLARATION OF APRIL KELLY**

I, April Kelly, declare that:

1.  I am the █████████████████████████████ ████ at Google LLC ("Google"). I have been in that role since ██████████████ In that role, my colleagues and I ████████████████████████ ████████████ This involves certain workflows relating to ██████████ █████████ I have also provided assistance to Google's counsel in connection with this litigation, as reflected below.

2.  I have personal knowledge of the investigation conducted by Google to assist counsel in connection with defending Google in the aforementioned lawsuit.

3.  After Plaintiffs filed their original Complaint against Google on June 5, 2024, I met with in-house counsel John Janhunen (Litigation Counsel), Brian Carver (Copyright Counsel) and Christine Hsieh (Trademark Counsel), on June 18 to discuss Plaintiffs' allegations.

4. On June 27, 2024, I met with Google's litigation counsel John Janhunen, Google's Litigation Legal Specialist Kristin Schulz, and external counsel from Latham & Watkins LLP ("Latham"), Sarah Tomkowiak, Sy Damle, Joe Wetzel, and Laura Bladow, to discuss Plaintiffs' allegations.

5. During this meeting, I was directed by counsel to investigate aspects of Plaintiffs' allegations, ███████████████████████████████████████████ ███████████████████████████████████████ This was not part of my regular responsibilities in my role as ████████████████ ████████████████████████ I performed this work solely at the request of counsel and for the purpose of assisting counsel in providing legal advice to Google and preparing Google's legal defense to Plaintiffs' claims.

6. Shortly after the meeting on June 27, 2024, I began working at counsel's direction. This included ███████████████████████████████████████ ███████████████████████████████████████ ████████████████████████████ The initial stages of this legal investigation occurred in July and August 2024, and subsequent stages of the investigation continued through March 2025. ████████████████ ████████████████████████

7. I periodically communicated information I learned to Google's in-house counsel, including Mr. Janhunen and Mr. Carver, and external counsel from Latham, through emails and video conferences (which I sometimes documented in my notes).

8. In connection with the legal investigation, I kept notes concerning the investigation. My notes were used to help guide my communications with counsel, and reflected requests

from counsel for specific information to help them provide legal advice. My notes also reflected discussions in which I communicated findings from the investigation to Google's in-house counsel and where I received or sought legal advice from several of Google's in-house attorneys including, Mr. Janhunen, Mr. Carver, Adam Crider, Google's former Product Counsel, and Caleb Donaldson, Google's Senior Copyright Counsel, as well as from Latham counsel. I did not draft any memoranda or other documents related to the investigation that were not shared with counsel or intended to assist them with defending Google in this litigation.

9. I participated in this investigation, and created the resulting communications and documents, strictly in confidence and solely at the direction of counsel to assist in this litigation. I only gave individuals working on this litigation access to the communications and/or documents I created. I have not discussed this investigation with anyone at Google except with counsel, those directly involved in assisting counsel with defending Google in this litigation, and the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 31, 2026, in New York, New York.

_April Kelly_
April Kelly