## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, *Plaintiffs*, v. GOOGLE LLC, *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## ATTORNEY DECLARATION OF SARAH TOMKOWIAK

I, Sarah Tomkowiak, declare that:

1.      I am a partner at the law firm Latham & Watkins LLP, counsel for Google LLC ("Google") in this matter.

2.      I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion (Dkt. 1093, the "Motion").

3.      On July 7, 2026, my colleague, Caroline Clarke, sent an email to Plaintiffs' counsel identifying the Court's Order at Dkt. 944 as the Order in which the Court upheld Google's privilege assertions over documents related to Google's investigation.

4.      On July 9, 2026, I, along with my colleagues Caroline Clarke and Roberto Borgert, conferred with Plaintiffs' counsel Jeff Kane, Yunyi Chen, and Uriel Lee regarding several requests for documents related to a recent deposition of a Google witness (testifying in her personal and corporate capacity).

5.      On July 13, 2026, Ms. Chen requested that Google's counsel provide the document or privilege log entry of the document related to Google's investigation of its implementation of the Shopping DMCA policy that Judge Moses previously reviewed *in camera* but stated that the parties were at an impasse on this issue before reviewing this privilege log entry.

6.      On July 21, 2026, Ms. Clarke sent an email to Plaintiffs' counsel identifying Privilege Log #5, Privilege Log ID 557 as the privilege log entry for which the Court previously conducted an *in camera* review and upheld Google's privilege assertions.  The Court similarly conducted an *in camera* review of the document in privilege log entry Privilege Log #1, Privilege Log ID 15, another document related to Google's investigation, and upheld Google's privilege assertions.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.


Executed on August 3, 2026, in Boston, MA.              */s/ Sarah A. Tomkowiak*
                                                         Sarah A. Tomkowiak

2