**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>

CENGAGE LEARNING, INC.; BEDFORD,
FREEMAN & WORTH PUBLISHING GROUP,
LLC D/B/A MACMILLAN LEARNING;
MACMILLAN HOLDINGS, LLC; ELSEVIER
INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

<em>Plaintiffs</em>,

v.

GOOGLE LLC,

<em>Defendant</em>.

</td>
<td>

Case No. 1:24-cv-04274-JLR-BCM

</td>
</tr>
</table>

**CERTIFICATE OF SERVICE**

I, Jennifer Ferrigno, hereby certify that on August 3, 2026, I served all counsel of record with true and correct copies of the following via electronic mail, per agreement of counsel:

- Defendant's Unredacted Response to Plaintiffs' Letter Motion for Discovery Conference re Google Deposition Testimony (Dkt. 1093); and

- Unredacted Declaration of April Kelly dated July 31, 2026.

The documents were served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

2

Dated: August 3, 2026
       Washington, DC

Jennifer Ferringo