**Oppenheim + Zebrak, LLP**

WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 6, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Reply ISO Plaintiffs' Motion for Discovery Conference re Google Deposition Testimony and portions of the accompanying declaration (together, "Documents").

The Documents contain information and testimony that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents properly is redacted, but may do so after Google files its request for redactions.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs notified Google on August 5 of Plaintiffs' planned redactions and offered to confer. Google did not respond prior to Plaintiffs' filing.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to . . . redact" the information in the Documents.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane