**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

CENGAGE LEARNING, INC. et al.

      Plaintiffs,

    v.

GOOGLE LLC,

      Defendant.

**Civil Action No. 24-cv-04274-JLR-BCM**

**[Redacted]**

**Declaration of Attorney Jeff Kane ISO
Plaintiffs' Reply ISO Plaintiffs' Letter Motion for Discovery Conference re Google's
Deposition Testimony**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Plaintiffs' Reply ISO Plaintiffs' Motion for Discovery Conference re Google Deposition Testimony.

2. Google claims to have begun its Review in June 2024, Dkt. 1114 at 1, after Plaintiffs filed their first complaint on June 5, 2024, Dkt. 1.

3. Google produced certain records purporting to show the Merchant Center accounts associated with the 1,500 pirate domains Plaintiffs identified as having infringed the works-in-suit. GOOG-CENG-00392941; GOOG-CENG-00000703; GOOG-CENG-00618605. Those records include the dates on which Google claims to have suspended certain of the Merchant Center accounts. *Id.* (cols. labeled " ████ ").

4. Those records show ██ Merchant Center accounts that Google says were suspended on or after June 5, 2024. Those ██ Merchant Center accounts are associated with ██ of the 1,500 domains.

1

5.    On August 6, 2026, I provided counsel for Google with a list of these accounts and domains.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 6, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane

2