**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>            Plaintiffs,<br><br>      v.<br><br>GOOGLE LLC,<br><br>            Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**Declaration of Attorney Jeff Kane ISO**
**Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Topic 32**

1.      I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Topic 32 ("Motion").

2.      Attached as Exhibit 1 is a spreadsheet containing the spreadsheet Google produced bearing Bates number GOOG-CENG-00441970 (tab named "Sheet1"), and a tab I prepared where each entry in the "history" column of GOOG-CENG-00441970 is broken out into 23 separate columns (tab named "OZ Sorted"), for more convenient viewing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 6, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane

1