# Exhibit 1

# Permission to Submit Native Spreadsheet by Email Concomitantly Requested