

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 6, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> **Plaintiffs' Letter Motion to Submit Exhibit in Excel Format**

Dear Judge Moses,

We represent all Plaintiffs in the above matter. Plaintiffs filed today a Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Topic 32. An exhibit in support of the letter motion, Exhibit 1, is an Excel spreadsheet that does not lend itself to convenient conversion into a PDF file. It is best viewed in its native Excel format. For the Court's and the parties' convenience, Plaintiffs respectfully request leave to provide this spreadsheet to the Court in Excel format via an email with password protection, or via any other method the Court prefers. The Court previously granted Plaintiffs' similar requests. *See* Dkt. 244 (Order granting Dkt. 241 request), Dkt. 270 (Order granting Dkt. 268 request), Dkt. 600 (Order granting Dkt. 595 request).

The spreadsheet that Google produced ("Sheet1") combines several different data fields into one column of the spreadsheet (column B). This often happens when a user extracts data from a spreadsheet but does not re-format the data to fit the spreadsheet. To make this data more readable for everyone, on the second tab of the spreadsheet ("OZ Sorted"), Plaintiffs have separated each field from column B into its own column. Other than that formatting fix, Plaintiffs did not make any changes to Google's spreadsheet.

Although this is explained in Plaintiffs' attorney declaration, following a conferral on August 6, 2026, Google requested that Plaintiffs include the following statement in this letter:

> Google does not object to this request but notes for the record that the spreadsheet that Plaintiffs request to file as an excel with the Court has been modified from what Google produced as GOOG-CENG-00441970.

Plaintiffs thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeff Kane*
Jeff Kane

1