**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I served counsel for Defendant Google with the following document via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. This document was filed under seal on ECF at the docket entry noted below.

- Dkt. 1128: Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Topic 32

*/s/ Yunyi Chen*
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 5th Ave, 19th Floor
New York, NY 10017
(212) 951-1923
YChen@oandzlaw.com

*Counsel for Plaintiffs*