**Sarah A. Tomkowiak**

Direct Dial: +1.202.637.2335

Sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000

Washington, D.C.  20004-1304

Tel: +1.202.637.2200  Fax: +1.202.637.2201

www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

August 10, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

>       Re:    *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
>              Joint Letter Motion to Extend Discovery

Dear Judge Moses:

We represent Defendant Google LLC ("Google") in the above-captioned matter.  We submit this Joint Letter Motion on behalf of Google and Plaintiffs (the "Parties") to respectfully request a twelve day extension of Plaintiffs' fact discovery deadline, the expert discovery deadlines, and the deadline for the close of all discovery.

The Court ordered Plaintiffs to "complete all depositions of fact witnesses no later than August 20, 2026." *See* Dkt. 1037.  To date, Plaintiffs have taken thirteen depositions and noticed seven remaining depositions.  The Parties have scheduled three of the remaining depositions to occur within Plaintiffs' current fact discovery period.  At Google's request, to accommodate witness scheduling conflicts identified by Google, the Parties have scheduled three depositions to occur after August 20 but by September 1, on dates that work for Google's witnesses.  Google has moved for a protective order to preclude one of the noticed depositions.  *See* Dkt. 1054.  That motion is scheduled to be heard at the August 11 discovery conference. Dkts. 1085, 1100.

The Parties disagree regarding the circumstances that led to the scheduling of three depositions after August 20.  However, to avoid burdening the Court with that dispute, for purposes of this motion, the Parties submit that a twelve-day extension of Plaintiffs' fact discovery deadline is needed so Plaintiffs may complete the depositions.  The Parties also request that all expert discovery deadlines and the close of all discovery be extended twelve days to account for the extension to Plaintiffs' fact discovery period.  The requested extensions will not affect the scheduled March 9, 2027 post-discovery conference.  *See* Dkt. 1047 at 3.  The Court has previously extended these deadlines six times.  *See* Dkts. 84, 110, 222, 539, 821, 1037.

LATHAM&WATKINS LLP

| Deadline | Current Date | Requested Date |
|---|---|---|
| Completion of Plaintiffs' Fact Discovery | August 20, 2026 | September 1, 2026 |
| Disclosure of Expert Evidence | October 2, 2026 | October 14, 2026 |
| Disclosure of Expert Rebuttal Evidence | November 6, 2026 | November 18, 2026 |
| Disclosure of Expert Reply Evidence | December 1, 2026 | December 14, 2026 |
| Completion of Expert Depositions | January 29, 2027 | February 10, 2027 |
| Close of Discovery | January 29, 2027 | February 10, 2027 |

Counsel for the Parties have conferred and jointly seek this requested relief.

We thank the Court for its consideration.

Respectfully submitted,

/s/ Sarah A. Tomkowiak
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)