

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 10, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
> **Plaintiffs' Letter Request for Discovery Conference re Google's Failure to**
> **Prepare a 30(b)(6) Witness on Google's Beta Program**

**[Redacted]**

Dear Judge Moses,

At the July 1 hearing, this Court ordered Google to produce a 30(b)(6) witness to address the "business" rationale for Google's allow-list "beta" program. Under the program, Google advertises ebooks in paid Shopping ads for select publishers (the "Beta Program"), even though Google otherwise claims to ban ebook promotions in paid Shopping ads. Google's documents make clear that the impetus for the Beta Program was not (as Google claims) an ███████ ███████████████████████████████████████████████. The Court thus ordered Google to prepare a 30(b)(6) witness to testify about the motivations for the Beta Program "from a business perspective." Ex. 4, (July 1 Hr'g Tr.) ("Hr'g Tr.") at 97:15–98:17; Dkt. 1047 at 2 (Topic 60(c)).

Despite the Court's order, Google's 30(b)(6) witness, Ms. F, was completely unprepared to address this topic. Ms. F had not even heard of the ███████████████, had not reviewed the documents that say the impetus for the Beta Program was ███████████, and could not say one way or another what role the ██████████ played in the decision to create the Beta program. The Court should order Google to produce a properly prepared witness on this topic.

## I.      Background

In May 2021, Google announced it would no longer advertise ebooks through paid Shopping ads. Dkt. 1066-2 (GOOG-CENG-00426568) at -6568. Leading up to and following the "ban", Plaintiffs encouraged Google to create an allow-list, so that Plaintiffs and other legitimate

Hon. Barbara Moses
August 10, 2026
Page 2 of 5

publishers could advertise ebooks, but *pirate* sellers could not. Am. Compl. (Dkt. 38) ¶ 110.[1] But for years, Google refused to do so. Dkt. 38 ¶ 110.

That changed in March 2025. At that point, Google began advertising ebooks for *some* legitimate publishers (though not for Plaintiffs) in what Google claimed was a "beta" program. Ex. 3, GOOG-CENG-00441959 at 1959.[2] Google's documents make clear that the impetus for this "beta" program was ██████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████ Ex. 2 (GOOG-CENG-00623411) at -3412. A "timeline" that Google prepared about the Beta program explains:



Ex. 1, GOOG-CENG-00603215 at -3215, -3216. As Mr. W, Google's Go-To-Market Policy Lead, explained at the time: ███████████████████████████████████████████████████ ██████████████████████████████████" Ex. 2 at -3414.

Google's sudden willingness to create the allow-list Plaintiffs had been requesting for years shows that Google could have protected Plaintiffs' copyrights had it wanted to. Before the Beta Program, Google harmed Plaintiffs by refusing to advertise Plaintiffs' ebooks in paid Shopping ads while nonetheless advertising lower-priced counterfeit copies of those books for *pirate* sellers. Dkt. 38 ¶¶ 64–68. Then, Google harmed Plaintiffs even further when it launched the Beta Program. Google now advertises ebooks sold by the *pirates* who steal Plaintiffs' works, *and* by legitimate publishers who compete with Plaintiffs, but not by Plaintiffs themselves. Jurors deciding what amount of damages would sufficiently punish Google will need to understand why. Did Google launch the Beta Program in a ████████████████████████████████████████ ████████? Or was the "beta" program a sham erected to ████████████████████████████? Understanding Google's reason for implementing the Beta Program will inform a juror's assessment of Google's intent, and of what monetary award is necessary to deter Google from future misconduct.

---

[1] Plaintiffs also pointed out to Google that the ebook "ban" was not working, and in fact was making the problem worse: Google was not advertising ebooks for legitimate publishers, but *was* advertising pirated ebooks. Dkt. 38 ¶¶ 64–68, 110.

[2] Though termed a "beta" program, ███████████████████████████ ████████████████████████████ Ex. 3, at -1959.

Hon. Barbara Moses
August 10, 2026
Page 3 of 5

Accordingly, at the July 1 hearing, in response to a motion to compel from Plaintiffs (Dkt. 983), the Court ordered Google to present a 30(b)(6) witness on the "business" rationale for creating the Beta Program.



THE COURT: You think Google just got motivated.

MR. KANE: Exactly. We think what actually happened is not that they figured out a solution, but that once there was enough money involved –

THE COURT: So you want a businessperson --if it were a percipient witness, it would be a businessperson. A 30(b)(6) witness might have to be educated by various business types . . . To, sort of, tell you the C-suite story behind it.

MR. KANE: That's my suspicion, is that that's the actual explanation for this, and that's what the documents seem to say.

THE COURT: All right. No on the ████████. *Yes on the Beta program from a business perspective.*

Hr'g Tr. at 97:15–98:17 (emphasis added).

## II.    Ms. F was unprepared to testify about impetus for the Beta Program.

Despite the Court's ruling, Ms. F was unprepared on this issue. Indeed, she ████ ████████████████████████████████. Ms. F was shown GOOG-CENG-00623411 (Ex. 2), the email from J.W. saying that the ████████. Ex. 5, C.F. Dep. Tr. ("Tr.") at 325:8–12. When asked what the document is, Ms. F admitted, "████████████████████████████

Hon. Barbara Moses
August 10, 2026
Page 4 of 5

*Id.* at 333:4–15. Asked directly whether the ███████████████████████████████
████████████████████████████████████████████████████████████████████████████
███████████████████████████████████

*Id.* at 325:19–326:22; Tr. 327:1–2. Likewise, Ms. F was shown GOOG-CENG-00603215 (Ex. 1), █████████████████████████████████████████████████████████████████████████
████████████████████████████████████████



The extent of Ms. F's testimony on the Beta Program was to

Ms. F claimed that the purpose of the Beta program was to

*Id.* at 316:23–317:2. But Ms. F

*Id.* at 317:3–318:20.

Feeding a witness a company line and hiding from the witness any evidence that contradicts that story is not properly preparing a 30(b)(6) witness. Google needs to prepare a 30(b)(6) witness properly and produce her for deposition.

### III.   Conclusion

Google failed to prepare Ms. F for a 30(b)(6) topic on which the Court ordered Google to produce a witness. The Court should order Google to produce an adequately prepared witness.

---

[3] Ms. F thought the Beta Program had ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Hon. Barbara Moses
August 10, 2026
Page 5 of 5

/s/ *Jeff Kane*
Jeff Kane

*Counsel for Plaintiffs*