**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
Sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

August 10, 2026

**<u>VIA ECF</u>**

The Honorable Barbara C. Moses
US. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re:  *Cengage Learning, Inc. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> <u>Letter Motion Regarding August 11, 2026 Discovery Conference (Dkt. 1100)</u>

Dear Judge Moses:

We represent Defendant Google LLC in the above-captioned matter.  We write regarding the upcoming Discovery Conference set in the above-referenced case for Tuesday, August 11, 2026 at 10:00 am.  Due to multiple weather-related flight cancellations from the Midwest, Google's counsel prepared to address one of the motions is uncertain to be able to attend the hearing in person tomorrow, and was unable to arrange for alternate coverage on short notice. Counsel for both parties remain available to attend tomorrow morning's hearing remotely, but in the alternative Google respectfully requests that the Court adjourn the discovery conference to August 13, the soonest date on which counsel for both Parties are available to attend in person. Google has previously requested an adjournment of this hearing once, due to Google's unavailability on August 3.

Counsel for Google consulted with counsel for Plaintiffs regarding adjourning the hearing until August 12, but were informed that Plaintiffs' counsel was unavailable that day.  Counsel for Plaintiffs confirmed they are available on August 13 and do not oppose Google's motion.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:    All Counsel of Record (via ECF)