**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

August 12, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re: *Cengage Learning, Inc., et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
> Informational Letter Regarding Agreed Briefing Schedule re: Plaintiffs' Letter Motion for Discovery Conference re Google 30(b)(6) Deposition Testimony (Dkt. 1135)

Dear Judge Moses:

We represent Defendant Google LLC in the above-captioned matter.  We write pursuant to Rule 2(e) of Your Honor's Individual Practices to inform the Court that the parties have agreed to the below briefing schedule regarding Plaintiffs' Letter Motion for Discovery Conference re Google's 30(b)(6) Deposition Testimony (Dkt. 1135).

Defendant shall file its opposition on **August 14, 2026;**

Plaintiff shall file its reply on **August 18, 2026.**

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc:     All Counsel of Record (via ECF)