USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    08/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,

Plaintiffs,

-against-

GOOGLE LLC,

Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery conference:

1. Defendant's July 9, 2026 letter-motion seeking a protective order concerning plaintiffs' deposition notice of Y.J (Dkts. 1053, 1054) is GRANTED. In place of Y.J., plaintiffs may depose the "backup" witness named during the conference.

2. Defendant's July 21, 2026 letter-motion seeking leave to serve an out-of-time deposition subpoena on third-party Performics (Dkts. 1076, 1077) is DENIED.

The next discovery conference will take place on **September 1, 2026** at **11:00 a.m.** For planning purposes, the parties are advised that they should be prepared to address:

1. Plaintiffs' July 27, 2026 letter-motion (Dkts. 1093, 1095);

2. Plaintiffs' August 6, 2026 letter-motion (Dkts. 1128, 1129); and

3. Plaintiffs' August 10, 2026 letter-motion (Dkts. 1135, 1136).

The Clerk of Court is respectfully directed to close the motions at Dkts. 1053, 1054, 1076, and 1077.

Dated: New York, New York
      August 13, 2026

**SO ORDERED.**

_____
**BARBARA MOSES,**
**United States Magistrate Judge**