# Exhibit A

# EXHIBIT 5

# [Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

CENGAGE LEARNING, INC.;            :

BEDFORD, FREEMAN & WORTH           :

PUBLISHING GROUP, LLC,             : Case No.

D/B/A MACMILLAN LEARNING;          : 1:24-cv-04274-JLR-BCM

MACMILLAN HOLDINGS, LLC;           :

ELSEVIER INC.; ELSEVIER            :

B.V.; and MCGRAW HILL, LLC,        :

      Plaintiffs,                  :

  v.                               :

GOOGLE, LLC,                       :

      Defendant.                   :

- - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION of GOOGLE, LLC

BY AND THROUGH DESIGNATED REPRESENTATIVE

CHELSEA FINE

Thursday, July 16, 2026

8:38 a.m. CST

Job No.: 636790

Pages: 1 - 374

Stenographically Reported By:

Michelle M. Yohler, CSR, RMR, CRR

The remote videotaped 30(b)(6) deposition of GOOGLE, LLC, by CHELSEA FINE, held remotely pursuant to notice before Michelle M. Yohler, a Certified Shorthand Reporter, Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, CSR No. 84-4531, in and for the State of Illinois.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026

317

small pilot to allow -- to explore whether we can allow eBooks online again -- on Shopping again.

Q ███████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████. What were, sort of, the stumbling blocks to implementing those?

In other words, did your work identify, like, reasons that you didn't -- that Google didn't think those would work?

MS. TOMKOWIAK: Objection. Mischaracterizes her testimony.

BY THE WITNESS:

A The reasons -- the stumbling blocks we uncovered were what I mentioned earlier ██████ ████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████ all of those were the stumbling blocks that we encountered at the time.

I am not sure -- from the documentation that I've read, I'm not sure what changed because, from what I've read about the current pilot, the docs that I've read have not indicated exactly

████████████████████████ to be added to the
allow list.

BY MR. KANE:

Q  So you weren't sure -- and I -- by the
way, the current program, the smaller allow list,
does that have a name?

A  I -- it might just be called the eBooks
pilot.  I don't think it has a fun name.

Q  EBooks pilot is fine for today.

So for the eBooks pilot, you aren't sure
whether Google managed to, sort of, solve those
two problems that you were identifying -- those
couple of problems that you were identifying, ██
████████████████████████████████
███████  et cetera?

A  Correct.  It could be that they figured
out how to solve it; it could be that they went in
an entirely different direction; it could be that
the ability to catch bad actors in general has
improved so much; I don't know.

Q  Do you know what the, sort of, impetus for
the eBooks pilot was; like, what caused Google to
initiate it?

A  Sure.  From what I've heard, ██████████
████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                          319

I believe -- so I believe that there was, sort of, ████████████████████████ ████████████████ could -- can be applied.

And, by coincidence, I believe ████████ ████████████████████████████ ████████████████████ and that's when the team decided, well, ████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████ ██████████████████

Q  So you said Google was thinking of taking a ████████████████.  Can you explain what you mean by that?

A  Sure.  So eBooks is one of several categories that aren't currently supported.  I think there's something around, like, services or -- there was another one that was mentioned to me that I'm forgetting off the top of my head.

But basically there are other areas where Google does not allow ads because of ███████ ████████████████████████████████.

Google didn't want to do a ███████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████ ████████████████████████████████████

Q   And what had Google been doing to see if there were ways to ███████████████████████████████ ████████?

A   I don't know.  I wasn't involved in any of that.

Q   So you weren't sure, sort of, what options Google was considering for the more, sort of, ████████████████████████████████████ ██████████████████████

A   No, I believe from my prep calls there -- you know, they were exploring ████████████████████████████████ like some of the things that we talked about that ██████ █████████████████████████████████ ████████████

But this was well after my time being

Case 1:24-cv-04274-JLR-BCM    Document 1148-1    Filed 08/13/26    Page 9 of 25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    321

involved in policy in general.

Q   And do you have a sense of, sort of, how far those explorations have got -- had gotten?

In other words, at the time that the eBooks pilot program was implemented, ████████ ████████████████████████████ ██████████████████████████████████████ ████ ?

MS. TOMKOWIAK:  Objection.  Vague.

BY THE WITNESS:

A   I would say the fact that the team felt comfortable starting a pilot meant ████████ ████████████████████████████████████ ████████████████████████████ .

