

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 13, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

   Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
     Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

  Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' forthcoming Reply ISO Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Topic 32, dated August 13, 2026 (the "Letter").

  The Letter contains information that Google has marked "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions solely based on Google's position that the information contained in the redacted portions is confidential. At this time, Plaintiffs take no position on whether the information in the Letter should be redacted, but may do so after Google files its request for redactions.

  Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs emailed Google on August 13 to explain Plaintiffs' redaction plan. Google responded that it agreed with Plaintiffs' sealing plan.

  Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Google "that it must file, within three court days, a letter explaining the need to . . . redact" the information in the Letter.

       Respectfully submitted,

       /s/ *Jeff Kane*
       Jeff Kane