**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**Declaration of Attorney Jeff Kane ISO**
**Plaintiffs' Reply ISO Plaintiffs' Letter Motion for Discovery Conference on Google's**
**Refusal to Produce Rule 30(b)(6) Testimony on Topic 32**

1.     I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Reply ISO Plaintiffs' Letter Motion for Discovery Conference on Google's Refusal to Produce Rule 30(b)(6) Testimony on Topic 32 ("Motion").

2.     Google produced several spreadsheets containing Merchant Center account numbers that Google says are associated with the 1,500 pirate domains at issue in this case. E.g., GOOG-CENG-00000703; GOOG-CENG-00392941; GOOG-CENG-00618605. I reviewed these spreadsheets, and did not observe any Merchant Center accounts listed as being associated with the following domains:

- 1328242.myspreadshop.com
- aberrockstar.com
- bloeeckerkids.com
- boo.azazie.shop
- bookkk.shop
- bookoffice.shop
- bookshops.best

1

- bookstore.american-giant.shop
- bookworld4u.com
- bs.drinkhappyviking.shop
- bs.gialer.us
- bs.seacretdirect.store
- bstore.american-giant.shop
- bundoedciates.com
- markitark.myshopify.com
- onebookpro.store
- paulbook.shop
- shop.livyluxe.com
- shop.spreadshirt.com/ethan-kane
- shop.spreadshirt.com/ethan-scruggs
- shop.spreadshirt.com/gabby-vance
- shop.spreadshirt.com/johnny-areyan
- shop.spreadshirt.com/kaitlin-devenney
- shop.xinahfast.com
- store.athenalinestore.com
- store.classicoaz.com
- tbsm.andrewstevensny.store
- tbsm.drinkhappyviking.shop
- tbsm.seacretdirect.store
- teescustomz.shop
- tiramisukee.shop
- wisereaderhub.com
- zestudion.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 13, 2026, in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane

2