**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

## ATTORNEY DECLARATION OF SARAH A. TOMKOWIAK

I, Sarah A. Tomkowiak, declare that:

1.      I am a partner at the law firm Latham & Watkins LLP and counsel for Google LLC ("Google") in this matter.

2.      I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion for Discovery Conference Regarding Google's 30(b)(6) Deposition Testimony (Dkt. 1135, the "Motion").

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the final transcript of the deposition of ████████ taken on June 30, 2026.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the final transcript of the deposition of ████████ taken on July 16, 2026.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the final transcript of the deposition of ████████████ taken on May 21, 2026.

2

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on August 14, 2026, in McLean, Virginia.       */s/ Sarah A. Tomkowiak*
                                                          Sarah A. Tomkowiak