# EXHIBIT 2

# [Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

CENGAGE LEARNING, INC.;            :

BEDFORD, FREEMAN & WORTH           :

PUBLISHING GROUP, LLC,             : Case No.

D/B/A MACMILLAN LEARNING;          : 1:24-cv-04274-JLR-BCM

MACMILLAN HOLDINGS, LLC;           :

ELSEVIER INC.; ELSEVIER            :

B.V.; and MCGRAW HILL, LLC,        :

        Plaintiffs,                :

   v.                              :

GOOGLE, LLC,                       :

        Defendant.                 :

- - - - - - - - - - - - - - - x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REMOTE VIDEOTAPED DEPOSITION of GOOGLE, LLC

BY AND THROUGH DESIGNATED REPRESENTATIVE

CHELSEA FINE

Thursday, July 16, 2026

8:38 a.m. CST

Job No.: 636790

Pages: 1 - 374

Stenographically Reported By:

Michelle M. Yohler, CSR, RMR, CRR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026

The remote videotaped 30(b)(6) deposition of GOOGLE, LLC, by CHELSEA FINE, held remotely pursuant to notice before Michelle M. Yohler, a Certified Shorthand Reporter, Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter, CSR No. 84-4531, in and for the State of Illinois.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                                      316

exactly when he joined Google, ███████████████

███████████     So this  ██████████████████████████

████████    is likely what resulted in him  █████████

██████████████████████████████████████████████

████████████████████████

        This does not reflect anything about  ██████

██████████████████████████████████████

    Q  And you're talking about Tab 81 now, the
email from --

    A  Yes.

    Q  --  ██████████████████████████████ ?

    A  Yes.  This happened about  ███████████████
███████████████████████████████  so -- and this
would align with my recollection, having looked at
these two documents separately,  ███████████████

█████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████

    Q  I'll take this document down.

        So, at some point, did Google  █████████
██████████████████████████████████████████████
█████████████████

    A  My understanding is that Google,  █████████
██████████████████████████████████████████████
█████████████  -- has started to run some sort of

05:11:27
05:11:32
05:11:37
05:11:40
05:11:43
05:11:44
05:11:49
05:11:52
05:11:55
05:11:55
05:11:56
05:11:59
05:12:01
05:12:04
05:12:06
05:12:10
05:12:14
05:12:18
05:12:22
05:12:39
05:12:42
05:12:50
05:12:55
05:12:59
05:13:02

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                               317

small pilot to allow -- to explore whether we can                05:13:05
allow eBooks online again -- on Shopping again.                  05:13:12
     Q    █████████████████████████████                         05:13:18
█████████████████████████████                                    05:13:22
█████████████████████████████                                    05:13:28
█████████████████████████████                                    05:13:30
████████████████████████.    What were, sort of,                 05:13:34
the stumbling blocks to implementing those?                      05:13:39
          In other words, did your work identify,                05:13:43
like, reasons that you didn't -- that Google                     05:13:45
didn't think those would work?                                   05:13:47
          MS. TOMKOWIAK:  Objection.                             05:13:49
Mischaracterizes her testimony.                                  05:13:52
BY THE WITNESS:                                                  05:13:53
     A    The reasons -- the stumbling blocks we                 05:13:54
uncovered were what I mentioned earlier █████████                05:13:58
█████████████████████████████                                    05:14:02
█████████████████████████████                                    05:14:07
█████████████████████████████                                    05:14:12
███████████ all of those were the stumbling blocks               05:14:19
that we encountered at the time.                                 05:14:24
          I am not sure -- from the documentation                05:14:25
that I've read, I'm not sure what changed because,               05:14:27
from what I've read about the current pilot, the                 05:14:34
docs that I've read have not indicated exactly                   05:14:38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                                    318

████████████████████████ to be added to the                    05:14:40

allow list.                                                     05:14:44

BY MR. KANE:                                                    05:14:47

Q   So you weren't sure -- and I -- by the                      05:14:47

way, the current program, the smaller allow list,               05:14:49

does that have a name?                                          05:14:53

A   I -- it might just be called the eBooks                     05:14:55

pilot.  I don't think it has a fun name.                        05:15:01

Q   EBooks pilot is fine for today.                             05:15:03

So for the eBooks pilot, you aren't sure                        05:15:07

whether Google managed to, sort of, solve those                 05:15:11

two problems that you were identifying -- those                 05:15:14

couple of problems that you were identifying, ████              05:15:16

██████████████████████████████████                             05:15:18

██████     et cetera?                                          05:15:23

A   Correct.  It could be that they figured                     05:15:24

out how to solve it; it could be that they went in              05:15:25

an entirely different direction; it could be that               05:15:29

the ability to catch bad actors in general has                  05:15:32

improved so much; I don't know.                                 05:15:36

Q   Do you know what the, sort of, impetus for                  05:15:40

the eBooks pilot was; like, what caused Google to               05:15:43

initiate it?                                                    05:15:45

A   Sure.  From what I've heard, ██████████                     05:15:46

████████████████████████████                                   05:15:51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                                    319

I believe -- so I believe that there was, sort of, ████████████ could -- can be applied.

