# EXHIBIT 3

# [Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

CENGAGE LEARNING, INC. et al., :

        Plaintiffs      :

  vs                 : Case No.

GOOGLE, LLC,           : 1:24-cv-04274

        Defendant      :

------------------------------ x

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped deposition of

█████████████

Individually and as Designated Representative of

GOOGLE, LLC

WASHINGTON, DC

THURSDAY, MAY 21, 2026

9:26 a.m. EASTERN TIME

Job No.: 629726

Pages: 1 - 316

Reported by: Lisa V. Feissner, RDR, CRR, CLR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped deposition of ████████████,

held at the offices of:

    LATHAM & WATKINS LLP

    555 ELEVENTH STREET, NW

    10TH FLOOR

    WASHINGTON, DC 20004

    202.637.2200

Pursuant to Notice, before Lisa V. Feissner, RDR, CRR, CLR, Notary Public.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████████ , Designated Representative, and Individually
Conducted on May 21, 2026

309

example.  So I guess ████████████████

███████████████████████████

██████

    Q    Okay.  Were you involved with something

called ██████████████████?

    A    I heard about ████████████████

████████████████████████

████████████

    Q    Okay.  At some point after the eBook ban

was implemented in May of 2021, did Google

introduce what I'll call a beta program whereby

certain publishers were allowed to advertise

eBooks on Shopping ads?

    MS. CLARKE:  Objection, lacks

foundation.

    A    So --

    MS. CLARKE:  Vague.

    A    -- Google is ███████████████

███████████████████████████ and a

beta program was introduced to start allowing

eBooks -- start allowing eBooks in Shopping ads in

hopefully a responsible manner.

    Q    And when did that start?

    A    So beta program, I think it was ██████

████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████████ , Designated Representative, and Individually

Conducted on May 21, 2026

310

Q    Is part of the beta program an, for lack of a better word, ███████████████████████ ███████ ?

MS. CLARKE:  Objection.

A    Beta program is a way for us to ████████████████████████████████ ███████████████████████████ ██████

So we ██████████████████ ████████████████████████████ ████████████████████████████████ ████████

Q    Does that mean so far, the beta program ████████████████████████████████ ████████████████████████████████ ████████████████████████████ ████████████████████████ ████████ ?

MS. CLARKE:  Objection.

A    ████████████████████████ ██████████████████████ ████████████████████████ ████████████████████████████ ████████████████████████ ████████████████████████

18:43:49
18:43:53
18:43:58
18:43:58
18:43:59
18:44:04
18:44:08
18:44:10
18:44:11
18:44:23
18:44:28
18:44:32
18:44:35
18:44:39
18:44:43
18:44:47
18:44:50
18:44:58
18:44:59
18:45:01
18:45:04
18:45:08
18:45:11
18:45:14
18:45:17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ████████████ , Designated Representative, and Individually
Conducted on May 21, 2026

311

Q    Okay.  Do you know how the publishers

?

MS. CLARKE:  Objection.

A    Know to some extent.  So I

Q    Okay.

A    So the

Q    Yes.

A    Yes, so I

Q    Okay.  Then the

A    So this is where I'm not super familiar
with the organization names within Google.
We have this -- I think it's

18:45:24
18:45:28
18:45:30
18:45:33
18:45:34
18:45:35
18:45:43
18:45:47
18:45:49
18:45:56
18:46:00
18:46:04
18:46:05
18:46:07
18:46:07
18:46:11
18:46:14
18:46:21
18:46:22
18:46:26
18:46:29
18:46:32
18:46:37
18:46:42
18:46:46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ▮▮▮▮▮▮▮▮▮▮, Designated Representative, and Individually
Conducted on May 21, 2026

312

Q

A

            MR. KANE:  We will tender the witness.

            MS. CLARKE:  Nothing from Google.

            MR. KANE:  Okay.  So we will leave the
deposition open for a couple of reasons.  One, for
the several privilege claims that Google made
during the deposition.  Two, for the late
production and reproduction of documents as late
as yesterday.  And three, for lack of preparation
on certain 30(b)(6) topics, including the time
period for one of the spreadsheets that was in the
30(b)(6) topics.  With --

            (Cross-talk.)

            MR. KANE:  I was going to say, with

18:46:51
18:46:54
18:46:58
18:47:03
18:47:04
18:47:10
18:47:14
18:47:18
18:47:21
18:47:22
18:47:23
18:47:27
18:47:36
18:47:40
18:47:43
18:47:46
18:47:48
18:47:50
18:47:52
18:47:54
18:47:58
18:48:00
18:48:02
18:48:02
18:48:07

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of ███████████, Designated Representative, and Individually
Conducted on May 21, 2026                                              316

C E R T I F I C A T E

I, Lisa V. Feissner, RDR, CRR, CLR, do hereby certify that the witness was first duly sworn by me and that I was authorized to and did report said proceedings.

I further certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; that reading and signing was requested; that I am neither attorney nor counsel for, nor related to or employed by, any of the parties to the action in which this deposition was taken; and that I have no interest, financial or otherwise, in this case.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of MAY, 2026.

_____
Lisa V. Feissner, RDR, CRR, CLR

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)