**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, <br><br>*Plaintiffs*, <br><br>v. <br><br>GOOGLE LLC, <br><br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**CERTIFICATE OF SERVICE**

I, Caroline Clarke, hereby certify that on August 14, 2026, I served all counsel of record with true and correct copies of the following documents via electronic mail, per agreement of counsel:

- Defendant's Letter Motion to File Sealed and Redacted Documents

- Unredacted version of Google LLC's Response to Plaintiffs' Letter Motion for Discovery Conference Regarding Google's 30(b)(6) Deposition Testimony

- Attorney Declaration of Sarah A. Tomkowiak

- Exhibits 1-3 to the Attorney Declaration of Sarah A. Tomkowiak

The document was served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com

Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Dated: August 14, 2026
     New York, New York

_____
Caroline Clarke

2