O+Z Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

August 28, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Motion for Discovery Conference re Google Deposition Testimony, and to seal the exhibits to the declaration (together, "Documents").

The Documents contain information and testimony that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents properly is redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs notified Google on August 28, 2026 of Plaintiffs' planned redactions/sealing and offered to confer. Google responded via email on August 28 that Google agreed with Plaintiffs' sealing plan.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane