**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, Plaintiffs' counsel served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 1169: Plaintiffs' Supplemental Letter re Plaintiffs' Motion (Dkt. 1093) for Discovery Conference re Google Deposition Testimony

*/s/ Jeff Kane*
Jeff Kane (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.499.2940
Jkane@oandzlaw.com

*Counsel for Plaintiffs*