Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

August 31, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

**Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM**
**Letter Request to File Redacted Documents**

Dear Judge Moses:

Pursuant to Rule 3 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Motion to Compel Targeted Additional Discovery and Extend Plaintiffs' Discovery Cutoff and accompanying declaration (together, "Documents").

The Documents contain information and testimony that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential. At this time, Plaintiffs take no position on whether the information in the Documents properly is redacted or sealed, but may do so after Google files its request for sealing.

The timing of Plaintiffs' filing has been dictated by Mr. R's deposition testimony the night of August 26, 2026 and tomorrow's discovery cutoff. Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs notified Google by email this morning of their plan to redact Google's information and testimony in the Documents (which tracks redactions that have been applied in the filings on Plaintiffs' Dkt. 1093 motion). Plaintiffs offered to meet and confer regarding sealing. As of this writing, Google has not responded.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

*/s/ Michele H. Murphy*
Michele H. Murphy