# **Exhibit 1**

## [proposed] Discovery Schedule

| ***Deadline*** | ***Current Date*** | ***Requested Date*** |
|---|---|---|
| Completion of Plaintiffs’ Fact Discovery | September 1, 2026 | October 1, 2026 |
| Reponses to RFAs and ROGs | September 16, 2026[1] | October 16, 2026 |
| Plaintiffs’ Response to Google’s Reformatted Interrogatory 16 | October 2, 2026 | November 14, 2026 |
| Disclosure of Expert Evidence | October 14, 2026 | November 14, 2026 |
| Disclosure of Expert Rebuttal Evidence | November 18, 2026 | December 18, 2026 |
| Disclosure of Expert Reply Evidence | December 14, 2026 | January 13, 2027 |
| Completion of Expert Depositions | February 10, 2027 | March 12, 2027 |
| Close of Discovery | February 10, 2027 | March 12, 2027 |

[1] This date reflects an agreement the parties’ made on August 17.