Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

September 3, 2026

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court for the Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24-cv-04274-JLR-BCM
Joint Status Update

Dear Judge Rochon,

Pursuant to paragraph 13 of the Case Management Plan (Dkt. 110), the parties write jointly to report that the parties conducted a settlement discussion among counsel on September 2, 2026. The parties have held several such discussions previously. The parties are discussing the possibility of conducting a mediation with a private mediator, but at this point have not made progress on settlement beyond that. Accordingly, the parties did not consent to a mediation or settlement conference before the Magistrate Judge.

The Magistrate Judge has scheduled a discovery conference for September 22, 2026.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak
Latham & Watkins LLP
*Counsel for Google*

*/s/ Michele H. Murphy*
Michele H. Murphy
OPPENHEIM + ZEBRAK, LLP
*Counsel for Plaintiffs*