USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 09/01/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,
Plaintiffs,
-against-
GOOGLE LLC,
Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery conference:

1. Plaintiffs' July 27, 2026 letter-motion to compel Google to produce discovery regarding the investigation that Google conducted regarding plaintiffs' allegations in this litigation (Dkts. 1093, 1095) is GRANTED IN PART, to the extent that: Google must present an appropriately prepared witness to testify, pursuant to Rule 30(b)(6), regarding the *facts* uncovered by the investigation, including all such facts regarding (a) when, how frequently, and/or how consistently Google [redacted]; and (b) whether – and if so why – [redacted]. For avoidance of doubt: the Court has not found, and does not assume, that all of these facts are known to Google as a result of its investigation. To the extent they are known, however, they are not privileged and must be disclosed. The deposition is limited to two hours.

2. Plaintiffs' August 6, 2026 letter-motion to compel Google to provide Rule 30(b)(6) testimony regarding a spreadsheet (GOOG-CENG-00441970) created for this litigation and produced in discovery (Dkts. 1128, 1129) is DENIED, except that plaintiffs may serve appropriately phrased interrogatories requiring Google to

identify (i) the parameters of the sample used for the spreadsheet; (ii) what the term "visible_in_us:false" means, as used in the spreadsheet, and (iii) the significance of the dates used in the spreadsheet. Alternatively, plaintiffs may rely on Google's representation, made in writing and repeated on the record today, that it will make no affirmative use of the spreadsheet in this action.

3. Plaintiffs' August 10, 2026 letter-motion to compel Google to produce a better-prepared witness regarding the business rationale for Google's Beta Program (Dkts. 1135, 1136) is GRANTED IN PART, to the extent that Google must present an appropriately prepared witness to testify (either from personal knowledge or pursuant to Rule 30(b)(6)) regarding the specific question: what role did the [redacted] play in Google's decision to implement the Beta Program? Within the context of that question, the witness must be familiar with and able to discuss the following documents produced in discovery: GOOG-CENG-00603215, GOOG-CENG-00623411, and GOOG-CENG-00441959. The deposition is limited to 30 minutes.

Plaintiffs recently filed a new discovery letter-motion (Dkts. 1177, 1178), and have advised the Court that they may file one additional letter-motion related to fact discovery if the parties are unable to resolve that dispute. Any such motion must be filed no later than **September 8, 2026**.

The Court will conduct a discovery conference on **September 22, 2026** at **11:00 a.m.** For planning purposes, the parties are advised that they should be prepared to address:

1. Plaintiffs' August 31, 2026 letter-motion (Dkts. 1177, 1178); and
2. Plaintiff's forthcoming letter-motion (if filed).

The parties need not schedule the deposition described in ¶ 1 of this Order until the Court has ruled on their remaining disputes regarding fact discovery. However, the Court sees no reason to delay the interrogatories authorized by ¶ 2 of this Order (should plaintiffs choose to serve them) or the brief deposition described in ¶ 3. Plaintiffs are directed to serve the interrogatories no later than **September 8, 2026**, and to complete the 30-minute deposition no later than **September 30, 2026**.

The Clerk of Court is respectfully directed to close the motions at Dkts. 1093, 1095, 1128, 1129, 1135, and 1136.

Dated: New York, New York
September 1, 2026

**SO ORDERED.**



**BARBARA MOSES,**
**United States Magistrate Judge**