# Exhibit 3
# Filed Under Seal