# Exhibit 1
# Filed Under Seal