# Exhibit 4
# Filed Under Seal