**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**UPDATED CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I served counsel for Defendant Google with the below documents filed under seal on ECF. These documents are identical to the documents (Dkts. 1197, 1199) served upon Google's counsel on September 8, 2026, as described in Dkt. 1201. Plaintiffs refiled the documents at Dkts. 1202, 1204 solely to correct a docket entry error. Plaintiffs and Google each have agreed to accept service via email of sealed court filings.

- Dkt. 1202: CORRECTED Plaintiffs' Letter Motion to Compel Production of Google's Communications with At-Issue Pirates;
- Dkt. 1204: CORRECTED Attorney Declaration of Michele H. Murphy in support of Dkt. 1202 (Plaintiffs' Letter Motion to Compel Production of Google's Communications with At-Issue Pirates), and Exhibits 1–5 thereto.

*/s/ Yunyi Chen*
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 5th Ave, 19th Floor
New York, NY 10017
(212) 951-1923
YChen@oandzlaw.com

*Counsel for Plaintiffs*