**Sarah A. Tomkowiak**
Direct Dial: +1.202.637.2335
sarah.tomkowiak@lw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 09/10/26

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

MEMO ENDORSED

September 8, 2026

**VIA ECF**

The Honorable Barbara C. Moses
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 1:24-cv-04274-JLR-BCM
Letter Motion for Leave to File Short Sur-Reply re: Dkt. 1189

Dear Judge Moses:

On behalf of Google LLC in the above-captioned matter, we respectfully request leave to file a short sur-reply of just two pages in response to Plaintiffs' Letter Opposing Google's Request to Redact Plaintiffs' Supplemental Letter (Dkt. 1189) ("Plaintiffs' Reply").

Plaintiffs' Reply improperly raised new arguments opposing Google's request to redact portions of Plaintiffs' Supplemental Letter. Indeed, in their Motion to Seal, Plaintiffs stated that they "take no position on whether the information in the Documents properly is redacted or sealed." Dkt. 1168. For the first time in their Reply, they oppose certain aspects of Google's request. To address the arguments first raised in Plaintiffs' Reply, Google seeks leave to submit the sur-reply attached as **Exhibit A**, which can be filed within one business day of the Court granting Google leave to do so.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via ECF)

Application GRANTED. The Court will accept the filing at Dkt. 1195-1 as Google's sur-reply to the motion to seal at Dkt. 1168. The sur-reply is accepted because it is effectively Google's reply letter in support of a motion for which it has the burden. No further briefing will be accepted with regards to Dkt. 1168. SO ORDERED.

**Barbara Moses, U.S.M.J.**
**September 10, 2026**