Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

September 10, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1177) to Compel Targeted Additional Discovery and Extend Plaintiffs' Discovery Cutoff, to redact Attorney Declaration of Jeff Kane, and to seal certain exhibits thereto (together, "Documents").

The Documents contain information, produced documents, and testimony that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential.

For the reasons Plaintiffs explained in Dkt. 1189, Plaintiffs oppose Google's request to the extent that Google seeks to redact the statements from the WR deposition concerning Google's communication with its vendors and Google's implementation of its DMCA policy.

Otherwise, Plaintiffs take no position on whether the information in the Documents properly is redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs notified Google on September 9 of Plaintiffs' planned redactions/sealing and offered to confer. Google responded via email on September 10 that Google agreed with Plaintiffs' sealing plan.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane