**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CENGAGE LEARNING, INC. et al.

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

**Civil Action No. 24-cv-04274-JLR-BCM**

**[Redacted]**

**Declaration of Attorney Jeff Kane ISO**
**Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1177) to Compel**
**Targeted Additional Discovery and Extend Plaintiffs' Discovery Cutoff**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Letter Motion (Dkt. 1177) to Compel Targeted Additional Discovery and Extend Plaintiff's Discovery Cutoff. ("Reply").

**<u>Custodians & Search Terms</u>**

2. Google's strike tracker (GOOG-CENG-00439752.C) indicates that [redacted] was one of the individuals responsible for [redacted] when an account reached [redacted] strikes. Several entries in the spreadsheet inform [redacted] that a domain has reached [redacted] strikes, and ask him to [redacted]. E.g., *id.* (cells A887, A1238, A3597, A3605).

3. In the search-terms the parties negotiated long before depositions began, the term "suspend" was included, but was cabined by other terms. The full term was:

> (exception* OR [redacted]) w/10 (suspen* OR remov* OR (manifest* w/5 unfound*) OR DMCA OR "Digital Millennium Copyright Act" OR (notice* w/10 copyright)) AND Shopping

**<u>Misrepresentation Policy</u>**

4. Google initially produced four spreadsheets containing what Google says is suspension and reactivation data for the 1,500 pirates at issue: GOOG-CENG-00000703 (produced in February 2025), GOOG-CENG-00392941 (produced in May 2025), GOOG-CENG-00403547 (produced in June 2025), and GOOG-CENG-00618605 (produced in January 2026). After Mr. Weibel's deposition on June 17, 2026, Google then produced three additional spreadsheets on August 11, 2026: GOOG-CENG-00635379, GOOG-CENG-00635378, and GOOG-CENG-00635380.

5. I observed that these data show [redacted] suspensions with a "[redacted]" of "[redacted]". Mr. Weibel testified that each of these "[redacted]" are refer to the Misrepresentation policy. Christophe Weibel Dep. Tr. 152:19–154:22.

6. I observed that of the [redacted] merchant center accounts that Google says are associated with the 1,500 pirate domains, [redacted] were suspended at least once under the Misrepresentation policy.

7. The data shows that Google claims to have *reactivated* [redacted] of the accounts its suspended for Misrepresentation.

8. Mr. L testified on May 21, 2026 that [redacted] Dkt. 1066-4 at 220:1–21. The next day, Plaintiffs requested from Google the records of any of the 1,500 pirates who were subjected to the Misrepresentation review, including the notes and comments at issue in this Motion. 26.05.22 O+Z Email. The parties negotiated Google's production of this data in the succeeding months, and reached agreement on most of it.

9. When Google finally produced additional suspension data, the data reflected an additional [redacted] suspensions under Google's Misrepresentation policy.

10. Plaintiffs learned for the first time in a meet-and-confer on August 28, 2026 that Google does not need to "manually screenshot" the review panel, but in fact can retrieve these documents *en masse*. For months, Plaintiffs had relied on Google's (now incorrect) representations that producing the notes and comments from Google's manual reviewers "would require Google to manually screenshot the review panel" for each merchant that underwent this review. 26.06.08 Latham Email; 26.06.17 Latham Email.

**Exhibits**

11. Attached as Exhibit 1 is Plaintiffs' proposed discovery schedule.

12. Attached as Exhibit 2 is an excerpt from the transcript of the August 20, 2026 deposition of April Kelly.

13. Attached as Exhibit 3 is an excerpt from the August 26, 2026 deposition of WR.

14. Attached as Exhibit 4 is an excerpt from the June 24, 2026 deposition of SB.

15. Attached as Exhibit 5 is an excerpt from the June 17, 2026 deposition of Christophe Weibel.

16. Attached as Exhibit 6 is an excerpt from the September 1, 2026 discovery conference before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 10, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane