# EXHIBIT 1

**Plaintiffs' Proposed Discovery Schedule**

| ***Deadline*** | ***Current Date*** | ***Requested Date*** |
|---|---|---|
| Reponses to RFAs | September 30, 2026[1] | September 30, 2026 |
| Responses to ROGs | September 16, 2026 | September 18, 2026[2] |
| Plaintiffs' Response to Google's Reformatted Interrogatory 16 | October 2, 2026 | October 2, 2026[3] |
| Google's production of documents per the instant motion | | October 13, 2026 |
| Vendor agent deposition and 30(b)(6) deposition of Google per Dkt. 1187 | | By October 27, 2026 |
| Placeholder for additional targeted depositions, if needed | | TBD |
| Completion of Plaintiffs' Fact Discovery | | October 27, 2026 (unless extended to accommodate the above) |
| Disclosure of Expert Evidence | October 14, 2026 | November 14, 2026 |
| Disclosure of Expert Rebuttal Evidence | November 18, 2026 | December 18, 2026 |
| Disclosure of Expert Reply Evidence | December 14, 2026 | January 13, 2027 |
| Completion of Expert Depositions | February 10, 2027 | March 12, 2027 |
| Close of Discovery | February 10, 2027 | March 12, 2027 |

[1] This date reflects an agreement the parties' made on September 2.

[2] This date reflects an agreement the parties' made on September 10.

[3] Plaintiffs may need to seek additional time for this response but do not do so here.