# EXHIBIT 2

# [Filed Under Seal]