# EXHIBIT 6

# [Filed Under Seal]