**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, Plaintiffs' counsel served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 1210: Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1177) to Compel Targeted Additional Discovery and Extend Plaintiffs' Discovery Cutoff
- Dkt. 1211: Attorney Declaration of Jeff Kane ISO Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1177) to Compel Targeted Additional Discovery and Extend Plaintiffs' Discovery Cutoff and accompanying exhibits

*/s/ Uriel Lee*
Uriel Lee
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.480.2999
ulee@oandzlaw.com

*Counsel for Plaintiffs*