# EXHIBIT A
# [Redacted Version of Document Filed Under Seal]

# Exhibit 1

Planet Depos
We Make It Happen™

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

# Transcript of [redacted], Designated Representative

**Date:** June 24, 2026
**Case:** Cengage -v- Google LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

You can answer. 03:06:41
A Do you mean does Google communicate to the merchant that some of their Shopping ads or offers have been disapproved after we have removed a URL? 03:06:42 03:06:46 03:06:51
Q (BY ATTORNEY KANE) We can start with that, yeah. 03:06:54 03:06:56
A Yes, the merchant sees notification or information in their Merchant Center UI, informing them that their offers or listings have been disapproved as a result of a copyright infringement -- notice of alleged copyright infringement. 03:06:57 03:07:01 03:07:05 03:07:09 03:07:12 03:07:14
Q "UI" is user interface? 03:07:15
A Yes, user interface. 03:07:17
Q Any other practice for Google to notify a merchant that its ads have been flagged for copyright infringement? 03:07:20 03:07:26 03:07:32
A You mean -- 03:07:36
ATTORNEY TOMKOWIAK: Sorry. Objection -- 03:07:37
A -- yeah, that's -- that's -- 03:07:38
ATTORNEY TOMKOWIAK: -- objection, vague; broad. 03:07:39 03:07:40
A Can you tell me what you mean by "flagged"? 03:07:44 03:07:44
Q (BY ATTORNEY KANE) Yeah. 03:07:47

A minute ago you were saying that when an ad is disapproved for violating the copyright policy, there's a notification that appears in the Merchant's Merchant Center account, right? 03:07:47 03:07:49 03:07:55 03:07:58

A The merchant is notified of the disapproval of their Shopping product listings that have been disapproved as a result of the removal of a URL that was the subject of an alleged copyright infringement notice. 03:08:01 03:08:05 03:08:09 03:08:12 03:08:16

Q Yep. I'm asking if there are any other ways in which Google communicates that to the merchants. 03:08:18 03:08:20 03:08:22

A The product -- or product listing-level disapproval? I'm not aware of another way that that is communicated. I don't think that there are email messages that go out to merchants for product listing ad or offer-level disapproval. 03:08:25 03:08:32 03:08:37 03:08:43 03:08:48

And I believe the -- the rationale for that is that [redacted] 03:08:53 03:08:55 03:08:59 03:09:05 03:09:11 03:09:14

[redacted] That's email notifications for all types of disapprovals within 03:09:21 03:09:22

their -- within their merchant account. So a 03:09:25
merchant may, at any time, have a number of 03:09:27
different, you know, small issues happening with -- 03:09:32
with policies or -- you know, across different 03:09:34
policy areas. 03:09:42
Q So let me ask you about what happens when 03:09:51
a merchant account is suspended. I have brought 03:09:54
back on the screen Plaintiffs' Exhibit 67, which is 03:09:58
Bates ending 0683. 03:10:04
On page 1 -- 03:10:08
ATTORNEY TOMKOWIAK: Hang on, Jeff. You 03:10:22
have got to give me a moment to get there -- 03:10:24
ATTORNEY KANE: Sure. 03:10:25
ATTORNEY TOMKOWIAK: -- because it doesn't 03:10:25
appear on my screen automatically. Okay. I'm 03:10:26
there. 03:10:33
Q (BY ATTORNEY KANE) Under where it says 03:10:35
[redacted] it says: 03:10:36
[redacted] 03:10:44
03:10:46
03:10:49
03:10:50
03:10:51
03:10:53
03:10:55

support requests asking for help. I believe those would -- would come in in like an email form or some sort of, yeah, [redacted] like we talked about earlier. 05:42:26 05:42:32 05:42:36 05:42:42

You know, our team communicates via email on the [redacted] tool, as I mentioned earlier. 05:42:44 05:42:49

Google also communicates with merchants via the Merchant Center user interface, which we talked about earlier. And interface surfaces notifications or information to the merchant about disapprovals or policy event suspensions, that sort of thing, in the -- in the account. 05:42:53 05:42:56 05:43:01 05:43:06 05:43:16 05:43:19

And then there are also automated email -- they're received as email -- email notifications that go out to merchants when -- when certain policy actions are taken. Such as account suspension, an email goes out to the merchant from a system called [redacted] and notifies them of the -- of the suspension or the issue with their account. 05:43:21 05:43:28 05:43:33 05:43:40 05:43:46 05:43:48 05:43:58

Q Let me sort of take the last one first, if that's all right. 05:44:05 05:44:07

The automated email notifications that go out to merchants when certain policy actions are taken, does that include -- or I'm sorry -- you said the system that generates those communicates is 05:44:08 05:44:11 05:44:14 05:44:19

particular email address, but I don't -- I don't know of [redacted] 05:54:05 05:54:07 05:54:13

Q So in [redacted] I think I hear you saying, you would not be able to, for example, [redacted] -- or email correspondence that's in the [redacted] tool corresponding to that Merchant Center ID? Is that what you're saying? 05:54:20 05:54:23 05:54:26 05:54:30 05:54:33 05:54:36

A [redacted] 05:54:40 05:54:43 05:54:45 05:54:56 05:55:01 05:55:06

Q And I think you said in [redacted] you can search for correspondence associated with a particular email address? 05:55:10 05:55:15 05:55:17

Do I have that right? 05:55:18

ATTORNEY TOMKOWIAK: Objection. Again, this is getting pretty far field from the scope of what Ms. Buer has been prepared to testify to, which is the standard ways in which Google communicates with merchants. She's not an expert in [redacted] 05:55:19 05:55:19 05:55:22 05:55:25 05:55:28

A Yeah, I'm not an expert in [redacted] I know 05:55:32

you can perform a search based on an email address 05:55:35
in the tool. 05:55:38
Q (BY ATTORNEY KANE) Okay. So the idea 05:55:39
would be you would put in an email address, and you 05:55:40
would get the correspondence between Google and that 05:55:43
email address that are contained within the [redacted] 05:55:46
tool? 05:55:49
ATTORNEY TOMKOWIAK: Objection. 05:55:50
A [redacted]. 05:55:51 05:55:54
Q (BY ATTORNEY KANE) Suppose -- 05:55:59
ATTORNEY TOMKOWIAK: Is now a good time 05:56:17
for another break? 05:56:19
A Yeah, I would love to get more water and 05:56:21
stuff. 05:56:23
ATTORNEY TOMKOWIAK: Yeah. 05:56:23
THE VIDEOGRAPHER: Stand by. We are going 05:56:24
off the record at 5:56 p.m. 05:56:26
(A break was taken from 5:56 p.m. to 05:56:28
6:17 p.m.) 05:56:32
THE VIDEOGRAPHER: We are back on the 06:15:47
record at 6:16 p.m. Sorry. We're back on the 06:15:47
record at 6:17 p.m. 06:17:07
Q (BY ATTORNEY KANE) Ms. Buer, are you 06:17:10
familiar with something called the [redacted] 06:17:12