# EXHIBIT B

# [Redacted Version of Document Filed Under Seal]

# Exhibit 2

Calls for speculation. 11:57:44
A It generally [redacted] but I 11:57:51
don't know if I wasn't the one actually 11:58:05
recording it. 11:58:08
BY MR. KANE: 11:58:10
Q Okay. I may have confused things. 11:58:10
Was [redacted] sort of a 11:58:15
procedure that was use supposed to be taken? 11:58:18
In other words, in the instance you 11:58:21
mentioned where Google determines that the 11:58:23
removals were in error, was like the 11:58:27
procedure to [redacted]? 11:58:29
A No. That would not be standard 11:58:33
procedure. 11:58:36
Q Okay. And I think did you say one 11:58:37
possibility was that it was [redacted]? 11:58:40
A Yes, that could have happened. 11:58:43
Q Okay. 11:58:46
I think you said you would "look at 11:58:46
the ticket." 11:58:47

those prior to hearing about this lawsuit? 05:23:56
A I'm not sure specifically at this point in time if I had heard about them, yes. 05:23:59 05:24:00 05:24:03
Q Had you heard about complaints regarding pirated eBooks generally; I.e., not accounted to the plaintiffs? 05:24:03 05:24:04 05:24:10
A According to the previous documents that we had looked like, it sounds like we reviewed notices related to eBooks, but beyond that I'm not sure off the top of my head. 05:24:14 05:24:15 05:24:18 05:24:23 05:24:25
Q At the bottom of Page 3, Mr. [redacted] -- 05:24:27 05:24:34
Is that his name, [redacted]? 05:24:34
A "Ms. [redacted]." 05:24:41
Q -- Ms. [redacted] says, "[redacted]." 05:24:43 05:24:43 05:24:45 05:24:48 05:24:52
Do you see that? 05:24:54
A Yes. 05:24:54
Q What is [redacted]? 05:24:54
A It's stands for [redacted] 05:24:57

[redacted]?
A No.
Q So when you sent the e-mail on what's reflected here at 4:04 p.m. on May 11th, the suspension was -- had already been instituted or was about to be instituted?
A I'm not sure exactly when it would have gone through, but presumably either it was or was about to be suspended.
Q How did you become aware that [redacted] was going to be suspended?
A I don't remember specifically.
Q I think you said there was a practice that when the account being suspended [redacted]
How did you or one of your colleagues find out that the account was being suspended?
A Someone would have gone into their [redacted] account and [redacted]

[redacted]. And if we see 05:47:22
that generally, [redacted] 05:47:26
[redacted]. 05:47:29
But again I'm not really sure [redacted] 05:47:32
[redacted] 05:47:35
Q Who was performing suspensions at 05:47:38
this time, so May of 2023? 05:47:41
A I performed some of them. I don't 05:47:46
know off the top of my head who else. 05:47:49
Q And you would perform suspensions 05:47:52
[redacted] 05:47:54
[redacted] 05:47:57
[redacted] is that right? 05:48:01
A Yes, generally speaking. 05:48:02
Q Were there other circumstances 05:48:04
under which you would undertake a 05:48:05
suspension? 05:48:08
A Nothing off the top of my head. 05:48:12
(Plaintiffs' Exhibit 215, 05:48:14
[redacted] 05:48:14
[redacted] dated July 11th, 2022, 05:48:14
Bates Numbers GOOG-CENG-00418201 05:48:14
through GOOG-CENG-00418203, was 05:48:14
marked for Identification.) 05:48:14
BY MR. KANE: 05:48:14