# EXHIBIT C
# [Redacted Version of Document Filed Under Seal]

# Exhibit 3

Planet Depos
We Make It Happen™

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of [redacted], Designated Representative, and Individually

**Date:** May 21, 2026

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

A No. I believe this particular label is [redacted] 17:50:50 17:50:56 17:51:03 17:51:06
Q Do you know which label that is? 17:51:07
A I think it's [redacted] 17:51:08
Q Okay. In row 54? 17:51:11
A Let me see. 17:51:13
Yes. This label is applied in response to an external request for legal takedown. 17:51:20 17:51:21
Q Okay. In row 19, [redacted]? 17:51:24 17:51:29
A This label is the label that I actually alluded to before, [redacted] 17:51:31 17:51:35 17:51:38 17:51:43 17:51:48 17:51:51 17:51:53 17:51:57
Q In row 58, [redacted]? 17:52:01
A [redacted] is the policy [redacted] 17:52:13 17:52:15 17:52:21 17:52:25

Q Okay. So this is, I guess, not exactly the eBook ban, but I guess a repercussion of the eBook ban? 17:52:26 17:52:29 17:52:33

A This policy was introduced [redacted] 17:52:34 17:52:37 17:52:44 17:52:47

Q Okay. So as part of the eBook ban, Google disapproves [redacted], this would be Merchant Center accounts? 17:52:50 17:52:55 17:53:00

A So as part of the eBook ban, [redacted] 17:53:01 17:53:04 17:53:08 17:53:13 17:53:19 17:53:23 17:53:27

Q Okay. And who came to that decision, that the prevalent business model was eBooks? 17:53:28 17:53:32

MS. CLARKE: Objection. 17:53:34

You can answer in your personal capacity, but this is outside the scope. 17:53:36 17:53:37

A I think this label is [redacted]. 17:53:39 17:53:42

Q Okay. And the m[redacted], 17:53:45