# EXHIBIT D
## [Redacted Version of Document Filed Under Seal]

# Exhibit 5

Planet Depos
We Make It Happen™

HIGHLY CONFIDENTIAL

# Transcript of Christophe Weibel, Ph.D.

**Date:** June 17, 2026
**Case:** Cengage -v- Google LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

other circumstances? 16:13:02
MS. VICTORSON: Object to scope, calls for speculation. 16:13:03 16:13:05
THE WITNESS: I believe that could happen in some other events. I'm not sure about the total list of when that could happen. 16:13:12 16:13:13 16:13:15
BY MR. KANE: 16:13:17
Q Okay. Any that you do know about? Like, other events that would cause [redacted]? 16:13:17 16:13:19 16:13:22
MS. VICTORSON: Same objections. 16:13:23
THE WITNESS: I'm not particularly sure of any events where that would happen. 16:13:33 16:13:34
BY MR. KANE: 16:13:36
Q And do you know what [redacted]? 16:13:36 16:13:38
A I'm not entirely sure anymore. I -- normally I would -- if -- if it was up to me, it would be in [redacted]. But I'm not entirely sure that this was the case here. 16:13:52 16:14:04 16:14:07 16:14:13
Q Okay. The [redacted] column, we'll go through these in a minute. But are these things that are populated by the merchant? 16:14:17 16:14:23 16:14:25
A Yes. 16:14:28
Q Does Google ever [redacted] 16:14:33

[redacted] column? 16:14:34
MS. VICTORSON: Object to scope. 16:14:36
THE WITNESS: Yes. 16:14:39
BY MR. KANE: 16:14:41
Q And under what circumstances would Google do that? 16:14:42 16:14:43
MS. VICTORSON: Object to scope. 16:14:45
THE WITNESS: So there are certain [redacted] assuming the merchants don't opt out of the process. And that would be [redacted] 16:14:48 16:14:49 16:14:56 16:15:02 16:15:08
BY MR. KANE: 16:15:15
Q Okay. So what kind of [redacted] 16:15:15 16:15:17
MS. VICTORSON: Objection; scope, calls for speculation, incomplete hypothetical. 16:15:22 16:15:24
THE WITNESS: So Google has an interest in making sure that [redacted] And these can change relatively fast, depending on the situation and the type of offers. 16:15:31 16:15:33 16:15:37 16:15:46
So Google has a [redacted] 16:15:50 16:15:57 16:16:01 16:16:06

[redacted] And in these circumstances, assuming Google, or at least no opt out from the merchant, Google [redacted]

And the same would be -- would happen for [redacted]

BY MR. KANE:

Q And did you say that the -- this happens [redacted]?

MS. VICTORSON: Objection; scope, calls for speculation --

THE WITNESS: That is correct.

MS. VICTORSON: -- vague.

BY MR. KANE:

Q If Google [redacted] does Google notify the merchants of as much?

MS. VICTORSON: Objection; scope, calls for speculation, compound question, vague.

THE WITNESS: So in Merchant Center, there's a number of messages that are shown about issues that could be on offers. And one of the issues is that [redacted]

BY MR. KANE:

Q Okay. So the merchant would be notified in the sense that a [redacted] would be logged on the merchant's -- in the merchant's Merchant Center account?

MS. VICTORSON: Objection; scope, mischaracterizes testimony.

THE WITNESS: Well, they -- the merchant would be able to see that [redacted] and -- and yeah.

BY MR. KANE:

Q And I think you said Google will sometimes [redacted] Can you explain what that is?

MS. VICTORSON: Object to scope, vague.

THE WITNESS: The [redacted] is a bit different. Sometimes Google will try to [redacted] At least this used to be the case. Essentially, some [redacted]