**T IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

*Plaintiffs*,

v.

GOOGLE LLC,

*Defendant*.

**Case No. 1:24-cv-04274-JLR-BCM**

**DECLARATION OF SARAH TOMKOWIAK**

I, Sarah Tomkowiak, declare that:

1. I am a partner at the law firm Latham & Watkins LLP and counsel for Google LLC in this matter.

2. I submit this declaration in connection with Google's Response to Plaintiffs' Letter Motion to Compel Production of Additional Documents Regarding the At-Issue Merchant Center Accounts.

3. On November 25, 2024, Jeff Kane, counsel for Plaintiffs, sent an email to counsel for Google reflecting Plaintiffs' understanding of the Parties' positions on requested discovery. With respect to RFP 29, Mr. Kane stated Plaintiffs' understanding that "Google would collect all documents associated with [redacted] associated with notices concerning the Infringing Merchants" within Google's [redacted] I understand Mr. Kane's reference to the [redacted] to be a reference to Google's [redacted] database.

4. On February 14, 2025, Google produced a spreadsheet with Bates number GOOG-CENG-00000703. On May 30, 2025 Google produced a spreadsheet with Bates number GOOG-CENG-00392941. On January 29, 2026 Google produced a spreadsheet with Bates number GOOG-CENG-00618605. Each of these spreadsheets contain data about the at-issue Merchant Center accounts, including [redacted]

5. Plaintiffs' counsel deposed Christophe Weibel on June 17, 2026. During that deposition Plaintiffs' counsel questioned Mr. Weibel about the data produced in GOOG-CENG-00000703. Mr. Weibel explained that [redacted] of the suspensions in the GOOG-CENG-00000703 spreadsheet, "denotes a violation of Google's misrepresentation policy." Tr. at 152:19-154:3; *see also id.* at 154:5-155:5 (discussing [redacted]).

6. Google's counsel spoke with Google employees familiar with the relationship between Ads accounts and Merchant Center accounts, assignment of sales representatives, and the [redacted] tool. Based on those conversations, I understand that:

a. Sales representatives are assigned to Ads accounts. Sales representatives are not assigned directly to Merchant Center accounts.

b. Merchant Center accounts and Ads accounts may be linked, but that link is not necessarily permanent. A specific Ads account may be linked to or unlinked from a specific Merchant Center Account at any time and a specific Merchant Center account may likewise be linked to or unlinked from a specific Ads account at any time.

c. If a Merchant Center account is linked to an Ads account, there is [redacted]

d. [redacted] is not a database, and no information is stored in [redacted] only displays information stored in separate Google systems and applications.

e. Assignments of sales representatives are [redacted]. Sales representatives [redacted]. The assignment of sales representatives [redacted].

7. Google's counsel also spoke with Google employees familiar with notifications displayed in Google's Merchant Center. Based on those conversations, I understand that:

a. Merchant Center is a user interface. Within that interface, merchants can see a display of notifications related to their Merchant Center account.

b. These notifications are [redacted]. Because these notifications [redacted].

c. To identify historical notifications displayed in the Merchant Center user interface during the 2020 to 2025 period, Google would have to [redacted].

d. The Merchant Center user interface has changed multiple times between 2020 and 2025. [redacted]

e. [redacted] for each notification displayed to the at-issue merchants during the relevant time period [redacted] would be an extremely complex and time-consuming task.

8. Attached as Exhibit 1 is a true and correct copy of excerpts of Christophe Weibel's deposition transcript.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on September 11, 2026, in McLean, VA.

/s/ *Sarah A. Tomkowiak*
Sarah A. Tomkowiak