# EXHIBIT 1

# [Redacted Version of Document Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; AND MCGRAW HILL, LLC,

Plaintiffs,

v.

Case No.: 24-CV-04274-JLR-BCM

GOOGLE, LLC,

Defendant.

----------------------------------x

HIGHLY CONFIDENTIAL

VIDEOTAPED VIDEO-TELECONFERENCE DEPOSITION OF

CHRISTOPHE WEIBEL, Ph.D

Wednesday, June 17, 2026

9:37 a.m. BST

Job No.: 637824

Pages: 1 - 380

Reported Stenographically by:

Cassidy Western, RPR, CRR, CA CSR #14722, WA CCR

whether those communications are in [redacted]? 10:37:26
MS. VICTORSON: Object to scope, calls for speculation. 10:37:28 10:37:29
THE WITNESS: I don't know. 10:37:30
MR. KANE: Okay. 10:37:31
THE VIDEOGRAPHER: We are going off the record. The time is 10:37. 10:37:33 10:37:34
(Break held off the record from a.m. to 10:51 a.m.)
THE VIDEOGRAPHER: We are back on the record. The time is 10:51. 10:51:57 10:51:57
BY MR. KANE: 10:52:01
Q So Mr. Weibel, we were talking about communications that are stored in [redacted]. I think you mentioned there's a European regulation that requires the merchant to be notified when certain actions are taken against them. 10:52:01 10:52:04 10:52:06 10:52:10 10:52:14
Do I have that right? 10:52:15
MS. VICTORSON: Object to scope, mischaracterizes prior testimony. 10:52:18 10:52:20
THE WITNESS: So [redacted] does not store anything. [redacted] displays things that are stored elsewhere. There is a EU regulation which mandates a certain number of things. 10:52:25 10:52:27 10:52:30 10:52:41

BY MR. KANE: 10:52:45

MS. VICTORSON: Objection; scope, vague. 14:09:29
THE WITNESS: Which policy IDs? 14:09:32
BY MR. KANE: 14:09:34
Q The [redacted] and the 14:09:34
[redacted]. 14:09:37
MS. VICTORSON: Object to scope. 14:09:44
THE WITNESS: I'm sure that in each 14:09:45
case, there is some kind of guidelines which is 14:09:47
used by the people who would take actions. But I 14:09:50
don't know what they are. 14:09:54
BY MR. KANE: 14:09:58
Q Is there some sort of internal glossary 14:09:59
or wiki that says what each of these policy IDs 14:10:04
means? 14:10:08
MS. VICTORSON: Object to scope, vague, 14:10:09
asked and answered. 14:10:10
THE WITNESS: I don't think so. 14:10:13
BY MR. KANE: 14:10:33
Q So I've filtered Column R for the value 14:10:34
[redacted] This is [redacted] of the 14:10:36
entries in the spreadsheet, so [redacted] 14:10:44
Do you know what this policy means? 14:10:46
MS. VICTORSON: Object to scope. 14:10:52
THE WITNESS: This policy ID generally 14:10:54
means that there was an [redacted] action, which 14:10:56

was taken just by [redacted] 14:10:58
14:11:04
14:11:07
BY MR. KANE: 14:11:16
Q And is it [redacted] 14:11:16
that are represented by the [redacted]? 14:11:18
MS. VICTORSON: Object to scope, vague. 14:11:21
THE WITNESS: There are different 14:11:25
[redacted]. Quite a few different [redacted]. 14:11:26
BY MR. KANE: 14:11:34
Q I'm wondering if there's sort of a 14:11:35
category of policies that are represented by the 14:11:38
[redacted]. Like, is it, you know, 14:11:43
misrepresentation? Is it copyright? Is it 14:11:46
counterfeit? 14:11:52
A So -- 14:11:54
MS. VICTORSON: Ob- -- object to scope, 14:11:55
vague, compound. 14:11:56
THE WITNESS: So all of [redacted] 14:11:58
would be misrepresentation, and that's how we 14:11:59
would display to merchants. The reason we placed 14:12:07
them there would be multiple. 14:12:10
BY MR. KANE: 14:12:13
Q Okay. So [redacted] denotes a 14:12:13
violation of Google's misrepresentation policy. 14:12:17

Am I understanding that correctly? 14:12:19
MS. VICTORSON: Object to scope. 14:12:21
THE WITNESS: Yes. 14:12:22
BY MR. KANE: 14:12:39
Q So I've filtered Column R for [redacted] 14:12:39
[redacted] There's about [redacted] of these. 14:12:44
What does [redacted] mean? 14:12:48
MS. VICTORSON: Object to scope, 14:12:52
document speaks for itself. 14:12:53
THE WITNESS: [redacted] is 14:12:55
another [redacted], which is 14:12:57
more specifically built by Ads -- the Ads system. 14:13:02
BY MR. KANE: 14:13:13
Q You mentioned that the [redacted] 14:13:13
[redacted] is enforcement of the misrepresentation 14:13:14
policy. Is there a particular policy that's 14:13:20
associated with the [redacted]? 14:13:23
MS. VICTORSON: Object to scope. 14:13:26
THE WITNESS: Yes. It's also 14:13:28
misrepresentation. They are both -- they both 14:13:29
result in a misrepresentation issue shown to the 14:13:33
merchant. 14:13:37
BY MR. KANE: 14:13:38
Q And am I understanding this correctly 14:13:39
that the policy ID in Column R is the policy 14:13:40

pursuant to which [redacted]? 14:13:46
MS. VICTORSON: Object to scope. 14:13:51
THE WITNESS: Yes, that's the [redacted]. 14:13:57 14:13:58
BY MR. KANE: 14:14:02
Q And when you say [redacted] can you tell me what [redacted] means in that context? 14:14:02 14:14:06 14:14:08
MS. VICTORSON: Same objection. 14:14:09
THE WITNESS: So the [redacted] And sometimes it happens that [redacted] 14:14:14 14:14:15 14:14:23 14:14:26 14:14:29 14:14:34 14:14:40 14:14:42
And this is [redacted] 14:14:45 14:14:48
BY MR. KANE: 14:14:52
Q In the event that there [redacted] reflected in the spreadsheet, the 0703 spreadsheet? 14:14:53 14:14:56 14:15:02
MS. VICTORSON: Object to scope, vague, calls for speculation. 14:15:05 14:15:09