# Exhibit A

# EXHIBIT 4

# [Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Civil Action No 24-cv-04274

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEO-RECORDED and VIDEOCONFERENCED

30(b)(6) DEPOSITION OF

GOOGLE LLC, by and through its Designated

Representative,

[redacted]

San Francisco, California 94111

Wednesday, June 24, 2026

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 636372
PAGES 1-408

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEO-RECORDED and VIDEOCONFERENCED 30(b)(6) DEPOSITION of [redacted], Volume I, taken on behalf of Plaintiffs, Oppenheim + Zebrak, LLP, at Latham & Watkins, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, beginning at 8:38 a.m. and ending at 9:14 p.m., on Wednesday, June 24, 2026, before MARY J. GOFF, California Certified Shorthand Reporter No. 13427 and WA CSR No. 21030779.

APPEARANCES:

For Plaintiffs

Oppenheim + Zebrak, LLP
BY: JEFF KANE
URIEL LEE (remote)
Attorneys at Law
4530 Wisconsin Avenue NW
5th Floor
Washington, D.C. 20016
jkane@oandzlaw.com
ulee@oandzlaw.com
202-480-2999

For Defendant Google LLC

Latham & Watkins LLP
BY: SARAH A. TOMKOWIAK
CAROLINE CLARKE
Attorneys at Law
555 11th Street NW
Suite 1000
Washington, D.C. 20004
sarah.tomkowiak@lw.com
caroline.clarke@lw.com
202-637-2335

ALSO PRESENT: John Janhunen, in-house counsel at Google

Videographer: Justin Ramirez-Hale

completely, but the policy is intended to -- intended to comply with the DMCA and other similar copyright regulations in other jurisdictions that that have similar underlying requirements and processes. 03:27:32 03:27:35 03:27:48 03:27:51 03:27:54

Q And so when Google suspends an account for copyright infringement, I think what I'm understanding is [redacted] 03:27:57 03:28:03 03:28:04 03:28:07 03:28:09 03:28:12

Am I understanding that right? 03:28:15

ATTORNEY TOMKOWIAK: Objection, mischaracterizes her testimony. 03:28:17 03:28:17

A That's not what I said. 03:28:21

Q (BY ATTORNEY KANE) Okay. So there are [redacted] 03:28:23 03:28:24 03:28:27 03:28:31

ATTORNEY TOMKOWIAK: Same objection. 03:28:34

A The -- yeah, that's not what I said. 03:28:36

Q (BY ATTORNEY KANE) Okay. Now I'm confused then, because I asked whether [redacted] and I thought you understood -- I thought 03:28:38 03:28:39 03:28:42 03:28:44

you said "No" both times, so let me try to ask it a different way. 03:28:47 03:28:50

When Google suspends [redacted] 03:28:51 03:28:54 03:28:57 03:28:59

A I think during the relevant time period, it was [redacted] 03:29:06 03:29:08 03:29:14

Q Okay. And by "the relevant time period," you have in mind June of 2021 to September of 2024? 03:29:17 03:29:19

A Yes. 03:29:23

Q Okay. 03:29:23

A Yeah, I would love to take a break, if we can. 03:29:25 03:29:27

Q Can I ask one follow-up question or do you want to take it right now? 03:29:27 03:29:30

A I would love to take it right now. 03:29:31

Q Okay. 03:29:33

A Thank you. 03:29:33

THE VIDEOGRAPHER: We are going off the record at 3:29 p.m. 03:29:34 03:29:34

(A break was taken from 32:00 p.m. to 4:03 p.m.) 03:29:37 03:29:39

THE VIDEOGRAPHER: We are back on the 04:03:22

I, MARY J. GOFF, CSR No. 13427, Certified Shorthand Reporter of the State of California, certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

That before completion of the deposition, review of the transcript (XX) was ( ) was not requested: ( ) that the witness has failed or refused to approve the transcript.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, dated this 30th day of June, 2026.

MARY J. GOFF