# Exhibit B

# EXHIBIT 5

# [Filed Under Seal]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; AND MCGRAW HILL, LLC,

Plaintiffs,

v.

Case No.: 24-CV-04274-JLR-BCM

GOOGLE, LLC,

Defendant.

-----------------------------------x

HIGHLY CONFIDENTIAL

VIDEOTAPED VIDEO-TELECONFERENCE DEPOSITION OF

CHRISTOPHE WEIBEL, Ph.D

Wednesday, June 17, 2026

9:37 a.m. BST

Job No.: 637824

Pages: 1 - 380

Reported Stenographically by:

Cassidy Western, RPR, CRR, CA CSR #14722, WA CCR

Videotaped Deposition of CHRISTOPHE WEIBEL, Ph.D, conducted virtually.

Pursuant to notice, before Cassidy Western, Registered Professional Reporter, Certified Realtime Reporter, California Certified Shorthand Reporter #14722.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

JEFFREY KANE, ESQUIRE
URIEL LEE, ESQUIRE
MATTHEW OPPENHEIM, ESQUIRE
MICHELE MURPHY, ESQUIRE
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, D.C. 20016
(202) 480-2999

and

YUNYI CHEN, ESQUIRE
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156

ON BEHALF OF THE DEFENDANT:

HOLLY VICTORSON, ESQUIRE
SARA SAMPOLI, ESQUIRE
LATHAM & WATKINS
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202)637-2200

A P P E A R A N C E S (continued)

ALSO PRESENT:

John Janhunen, Google In-House Counsel

Zelalem Mekonnen, 233 Analytics

Cole Adam, 233 Analytics

Linda Fleet, Videographer

MS. VICTORSON: Objection; scope, vague. 14:09:29
THE WITNESS: Which policy IDs? 14:09:32
BY MR. KANE: 14:09:34
Q The [redacted] 14:09:34
[redacted]. 14:09:37
MS. VICTORSON: Object to scope. 14:09:44
THE WITNESS: I'm sure that in each 14:09:45
case, there is some kind of guidelines which is 14:09:47
used by the people who would take actions. But I 14:09:50
don't know what they are. 14:09:54
BY MR. KANE: 14:09:58
Q Is there some sort of internal glossary 14:09:59
or wiki that says what each of these policy IDs 14:10:04
means? 14:10:08
MS. VICTORSON: Object to scope, vague, 14:10:09
asked and answered. 14:10:10
THE WITNESS: I don't think so. 14:10:13
BY MR. KANE: 14:10:33
Q So I've filtered Column R for the value 14:10:34
[redacted] This is [redacted] of the 14:10:36
entries in the spreadsheet, so [redacted] 14:10:44
Do you know what this policy means? 14:10:46
MS. VICTORSON: Object to scope. 14:10:52
THE WITNESS: This policy ID generally 14:10:54
means that there was an [redacted] action, which 14:10:56

was taken just by [redacted]

BY MR. KANE:

Q And is it [redacted] that are represented by the [redacted]?

MS. VICTORSON: Object to scope, vague.

THE WITNESS: There are different [redacted] Quite a few different [redacted]

BY MR. KANE:

Q I'm wondering if there's sort of a category of policies that are represented by the [redacted]. Like, is it, you know, misrepresentation? Is it copyright? Is it counterfeit?

A So --

MS. VICTORSON: Ob- -- object to scope, vague, compound.

THE WITNESS: So all of [redacted] would be misrepresentation, and that's how we would display to merchants. The reason we placed them there would be multiple.

BY MR. KANE:

Q Okay. So [redacted] denotes a violation of Google's misrepresentation policy.

Am I understanding that correctly? 14:12:19
MS. VICTORSON: Object to scope. 14:12:21
THE WITNESS: Yes. 14:12:22
BY MR. KANE: 14:12:39
Q So I've filtered Column R for [redacted] 14:12:39
[redacted] There's about [redacted] of these. 14:12:44
What does [redacted] mean? 14:12:48
MS. VICTORSON: Object to scope, 14:12:52
document speaks for itself. 14:12:53
THE WITNESS: [redacted] is 14:12:55
another [redacted], which is 14:12:57
more specifically built by [redacted]. 14:13:02
BY MR. KANE: 14:13:13
Q You mentioned that the [redacted] 14:13:13
[redacted] is enforcement of the misrepresentation 14:13:14
policy. Is there a particular policy that's 14:13:20
associated with the [redacted]? 14:13:23
MS. VICTORSON: Object to scope. 14:13:26
THE WITNESS: Yes. It's also 14:13:28
misrepresentation. They are both -- they both 14:13:29
result in a misrepresentation issue shown to the 14:13:33
merchant. 14:13:37
BY MR. KANE: 14:13:38
Q And am I understanding this correctly 14:13:39
that the policy ID in Column R is the policy 14:13:40

pursuant to which [redacted]?

