O+Z Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Michele H. Murphy
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.450.5643
michele@oandzlaw.com

September 15, 2026

**<u>VIA ECF</u>**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to section 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to: 1) redact portions of Plaintiffs' forthcoming Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1202) to Compel Production of Google's Communications with At-Issue Pirates dated September 15, 2026; 2) seal Exhibits 1–2 to the Declaration of Attorney Michele H. Murphy in support of same ("Declaration"); 3) redact portions of the Declaration (collectively, the "Documents").

The Documents contain information that Google has marked "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted/sealed portions is confidential. At this time, Plaintiffs maintain their objections to Google's redaction/sealing requests as reflected in Dkts. 1189 and 1209, and otherwise take no position on whether the information in the Documents should be redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs emailed Google on September 15, 2026, describing Plaintiffs' plan for sealing and redactions and offering to confer. On September 15, 2026, Google responded by email that it agreed with Plaintiffs' sealing/redaction plan and requested certain additional redactions.

Pursuant to Your Honor's Individual Practices section 3(f), Plaintiffs will notify Google "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

<u>/s/ *Michele H. Murphy*</u>
Michele H. Murphy