# Exhibit 2
# Filed Under Seal