**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 1226: Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1202) to Compel Production of Google's Communications with At-Issue Pirates;
- Dkt. 1228: Declaration of Michele H. Murphy in support of Dkt. 1226 (Plaintiffs' Reply ISO Plaintiffs' Letter Motion (Dkt. 1202) to Compel Production of Google's Communications with At-Issue Pirates) and exhibits thereto.

*/s/ Yunyi Chen*
Yunyi Chen
OPPENHEIM + ZEBRAK, LLP
461 5th Ave, 19th Floor
New York, NY 10017
(212) 951-1923
YChen@oandzlaw.com

*Counsel for Plaintiffs*