# EXHIBIT A
# [Redacted Version of Document Filed Under Seal]

# Exhibit 1

Planet Depos
We Make It Happen™

**HIGHLY CONFIDENTIAL**

# Transcript of Christophe Weibel, Ph.D.

**Date:** June 17, 2026
**Case:** Cengage -v- Google LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

CENGAGE LEARNING, INC., BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC, D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; AND MCGRAW HILL, LLC,

Plaintiffs,

v.

Case No.: 24-CV-04274-JLR-BCM

GOOGLE, LLC,

Defendant.

-----------------------------------x

HIGHLY CONFIDENTIAL

VIDEOTAPED VIDEO-TELECONFERENCE DEPOSITION OF

CHRISTOPHE WEIBEL, Ph.D

Wednesday, June 17, 2026

9:37 a.m. BST

Job No.: 637824

Pages: 1 - 380

Reported Stenographically by:

Cassidy Western, RPR, CRR, CA CSR #14722, WA CCR

Videotaped Deposition of CHRISTOPHE WEIBEL, Ph.D, conducted virtually.

Pursuant to notice, before Cassidy Western, Registered Professional Reporter, Certified Realtime Reporter, California Certified Shorthand Reporter #14722.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

JEFFREY KANE, ESQUIRE
URIEL LEE, ESQUIRE
MATTHEW OPPENHEIM, ESQUIRE
MICHELE MURPHY, ESQUIRE
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, D.C. 20016
(202) 480-2999

and

YUNYI CHEN, ESQUIRE
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156

ON BEHALF OF THE DEFENDANT:

HOLLY VICTORSON, ESQUIRE
SARA SAMPOLI, ESQUIRE
LATHAM & WATKINS
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202)637-2200

A P P E A R A N C E S (continued)

ALSO PRESENT:

John Janhunen, Google In-House Counsel

Zelalem Mekonnen, 233 Analytics

Cole Adam, 233 Analytics

Linda Fleet, Videographer

MS. VICTORSON: Ob□ection; scope, vague. 14:42:55
THE WITNESS: Yeah, generally speaking, 14:43:00
it would be this reactivation process. 14:43:02
BY MR. KANE: 14:43:08
Q Where are the documents that are 14:43:09
involved in the appeal kept□ In other words, I 14:43:11
assume the merchant submits something as part of 14:43:15
the appeal. Where would that submission be kept□ 14:43:17
MS. VICTORSON: Ob□ection; scope, 14:43:20
compound, foundation, calls for speculation. 14:43:21
THE WITNESS: [redacted] 14:43:30 14:43:31 14:43:34 14:43:47 14:43:53
BY MR. KANE: 14:43:55
Q Okay. So an account might be 14:43:56
reactivated, as reflected in Column V, [redacted] 14:43:57
[redacted]. Is that right□ 14:44:04
MS. VICTORSON: Ob□ect to scope, calls 14:44:05
for speculation. 14:44:07
THE WITNESS: So we [redacted] 14:44:09 14:44:11 14:44:15
[redacted]. 14:44:20

BY MR. KANE: 14:44:21
Q Okay. How does the merchant initiate 14:44:21
the appeal? 14:44:25
MS. VICTORSON: Object to scope. 14:44:30
THE WITNESS: So there are different 14:44:35
ways. One possibility is that in Merchant Center, 14:44:35
we're given the rights -- the possibility to just 14:44:40
click a button and check -- put a brief check box 14:44:44
on a brief text saying I think my account is fine 14:44:51
or something, and then file an appeal. 14:44:54
It could be that they reach out to a 14:44:57
sales representative or they go to customer 14:45:09
support. Could be -- could be different. I mean, 14:45:11
there's -- it's kind of -- it's not very 14:45:20
restricted in a sense. There could be other ways. 14:45:25
As long as they manage to get somebody to look at 14:45:28
their account and to request internally a review. 14:45:31
BY MR. KANE: 14:45:36
Q You mentioned that the merchant can 14:45:37
check a box in the Merchant Center. Is the 14:45:39
merchant permitted to sort of explain why they 14:45:42
think the suspension should be reversed? 14:45:45
MS. VICTORSON: Objection; scope, vague, 14:45:52
incomplete hypothetical. 14:45:55
THE WITNESS: I don't remember that in 14:46:04