# EXHIBIT B
# [Redacted Version of Document Filed Under Seal]

# Exhibit 2

Planet Depos
We Make It Happen™

**HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY**

# Transcript of [redacted], Designated Representative

**Date:** June 24, 2026
**Case:** Cengage -v- Google LLC

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC, Plaintiffs, | |
| v. | Civil Action No 24-cv-04274 |
| GOOGLE LLC, Defendant. | |

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEO-RECORDED and VIDEOCONFERENCED

30(b)(6) DEPOSITION OF

GOOGLE LLC, by and through its Designated

Representative,

[redacted]

San Francisco, California 94111

Wednesday, June 24, 2026

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 636372
PAGES 1-408

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEO-RECORDED and VIDEOCONFERENCED 30(b)(6) DEPOSITION of [redacted], Volume I, taken on behalf of Plaintiffs, Oppenheim + Zebrak, LLP, at Latham & Watkins, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, beginning at 8:38 a.m. and ending at 9:14 p.m., on Wednesday, June 24, 2026, before MARY J. GOFF, California Certified Shorthand Reporter No. 13427 and WA CSR No. 21030779.

APPEARANCES:

For Plaintiffs

Oppenheim + Zebrak, LLP
BY: JEFF KANE
URIEL LEE (remote)
Attorneys at Law
4530 Wisconsin Avenue NW
5th Floor
Washington, D.C. 20016
jkane@oandzlaw.com
ulee@oandzlaw.com
202-480-2999

For Defendant Google LLC

Latham & Watkins LLP
BY: SARAH A. TOMKOWIAK
CAROLINE CLARKE
Attorneys at Law
555 11th Street NW
Suite 1000
Washington, D.C. 20004
sarah.tomkowiak@lw.com
caroline.clarke@lw.com
202-637-2335

ALSO PRESENT: John Janhunen, in-house counsel at Google

Videographer: Justin Ramirez-Hale

you're saying? 05:49:55
A I don't think that there's some sort of 05:49:57
[redacted]. But like 05:49:59
broadly, like I said, I think we -- we receive and 05:50:03
send communications via email messages. I don't 05:50:06
know if that is built into [redacted] I haven't 05:50:10
seen it. Built into the Merchant Center. Sorry. 05:50:13
Q The notifications that Google sends about 05:50:19
disapprovals, are records kept of those 05:50:25
notifications? 05:50:28
A You mean the -- the notifications that 05:50:31
appear in -- in the UI for disapproved product 05:50:33
listings? 05:50:39
Q Yes. 05:50:41
A I think that there are [redacted], but 05:50:42
I don't know the details. 05:50:47
Q You mentioned that the IP team 05:50:51
communicates using the [redacted] tool. 05:50:54
Do I have that right? 05:50:57
A Yes. 05:50:57
Q I'm sorry. Communicates with merchants 05:50:57
using the [redacted] tool? 05:51:00
A Yes. 05:51:03
Q And can you explain what the [redacted] tool 05:51:04
is? 05:51:05