**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**Declaration of Attorney Danae Tinelli ISO**
**Plaintiffs' Consent Letter Motion Seeking Leave to File a Second Amended Exhibit A to the Amended Complaint**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP ("O+Z"), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Consent Letter Motion Seeking Leave to File a Second Amended Exhibit A to the Amended Complaint ("Consent Letter Motion to Amend").

2. Plaintiffs and Google met and conferred regarding the relief sought in this motion on September 1, 2026 for approximately 15 minutes. The attendees were Laura Bladow and Rose-Marie Jung on behalf of Google, and Danae Tinelli and Nicole-Antoinette Urbina-Ruiz on behalf of Plaintiffs. The parties subsequently exchanged follow-up emails, and, on September 8, Google confirmed by email that it consented to the remaining proposed changes, provided Plaintiffs update their relevant discovery responses to reflect the proposed changes. Plaintiffs are in the process of doing so.

3. Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' proposed Second Amended Exhibit A listing the Authentic Works, i.e., the works that Plaintiffs allege Google

infringed ("Works"). Attached as **Exhibit 2** is a true and correct copy of a chart showing the proposed revisions to 27 Works, which are primarily to correct typographical errors.

4. Google propounded multiple requests for production and interrogatories about the Works. After receiving Plaintiffs' discovery responses, Google raised certain questions regarding particular Works. Plaintiffs reviewed and answered Google's questions, including by supplementing Plaintiffs' interrogatory responses. The relief that Plaintiffs now seek follows directly from those exchanges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 21, 2026 in Washington, D.C.

*/s/ Danae Tinelli*
Danae Tinelli