# Exhibit 2
# to
# Attorney Declaration

# Proposed Revisions to Authentic Works

| Authentic Works (Dkt. 120-1) | Revised Authentic Works | Reason for Change |
|---|---|---|
| Cengage - Business Law Today, Comprehensive, 12e - TX0008711700 | Cengage - Business Law Today, Comprehensive Edition: Text & Cases, 12e - TX0008711700 | Complete full title |
| Cengage - Century 21 Accounting:, Multicolumn Journal, 11e - TX0008638010 | Cengage - Century 21 Accounting, Multicolumn Journal, 11e - TX0008638010 | Typo in title (comma) |
| Cengage - Discovering the American Past, A Look at the Evidence, Volume I: To 1877, 8e - TX0008224260 | Cengage - Discovering the American Past: A Look at the Evidence, Volume I: To 1877, 8e - TX0008224260 | Typo in title (colon) |
| Cengage - Introduction to Statistics & Data Analysis, 5e - TX0008033505 | Cengage - Introduction to Statistics & Data Analysis, 5e - TX0008003505 | Typo in TX# |
| Cengage - New Perspectives Microsoft Office 365 & Access, Comprehensive, 2019e - TX0008805440 | Cengage - New Perspectives Microsoft Office 365 & Access 2019 Comprehensive, 1e - TX0008805440 | Typo in title (missing edition #) |
| Cengage - Physics for Scientists and Engineers with Modern, Chapters 1-4, 43e - TX0007365027 | Cengage - Physics for Scientists and Engineers with Modern Physics, Chapters 1-46, 8e - TX0007365027 | Typo in title (missing edition #) |
| Cengage - 3-2-1 Code It!, 12e - TX0009367844 | Cengage - Test Bank for 3-2-1 Code It!, 12e - TX0009366548 | Textbook to test bank |
| Cengage - Test Bank for Calculus: Early Transcendental Functions, With CalcChat and CalcView, 8e - TX0008595197 | Cengage - Test Bank for Calculus: Early Transcendental Functions, With CalcChat and CalcView, 8e - TX0009357890 | Correct TX# to match WIS |
| Cengage - Test Bank for Payroll Accounting, 2024e - TX0009355908 | Cengage - Test Bank for Payroll Accounting 2024, 33e - TX0009355908 | Typo in title (missing edition #) |
| Cengage - Test Bank for Understanding ICD-10-CM and ICD-10-PCS: A Worktext, 2023 Edition, 8e - TX0009236179 | Cengage - Test Bank for Understanding ICD-10-CM and ICD-10-PCS: A Worktext, 2023 Edition, 8e - TX0009252313 | Correct TX# to match WIS |
| Cengage - Understanding ICD-10-CM and ICD-10-PCS: A Worktext, 2024 Edition, 9e - TX0009367866 | Cengage - Test Bank for Understanding ICD-10-CM and ICD-10-PCS: A Worktext, 2024 Edition, 9e - TX0009366544 | Textbook to test bank |
| McGraw Hill - Basic of Engineering Economy, 2e - TX0007856683 | McGraw Hill - Basics of Engineering Economy, 2e - TX0007856383 | Typo in title ("Basics") and TX# |
| McGraw Hill - Classroom Assessment for Teacher, 1e - TX0007422706 | McGraw Hill - Classroom Assessment for Teachers, 1e - TX0007422706 | Typo in title ("Teachers") |
| McGraw Hill - Current Diagnosis & Treatmentcritical Care, 3e - TX0007137579 | McGraw Hill - Current Diagnosis & Treatment Critical Care, 3e - TX0007137579 | Typo in title (missing space) |
| McGraw Hill - Disney U: How The Disney University Develops The World's Most Engaged, Loyal, And Customer-Centric Employees, 1e - TX0007703317 | McGraw Hill - Disney U: How Disney University Develops The World's Most Engaged, Loyal, And Customer-Centric Employees, 1e - TX0007703317 | Typo in title (errant "the") |
| McGraw Hill - Golfrank's Toxicologic Emergencies, 8e - TX0006349380 | McGraw Hill - Goldfrank's Toxicologic Emergencies, 8e - TX0006349380 | Typo in title ("Goldfrank's") |
| McGraw Hill - Handbook Of Optics, Volume II, Design Fabrication, And Testing: Sources And Detectors: Radiometry And Photometry, 3e - TX0007186783 | McGraw Hill - Handbook Of Optics, Volume II, Design, Fabrication, And Testing: Sources And Detectors: Radiometry And Photometry, 3e - TX0007186783 | Typo in title (missing comma) |
| McGraw Hill - Integrated Science, 7e - TX0005356129 | McGraw Hill - Integrated Science, 1e - TX0005356129 | Typo in edition # |
| McGraw Hill - Introducing Communication Theory: Analysis And Application,, 5e - TX0007811814 | McGraw Hill - Introducing Communication Theory: Analysis And Application, 5e - TX0007811814 | Typo in title (errant comma) |
| McGraw Hill - On Monkey And Markets: A Wall Street Memoir, 1e - TX0005208133 | McGraw Hill - On Money And Markets: A Wall Street Memoir, 1e - TX0005208133 | Typo in title ("Money") |
| McGraw Hill - Organizational Behavior; Human Behavior at Work, 14e - TX0007982482 | McGraw Hill - Organizational Behavior: Human Behavior at Work, 14e - TX0007982482 | Typo in title (colon) |

# Proposed Revisions to Authentic Works

| Authentic Works (Dkt. 120-1) | Revised Authentic Works | Reason for Change |
|---|---|---|
| McGraw Hill - Schaum's Outlines Of Feedback And Control Systems, 2e - TX0007906077 | McGraw Hill - Schaum's Outlines Of Feedback And Control Systems, 3e - TX0007906077 | Typo in edition # |
| McGraw Hill - Test Bank for Chemistry Atoms First, 2e - TX0008931890 | McGraw Hill - Test Bank for Chemistry: Atoms First, 2e - TX0008931890 | Typo in title (missing colon) |
| McGraw Hill - Test Bank for College Accounting A Contemporary Approach, 4e - TX0008919888 | McGraw Hill - Test Bank for College Accounting: A Contemporary Approach, 4e - TX0008919888 | Typo in title (missing colon) |
| McGraw Hill - Test Bank for Wardlaw's Contemporary Nutrition, 10e - TX0009305871 | McGraw Hill - Test Bank for Wardlaw's Contemporary Nutrition: A Functional Approach, 10e - TX0009305871 | Complete full title |
| McGraw Hill - Test Bank for Contemporary Nutrition: A Functional Approach, 4e - TX0009305871 | McGraw Hill - Test Bank for Wardlaw's Contemporary Nutrition: A Functional Approach, 4e - TX0008925359 | Typo in title (missing "Wardlaw's"), correct TX# |
| McGraw Hill - The New Articulate Executive: Look, Act and Sound Like a Leader, 2e - TX0007212710 | McGraw Hill - The New Articulate Executive: Look, Act and Sound Like a Leader, 1e - TX0007212710 | Typo in edition # |