USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENGAGE LEARNING INC., et al.,
Plaintiffs,
-against-
GOOGLE LLC,
Defendant.

24-CV-4274 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery conference:

1. Plaintiffs' August 31, 2026 letter-motion (Dkts. 1177, 1178) to reopen the fact discovery period and compel Google to produce additional categories of discovery, based upon "just-disclosed facts" testified to by W.R. on August 26, 2026, is DENIED, except that:

   a. Google must produce the "vendor office hour" notes dating back to January 1, 2020. The notes must be produced no later than **October 2, 2026**.

   b. In the event Google seeks to argue at trial that its misrepresentation policy functioned as a robust substitute or alternative for its DMCA policy, plaintiffs may move to preclude that argument on the ground that they were not permitted adequate discovery concerning suspensions under the misrepresentation policy. Nothing in this Order should be construed to suggest that Google cannot introduce factual data concerning the number of suspensions under policies other than the DMCA policy.

2. Plaintiffs' September 8, 2026 letter-motion (Dkts. 1202, 1203) to compel Google to produce certain categories of "communications" with the 1500 at-issue pirates is DENIED, except that: Google must produce, from the database identified at page 1 of plaintiffs' moving letter, all email communications sent to or received from the

approximately 16,000 email addresses associated with the merchant accounts that are associated with the 1500 at-issue "pirates." Google need not further review responsive communications for relevance. The email communications must be produced no later than **October 22, 2026**.

**3.** The Court previously directed Google to present a properly-prepared witness to testify regarding certain topics, pursuant to Rule 30(b)(6,) for no longer than two hours. *See* 9/1/26 Order (Dkts. 1184, 1187) ¶ 1. That deposition must be completed no later than **October 16, 2026**. All other provisions of the 9/1/26 Order remain in effect.

Except for the discrete items listed above, and in the 9/1/26 Order, fact discovery is concluded. The expert discovery schedule is EXTENDED as follows:

| **Deadline** | **Current Date (*see* Dkt. 1140)** | **New Date** |
|---|---|---|
| Disclosure of Expert Evidence | October 14, 2026 | November 13, 2026 |
| Disclosure of Expert Rebuttal Evidence | November 18, 2026 | December 14, 2026 |
| Disclosure of Expert Reply Evidence | December 14, 2026 | January 13, 2027 |
| Completion of Expert Depositions | February 10, 2027 | March 12, 2027 |
| Close of Discovery | February 10, 2027 | March 12, 2027 |

The Clerk of Court is respectfully directed to close the motions at Dkts. 1177, 1178, 1202, and 1203.

Dated: New York, New York
September 22, 2026

**SO ORDERED.**

**BARBARA MOSES,**
**United States Magistrate Judge**