**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br>*Plaintiffs*,<br>v.<br>GOOGLE LLC,<br>*Defendant*. | Case No. 1:24-cv-04274-JLR-BCM |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jennifer Ferrigno, hereby certify that on September 24, 2026, I served all counsel of record with a true and correct copy of Google's Proposed Redactions to the September 1, 2026 hearing transcript via electronic mail, per agreement of counsel.

The document was served upon the following:

OPPENHEIM & ZEBRAK LLP

Matthew J. Oppenheim – matt@oandzlaw.com
Jeff Kane – jkane@oandzlaw.com
Michele H. Murphy – michele@oandzlaw.com
Yunyi Chen – ychen@oandzlaw.com
Uriel Lee – ULee@oandzlaw.com
Katheryn J. Enters – Katheryn@oandzlaw.com
Danae Tinelli – Danae@oandzlaw.com
Lauren Bergelson – lbergelson@oandzlaw.com

*Counsel for Plaintiffs*

Dated: September 24, 2026
Washington, DC

Jennifer Ferrigno