**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CENGAGE LEARNING, INC. et al.

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

**Civil Action No. 24-cv-04274-JLR-BCM**

[Redacted]

**Declaration of Attorney Jeff Kane ISO**
**Plaintiffs’ Letter Motion for Discovery Conference re Cognizant Testimony**

1. I am an attorney at the law firm Oppenheim + Zebrak, LLP (“O+Z”), counsel for all Plaintiffs in this matter. I submit this declaration in support of Plaintiffs’ Letter Motion for Discovery Conference re Cognizant Testimony.

2. Attached as Exhibit A is a transcript of Plaintiffs’ October 13, 2026 deposition of Google’s 30(b)(6) witness, SB.

3. Ms. B admitted that [redacted], but Google’s counsel [redacted]. SB Tr. 13:6–11, 60:12–62:4. During a conferral on October 20,[1] Google’s counsel [redacted], including whether the “[redacted]” was made by or to an attorney, whether it was oral or in writing, and in what context it was made.

[1] After exchanging emails, Plaintiffs conferred with Google on October 20, 2026 at 3:00PM for approximately twenty minutes. The participants were Yunyi Chen, Jeff Kane, and Uriel Lee (counsel for Plaintiffs), and Caroline Clarke and Sarah Tomkowiak (counsel for Google).

4. In at least fifteen instances, [redacted].

a. SB Tr. 18:11–20:2

b. SB Tr. 23:18–24:3

c. SB Tr. 34:4–35:6, 66:18–67:1

d. SB Tr. 46:18–47:10

e. SB Tr. 56:22–57:9

f. SB Tr. 57:10–60:4

g. SB Tr. 64:19–65:8

h. SB Tr. 65:1–66:6

i. SB Tr. 66:7–17

j. SB Tr. 79:9–80:17

k. SB Tr. 81:1–19

l. SB Tr. 83:6-83:12

m. SB Tr. 83:13–84:4

n. SB Tr. 90:10-24

o. SB Tr. 95:3–96:9

5. I understand that transcript of Ms. B's October 13 deposition (Ex. A) contains [redacted].

6. Attached as Exhibit B is an excerpt from a Google document bearing Bates number GOOG-CENG-00462281. Plaintiffs introduced this document as Plaintiffs' Exhibit 248 during the October 13, 2026 deposition of Ms. B. SB Tr. 45:11–46:10.

7. Attached as Exhibit C is a screenshot of a Google document bearing Bates number GOOG-CENG-00438512. Plaintiffs introduced this document as Plaintiffs' Exhibit 250 during the October 13 deposition of Ms. B. SB Tr. 54:11–15.

8. Attached as Exhibit D is a Google document bearing Bates number GOOG-CENG-00441313.R. Plaintiffs introduced this document as Plaintiffs' Exhibit 249 during the October 13 deposition of Ms. B. SB Tr. 48:5–17.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 23, 2026 in Washington, D.C.

/s/ *Jeff Kane*
Jeff Kane