# EXHIBIT A

## Filed Under Seal