# EXHIBIT B

## Filed Under Seal