# EXHIBIT C

## Filed Under Seal