# EXHIBIT D

Filed Under Seal