**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | **Civil Action No. 24-cv-04274-JLR-BCM** |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, Plaintiffs' counsel served counsel for Defendant Google with the following documents via email. Plaintiffs and Google each have agreed to accept service via email of sealed court filings. These documents were filed under seal on ECF at the docket entries noted below.

- Dkt. 1269: Plaintiffs' Letter Request for Discovery Conference re Cognizant Testimony, and
- Dkt. 1270: Attorney Declaration of Jeff Kane, and accompanying exhibits.

*/s/ Uriel Lee*
Uriel Lee
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202.480.2999
ulee@oandzlaw.com

*Counsel for Plaintiffs*