**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 1:24-cv-04274-JLR-BCM |

**NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Notice of Filing of Official Transcript (ECF No. 1267), Defendant Google LLC ("Defendant") hereby provides this Notice of Intent to Request Redaction of the Transcript of Proceedings held on September 22, 2026, before the Honorable Barbara Moses, United States Magistrate Judge. In particular, Defendant intends to request redaction of certain information designated by Defendant as "Highly Confidential – Attorneys' Eyes Only" and "Confidential" pursuant to the Protective Order (ECF No. 82). Pursuant to ECF No. 1266, Defendant will submit its redaction request to the Court on or before November 12, 2026.

Dated: October 28, 2026
Washington, D.C.

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (*pro hac vice*)
Sarang Vijay Damle
Holly K. Victorson (*pro hac vice*)
Laura E. Bladow (*pro hac vice*)
Brent T.F. Murphy (*pro hac vice*)
Sara E. Sampoli (*pro hac vice*)
Roberto J. Borgert (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: sy.damle@lw.com
sarah.tomkowiak@lw.com
holly.victorson@lw.com
laura.bladow@lw.com
brent.murphy@lw.com
sara.sampoli@lw.com
roberto.borgert@lw.com

Allison L. Stillman
Caroline Clarke (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: alli.stillman@lw.com
caroline.clarke@lw.com

Joseph R. Wetzel
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: joe.wetzel@lw.com

*Attorneys for Defendant Google LLC*