Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
jkane@oandzlaw.com

October 30, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re: *Cengage Learning, Inc. et al. v. Google LLC*, No. 24:cv-04274-JLR-BCM
Letter Request to File Redacted and Sealed Documents

Dear Judge Moses:

Pursuant to Rule 4 of Your Honor's Individual Practices, Plaintiffs respectfully seek the Court's approval to redact portions of Plaintiffs' Reply ISO Plaintiffs' Letter Request for Discovery Conference re Cognizant Testimony and Attorney Declaration, and to seal certain exhibits thereto (together, "Documents").

The Documents contain information, produced documents, and testimony that Google has marked either "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order, Dkt. 82. Plaintiffs are requesting redactions and sealing solely based on Google's position that the information contained in the redacted and sealed portions is confidential.

For the reasons stated in Plaintiffs' Letter Opposing Google's Request to Redact Plaintiffs' Supplemental Letter in Dkt. 1190, Plaintiffs oppose Google's request to seal key deposition testimony, which includes communications from Google to its vendors who process copyright infringement notices and admissions from Google witnesses regarding the enforcement of Google's DMCA policy. Dkt. 1190 at 1. Plaintiffs respectfully acknowledge the Court's order on this issue, Dkt. 1262, and pursuant to the Court's order, Plaintiffs reserve the right to oppose Google's request to seal this critical testimony when relied on for a merits motion. Dkt. 1262 (ordering that the "information warranting sealing in connection with a discovery motion - as here - may not warrant sealing when relied on in support of or in opposition to a merits motion."). At this time, Plaintiffs take no position on whether the rest of the information in the Documents is redacted or sealed, but may do so after Google files its request for sealing.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs notified Google on October 30 of Plaintiffs' planned redactions/sealing and offered to confer. Google responded via email on October 30 that Google agreed with Plaintiffs' sealing plan.

Pursuant to Your Honor's Individual Rule 3(f), Plaintiffs will notify Defendant "that it must file, within three court days, a letter explaining the need to seal or redact" the information in the Documents.

Respectfully submitted,

/s/ *Jeff Kane*
Jeff Kane