# EXHIBIT 1

# [Filed Under Seal]