# EXHIBIT 3

# [Filed Under Seal]