# EXHIBIT 4

# [Filed Under Seal]