# EXHIBIT C

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 24-cv-04274

-----------------------------------------X

CENGAGE LEARNING, INC.; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC D/B/A MACMILLAN LEARNING; MACMILLAN HOLDINGS, LLC; ELSEVIER INC.; ELSEVIER B.V.; and MCGRAW HILL LLC,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

-----------------------------------------X

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF APRIL KELLY

New York, New York

Thursday, August 20, 2026

REPORTED BY:
BOBBIE ZELTMAN
Professional Realtime Court Reporter
and Notary for New York and Florida

Job Number 641319

August 20, 2026
9:05 a.m.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped deposition of APRIL KELLY taken by Plaintiffs, pursuant to Notice, taken at Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York, before BARBARA R. ZELTMAN, a Professional Realtime Court Reporter and Notary Public within and for the State of New York.

of the document. 04:42:53
Q [redacted] 04:42:58
04:43:01
04:43:05
Do you see that? 04:43:05
A Yes. 04:43:05
Q [redacted] 04:43:06
04:43:09
04:43:09
A [redacted] 04:43:19
04:43:24
04:43:29
04:43:31
04:43:34
04:43:40
Q Okay. So under certain 04:44:40
circumstances; i.e., [redacted] 04:44:42
04:44:47
04:44:54
A Right. That's policy. 04:44:55
Q [redacted] 04:44:57
04:45:01
04:45:03
MS. TOMKOWIAK: Objection. 04:45:06
Asked and answered. 04:45:07

A [redacted]

BY MR. KANE:

Q [redacted]

A Yes.

Q [redacted]

MS. TOMKOWIAK: Objection. Asked and answered.

A [redacted]

BY MR. KANE:

Q [redacted]