Oppenheim + Zebrak, LLP
WASHINGTON – NEW YORK

Jeff Kane
4530 Wisconsin Ave, NW, Suite 5
Washington, DC 20016
Tel. 202.499.2940
Jkane@oandzlaw.com

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Dear Judge Moses,

We represent all Plaintiffs in this matter. Pursuant to your Honor's text order earlier today, attached please find the following:

- Plaintiffs' June 9, 2025 testimony subpoena to Cognizant
- Plaintiffs' March 2, 2026 subpoena to Cognizant for 30(b)(6) testimony

We thank the Court for its consideration.

*/s/Jeff Kane*

Jeff Kane
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, Suite 5
Washington, DC 20016
Tel.: (202) 499-2940
Jkane@oandzlaw.com

*Counsel for Plaintiffs*