BY MR. KANE:

Q   And I think you said -- ████████████ ████████████████████████████████ ████████████████████████████████ ██████████████████████████ ██████████████████████████████████ ████████████████████ ?

A   That's correct.  As a product manager, you can't launch everything everywhere all at once. You have to take a, sort of, phased approach.  The worst thing you can do is launch something that

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    322

doesn't work and you've launched it everywhere.

So you're always looking for ████████

████████████████████████████

███████████████████████

████████████████████████████████

██████████████████████████

██████████████ .

BY MR. KANE:

Q  So can you explain what the eBooks pilot program is?

A  Sure.  So my understanding is that an ████████████████████████

████████████████████████

██████ but I don't know what the details are; and then they can begin to advertise their eBooks.

The goal of this initial phase is to ██

████████████████████████████

███████████████████████████

██████████████████████████

███████████████████████

███████████████████████████████

██████████████████

Q  You mentioned there's a ████████████

That's a ██████████████████████

███████████████████

A  Yes, there's some sort of ███████████ ████████████████████████████████████ but I don't know anything beyond that.

Q  Is Google doing something to, sort of, decide whether ██████████████████████ ██████████ such that they should be allowed to advertise eBooks?

A  I don't know what that ██████████████ ██████████ looks like.

Q  And so if the publisher ████████████ ████████████████████████ they're allowed to advertise eBooks despite the ban; is that the idea?

MS. TOMKOWIAK:  Objection.  Asked and answered.  Calls for speculation.

BY THE WITNESS:

A  Yeah, I'll let my previous answers stand.

BY MR. KANE:

Q  You said the goal of the initial phase is to learn what's working and what isn't; can you explain what you mean by that?

A  Sure.  Any time something new launches, there could be bugs, there could be things that go wrong.  That's why we, sort of, do these small pilots for anything, just to, sort of, get the kinks out a little bit.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                                324

I also mentioned that it ███████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████.

So this is really just a starting point.

Q   And how long has the eBook pilot been in operation?

A   The best of my knowledge, ██████████

████████████████

Q   Did you say ████████████████

A   Maybe more than ████████████████

████████████████████████████████████████

████████████████   to my knowledge.

Q   And how many publishers are participating, just approximately?

A   I don't know for certain, but I think a ████████████████.   Maybe in the order of ████

████████████████

MR. KANE:   Uriel, could you put Tab 85 on the screen, please -- sorry, in the folder.

MS. LEE:   It's in the folder.

(WHEREUPON, Previously Marked Plaintiffs' Exhibit No. 100 was presented to the witness.)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    325

BY THE WITNESS:

    A   Could you please repeat which number?

BY MR. KANE:

    Q   Yes, it's Tab 85.

    A   Thank you.

    Q   So I'll just mark this while you're reviewing.

        MR. KANE:  Tab 85 is a Google document Bates ending 623411.  This previously was marked as Plaintiffs' Exhibit 100.

BY THE WITNESS:

    A   Okay.

BY MR. KANE:

    Q   Do you know what this document is?

    A   This is my first time seeing it, but it seems like it's ████████████████████ ████████████████████

    Q   Can I refer you to Page 4.

        Towards the bottom, there's an ████████ ████████████████████ And he says in the second sentence: ████████████ ████████████████████████ ████████████████████████ ████████████████████ ████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                     326

Do you see that?

A   Yes.

Q   So this indicates to me that the impetus for the eBook pilot was maybe a little different than what you had described, and that ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

Is your understanding different?

MS. TOMKOWIAK:  First of all, I want to object that this is outside of the scope of what the Court ordered Google to provide by way of corporate testimony in response to Topic -- in response to Topic 60.

With that said, Ms. Fine, if you can answer, go ahead.

BY THE WITNESS:

A   I would just point out that this email happened in ▮▮▮▮▮▮▮ and the pilot kicked off ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ -- again, just personally speaking, to claim that this was the impetus.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    327

That's all I'll say.  I have no other information to go off of.

BY MR. KANE:

Q  I wonder if we're talking past each other. ███████████████████████████████████ ██████████████████████████████  Is there another program that involves, sort of, an allow list for publishers to be able to advertise eBooks on shopping that preceded the one that was -- that started ██████████?

A  I don't think I said ██████████; I think I said ███████████████████  But I was -- I'm not aware -- I'm only aware of the one that I spoke to ████████████ about, and, to the best of my recollection, it sounded quite new.