And, by coincidence, I believe ████████████ and that's when the team decided, well, ████████████

Q  So you said Google was thinking of taking a ████████████.  Can you explain what you mean by that?

A  Sure.  So eBooks is one of several categories that aren't currently supported.  I think there's something around, like, services or -- there was another one that was mentioned to me that I'm forgetting off the top of my head.

05:15:54
05:15:57
05:16:02
05:16:05
05:16:07
05:16:09
05:16:13
05:16:16
05:16:22
05:16:26
05:16:30
05:16:34
05:16:37
05:16:43
05:16:46
05:16:52
05:16:55
05:17:00
05:17:02
05:17:05
05:17:10
05:17:14
05:17:16
05:17:21
05:17:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                      320

But basically there are other areas where          05:17:25
Google does not allow ads because of ▮▮▮▮          05:17:28
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.                              05:17:30
       Google didn't want to do a                 05:17:32
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            05:17:35
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        05:17:36
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                        05:17:38
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                05:17:40
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                              05:17:42

    Q   And what had Google been doing to see if   05:17:45
there were ways to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮             05:17:52
▮▮▮▮▮?                                              05:17:56
    A   I don't know.  I wasn't involved in any of  05:17:58
that.                                              05:18:00
    Q   So you weren't sure, sort of, what options  05:18:02
Google was considering for the more, sort of,      05:18:07
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                             05:18:10
▮▮▮▮▮▮▮▮▮▮▮▮▮                                        05:18:14
    A   No, I believe from my prep calls            05:18:15
there -- you know, they were exploring              05:18:17
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ like some                     05:18:19
of the things that we talked about that ▮▮▮▮        05:18:22
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                 05:18:25
▮▮▮▮▮▮▮▮                                            05:18:27
       But this was well after my time being       05:18:28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    321

involved in policy in general.

Q  And do you have a sense of, sort of, how far those explorations have got -- had gotten?

In other words, at the time that the eBooks pilot program was implemented, ████ ████████ ████████████ ████████ ?

MS. TOMKOWIAK:  Objection.  Vague.

BY THE WITNESS:

A  I would say the fact that the team felt comfortable starting a pilot meant ████ ████████████ ████████████ .

BY MR. KANE:

Q  And I think you said -- ████ ████████████ ████████████ ████████ ████████████ ?

A  That's correct.  As a product manager, you can't launch everything everywhere all at once. You have to take a, sort of, phased approach.  The worst thing you can do is launch something that

doesn't work and you've launched it everywhere.

So you're always looking for █████████

███████████████████████████████

███████████████████████████████

████████████████████████████████

███████████████████████████████

███████████████.

BY MR. KANE:

Q  So can you explain what the eBooks pilot program is?

A  Sure.  So my understanding is that an

██████████████████████████

████████████████████████████

███████  but I don't know what the details are; and then they can begin to advertise their eBooks.

The goal of this initial phase is to ███

████████████████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████████

████████████████████████████████

███████████████████

Q  You mentioned there's a ███████████

That's a ███████████████████████

██████████████████████

A   Yes, there's some sort of ██████████

██████████████████████████████ but I

don't know anything beyond that.

Q   Is Google doing something to, sort of,

decide whether ████████████████████

██████████   such that they should be allowed to

advertise eBooks?

A   I don't know what that ████████████

████████   looks like.

Q   And so if the publisher ██████████

████████████████████   they're allowed to advertise

eBooks despite the ban; is that the idea?

MS. TOMKOWIAK:  Objection.  Asked and

answered.  Calls for speculation.

BY THE WITNESS:

A   Yeah, I'll let my previous answers stand.

BY MR. KANE:

Q   You said the goal of the initial phase is

to learn what's working and what isn't; can you

explain what you mean by that?

A   Sure.  Any time something new launches,

there could be bugs, there could be things that go

wrong.  That's why we, sort of, do these small

pilots for anything, just to, sort of, get the

kinks out a little bit.

I also mentioned that it ███████████

████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

██████████████████████████.