MS. VICTORSON: Object to scope.

THE WITNESS: Yes, that's the [redacted]

BY MR. KANE:

Q And when you say [redacted] can you tell me what [redacted] means in that context?

MS. VICTORSON: Same objection.

THE WITNESS: So the [redacted] And sometimes it happens that [redacted]

And this is the first [redacted]

BY MR. KANE:

Q In the event that there [redacted] reflected in the spreadsheet, the 0703 spreadsheet?

MS. VICTORSON: Object to scope, vague, calls for speculation.

14:13:46 14:13:51 14:13:57 14:13:58 14:14:02 14:14:02 14:14:06 14:14:08 14:14:09 14:14:14 14:14:15 14:14:23 14:14:26 14:14:29 14:14:34 14:14:40 14:14:42 14:14:45 14:14:48 14:14:52 14:14:53 14:14:56 14:15:02 14:15:05 14:15:09

THE WITNESS: Generally, there is [redacted]
BY MR. KANE:
Q In the event that a [redacted]
MS. VICTORSON: Same objections.
THE WITNESS: Not in the spreadsheet, you mean?
BY MR. KANE:
Q Sorry. I meant does [redacted]
MS. VICTORSON: Same objections.
THE WITNESS: [redacted]
BY MR. KANE:
Q Okay. And where would the [redacted] be found? If one wanted to find them, where would one look?
MS. VICTORSON: Object to scope.
THE WITNESS: In the [redacted].
BY MR. KANE:
Q Okay. And am I recalling correctly, the [redacted] is the [redacted]
MS. VICTORSON: Object to scope, asked

and answered.

THE WITNESS: Yes.

BY MR. KANE:

Q Okay. So when you pulled the data for the 0703 spreadsheet from the [redacted] Am I understanding that right?

MS. VICTORSON: Object to scope. It's going pretty far afield of the topics for which Mr. Weibel has been designated.

THE WITNESS: Yes, I only pulled the [redacted].

BY MR. KANE:

Q Okay.

A In general.

Q And why did you decide not to pull the [redacted]?

MS. VICTORSON: Objection; scope. And I'll caution the witness not to reveal the substance of any communications with attorneys or directions from attorneys.

If -- if you can answer the question without revealing privileged information, then you

can answer. 14:17:36
THE WITNESS: Yeah, I think this was 14:17:44
probably the result of a privileged discussion 14:17:45
with -- with Legal, with counsel. 14:17:50
BY MR. KANE: 14:17:53
Q Did counsel direct you not to pull the 14:17:54
subsequent policy IDs associated with these 14:17:58
accounts? 14:18:02
MS. VICTORSON: Objection; 14:18:03
mischaracterizes testimony. 14:18:03
The same privilege question to the 14:18:05
witness, and object to scope. 14:18:07
THE WITNESS: Yeah, I think I can't 14:18:09
answer that. That's exactly what I'm not -- what 14:18:11
is covered. 14:18:13
BY MR. KANE: 14:18:27
Q What -- what would be the principled 14:18:27
reason for not pulling the [redacted] 14:18:29
14:18:32
MS. VICTORSON: Same -- same objections. 14:18:36
Vague. 14:18:46
Same caution to the witness. 14:18:46
THE WITNESS: Yeah, I guess same -- same 14:18:56
answer. I guess this is -- this is privileged 14:18:57
information because it was decided during 14:19:00

discussion with counsel. 14:19:02
BY MR. KANE: 14:19:05
Q Okay. So you don't know of a principled reason -- by "principled reason," I mean something other than someone told you to do it. 14:19:06 14:19:11 14:19:15
You can't think of a principled reason that one would not pull [redacted] 14:19:18 14:19:20 14:19:24
MS. VICTORSON: Objection; asked and answered, mischaracterizes witness's testimony. 14:19:25 14:19:25
THE WITNESS: Yeah, I -- I don't -- I think it's the same answer. And it's -- yeah. 14:19:29 14:19:30
BY MR. KANE: 14:19:53
Q I've filtered Column R for the value [redacted] What does this value mean? 14:19:54 14:19:56 14:20:01
MS. VICTORSON: Object to scope. 14:20:03
THE WITNESS: This means that the [redacted]. It was a [redacted] 14:20:12 14:20:13 14:20:16 14:20:19
BY MR. KANE: 14:20:24
Q And is this associated with any particular policy? 14:20:24 14:20:26

REPORTER'S CERTIFICATE

I, CASSIDY WESTERN, RPR, CRR, CA CSR, WA CCR, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 29th day of June, 2026.

___________________________________

Cassidy Western, RPR, CRR, CA CSR, WA CCR