Q  Okay.  So the one -- the program that Mr. ████████ described to you, your understanding is it began ██████████████████ I'm sorry, I lost the time frame.

A  Yeah, everything reflected in my answers about the pilot program was based on a conversation with ████████████ ██████████████████████  in preparation for this deposition.

And, to the best of my recollection, the

program sounded like it was ██████████████

████████████

     MR. KANE:  Uriel, could you put Tab 82 into the folder, please.

     MS. LEE:  82 is in the folder.

     MR. KANE:  Thank you.

     (WHEREUPON, Previously Marked Plaintiffs' Exhibit No. 101 was presented to the witness.)

BY MR. KANE:

    Q  So, Ms. Fine, Tab 82 is a Google document. It's Bates ending 441959.  This was previously marked as Plaintiffs' Exhibit 101.  Take a moment to review this, but I guess the thing I'll point out to you at the outset is it -- it's last updated ████████.  But take a second to review this.

    A  Okay.  I guess before we start questions, the dates are pretty clear, so I'd like to formally go on record that I either misheard or misunderstood what ██████ was telling me.

    Q  Okay.  So I just want to make sure we're not literally talking past each other.

    You don't think there was, like, a separate pilot program that started, say, ██████ ████████████████; you think this

pilot program in Tab 82 is the one pilot program    05:33:25
allowing paid ads on -- paid ads for eBooks on    05:33:35
Shopping?    05:33:40

A  Yes, to my knowledge there is only one    05:33:41
pilot program, and I was wrong about the start    05:33:43
date and duration to date.    05:33:51

Q  Okay.  So why don't we do this then:  Why    05:33:52
don't we go back to -- well, we'll just stay on    05:33:59
this document for now.  Go ahead and finish    05:34:05
reviewing, if you hadn't.    05:34:08

A  Okay.    05:34:09

Okay.    05:36:46

Q  So I take it you haven't seen this    05:36:46
document before?    05:36:48

A  I may have seen it once before, but I    05:36:48
certainly did not clock the dates very well.    05:36:54

Q  Let me refer you to Page 7.    05:36:58

Towards the bottom, there's a question:    05:37:04

████████████████████████████████    05:37:06

Do you see that?    05:37:09

A  Yes.    05:37:14

Q  And it says:  ███████████████████    05:37:14
███████████████████████████    05:37:17
████████████████████    05:37:21

Do you see that?    05:37:25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026

330

A  Yes.

Q  Did that end up happening; ███████

████████████████████████████

A  To my knowledge, no.

Q  And a couple paragraphs above that,
there's a question: ███████████████

██████████████████████████

███████████████████

And it says: ███████████████

██████████████████████████

█████████████████████

Do you see that?

A  Yes.

Q  Do you know whether the plaintiffs in this
lawsuit were allowed to participate in the pilot
program?

MS. TOMKOWIAK:  You can answer that
question "yes" or "no."

BY THE WITNESS:

A  And the question was -- can you repeat the
question?  So I --

BY MR. KANE:

Q  Sure.

A  -- get the right --

Q  Sure.  Were the plaintiffs in this lawsuit

permitted to participate in the pilot program?   05:38:18

A  They were not.   05:38:20

Q  When Google launched the pilot program,   05:38:24
did the launch coincide with any, sort of,   05:38:37

█████████████████████████████████████████   05:38:41

███████████████████████   05:38:46

MS. TOMKOWIAK:  Objection.  Outside the   05:38:50
scope.   05:38:51

BY THE WITNESS:   05:38:51

A  I don't know.   05:38:51

BY MR. KANE:   05:38:51

Q  So now that we've, sort of, established   05:38:57
the timeline, maybe we can return to Tab 85.  This   05:38:59
is the Google document Bates ending 623411.   05:39:04

Did you want to take a minute to review it   05:39:10
again, or did you want to proceed?   05:39:12

A  I read it thoroughly the first time.   05:39:15

Q  Okay.  So let's go back to that same   05:39:17
section we were looking at the bottom of Page 4,   05:39:20
the ████████████████████████   05:39:23

Mr. Whalen says:  ████████   05:39:27

████████████████████████   05:39:27

███████████████████████████   05:39:27

██████████████████████   05:39:27

███████████████████████████   05:39:27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026

332

So, as I said, that indicates to me that the impetus for the pilot program was that ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

I was asking if you understood it differently, and I'll ask you again since you now have the benefit of the timeline.