So this is really just a starting point.

Q   And how long has the eBook pilot been in operation?

A   The best of my knowledge, ████████████

█████████████

Q   Did you say ████████████

A   Maybe more than ████████████

████████████████████████████

████████████   to my knowledge.

Q   And how many publishers are participating, just approximately?

A   I don't know for certain, but I think a ████████████.   Maybe in the order of ████

████████████

MR. KANE:   Uriel, could you put Tab 85 on the screen, please -- sorry, in the folder.

MS. LEE:   It's in the folder.

(WHEREUPON, Previously Marked Plaintiffs' Exhibit No. 100 was presented to the witness.)

BY THE WITNESS:                                         05:24:06

   A   Could you please repeat which number?        05:24:07

BY MR. KANE:                                            05:24:11

   Q   Yes, it's Tab 85.                             05:24:11

   A   Thank you.                                    05:24:13

   Q   So I'll just mark this while you're            05:24:55
reviewing.                                             05:24:55

    MR. KANE:   Tab 85 is a Google document       05:24:59
Bates ending 623411.   This previously was marked      05:25:01
as Plaintiffs' Exhibit 100.                            05:25:05

BY THE WITNESS:                                         05:27:54

   A   Okay.                                         05:27:54

BY MR. KANE:                                            05:27:55

   Q   Do you know what this document is?            05:27:56

   A   This is my first time seeing it, but it       05:27:57
seems like it's █████████████████████                  05:28:03
███████████████████████████                            05:28:11

   Q   Can I refer you to Page 4.                    05:28:13

    Towards the bottom, there's an ████████      05:28:21
██████████████████████████   And he says               05:28:23
in the second sentence: ███████████                    05:28:28
██████████████████████████████████████                05:28:31
██████████████████████████████████████                05:28:37
█████████████████████████████                          05:28:42
█████████████████████████████                          05:28:48

[REDACTED]

Do you see that?

A   Yes.

Q   So this indicates to me that the impetus for the eBook pilot was maybe a little different than what you had described, and that [REDACTED]

Is your understanding different?

MS. TOMKOWIAK:  First of all, I want to object that this is outside of the scope of what the Court ordered Google to provide by way of corporate testimony in response to Topic -- in response to Topic 60.

With that said, Ms. Fine, if you can answer, go ahead.

BY THE WITNESS:

A   I would just point out that this email happened in [REDACTED] and the pilot kicked off [REDACTED] -- again, just personally speaking, to claim that this was the impetus.

That's all I'll say.  I have no other information to go off of.

BY MR. KANE:

Q  I wonder if we're talking past each other.

████████████████████████████████████████

████████████████████████████████████████ Is there another program that involves, sort of, an allow list for publishers to be able to advertise eBooks on shopping that preceded the one that was -- that started ███████████████ ?

A  I don't think I said ████████████ ; I think I said ████████████████████████ But I was -- I'm not aware -- I'm only aware of the one that I spoke to ████████████████ about, and, to the best of my recollection, it sounded quite new.

Q  Okay.  So the one -- the program that Mr. ████████████ described to you, your understanding is it began ████████████████████████ I'm sorry, I lost the time frame.

A  Yeah, everything reflected in my answers about the pilot program was based on a conversation with ████████████████████ ████████████████████████ in preparation for this deposition.

And, to the best of my recollection, the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                                    328

program sounded like it was ███████████████

█████████                                                    05:31:27

        MR. KANE:  Uriel, could you put Tab 82 into the folder, please.

        MS. LEE:  82 is in the folder.

        MR. KANE:  Thank you.

        (WHEREUPON, Previously Marked Plaintiffs' Exhibit No. 101 was presented to the witness.)

BY MR. KANE:

    Q   So, Ms. Fine, Tab 82 is a Google document. It's Bates ending 441959.  This was previously marked as Plaintiffs' Exhibit 101.  Take a moment to review this, but I guess the thing I'll point out to you at the outset is it -- it's last updated ████████.  But take a second to review this.

    A   Okay.  I guess before we start questions, the dates are pretty clear, so I'd like to formally go on record that I either misheard or misunderstood what ███████ was telling me.

    Q   Okay.  So I just want to make sure we're not literally talking past each other.