A  I am only aware of the -- of the information and dates provided in these two documents, so I don't want to speculate further.

I do know that the rationale given to me during my preparations from people who have been more involved in this is that ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

Q  So you're saying ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮

A  I would stick to the characterization that I gave earlier of what I heard, which is that the team was ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

Q  Okay.  So you think ▇▇▇▇▇ email here is, sort of, incorrect; that there was not ▇▇▇▇▇

MS. TOMKOWIAK:  Objection.  Outside the scope.  Calls for speculation.

BY THE WITNESS:

A  I'm not saying that this is incorrect or wrong.  I am saying I read what's here and I'm also conveying what I heard in my preparation, and I'm not going to speculate further.

BY MR. KANE:

Q  Okay.  So you aren't sure what the impetus for the pilot program was?

MS. TOMKOWIAK:  Is that a question or a statement?

BY MR. KANE:

Q  Am I correct you're not sure what the impetus for the pilot program was?

MS. TOMKOWIAK:  Objection. Mischaracterizes her testimony.  Asked and

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                     334

answered.  She's already told you what it was.

BY THE WITNESS:

    A  I'll rely on my previous statement.

BY MR. KANE:

    Q  What did you do to prepare for your testimony today on this topic about the pilot program?

    A  I met with ███████████████, who is a director in the ████████ organization.

    There was also an engineer on the call who has been helping to orchestrate the pilot, and I'm blanking on his name, but I will rack my memory and share it if I can think of it.

    Q  And your conversation with █████████████ and the engineer, how long was that conversation, just approximately?

    A  30 minutes.

    Q  And did they mention ████████████████████████?

    A  That was the call where they mentioned the ██████████████████████████████████.

    Q  I understand they mentioned the ██████████████████; I was wondering if they specifically mentioned the ██████████████████████████████████████████

MS. TOMKOWIAK:  Objection.

BY THE WITNESS:

A  I don't remember.

MR. KANE:  Uriel, could you put Tab 12 into the folder.

MS. LEE:  Tab 12 is in the folder.

MR. KANE:  Thank you.

(WHEREUPON, Previously Marked Plaintiffs' Exhibit No. 102 was presented to the witness.)

BY MR. KANE:

Q  So, Ms. Fine, I've placed a document on the screen.  It's a Google document Bates ending 603215.  This was previously marked as Plaintiffs' Exhibit 102.

Take a moment to review this, and I'll ask you a question about it.

A  Okay.

Q  Have you seen this document before?

A  I have not.

Q  So the title at the top is:

And the first paragraph says:

Do you see that?

A    Yes.

Q    Does that inform your understanding of what the impetus was for the pilot program concerning the allow list for paid eBook ads on Shopping?

MS. TOMKOWIAK:  Objection.  Asked and answered.  Outside the scope.  She's already told you what the impetus was.

BY THE WITNESS:

A    Yeah, I've shared every -- everything I know.

BY MR. KANE:

Q    Let me refer you to Page 2 to the bullet that says:

In the first sub-bullet, the second sentence, it says:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    337

You see that?                                          05:50:12

A   Yes.                                               05:50:12

Q   And the next bullet says:  [As read]              05:50:13

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                      05:50:18

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                         05:50:21

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                              05:50:24

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                 05:50:28

Do you see that?                                      05:50:34

A   Yes.                                               05:50:34

Q   Does this change your understanding of the        05:50:34
impetus for the eBook pilot program?                  05:50:36

MS. TOMKOWIAK:  Objection.  Outside the               05:50:39
scope asked and answered.  Argumentative.  This is    05:50:41
turning harassing.  You're just arguing with her      05:50:43
about the impetus.                                    05:50:46

BY THE WITNESS:                                       05:50:49

A   Yeah, I have nothing more to add.                 05:50:49

BY MR. KANE:                                           05:50:52

Q   Okay.  We'll take this down.                      05:50:52

MR. KANE:  This would be a natural point             05:51:24
for a break if that works for you.                    05:51:26

MS. TOMKOWIAK:  That would be great.                 05:51:28

MR. KANE:  Okay.                                      05:51:29

THE VIDEOGRAPHER:  We are going off the              05:51:29
record.  The time is 5:51 p.m.                        05:51:30