        You don't think there was, like, a separate pilot program that started, say, ████████ ██████████████████; you think this

pilot program in Tab 82 is the one pilot program    05:33:25
allowing paid ads on -- paid ads for eBooks on    05:33:35
Shopping?    05:33:40

    A  Yes, to my knowledge there is only one    05:33:41
pilot program, and I was wrong about the start    05:33:43
date and duration to date.    05:33:51

    Q  Okay.  So why don't we do this then:  Why    05:33:52
don't we go back to -- well, we'll just stay on    05:33:59
this document for now.  Go ahead and finish    05:34:05
reviewing, if you hadn't.    05:34:08

    A  Okay.    05:34:09

       Okay.    05:36:46

    Q  So I take it you haven't seen this    05:36:46
document before?    05:36:48

    A  I may have seen it once before, but I    05:36:48
certainly did not clock the dates very well.    05:36:54

    Q  Let me refer you to Page 7.    05:36:58

       Towards the bottom, there's a question:    05:37:04
█████████████████████████    05:37:06

       Do you see that?    05:37:09

    A  Yes.    05:37:14

    Q  And it says:  ████████████████    05:37:14
███████████████████████    05:37:17
██████████████████    05:37:21

       Do you see that?    05:37:25

A   Yes.

Q   Did that end up happening; ███████

███████████████████████

A   To my knowledge, no.

Q   And a couple paragraphs above that,
there's a question: ████████████████

███████████████████████

██████████████

And it says: ████████████

███████████████████████████

██████████████

Do you see that?

A   Yes.

Q   Do you know whether the plaintiffs in this
lawsuit were allowed to participate in the pilot
program?

MS. TOMKOWIAK:  You can answer that
question "yes" or "no."

BY THE WITNESS:

A   And the question was -- can you repeat the
question?  So I --

BY MR. KANE:

Q   Sure.

A   -- get the right --

Q   Sure.  Were the plaintiffs in this lawsuit

05:37:25
05:37:25
05:37:28
05:37:32
05:37:36
05:37:42
05:37:47
05:37:49
05:37:51
05:37:53
05:37:56
05:37:58
05:37:58
05:37:58
05:38:01
05:38:03
05:38:07
05:38:08
05:38:11
05:38:12
05:38:14
05:38:14
05:38:15
05:38:15
05:38:16

permitted to participate in the pilot program?    05:38:18

    A  They were not.    05:38:20

    Q  When Google launched the pilot program,    05:38:24

did the launch coincide with any, sort of,    05:38:37

    █████████████████████████████████████    05:38:41

    ████████████    05:38:46

       MS. TOMKOWIAK:  Objection.  Outside the    05:38:50

scope.    05:38:51

BY THE WITNESS:    05:38:51

    A  I don't know.    05:38:51

BY MR. KANE:    05:38:51

    Q  So now that we've, sort of, established    05:38:57

the timeline, maybe we can return to Tab 85.  This    05:38:59

is the Google document Bates ending 623411.    05:39:04

       Did you want to take a minute to review it    05:39:10

again, or did you want to proceed?    05:39:12

    A  I read it thoroughly the first time.    05:39:15

    Q  Okay.  So let's go back to that same    05:39:17

section we were looking at the bottom of Page 4,    05:39:20

the ████████████████████    05:39:23

       Mr. Whalen says:  ████████    05:39:27

████████████████    05:39:27

██████████████████████    05:39:27

████████████████████    05:39:27

██████████████████    05:39:27

So, as I said, that indicates to me that the impetus for the pilot program was that ▮▮▮▮

I was asking if you understood it differently, and I'll ask you again since you now have the benefit of the timeline.

A   I am only aware of the -- of the information and dates provided in these two documents, so I don't want to speculate further.

I do know that the rationale given to me during my preparations from people who have been more involved in this is that ▮▮▮▮

Q   So you're saying ▮▮▮▮

A   I would stick to the characterization that I gave earlier of what I heard, which is that the team was ▮▮▮▮

05:41:11

05:41:16

05:41:20

Q  Okay.  So you think ████████ email 05:41:26
here is, sort of, incorrect; that there was not 05:41:28

05:41:33

05:41:38

05:41:43

MS. TOMKOWIAK:  Objection.  Outside the 05:41:47
scope.  Calls for speculation. 05:41:48
BY THE WITNESS: 05:41:49
A  I'm not saying that this is incorrect or 05:41:51
wrong.  I am saying I read what's here and I'm 05:41:57
also conveying what I heard in my preparation, and 05:42:00
I'm not going to speculate further. 05:42:04
BY MR. KANE: 05:42:05
Q  Okay.  So you aren't sure what the impetus 05:42:05
for the pilot program was? 05:42:08
MS. TOMKOWIAK:  Is that a question or a 05:42:17
statement? 05:42:19
BY MR. KANE: 05:42:20
Q  Am I correct you're not sure what the 05:42:20
impetus for the pilot program was? 05:42:22
MS. TOMKOWIAK:  Objection. 05:42:24
Mischaracterizes her testimony.  Asked and 05:42:25

answered.  She's already told you what it was.

BY THE WITNESS:

    A   I'll rely on my previous statement.

BY MR. KANE:

    Q   What did you do to prepare for your
testimony today on this topic about the pilot
program?

    A   I met with ██████████████, who is a
director in the ███████ organization.

        There was also an engineer on the call who
has been helping to orchestrate the pilot, and I'm
blanking on his name, but I will rack my memory
and share it if I can think of it.

    Q   And your conversation with
███████████ and the engineer, how long was
that conversation, just approximately?

    A   30 minutes.

    Q   And did they mention ████████████
███████

    A   That was the call where they mentioned the
██████████████████████████.

    Q   I understand they mentioned the ██████
███████; I was wondering if they specifically
mentioned the ██████████████████
██████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                                335

▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    05:43:52

          MS. TOMKOWIAK:  Objection.                05:43:56

BY THE WITNESS:                                     05:43:57

   A  I don't remember.                             05:43:57

          MR. KANE:  Uriel, could you put Tab 12    05:44:39

into the folder.                                    05:44:43

          MS. LEE:  Tab 12 is in the folder.        05:44:56

          MR. KANE:  Thank you.                     05:44:58

          (WHEREUPON, Previously Marked Plaintiffs'  05:44:58

Exhibit No. 102 was presented to the witness.)      05:44:59

BY MR. KANE:                                         05:44:59

   Q  So, Ms. Fine, I've placed a document on        05:44:59

the screen.  It's a Google document Bates ending     05:45:02

603215.  This was previously marked as Plaintiffs'   05:45:06

Exhibit 102.                                          05:45:10

       Take a moment to review this, and I'll ask     05:45:11

you a question about it.                              05:45:13

   A  Okay.                                           05:48:38

   Q  Have you seen this document before?             05:48:40

   A  I have not.                                     05:48:41

   Q  So the title at the top is:  ▮▮▮▮▮▮             05:48:42

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    05:48:51

▮▮▮▮▮▮▮▮▮                                             05:48:53

       And the first paragraph says:  ▮▮▮▮           05:48:55

▮▮▮▮▮▮▮▮▮▮▮▮▮                                         05:48:57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                    336

Do you see that?

A   Yes.

Q   Does that inform your understanding of what the impetus was for the pilot program concerning the allow list for paid eBook ads on Shopping?

MS. TOMKOWIAK:  Objection.  Asked and answered.  Outside the scope.  She's already told you what the impetus was.

BY THE WITNESS:

A   Yeah, I've shared every -- everything I know.

BY MR. KANE:

Q   Let me refer you to Page 2 to the bullet that says:

In the first sub-bullet, the second sentence, it says:

You see that?

A  Yes.

Q  And the next bullet says:  [As read]

        Do you see that?

A  Yes.

Q  Does this change your understanding of the impetus for the eBook pilot program?

        MS. TOMKOWIAK:  Objection.  Outside the scope asked and answered.  Argumentative.  This is turning harassing.  You're just arguing with her about the impetus.

BY THE WITNESS:

A  Yeah, I have nothing more to add.

BY MR. KANE:

Q  Okay.  We'll take this down.

        MR. KANE:  This would be a natural point for a break if that works for you.

        MS. TOMKOWIAK:  That would be great.

        MR. KANE:  Okay.

        THE VIDEOGRAPHER:  We are going off the record.  The time is 5:51 p.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Chelsea Fine, Designated Representative
Conducted on July 16, 2026                              373

C E R T I F I C A T E    O F    R E P O R T E R

I, MICHELLE M. YOHLER, a Certified Shorthand Reporter within and for the County of Will, State of Illinois, do hereby certify:

That previous to the commencement of the examination of the witness, the witness was duly sworn to testify the whole truth concerning the matters herein;

That the foregoing deposition transcript was reported stenographically by me, was thereafter reduced to typewriting under my personal direction and constitutes a true record of the testimony given and the proceedings had;

That the said deposition was taken remotely before me at the time and place specified;

That I am not a relative or employee or attorney or counsel, nor a relative or employee of such attorney or counsel for any of the parties hereto, nor interested directly or indirectly in the outcome of this action.

IN WITNESS WHEREOF, I do hereunto set my hand and affix my seal of office at Chicago, Illinois, this 27th day of July, 2026.

_____

Michelle M. Yohler, CSR, RMR, CRR

Certified Shorthand Reporter

CSR No.:  84-4531